FILED WITH THE
COURT SECURITY OFFICER
CSO: *[signature]* P. Molina
DATE: 6/13/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 3:04-CR-240 G |
| HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (1)   also known as the "HLF" | § § § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA* MOTION FOR THE COURT'S INSPECTION OF CLASSIFIED INFORMATION AND ISSUANCE OF A PROTECTIVE ORDER FOR NON-DISCLOSURE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 16(d) AND THE CLASSIFIED INFORMATION PROCEDURES ACT, AND ACCOMPANYING MEMORANDUM [U]**[1]

**REDACTED**