بسم الله الرحمن الرحيم

Palestinian National Authority
Preventive Security H.Q.
Bethlehem Office

السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
دائرة بيت لحم

99/7/1

الأخ الكريم ماجد فرج حفظه الله

الموضوع: جمعية رعاية اليتيم (اتصالات حماس)

يقوم عثمان [illegible] مسؤول عن جمعية رعاية اليتيم بالاتصال مع الجمعية الخيرية الإسلامية في الخليل ممثلة مع الشيخ عادل الجنيدي من حركة حماس وكذلك السيد الدكتور والشيخ عزام نعمان سلهب من الخليل ومحاضر كلية الشريعة الإسلامية في جامعة الخليل وقد عين من قبل الإدارة الجامعية قبل شهر [illegible] ويتصل الشيخ يونس العيدي مع عزام نعمان سلهب وتتركز هذه الاتصالات حول وضع الجمعية التابعة لهم وكيفية الدعم المادي.

ويذكر أن الجمعية الخيرية الإسلامية في الخليل تتلقى مساعدات من مؤسسة الائتلاف في لندن عن طريق عصام يوسف المقيم في لندن [illegible]

عنوان مؤسسة الائتلاف الصندوق الفلسطيني للإغاثة والتنمية

PO BOX 3333
London: 01814508002
FAX 018145800 4

ويتم حاليا مؤسسة مقرها السعودية / الرياض
مؤسسة الندوة العالمية للشباب الإسلامي
تقوم بدعم رجالات حماس عن طريق مؤسسة الخليل الشرعية والتابعة للجمعية الخيرية الإسلامية متمثلة بالشيخ عادل الجنيدي ومدير هذه المدرسة الخليل - [illegible]

ويذكر أن مؤسسة الندوة العالمية للشباب الإسلامي تقوم بدعم ومساعدة الفقراء والأيتام والأرامل وأسر الشهداء والأسرى التابعين لحركة حماس



السلطة الوطنية الفلسطينية
الأمن الوقائي
قطاع غزة

الرقم : ت م/الارسال ٩٦/ح
التاريخ :- ٢٠٠٢/٦/١٨م

**الأخ / الرئيس .. القائد العام** **حفظه الله**

**تحية الوطن وبعد ..**

<u>الموضوع / زيارة جمعية ائتلاف الخير الاردني للجمعيات الاسلامية باليمن</u>

يرجى العلم بأن بتاريخ ٢٠٠٢/٦/١٣ قام وفد من جمعية ائتلاف الخير الأردني بزيارة الجمعيات الإسلامية باليمن وضم الوفد كل من عصام يوسف - المدير التنفيذي ، وجهاد سويلم - نائب المدير ، ومراد العضايلة - عضو ، والتقى الوفد كل من د. منير سعد ، د. محمد صيام وعمر الأسطل من قيادة حماس وكذلك بالشيخ / عبد الله الأحمر مؤسس جمعية نصرة الأقصى والشيخ / محمد مؤيد رئيس الجمعية وعلى مقبل الجرايرة مدير عام الجمعية ، كما وتم اللقاء مع أعضاء من حزب الإصلاح اليمنى ولم يلتقي الوفد الزائر بأي من الشخصيات السياسية اليمنية

