1088

G 01 1788

6-9



ΙΕD, 12-DEC-01 23:19     POLIC  H-Q          082020425                      P.01

ساطي حبا

قـــرار

بناءً على تعليمات فخامة / الرئيس / القائد
العام / يتم إعادة جميع البنات والنساء
والمنتمسبات التابعين لحركي حماس والجهاد /
في كل المحافظات /

ويتم الحاق المؤسسات الصحية والمعهد
بالوزارات المعنية في البلد
واختياريا سفارات

مدير الدفع
م ـ ١/١٢/٢٥

مدير شرطة المحافظات } للتنفيذ والإبلاغ
مدير المباحث }
مدير إدارات الشرطة }

السلطة الوطنية الفلسطينية



رئيس العكا الفلسطيني

المخابرات العامة

مديرية محافظات الضفة

دائرة _____

الرقم: _____

التاريخ: ١٦/١٢/٢٠٠١

الأخ/مدير المخابرات العامة/المحافظات الشمالية...حفظه الله

تحية الوطن،،،

**الموضوع: اغلاق مؤسسات**

ليلة أمس السبت الموافق ٢٠٠١/١٢/١٥ تم اغلاق المؤسسات التالية وهي تابعة لحركة حماس:

1. مكتب جمعية الإصلاح/عمارة الزموني
2. مكتب الحراسات الخاصة/مساعد للأمن والحماية/عمارة الزموني
3. مجمع النقابات الإسلامية/عمارة الزموني/وتقع في مكتب جمعية الإصلاح
4. مركز انتليجيان للطباعة والنشر/عمارة الإسراء
5. الجمعية الخيرية الإسلامية/البيرة -قرب سوبر ماركت الشيني

وتفضلوا بقبول فائق الاحترام

مدير مخابرات محافظة

رام الله والبيرة

عقيد / ابراهيم المصري



G011795                                                        6-10



بؤستة الق م اسلزتة
- صامد للامد رابغا ب
لح جمجبة الدمبدى و
ابليميا به للغابة دبشر
نوتيكنيكوب
. موبنشابت لا سيدرمية

جا بر زكاة
آلسق لنر نبم
عبد ب لولهى
تمنابة اكردشال
كوبى بتبعد رايا

دلمبة جمعة ابجدر لا ع
مح اطبمبا
أ صوى ك
ح مغلى

G01 1787

6-11

١- كتب مجموعة الاعلام/ مؤسسة الرسالة
٢- كتب الكراسات المجاهدة / مؤسسة الرسالة  ط ٢
٣- موسوعة بيت الاسلامية/ مؤسسة الرسالة
عـ كتب صيد الفوائد/ عبد القادر برك

٥- كتبة الفرسان/ دار شاة الصحراء   ط ٦
٦- مركز انشيليا به للطباعة والنشر/ الاسراء   ط ٣
٨ـ مركز نون خير للتقطف فيه/
٧- جمعية الهدى/ البيرة ـ قبض مدينة المغربين
٨- مكتب جمعية النساء/ البيرة ـ العصور لنصيب غابر بتأمين لرضه
٩- شركة نوتيكلوب/ نوم وعلاقة بيانه + مركز صيانة قرب ابو ريا
١٠- الجميعه الخيرية الاسلامية/ البيرة ـ قرب سوبر ماركت المثنى

تم تنفيذها ـ ونسي باعلام
بدتعيين بمكلف

٢٠٠١/١٠/١٥

G01 1786

6-12



6-13

بسم الله الرحمن الرحيم

سفارة دولة فلسطين

الرقم ـــــــــ
التاريخ ـــــــــ
الموافق ـــــــــ

[النص مكتوب بخط اليد وغير واضح للقراءة]

