# شهداء محافظة جنين - انتفاضة الأقصى

| الرقم | اسم الشهيد | تاريخ الاستشهاد | عنوان الشهيد | مكان الاستشهاد | علامات الإصابة |
|---|---|---|---|---|---|
| ١ | زكريا عيسى حافظ الكيلاني | ٢/١٠/٢٠٠٠ | سيريس - قرب المسجد الجديد | نابلس - شارع القدس | رصاص بالقلب |
| ٢ | هلال رشاد عمر صلاح | ٢٩/١٠/٢٠٠٠ | يعبد - الحارة الشرقية | يعبد - أول البلد | عيار ناري في مقدمة الرأس |
| ٣ | بلال رشاد عمر صلاح | ٢٩/١٠/٢٠٠٠ | يعبد - الحارة الشرقية | يعبد - أول البلد | عيار ناري في مؤخرة الرأس |
| ٤ | هاني عبد الله قاسم عزوقة | ١١/١١/٢٠٠٠ | جنين - الحارة الشرقية | جنين - حاجز الجلمة | عيار ناري في الرأس |
| ٥ | نادي إبراهيم محمد جبارات | ١٤/١١/٢٠٠٠ | مخيم جنين | جنين - حاجز الجلمة | عيار ناري في الرأس |
| ٦ | أحمد سعيد أحمد شعبان | ١٥/١١/٢٠٠٠ | الجلمة - قرب المدرسة | جنين - حاجز الجلمة | عيار دمدم في البطن |
| ٧ | ذيال محمود عبد الله أبو شقرة | ٢١/١١/٢٠٠٠ | جنين - البلدة القديمة | جنين - حاجز الجلمة | عيار ناري في البطن |
| ٨ | ماهر كامل عبد الرحيم حنتولي | ٢١/١١/٢٠٠٠ | سيلة الظهر - الشارع الرئيسي | سيلة الظهر مدخل البلد | عيار ناري في الظهر |
| ٩ | خالد زياد قاسم أبو حطب | ٢٦/١١/٢٠٠٠ | جنين - الحارة الشرقية | جنين - قرب المستوطنة | عيار ناري في القلب |
| ١٠ | أسامة مازن سليم عزوقة | ١/١١/٢٠٠٠ | جنين - شارع الرئيسي | جنين - حاجز الجلمة | عيار دمدم في الصدر |
| ١١ | عبد المنعم محمد ناجي أبو سلطة | ١٥/١١/٢٠٠٠ | عرابة - الحارة الغربية | عرابة - منطقة النقب | عيار دمدم في الحلق |
| ١٢ | أنس محمد صالح | ٢٢/١١/٢٠٠٠ | جنين - البلدة القديمة | جنين - حاجز الجلمة | عيار دمدم في العين |
| ١٣ | إياد محمد خوري خليل | ١٠/١١/٢٠٠٠ | جنين - الحارة الشرقية | جنين - حاجز الجلمة | عيار دمدم في الرأس |
| ١٤ | أمجد عزمي محمد الحسينية | ١٥/١٢/٢٠٠٠ | مخيم جنين | جنين - حاجز الجلمة | عيار دمدم في البطن |
| ١٥ | محمد لطفي محمود حسان | ١٠/١١/٢٠٠٠ | برقين - قرب المقبرة | جنين - حاجز الجلمة | عيار ناري في القلب |
| ١٦ | عمر يوسف عمر [illegible] | ٢٤/١١/٢٠٠٠ | كفر راعي - الحارة الشرقية | جنين - حاجز الجلمة | عيار ناري في القلب |
| ١٧ | أنور محمود أحمد حمران | ١١/١٢/٢٠٠٠ | عرابة - الحارة الغربية | نابلس - الضاحية | عدة أعيرة نارية في الجسم (اغتيال) |
| ١٨ | مفيدة أحمد حسين أبو [illegible] | ١٧/١١/٢٠٠٠ | فقوعة | ساحة المسجد الأقصى | اختناق بالغاز |
| ١٩ | محمد رائد أحمد قاسم | ١٨/١٢/٢٠٠٠ | جنين - صباح الخير | جنين - صباح الخير | قذيفة دبابة |
| ٢٠ | عبد الحميد عبد الرحيم عبد الحميد جعفر | ١٩/١١/٢٠٠٠ | سيلة الظهر | سيلة الظهر - الشارع الرئيسي | عيار ناري في الرأس |
| ٢١ | محمد سعيد حسن غانم | ١١/١١/٢٠٠٠ | سيلة الظهر - شارع الرئيسي | سيلة الظهر | اختناق بالغاز |
| ٢٢ | محمد فهد عبد الغني معالي | ١٦/١٢/٢٠٠٠ | عجة - مدخل البلد | عجة | عيار دمدم في الصدر |
| ٢٣ | أحمد عبد الله عبد الفتاح عثامنة | ١٢/١٠/٢٠٠٠ | طوباس - حي الصالحي | نابلس - شارع القدس | عيار ٥٠٠ في ٤ أماكن بالجسم |
| ٢٤ | محمود لطفي محمود حسان | ١٦/١١/٢٠٠٠ | برقين - قرب المقبرة | جنين - حاجز الجلمة | عيار ناري في الرأس |
| ٢٥ | زياد محمد يوسف صبحي | ١٨/١٢/٢٠٠٠ | كفر راعي - الحارة الجنوبية | جنين - صباح الخير | قذيفة دبابة |
| ٢٦ | علاء عبد اللطيف محمد أبو جابر | ١٨/١٢/٢٠٠٠ | المغير - قرب المسجد | جنين - صباح الخير | قذيفة دبابة |
| ٢٧ | مهند محمود مصطفى شارون | ١٨/١٢/٢٠٠٠ | برقين - قرب الجامع | جنين - صباح الخير | قذيفة دبابة |

