# استمارة أسرة شهيد

| اسم الشهيد: محمود محمد أحمد أبو هنود الشولي | العمر: ٣٤ |
| --- | --- |
| اسم الزوجة / (أعزب) | العمر / |
| المعيل الحالي للأسرة: اخوة الشهيد | العمر / |
| صلة القرابة: أخ الشهيد | المهنة: مدرس | الدخل الشهري: ١٥٠٠ شيكل |

عدد أفراد: (٥ أفراد)

| الرقم | الاسم | العمر | صلة القرابة | المؤهلات | ملاحظات |
| --- | --- | --- | --- | --- | --- |
| ١ | فاطمة | ٦٠ | الأم | | |
| ٢ | معين | ٢٩ | أخ الشهيد | | |
| ٣ | خالد | ٢٨ | أخ الشهيد | | |
| ٤ | منار | ٢١ | أخت الشهيد | | |
| ٥ | آلاء | ١٥ | أخت الشهيد | | |
| ٦ | محمد | ٧٠ | الأب | | مريض بالقلب |
| ٧ | | | | | |

مكان إقامة الأسرة: عصيرة الشمالية

| اسم المدينة: عصيرة الشمالية | البلدة أو المخيم: عصيرة الشمالية | الحي أو الشارع: البلد |
| --- | --- | --- |

| رقم الحساب: ٥٠٠/٨/٤٣٩٨٧٦ | البنك: العربي | الفرع: نابلس |

اسم صاحب الحساب: والدة الشهيد (فاطمة)

ملاحظات المشرف الاجتماعي حول وضع الأسرة وتوصياته: وضع الحالة المادي جيد، وهي عائلة محترمة ومحبة

تاريخ الاستشهاد: ٢٣/١١/٢٠٠٧    طبيعة عمل الشهيد: لا عمل له - مطارد

رقم الهاتف: ٢٣٩٦٠٧١   رقم هوية الوكيل: ٩٨٠٣٧٤٢٣٧ / ٩٨٠٣٧٤٦٨

كيفية الاستشهاد: القصف الصاروخي الإسرائيلي من قبل طائرة أباتشي مما أدى إلى استشهاده، وقد تعرض الشهيد إلى محاولتي اغتيال قبل عدة أشهر، الأول في قرية عصيرة، قصف فيها الطيران الإسرائيلي البيت الذي كان مختبئ فيه، وقتل الشهيد ثلاثة من القوات الخاصة وأصاب تسعة منهم، واستطاع أن يفلت منهم ثم اعتقلت السلطة الفلسطينية وحكمت عليه بالسجن (١٥) عاماً، وفي ٢٠٠١/٥/١٨ قامت طائرة F16 بقصف السجن الذي كان يؤدي القائد البطل مما أدى إلى مقتل ١٣ شرطياً ونجا أبو هنود من أعجوبة، ثم خرج إلى الجبل الجهادي من جديد، حتى انتقل إلى الرفيق الأعلى بتاريخ ٢٠٠١/١١/٢٣، فرحم الله القائد البطل وأسكنه فسيح جناته.

إضافة صورة: نعم



6-32;2


على العميل ان يتأكد ان الموظف قد وقع على هذه النسخة المطبوعة آلياً وبخلاف ذلك فإنه لا يترتب عليها اي اثر قانوني

Customer should make sure that this automatically printed copy has been signed by the teller, otherwise it shall have no legal effect.

