كشف حسابات لجان الزكاة / بنك القاهرة - عمان

S1

1) لجنة زكاة غزة
بنك القاهرة - عمان / فرع المعاملات الإسلامية
رقم الحساب (٣٢٥/١/٢١١١)

2) لجنة زكاة خانيونس
بنك القاهرة - عمان / فرع خانيونس
رقم الحساب (٠١٥٠٠٧٢٤٥٥١٠٠)

10000057

GOI 2283-85                                       6-90

STATE OF ISRAEL

١- السيد - يوسف حاكم الحجي
رئيس الهيئة الخيرية الإسلامية العالمية / الكويت

٢- السيد - عبدالقادر ضاحي العجيل
مدير بيت الزكاة الكويتي / الكويت

٣- السيد - عبد المحسن العقاب
أمين عام - الأمانة العامة للأوقاف

٤- السيد عبد اللطيف الحمد
رئيس الصندوق العربي للإنماء الإقتصادي / الكويت

٥- السيد عثمان الخطيب
مسؤول إدارة بيت غ الخارجي ببيت الزكاة / الكويت

٦- السيد - عبد الله دليم المطيري
رئيس جمعية البوسنة الأحفاد / الكويت

٧- السيد - أحمد عبد العزيز العلي
لجنة المناصرة الخيرية / الكويت

٨- السيد نادر عبد العزيز النوري
رئيس لجنة فلسطين الخيرية / الكويت

٩- السيد - منيرة السياح
رئيس لجنة ...  فرع البنك السابع / فلسطين ؟

10000057
3

מסמכי שלל - אגודת הצדקה האיסלאמית בחברון

GOI  0002284

6-40:2

## أرقام هواتف ضرورية

| الرقم | الاسم | رقم الهاتف |
|---|---|---|
| ١. | الشيخ عادل الجنيدي | البيت: ٢٢٥٩٩٦٥<br>العمل (الإحسان): ٢٢١٥٠٣٨ |
| ٢. | د. عزام سلهب | البيت: ٢٢٥٣٥١٦<br>الجامعة: ٢٢٢٠٩٩٥ |
| ٣. | الشيخ مصطفى شاور | البيت: ٢٢٥٠٧٦٧<br>الجامعة: ٢٢٢٠٩٩٥ |
| ٤. | الاستاذ عبد الجليل كتلو | البيت: ٢٢٨٢٨٨٥<br>الجامعة: ٢٢٣٩٥٧٧ |
| ٥. | المهندس عيسى الجعبري | المصنع: ٢٢٥٨٦٥٠<br>البيت: ٢٢٥٦٦٧٢<br>بليفون: ٠٥٠٣٧١٦١٠ |
| ٦. | المهندس عبد العزيز السعافين | البيت: ٢٢٥٥٣٤٥<br>المكتب: ٢٢٢٦٤٨٦<br>بليفون: ٠٥٣٦٢٠٨٠٦ |
| ٧. | السيد نبيل النتشه | المكتب: ٢٢٥٢٢١٩<br>البيت: ٢٢٥٢٢١٧<br>فاكس: ٢٢٢٤٩٥٢<br>بليفون: ٠٥٠٣٢٩٣٠٣ |
| ٨. | المهندس حسني الكركي | المكتب: ٢٢٥٣٦٦١ (فاكس)<br>البيت: ٢٢٥٣٦٨٩ |
| ٩. | الأستاذ طالب النجار | بلدية يطا: ٢٢٧٩٣٩٤<br>الجمعية: ٢٢٧٩٣١٤<br>بليفون: ٠٥٠ |

1-0-0-0-0-0-5-7

٦

מסמכי שלל - אגודת הצדקה האיסלאמית בחברון

GOI 0002285

6-40:3

| | | |
|---|---|---|
| الرقـم : 01/281 | بسم الله الرحمن الرحيم  | السلطة الوطنية الفلسطينية |
| التاريخ : 2001/12/1 | | وزارة الأوقاف والشؤون الدينية |
| الموافق : 16/رمضان/1422هـ | | مديرية صندوق الزكاة |
| | | لجنة أموال الزكاة - محافظة جنين |

الأخوة الأفاضل في الأمانة العامة لائتلاف الخير حفظكم الله

الأخوة الأفاضل في الصندوق الفلسطيني للإغاثة والتنمية - الإنتربال - حفظكم الله

السلام عليكم ورحمة الله وبركاته

تهديكم لجنة أموال الزكاة في محافظة جنين تحياتها وتشكركم جزيل الشكر على ما تقدمونه من مساعدات للأسر الفقيرة والفئات الضعيفة .

