IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| HOLY LAND FOUNDATION FOR § | |
| RELIEF AND DEVELOPMENT (1) § | |
|     also known as "HLF" § | NO. 3:04-CR-240-G |
| SHUKRI ABU BAKER (2) § | |
| MOHAMMAD EL-MEZAIN (3) § | |
| GHASSAN ELASHI (4) § | |
| MUFID ABDULQADER (7) § | |
| ABDULRAHMAN ODEH (8) § | |

**DEFENDANTS' JOINT MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT FROM QUESTIONING FORMER COUNSEL ABOUT PRIVILEGED COMMUNICATIONS**

SHUKRI ABU BAKER, MOHAMMAD EL-MEZAIN, GHASSAN ELASHI, MUFID ABDULQADER AND ABDULRAHMAN ODEH, Defendants in the above entitled and numbered cause, through their undersigned attorneys, respectfully move the Court to preclude the government from questioning attorney John Bryant about privileged communications.

**DISCUSSION**

Defendants expect to call attorney John Bryant to testify regarding the efforts of the Holy Land Foundation (HLF) to obtain assistance from the government in identifying organizations and individuals the government believed to be associated with Hamas, as well as HLF's efforts to satisfy the United States government that its activities were consistent with United States law and policy. HLF retained Mr. Bryant to represent it in these efforts, and he attended meetings between HLF and government representatives

where non-privileged communications occurred. These meetings are directly relevant to Defendants' knowledge and intent in raising money and sending funds to organizations identified in the Indictment.

HLF has not waived the attorney-client privilege. Indeed, as noted before the trial's commencement, HLF appears no longer to have a representative who can waive the privilege and HLF is not represented by counsel at this trial. Defendants will not call Mr. Bryant for the purpose of asserting an "advice of counsel" defense. Defendants do not intend to elicit testimony from Mr. Bryant about his privileged communications with HLF or its employees. Defendants will only question Mr. Bryant regarding events he personally observed that did not involve confidential communications about legal matters. Therefore, the government should be precluded from questioning Mr. Bryant about privileged communications between himself and HLF or its employees. *See, e.g., In re United States*, 878 F.2d 153,158 (5th Cir. 1989) (holding there was no danger that by calling their former attorney at hearing on motion to dismiss or suppress defendants would waive their privilege as to client-attorney confidential communications); *see also, Lorenz v. Valley Forge Ins. Co.*, 815 F.2d 1095, 1099 (7th Cir. 1987) ("The answers given [by the attorney to deposition questions] pertain only to the settlement discussions themselves, and McInerney's authority to offer settlement. As we have already noted, offers to settle are not protected by the attorney-client privilege and disclosure of such offers does not waive the protections of the privilege.").

## **CONCLUSION**

WHEREFORE, Defendants respectfully move the Court to preclude the government from cross-examining Mr. Bryant about attorney-client privileged communications.

Respectfully submitted,

/s/ Theresa M. Duncan
NANCY HOLLANDER
New Mexico Bar Card No. 1185
Email: nh@fbdlaw.com
JOHN W. BOYD
New Mexico Bar Card No. 286
Email: jwb@fbdlaw.com
THERESA M. DUNCAN
New Mexico Bar Card No. 12444
Email: tmd@fbdlaw.com
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
Office: 505.842.9960
Fax: 505.842.0697
ATTORNEYS FOR DEFENDANT
SHUKRI ABU BAKER (02)

JOSHUA L. DRATEL
New York Bar Card No. 1795954
AARON J. MYSLIWIEC
New York Bar Card No. 4168670
Law Office Of Joshua L. Dratel
2 Wall St.
3rd Floor
New York, NY 10005
Office: 212.732.0707
Email: jdratel@joshuadratel.com
ATTORNEYS FOR DEFENDANT
MOHAMMAD EL-MEZAIN (03)

LINDA MORENO
Florida Bar 0112283
LINDA MORENO, P.A.
P.O. Box 10985
Tampa, Fl 33679
Office: 813.247.4500
Email: linbianca@aol.com

JOHN D. CLINE
California Bar No. 237759
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
(415) 626-3939 (Telephone)
(415) 875-5700 (Facsimile)
jcline@jonesday.com (Email)
ATTORNEYS FOR DEFENDANT
GHASSAN ELASHI (04)

MARLO P. CADEDDU
Texas Bar Card No. 24028839
LAW OFFICE OF MARLO P. CADEDDU, P.C.
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Office: 214.220.9000
Fax: 214.744.3015
Email: cadeddulaw@sbcglobal.net
ATTORNEY FOR DEFENDANT
MUFID ABDULQADER (07)

GREG WESTFALL
Texas Bar Card No. 00788646
WESTFALL, PLATT & CUTRER
101 Summit Avenue, #910
Fort Worth, TX 76102
Office: 817.877.1700
Fax: 817.877.1710
Email: westfall@wpcfirm.com
ATTORNEY FOR DEFENDANT
ABDULRAHMAN ODEH (08)

## CERTIFICATE OF CONFERENCE

I certify that counsel has previously discussed the relief requested in the instant motion with Mr. Barry Jonas, Assistant United States Attorney and he is opposed to this relief.

/s/ Theresa M. Duncan
THERESA M. DUNCAN

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Theresa M. Duncan
THERESA M. DUNCAN