UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 2 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CRIMINAL ACTION NO. |
| | ) | |
| MUFID ABDULQADER, | ) | 3:04-CR-240(07)-G |
| | ) | |
| Defendant. | ) | ECF |

## V E R D I C T

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
                                  ("GUILTY" or "NOT GUILTY")

charge that he conspired to provide material support and resources to a Designated

Foreign Terrorist Organization, as alleged in Count One of the indictment.

- 96 -

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
                                    ("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Two of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
                                    ("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Three of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
                                    ("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Four of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Five of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Six of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Seven of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Eight of the

indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Nine of the

indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided or attempted to provide material support and resources to a

Designated Foreign Terrorist Organization, as alleged in Count Ten of the

indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he conspired to provide funds, goods and services to a Specially

Designated Terrorist, as alleged in Count Eleven of the indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Twelve of the indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Thirteen of the indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Fourteen of the indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Fifteen of the indictment.

The defendant, Mufid Abdulqader, ___*Not Guilty*___ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Sixteen of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Seventeen of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Eighteen of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Nineteen of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist,

as alleged in Count Twenty of the indictment.

- 101 -

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he provided funds, goods and services to a Specially Designated Terrorist, as alleged in Count Twenty-One of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he conspired to commit money laundering, as alleged in Count Twenty-Two of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Three of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Four of the indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Five of the

indictment.


The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Six of the

indictment.


The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Seven of

the indictment.


The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Eight of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Twenty-Nine of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty-One of the

indictment.

The defendant, Mufid Abdulqader, _____*Not Guilty*_____ of the
("GUILTY" or "NOT GUILTY")

charge that he committed money laundering, as alleged in Count Thirty-Two of the

indictment.

September ____, 2007.

*October 1, 2007*

**REDACTED**

FOREPERSON