U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
By ______ Deputy

# United States District Court

Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

v.

MOHAMMAD EL-MEZAIN
Defendant.

**Judgment of Acquittal**

Case Number 3:04-CR-240-G(03)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated on Counts 2 through 32 of the indictment filed July 24, 2007.

Signed this the 22, day of October, 2007.

CHIEF JUDGE
UNITED STATES DISTRICT COURT