**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
<u>DALLAS DIVISION</u>**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT | § | |
| also known as the "HLF"(1) | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMED EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| MUFID ABDULQADAR (7) | § | |
| ABUDULRAHAM ODEH (8) | § | |

**<u>PETITIONERS' MOTION FOR EQUITABLE RELIEF
FROM THE GOVERNMENT'S PUBLIC NAMING
OF THEM AS UNINDICTED CO-CONSPIRATORS</u>**

Petitioners, through their undersigned counsel, hereby move this Court for equitable relief from the government's public identification of them as "unindicted co-conspirators and/or joint venturers," in violation of their Fifth Amendment rights, in the above-captioned case. Specifically, petitioners ask this Court to (1) declare the government's public naming of petitioners as unindicted co-conspirators and/or joint venturers to be a violation of petitioners' Fifth Amendment rights; (2) order the expunging of petitioners' names from any public document filed or issued by the government that identifies petitioners as unindicted co-conspirators; (3) enjoin the government from identifying petitioners as unindicted co-conspirators and/or joint venturers in any context other than that specifically permitted by the Court; and (4) order such other relief as the Court may deem just and equitable to remedy and prevent the government's violations of petitioners' Fifth Amendment rights.

This motion is made on the ground that the government violated petitioners' Fifth Amendment liberty interests in their good names and reputations when it publicly identified each petitioner by name as an unindicted co-conspirator/joint venturer in an attachment to its pre-trial brief.  Petitioners have suffered demonstrable injury as a result of the government's action.  The government has no legally cognizable basis to justify its conduct.  The equitable relief petitioners seek will remedy the injury they have suffered and prevent future harm to them.

This motion is based on the accompanying Memorandum of Law and Declarations submitted herewith.  This motion is made upon notice to the United States and to Defendants through their attorneys, as set forth in the accompanying Certificate of Service.

Counsel for petitioners request leave to file a reply brief in response to any opposition to this motion.  Counsel for petitioners also request oral argument on this motion.

DATED: June 18, 2008                    Respectfully Submitted,

/S/ Lisa Graybill_____

Lisa Graybill
Texas Bar No. 24054454
Legal Director
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
PO Box 12905
Austin, TX 78711
LGraybill@aclutx.org
Tel: (512) 478-7300 x 116
Fax: (512) 478-7303

Hina Shamsi*
State Bar No. NY 2995579
L. Danielle Tully
State Bar No. NY 4334512
Jameel Jaffer
State Bar No. NY 3064201
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

125 Broad Street, 18th Floor
New York, NY 10004
HShamsi@aclu.org
Tel.: (212) 549-2500
Fax: (212) 549-2583

David Broiles, Local Counsel
State Bar No. 03054500
CAGLE AND BROILES
100 N. Forest Park, Suite 220
Ft. Worth, Texas 76102
Tel. (817) 335-3311
Fax: (817) 335-7733

### CERTIFICATE OF CONFERENCE

Petitioners have conferred with the government, and the government has advised that it is opposed to this motion. Petitioners have also conferred with the Defendants, through their attorneys, and counsel for each Defendant has advised that they do not oppose this motion.

/S/ Hina Shamsi
Hina Shamsi
American Civil Liberties Union Foundation

*Applications for admission *pro hac vice* for Hina Shamsi, L. Danielle Tully and Jameel Jaffer are pending before the court.

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Marlo P. Cadeddu<br>Law Office of Marlo P. Cadeddu<br>3232 McKinney Ave, Suite 700<br>Dallas, TX 75204 | Linda Moreno<br>Law Office of Linda Moreno<br>PO Box 10985<br>Tampa, FL 33679 |
| John D. Cline<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA. 94104-1500 | Greg Westfall<br>Westfall Platt & Cutrer<br>Mallick Tower<br>One Summit Ave, Suite 910<br>Fort Worth, TX 76102 |
| Nancy Hollander<br>Theresa Duncan<br>Freedman Boyd Daniels Hollander<br>Goldberg & Ives<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102 | James T. Jacks<br>Barry Jonas<br>Nathan Franklin Garrett<br>Assistant United States Attorneys<br>1100 Commerce St., Third Floor<br>Dallas, Texas 75242 |
| Joshua L. Dratel<br>Aaron J. Mysliwiec<br>Law Office of Joshua L. Dratel<br>2 Wall St, 3rd Floor<br>New York, NY 10005 | Elizabeth J. Shapiro<br>U.S. Dept of Justice<br>Civil Division<br>901 E Street NW<br>10th Floor<br>Washington, DC 20530 |

/S/ Lisa Graybill
Lisa Graybill
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS