IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:04-CR-240-P |
| | § | |
| HOLY LAND FOUNDATION FOR | § | |
| RELIEF AND DEVELOPMENT (1) | § | |
| also known as the "HLF" | § | |
| SHUKRI ABU BAKER (2) | § | ECF |
| MOHAMMAD EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| HAITHAM MAGHAWRI (5) | § | |
| AKRAM MISHAL (6) | § | |
| MUFID ABDULQADER (7) | § | |
| ABDULRAHMAN ODEH (8) | § | |

## ORDER

The Court having considered the Government's Unopposed Motion to Set a Briefing Schedule for Non-Party Islamic Society of North America and Non-Party North American Islamic Trust's Motion for Equitable Relief, hereby approves the proposed schedule as set forth in the motion.

SO ORDERED.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

Date: July 10, 2008

**ORDER RE: UNOPPOSED MOTION FOR BRIEFING SCHEDULE - SOLO PAGE**