IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| HOLY LAND FOUNDATION FOR | § |
| RELIEF AND DEVELOPMENT (1) | § |
|     also known as the "HLF" | §   NO. 3:04-CR-240-P |
| SHUKRI ABU BAKER (2) | § |
| MOHAMMAD EL-MEZAIN (3) | § |
| GHASSAN ELASHI (4) | § |
| MUFID ABDULQADER (7) | § |
| ABDULRAHMAN ODEH (8) | § |

## DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE EVIDENCE FROM TRIAL

Defendants, SHUKRI ABU BAKER, MOHAMMAD EL-MEZAIN, GHASSAN ELASHI, MUFID ABDULQADER and ABDULRAHMAN ODEH, through their undersigned counsel, respectfully move the Court in limine under FED. R. EVID. 401, 402, 403, 404(b), 801(d)(2)(E), 802, 901, 1001 and 1002, the Fifth Amendment Due Process Clause, and the Sixth Amendment Confrontation Clause for an Order excluding from trial the evidence listed in these previously filed and renewed motions: [1]

    1.    Defendants' Joint Request for James Hearing, Motion in Limine to Exclude Alleged Co-Conspirator Statements Not Meeting the Requirements of Fed. R. Evid. 801(d)(2)(E), and Memorandum in Support (Dkt. 579, filed 3/14/07). Denied. (Status Conference 6/28/07).

---

[1] Although the defendants included each of these motions in their Notice and Renewal of Previous Motions, Dkt. 1036, filed 5/30/08, we raise them again here in response to the Court's deadline for *in limine* motions.

2. Defendants' Joint Motion in Limine to Exclude Evidence from Trial, and Memorandum in Support (Dkt. 583, filed 3/14/07) and amended reply (Dkt. 601, filed 3/29/07). Denied without prejudice to raising specific objections at trial (Status Conference 6/28/07).

3. Defendants' Joint Motion and Memorandum in Limine Regarding Issues Arising Under the Religious Freedom Restoration Act and the First Amendment, and Request for Evidentiary Hearing as Necessary (Dkt. 584, filed 3/14/07) and reply (Dkt. 611, filed 4/02/07). Denied (Dkt. 708, filed 7/11/07).

4. Defendants' Joint Motion in Limine to Exclude Evidence of the Indictments and Convictions of Third-Parties (Dkt. 702, filed 7/5/07). Denied (Minute Entry 7/24/07).

5. Defendants' Joint Motion to Strike Alleged Co-Conspirator Statements and Associated Testimony (Dkt. 815, filed 8/30/07). Denied (ruled from bench, 9/4/07).

Wherefore, the defendants respectfully request the Court to exclude from this trial all of the items and issues contained in the aforementioned motions and memoranda.

Respectfully submitted,

/s/ Theresa M. Duncan
NANCY HOLLANDER
New Mexico Bar Card No. 1185
Email: nh@fbdlaw.com
JOHN W. BOYD
New Mexico Bar Card No. 286
Email: jwb@fbdlaw.com
THERESA M. DUNCAN
New Mexico Bar Card No. 12444
Email: tmd@fbdlaw.com

FREEDMAN BOYD
HOLLANDER GOLDBERG & IVES P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
Office: 505.842.9960
Fax: 505.842.0697
ATTORNEYS FOR DEFENDANT
SHUKRI ABU BAKER (02)

JOSHUA L. DRATEL
New York Bar Card No. 1795954
AARON J. MYSLIWIEC
New York Bar Card No. 4168670
Law Office of Joshua L. Dratel
2 Wall St.
3rd Floor
New York, NY 10005
Office: 212.732.0707
Email: jdratel@joshuadratel.com
ATTORNEYS FOR DEFENDANT
MOHAMMAD EL-MEZAIN (03)

LINDA MORENO
Florida Bar 0112283
LINDA MORENO, P.A.
P.O. Box 10985
Tampa, Fl 33679
Office: 813.247.4500
Email: linbianca@aol.com

JOHN D. CLINE
California Bar No. 237759
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
(415) 626-3939 (Telephone)
(415) 875-5700 (Facsimile)
jcline@jonesday.com (Email)
ATTORNEYS FOR DEFENDANT
GHASSAN ELASHI (04)

MARLO P. CADEDDU
Texas Bar Card No. 24028839
LAW OFFICE OF MARLO P. CADEDDU, P.C.
3232 McKinney Avenue, Suite 700
Dallas, TX 75204

Office: 214.220.9000  
Fax: 214.744.3015  
Email: cadeddulaw@sbcglobal.net  
ATTORNEY FOR DEFENDANT  
MUFID ABDULQADER (07)

GREG WESTFALL  
Texas Bar Card No. 00788646  
WESTFALL, PLATT & CUTRER  
101 Summit Avenue, #910  
Fort Worth, TX 76102  
Office: 817.877.1700  
Fax: 817.877.1710  
Email: westfall@wpcfirm.com  
ATTORNEY FOR DEFENDANT  
ABDULRAHMAN ODEH (08)

## CERTIFICATE OF CONFERENCE

I certify that counsel has previously discussed the relief requested in the motions referenced above with counsel for the government and the government is opposed to this relief.

/s/ Theresa M. Duncan  
THERESA M. DUNCAN

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Theresa M. Duncan  
THERESA M. DUNCAN