**ويعتبر هذا الائتلاف من اكبر الداعمين والمؤيدين لحركة حماس ماديا وعينيا .**

تعليماتكم

أخوكم /
رشيد أبو شباك

٦/١٨

6-2



# من يمول حماس

في بداية ابريل وفي احدى السيارات التي كانت تسير في اتجاه مركز مدينة دمشق كان يجلس عماد العلمي ٣٩ سنه مهندس وهو احد رموز حماس في الخارج انه رجل العلاقات مع ايران ، كـان الرجـل يتجـه لمركـز دمشـق لحضـور اجتماع هام كان عليه ان يلتقي مع احد افراد السفارة الإيرانيه الذي كان يحمل ظرفاً مختوماً لـه ، انـه المكافـاه ، مكافـأة العمليات التي نفذها في اسرائيل عن شهري شباط واذار من خلال رجال حماس الإنتحاريين . وحسب مصـادر غربيـه فقـد تسلم العلمي بحدود مليون دولار الهدية الإيرانية علماً بأن هدايا ايران لحمـاس لاتتعـدى حصـة بسيطه مـن دخـل حركـة حماس في العالم ان خبراء الأمن يعتقـدون بـان دخـل الحركـات الفلسـطينية المتطرفـه سنوياً يصـل الى ٧٠ مليـون دولار . وحسـب اجهزة الأمن الغربية فإن حماس استطاعت الخوض في مجال التمويل وادخال الأموال الى غزة عن طريق ( اشـخاص وتجار ثقة) حتى ان بعض الأموال تأتي عن طريق البنوك الإسرائيلية نفسها وبشكل نظيف .

## أموال حماس تأتي من ثلاث مصادر :-

١- من الولايات المتحده الأمريكية حيث تجمع حمـاس مـا يعـادل ١٠٪ مـن قوتهـا مـن خـلال التبرعـات وبيـع الصحـف واموال الزكاه .

٢- من المانيا وفرنسـا وبريطانيا

ويوجد في بريطانيا ثلاث صحف هي :-

ا- مهاجرون

ب- فلسطين المسلمه

ج- Palestine Times

وبعض المؤسسات الخيرية مثل ( فلسطين ولبنان ... ) بحيث استطاعت حماس عام ١٩٩٥ من استلام ما يقارب ١٢ مليـون دولار من السـاحة البريطانية .

٣- الشرق الأوسط حسـب اجهزة الأمن فان ٤٠ ٪ من دخل حماس السنوي يحصل عليه من شيوخ الخليج ومن خـلال مؤسسات مثل روابط المسلمين وبالأضافة لدول الخليج تأتي ايران التي تدفع ما يعادل ١٠٪ من دخـل حمـاس السـنوي . ان ايران تدعم حماس لكنها تفضل دعم الجهاد الإسلامي لأنها حركة اصغر من حماس ويمكن السيطرة عليهـا بسـهولة . ان الدولارات التي تدخل جيوب حماس يتم صرفها بعدة طرق وحسـب المصـادر الإسرائيلية فقـط ٥ ٪ تصـل الى الجنـاح العسـكري وللشؤون العسكرية ( اسلحة - متفجرات ) بينمـا يتـم استخدام بقيـة الأموال في المنـاطق للشـؤون المدنيـة ان الحركة ومن خلال ثلاثة مؤسسات تسيطر على روضات ، مدارس ، مجموعات رياضية ، مستوصفات طبية ، لجان مساجد . أي تربط بين الشؤون الدينيه والسياسية والإجتماعية . وذلك لتأسيس ودعم وجودها فوق المناطق الفلسطينية وليس مـن قبيل الصدف ان يبحث مسؤولي حماس عن الإنتحاريين من بين صفوف طلاب مدارسهم او من خلال مجموعـاتهم وفرقهـم الرياضيه وتقوم حماس بدفع تعويضات شهرية لعائلات شهدائها وجرحاها . ان استراتيجي حماس ليسوا في عجلة من امرهم فهم يريدون تحسين ظروف جماهير ماتزال تقاتل من اجل حياتها مع الحفاظ على روحهـا وبنفـس الوقـت مـن خـلال المال فانها تريد سحب البساط من تحت اقدام سلطة ياسر عرفات الذي يريد تأسيس دولته .

G01 1822-20

6-3

• برلين:
⇐الفدرالية الإسلامية لفلسطين + اتحاد المسلمين .

٣- افريقيا والشرق الأوسط :

• السعودية:
⇐اتحاد المسلمين العالمي
⇐المؤتمر الإسلامي العالمي للشباب
⇐الزكاة
• السودان – اليمن – الأردن – لبنان – سوريا – كويت – الأمارات :
⇐مراكز لجمع التبرعات واتحادات اجتماعية اسلامية .
⇐الزكاه
• ايران : ( الحكومة )
⇐اموال ( للتمويل ) ، تدريب فرق العمليات ، دعم مابعد العمليات ( المكافآت ) .