1105

Palestinian National Authority
Preventive Security H.Q.
Bethlehem Office

السلطة الوطنية الفلسطينية
قيـــادة الأمــن الوقـــاني
دائرة بيت لحم

بسم الله الرحمن الرحيم

يرفع الرائد ابراهيم رمضان رئيس قسم الب

تحية الوطن وبعد

بالنسبة لما تم مساومته في ملف يوسف الله تحي ترعات

* بن هذه بعملية تم الشغل عليه من قبل احد العناصر

ومعرفة الامن لبنية حيث أن بقلا بالحيثه في

بيتهم بنت تمين لنا عليهم

أنا أحمد محمد عبدالله وشرفت في سكنه وعلى الجهة

وهو محمد علية الدنيا بي بيئتها في حق بين على

الاستلام من كان رام أمن رعاية تم بطنه يد رعاية

تم بالتخم سهب يوم بالانتداء مع الحاج عبداللطيف

نيذي بالتخم سلمك الحية اسيب بقى هلك يسعدني

حية رعاية اليكم بالسجين

تم بالتو سهب بين شرق ماصم في نيذي التخم

يا
ابراهيم

GOI 1811, 1809

6-14

Palestinian National Authority
Preventive Security H.Q.
Bethlehem Office



السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
دائرة بيت لحم

بالدلائل يتم التأكد من أينما أينما على لجميع عملياتي عن

بيتكم نقل الأعمال إلى مرتبة محددة

حيث ترتبط السلطة بأي علاقة نوع مما يدل على شيء سلبي

صدا سير من نفذت تسليم ما سبر

هنا يتم التأكد على حراس بتتيح مزايا بأن لدى اكثر

يتعلق بزيارة ما سبق يتقدم بالسلامه دسمه لهم

كايتم الزائري بي تجربه ومزايا لمسئولين ما سبر

بيد بشكل لنفذ عاملك

بالله نذر لجميع مزايا بدني بي بيتكم يتم تجديد

من إضافية يكون في ديسمبر/ ١٩٩٧

معظم عبد مقدم محمد بربع لثبت لثور لبيت علاء لثور

١١١٣

6-14:2

[FILE_NUMBER]
[CLASSIFICATION_TERM]

لجنة الزكاة والصدقات / محافظة رام الله والبيرة

*مقر اللجنة : عمارة الزمولي – مقابل مركز الشرطة .

*تأسست اللجنة في فترة السبعينات وأصبحت المسؤولة عنها دائرة الأوقاف قسم
رام الله . ورئيس اللجنة الدكتور حسني أبو عوض ودرويش الزين وتقوم اللجنة

بجمع الأموال من الناس زكاة الأموال وصدقة الفطر وتوزع في شهر رمضان .

*اللجنة تتعامل مع عدة بنوك في رام الله خاصة العربي والأردن وبيت المال

*من أهم الشركات التي تتعامل لجنة الزكاة بشكل دائم شركة سلقرط وشركة
العجولي للصرافة والحركة الإسلامية في الداخل .

*الأشخاص النشيطين في اللجنة هم :

1.عقل ربيع / المزرعة القبلية .

2.نبيل كرانجة / دير أبزيع .

3مهدي محمود مصلح / عين سينيا .

4.الحاج موسى البجة .

وكل هؤلاء يعتبرون من نشطاء حماس ولهم ملفات بطرفنا .

الأموال المحولة من الخارج تأتي الى حساباتهم في البنوك المحلية ومصدر هذه
التحويلات الأردن والسعودية والإمارات والكويت وقطر وتسمن هذه الأموال
تأتي على شكل شيكات تصرف من عند العجولي.

أشخاص يعملون في اللجنة على نطاق عام :

1.الأستاذ عمر حمدان / بيتونيا .

2.الحاج درويش الزين / عين المصباح .

3.الحاج موسى البجة .

*اللجنة ليها موقع على الانترنت .

*يوجد للجنة عدة فروع :

1.لجنة زكاة عين يبرود وقرى أخرى .

2.مخزن مقابل المحكمة الشرعية بالقرب من تكسي العلمين .

3.مخزن في المنطقة الصناعية / رام الله .

1116

[FILE_NUMBER]
[CLASSIFICATION_TERM]

4. لها مراكز خياطة ومشاغل صغيرة في عدة قرى في المحافظة .

*نشاطات اللجنة :

1. تمويل مراكز تحفيظ القرآن .