10000039

1

6-28

| | اسم الشهيد | تاريخ الاستشهاد | عنوان الشهيد | مكان الاستشهاد | مكان الإصابة |
|---|---|---|---|---|---|
| ١٨ | محمد عبد الله محمد مجيد | ١٨/١٠/٢٠٠٠ | كفر راعي - الحارة الجنوبية | جنين - [illegible] | قذيفة دبابة |
| ١٩ | أسامة إبراهيم عبيد نغنغية | ١٤/١١/٢٠٠٠ | مخيم جنين - شارع نزهة | الشارع الالتفافي | عدة أعيرة نارية في الجسم |
| ٢٠ | إياد محمد ناجي حمدان | ١٥/١٢/٢٠٠٠ | عرابة - الحارة الغربية | جنين - أمام المقاطعة | انفجار عبوة ناسفة |
| ٢١ | معتز محمد محمود صبيح | ١١/١/٢٠٠١ | برقين - أول البلد | متأثراً بجراحه في مستشفى نابلس | عيار ناري في الرأس |
| ٢٢ | المعتصم محمد أحمد صباغ | ١٤/٥/٢٠٠١ | مخيم جنين | جنين - أمام المقاطعة | قصف صاروخي على السيارة |
| ٢٣ | عاصم نصري عبد الرازق عالول | ١٤/٥/٢٠٠١ | فقوعة | جنين - أمام المقاطعة | قصف صاروخي على السيارة |
| ٢٤ | خالد عقاب محمد صبيح | ١٨/٥/٢٠٠١ | ياصيد | نابلس - المقاطعة | قصف بالطائرات على مقاطعة نابلس |
| ٢٥ | رفعت صالح حسين ذياب محمود | ١٨/٥/٢٠٠١ | مثلون | نابلس - المقاطعة | قصف بالطائرات على مقاطعة نابلس |
| ٢٦ | وائل عوض عبد الكريم أبو خضر | ١٨/٥/٢٠٠١ | الجديدة | نابلس - المقاطعة | قصف بالطائرات على مقاطعة نابلس |
| ٢٧ | فواز عيسى ناجي دبج | ١٩/٥/٢٠٠١ | مخيم جنين | مدخل بلدة السيلة الحارثية | رصاص في القلب |
| ٢٨ | أسامة محمد درويش أبو الهيجا | ٢٥/٥/٢٠٠١ | مخيم جنين | الخضيرة | عملية استشهادية |
| ٢٩ | علاء جلال عبد الستار صباح | ٢٥/٥/٢٠٠١ | مخيم جنين | الخضيرة | عملية استشهادية |
| ٣٠ | جمال يوسف عبد الله حسن ثابت | ١١/٧/٢٠٠١ | مخيم جنين | الشارع الالتفافي طريق قباطية | عدة أعيرة نارية من [illegible] |
| ٣١ | محمود موسى سليمان خليل | ١١/٧/٢٠٠١ | مخيم جنين | الشارع الالتفافي طريق قباطية | عدة أعيرة نارية من [illegible] |