CUSTOMER'S COPY نسخة العميل

# ARAB BANK البنك العربي

## CASH DEPOSIT إيداع نقدي

A/C BR فرع العميل

DATE التاريخ

CREDIT لحساب

CUR. العملة | BR. CODE رمز الفرع | A/C No. رقم الحساب

AMOUNT المبلغ

ONLY فقط

DEPOSITOR SIGNATURE توقيع المودع

DEPOSITED BY أودعت بواسطة

FOR BANK'S USE لاستعمال البنك

DATE التاريخ

A/C BR فرع العميل

TRAN BR الفرع المنشيء

CREDIT لحساب

CUR. العملة | BR. CODE رمز الفرع | A/C No. رقم الحساب

AMOUNT المبلغ | DETAILS الشروحات

27-12-2001

ARAB BANK البنك العربي

ACG 002-AE 2-93 2/2

1590

6-32:5

السلطة الفلسطينية
وزارة الداخلية
دائرة تسجيل السكان
PALESTINIAN AUTHORITY
Interior Ministry

| | |
|---|---|
| BRONCHO PNEUMONIA | UREMIA |
| CHRONIC BRONCHITIS | RETENTION OF URINE |
| | HYPERTROPHY OF PROSTATE |
| CHRONIC MYOCARDITIS | DIABETES |

ملف رقم:　　　　بسم الله الرحمن الرحيم

# والشهداء عند ربهم لهم أجرهم ونورهم

## شهيد انتفاضة الاقصى

### المجاهد البطل

عامر محي الدين كامل حمد

تاريخ الاستشهاد:　2002/12/2

رقم الهاتف:　386 996

# استمارة أسرة شهيد

| | | |
|---|---|---|
| اسم الشهيد: ناصر محمد بن ناصر صالح حيسه | العمر: ٢٦ سنة | |
| اسم الزوجة: — | العمر: — | |
| المعيل الأعلى للأسرة: محمد الزبير كامل صالح حيسه | العمر: ٦٠ | |
| صلة القرابة: والدين | المهنة: موظف رقيب الدخل الشهري: ١٥٠٠ | |

عدد أفراد الأسرة:

| الرقم | الاسم | العمر | صلة القرابة | المؤهلات | ملاحظات |
|---|---|---|---|---|---|
| ١ | محمد بن محمد | ٢ | والد | جامعي | ياسمين ٢٤ |
| ٢ | بنت الكلام | ع | والدة | | |
| ٣ | فتحية حيسه | ٢٧ | أخت | | متزوجة |
| ٤ | عائشة | ٢٥ | أخت | | متزوجة |
| ٥ | عفت حيسه | ٢٣ | أخت | | متزوجة |
| ٦ | نسرين حيسه | ٢٢ | أخت | | متزوجة |
| ٧ | أحمد حيسه | ١٧ | أخ | | طالب |

مكان إقامة الأسرة:

| اسم المدينة | شارع المنصوريه | البلدة أو المخيم: نابلس | الحي أو الشارع |
|---|---|---|---|

رقم الحساب: ٥١٠٠٥٦/١٣٧٣   البنك: العربي   الفرع: نابلس

اسم صاحب الحساب: محمد الزبير كامل صالح حيسه

ملاحظات المشرف الاجتماعي حول وضع الأسرة وأوضاعها:

تاريخ الاستشهاد: ٢٠٠٢/٨/٣   طبيعة عمل الشهيد: عامل

رقم الهاتف: ٩٧٨٦٩٩٦   رقم هوية الوكيل: ٩٩٧٦١٤٣/٣

كيفية الاستشهاد: عليه رحمة الله استشهد كصف بنادق بنابلس ٢٠٠٢/٨/٣

إضافة صورة



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

**Death Certificate**

| | | | |
|---|---|---|---|
| Id No. | 9 9076142 1 | | |
| Name | ماهر | Father's name | محي الدين |
| G.F.'s name | كامل | Family name | حبيشه |
| Sex | ذكر | Religion | مسلم |
| D. of death | 2001/12/02 | | |
| P. of death | نابلس | Hospital | — |
| D. of birth | 1981/01/24 | Nationality | فلسطيني |
| M. status | أعزب | M.'s name | روزه |
| Address | نابلس | | أبو عبيدة 0 - 0 |

The details about the above mentioned death have already been registered in the death file of year   2001
by Department of Civil Affairs in   Nablus   On   19/12/2001



6-32:10