**الاخوة الأفاضل :** وصلتنا رسالتكم المؤرخة بتاريخ 2001/11/27م وتذكرون أنكم قد خصصتم لنا مبلـــغ (14000$) لدعم الأسر المحتاجة ، ومبلغ (7455$) لمشروع دعم المنتج الفلسطيني ، والمبالغ موزعــة علــى النحو التالي :ـ

**أولاً : دعم الأسر :ـ**

| | |
|---|---|
| الصندوق الفلسطيني للإغاثة والتنمية (INTERPAL) | $10000 |
| مؤسسة الأقصى الخيرية ــ ألمانيا | $7000 |
| مؤسسة الأقصى الخيرية ــ بلجيكا | $5000 |
| مؤسسة الأقصى الخيرية ــ هولندا | $10000 |
| اللجنة الخيرية لمناصرة فلسطين ــ فرنسا | $4000 |
| الجمعية الخيرية الإسلامية لنصرة الأقصى الشريف ــ اليمن | $5000 |

**ثانياً : مشروع دعم المنتج الفلسطيني :ـ**

7455.$ مقدمة من المؤسسات المذكورة أعلاه إضافة إلى مؤسسة الأقصى الخيريــة ــ الدنمــارك ، ومؤسسـة سنابل الأقصى الخيرية ــ السويد ، ولجنة لإغاثة فلسطين ــ سويسرا .

ونفيدكم بأننا سنقوم بإذن الله تعالى بتوزيع هذه الأموال المخصصة في مصارفها المحددة لها من قبلكم ، ســائلين الله العلي القدير أن يبارك في أموال المتبرعين وأولادهم وأهليهم وأن يتقبل منهم هذا العمل الكريم وأن يجعلــه في ميزان حسناتهم وأن يجعلهم من عتقاء شهر رمضان المبارك .