## من اين تصل المليارات ؟

يصل الدخل السنوي لحماس من ٦٠ -٧٠ مليون دولار يتم جمعها والتبرع بها كما يلي :-

- ٤٠٪ من المبلغ تصل من دول الخليج .
- ١٠٪ تصل من ايران
- ٨٪ من بريطانيا
- ١٠٪ من الولايات المتحدة
- الباقي من المصادر الأخرى .

## اين يتم صرف اموال حماس ؟

المؤسسات / ثلاثة مؤسسات اسلامية كبرى تهتم بكل مجالات الحياة الإجتماعية . وكل مؤسسة تصل ميزانيتها بحدود ٢٠ مليون دولار لكل تخصص ، وهي :

١- الخدمات : المستوصفات والعيادات.

٢- الدراسة : تدير حماس ١٥٠ روضه وبعض الجامعات الإسلامية وتقدم المساعدات للطلبة .

٣- رياضه :تدير حماس عشرات الفرق الرياضيه وتشرف على بعض الأندية الرياضية والثقافية .

انتهى

6-3-2

## مصادر حماس المالية في العالم:–

١– الولايات المتحدة الأمريكية :–

- تكساس :

⇐الأتحاد الأسلامي لفلسطين

⇐صندوق الأرض المقدسة

- كاليفورنيا :

⇐مكة للإستثمار

⇐اتحاد الشباب المسلم

- فيرجينيا:

⇐المؤسسة المتحدة للدراسات والأبحاث ( UASR)

- واشنطن :

⇐المعاهد الإسلامية الدولية

⇐اتحاد المسلمين الأمريكيين

- فلوريدا :

⇐الكونفدرالية الإسلامية لدعم فلسطين

⇐اتحاد الطلبة المسلمين

- نيويورك :

⇐النادي الإسلامي لشمال امريكا

- شيكاغو:

⇐اتحادات اسلامية

⇐احتفالات القدس

## ٢– اوروبا:

- لندن :

⇐الصندوق الفلسطيني – اللبناني

- باريس :

⇐لجنة التضامن مع فلسطين

⇐الأتحادات الإسلامية

- هولندا – بلجيكا:

⇐صندوق الأقصى

6-3:3

| Palestinian National Authority | | السلطة الوطنية الفلسطينية |
|---|---|---|
| Preventive Security H.Q. |  | جهاز الأمن الوقائي |
| Bethlehem Office | | مديرية بيت لحم |

الرقم:
التاريخ: ١٠/٧/٢٠٠٠

الأخ المحترم أبو إياد حفظه الله

تحية الوطن وبعد،

الموضوع: استلام التبرعات والتكفلات [illegible] البر للمؤسسات في الخارج والتي تقوم بتوفير الدعم المادي للجان الزكاة وحركة حماس في [illegible]

للعلم والاطلاع

قسم الأحزاب
[illegible]

473

G01 1816-17, 1791

6-4



(1) هيئة الأعمال الخيرية - الإمارات - مكتب الاردن
[illegible]
[illegible]
تلفاكس : 5667952

---

(2) لجنة زكاة [illegible] - عمان - الاردن
[illegible]
تلفون : 5697463 / فاكس - 597461
ص.ب [illegible]

---

(3) الصندوق الفلسطيني للإغاثة والتنمية - INTERPAL
P.O. Box [illegible]
London, NW6 1RW
FAX - 0181-450 8009 Tel: 0181-450 8002

---

(4) مؤسسة الأقصى الخيرية - المانيا
Kapellenstr 36
D-52066 Aachen
Tel: 0241/66037 . FAX . 0241/63925
Internet: www.al-aqsa.de
E-mail: info@al-aqsa.de

---

(5) مؤسسة زايد بن سلطان آل نهيان للأعمال الخيرية والإنسانية
الإمارات العربية المتحدة - أبو ظبي
فاكس / 6814571 ص.ب 41225 تلفون / 6814700

Selective. Strong. Simple.