2. تمويل اسر المعتقلين .

3. تمويل اسر المبعدين الذين كانوا في مرج الزهور .

4. قامت اللجنة بفتح عيادة طب اسنان وطب عام وصيدلية .

5. تقوم اللجنة بالانفاق على طلبة المدارس المحتاجين وتوزيـــع الملابـــس علـــى الاهالي .

6. تقوم اللجنة بتوزيع الاموال والملابس على الايتام والفقراء حيث تكفل بعــض الميسورين اعالة بعض العائلات الفقيرة عن طريق اللجنة .

7. اللجنة لها علاقات مع لجنة زكاة القدس حيث كانت الاصل في تشكيلها .

*كان الدكتور محمود الرمحي نشيط في اللجنة لعدة سنوات وبعد اعتقالـه فـي التسعينات قام بافتتاح مستشفى الرحمة .

*تم مداهمة اللجنة من قبل الاجهزة الامنية الفلسطينية ومصادرة بعض المستندات

*اللجنة تدار من قبل حماس ولكن بطرقة ذكية حيث عملــها بالاسـاس تحويـل الاموال من الخارج الى الداخل لحركة حماس



- مقر اللجنة في محافظة رام الله والبيرة: عمارة الرموني قرب مركز الشرطة.
- تأسست اللجنة في السبعينات وكانت ضمن مسؤولية دائرة الأوقاف الإسلامية.
- يرأس اللجنة دـ حسني أبو عرض/طبيب تخصص أطفال من قيــادات حمــاس بالإضافة لترويض الزين .
- أهداف اللجنة المعلنة هي جمع الزكاة والصدقـــات مــن أثريــاء المسلمين وتوزيعها على الفقراء والمحتاجين.
- اللجنة علاقة مالية مع عدة شركات وبنوك أهمها البنك العربـــي وبنـــك الأردن وبيت المال وشركة سنقرط وشركة العجولي للصرافة .
- اللجنة علاقات مع الحركة الإسلامية داخل الخط الأخضر ولجنة الزكاة لقــدس حيث هي الأصل في تشكلها .
- تتلقى اللجنة بالإضافة لأموال الزكاة والصدقات التي يتم جمعها تحويلات مالية من دول عربية وغير عربية عديدة أهمها السعودية والكويت والإمارات وقطر حيث يتم تحويل الأموال بواسطة البنوك والشركات المذكورة .
- اللجنة فروع ومراكز مختلفة أهمها :-

1 – لجنة زكاة عين يبرود   2 – مخزن في رام الله/مقابل المحكمة الشرعية   3 – مخزن في المنطقة الصناعية/رام الله   4 – مركز التعليم الخيطة/رام الله .

1119

## أهم أشخاص النشطين في لجنة الزكاة/محافظة رام الله والبيرة

| | | | | |
|---|---|---|---|---|
| رئيس اللجنة | حماس | البيرة | 939587390 | حسني محمد عبدالقادر أبو عوض |
| | حماس | رام الله | | درويش الزين |
| تم استجوابه بطرلنا 99/6/1 | حماس | بيتونيا | 991010117 | عمر محمد احمد حمدان |
| | | المزرعة القبلية | | عقل ربيع |
| اعتقال بطرلنا | حماس | دير بزيع | 938443058 | نبيل عبدالهادي مصطفى منصور |
| والده الناطق باسم حماس | حماس | عين سينيا | 967140856 | مهدي محمود ابراهيم مصلح |
| كان نشط في اللجنة/اعتقال بطرلنا | حماس | البيرة | 998531065 | محمود احمد عبدالرحمن الرمحي |

• من خلال متابعتنا للجنة تبين ان اللجنة تعمل على تحويل الأموال من الخارج لحركة حماس .

• تم مداهمة مقر اللجنة في رام الله ومصادرة بعض الوثائق .

• بعد اعتقال محمود الرمحي من قبل الطرف الاخر والاجراءات التي تمت بحق النشطين في اللجنة تقلص نشاط اللجنة في حماس .