| ٣٢ | وليد زكي صادق بشارات | ١١/٧/٢٠٠١ | طمون | الطريق بين قباطية ومسلية | قصف صاروخي على السيارة |
| ٣٣ | محمد أحمد محمد أبو خضر | ١١/٧/٢٠٠١ | طمون | الطريق بين قباطية ومسلية | قصف صاروخي على السيارة |
| ٣٤ | نضال إبراهيم مصطفى أبو شادوف | ١٦/٧/٢٠٠١ | برقين | محطة قطار بنيامينا | عملية استشهادية |
| ٣٥ | مصطفى يوسف حسين ياسين | ٢٤/٧/٢٠٠١ | عانين | عانين - أمام منزله | اغتيال قوات خاصة |
| ٣٦ | بلال عبد المنعم خليل خضر | ٣١/٧/٢٠٠١ | الجديدة | نابلس | أثناء قصف مكتب حماس في نابلس |
| ٣٧ | أشرف عبد المنعم خليل خضر | ٣١/٧/٢٠٠١ | الجديدة | نابلس | أثناء قصف مكتب حماس في نابلس |
| ٣٨ | عز الدين شهيل أحمد المصري | ٩/٨/٢٠٠١ | عقابا | القدس | عملية استشهادية |
| ٣٩ | محمد محمود بكر نصر | ١٢/٨/٢٠٠١ | قباطية | بين حيفا وعكا | عملية استشهادية |
| ٥٠ | عبد الرحيم حسن مبارك الشبوي | ١٢/٧/٢٠٠١ | مخيم الفارعة | مخيم الفارعة | انفجار عبوة |
| ٥١ | حاكم عبد الكريم حماد النهيل | ١٢/٧/٢٠٠١ | مخيم الفارعة | مخيم الفارعة | انفجار عبوة |
| ٥٢ | ماهر أحمد عبد الله جوابرة | ١٢/٧/٢٠٠١ | مخيم الفارعة | مخيم الفارعة | انفجار عبوة |
| ٥٣ | محمد طايع قاسم بلاطية | ١٢/٧/٢٠٠١ | مخيم الفارعة | مخيم الفارعة | انفجار عبوة |
| ٥٤ | منير مصطفى صالح بلاطية | ١٢/٧/٢٠٠١ | مخيم الفارعة | مخيم الفارعة | انفجار عبوة |
| ٥٥ | أيمن محمد حافظ قاسم حوافطة | ١٢/٧/٢٠٠١ | طوباس | مخيم الفارعة | انفجار عبوة |
| ٥٦ | فايز محمد أحمد أبو صيام | ١٩/٩/٢٠٠١ | الأردن | طمون | شظية في الرأس أثناء قصف صاروخي |
| ٥٧ | فخري مصطفى خليل سليط | ١٢/٩/٢٠٠١ | مخيم جنين | مخيم جنين | قذيفة على المنزل |
| ٥٨ | رجا جمال محمود فريحات | ١٢/٩/٢٠٠١ | مخيم جنين | مخيم جنين | قذيفة على المنزل |
| ٥٩ | عطاف عبد الفتاح محمد صيامية | ١٢/٩/٢٠٠١ | جنين - [illegible] | مخيم جنين | استشهاد جراء عدة أعيرة نارية |