والسلام عليكم ورحمة الله وبركاته

رئيس لجنة أموال الزكاة في محافظة جنين

الشيخ زيد محمد حتى عبد الرحيم زكارنة

10 0 0 0 0 1 5

لجنة أموال الزكاة - جنين * تلفاكس : 04/2503068

GOI 0002399

GOI 2399

6-41

بعض شهداء انتفاضة الأقصى - محافظة جنين

| الرقم | اسم الشهيد | رقم الهوية | البلدة | تاريخ الاستشهاد | سبب الاستشهاد | اسم البنك | رقم الحساب | اسم الوكيل | رقم الهوية |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ضرغام عزت "محمد سعيد" زكارنة | 914445044 | برقين | 2002/3/10 م | عملية استشهادية | البنك العربي | 580495 — 7 | عزت "محمد سعيد" عبد الرحيم زكارنة | 993040849 |
| 2 | ماريا عز الدين حسن أبو سرية | 854149374 | مخيم جنين | 2002/3/1 م | رصاص قناص | الإسلامي العربي | 11869 / 4 | عز الدين حسن عبد الرحمن أبو سرية | 927147652 |
| 3 | محمود عبد اللطيف محمود عزب | 950503987 | مخيم جنين | 2002/3/1 م | رصاص قناص | بنك الأردن | 6/1/24352/3002/1 | فتحية شاني يونس عزب | 999540560 |
| 4 | عبد الرازق محمود خضر استيتي | 901795864 | مخيم جنين | 2002/3/6 م | قنبلة طائرة | القاهرة عمان | 0151823868300 | محمود خضر محمد استيتي | 977626217 |
| 5 | لؤي محمود خضر استيتي | 907388003 | مخيم جنين | 2002/3/14 م | عملية استشهادية | البنك العربي | 580491 — 4/6 | زهرية حسن محمد استيتي | 977626225 |
| 6 | خالد جمال علي نجم | 907651723 | مخيم جنين | 2002/3/1 م | رصاص في الرأس | القاهرة عمان | 0342518750 | جمال علي سليمان نجم | 950498030 |
| 7 | محمد محمود رشيد فايد | 967840596 | مخيم جنين | 2002/2/28 م | رصاص في الجسم | بنك الأردن | 52813 | سلام عارف عبد الهادي محمود | 993401165 |
| 8 | لزبه محمود مسعود أبو السباع | 987500592 | مخيم جنين | 2002/2/16 م | عملية اغتيال | القاهرة عمان | 239002 | محمود مسعود محمد أبو السباع | 987500519 |
| 9 | نعيم محمد أحمد صباغ | 931795256 | مخيم جنين | 2002/3/4 م | | الإسلامي العربي | 17445 | جمال حسن عيسى صباغ | 952516540 |
| 10 | سميرة محمد علي أسعد زيدي | 906483888 | مخيم جنين | 2002/3/4 م | رصاص في الرأس | البنك العربي | 580485 — 0/570 | كوثر محمد عبد الرحمن زيدي | 907360713 |
| 11 | محمد عوض يوسف جندي | 992638619 | مخيم جنين | 2002/2/28 م | رصاص في الرأس | البنك العربي | 580474 — 4/570 | شهدة ايداح منزل جندي | 992638627 |
| 12 | ناصر حسين حسن علاقمة | 992632042 | مخيم جنين | 2002/3/4 م | رصاص في الصدر | البنك العربي | 580461 — 2/ 500 | مها مصطفى أحمد علاقمة | 904461753 |
| 13 | لؤي أمين محمد ضبابية | 937153401 | مخيم جنين | 2002/3/5 م | رصاص في الرأس | البنك العربي | 578695 — 9/570 | بشيرة فايز عبد العزيز ضبابية | 965830342 |
| 14 | عمار محمود علي أبو بكر | 410024228 | جنين | 2002/3/4 م | رصاص في الرأس | بنك الأردن | 52810 | فاتن سعيد رجا أبو عيد | 811781750 |
| 15 | عبد الكريم عيسى خليل طحاينة | 907722599 | سيلة الحارثية | 2002/3/5 م | عملية استشهادية | القاهرة عمان | 263759 | مالكة توفيق عبد القادر طحاينة | 893175629 |
| 16 | أمجد محمود إبراهيم أبوالغرية | 913145199 | جبع | 2002/3/4 م | اشتباك مسلح | البنك العربي | 580504 | محمود إبراهيم خالد أبوالغرية | 913145126 |
| 17 | محمد مفيد حسن سلامة | 976829986 | مخيم جنين | 2002/3/1 م | رصاص في الرأس | القاهرة عمان | 01518258147 | مفيد حسن مصطفى سلامة | 948005954 |
| 18 | ياسر حسن أحمد سايس | 950503680 | مخيم جنين | 2002/3/1 م | رصاص في الرأس | القاهرة عمان | 263847 | ثائرة أحمد حسن عموري | 801578989 |
| 19 | إياد حسن أحمد سايس | 944090612 | مخيم جنين | 2002/3/1 م | رصاص في قتب | بنك شربي | 580490 — 9/570 | نعمة أحمد خلل سايس | 850503623 |
| 20 | سائر راتب يونس عويس | 936453638 | مخيم جنين | 2002/3/9 م | عملية اغتيال | بنك الأردن | 16405 | راتب يونس أسعد عويس | 893277522 |
| 21 | محمد صالح سليمان ياسين | 927291674 | عانين | 2002/3/7 م | اشتباك مسلح | البنك العربي | 567244 — 9/600 | زايقة سعيد صالح ياسين | 980686042 |
| 22 | سيد فايز يوسف أبو سفيان | 850685058 | الياسون | 2002/3/8 م | رصاص في الرأس | القاهرة عمان | 12225592 | عزية سليم مصطفى أبو سفيان | 868075580 |
| 23 | عبد الله عثمان شعبان شعبان | | اللجنة | 2002/2/28 م | رصاص في الرأس | البنك العربي | 580465 — 5/570 | خيرية محمد صالح شعبان | 831971469 |

10000021

كشف بأسماء غير مكتملين مقدم لجميع الملاك الاحمر / ابو ظبي - بواسطة جمعية اصلاح الامارات / القدس