6-4.2



٦) لجنة فلسطين الخيرية - الكويت
تلفون 0096552424119

٧) مؤسسة [illegible] - امريكا tel. 0017082331474

٨) مؤسسة البر [illegible] - امريكا 001784 247453

٩) جمعية قطر الخيرية - الدوحة
المقر الرئيسي [illegible] تلفون/فاكس [illegible] ٤٤٤٧٩٣٦ ص.ب ٧٨٥
عز الدين الشيبي qatar@ [illegible] net

١٠) المجمع الإسلامي [illegible] والمناطق
[illegible] ٢٢٩ [illegible]
فاكس: ٩٧٧٨٨٦٧ - ٠٢

١١) لجنة [illegible] / الشارقة

Selective. Strong. Simple.

6-4:3



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
الأمن الوقائي
قطاع غزة

الرقم :
التاريخ : / / ٢٠٠

الأخ/ أبو حاتم — مرفق طيه البيان

تحية الوطن وبعد،

نرفق لسيادتكم تعاميم داخلية صادرة عن قيادة الدعوة بحركة حماس تم تعميمها على عناصر الإخوان المسلمين في حركة حماس. وهي تتناول زيارة خالد مشعل للسعودية ود. محمود الزهار لمصر إضافة لموضوع الحوار بين حركة حماس والسلطة.

ودمتم

مدير دائرة الأمن السياسي
[signature] ١٣/١١

م/ تم توزيعها على عناصر الدعوة أمس [illegible]

622

G01 1845-43

6-5

בלמ"ס
395

بسم الله الرحمن الرحيم

الأخوة الأحبة

لقد يسر الله تعالى للأخوة في الخارج زيارتين موفقتين، فيما يلي خلاصة ما جرى فيهما:

الزيارة الأولى: للمملكة العربية السعودية (الرياض):-

- كان أصل الزيارة هو توجيه دعوة للأستاذ خالد مشعل رئيس المكتب السياسي المشاركة في المؤتمر التاسع للندوة العالمية للشباب الإسلامي في الرياض، وذلك ضمن عدد كبير من الضيوف والشخصيات الإسلامية من مختلف القارات.

- كان المؤتمر برعاية الأمير عبد الله الذي انتدب الأمير سلمان لافتتاح المؤتمر نيابة عنه وقرأ كلمة باسمه.

- واضح أن عقد المؤتمر في هذا التوقيت المحدد وبمكانه المحدد وبهذه التظاهرة الكبيرة من الضيوف والشخصيات والوفود، وبرعاية من الأمير عبد الله بنفسه، كانما هي رسالة مقصودة موجهة للآخرين (خاصة الأمريكان) مضمونها الوقوف إلى جانب المملكة ضد الهجمة الأمريكية الصهيونية عليها التي تصاعدت منذ شهور بشكل غير مسبوق، مشفوعة بالكثير من الضغوط ورسائل التهديد. والسعوديون على كل المستويات يشعرون بخطورة ذلك، وأن المستهدف في الحقيقة هو الإسلام ومقدساته والتعليم الشرعي، وأن الجميع مستهدف على مستوى الأمة. وهناك حالة واضحة وملموسة بل وصارخة لدى الكثير من المستويات في المملكة في عدم الثقة بأمريكا خاصة في ظل خضوعها لتأثيرات وتحريضات اللوبي الصهيوني، وهم يعتبرون ضرب أمريكا المتوقع للعراق مجرد خطوة أولى سيكون لها تداعياتها على الجميع وخاصة على المملكة.

- في المملكة حالة واسعة جدا ومتعاظمة من التدين الواعي وغير التقليدي والمتفاعل مع قضايا أمته، وفلسطين حاضرة لديهم بقوة، ولها الأولوية في اهتماماتهم بفضل الله، وهم مشدودون ومتفاعلون بشكل عجيب مع الانتفاضة والمقاومة. وحركة حماس بفضل الله تعالى هي العنوان الذي يلتفون حوله ويؤيدونه ويتفاعلون معه بشكل بارز؛ حيث تحظى منهم – على اختلاف توجهاتهم – بالثقة والطمأنينة والإعجاب والتقدير.