• نتائج المتابعة في الوقت الحالي تؤكد ان اللجنة تعمل على فتح مراكز طبية واجتماعية تهدف لجمع الارباح بعد توقف تحويل الاموال لحماس من خلالها .

• من خلال متابعتنا للجنة تبين ان اللجنة في الوقت الحالي لا تشكل خطوره .

22  1120

6-1612

**Palestinian National Authority**
Preventive Security H.Q.
Bethlehem Office

السلطة الوطنية الفلسطينية
قيـادة الأمـن الوقـائي
دائرة بيت لحم

**بسم الله الرحمن الرحيم**

**سيادة الأخ العقيد جبريل الرجوب حفظه الله ،،،،،**

**تحية الوطن وبعد .......**

**الموضوع :جمعية رعاية اليتيم**

*سنة التأسيس :١٩٩٧/١/١

*نوع العمل او الخدمه التي تقدمها المؤسسه :التكفل برعاية الايتام .

*نوع الجمهور المستفيد من الخدمه :الارامل والايتام واسر المعتقلين من حركة حماس .

*اسم المسؤول الاول عن المؤسسه وموقعه الوظيفي :عمري موسى عيسى عابده مدير الجمعيه .

*ارقام هواتف المؤسسه ورقم الفاكس :بيت لحم :٢٧٤٣٥٨٠

*عنوان المؤسسه :بيت لحم مسجد صلاح الدين .

*حجم الرسوم مقابل الخدمه : بدون رسوم للايتام ورسوم زهيده مقابل التسجيل في مركز الامل الثقافي لغبر الايتام .

*هدف المؤسسه : خيري .

*تاريخ الرخصه:١٩٩٧/١/١

*الجهة المرخصه :وزارة الشؤون الاجتماعيه دائرة الجمعيات الخيريه .

*اسماء الهيئة المديره للمؤسسه وهم ايضا العاملين بها

| الانتماء | مكان الاقامه | الوضع الوظيفي | التحصيل العلمي | الاسم الرباعي |
|---|---|---|---|---|
| حماس | بيت لحم | مدير الجمعيه | الثاني الثانوي | عمري موسى عيسى عابده |
| حماس | بيت لحم | نائب المدير | الثاني الاعدادي | احمد محمد عبد الله الشروف |
| حماس | بيت لحم | عضو | ب-احياء | يوسف سعيد اسعد النتشه |
| حماس | بيت لحم | عضو | م/انجليزي | فخر يوسف محمد جمعه |
| حماس | بيت لحم | عضو | امي | اسماعيل عوض عويضه عبيات |
| // | // | // | الثاني الثانوي | صلاح يوسف محمد جبران |
| // | // | // | الثالث الاعدادي | خليل علي راشد دار راشد |
| // | // | // | دبلوم ميكانيكه | شعبان محمد سالم ابو التين |
| // | // | // | ب-جيولوجيا | حسين احمد حسين موسى |
| // | // | // | ب-لغة عربيه | محمد نعمان يوسف قراقع |
| // | // | // | دبلوم اشهه | احمد عيسى محمد جواريش |

1123

G01 1859                    6-17



السلطة الوطنية الفلسطينية

رئاسة جهاز الأمن الفلسطيني

المخابرات العامة

مكتب محافظات الضفة

الرقم : ــــــــــــ

التاريخ : ــــــــــــ

دائرة : ــــــــــــ

الاخ مدير مخابرات محافظة رام الله والبيرة ...حفظه الله

تحية الوطن ،،،

الموضوع :- لجنة الزكاة

• العنوان :- رام الله عمارة الرضوي

• التمويل :- دعم خارجي من عدة دول

• تقوم هذه اللجنة بدعم اسر المعتقلين والمبعدين وتقوم بالانفاق على طلبة المدارس المحتاجين وتسعى على توزيع الاموال وتخليصها على الايتام والفقراء

• المسؤولين والاعضاء في هذه اللجنة يتصورون انهم من معروفي حماس ومعضمهم من نشطاء الحركة .

وتفضلوا بقبول فائق الاحترام

مدير غرفة العمليات

الرائد / خالد ابو يمن

6-18