10000039

| م | اسم الشهيد | تاريخ الاستشهاد | عنوان الشهيد | مكان الاستشهاد | كيفية الاستشهاد |
|---|---|---|---|---|---|
| [illegible] | شادي احمد عبد الرازق بني عوده | ٢٠٠١/١١/١٩ | الحوبه | طوباس | رصاص من الاحتلال بالجسم من الطائرة |
| ٦ | ثائر محسن خضر صوافطه | ٢٠٠١/١١/١٩ | طوباس | طوباس | رصاص من الطائرة |
| ٦ | مهند رضا محمود ابو الهيجا | ٢٠٠١/١١/١٩ | مخيم جنين | مخيم جنين | استشهاد بطل |
| ٦ | اياد سليمان محمد الفغنيه | ٢٠٠١/١١/١٩ | مخيم جنين | مخيم جنين | استشهاد بطل |
| ٦ | ابراهيم علي يوسف مايد | ٢٠٠١/١١/١٩ | مخيم جنين | مخيم جنين | استشهاد بطل |
| ٦ | سفيان احمد توفيق العارضه | ٢٠٠١/١١/١٩ | عرابه | عرابه | رصاص من الطيران واستشهاد |
| ٦ | بلقيس احمد توفيق العارضه | ٢٠٠١/١١/١٩ | عرابه | عرابه | قذيفة دبابه |
| ٦ | وائل طلوب محمد عساف | ٢٠٠١/١١/١٩ | عرابه | عرابه | رصاص من الاحتلال بالجسم |
| [illegible] | [illegible] | [illegible] | | | |
| ٧ | نظير محمد محمود [illegible] | ٢٠٠١/١١/١٦ | العرقه | العفوله | عمليه استشهاديه |
| ٧ | احمد عبد المنعم [illegible] دراغمه | ٢٠٠١/١١/١٧ | طوباس | بيسان | عمليه استشهاديه |
| ٧ | رهام نبيل ابو ورد | ٢٠٠١/١١/١٨ | جنين | جنين / المدرسه | رصاص في الصدر |
| ٧ | غاده محمود عمر غنيمه | ٢٠٠١/١١/٢١ | صانور | صانور | رصاص بالرقبه |
| ٧٣ | مروان زلوم [illegible] | ٢٠٠١/١١/٢٨ | مخيم الفارعه | رام الله | |
| ٧٣ | ربيع نبيه سعيد غنام | ٢٠٠١/١١/٢١ | صيدا | برازيليا / نابلس | اغتيال بقذائف صاروخ |
| ٧٤ | محمد ريحان [illegible] غنام | ٢٠٠١/١١/٢١ | صيدا | برازيليا / نابلس | اغتيال بقذائف صاروخ |
| ٧٥ | يوسف محمد علي سويطات | ٢٠٠١/١١/٢٨ | مخيم جنين | الخضيره | عمليه استشهاديه |
| ٧٦ | [illegible] جبالي | ٢٠٠١/١١/٢٨ | مخيم جنين | الخضيره | عمليه استشهاديه |
| [illegible] | [illegible] | | | | |
| ٧٧ | مجدي موسى [illegible] جرادات | ٢٠٠١/١١/١٦ | مخيم جنين | مخيم جنين | اغتيال تفجير السياره |
| ٧٨ | عكرمه محمد جعفر ستيتي | ٢٠٠١/١١/١٦ | مخيم جنين | مخيم جنين | اغتيال تفجير السياره |
| ٧٩ | طاهر عارف محمد زيد الكيلاني | ٢٠٠١/١١/١٨ | يعبد | يعبد | رصاص في الصدر |
| ٨٠ | مصطفى فيصل مصطفى ابو سريه | ٢٠٠١/١١/٢٩ | مخيم جنين | العفوله | عمليه استشهاديه |
| ٨١ | عبد الكريم عمر محمد ابو ناعسه | ٢٠٠١/١١/٢٩ | مخيم جنين | العفوله | عمليه استشهاديه |
| ٨٢ | سامر عمر احمد شواهنه | ٢٠٠١/١١/٢٩ | سيله الحارثيه | الخضيره | عمليه استشهاديه |
| ٨٣ | محمد رائد محمد [illegible] | ٢٠٠١/١٢/١ | مخيم جنين | مخيم جنين | رصاص بالراس |
| ٨٤ | رامي محمود موسى [illegible] | ٢٠٠١/١٢/١ | مثلث الشهداء | مثلث الشهداء | رصاص بالراس |
| ٨٥ | رواد صبحي جميل ابو مويس | ٢٠٠١/١٢/٦ | عرابه | جنين السويطات | رصاص في الرقبه |
| ٨٦ | نمر محمد يوسف ابو سيفين | ٢٠٠١/١٢/٩ | السامريه | حيفا | عمليه استشهاديه |
| ٨٧ | وليد كمال السعدي | ٢٠٠١/١٢/٢٦ | جنين | جنين | كمين تابعي خلال التمشيط |
| ٨٨ | [illegible] | | | | |
| ٨٨ | ابراهيم عبد الكريم [illegible] | ٢٠٠١/١١/[illegible] | طمون | | |
| ٨٩ | اميره ناصر ابو سيف | ٢٠٠١/٢/١٤ | قتيريه | | |
| ٩٠ | [illegible] خليل [illegible] | ٢٠٠١/٢/٢٨ | [illegible] | | |