| الرقم | الدولة | جهة الاشتراك | اسم اليتيم | رقم الملف | الجنس | عدد الاخوة | مكان الميلاد | تاريخ الميلاد | اسم الاب | سبب الوفاة | اسم الام | الاخوة في الحياة | المستوى الدراسي | اسئلة الصحية | وليّ الأمر | القرية | عنوان اليتيم | ملاحظات |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | فلسطين | لجنة زكاة جنين | نادين | --- | انثى | 4 | مخيم جنين | 31/08/1996 | ناصر حسن ملكية | شهيد | حنين مصطفى ملكية | لا | الساسي مسنر | جيدة | ملك | جنين | مخيم جنين | |
| 2 | فلسطين | لجنة زكاة جنين | ريان | --- | انثى | 4 | مخيم جنين | 03/06/1993 | ناصر حسن ملكية | شهيد | حنين مصطفى ملكية | لا | الساسي مسنر | جيدة | ثغرة | جنين | مخيم جنين | |
| 3 | فلسطين | لجنة زكاة جنين | عهدة | --- | انثى | 4 | مخيم جنين | 23/10/1998 | ناصر حسن ملكية | شهيد | فتحية ناجي حرب | لا | الساسي مسنر | جيدة | ثغرة | جنين | مخيم جنين | |
| 4 | فلسطين | لجنة زكاة جنين | محمد | --- | ذكر | 4 | مخيم جنين | 19/02/1990 | ناصر عبدالطيف حرب | شهيد | فتحية ناجي حرب | لا | الساسي مسنر | جيدة | ثغرة | جنين | مخيم جنين | |
| 5 | فلسطين | لجنة زكاة جنين | عزيز | --- | ذكر | 5 | مخيم جنين | 30/05/2000 | ياسر حسن السايس | شهيد | تقوى احمد صبري | لا | الساسي مسنر | جيدة | ثغرة | جنين | مخيم جنين | |
| 6 | فلسطين | لجنة زكاة جنين | عزيز | --- | ذكر | 5 | مخيم جنين | 29/11/1997 | ياسر حسن السايس | شهيد | تقوى احمد صبري | لا | الساسي مسنر | جيدة | ثغرة | جنين | مخيم جنين | |
| 7 | فلسطين | لجنة زكاة جنين | سامي | --- | ذكر | 5 | مخيم جنين | 03/03/2002 | انس محمد صباح | شهيد | وصال حسن صباح | لا | الساسي مسنر | جيدة | رسمال | جنين | مخيم جنين | |
| 8 | فلسطين | لجنة زكاة جنين | سيرة | --- | انثى | 5 | مخيم جنين | 28/12/1993 | انس محمد صباح | شهيد | وصال حسن صباح | لا | الساسي مسنر | جيدة | رسمال | جنين | مخيم جنين | |
| 9 | فلسطين | لجنة زكاة جنين | محمد | --- | ذكر | 5 | مخيم جنين | 10/06/1987 | انس محمد صباح | شهيد | وصال حسن صباح | لا | الساسي مسنر | جيدة | رسمال | جنين | مخيم جنين | |
| 10 | فلسطين | لجنة زكاة جنين | رائد | --- | ذكر | 4 | مخيم جنين | 04/08/1988 | محمد محمود الميد | شهيد | بلخ طارق محمود | لا | الساسي مسنر | جيدة | ملك | جنين | مخيم جنين | |
| 11 | فلسطين | لجنة زكاة جنين | لا | --- | انثى | 4 | مخيم جنين | 21/11/1893 | محمد محمود الميد | شهيد | بلخ طارق محمود | لا | الساسي مسنر | جيدة | ملك | جنين | مخيم جنين | |
| 12 | فلسطين | لجنة زكاة جنين | | --- | | | | 17/02/2000 | | | | | | | | | | |




10000021

GOI 0002422
מסמכי שלל - ועדת הצדקה בג'נין

6-42:2

STATE OF ISRAEL



Kufur Qassem 49940, P.O.BOX 339   كفر قاسم ص.ب. ٣٣٩ منطقة بريدية ٤٩٩٤٠
فاكس: 03-9370153   هاتف: 03-9379826
Igatha@Zahav.net.il   www.Igatha.com



استبانة عن حالة يتيم/فقير

[handwritten Arabic form fields]

1981/12/13

| ذكر/انثى | تاريخ الميلاد | رقم الهوية | العائلة | الجد | الأب | الاسم الأول | بيان عن |
|---|---|---|---|---|---|---|---|
| ذكر | ١٩٩٢ | ٨٥٧٨٦٥٧ | داود | عبد الرحيم | توفيق | نبيل | اليتيم/الفقير |
| | | ٩٩٧٢٧٩٤٣١ | داود | حسن | سهير | منال | أم اليتيم/الفقير |

| عدد الأولاد | سبب الوفاة | تاريخ الوفاة | تاريخ الميلاد | الحالة | والد الفقير |
|---|---|---|---|---|---|
| ٤ | استشهاد | ١٣/١١/٢٠٠٤ | | | |

معيل اليتيم/الفقير الحالي: قرابته لليتيم/الفقير: الأم   دخله الشهري: لا يوجد   عدد من يعيلهم: ٤ أخوة

| الدخل الشهري | نوع العمل | هل تعمل | عدد الذين تحتضنهم | تحتضن أبناً | متزوجة لآخر | هل هي على قيد الحياة | والدة اليتيم/الفقير |
|---|---|---|---|---|---|---|---|
| لا | | لا | ٤ أخوة | نعم | لا | نعم | |

للجأ أو البيت الذي يعيش فيه اليتيم/الفقير (شرح عنوان): تتكون هذه الأسرة من أربعة أخوة ووالدتهم ويسكنون في بيت ملك لهم