- لذلك كانت قضية فلسطين وحركة حماس بشكل خاص حاضرة بقوة وبشكل واضح في فعاليات المؤتمر. ورغم أنه لم يكن مرتبا لي مشاركة محددة في الكلمات أو المحاضرات والندوات وذلك بسبب حساسية وضعي وما أمثله، حيث كان مكتفي بمجرد وجودي وحضوري للمؤتمر، إلا أن الجو العام شجع إدارة المؤتمر على إعطائي بمبادرة منهم – مداخلة قصيرة في سياق إحدى الندوات، فكان لها بفضل الله تعالى التأثير الكبير مما شجعهم على المزيد من ذلك، فكانت القضية وحركة حماس بالفعل الأكثر حضورا في نفوس الجمهور، خاصة في ظل الروح العامة المعادية لأمريكا وتهديداتها السافرة للإسلام والمسلمين سواء في فلسطين أو العراق أو ضد المملكة.

- على هامش المؤتمر التقى الأخ أبو الوليد مع عدد كبير من ضيوف المؤتمر من مختلف البلاد والساحات، وكلهم متفاعلون مع قضيتنا وانتفاضتنا، ومستعدون للمزيد، وأطلعوه على جهودهم في تفعيل ساحاتهم لصالح القضية.. الخ، وكثير منهم كان يسألنا عن إخواننا في الداخل وخاصة عن الشيخ الكريم أحمد ياسين، لله من إخوانه الكثيرين التحية والدعاء ولبقية الأخوة الرموز والقيادات والمجاهدين في الداخل.

- كذلك التقى الأخ أبو الوليد بعد انتهاء المؤتمر مع الأمير عبد الله بحضور أبرز ضيوف المؤتمر من كبار الشخصيات، وقد كان اللقاء ممتازا؛ حيث تحدث الأمير عبد الله حديثا جيدا فيه روح معنويات عالية، وفيه إشادة بفلسطين وانتفاضة شعبها وبطولات أبنائها. والأمير عبد الله (وبقية المسؤولين) مدرك أن الضغوط الأمريكية على المملكة يقف خلفها الصهاينة وعبّر عن ذلك بشكل واضح، ومن هنا يشعر الكثيرون أن صمود شعبنا في فلسطين واستمرار انتفاضته هو حماية للأمة جميعا.- وقد انتخبت إدارة المؤتمر كلا من الدكتور عصام البشير (وزير الأوقاف السوداني) والأخ أبو الوليد لإلقاء كلمة من كل منهم نيابة عن المؤتمر وضيوفه وذلك أمام الأمير عبد الله، وكان لذلك وقع طيب بفضل الله. وقد تحدث معي الأمير عبد الله أمام الحضور، ثم على انفراد، مشددا ومتكررا بضرورة الحفاظ على الوحدة الوطنية في الداخل مهما كانت الأسباب، فهم لا يحبون أن يكون الشعب الفلسطيني وقواه إلا موحدين، فطمأنه الأخ أبو الوليد على موقفنا الثابت من هذه القضية وحرصنا الدائم على صيانة الوحدة الوطنية وتجنب الصراعات، والمبادرة إلى حل المشكلات بروح أخوية وطنية، والأمير يسلم على شيخنا الكريم كذلك.

- كما التقى الأخ أبو الوليد على هامش المؤتمر بمسؤولين سعوديين آخرين، فوجدت روح الجميع جيدة، وحركتنا حماس تحظى منهم بالتقدير والاحترام بفضل الله تعالى. وقد شكرتهم على استمرار تبرعاتهم لصالح شعبنا، حيث أن اللجنة السعودية لدعم الانتفاضة مستمرة في إرسال المساعدات إلى الشعب عبر القنوات الأهلية والشعبية رغم كل الضغوط الأمريكية عليهم، وهذا موقف شجاع يقدّر لهم.

الزيارة الثانية: لمصر:

- كانت مرتبة سلفا ضمن وفد من الحركة وهي زيارة غير معلنة.

- التقينا ببعض المسؤولين في القاهرة.