10000039

3

6-28:3

شهداء داخل الخط الاخضر - انتفاضة الاقصى

| | اسم الشهيد | تاريخ الاستشهاد | عنوان الشهيد | مكان الاستشهاد | مكان الاصابة |
|---|---|---|---|---|---|
| ١- | محمد احمد محمود جبارين | ١/١٠/٢٠٠٠ | ام الفحم - حارة الجبارين | ام الفحم | عيار ناري في الظهر |
| ٢- | أسيل حسن عبد الغني عاصلة | ٢.١٠.٢٠٠٠ | عرابة البطوف شارع البلد | عرابة البطوف | عيار ناري في الرأس والرقبة |
| ٣- | وليد عبد المنعم علي أبو صالح | ٢.١٠.٢٠٠٠ | سخنين | سخنين | عيار دمدم في الصدر |
| ٤- | احمد ابراهيم محمد جبارين | ١.١٠.٢٠٠٠ | معاوية - ام الفحم | ام الفحم | عيار ناري ودمدم في الرأس |
| ٥- | محمد غالب عارف خمايسي | ٢.١٠.٢٠٠٠ | كفر كنا - الحارة الشرقية | كفر كنا | عيار دمدم في الركبة |
| ٦- | عمر محمد ابراهيم عكاوي | ٨.١٠.٢٠٠٠ | الناصرة شيكون العمال "د" | الناصرة | عيار ناري في القلب |
| ٧- | علاء خالد منصور نصار | ٢.١٠.٢٠٠٠ | عرابة البطوف حارة نصار | عرابة البطوف | عيار دمدم في الصدر |
| ٨- | رامز عباس محمد بشناق | ٢.١٠.٢٠٠٠ | كفر مندا - أول البلد | كفر مندا | عيار ناري في الرأس |
| ٩- | عماد فرج خليل غنايم | ٢.١٠.٢٠٠٠ | سخنين - قرب البلدية | سخنين | عيار ناري في الرأس |
| ١٠- | وسام حمدان عبد يزبك | ٨.١٠.٢٠٠٠ | الناصرة - بئر الامير | الناصرة | عيار دمدم في الرأس |
| ١١- | اياد صبحي عارف لوابنة | ٢.١٠.٢٠٠٠ | الناصرة - الحي الشرقي | الناصرة | عيار ناري في القلب |
| | محمد صالح شاكر حسيني | ٩.٩.٢٠٠١ | ابو سنان | نهاريا | عملية استشهادية |
| | سالم صبحي فؤاد ابو بكر | ٢٦/١٠/٢٠٠١ | [illegible] | [illegible] | طعنة بالسكاكين |

10000039

4

1486

6-28:4

بسم الله الرحمن الرحيم

الحمد لله وكفى والصلاة والسلام على عباده الذين اصطفى وبعد:

اخوة الأفاضل في جمعية إرشاد المسلمين السلام عليكم ورحمة الله وبركاته

نرسل لكم بخالص تحياتنا وشكرنا لجهودكم المخلصة في خدمة الدعوة والحفاظ على اظهار الوجه المشرق لمدينة الشهداء

كما ونتقدم لكم بالغ تحياتنا لوقوفكم [illegible] كأسرى في سجون الاحتلال الحاقد ووقوفكم بجانب اهالينا وعائلاتكم على ابنائنا ونتنهز هذه الفرصة لنتقدم بتهانينا للهيئة المنتخبة لفترة جديدة وانا نشد على اياديكم وندعوكم لمواصلة الطريق، ونتوقع منكم في الفترة القادمة مضاعفة الجهد للوقوف بجانبنا خصوصاً ونحن نمر الآن في ظروف صعبة جداً في ظل المرحلة الذي حدث مؤخراً حيث وضعنا [illegible] الآن في سجن عسقلان والحركات الاسلامية [illegible] في سجن نفحة