المدرسة التي ينتمي إليها اليتيم/الفقير وعنوانها   شرح عن المستوى التعليمي لليتيم/الفقير
مدرسة شهداء الأقصى   مستوى جيد جداً   رقم الدرسة

ملاحظات وتنبيهات عن حالة اليتيم/الفقير وأسرته والوضع الاجتماعي: تتكون هذه الأسرة من أربعة أبناء ووالدتهم ويسكنون في بيت ملك لهم والزوجة تنفق عليهم من الراتب وصدقات أهل الخير

يعلى من قبل مسجل هذه الاستمارة   □ الضفة   ☒ غزة

١. اللجنة أو الجمعية المشرفة على اليتيم/الفقير التحقق من صحة المعلومات عن حالة اليتيم/الفقير.
٢. صحة المعلومات الواردة في الاستمارة تكون على مسؤولية اللجنة أو الجمعية المشرفة على اليتيم/الفقير.
٣. أي معلومات خاطئة تتحملها اللجنة المشرفة على اليتيم/الفقير مباشرة.
٤. أصرح بصحة المعلومات الواردة في الاستبانة على مسؤوليتي الشخصية:

الاسم: نخبت غانم حريمي
الصفة: مشرفة أيتام
التوقيع: 

٥. اسم اللجنة المشرفة على اليتيم/الفقير: لجنة الزكاة والصدقات/قلقيلية وتوقيع اللجنة المشرفة:

الأوراق الثبوتية الملحقة بهذه الاستمارة يجب أن تكون كالتالي:
١. شهادة وفاة والد اليتيم.   ٤. أربع صور فوتوغرافية لليتيم/الفقير.
٢. شهادة ولادة لليتيم/الفقير.   ٥. التحصيل التعليمي لليتيم/الفقير (أن كان يدرس).
٣. صورة عن هوية الأم.

يملأ من قبل الجمعية الاسلامية لإغاثة الأيتام والمحتاجين

بعد فحص للمعلومات والتدقيق بها من خلال هذه الاستمارة تقرر ما يلي:

| اليتيم/الفقير مستحق الكفالة: | يعطى للكافل: | المبلغ الشهري: | شيكل |
|---|---|---|---|
| | اسم البلد: | رقم الكافل: | |
| اليتيم/الفقير غير مستحق الكفالة: | السبب: | | |

10000079

٢

STATE OF ISRAEL




استبانة عن حالة يتيم / فقير

اسم المحافظة: _____
اسم البلد: _____
العنوان: _____
رقم الهاتف: _____

| ذكر/أنثى | تاريخ الميلاد | رقم الهوية | العائلة | الجد | الأب | الاسم الأول | بيان عن |
|---|---|---|---|---|---|---|---|
| | | | | عبدالرحمن | محمد | | اليتيم/ الفقير |
| | | | | عبدالرحمن | عبدالقادر | | أم اليتيم/ الفقير |

| عدد الأولاد | سبب الوفاة / الحالة | تاريخ الوفاة | تاريخ الميلاد | | | | أب اليتيم/ الفقير |

| معيل اليتيم/ الفقير الحالي | قرابته لليتيم/ الفقير | دخله الشهري | عدد من يعيلهم |

| والدة اليتيم/ الفقير | هل هي على قيد الحياة | متزوجة لآخر | عدد الذين تحتضنهم | هل تعمل | نوع العمل | الدخل الشهري |

الملجأ أو البيت الذي يعيش فيه اليتيم/ الفقير (شرح عنوان): _____

المدرسة التي ينتمي إليها اليتيم/ الفقير وعنوانها | شرح عن المستوى التعليمي لليتيم/ الفقير

ملاحظات وتنبيهات عن حالة اليتيم/ الفقير واسرته والوضع الاجتماعي: _____

10000079 3

6-43:2

STATE OF ISRAEL

الجمعية الإسلامية لإغاثة الأيتام والمحتاجين
كفر قاسم ٣٣٩ منطقة بريدية ٤٩٩٤٠   Kufur Qassem 49940, P.O.BOX 339
هاتف: 03-9379826   فاكس: 03-9370153
موقع الانترنت www.Igatha.com   بريد إلكتروني Igatha@Zahav.net.il