- حفاوتهم بوفدنا كانت كبيرة أكثر من أي وقت مضى.

- خلاصة الموقف المصري ما يلي:

١- تقديرهم للحركة ودورها البارز والمؤثر في الساحة الفلسطينية، وتقديرهم لوعي الحركة بالواقع المحيط.

٢- إدراكهم لضعف السلطة ومشكلاتها ولتراجع تأييد الفلسطينيين لها.

٣- خطورة الموقف السياسي والميداني الحالي، وقناعتهم الراسخة بأن شارون وحكومته بشكل خاص لا يريدون السلام وأن خياره هو استمرار العنف والعدوان، وبالتالي قلقهم على المستقبل وإلى أي مدى يستطيع الشعب الفلسطيني أن يصبر ويتحمل ويواصل الصمود والمقاومة، وما هو الأفق المتاح اليوم للشعب الفلسطيني حتى يخرج من معاناته باتجاه تحقيق أهدافه وقيام دولته المستقلة.

وبناءً عليه يرون أن التفاهم الفلسطيني الفلسطيني خاصة بين حماس وفتح (السلطة) أمر ضروري في هذه المرحلة، حيث أنه وحده الطريق لإيجاد قيادة فلسطينية وترتيب فلسطيني داخلي يسمح باستثمار هذه الفرصة وإنجاز الحقوق الوطنية الفلسطينية، ويرون أن دور الحركة

6-5/2

ضروري في هذه المرحلة، ويتمنون علينا في ضوء ذلك أن نتفهم هذا الأمر ونتعامل معه بجدية واستشعار للمسؤولية وبروح وطنية عالية، وأن نعمل على إنجاح الحوار مع السلطة (فتح) لخدمة هذا التوجه، وهم المصريون مستعدون لبذل كل جهودهم لإنجاح هذا الأمر.

– نحن من طرفنا تحاورنا مع المصريين – فيما طرحوه – بشكل صريح وواضح ووضعنا النقاط على الحروف تجاه الوضع السياسي الراهن، وتجاه الوضع الميداني في الداخل في مواجهة الاحتلال الصهيوني، وتجاه المبادرات الأمريكية ومآخذنا عليها سواء من حيث المضمون أو من حيث عدم توفر الجدية والضمانات، أو من حيث الدوافع والخلفيات، كما تحدثنا حول موقف العدو نفسه وعدم نضجه حتى الآن – رغم تأثيرات الانتفاضة والمقاومة البالغة عليه – للتسليم بحقوقنا والانسحاب من أرضنا ولو بحدود ٦٧ (التي نعتبرها كما قلنا لهم مرحلة على طريق استعادة حقوقنا وتحرير أرضنا كلها).

– وأكدنا لهم أن هذه الأمور بحاجة إلى انتباه وحذر في التناول حتى يظل أي تكتيك في خدمة الاستراتيجية، وحتى لا تكون أي مبادرة عربية أو فلسطينية مجرد خطوة مجانية لا تحقق شيئاً سوى أن يقرأ منها العدو أننا في أزمة، وبالتالي تكون النتيجة عربيا وفلسطينيا – كما جرى طوال السنوات الماضية – أننا نخسر مواقفنا ولا نكسب حقوقنا، ولا يجوز إجهاض إنجازات هذه الانتفاضة كما جرى إجهاض الانتفاضة الأولى من قبل من خلال اتفاق أوسلو.– كما أكدنا حرصنا على الحوار مع الأخوة في فتح (السلطة) ولكن على قاعدة الأسس الصحيحة وتحقيق مصالح شعبنا وحقوقه، وأنه من الضروري أن يجري الحوار في جو هادئ وليس في ظل التصعيد والتوتير الذي تمارسه فتح والسلطة في غزة بشكل صارخ.