هذا عدا عن تفتيشنا بشكل لا يتحمله عقل ولا دين والتعرض للاذلال بالتفتيش بشكل مذل، وعلى ذلك فان نشاطاتكم وخصوصاً الاعلامية لابراز قضيتنا لتعتبر من اهم اشكال دعمنا، كما وندعوكم ان تمكنتم من دعمنا بالمواد الغذائية مثل الخضار وغيره وخصوصاً بسجن نفحة الذي يعاني نقص في المواد الغذائية ويمكن ادخال اي شيء من خلال [illegible]: فارس [illegible]

[illegible] ندعو الله ان يعيد رمضان علينا وقد تغيرت احوال الامة وكل عام وانتم بالف خير. اخوانكم

[illegible] / سجن نفحة [illegible]

1508

6-29



جمعية التضامن الخيرية الإسلامية

بسم الله الرحمن الرحيم

# ائتلاف الخير

حملة مئة يوم ويوم لتخفيف الحصار عن الشعب الفلسطيني ودعم صموده

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | رامي محمود محمد زوانة | | نابلس | زواتا | 26 | 19/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 17 | عمر عبد الفتاح حافظ ياسين | | نابلس | الجنيد | 30 | 19/02/02 | عملية استشهادية في عورتا |
| 18 | فؤاد يعقوب محمد الشتية | | نابلس | تل | 35 | 19/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 19 | محمد حسين عطا الله حنتولي | | نابلس | م. بلاطة | 17 | 19/02/02 | عيار ناري في القلب |
| 20 | محمد عبد الله أبو مرسال | | نابلس | م. بلاطة | 27 | 19/02/02 | عيار ناري في الصدر |
| 21 | زهير عبد القادر عثمان عقل | | نابلس | سبسطية | 34 | 20/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 22 | محمد عبد الله شنيك | | نابلس | جماعين | 22 | 24/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 23 | عبد الرحيم مصطفى سيف | | نابلس | برقة | 35 | 27/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 24 | عماد سليمان عبد الغني اللفزي | | نابلس | م. بلاطة | 27 | 27/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 25 | مهدي حسين الحروز | | نابلس | شارع عمان | 34 | 27/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 26 | محمد مصطفى قاسم | | نابلس | عمرة | 25 | 28/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 27 | هارون محمد توفيق أبو عيشة | | نابلس | بيت وزن | 21 | 01/03/02 | عملية استشهادية على حاجز [illegible] |
| 28 | [illegible] كمال سمارة | | نابلس | شارع عمان | 20 | 02/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 29 | عبد الله كامل الملو | | نابلس | م. عسكر | 25 | 03/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 30 | محمود طارق طنطاوي | | نابلس | م. بلاطة | 16 | 03/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 31 | أحمد فخري [illegible] | | نابلس | م. بلاطة | 17 | 04/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 32 | حكم عبد الفتاح أبو عيشة | | نابلس | م. بلاطة | 30 | 04/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 33 | وليد سيف سليمان | | نابلس | [illegible] | 24 | 04/03/02 | عدة أعيرة نارية في كافة أنحاء الجسم |
| 34 | نمير جميل أحمد الشتية | | نابلس | سالم | 28 | 05/03/02 | أعيرة نارية بالقلب أثناء اقتحام قرية سالم |

هاتف وفاكس: [illegible] جوال: [illegible] بريد الكتروني: [illegible]