استبانة عن حالة يتيم / فقير

اسم المحافظ: ـــــــــــــــــــــــــــــــ
اسم البلد: قلنسوة
العنوان: مسجد النفاس قرب بيت المبرح بلال جبرين
رقم الهاتف: ـــــــــــــــــــــــــــــــ

| بيان عن اليتيم/الفقير | الاسم الأول | الأب | الجد | العائلة | رقم الهوية | تاريخ الميلاد | ذكر/أنثى |
|---|---|---|---|---|---|---|---|
| | حنين | محمد | عبد الرحمن | | | | |
| أم اليتيم/الفقير | جيهان | فوزي | عبد الفتاح | عبد الرحمن | | | |

| أب اليتيم/الفقير | تاريخ الميلاد | تاريخ الوفاة | سبب الوفاة / الحالة | عدد الأولاد |
|---|---|---|---|---|
| | | | استشهد | ١٢ فرد |

| والدة اليتيم/الفقير | هل هي على قيد الحياة | متزوجة لآخر | تحتضن أبناءها | عدد الذين تحتضنهم | هل تعمل | نوع العمل | الدخل الشهري |
|---|---|---|---|---|---|---|---|
| | نعم | لا | نعم | ١٢ فرد | لا | / | / |

| كفيل اليتيم/الفقير | الحالي | بجيرة عبد الرحمن | قرابته لليتيم/الفقير: والدتها | دخله الشهري: لا يوجد | عدد من يعيلهم: ١٢ فرد |

المخيم أو البيت الذي يعيش فيه اليتيم/الفقير (شرح عنوان): تعيش هذه اليتيمة مع أولاد البيت

| المدرسة التي ينتمي إليها اليتيم/الفقير وعنوانها | شرح عن المستوى التعليمي لليتيم/الفقير |
|---|---|
| طفل | |

ملاحظات وتنبيهات عن حالة اليتيم/الفقير وأسرته والوضع الاجتماعي: تكون هذه الأسرة من شرات أفراد ويسكنون في بيت إيجار والزوج ينتسب على مصروفات أهل الخير

١. ملء من قبل مسجل خدمة الاستمارة □ الضفة □ غزة
٢. اللجنة أو الجمعية المشرفة على اليتيم/الفقير التحقق من صحة المعلومات عن حالة اليتيم/الفقير.
٣. صحة المعلومات الواردة في الاستمارة تكون على مسؤولية اللجنة أو الجمعية المشرفة على اليتيم/الفقير.
٣. أي معلومات خاطئة تتحملها اللجنة المشرفة على اليتيم/الفقير مباشرة.
٤. أصرح بصحة المعلومات الواردة في الاستبانة على مسؤوليتي الشخصية. الاسم: كاتب شريم
الصفة: مرشح إجتماع
التوقيع: ــــــــــ

٥. اسم اللجنة المشرفة على اليتيم/الفقير: ــــــــــ   ختم وتوقيع اللجنة المشرفة: ــــــــــ

الأوراق الثبوتية الملحقة بهذه الاستمارة يجب أن تكون كالتالي:
١. شهادة وفاة والد اليتيم/الفقير.
٢. شهادة ولادة لليتيم/الفقير.
٣. صورة عن هوية الأم.
٤. أربع صور فوتوغرافية لليتيم/الفقير.
٥. التحصيل التعليمي لليتيم/الفقير (إن كان يدرس).

تملأ من قبل الجمعية الإسلامية لإغاثة الأيتام والمحتاجين

بعد فحص المعلومات والتدقيق بها من خلال هذه الاستمارة نقرر ما يلي:
□ اليتيم/الفقير مستحق للكفالة   اسم البلد: ــــــــــ   يعطى للكافل: ــــــــــ   المبلغ الشهري: ــــــــــ شيكل
□ اليتيم/الفقير غير مستحق للكفالة   ال: ــــــــــ   رقم الكافل: ــــــــــ

10000079 ٤

6-43:3

STATE OF ISRAEL

10000125



بسم الله الرحمن الرحيم

الرقم : ١١٤/ع/ت
التاريخ : ٨/٥/٢٠٠٣م
الموافق : ٧/ربيع الأول/١٤٢٤هـ

السلطة الوطنية الفلسطينية
وزارة الأوقاف والشؤون الدينية
مديرية صندوق الزكاة
لجنة أموال الزكاة – محافظة جنين

حضرة السيد مهدي صلاح مندوب هيئة الإغاثة الإسلامية ـ المنطقة الشرقية ـ المحترم

نرفع إليكم إسم ورقم الحساب لكل من لجنة الزكاة ومستشفى الرازي في اللغتين

41

10000125

1 – لجنة أموال الزكاة في محافظة جنين

Zakat Fund Committee – Jenin

رقم الحساب في بنك القاهرة عمان فرع جنين هو (01/500/236400/00)

2 – مستشفى الرازي

Al – Razi Hospital

رقم الحساب في بنك القاهرة عمان فرع جنين هو (02505239277)