الأخوة الأحبة:

والذي نحب أن نؤكده ونتواصى به ونستحضره معا هو أن الحركة اليوم باتت – بفضل الله تعالى ومنته ثم ببركة الشهداء والمجاهدين وبصمودكم العظيم – طرفا قويا ومؤثرا في الساحة ولا يمكن تجاوزه، وهي موضع تقدير الجميع فلسطينيا وعربيا بل ودوليا، وبالتالي هي معنية أن تكون إيجابية على صعيد الحوارات واللقاءات، وعلى صعيد تماسك الوضع الفلسطيني الداخلي وتهدئته ومعالجة مشكلاته الداخلية بما يعزز الوحدة الوطنية، كما أن الحركة أيضا من هذا الموقع وفي هذه المرحلة معنية بمستقبل القضية كما هي معنية بحاضرها، والجميع يشعر أنه لا يستطيع رسم مستقبل القضية والصراع بدون رأي ودور الحركة. ونحن من طرفنا لا يستخفنا هذا الأمر ولا يدفعنا للاستعجال أو الطمع، وإنما نبقى على رسوخ موقفنا وانحيازنا الدائم لحقوق شعبنا ومصالحه وثوابت الموقف الفلسطيني الوطني، ونسعى عبر كل ذلك لإنجاز حقوق شعبنا وإلى كل ما يقربنا من هذا الهدف، في مسار لا نتعجل فيه ولا نتباطأ .. لا نضيع الفرص ولا نستدرج إلى المنزلقات .. والضمان في ذلك التسديد والمقاربة هو توفيق الله ورعايته وتسديده أولا، ثم إنضاج الرأي داخل الحركة بالشورى والحوار الأخوي المخلص الذي يتوخى الحق والحقيقة والتجرد من الذات وابتغاء مرضاة الله تعالى ثم خدمة شعبنا وقضيتنا، لذلك أيها الأخوة الأحبة سوف نضعكم في صورة نتائج حوار القاهرة مع السلطة (فتح) فور انتهائه على خير، سائلين الله سبحانه وتعالى الحفظ والرعاية والتوفيق والسداد.

والسلام عليكم ورحمة الله وبركاته

وتقبل الله طاعاتكم وكل عام وأنتم بخير.

إخوانكم
١١/١١/٢٠٠٢م.

6-5:3

[illegible] السلام عليكم ورحمة [illegible]

[illegible] كما ندعوه تعالى أن يرحم [illegible] ويشفي [illegible] بالتحرير والنصر والتمكين [illegible]

[illegible] وكل [illegible] على رأسهم [illegible]

[illegible] الأخ أبو [illegible]

[illegible] المكتب السياسي [illegible] المكتب السياسي [illegible]

[illegible]

ومهامها: 1) [illegible] الأعمال الدعائية الترويجية وتطويرها بالتنسيق معها [illegible] قيادة الحركة [illegible] في الخارج [illegible] للأحداث 3) العمل على توسيع القاعدة التنظيمية من خلال استقطاب وتأطير عناصر [illegible] وتنفيذ النشاطات [illegible] باللجان الفرعية القيام بواجبها الدعوي في الخارج 4) تزويد اللجان الفرعية العاملة في القطاعات بالمواد الإعلامية والسياسية [illegible] مع قيادة الحركة وتنفيذ السياسات ما يتطلب منهم 5) رصد تطور [illegible] ومواقع الاحتكاك [illegible] تشكيل اللجان الفرعية اللازمة لاستمرار الأحداث 6) رصد دور الفصائل الفلسطينية والسلطة في الأحداث ومدى [illegible] مهام اللجان الفرعية وما يتطلب [illegible] أعمال 7) ترويج الأخبار [illegible] في المقاومة [illegible] طرف من الأطراف [illegible] ثالثا: مهام اللجان الفرعية: [illegible] اللجان الفرعية في كل قطاع من القطاعات المهنية [illegible] لسياسة الحركة بحيث تحتوي كل قطاع على لجنة أو أكثر [illegible] كل حسب [illegible] مهام مشتركة [illegible] مهام خاصة [illegible] 1) الاستجابة السريعة والقوية لمتطلبات المقاومة [illegible] وتوجيهات 2) النشاط الإعلامي [illegible] والأفلام والملصقات [illegible] الأساسية للمقاومة الشعبية 3) ابتكار الأساليب والوسائل التي من شأنها تحريك وتفعيل الأحداث [illegible] 4) استقطاب [illegible] في كل القطاعات [illegible] في خدمة الثورة [illegible] 5) وضع خطط [illegible] الحركة [illegible] 6) رصد وحصر مواقع الاحتكاك [illegible] 7) [illegible] اللجان الفرعية [illegible] 8) [illegible] في الأسواق والجامعات وأماكن العمل [illegible] 10) رصد أساليب الأعداء في مواجهة المقاومة الشعبية وابتكار أساليب مضادة 11) [illegible] الإعلامية [illegible] 12) الاهتمام بقطاع [illegible] 13) الاهتمام بدور المساجد [illegible] الأحداث [illegible] انتفاضة الأقصى [illegible] على هذا الطريق [illegible] من أجل إعادة بناء [illegible] ومن هنا [illegible] الاقتراح [illegible] قيادة [illegible] والأحوال [illegible] القصير والطويل [illegible] الأمور [illegible] ولكن [illegible] الضروري [illegible] الضروري [illegible] مع ضرورة [illegible] العمل الإعلامي [illegible] العمل السياسي والإعلامي [illegible] العاملين في مجال الإعلام [illegible] الإعلام العربي [illegible] من أجل تطوير [illegible] الخطاب السياسي والإعلامي [illegible] العربي والإسلامي [illegible] الأمريكية [illegible] من الأمور [illegible] 2001\11\18 [illegible]