جمعية التضامن الخيرية الإسلامية

بسم الله الرحمن الرحيم

ائتلاف الخير

حملة مئة يوم ويوم لتخفيف الحصار عن الشعب الفلسطيني ودعم صموده

## أسماء الشهداء عن الأشهر ١، ٢، ٣/٢٠٠٢م

| الرقم | اسم الشهيد الرباعي | اسم الركيل | المحافظة | العنوان | العمر | تاريخ الاستشهاد | كيفية الاستشهاد |
|---|---|---|---|---|---|---|---|
| 1 | يوسف [illegible] خالد [illegible] | | نابلس | نابلس | 37 | ٠٢/٠١/٢٢ | تصفية من قبل القوات الخاصة |
| 2 | جاسر أحمد رمزي سمارو | | نابلس | نابلس | 28 | ٠٢/٠١/٢٢ | تصفية من قبل القوات الخاصة |
| 3 | نسيم رفيق علي ابو الروس | | نابلس | نابلس | 28 | ٠٢/٠١/٢٢ | تصفية من قبل القوات الخاصة |
| 4 | عبد السلام صادق حسونة | | نابلس | بيت امرين | 23 | ٠٢/٠١/١٧ | عملية استشهادية |
| 5 | صفوت عبد الرحيم خليل | | نابلس | بيت وزن | 21 | ٠٢/٠١/٢٢ | عملية استشهادية |
| 6 | [illegible] احمد علي عبد الله | | نابلس | م. عسكر القديم | 42 | ٠٢/٠١/١٧ | اشتباك مسلح |
| 7 | عبد الناصر [illegible] | | طوباس | طوباس | 31 | ٢٠٠٢/١/٢٣ | [illegible] |
| 8 | ابراهيم سعيد رمضان | | نابلس | تل | 24 | ٠٢/٠١/٢٢ | عملية استشهادية |
| 9 | سعيد ابراهيم سعيد رمضان | | نابلس | تل | 23 | 22/01/02 | عملية استشهادية في القدس الغربية |
| 10 | لؤي محمد موسى [illegible] | | نابلس | أوصرين | 15 | 01/02/02 | عيار ناري بالرأس أثناء المواجهات |
| 11 | (محمد رياض) فايز محمد الحليلي | | نابلس | نابلس | 26 | 06/02/02 | عملية استشهادية في الأغوار |
| 12 | محمد عبد الحميد صالح [illegible] | | نابلس | شارع عمان | 19 | 17/02/02 | عملية استشهادية في الخضيرة |
| 13 | صلاح الدين منصور فراج فراج | | نابلس | م. بلاطة | 35 | 18/02/02 | اشتباك مسلح عند اقتحام م. بلاطة |
| 14 | أيمن كمال محمد قطاوي | | نابلس | م. بلاطة | 25 | 18/02/02 | عيار ناري في الصدر إثر اقتحام م. بلاطة |
| 15 | خليل محمد حمودة [illegible] | | نابلس | م. بلاطة | 22 | 19/02/02 | عدة أعيرة نارية في كافة أنحاء الجسم |

هاتف وفاكس: [illegible] جوال: [illegible] بريد الكتروني: [illegible]

601 3060-61

6-30

بسم الله الرحمن الرحيم

# ائتلاف الخير

حملة مائة يوم ليوم ائتلاف الخير للتضامن مع الشعب الفلسطيني ودعم صموده

[illegible]
[illegible]
[illegible]

ائتلاف الخير

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | شادي محمد صدقي نصار | | نابلس | مادما | 22 | 07/03/02 | عملية استشهادية في مستوطنة أرئيل |
| 36 | محمود سعيد عبد الرحيم صلاح | | نابلس | بيت وزن | 24 | 08/03/02 | تم تصفيته أثناء ذهابه للقيام بعملية استشهادية |
| 37 | حامد عوني سلمان عمران | | نابلس | نابلس | 30 | 09/03/02 | أصيب بثلاث أعيرة نارية بالقلب |
| 38 | سعيد عبد الحفيظ صبيح الطه | | نابلس | م. عسكر | 21 | 09/03/02 | عملية استشهادية في نتانيا |
| 39 | شادي علي مطلق النعمي | | نابلس | م. [illegible] 1518 | 22 | 09/03/02 | عملية استشهادية في نتانيا |
| 40 | محمود تيسير أحمد غانم | | نابلس | عصيرة | 27 | 10/03/02 | عيار ناري في الكتف استقر في القلب |
| 41 | غانم تيسير أحمد برهم | | نابلس | كفر قدوم | 27 | 20/02/02 | قصف عند حاجز [illegible] |

6-30:2

# נספח ט"ז

## מסמך שנתפס באגודת "אלאצלאח" בראמאללה - סיוע למשפחות חללי ואסירי "חמא"ס" בולטים

جمعية الإصلاح الخيرية الاجتماعية
فرع رام الله والبيرة

Al-Islah Charitable Society Association
Ramallah & El-Bireh Branch

بسم الله الرحمن الرحيم

التاريخ : ٢٠٠١/٩/١

الأخوة الأفاضل في مؤسسة القدس – لبنان حفظهم الله

الموضوع : قائمة بأسماء الأسرى والشهداء من القدس الذين هدمت بيوتهم :