والسلام عليكم ورحمة الله وبركاته

مدير مكتب الزكاة
لحمد سلاطنة

لجنة أموال الزكاة ـ جنين / تلفاكس : 04-2503068    E-Mail : ZAKAT J @ maktoob.com

GOI 0002523

GOI 2523

6-44

STATE OF ISRAEL

<div dir="rtl">
בלמ"ס
345

נספח מ"ז

מסמך שנמצא בסניף רמאללה של "קרן האדמה הקדושה" - רשימת עובדי סניף חברון
</div>



HOLY LAND FOUNDATION
FOR RELIEF & DEVELOPMENT
Ramallah Office

<div dir="rtl">
مؤسسة الأرض المقدسة
للإغاثة والتنمية
مكتب رام الله

التاريخ:/ ١٦/٨/٢٠٠١

السيد:/ مدير بنك القاهرة عمان - فرع المعاملات الاسلامية / الخليل المحترم،

السلام عليكم ورحمة الله وبركاته،،

يرجى صرف المبالغ في الكشف أدناه من حساب مؤسسة الأرض المقدسة للإغاثة والتنمية رقم (٤٨٨٣) تبعاً للأسماء التالية:
</div>

| الاسم | الراتب(دولار) |
|---|---|
| محمد عيد محمد فنلي | 453 |
| جواد فايز عبد الرحمن غنمة | 375 |
| اكرم رشاد صبري الطويل | 367 |
| رائد احمد محمد الشريف | 360 |
| غسان جلال رشاد الخطيب | 355 |
| بلال عبد الجميل يوسف الفاروقي | 405 |
| عطاء عز الدين علوي ابو خرنوب | 460 |
| كمال الدين محمد جواد النتشة | 750 |
| هشام عيد السعدي تميم | 150 |
| ميرفت عبد الحميد حامد الفضري | 460 |
| هادي موسى صبري النبيه | 450 |



<div dir="rtl">
وتفضلوا بقبول فائق الاحترام والتقدير،

التوقيع                    التوقيع
نهاية ترتر              حسن الخطيب
</div>

Tel.02-2966929  Fax.02-2966930  P.O.Box
E-Mail: hlf-r@palnet.com  www.hlf.org

GOI 0005712

<div dir="rtl">
עם חאלק נתשה + כמאל תמימי
</div>

GOI 5712

6-45

06/01  17:28 FAX                                                                    @001/001

Tel  9. 2-899-9868
Fax 17 -899-0198
E-Mail: hlf@hlf.org
Internet: www.hlf.org

52- International Pkwy,
Su  9
Richardson, TX 75081



بسم الله الرحمن الرحيم
مؤسسة الأرض المقدسة
للإغاثة والتنمية
Holy Land Foundation for Relief & Development
HLF

2001 / 1 / 16

الى السادة في جمعيات ومؤسسات رعاية الإيتام        حفظهم الله

الموضوع : صرف الكفالات المالية.
السلام عليكم ورحمة الله وبركاته وبعد،
نود اعلامكم انه تقرر صرف مخصصات كفالات الإيتام والطلاب والاسر من خلال مكتب المؤسسة في قطاع غزة وذلك بناءا على سياسات جديدة اعتمدت بناءا على توجيهات محامي المؤسسة لاوضاع خاصة بالمؤسسة بحيث لاتعرض المؤسسة لمسائلة قانونية في موضوع صرف الكفالة المالية.
شاكرين لكم حسن تعاونكم معنا ، وسائلين الله تعالى ان يوفقنا واياكم لخدمة المحرومين ، مع رغبتنا في مزيد من التعاون في برامج ومشروعات اخرى .

وتفضلوا بقبول فائق الاحترام والتقدير

اكرم مشعل
مدير البرامج والمشروعات

نسخة الى المكتب الإقليمي
نسخة لمكتب غزة

GOI 0006863

GOI 6863                                                                 6-46

: Holy Land Foundation _ Gaza    PHONE NO. : 2847701         Jul. 17 2001 11:15AM  P01



**Holy Land Foundation**
For Relief & Development
A Helping Hand For All Mankind

Tel 972-699-9868
Fax 972-699-0198

E-Mail: hlf@hlf.org
Internet: www.hlf.org

525 International pkwy
Suite 509
Richardson, TX 75081

بسم الله الرحمن الرحيم

التاريخ: 2001/07/17

الأخ العزيز: كمال التميمي                             حفظه الله ،،

<u>الموضوع: صرف منحة لجمعية الشبان المسلمين – الخليل</u>

تحية طيبة وبعد ،،

أرجو عمل اللازم لصرف مبلغ وقدره $ 5,000 (خمسة آلاف دولار أمريكي) لحساب جمعية الشبان المسلمين – الخليل. كمنحة من مؤسسة الأرض المقدسة وذلك لتنفيذ برنامج مخيم صيفي وذلك بناءً على العرض المقدم من الجمعية .