[illegible] (00417934)0694

בלמ"ס
307

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
المديرية العامة للشرطة
مدير الشرطة

الرقم:
التاريخ:
الموافق:

تعميم رقم (١٤٦)

السادة/ نواب ومساعدي مدير الشرطة
المدراء العامون/ لشرطة المحافظات

تحية الوطن ..

المرفق طيه التقرير المرفوع لفخامة الرئيس القائد العام حفظه الله من الدكتور/ عبد الحميد سالم أبو التسرح والمتضمن أن قيادة حماس ستجتمع مع القيادة الإيرانية ( خامنئي ) أثناء تواجده في دمشق للحصول على الدعم المباشر من إيران كما فعلت مع حزب الله .

للإطلاع

لواء/ غازي الجبالي
مدير الشرطة

6-7



בלמ״ס
308

بسم الله الرحمن الرحيم

الأخ الرئيس أبو عمار حفظه الله

تحية الوطن وبعد ،،

إن قيادة حماس في دمشق ستجتمع مع العلماء الإيرانيين (خامنئي) [illegible] لتواجدها في دمشق للحصول على الدعم المباشر من إيران كما فعلت مع حزب الله.

إن قيادة حماس قلقة من مرحلة ما بعد الأسد إذ تتوقع ضغوطا على سوريا ولبنان من أجل التخلص من الفصائل الفلسطينية.

ستتجه قيادة حماس إلى البنية التحتية الفلسطينية في مختلف المجالات كالمدارس والجامعات والتجارة والمرافق العامة والمرأة والجيل الصاعد من الشباب لتجنيده ورياض الأطفال لإعداد جيل كامل من الأنصار والنوادي والمراكز الاجتماعية.

تحدثت قيادة حماس عن بيانات وزعت في الضفة والقطاع ومزمع توزيعها وكلها تحريضية مليئة بالقصص الخاصة بوضع السلطة وأدائها والمشاكل التي تواجهها وموضوع [illegible].

وتحدثت عن صدامات مسلحة قادمة على الطريق في الشارع الفلسطيني، باستخدام عبارة (الناس سيهبون للدفاع عن عقولهم وكرامتهم ودينهم).

وتحدثت عن أن الوضع في لبنان سيجري [illegible] ضد قيادة السلطة وحركة فتح ([illegible]).

وتحدثت عن أن الشارع الفلسطيني بقطاعاته في المجلس التشريعي والمجلس الوطني والتيار والفعاليات ضد السلطة وقيادتها وأن لقاءات تجري في عمان مع قيادات [illegible] في عمان مع هذه الشخصيات.

67:2