السلام عليكم ورحمة الله وبركاته

يسرنا أن نرفع لحضراتكم قائمة بأسماء الأسرى والشهداء الذين هدمت أو تضررت بيوتهم في بيت المقدس وهي مرتبة حسب الأولوية ، سائلين الله تعالى أن يوفقكم في مساعدتهم ويجعلهم ذخراً وسنداً لكل مظلوم ملهوف مؤكدين لحضراتكم أننا على استعداد لموافاتكم بالتفاصيل والوثائق المتعلقة بالموضوع حال طلبكم لها .

| الرقم | الاسم | اسم الوكيل | رقم الحساب | البنك | الحكم | البلد | قيمة الأضرار بالدولار |
|---|---|---|---|---|---|---|---|
| ١ | ضياء حسين عبد الطويل | يسرى عبد الطويل | ٦٠٣٨١٤-٥-٥٧٠ | العربي | شهيد | القدس | $١٠٠٠٠ |
| ٢ | سليمان مصطفى غيظان | صباح طه محمد غيظان | ٦٠٣٣٢٤-٥-٥٧٠ | العربي | شهيد | القدس | $١٠٠٠٠ |
| ٣ | شكري محمود محمد الجوابرة | زهر محمد ... الجوابرة | ٦١٥٣٧٦-٧-٥١٠ | العربي | معتقل ومحكوم ٨ سنوات | القدس | $١٠٠٠٠ |
| ٤ | فايز إبراهيم مصلح | فايز إبراهيم مصلح | | | معتقل وعلى إثر الاعتقال أصيب بالسرطان | القدس | $٧٠٠٠٠ |
| ٥ | ثائر عبد المجيد ... | سهير محمد عاشور | ٦١١٣٧٠-١-٦-٥٧٠ | العربي | معتقل ومحكوم مؤبد | القدس | $١٠٠٠٠ |
| ٦ | إسلام فوزي أبو ارميلة | لمان فايز أبو ارميلة | ٦١٦١١٤١-٣-٥١٠ | العربي | شهيد | القدس | $٤٠٠٠٠ |
| ٧ | يحيى الدين الشريف | زهوة عبد الله الشريف | ٦٤٣٤٠-٩-٧-٥٠٠ | العربي | شهيد | القدس | $٣٠٠٠٠ |

6-31

6-3112

Al-Islah Charitable Society Association
Ramallah & El-Bireh Branch

جمعية الإصلاح الخيرية الاجتماعية
فرع رام الله والبيرة

| الرقم | الاسم | اسم الوكيل | رقم الحساب | البنك | الحكم | البلد | قيمة الأضرار بالدولار |
|---|---|---|---|---|---|---|---|
| ٨ | نصر حيلان شقورات | نصر حيلان شقورات | ٣٠١٢٥٩-١-٥٠٠ | العربي | معتقل ومحكوم مدى الحياة | القدس | $٤٠٠٠٠ |
| ٩ | محمد حسن أبو هنارن | أمل محمد أبو هنارن | ٢٠٠٤-٣٨٧٥٥-١-٧٠ | الأردن | معتقل ومحكوم مدى الحياة | القدس | $٤٠٠٠٠ |
| ١٠ | عبد الكريم ياسين حامد بدر | ياسين حامد بدر | ٣٠٦٩١٢-٥-٥٠٠ | العربي | شهيد | القدس | $٥٠٠٠٠ |
| ١١ | هيثم حمران عويضة | صباح محمد عويضة | ٣٠٩٣٠٦-٢-٥٠٠ | العربي | شهيد | القدس | $٢٠٠٠٠ |
| ١٢ | رمضان محمد عودة يعقوب | ابتسام فاروق عودة | ٦٢١١٧٠-٤-٥٠٠ | العربي | معتقل ومحكوم خمس سنين | قلنديا | $٨٠٠٠ |
| ١٣ | محمد مصطفى أحمد عفانة | انتصار محمد يوسف عفانة | ٦١٢٧٠٤-٥-٥٧٠ | العربي | معتقل ومحكوم مؤبدين | قلنديا | $٨٠٠٠ |

والسلام عليكم ورحمة الله وبركاته.

1420
1999

1520