ولكم جزيل الشكر ،،،

عطية أبو مور
مدير البرامج والمنح

● نسخة للسيد/ حسين الخطيب.

GOI 0006754

GOI 6754                                                                6-47

## אישור קבלת 1200 דינר מטעם ועדת זכאה ג'נין, ע"י אביו של מחבל מתאבד - זכריא כילאני (על גבי טופס של משרד ה"וקף" ברש"פ)

**CAIRO AMMAN BANK** — بنك القاهرة عمان

جمعية ... الخيرية للمعاقين جسديا
رقم الهوية: 989175864
رقم الحساب: 015001166190000

Pay to/or Order _____ ادفعوا لأمر _____

Sum _____ مبلغ ألف ومئتي دينار فقط

Signature _____ التوقيع جمال فرح _____

التاريخ: 10/1/2

Cheque No. #1000002   Branch No. #68#80#4#   Account No. 0123864900#

---

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة الأوقاف والشؤون الدينية
مديرية صندوق الزكاة
لجنة أموال الزكاة — محافظة جنين

الرقم: _____
التاريخ: _____
الموافق: _____

أنا الموقع اسمي أدناه (عرسان حافظ أمين الكيلاني) حامل هوية رقم (957816135) ووالد الشهيد زكريا ، أقر بأنني قد استلمت مبلـــغ (1200 دينار) ألف ومائتي دينار أردني من لجنة زكــاة المنـــاصرة الإسلامية للشعب الفلسطيني أرسلت إلى جمعية التــأهيل — قلقيليـــة ومنها إلى لجنة أموال الزكاة في جنين .

التوقيع: عرسان حافظ امين الكيلاني



GOI 0007971

GOI 7971     6-48

STATE OF ISRAEL

**Palestinian National Authority**
Preventive Security H.Q.
Bethlehem Office



السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
دائرة بيت لحم

بسم الله الرحمن الرحيم

الأخ المحترم أبو ستار حفظه الله

تحية الدكتورية

الموضوع: نشاط ما لحركة حماس

علمت من عيادة ياسر عضو حركة حماس غادر مدينة
وخالد كاتش قد اجرى اتصالات مع رئيس بلدية أم النم الشيخ راشد سلام
المساعد في بيع سيارات مسروقة أم النم ديشا عمرو ديانا وكرم فرج
وكرم مدا عماد الناصر لصالح جمعية رعاية اليتيم بالمدينة
وقد قررت حمرسي اعراءها في هيئة الجامع المسيد الكبير حيفا
وصنعت بأسعارهم ماثة الشيكل الجديد الحامية ... أحب أعرف لك
الثلاث الأول الذكر إعلام ولم تقع كم جمعت متبرعات
متبث اجتماع جمعية المسجد على 89 شخصاً وعرض المواطنين
الشرع نحو المطاع.

وأرى من هذا والمترددت كلها يميزون أعضاء الجمعية
الشباب بأنهم تأمرون أحد أمرت ماطع ... ومن سيرة الإرهاب
والمستدمة صورة تنصيبه ليمارس حرجة أعمال الإرهاب وساعده
أعضاء الحماس ... والأسر والعقل.

باذن العزيز سيكمن بالفتنة الواجب ومكافأة غزيرة
شاهدت هذا لأمر بالمخالفة وهو عياط عمر حسين
ومنت لجوعا لتبرع تحاصب حجمه رعاية النمو بيد
بلغ بيد نحمك الصادقين مع جمعية سيضف بالمخالفة
وسيجري عليها لمن يد يد يعطي به شيكل.

للاطلاع سلامي ...
تحياتي اصحاب صلاحي أعلم مرجو
للعلي 9/4 توقيع

מימון ארגוני טרור - Saudi money transfers to terror organizations        Page 3 of 4



mhtml:file://C:\Documents%20and%20Settings\17242\Desktop\אמריקה%20-%20תמימי...   05/03/2005

GOI   0001835

1835-34                                                                                   5-50

Saudi money transfers to terror organizations - מימון ארגוני טרור        Page 4 of 4



לנספח ב'     חזרה למעלה     לתוכן העניינים     לדף הבית

mhtml:file://C:\Documents%20and%20Settings\17242\Desktop\אמריקה%20-%20תמימי...  05/03/2005

GOI  0001834

6-50:2