09:09  1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF TEXAS

3                  DALLAS DIVISION

4
UNITED STATES OF AMERICA        (    NUMBER 3: 04-240-G

5                               (
                                (
6    VERSUS                     (
                                (
7                               (
HOLY LAND FOUNDATION, ET AL.    (    September 17, 2007

8

9    _____

09:09
10                           VOLUME 30
                     TRANSCRIPT OF THE TRIAL
11              BEFORE THE HONORABLE A. JOE FISH

12   _____


13   A P P E A R A N C E S:

14

For the Government:     MR. JIM JACKS
15                      MR. BARRY JONAS
                        MS. ELIZABETH SHAPIRO
16                      MR. NATHAN GARRETT
                        Assistant United States Attorney
17                      UNITED STATES DEPARTMENT OF JUSTICE
                        NORTHERN DISTRICT OF TEXAS
18                      U.S. Courthouse
                        1100 Commerce Street
19                      Dallas, Texas 75242
                             214/659-8600

20

21   For the Defendant Shukri Baker:

22
                        MS. NANCY HOLLANDER
23                      MS. TERESA DUNCAN
                        FREEDMAN BOYD DANIELS
24                      HOLLANDER
                        20 First Plaza, Suite 700
25                      Albuquerque, NM 87102
                             505/842-9960

09:09 1    For the Defendant El-Mezain:

2

3                           MR. JOSHUA DRATEL
                            MR. AARON J. MYSLIWIEC
                            LAW OFFICE OF JOSHUA L. DRATEL

4                            14 Wall Street, 28th Floor
                            New York, NY 10005

5                                  212/732-0707

6

7    For the Defendant Mufid Abdulqader:

8                            MS. MARLO CADEDDU

09:09 9                            LAW OFFICE OF MARLO P. CADEDDU
                            3232 McKinney Avenue, Suite 700
                            Dallas, Texas 75204

10                             214/744-3015

11    For the Defendant Elashi:

12

13                            MS. LINDA MORENO
                            LAW OFFICE OF LINDA MORENO
                            PO BOX 10985

14                            Tampa, Florida 33679
                              813-247-4500

15

16                            MR. JOHN D. CLINE
                            Jones Day

17                            555 California St
                            26th Floor

18                            San Francisco, CA 94104-1500
                              415/875-5812

19

20

21

22

23

24

25

09:09  1          For the Defendant Odeh:

       2
                                MR. GREG WESTFALL
       3                        WESTFALL PLATT CUTRER
                                Mallick Tower
       4                        One Summit Avenue, Suite 910
                                Fort Worth, Texas 76102
       5                             817/877-1700

       6

       7   Court Reporter:       Cassidi L. Casey, CSR No. 1703
                                 1100 Commerce Street, Rm 15D6L
09:09  8                         Dallas, Texas 75242
                                      214-254-3139
       9

      10

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

P R O C E E D I N G S:

09:09  1

2          THE COURT:  Good morning, Ladies and Gentlemen.

3     I hope all of you had a pleasant and restful weekend.  We

4     are now moving into a new phase of the trial, and I want

5     to give you an overview of what to expect over the next

6     few days.

7               As I told you when we were last together last

8     week, Counsel will now be given an opportunity to argue to

9     you what they believe the evidence in this case has shown

10    or not shown.  And I have allotted a maximum of six hours

11    per side for that closing argument.  Now, under the

12    schedule that we have been using for trial, we are

13    normally in the courtroom about five to five and a half

14    hours per trial day.  So if all parties use the full

09:10 15    amount of time that I have allocated to them, that means

16    that we probably will not hear the last of the closing

17    arguments until sometime Wednesday.

18              And at the conclusion of the closing arguments,

19    I will then give you my instructions on the law which I

20    have reduced to writing and which have been provided to

21    counsel.  In fact, they may refer to those instructions in

22    their closing argument and if they do, it's not because

23    they are clairvoyant.  They have actually seen a copy of

24    the instructions which you will also be given when I read

25    them to you at the conclusion of the argument.  But I

09:11  1    anticipate that will be Wednesday before that happens.

2         Then you will retire to the juryroom to begin

3    your deliberations.  However, I wanted to let you know for

4    the purposes of planning your schedules, that due to

5    commitments that I have made, we will not be in session on

6    Friday of this week.  So I don't mean to suggest

7    necessarily that you should reach a verdict on Thursday.

8    I think that's probably unlikely and unrealistic.  But I

9    just wanted to let you know what our schedule for this

10   week will likely be.  Now, keep in mind during closing

11   arguments, what counsel say -- indeed what they have said

12   at any time during the trial -- is not evidence.  Rather,

13   this is their interpretation or analysis of the evidence

14   which you are free to accept or reject depending upon how

09:12 15  closely it coincides with your own memory of the evidence

16   and also depending on how persuasive you think the

17   argument is.  As has been true throughout the case, the

18   government as the prosecution and as the party with the

19   burden of proof will have the right to begin the argument,

20   but in recognition of that burden of proof, the government

21   will also have the right to finish the argument.  So some

22   of the government's six hours will be devoted to the

23   beginning phase of the argument, and then we will hear

24   from all defense counsel in turn, and then we will hear

25   from counsel for the government again, and then I will

09:13 1    give you my instructions on the law.

2              Who will be arguing the case initially for the

3    government?

4              MR. JONAS:  Your Honor, I will.

5              THE COURT:  Mr. Jonas, do you have any idea how

6    much time you want to use at this point?

7              MR. JONAS:  Your Honor, I think I will be using

8    four hours today.

9              THE COURT:  Ladies and Gentlemen, I will try as

10   much as possible not to interrupt counsel to take our

11   recesses, but with a four-hour block I think we will need

12   to take our mid-morning recess and our luncheon recess.

13             Mr. Jonas, do you want me to give you any

14   warnings about how much time you have used at any point?

09:13 15            MR. JONAS:  Not this morning, your Honor.  Maybe

16   after lunch, I'll let you know if I need a warning.

17             THE COURT:  Thank you.  We'll hear now from

18   counsel for the government.

19             MR. JONAS:  Please the Court.

20             THE COURT:  Yes, sir.

21             MR. JONAS:  Defense counsel, fellow prosecutors.

22   Ladies and Gentlemen of the Jury.  Home stretch, we're

23   almost done.  Good morning.  I want to start off by

24   thanking you not just for the government but the defense

25   as well for your patience and attention.  We really do

09:14   1   appreciate the jury service that you guys have done in

        2   this courtroom.  As his Honor has said, this is our

        3   opportunity to talk to you about the evidence that you

        4   have heard over the past several months.  But before I do

        5   that, I want to talk to you about a few points to keep in

        6   mind.

        7            Now, the first point is you have heard a lot of

        8   foreign-sounding names.  It's understandable that you are

        9   not going to remember all of those names.  You are not

       10   going to remember who those people were and what they were

       11   associated with in this trial.  And I want you to know

       12   that you don't have to worry about that.  Don't get hung

       13   up on remembering every single name that you have heard.

       14   For example, you have heard some of the leaders of the

09:15  15   Jenin Zakat Committee and their names.  Don't bother about

       16   the names.  What I want you to remember is the leaders of

       17   the Jenin Zakat Committee were HAMAS.  You have heard the

       18   names of some of the speakers that the HLF brought into

       19   the United States to raise funds on behalf of the HLF.

       20   Again, don't worry about remembering every single

       21   speaker's name.  Just remember those speakers were members

       22   and leaders of HAMAS.  There were five names I do want you

       23   to remember, and those are the defendants:  Shukri Abu

       24   Baker, Abdulraham Odeh, Mohamed El-Mezain, Ghassan Elashi

       25   and Mufid Abdulqader.  Those are the names that you need

09:16  1    to remember.

       2            The second thing I want you to keep in mind as I

       3    go through my argument to you and as you go through the

       4    records, the exhibits, during your deliberations is that

       5    is this what a real charity would do?  Think about what

       6    you guys think of as a regular moral charity -- the

       7    American Red Cross, the United Way.  Think about those

       8    charities and how they operate.  As you go through the

       9    exhibits, think about is this what a real charity would

      10    do?  Would a real charity have a security document to tell

      11    it how to act?  Would a real charity bring in a foreign

      12    terrorist organization to raise funds on its behalf?

      13            The answer is no.  But an organization that's

      14    part of a terrorist organization would.

09:16 15            The third thing I want to mention is that you

      16    have heard testimony brought out by the defense during

      17    their witnesses and on cross examination the government's

      18    witnesses about the Government of Israel and things the

      19    Government of Israel has done in regard to the Palestinian

      20    people.  That's not why you are here.  You are not here to

      21    decide who's right and who is wrong in the Israel

      22    Palestinian conflict.  I'm sure defense counsel when they

      23    get up and argue before you, they will talk about a lot

      24    about what the Government of Israel has done.  They are

      25    doing that to distract you from the main issue in this

09:17  1     case.  As Mr. Jacks told you two months ago when he

       2     appeared before you, the issue is whether these defendants

       3     knowingly and willfully gave money to HAMAS -- pure and

       4     simple -- not whether Israel is right or wrong.  It's

       5     about HAMAS.  HAMAS is a terrorist organization and no

       6     U.S. person or anyone in the United States is allowed to

       7     give money to HAMAS.

       8             Now, I want to talk for a few moments about

       9     HAMAS itself.  If you remember the government's first

      10     witness, Dr. Levitt, he was the government's expert on

      11     HAMAS.  He educated us on what HAMAS is and how HAMAS was

      12     created.  In 1928, a group was formed in Egypt call the

      13     Muslim Brotherhood.  And the goals of the Muslim

      14     Brotherhood is basically to turn the world into a world

09:18 15     run by Islamic law.  So instead of having laws that we do

      16     where they are passed by Congress and not religious laws,

      17     the world would operate under Muslim law.  And the Muslim

      18     Brotherhood over the years grew and formed chapters in

      19     different parts of the world, including a chapter in the

      20     Gaza Strip.

      21             If I can, I will show you the map, 24-2, that we

      22     showed you early on.  What we have on the right is Israel

      23     as we know it.  This strip over here is the Gaza Strip.

      24     This portion over here, the West Bank.  They make up the

      25     Palestinian Territories.  Israel is surrounded by Egypt in

09:19 1    the south, Jordan to the east and Syria and Lebanon to the

2    north.

3              So the Muslim Brotherhood formed a chapter in

4    Gaza as early as 1948 when Israel was first formed as a

5    country.  And through time that chapter grew until the

6    1980's when it was taken over and run by a man name Sheikh

7    Ahmad Yassin.  You have heard that name several times.

8    Ahmad Yassin was based in Gaza, and he ran, not just the

9    Muslim Brotherhood, but there were certain institutions

10   that he set up -- and I'll talk about those in a few

11   moments -- which were Muslim Brotherhood institutions.

12             Now, in December of 1987 something happened.

13   Israel had been subjected to several terrorist attacks.

14   And around the same time those attacks were happening, an

09:19 15   Israel citizen who was driving a truck ran into a crowd of

16   Palestinians.  Some people believed that was on purpose in

17   retaliation for the attacks, and some people believe that

18   was an accident.  For whatever reason, it happened, and it

19   caused an uprising among the Palestinian people, a grass

20   roots uprising, one that was not directed by any

21   organization or any particular leader, and that uprising

22   became known as the Intifada.  Today we call it the First

23   Intifada because a year later there was a Second Intifada.

24   Back then we called it the Intifada.

25             Well, the Palestinian branch of the Muslim

09:20  1    Brotherhood led by Sheikh Yassin decided to do something

2    and get involved.  There were concern if they didn't get

3    involved in this Intifada that they would lose ground to

4    other Palestinian groups such as the PLO and other groups.

5    So they decided to reform themselves and they did in the

6    form of HAMAS, also known as Islamic Resistance Movement

7    and sometimes referred to as just the Movement.

8         Palestinians who were Muslim Brotherhood back

9    then became HAMAS members.  These institutions formed by

10   Sheikh Yassin that were Muslim Brotherhood institutions

11   became HAMAS institutions.  Back then, HAMAS was not just

12   throwing rocks at the Intifada, as they told you during

13   their opening statement, but they were committing more

14   violent acts, as Dr. Levitt told you, including kidnapping

09:21 15   of Israeli soldiers.

16        Now shortly after being formed in 1988, hAMAS

17   came out with a charter, its Constitution in effect.  And

18   that Constitution has not changed to this day.  If you

19   remember, I went through it fairly extensively with

20   Dr. Levitt, and I'm not going into detail like I did then,

21   but you can look at it when you are deliberating.  It's

22   21-61.  I want to point out a couple of things about the

23   charter.  The charter calls for the destruction of Israel.

24   HAMAS does not want a two-state solution; a two-state

25   solution being that the West Bank and Gaza form one

09:22   1    country, the country of Palestine, and Israel remains as

        2    the Country of Israel with the two living side by side.

        3    That's not what HAMAS wants.  HAMAS wants all of that area

        4    to be Palestine and the State of Israel to be completely

        5    eliminated.

        6             Now, in the charter it states Israel will exist

        7    and continue to exist until Islam obliterates it.  The

        8    charter calls for the destruction of Israel through Jihad.

        9             Now, we heard Dr. Levitt say that Jihad can be

       10    two things:  One of them being violence, and you have to

       11    look at the context of the word to determine if the

       12    meaning is violent.  As Dr. Levitt told you, when you go

       13    through the charter the meaning of the word "destruction"

       14    is violence.  So they are calling for the destruction of

09:22  15    Israel through violence.

       16             The charter states initiatives and so called

       17    peaceful solutions and international conferences are in

       18    contradiction to the opinions and principals of HAMAS.

       19    Back in 1988 what they are saying is no peace, no peace

       20    talks, no peace conferences, period.  Their goal is one

       21    goal only:  Destroy Israel through violence.  The charter

       22    states there is no solution for the Palestinian question,

       23    except through Jihad.  Initiatives, proposals, conference

       24    are a waste of time.  This is five years before the Oslo

       25    Accords which was an attempt at a peace process between

09:23  1    the Palestinian people and Israel.  And I will talk more

      2    about those in a few minutes.

      3           The charter also calls for Muslims everywhere,

      4    not just Palestinians living in the West Bank and Gaza to

      5    commit to Jihad.  It calls for economic jihad, a term

      6    defined by Dr. Levitt.  What that basically means is if

      7    you can't commit your body to support HAMAS, then use your

      8    money to support those that are using their body.

      9           Now, Dr. Levitt also taught us about the

     10    structure of HAMAS, that it has three sections -- a

     11    military wing, social wing and political wing.  And if we

     12    can pull up Government's Exhibit 23-3, this was the

     13    triangle that Dr. Levitt talked about that shows the

     14    structure.  If you see, the social wing sits on the

09:24 15    bottom.  That's the foundation that the other two wings

     16    are built on.  You have the political wing in the middle

     17    and then the military wing on the top of that.

     18           I want to talk about each wing separately for a

     19    moment.  I want to talk about the order that Dr. Levitt

     20    talked about.  The military wing is currently call the Izz

     21    Al Din Qassam Brigades.  That name came out in early 1993,

     22    around that time.  Before that, it was known as the

     23    Palestinian Mujihadeen.  Military wing is what the name

     24    suggestions.  Either commits soldiers, shootings,

     25    bombings.  What HAMAS is most famous for?  Suicide

09:25   1    bombings.

        2            Now, the military wing in committing its acts

        3    doesn't just focus on the Israel military, doesn't

        4    distinguish between civilians and military or young or old

        5    or men or women or even Israelis or foreigners.  You heard

        6    Dr. Levitt talk about an attack on Mike's Place, a western

        7    style bar located right next to the American embassy.

        8    Now, the attacks that military wing commits are terror in

        9    every sense of the word, not just in the destruction and

       10    carnage, but also in the fact that Israelis on an everyday

       11    basis have to worry when they get on a bus if they are

       12    ever getting off the bus, if they go in a restaurant if

       13    that's the last meal they will have.  That's where the

       14    attacks occur -- in public places -- in order to terrorize

09:25  15    the population.  As Dr. Levitt described, sometimes HAMAS

       16    will do two attacks at once.  There will be a bomb go off,

       17    and as rescuers are running to help the victims, there

       18    would be a second bomb.

       19            The military wing doesn't just use men.  They

       20    use women and children to help.  For example, you have a

       21    woman accompanying a suicide bomber because a couple is

       22    less suspicious.  You will have a child carry notes among

       23    members because the child is less likely to be searched.

       24    HAMAS will take credit for the attacks they commit.  And

       25    the reason they take the credit is several ways.  One is

09:26   1   through an issue of a communique which is like a press

2   release.  They will have a TV station announce some of

3   these attacks and that they take credit for them.  On the

4   internet or in the newspapers.  They will make posters

5   praising the suicide bomber or showing a living will of

6   the suicide bomber talking about the killing he plans on

7   doing.  HAMAS takes credit for these acts for two reasons.

8   One is part of the terror so the Israeli public and the

9   rest of the world knows that suicide bombing was committed

10   by us and you need to be scared of us and watch out for

11   us.  They take credit so that the Palestinian people will

12   know who to support.  HAMAS committed this act, not some

13   other group, my money is with HAMAS.

14           The social wing of HAMAS is designed to win the

09:27  15   hearts and minds of people.  The social wing does things

16   that we think of as humanitarian purposes.  Schools, food,

17   hospitals, libraries, mosques, things that on their face

18   sound fairly benign or benevolent to the Palestinian

19   people.  But we know the reason HAMAS does this is to win

20   those people over, to get those people to support HAMAS,

21   and the reason why they want to support the Palestinian

22   people is several fold.  One is because if they get the

23   support of the people when they need their help, they will

24   have their help.  For example, HAMAS needs someone to give

25   their house up as a safehouse for a bomber.  Well, I fed

09:28   1    your family, I now need you to hide this person, and the

        2    Palestinian people will do that.  I need you to drive

        3    somebody to a location.  Military wing needs someone

        4    driven to a location.  People do that because HAMAS has

        5    won their hearts and minds through the social help that

        6    they have given.  The social help also helps to get people

        7    to join HAMAS, become -- join the military wing.

        8           We talked about education in this trial.  HAMAS

        9    is big on education.  It's in their charter.  The social

        10   wing teaches children in the ways of HAMAS.  It

        11   brainwashes little five year old kids in kindergarten to

        12   praise suicide bombers so that when these children grow up

        13   they will become members of HAMAS.  Remember the HAMAS's

        14   charter's purpose.  It's to destroy Israel, not help the

09:29   15   Palestinian people.  Helping the Palestinian people is a

        16   means to an end.  It's a means of achieving HAMAS's goal

        17   of destroying Israel through violent Jihad.

        18          The social wing also helps the military wing in

        19   other ways.  For example, Dr. Levitt told us this one

        20   incident where arms, guns, munitions were found buried

        21   under a playground at a kindergarten because it was less

        22   likely to be searched.  Chemicals in the hospital are used

        23   to make bombs in the HAMAS hospitals.  HAMAS-run mosques

        24   are used as dead drops.  In other words, they are passing

        25   messages in the mosque, and someone else will come in and

09:30  1    take it because it's less likely to be searched.

       2          The social wing supports the military wing also

       3    by giving the members cover.  You will see that several

       4    members of the military wing will be employed by the Zakat

       5    Committees that are ministered for social support, and

       6    that gives those military members cover and protection.

       7    All of this gathers the support and loyalty of the

       8    Palestinian people, and it's what makes HAMAS one of the

       9    strongest and most successful terrorist groups in the

      10    Middle East.

      11          The third wing is the political wing.  The

      12    political wing sits atop the military wing and social

      13    wing.  The political wing runs the big picture of HAMAS.

      14    You heard Dr. Levitt say there is the inside leadership

09:30 15    and the outside leadership, the inside leadership being

      16    the people on the ground in the West Bank and Gaza like

      17    Sheikh Yassin and others.  The outside are people who

      18    aren't even living in Gaza and West Bank.  Initially, they

      19    were living in Jordan and got kicked out to Lebanon.  Two

      20    of those were Khalil Mishal and then Mousa Abu Marzook.

      21    Marzook was Number 1, and Khalil Mishal was Number 2, and

      22    when Mousa Abu Marzook was arrested in New York, they

      23    flipped places, and now Marzook is Number 2 and Khalil

      24    Mishal is 1.  They make the big picture decisions.

      25          We heard testimony that HAMAS has

09:31 1    representatives in Iran, in Yemen, the Sudan and other

2    countries.  So they deal on the big level picture.

3            We have heard several people talk about Mousa

4    Abu Marzook being the leader of HAMAS.  You don't have to

5    take their word for it if you look at Government's Exhibit

6    21-58, which is the letter from HAMAS to Senator Orin

7    Hatch that identifies Mousa Abu Marzook.  Mousa Abu

8    Marzook was arrested in New York in 1995, and HAMAS was

9    protesting the arrest and sent a letter to the Senator.

10   They identify Mousa Abu Marzook as the leader of HAMAS

11   back then.

12           I want to turn your attention now back to the

13   United States.  I want to go back to the time that HAMAS

14   was first formed in 1987, 1988.  Around that time,

09:32 15   initially Shukri Abu Baker, the defendant, was leaving in

16   Indiana.  Ghassan Elashi was living in Los Angeles.

17   Shukri Abu Baker decides to start the Holy Land

18   Foundation.  Back then it was called the Occupied Land

19   Fund.  He moves to Los Angeles, and he starts it with

20   himself, the Defendant Ghassan Elashi and the Defendant

21   Mohamed El-Mezain.  And just by way of an example so that

22   you can see their titles, if you look at Government's

23   Exhibit 11-20, that's just one of the tax returns.  It

24   says their position.  Mohamed El-Mezain was Chairman of

25   the Board, Ghassan Elashi was Treasurer and Shukri Abu

09:32    1        Baker was the Chief Executive Officer.

         2              Ghassan Elashi, if you look at 11-28, was also

         3        the treasurer.  These guys were Holy Land Foundation at

         4        the beginning, its inception.  They formed it and ran it.

         5        We know that as early as 1990 the Defendant Mufid

         6        Abdulqader was raising funds for HLF and a few years later

         7        the Defendant Abdulraham Odeh opened a New Jersey office

         8        and ran it until 2001.

         9              Ms. Hollander told you in her opening statement

        10        that the Holy Land Foundation was created because of a

        11        sick child that the Defendant Shukri Abu Baker had.  We

        12        know that's not true.  I'm not saying he didn't have a

        13        sick child.  I'm saying that's not why the Holy Land

        14        Foundation was created.

09:33   15              As I told you earlier, the Muslim Brotherhood

        16        had chapters throughout the world, not just in Gaza.

        17        There was a Muslim Brotherhood chapter here in the United

        18        States as early as the 1980's.  The Muslim Brotherhood

        19        Worldwide, and the United States is not just made up of

        20        Palestinians.  It's also made up of other nationalities --

        21        Pakistanis, Egyptians and others.

        22              By 1987, 1988 when the Intifada was started and

        23        the HAMAS was created, the International Moslem

        24        Brotherhood -- the worldwide leadership -- decided to form

        25        Palestine committees in every country.  And these

09:34  1    Palestine committees were created to support HAMAS, the

2    HAMAS cause.  And there was a Palestine Committee formed

3    here in the United States.  That Palestine Committee was

4    directed again to support HAMAS in the United States.  And

5    that committee oversaw three organizations.  It oversaw

6    the Islamic Association of Palestine, IAP, which was

7    already in existence prior to the formation of the

8    Palestine Committee.  We will see that the IAP existed as

9    part of the Muslim Brotherhood in the United States from

10    at least the early 1980's, and the IAP's role was to be

11    sort of the media outlet for HAMAS; that is, to issue the

12    communiques.  The IAP published the HAMAS charter in the

13    United States.  The Palestine Committee also oversaw the

14    United Association for Studies and Research, UASR.  Their

09:35 15    role was to be a think tank.  They produced research on

16    HAMAS, books on HAMAS.  That was their role.  The third

17    was the Holy Land Foundation, and its role was to raise

18    funds for HAMAS.

19        Now, how do we know this?  We know this in

20    several ways.  The first set of documents I want to talk

21    about were documents taken from the home of Ismail El

22    Barasse, a member of this Palestine Committee.  El Barasse

23    lived in Northern Virginia right outside of Washington,

24    D.C., and he was sort of an archivist of the Muslim

25    Brotherhood.  He kept the history of the Brotherhood in

09:35  1    his home.

2              Before I go to the first exhibit, I want to

3    point out to you -- and I'm only going to give you a

4    sampling of the El Barasse documents, not all of them, but

5    you will have them all in your deliberations.  And you are

6    free to go through this.  Before I go there, I want to say

7    something about our exhibit system.  We tried to number

8    these as to where they came from.  The El Barasse

9    documents start with a 3.  Of the Holy Land Foundation,

10   all start with a 1.  Documents seized from Infocom which

11   was the company run by Defendant Ghassan Elashi and his

12   brothers that was located across the street from Holy Land

13   Foundation.  A lot of Holy Land Foundation documents were

14   found at Infocom.  Those documents start with 2.  As we go

09:36 15   along I'll give you that key system.

16             I want to start off with Government's Exhibit

17   3-15, Page 10.  What the second paragraph of this document

18   states:  "These two characteristics make the cause of

19   Palestine a unique cause which requires a unique method

20   and means to manage the struggle as well.  This is what

21   the Islamic movement, the Muslim Brotherhood, has

22   realized.  Therefore, it pays special attention to the

23   cause of Palestine and established a special apparatus for

24   it which requires support and assistance from all the

25   Brotherhood's movements."

09:37  1              Bottom half of the page it talks about the

2      Palestine section or committee.  "This is a special

3      apparatus that the Muslim Brotherhood formed in order to

4      support HAMAS."  And what that says is "At the end of the

5      Seventies the Shamm Countries" -- I believe Dr. Brown, the

6      defense witness, identified the Shamm Countries as those

7      countries surrounding Israel like Lebanon and Syria.  "The

8      Shamm Countries Movement opened a new section which was

9      called the Palestine Section to oversee the affairs of the

10     Ikhwan inside the Occupied Territories.  It was considered

11     the liaison between the followers of the Movement on the

12     inside and outside.

13              "In the beginning of the eighties, the Islamic

14     action for Palestine experienced distinguished leaps.  At

09:38 15     the inside level groups and apparatuses were formed to

16     confront the Zionist enemy, and they carried different

17     names then such as the Palestinian Mujihadeen and other

18     names."  You recall again, Dr. Levitt said the military

19     wing of HAMAS was known as the Palestinian Mujihadeen.

20              Page 11, bottom half goes on to state "The

21     Islamic Resistance Movement."  We know that's HAMAS.

22     "With the increase of the Intifada and the advance of the

23     Islamic action inside and outside of Palestine, the

24     Islamic Resistance Movement, HAMAS, provided through its

25     activities in resisting the Zionist occupation a lot of

09:38    1    sacrifices from martyrs, detainees, wounded, injured

         2    fugitives, deportees, and it was able to prove that it is

         3    an original and effective movement in leading the

         4    Palestinian people.  This Movement which was bred in the

         5    bosom of the mother movement, 'The Moslem Brotherhood'

         6    restored hope and life to the Muslim nation and the notion

         7    that the flare of jihad has not died out and that the

         8    banner of Islamic jihad is still raised."  There again you

         9    see the connection between HAMAS and the Muslim

        10    Brotherhood.  Again, Jihad, violence.

        11         If we turn to Page 14 of this document, the top

        12    part talks specifically about action in the United States.

        13    In fact, if you go up a little higher than that, it talks

        14    about some of the resolutions that were reached.  Number

09:39   15    17, the last resolution talks about asking country to

        16    increase financial and moral support for HAMAS.  Number 5

        17    talks about Islamic action for the Palestinian cause in

        18    North America.  I'm not going to read every exhibit.

        19    Don't worry.  But this exhibit is a pretty good one that

        20    talks about the formation of the Palestine Committee.  It

        21    says "Like other Western, Arab and Islamic arenas, the

        22    American arena has seen a move for action for the

        23    Palestinian cause by the grace of God and due to the

        24    presence of the Islamic Movement and its pioneer the

        25    Muslim Brotherhood.  The first organizational frame for

09:39  1   Islamic Action for Palestine came in the beginning of the

       2   eighties when the leadership of the Movement decided to

       3   establish the Islamic Association for Palestine in North

       4   America."  IAP, the media outlet.  It publishes the

       5   communiques, etcetera.  "When work developed, the Intifada

       6   was started and the Islamic Resistance Movement, HAMAS,

       7   was formed and the general apparatus for Palestine

       8   developed, and in light of the resolutions of the Guidance

       9   Office and the Shura Council of the International Movement

      10   to form Palestine Committees in all the countries, the

      11   General Director came and met with the leadership of the

      12   Movement in America in 1988."

      13          So here we see the International Muslim

      14   Brotherhood coming to the United States to talk to the

09:40 15   U.S. members of the Muslim Brotherhood about what they are

      16   going to do to support HAMAS.  "After the discussion and

      17   agreement, a Palestine Committee was formed under the

      18   supervision of the executive office.  The Committee was

      19   then tasked with supervising all the organizations which

      20   serve the plan of the Movement domestically and

      21   internationally in addition to the Palestinian cause.

      22   Among these organizations were The Islamic Association,

      23   the Occupied Land Fund and the United Association."

      24          The Occupied Land Fund is the Holy Land

      25   Foundation.  It's the name they originally used before

09:41   1    they changed the name to Holy Land Foundation a few years

        2    later.  So what this document is saying is that the

        3    International Muslim Brotherhood decided that a Palestine

        4    Committee would be formed in the United States, that

        5    committee would be to support HAMAS and that committee

        6    would oversee the IAP, the HLF and UASR.

        7             If we go to -- I'm sorry.  Page 15, the last

        8    page of this document.  This document is in Arabic.  We're

        9    reading the English translation.  The last page, "The

       10    Palestinian cause -- or say the Islam's cause in Palestine

       11    -- needs today an effective and a distinguished role for

       12    the grand Islamic Movement as one fortified wall behind

       13    its leadership represented by the Shura Council and a

       14    strong support for their tool and striking wing, the

09:42  15    Islamic Resistance Movement, HAMAS."

       16             HAMAS was the striking wing for the Palestinian

       17    cause.  Those strikes came in the form of violence.

       18             Government's Exhibit 3-17 is another document

       19    that talks about amending the bylaws of the Palestinian

       20    Committee, and that document specifically says that the

       21    Palestinian Committee will be called the Central

       22    Committee.  They use both names, the Palestinian Committee

       23    and the Central Committee.  That's on Page 8.

       24             Page 9 talks about issues related to the

       25    Occupied Land Fund.  So it's about drawing a general

09:42  1  strategy for the Fund -- its budget, its employees, board

2  of directors.  So what we start to see is the Palestinian

3  Committee exercising control over the HLF by determining

4  its board of directors and budget, etcetera.  In fact, in

5  this document if we can turn to Page 12 it says "Remarks."

6  Number 3, collection of donations for the Islamic

7  Resistance Movement.  So again, we see the role of the

8  Palestine Committee, collecting money for HAMAS.  And how

9  do they do it?  Through the HAMAS.

10  Government's Exhibit 3-1.  I would like to put

11  this on the screen, Page 1.  This is a chart for the

12  Central Committee, an organizational chart for the

13  Palestine Committee.  It's using both names.  We didn't

14  create this.  This was taken from the home of Ismail El

09:43  15  Barasse.  You see, you have a president, a Central

16  Committee, IAP, UASR, Occupied Land Fund.  You recall the

17  accountant that testified for HLF.  He said it was an

18  independent organization that didn't answer to anybody but

19  its board of directors.  Does this show that?  Absolutely

20  not.  It shows it answered to the Central Committee whose

21  goal was to support HAMAS.

22  Turn to Page 4, this lists out the members of

23  the Palestine Committee.  Look at the top.  The first

24  thing it says is Administrative Aspect, Chairman Mousa.

25  Who do we know as Mousa?  Mousa Abu Marzook, the leader of

09:44 1    HAMAS.  He's also doubling up as the leader of the

2    Palestine Committee.  Look on the left where it says

3    Committee Chairman Palestinian Action Aspects, we see

4    members of the Central Committee, Mousa, Mousa Abu

5    Marzook; Number 4, El Barasse, Ismail El Barasse, the

6    person whose house this came from.

7         Again, don't get hung up on the names.  I know

8    I'm throwing a lot of names at you, but don't worry about

9    every single one.  Number 5, there is a name I want you to

10   remember, Mohamed El-Mezain.  Number 9, Shukri, the

11   Defendant Shukri Abu Baker.  Under the Executive

12   Committee, we see Omar Yehya, who's also known as Omar

13   Ahmad.  We will see his name later and other names that

14   we're coming across as we talk this morning.

09:45 15        Looking again on this organizational chart,

16   Number 4, Charitable and Humanitarian Aspect, who names do

17   we see?  El-Mezain.  What organization do we see listed as

18   Number 1?  Occupied Land Fund, the Holy Land Foundation.

19        And again, when you look through this document

20   on the right, you will see names and members of the

21   committee on the right-hand side.  You will see the same

22   names that we went through with you.  Some of the

23   defendants and some of their co-conspirators.

24        Now, we don't only see their names in this

25   document, the names of the members of the Palestine

09:46  1    Committee.  We also see their names in Marzook's phone

2    book, Government's Exhibit 5-79.  Why would the leader of

3    a terrorist organization have these people's names in his

4    phone book unless he was connected to them.

5         In 4-1, there is a series of documents and

6    photographs taken from the home of a man named Ashqar.  In

7    his home.  And Ashqar had a phone list, and this document

8    was in Arabic and here we have it in English.  This page

9    is entitled "Important Phone and Fax Numbers, Palestinian

10   Section, America."  And it's seen from another source.

11   There is a Palestine Committee and these are the members.

12   1, Mousa Abu Marzook; 5, Mohamed El-Mezain, Shukri Abu

13   Baker.  So we're seeing who the members are.

14        There is other El Barasse exhibits.  3-3 is

09:47 15   another one of them that shows the creation of the

16   Palestine Committee.  What we have seen is the Muslim

17   Brotherhood decides to form a Palestine Committee.  The

18   Palestine Committee is to support HAMAS.  In supporting

19   HAMAS, the Palestine Committee overseas the IAP which is

20   the media, the UASR which is the think tank and Holy Land

21   Foundation which is the fundraising arm.

22        Now, even in the early years, even though HAMAS

23   wasn't designated as a terrorist organization and it

24   wasn't illegal to deal with HAMAS back in the early 90's,

25   it was still a terrorist organization.  There was still a

09:48 1    committee and violent acts.  Dr. Levitt told you that the

2          fact the State Department recognized HAMAS in a document

3          they published every year called "Global Patterns of

4          Terrorists."  So because of that it's not good to align

5          yourself with HAMAS.  So the Palestine Committee felt it

6          needed to disassociate with HAMAS before the public.

7          While they can claim they are HAMAS in the Muslim

8          Brotherhood community, when it came to facing the American

9          public they had to conceal that.  And you will see this

10         concealment -- this deceit of the American public

11         throughout the evidence.

12                One of the places we see it is Government's

13         Exhibit 7-1.  This is a deposition in a civil lawsuit when

14         Holy Land was sued.  It's the deposition of Mohamed

09:48 15   El-Mezain, the defendant, and in that deposition Mohamed

16         El-Mezain was asked about IAP, and he said the HLF had no

17         relationship with the IAP.  Well, we have just seen from

18         the El Barasse documents that the HLF did have a

19         relationship.  It was almost like a brother.

20                In another deposition for the same lawsuit,

21         Shukri Abu Baker said the HLF only had a business

22         relationship with the IAP.  You can see the relationship

23         with the IAP was a lot more than business.  Those are two

24         of the statements they made to conceal the nature and

25         purpose of the Palestine Committee from the American

09:49  1    public.

2          We have seen certain documents, Government's

3    Exhibits 3-5, 3-8, 3-23, the Palestine Committee at work.

4    We see where the HLF is filing reports with the Palestine

5    Committee, where they are committing budgets with

6    Palestine Committee salaries.  They talk about -- In 3-8

7    HLF talks about opening an office in Jerusalem.  They talk

8    about changing the name from the Occupied Land Fund to the

9    Holy Land Foundation.  Are these things an independent

10    charity would do?  No.  Are these the things that a normal

11    charity would do?  Answer to an organization that's is set

12    up to help an support HAMAS?  No.

13          Now, we see the Palestine Committee in action

14    not just through the El Barasse documents but we have

09:50 15    heard them in action.  We have seen them act and get

16    together through several of these phone calls and meetings

17    that they had that the FBI taped.  The first on -- And I

18    want to talk about some of them.  The first one took place

19    in October of 1993, a Marriott hotel in Philadelphia.  We

20    call this the Philadelphia conference.  That's how I will

21    refer to it.  We know that the Philadelphia conference was

22    set up by the Defendant Shukri Abu Baker along with Omar

23    Ahmad, who was part of the Palestine Committee, and

24    Ashqar, another member of the Palestine Committee.

25          We have seen 16-25 and 15.  They talk about the

09:50 1    agenda, who's going to attend, the location and other

2    issues.  All to set up this Philadelphia conference.  And

3    the attendees were many members of the Palestine

4    Committee.  We see American Express records where HLF paid

5    for these people to come.  Why would a charity use its

6    money to pay for people who are not part of the charity to

7    attend a conference of the Palestine Committee.  They

8    shouldn't, but they did because that's HLF's purpose.  We

9    know that Mohamed El-Mezain -- Why would his signature be

10    on the hotel record?  And you can see that on 21-60.  The

11    defendant in that same lawsuit I talked about a moment

12    ago.  And one of the papers filed in that lawsuit,

13    Government's Exhibit 77-6, said the Defendant Ghassan

14    Elashi wasn't there, but he was.  We showed you a picture

09:51 15    of Ghassan Elashi walking with Shukri Abu Baker outside

16    the hotel during this Philadelphia conference.  So we have

17    Mufid Abdulqader in attendance, the Defendant Shukri Abu

18    Baker.  All there.  And Mohamed El-Mezain was supposed to

19    be there, but he was sick.  He was in the hospital and

20    couldn't attend.  The transcript for this conference which

21    took place over two days in October 1993 are 16-47 and

22    16-41, and I invite you to read them.  I'll hit only

23    highlights, but you will see the highlights I hit are

24    throughout the transcripts.

25        Now, in a different lawsuit, a separate one, the

09:52  1    Defendant Shukri Abu Baker filed a declaration with the

       2    court.  A declaration is open to the public.  And in the

       3    declaration, Shukri Abu Baker says the meeting, the

       4    Philadelphia conference, was just a meeting of Islamic

       5    intellectuals, community leaders and representatives.  It

       6    was not a meeting of any particular organization.  But we

       7    know that's not true.  That's being deceptive, and we know

       8    that because Omar Ahmad in the beginning of the meeting,

       9    16-47 states "This is a meeting of Palestine Committee."

       10   Sets it right out there.  That's an organization.  So

       11   Shukri Abu Baker says in a sworn -- under oath --

       12   declaration that was not a meeting of an organization.  He

       13   wasn't telling the truth.  He was being deceptive.

       14           During the conference, the Defendant Shukri Abu

09:53 15   Baker tries to give a cover.  Tries to tell the attendees

       16   there that we can't let anyone else know why we're

       17   meeting, and he says in 16-49 "Please don't mention the

       18   name HAMAS in an explicit manner.  We insist on saying

       19   SAMAH.  We will talk about her honor in this session."

       20   The session here is a joint workshop between the Holy Land

       21   Foundation and the Islamic Association of Palestine.

       22   "This is the official form, I mean, please, in case some

       23   inquire."

       24           Why would Shukri Abu Baker be concerned about

       25   people inquiring about this Philadelphia conference unless

09:54   1    the true purpose of the conference is to talk about their

        2    plans for HAMAS in America?

        3            Now, we know that they try to conceal the

        4    purpose because Shukri Abu Baker was admonishing people

        5    for using the term "HAMAS."  When one person says "Is this

        6    against HAMAS," Shukri Abu Baker said "Didn't we say not

        7    to mention that term?"  And the person says "Is this

        8    against the Movement," the Movement being another name for

        9    HAMAS.  Another person says "HAMAS, I mean SAMAH."

       10    Obviously that person caught themselves.  Shukri Abu Baker

       11    said the term SAMAH was a whimsical play on words in that

       12    declaration.  SAMAH means forgiveness in Arabic.  If you

       13    read the transcript for the Philadelphia conference, you

       14    will see they are not whimsically playing with words but

09:55  15    referring to HAMAS.  They use HAMAS, SAMAH, Movement

       16    throughout all of those transcripts.  No question the

       17    purpose of this meeting was to discuss HAMAS and their

       18    support of HAMAS.

       19            One of the main agendas was the Oslo Accords.

       20    The month prior to this meeting in September of 1993 the

       21    Oslo Accords were signed on the White House lawn here in

       22    the United States.  Again, the purpose of the Oslo Accords

       23    was to be a peace treaty between the Israelis and the

       24    Palestinians.  In this case, the Palestinians were

       25    represented by the PLO, Yasser Arafat.  The PLO was a

09:55   1   secular group, not religious based.  And HAMAS as we know

2   was against all peace conferences.  Five years before the

3   Oslo Accords happened, they are saying no peace

4   conference, waste of time.  So off the bat they are

5   against the Oslo Accords.

6           In fact, they took several steps to try to

7   derail the Oslo Accords through suicide attacks.

8   Dr. Levitt told you that certain attacks after the Accords

9   were designed to interrupt the peace process.  Like when

10   Secretary of State Albright traveled to Israel there were

11   promises then to interrupt the process, and it worked.

12   The peace process never happened and from a large part due

13   to the bombings by HAMAS.

14           Now, the Palestine Committee during this meeting

09:56  15   also expressed a concern about the Oslo Accords.  They

16   discussed the affects of the Accord on HAMAS.  They

17   expressed the concern that if peace breaks out no one

18   would support HAMAS.  God forbid peace should break out.

19   They are afraid of the Authority that may take over the

20   Zakat Committees.  HAMAS controls the Zakat Committees.

21   They talk specifically about measures they have to take in

22   order to derail the agreements that support HAMAS.  One of

23   defendants, Shukri Abu Baker, talks about derailing the

24   agreement, not -- All the participants collectively are

25   talking about that.

09:57 1            Government's Exhibit 16-63, "The most important

2      thing we can provide in this stage is to support Jihad in

3      Palestine.  I believe it's the only way to bring the goals

4      of Accord to fail."

5            16-67, "I'm working on Jihad."  Support the

6      Jihad, support the Jihad.  Who's doing Jihad?  HAMAS.  It

7      says so in their charter.

8            16-85, after discussion of the Oslo Accords, the

9      Defendant Shukri Abu Baker says "Your mother SAMAH is the

10     mother of democracy."  Would you expect a regular charity

11     who says its purpose is to help people be against a peace

12     process?  Absolutely not.

13            By the way, Philadelphia was not the only time

14     they used the term "SAMAH."  We see it in a phone call

09:57 15     between Shukri Abu Baker and Ashqar when they talk about

16     someone approaching Baker who claimed to be part of HAMAS,

17     and in that phone call Shukri Abu Baker used the term

18     "SAMAH."

19            They talk about ways they are going to present

20     themselves to the American public.  Again, they can't say

21     they are HAMAS because that wouldn't look good because

22     HAMAS is against the peace process and committing

23     terroristic acts.  The United States was supporting the

24     peace process.  The American public was supporting it.

25     And if the Palestine Committee came out against it, it

09:58  1    would not look good.  They decided to publically make it

       2    appear as if they were distancing themselves from HAMAS

       3    and at the same time supporting HAMAS.  Shukri Abu Baker

       4    talks about that point, after the peace accords they were

       5    going against the current.  How initially they were with

       6    everybody, everybody was with them supporting the

       7    violence, supporting HAMAS, and now there is peace accords

       8    and everyone is supporting the peace.  So they were going

       9    against the tide of the people.  And what he says in

      10    regard to what he can say to the American public is

      11    specifically at 16-87, "I cannot say to him that I'm

      12    HAMAS."  Shukri Abu Baker is acknowledging that he cannot

      13    say to the American public -- he cannot say to you -- that

      14    he is HAMAS.

09:59 15         To help keep their cover, they discuss creating

      16    an untainted organization because all of those

      17    organizations -- IAP, HLF, UASR -- are tainted as being

      18    HAMAS.  In 16-69, one of the participants is

      19    saying "Representing the Islamic community in general

      20    terms, you see.  This way we can visit Palestine not as

      21    the Holy Land Foundation because the Holy Land Foundation

      22    is stamped already as whatever."

      23         16-67, someone else says "In my opinion we must

      24    form a new organization for activism which will remain

      25    neutral because we are placed in a corner.  It is known

10:00  1     who we are.  We are marked."  Marked as what?  Marked as

       2     HAMAS.

       3            Someone says "Brother had a suggestion to form

       4     an organization, one whose Islamic hue is not very

       5     conspicuous."  One of the participants, Omar Ahmad, a name

       6     you heard me mention, talks further about the

       7     organization.  They talk about it throughout the

       8     Philadelphia conference.  And what do they do?  They

       9     create the organization.  The organization is called the

      10     Council of American Islamic Rights, CAIR, C-A-I-R, and

      11     CAIR joins its brothers, the IAP, the HLF and UASR as part

      12     of the Palestine Committee in supporting HAMAS, and we see

      13     this in 3-78, Page 6.  You see Number 3.  The top says

      14     "Meeting Agenda for the Palestine Committee, July 30,

10:01 15     1994."  This is about eight months after that meeting in

      16     Philadelphia.  "Number 3, Reviewing reports of the working

      17     organizations.  Future suggestions to develop work for the

      18     following organizations:  IAP, HLF, UASR, CAIR."  CAIR has

      19     now joined the other three.

      20            After the Philadelphia conference, we again see

      21     the Palestine Committee in action in 1994 when a dispute

      22     arose between several members of the committee, between

      23     the HLF and Ashqar whose name I mentioned a few moments

      24     ago.  Ashqar had an organization called the Al-Aqsa

      25     Education Fund.  What Ashqar did is he brought in a

10:01  1   speaker named Jamil Hammami, one of the leaders and

       2   founders in the West Bank.  He brought Hammimi to the

       3   United States to raise funds on behalf of Al-Aqsa

       4   Education Fund.  And that was a problem because the

       5   Committee and the HLF had an arrangement with Ashqar that

       6   Ashqar would not bring in speakers at certain times of the

       7   year and without clearing it with HLF because there might

       8   be conflicts.  Why should an independent charitable

       9   organization be worried about another organization?  It's

      10   not an independent charitable organization.  We see it

      11   here.  It's in control of the Palestine Committee.

      12           So what happened?  Mousa Abu Marzook, the leader

      13   of HAMAS intercedes, and we see in Government's Exhibit

      14   16-3, a phone call between Ashqar and someone else.

10:02 15   Ashqar talks about a letter that Marzook wrote them, and

      16   in that letter Marzook says stop the fighting.  We must be

      17   united.  Ashqar backed down and let go of Hammami.  Why

      18   would the leader of HAMAS have to intercede unless the HLF

      19   was part of HAMAS and an important part of HAMAS?  Ashqar

      20   didn't listen.

      21           So the Palestine Committee got together, and

      22   they had a conference call, and Government's Exhibit 17-1,

      23   they talk about what they are going to do and how they are

      24   going to handle the situation.  And what they decide is

      25   they decided that the HLF would get the money that Hammami

10:03 1   raised and the HLF would send it back to Hammami and his

2   organization in the West Bank.  All the Committee members

3   voted.  If we could play 17-1.  If we could play an

4   excerpt of that meeting of the Palestine Committee.

5           (Tape played).

6           MR. JONAS:  So the Palestine Committee came

7   together and decided that HLF would take over the money

8   that Hammimi raised.  By the way, I had the acronym right,

9   CAIR, but it's Council of American Islamic Relations.

10          Ashqar is still not happy, and he's visited by

11  Hammimi and Syam back at his home in Oxford, Mississippi.

12  In 16-67, we see them talking about the Marzook letter,

13  the decision of the Committee and what's going to happen

14  to the money, and so we see the Palestine Committee in

10:05 15  action in interceding and Marzook as well in interceding

16  on behalf of HLF in the dispute.

17          The function of the Palestine Committee

18  continued up through at least 1999.  If you recall when

19  Mr. Yaish was on the stand -- and he's the accountant -- I

20  played a phone call between Shukri Abu Baker and Omar

21  Ahmad where they discuss they are going to pay Mohamed

22  El-Mezain for some of the fundraising he did on behalf of

23  HLF.  And in that phone call -- In that phone call Omar

24  Ahmed says "we" consider this and "we" pay him that and

25  "we" look through the books of the HLF.  We, we, we.  Omar

10:06  1    Ahmad has nothing to do with the HLF.  At least clearly

2    not on the face.  But by saying we, we, we and he and

3    Shukri Abu Baker decide how much to pay Mohamed El-Mezain,

4    Omar Ahmad is exercising control over the HLF.  Again,

5    it's another example of the Palestine Committee directing

6    the HLF in its support for HAMAS.

7            What it shows from these documents coming from

8    multiple sources -- Philadelphia, Ashqar, Philadelphia

9    conference, Marzook's phone book -- is that there is a

10    Palestine Committee in the United States that's part of

11    the U.S. Muslim Brotherhood.  The Palestine Committee was

12    set up to support HAMAS.  The Palestine Committee controls

13    four organizations, each with a separate purpose:  IAP as

14    the media outlet, UASR as HAMAS think tank, CAIR as

10:07 15    HAMAS's lobbying arm and HLF as HAMAS's fundraiser in the

16    United States.  Again, is this how a regular charity would

17    act?

18            This covers the creation and purpose of the HLF.

19    Let's look at what they did in those early years.  The HLF

20    did not waste much time in supporting HAMAS.  First, if we

21    could put up Government's Exhibit 20-33 we see payments

22    between Marzook and the HLF.  This is one of those

23    schedules -- This is a schedule that basically summarizes

24    the payments.  And very briefly, you have the date, who's

25    making the payment.  You have whether it's a check or a

10:07  1    wire, the amount, who it's going to, and then you have on

2    the far right the exhibits that support that particular

3    payment on the schedule.  We see it going back and forth.

4    We see as early as 1988, the HLF giving $10,000 to Marzook

5    both in April and May of that year.  And we see Marzook

6    putting money back in the HLF, and back and forth it goes.

7    Marzook ended up giving over several hundred thousand

8    dollars to the HLF, and HLF gave $10,000 back to Marzook.

9    We're talking about the leader of a terrorist organization

10    here.  Government's Exhibit 7-1, this is the deposition

11    that Shukri Abu Baker gave in a civil lawsuit so the only

12    connection between Marzook and HLF was a one time $200,000

13    contribution that Marzook made.  What he failed to say is

14    that HLF gave tens of thousands of dollars back to

10:08 15    Marzook.  Concealment.  Shukri Abu Baker was concealing

16    the relationship between HAMAS and HLF.

17         That's not the only money that HLF gave directly

18    back to HAMAS.  In a three-month period, 20-16, from

19    September 1988 until the end of October of 1988, actually

20    a two-month period.  Holy Land Foundation gives $250,000

21    to K & A trading.  Now, the money was wired from the K & A

22    Trading account in Switzerland.  I know it says the Banque

23    du Paris, but the account was actually in Switzerland, and

24    we have seen the records of this account.

25         19-14 are bank records and that tells you that K

10:09   1    & A Trading was run by Khairy Al Agha, and we know from

        2    Dr. Levitt that Al Agha is a well known HAMAS financeer.

        3    Go back to Marzook's phone book, 4-1, Page 5.  It says

        4    more than phone and fax numbers.  Palestine Section

        5    Outside of America, the very first name, Khairy Al Agha.

        6    Why would a charity be wiring $250,000 to a trading

        7    company based in Switzerland.  It shouldn't, unless that

        8    trading company is also a HAMAS front.  We know that K & A

        9    is connected to Marzook.  That's further evidence of

       10    HAMAS.  We see K & A wiring $100,000 back to Marzook.

       11    It's all very incestuous.

       12            At the same time HLF is wiring a $125,000 to an

       13    organization run by Sheikh Yassin in the seventies.

       14    Remember I told you that Yassin when he was running the

10:11  15    Muslim Brotherhood set up certain organizations.  Islamic

       16    Center was one of them.  Once HAMAS was formed, it became

       17    a HAMAS institution.  For five years, I believe starting

       18    in 1998, HLF sent over $125,000 to the Islamic Center,

       19    Sheikh Yassin's institution.

       20            There is also direct contact between HLF and

       21    leaders of HAMAS.  We see phone calls.  Khalil Mishal, the

       22    current number one of the political bureau, back then

       23    Number 2, called up Mohamed El-Mezain.

       24            (Tape played)

       25            MR. JONAS:  Abu Ibrahim is the Defendant Mohamed

10:12   1    El-Mezain's "Abu" name and Abu Omar is Khalil Mishal's

       2    "Abu" name.

       3                (Tape played).

       4                MR. JONAS:  So we see one of the top two people

       5    in HAMAS inviting Mohamed El-Mezain to Turkey.  We need

       6    you there.  Who is we?  HAMAS.  HAMAS needs Mohamed

       7    El-Mezain to go to Turkey.  We see from the phone records

       8    that HLF called Imad Alami.  Who is he?  The HAMAS

       9    representative in Iran.  Why would a charity call the

      10    HAMAS representative in Iran?

      11                Now, the defendants expressed their support and

      12    association with HAMAS in several different ways.  The

      13    IAP, the media outlet for HAMAS, published a magazine in

      14    Arabic.  The magazine was called Ila Filistine.

10:13  15    Government's Exhibit 21-3, one of those Ila Filistine

      16    issues.  We turn to Page 60 of that magazine.  This is an

      17    ode, a poem, an essay, whatever you want, to HAMAS written

      18    by the Defendant Shukri Abu Baker.  It's entitled "Hayzum

      19    HAMAS Has Arrived," and at the bottom at the end of the

      20    poem, Shukri Abu Baker writes "We will not accept other

      21    than HAMAS."  Keep in mind what I talked about, deception.

      22    8-1 is that sworn declaration that Shukri Abu Baker filed.

      23    On Page 2 of 8-1 Shukri Abu Baker says that he rejects and

      24    abhors HAMAS and all its ways.  Does this poem or ode to

      25    HAMAS sound like it's coming from a man who rejects and

10:14  1    abhors HAMAS?  No, this poem is written in Arabic in a

       2    magazine that's designed to go to the supporters of HAMAS.

       3    That declaration was filed publically which the American

       4    public can see.  One face to the supporters of HAMAS.

       5    Another face to the American public.

       6         Abdulraham Odeh had a picture in his New Jersey

       7    office that looked like it was cut out from a newspaper of

       8    three major terrorist leaders, Khalil Mishal and two

       9    others.  He had several HAMAS books in his office,

      10    published by the IAP and UASR.  It's not illegal to

      11    possess this material.  But two questions.  One is why

      12    would a charity have this?  And the second thing, while

      13    it's not illegal to possess it's something you can

      14    consider in determining whether Odeh was a supporter of

10:15 15    HAMAS and whether or not he was part of the conspiracy

      16    that he's charged with in this case.

      17         Mohamed El-Mezain, the defendant, had a

      18    particular interest in suicide bombings.  Again, having an

      19    interest in suicide bombings is not against the law.  It's

      20    something you can consider in determining whether he

      21    supported HAMAS as charged in this case.  He regularly

      22    received HAMAS communiques from the IAP which reported on

      23    the activities of HAMAS.  For example, Government's

      24    Exhibit 15-52 is a report on a suicide bombing in

      25    Jerusalem.  The report is entitled "A Special Report about

10:16  1  the Jihadist Heroic Operation in the Midst of the City of

2  Jerusalem."  Jihadist heroic operation.  That doesn't

3  sound like reporting an event that went on in the Middle

4  East.  It sounds like someone who's supporting the action.

5  That's what Mohamed El-Mezain was receiving.  And another

6  report on a kidnapping in another IAP communique reports a

7  kidnapping of an Israeli soldier who happened to be an

8  American citizen.  Dr. Levitt told you that soldier was

9  killed, and that led to the suspension of peace talks, one

10  of the goals of HAMAS.  That happened in 1994, about a

11  year after the Oslo Accords.

12         15-27 is a report in January of 1995.  An adult

13  suicide bomber, indicating facts to El-Mezain that killed

14  eight people and injured sixty-two.  According to a report

10:17 15  that El-Mezain received, a car was boobytrapped and a bomb

16  went off at the restaurant.  What Dr. Levitt told you was

17  a small bomb went off first, and then when the people were

18  running to help, a larger bomb went off.  The Defendant

19  El-Mezain got a call about this attack from the Defendant

20  Abdulraham Odeh.  15-1 is a very short call, but in it

21  Odeh said it was reported on the radio, and Odeh called it

22  "a beautiful operation."  The Defendant El-Mezain ends the

23  conversation by saying "It will be good, God willing."

24  The defendant El-Mezain didn't just -- Your Honor, I'm

25  about to play a video if you want to take the mid-morning

10:18  1    recess at this time.

       2           THE COURT:  All right.  Ladies and Gentlemen,

       3    we'll take our break now, we'll be in recess until 10:35.

       4           (Recess)

       5           THE COURT:  Go ahead, Mr. Jonas.

       6           MR. JONAS:  Before the break, I was talking

       7    about some of the communiques that the Defendant Mohamed

       8    El-Mezain received that the IAP reported on in the HAMAS

       9    suicide bombings, and one thing I forgot to mention

      10    earlier when I pointed out the numbering system.  I

      11    mentioned the 15 system.  The 13 series through the 18

      12    series are the wire taps for the phone calls and faxes the

      13    government intercepted.  Each number being a separate

      14    subject or phone line.

10:39 15           To get back to the Defendant Mohamed El-Mezain,

      16    he didn't just read about these suicide bombings.  He

      17    didn't just talk about Jihad on the phone.  He also

      18    preached it.  I want to play seconds of a video tape that

      19    you have seen which comes from the home of Fawaz Mushtaha.

      20    Fawaz Mushtaha was one of the names of the members of the

      21    Palestine Committee, and these video tapes -- If you

      22    remember the government's second or third witness was an

      23    individual who told you that he lives right outside of

      24    Washington, D.C., and he was levelling his backyard one

      25    day, and he uncovered these spools of tape, and these are

10:40  1    tapes that were buried and tried to be destroyed by Fawaz

       2    Mushtaha.  Fawaz Mushtaha was the prior homeowner before

       3    this guy.  So these tapes were buried, and Fawaz Mushtaha

       4    not only buried tapes but tried to burn other items.

       5    There were other items found in his fireplace and barbecue

       6    pit, and the FBI put together what they could of these

       7    video tapes.  Some of them were unsalvageable.  And these

       8    are some of these video tapes he tried to destroy.  And

       9    ask yourself why he would try to destroy them unless there

      10    was incriminating evidence on them.

      11         First, we're going to see an individual who's

      12    going to talk about a conference that El-Mezain is talking

      13    at, and then we will see El-Mezain talking and a few other

      14    clips and this is Government's Exhibit 22-12.

10:41 15         (Tape played).

      16         MR. JONAS:  Now, we see this is an IAP festival

      17    talking about HAMAS, and it's taking place right here in

      18    the United States in Arizona.

      19         (Tape played)

      20         MR. JONAS:  Here we see the Defendant Mohamed

      21    El-Mezain come out.  Obviously a much younger El-Mezain

      22    than we see today.  This next segment is a clip of what he

      23    says.

      24         (Tape played).

      25         MR. JONAS:  They will not leave except by the

10:43  1    sword, and they will not leave except by force.  Again,

2    talking about the HAMAS charter, the only way they will

3    get rid of Israel is through force.

4           (Tape played).

5           MR. JONAS:  From the river to the sea.  From the

6    river to the sea, all of Israel will become Palestine.

7           Now, this last clip is something that happened

8    after Defendant Mohamed El-Mezain gave his lecture.

9           (Tape played).

10           MR. JONAS:  Notice the babies crying.

11           (Tape played).

12           MR. JONAS:  All about HAMAS.  Well, we have seen

13    Shukri Abu Baker and his poem to HAMAS.  We have seen Odeh

14    and his material found in the office.  We have seen

10:45 15    El-Mezain talking about suicide operations and giving a

16    lecture on Jihad at the IAP festival in the United States.

17    We know that Mufid Abdulqader was a member of a band, and

18    we saw some video of the band singing songs.  I want to

19    play a couple of short clips of the songs the Defendant

20    Mufid Abdulqader sang.  14-1 A and C.

21           (Tape played).

22           MR. JONAS:  On the right, you see the Defendant

23    Mufid Abdulqader.

24           Here he is again.

25           (Tape played).

10:47 1           MR. JONAS:  HAMAS is my role model.  The martyrs

2     are my role model.  This was what the defendant was

3     singing about.  This wasn't just him on his own.  This was

4     a group.  This video tape was seized at the Holy Land

5     Foundation.  And while it may have been old, it was seized

6     in 2001.  So they held onto it for many years.  Why would

7     the HLF hold onto such a tape?  Why would the HLF hire

8     this band to sing at their functions unless Holy Land

9     Foundation supported what this group was saying?

10          Mufid did more than just sing.  We see him

11    sending greetings to Sheikh Yassin and Mousa Abu Marzook.

12    If we could play 1-315.  Again, this is a tape seized from

13    the Holy Land Foundation.  3-15 B.  I'm sorry.  I jumped

14    ahead.  We will play the rest of the excerpt of 3-14.

10:49 15          (Tape played).

16          MR. JONAS:  This is the Defendant Mufid

17    Abdulqader second from the left.

18          (Tape played).

19          MR. JONAS:  There is the Mufid Abdulqader

20    singing about fighting on the land of HAMAS.  You see they

21    start to do more than sing.  They send greetings to Sheikh

22    Yassin and Mousa Abu Marzook, 3-15, another video seized

23    from the HLF.  1-315, Clip B.

24          (Tape played).

25          MR. JONAS:  This tape must have been around 1995

10:51  1    because he was talking about Mousa Abu Marzook being

       2    arrested in New York, and that's when he was.  The

       3    Defendant Mufid Abdulqader would sing and send out

       4    greetings and put on skits.  I want to put on one of those

       5    skits.  This is 3-74 that was seized from the home of

       6    Ismail El Barasse.

       7               (Tape played).

       8               MR. JONAS:  There is the Defendant Mufid

       9    Abdulqader.  That was played just to show you this tape is

      10    from an IAP festival.

      11               The next clip.

      12               (Tape played).

      13               MR. JONAS:  This is something that went on

      14    there.

10:54 15               (Tape played).

      16               MR. JONAS:  Sheikh Yassin, spiritual leader and

      17    founder of HAMAS.  There is a picture of him.

      18               (Tape played).

      19               MR. JONAS:  Wearing green head bands the way

      20    HAMAS members wear.

      21               (Tape played).

      22               MR. JONAS:  Peaceful solution is not acceptable;

      23    that's what HAMAS says.

      24               (Tape played).

      25               MR. JONAS:  You can see children on the stage

10:55  1    wearing ski masks.

       2                    (Tape played).

       3                    MR. JONAS:  You see men come out with a gun and

       4    pretend to shoot them.

       5                    (Tape played).

       6                    MR. JONAS:  I am from HAMAS.  The next clip of

       7    what went on at that conference.  This is here in the

       8    United States.  You see the individual on the left is

       9    pretending to be from Israel.

      10                    (Tape played).

      11                    MR. JONAS:  Here comes the Defendant Mufid

      12    Abdulqader.  There are cheers for him.  He says "I am

      13    HAMAS."

      14                    (Tape played).

10:57 15                    MR. JONAS:  And then they go back and forth in

      16    the skit and it ends with --

      17                    (Tape played).

      18                    MR. JONAS:  There are cheers in the crowd when

      19    he kills the person pretending to be an Israeli.  And they

      20    chant for HAMAS.

      21                    Now, these took place in the United States, but

      22    everything is in Arabic.  It's not something that's

      23    available for the American public to come in and see and

      24    participate in.

      25                    During their opening statements, the defendants'

10:58  1    counsel all talked to you about freedom of speech.

       2    Freedom of speech is a wonderful and incredible right in

       3    the United States, and except in certain circumstances,

       4    you cannot be prosecuted for saying what's on your mind,

       5    and these defendants here are not on trial for saying

       6    what's on their mind, where the Defendant Mufid Abdulqader

       7    is enacting a skit where he's killing somebody.

       8         But you as a juror are certainly allowed to

       9    consider that speech in determining whether or not they

      10    committed the acts that they are charged with.  They are

      11    charged with providing money to HAMAS, and by looking at

      12    what they had to say and expressing their thoughts and

      13    opinions and feelings, you are allowed to consider that

      14    speech in determining whether or not they are guilty of

10:59 15    the crimes they are charged with.  So again, while they

      16    are not on trial for exercising their speech, you can

      17    consider that speech in determining what's going on in

      18    their head.

      19         Now, I talked about the Palestine Committee and

      20    the HLF's role in it.  I talked about the defendants

      21    individually, how they talked about their support for

      22    HAMAS.  I want to talk about the HLF now as a whole, as an

      23    organization.  We saw in the Philadelphia conference the

      24    Defendant Shukri Abu Baker tried to be security conscious,

      25    talking about SAMAH, using the code word SAMAH, telling

10:59  1    the other members to pretend that this is just supposed to

2    be a meeting between the HLF and IAP in case anyone asks.

3    Well, why were they security conscious?  Government's

4    Exhibit 2-101 is a security document found at Infocom

5    among other HLF documents, and this document lays out ways

6    for the Holy Land Foundation to act in a secretive manner,

7    in a covert manner.  And ask yourself this question, as I

8    said at the beginning.  Would a regular charity have such

9    a document?  This document is not unique to the HLF.  This

10    is part of the mantra of the Muslim Brotherhood in the

11    United States to operate in this secretive manner.

12    Government's Exhibit 3-92, Page 20, is a document -- a

13    Muslim Brotherhood United States document.  This is one of

14    the ones seized from El Barasse.  Page 25 of that

11:00  15   document, if we can pull that up.  3-92, Page 25.  This

16    document is entitled "Implementation Manual for the

17    Group's Plan for the Year of 1991 to 1992."

18         Okay, it's not coming up.  Let me tell you what

19    it says.  You will have all of these exhibits back in the

20    juryroom when you deliberate so you can look at these for

21    yourself.  This lists out the departments and committees

22    for the group, this being the Muslim Brotherhood in the

23    United States.  And it's now on the screen.  Page 20, the

24    bottom half of these departments and committees, we see

25    Number 13, Security.  And it says one of the things the

11:01  1    security group is to do is to publish a security bulletin.

2    Well, we have seen that security bulletin, 2-101, found at

3    Infocom.  And just to show you this is not just some

4    random document that's not connected to these defendants,

5    if you go to the next page, Number 14 of the committees is

6    the Palestine Committee.  And if you go to the last page,

7    it talks about work to be implemented by the Palestine

8    Committee.  It talks about the Fund, and we know the Fund

9    is Occupied Land Fund or the HLF.  Government's Exhibit

10    3-85 is another manual that talks about security for the

11    group.  It talks about a center which is concerned with

12    the security issues, and again that document lists the

13    Occupied Land Fund as one of its organizations.

14              So the Muslim Brotherhood is concerned about

11:02 15    security, and they created this document, this 2-101,

16    which was found at Infocom, and we see in going through

17    the document certain examples where the HLF followed

18    through on the security measures set forth in this

19    document, and you heard Agent Miranda go through some of

20    the examples, and I will briefly mention some.  In the

21    1990's, Shukri Abu Baker applied for a visa to travel to

22    Saudi Arabia under the guise of being an Infocom employee.

23    The Defendant Shukri Abu Baker never worked at Infocom.

24    But the security manual says to get covered while

25    travelling, and that's what he did.  That's Government's

11:03  1   Exhibit 1-8.

2          Government's Exhibit 1-195, we see an invoice

3   from a security company that was hired by the HLF to sweep

4   the building for bugs, for electronic listening devices.

5   Why would a charity sweep its offices for electronic

6   listening devices?  Why would the leader of a charity

7   travel under false cover unless he's operating under the

8   security document which was implemented by the Muslim

9   Brotherhood and HAMAS.  They use code words, "SAMAH," not

10   once in a whimsical fashion but throughout the

11   Philadelphia conference and in at least one phone call

12   that we have seen.  All of this is an attempt to conceal

13   the true nature to the American public.

14          And they were not the only ones who were trying

11:04 15   to conceal the HLF's true purpose.  If you remember Steve

16   McGonigle, he's the reporter from the Dallas Morning News.

17   He testified in 1989 he went over to Gaza to research a

18   story on the Holy Land Foundation.  He testified he met

19   with Mahmud Zahar, one of the leaders of HAMAS.  Mahmud

20   Zahar told Steve McGonigle that Holy Land Foundation is

21   not part of HAMAS, and yes, he once met Shukri Abu Baker

22   in the early 90's, late 80's and they talked about medical

23   issues.  Mr. Zahar is a medical doctor.  What he didn't

24   tell Mr. McGonigle is the Holy Land Foundation brought

25   Zahar over to the United States on the Fund's fundraising

11:04  1    behalf.  You'll see Shukri Abu Baker sitting in the

       2    audience with Zahar.  Zahar knew if Holy Land Foundation

       3    was outed as HAMAS they would get in trouble.

       4          Steve McGonigle then went to visit Sheikh

       5    Yassin, the spiritual leader and founder of HAMAS, and we

       6    know the phone call between the HLF representative in Gaza

       7    and the Defendants Shukri Abu Baker and Ghassan Elashi,

       8    who were very worried about McGonigle's trip to the Gaza,

       9    that Sheikh Yassin played dumb when it came to the HLF.

      10    Sheikh Yassin told McGonigle that what is this HLF.  We're

      11    building a school, maybe they can help us.  As the HLF

      12    representative said, he played dumb.  Why would the leader

      13    of HAMAS have to play dumb when it came to the HLF unless

      14    he knew he had to cover up for them?

11:05 15          Now, I have talked about the creation of HLF,

      16    the Palestine Committee and the defendants' support and

      17    their words, the security measures, the covering up.

      18    Let's now talk about how the HLF went about their mission.

      19    How did they raise funds for HAMAS.  Well, they did so

      20    through several ways.  One of those ways was conferences

      21    where they would get up there themselves and speak and

      22    raise funds.  I want to play segments of a video of one of

      23    these conference so that you can get a flavoring of what

      24    went on.  This is a video, 1-122, that was seized from

      25    Fawaz Mushtaha's home, the backyard where the tape was

11:06  1    taken out of one of the spools.  There is several segments

       2    of this one.

       3              (Tape played).

       4              MR. JONAS:  There is the Defendant Mohamed

       5    El-Mezains in the middle.  To our right, looking at him on

       6    the right is Mahmud Zahar, the individual that McGonigle

       7    interviewed that said HLF not HAMAS.  On the Defendant

       8    El-Mezain's left is Sheikh Jamil Hammimi, one of the

       9    founders of HAMAS from the West Bank.  This took place in

      10    Los Angeles.  This is not on the West Bank and Gaza.  This

      11    is happening right here in the United States.  There is

      12    El-Mezain, and there is shake Jamil Hammimi.

      13              (Tape played).

      14              MR. JONAS:  All right.  The second tape, the

11:07 15    second segment.

      16              There we see the Defendant Mufid Abdulqader's

      17    band, and Mufid Abdulqader is second from the left.  Here

      18    we see the Defendant Shukri Abu Baker encouraging people

      19    to dance and sing, a song about blood.  You see children

      20    dancing to this song.

      21              (Tape played).

      22              MR. JONAS:  The Defendant Shukri Abu Baker

      23    introducing Mohamed El-Mezain to come up and raise funds.

      24              (Tape played).

      25              MR. JONAS:  Talks about honored guests, members

11:10  1    of the Palestine Committee, member of the military wing

       2    initially.

       3             (Tape played).

       4             MR. JONAS:  This is before the HLF changed their

       5    name obviously and moved out here to Richardson.

       6             (Tape played).

       7             MR. JONAS:  The next segment, more of what's

       8    going on at this conference, this fundraiser.  You see the

       9    man who's singing is Fawaz Mushtaha.  That's the guy who

      10    buried the tapes in the backyard, right next to the

      11    Defendant Mufid Abdulqader, one of the members of the

      12    Palestine Committee.

      13             Songs about HAMAS with the children on the stage

      14    dancing.

11:12 15             (Tape played).

      16             MR. JONAS:  Defendant Shukri Abu Baker standing

      17    in front of the stage.

      18             (Tape played).

      19             MR. JONAS:  Next clip.

      20             (Tape played).

      21             MR. JONAS:  Shukri Abu Baker announcing how much

      22    they raised.

      23             (Tape played).

      24             MR. JONAS:  Next clip.  This is another skit

      25    with the Defendant Mufid Abdulqader on the right.  Someone

11:14  1     who's supposed to be Israel.  Chanting I am HAMAS.  You

       2     can't get more clear than that.  Next clip.

       3                    (Tape played).

       4          MR. JONAS:  Later on in this skit he pretends to

       5     kill the person.  Why would a charity put on a skit like

       6     this to raise funds?

       7                    (Tape played).

       8          MR. JONAS:  Again, children on stage dancing

       9     with Shukri Abu Baker in front of them.

      10                    (Tape played).

      11          MR. JONAS:  There is the Defendant Mufid

      12     Abdulqader, clear shot.

      13                    (Tape played).

      14          MR. JONAS:  Shukri Abu Baker acknowledging and

11:17 15     thanking Mahmud Zahar and something sitting next to

      16     El-Mezain.  This is an example of what goes on at an HLF

      17     fundraiser.

      18          Now, besides themselves getting up on stage to

      19     raise funds, the HLF also brought in speakers and

      20     fundraisers.  They have had other people that they use.

      21     We know that the Defendant Mufid Abdulqader obviously was

      22     a fundraiser for them as early as the early 90's up

      23     through 2001.  We saw on one phone, 18-5, where he was

      24     bragging to someone else how much money he was raising at

      25     fundraising.  We saw a list of domestic speakers; that is,

11:18  1    speakers who live in the United States and travel around

2    the United States on behalf of Holy Land Foundation

3    raising funds.  We also saw that they brought in speakers

4    from overseas and Agent Miranda went through with you a

5    list that was taken from a Holy Land computer that was

6    dated 1999 that lists out the speakers.  And what I would

7    like to do is put up and enlarge comments of this list.

8    The government has it marked as 24-62 for the record.  But

9    Government's Exhibit 1-6 is the original exhibit.  And if

10    you see we have names, phone numbers, home, work and fax

11    numbers, and you see all of these dots next to the

12    speakers, and I'm not going through each speaker and what

13    each dot represents.  Agent Miranda went through that with

14    you.  Each dot represents how these individuals are

11:19 15    connected, either to HAMAS or something called the Islamic

16    Action Front which was the Muslim Brotherhood organization

17    in Jordan.  Basically, HAMAS's sister organization there.

18    Islamic Action Front were the HAMAS leaders when they were

19    in Jordan.  That's where it operated out of.

20         Basically the ways that the government connected

21    each individual with a dot to HAMAS are several.  One is

22    they are identified as such by either Dr. Levitt or Mr.

23    Avi.  Another way is a lot of these people, their name and

24    number are in the phone book of Mousa Abu Marzook, the

25    leader of HAMAS.  Another way is the senate letter, 21-58.

11:20  1    This is the letter sent from HAMAS to Senator Orin Hatch

       2    protesting Marzook being detained.  If you look at the

       3    bottom of the letter underneath the name of the HAMAS

       4    spokesman, Ibrahim Ghousbeh, we see the telephone number

       5    and fax number for the HAMAS.  That same phone and fax

       6    number are contained next to the names of several of these

       7    speakers.

       8         We also know that some of these speakers of

       9    HAMAS were Islamic Action Front because of a pamphlet that

      10    was found at HLF listing them out as such, Islamic Action

      11    Front members.  So we see there are multiple ways that

      12    these individuals -- many, many of these individuals that

      13    Holy Land Foundation brought into the United States to

      14    raise funds on its behalf are connected to HAMAS.

11:21 15         And I want to give you now a flavoring of the

      16    philosophy of some of these speakers and what some of

      17    these speakers had to say.  Government's Exhibit 1-343 was

      18    a tape of a man named Abu Zant who's on here, Number 7,

      19    Abu Zant.  In that tape, he said -- this is a tape that

      20    was seized from the Holy Land Foundation, not just some

      21    random tape that the government found.  On that tape, he

      22    talks about praying to bring failure to the

      23    reconciliation, plot with the Jews, Oslo Accords.  He goes

      24    on to discuss the bodies of American soldiers being

      25    dragged through the streets of Somalia, and then he goes

11:22   1    on to discuss HAMAS, praising HAMAS.  This is the type of

        2    speaker that HLF is bringing in to raise funds on its

        3    behalf.  Is this what a charity would do?  Mohammed Syam,

        4    a well known HAMAS leader.  He's the one that met with

        5    Ashqar on that dispute between Ashqar and the HLF

        6    fundraising.  Let's play a little clip of what Mohammed

        7    has to say.  This is one of the video tapes found in the

        8    home of Fawaz Mushtaha.

        9            (Tape played).

       10            MR. JONAS:  He's talking about children

       11    committing terrorist acts against Israeli soldiers.

       12    Giving them a jar of what appears to be water, and it's

       13    nitric acid and lighting a match and running away.  Giving

       14    them a fig that has poison.  This is what Shukri Abu Baker

11:23  15    denied one face to the public and one face to HAMAS.

       16    There was a phone call between Shukri Abu Baker and

       17    Reporter Gail Reeves.  1-68.  We'll play that.

       18            (Tape played).

       19            MR. JONAS:  We have just seen the video tape of

       20    the band of the Defendant Mufid Abdulqader brought in by

       21    the Holy Land to raise funds at a Holy Land conference

       22    singing songs about HAMAS at a conference in the United

       23    States that was geared towards HAMAS supporters in the

       24    United States.  Now we see him on the phone with an

       25    American reporter who's writing a story where he says, "Oh

11:25  1    no, we never talked about HAMAS.  We never had anything to

       2    do with HAMAS."  That's not true.  Next clip, please.

       3                    (Tape played).

       4             MR. JONAS:  We're not sponsoring speakers from

       5    HAMAS.  Look at this list.  This is a list that came from

       6    the Holy Land Foundation.  Look how many people they

       7    sponsored from HAMAS.  Again, he's deceiving the reporter.

       8    Last clip, please.

       9                    (Tape played).

      10             MR. JONAS:  Not true, not true.  This was a call

      11    in 1996 after HAMAS was designated as a terrorist

      12    organization.  Now, some of the speakers that the HLF used

      13    to raise funds didn't come to the United States.  Some of

      14    them -- Some of them don't always appear in person.  One

11:27 15    of the tools the HLF used was that they would have these

      16    conference calls set up where people could call a number,

      17    like an eight hundred number or something, and listen in

      18    to a speaker.  One such call, Government's Exhibit 13-170,

      19    is a speaker who appears to be from Pakistan who gives a

      20    political speech on behalf of HAMAS, and the moderator

      21    thanks him on behalf of Holy Land Foundation.  Why would a

      22    charity have a speaker come in to raise funds for HAMAS?

      23    Something involving one of these conference calls in 1997

      24    involving Mohammed Syam.  We saw him on the video clip

      25    talking about the girl with the gasoline and Hamed

11:28  1    Beitawi, one of the speakers that HLF supported.  One of

2    the calls involving these gentlemen says -- Yaish, Yassin,

3    Mousa Abu Marzook, that's the trifecta of HAMAS members.

4    Yaish, also known as the engineer, who's one of the

5    leading figures of the military wing of HAMAS.  Sheikh

6    Yassin, we know is a spiritual leader.  Mousa Abu Marzook,

7    the leader of the political wing.  So this speaker goes on

8    in this conference call and talks about HAMAS and the

9    leaders of HAMAS and then what happened?  At the end of

10    the call the moderator says, "Give your donations to the

11    Holy Land Foundation."  The HLF is using these types of

12    speakers to raise funds on its behalf.  They could have

13    brought in other prominent Palestinians, other prominent

14    Muslims from other countries who are not part of a

11:29  15    terrorist organization.  They chose to bring in these

16    people because that's part of their philosophy and what

17    their job is, to raise funds for HAMAS.

18         Another way that they raise funds, they took

19    other speeches -- speeches of people who may not have been

20    at the conference and put their stamp on it.  Give to OLF

21    and that's being Occupied Land Fund.  An example of that

22    is a man named Abdallah Azzam who Dr. Levitt talked about

23    being a well known HAMAS figure until he was killed a

24    couple of years ago.  Now, let's look at 2-22 B a video of

25    the fundraising that took place in Los Angeles.

11:30  1          (Tape played).

       2          MR. JONAS:  Talks about Abdallah Azzam, who

       3     visited them two years ago.  Let's play the speech of

       4     Abdallah Azzam and see what he says.  13-22, I believe.

       5          (Tape played).

       6          MR. JONAS:  He talks about buying weapons,

       7     bombs, and he talks about Jihad that runs on life and

       8     money.  Economic Jihad.  Let's see what happens later on

       9     in that speech.

      10          (Tape played).

      11          MR. JONAS:  Send your donations to the Occupied

      12     Land Fund.  By putting this on the tape after the speech,

      13     they are endorsing what he has to say.  They are saying

      14     "Listen to this man.  Listen to this man talk about buying

11:35 15     weapons.  Listen to this man talk about committing Jihad

      16     with the money and send us your money, give your donations

      17     to us."  Is this what a regular charity would do?

      18          Another way they raise funds is through Ila

      19     Filistine, the magazine that the IAP published.  I want to

      20     turn your attention to Government's Exhibit 21-8.  This is

      21     a different issue of Ila Filistine than the one we saw

      22     earlier where Shukri Abu Baker had the ode to HAMAS.  On

      23     the cover of this one, we see Abdel Azzam coincidentally.

      24     Turn to Page 8.  The title of this article is "An Intifada

      25     of Our People Knocks on the Door of Its Third Year With

11:36  1    More Determination, Persistence and Heroism."  The middle

2    of the article talks about HAMAS, the leadership of HAMAS,

3    "giving it their confidence, moves along with it and by it

4    in the most wonderful Jihad march which brings anxiety to

5    the enemy and shakes the ground from under its feet."  It

6    talks about liberating Palestine through Jihad and talks

7    about HAMAS.  And then on the next page in the middle it

8    says "The Islamic Association in North Americas calls upon

9    all of you to do the following in support of the people of

10    the Intifada and your homeland and to make the cause of

11    Palestine victorious.  First:  we call on all of you to

12    perform jihad with your money for the sake of God by

13    donating the maximum amount you can to support the

14    Intifada of your people in Palestine.  You may send your

11:37 15    donations in the name of the Occupied Land Fund."

16    So they are asking people to support HAMAS by

17    sending their money to Occupied Land Fund, the Holy Land

18    Foundation.  So we see the image of HAMAS throughout all

19    of Holy Land Foundation's ways of raising funds -- at the

20    conference, through the speakers they bring in, through

21    the speakers they have at the conference calls, by placing

22    their ad or their name on tapes of Abdallah Azzam, by

23    putting this in Ila Filistine magazine.

24    By the way, in discussing this Ila Filistine,

25    Ms. Hollander questioned Agent Burns about ads placed by

11:37  1    other companies.  And what you don't see is the other

       2    companies that people are directed to send their donation

       3    to.  Only Occupied Land Fund.  So what sort of a message

       4    did HLF send to the Muslim community, supporters of Muslim

       5    Brotherhood and HAMAS?  They send the message that we are

       6    HAMAS.  We saw letters written by the HLF to the HAMAS,

       7    2-77, 2-11, where someone writes about publications that

       8    Shukri Abu Baker used to send to this woman about HAMAS.

       9    2-77 is someone sending money saying "God bless you and

      10    all the honorable brothers who perform the best of

      11    charitable deeds which support the Mujihadeen in the

      12    Occupied Land."  2-8, all of these are letters.

      13    Government's Exhibit 5-24 which is the bank records.

      14    Someone writes Mujihadeen in the memo section of a check

11:39 15    to the HLF.  Why would people write these types of letters

      16    to the HLF unless they knew that the HLF was supportive of

      17    HAMAS?  Another letter we saw, 1-56, Page 2.  This was a

      18    letter found in the HLF office of New Jersey, the office

      19    run by the Defendant Abdulraham Odeh.  This letter says

      20    Salaam Alikum.  Enclosed is a modest contribution for our

      21    people suffering from Jewish/Christian Western crimes.

      22    Insallah, both will be defeated/slaughtered and kicked out

      23    of Islamic Lands.  This is for relief supplies and weapons

      24    to crush the hated enemy.  Thank you, Sultan Mahmoud.  And

      25    it goes on.  Why would this person write this letter to

11:40  1    the HLF unless he knew the HLF was all about?  We see

2    similar language in the HAMAS charter.  More importantly,

3    why are would the HLF hold onto this letter that's dated

4    in 1996 for five years until they were shut down?  Why

5    would the Defendant Abdulraham Odeh notify the main office

6    in Richardson that this man sent us a contribution and

7    that his name ends up on their mailing list and they send

8    him -- granted it's a boilerplate letter but a letter

9    soliciting more funds.  And even though Mr. Westfall

10    pointed out the address in the letter was wrong, that they

11    sent it back to New Jersey, that's not the point.  The

12    point is they kept the letter, the donation and put him on

13    the mailing list.  Again, why would this person write to

14    the HLF with this language?

11:41  15             Well, we see -- we see why.  Government's

16    Exhibit 3-85.  This was one of the El Barasse documents,

17    it talks about the creation of the Palestine Committee,

18    the HLF, their support for HAMAS.  And 3-85, Page 21,

19    "Number 4.  Understanding the role of the Muslim

20    Brotherhood in North America.  The process of settlement

21    is a civilization jihadist process with all the word

22    means.  The Ikhwan must understand their work in America

23    is a kind of grand Jihad in eliminating and destroying the

24    western civilization from within and sabotaging its

25    miserable house by their hands and the hands of believers

11:42  1    so that it is eliminated and God's religion is made

       2    victorious over all other religions."

       3            That's very similar to the language in the

       4    letter we saw written by that guy to the HLF.  Again, that

       5    is the message that they are sending to their supporters.

       6            Okay.  I have talked about the creation of HLF,

       7    the Palestinian Committee, the defendants' own expressions

       8    and beliefs in support of HAMAS.  I talked about how they

       9    raised funds for HAMAS.  We know they raised millions of

      10    dollars over the years.

      11            Now let's turn our attention to what they did

      12    with that money.  I talked about economic Jihad.  We have

      13    seen that in Ila Filistine magazine.  We have seen

      14    Abdallah Azzam preach where he talks about giving your

11:42 15    money to Jihad.  We have heard Khalil Mishal the leader of

      16    political bureau talk about Jihad.  If we could play 3-77.

      17    This is an interview of Khalil Mishal that was seized from

      18    the home of El Barasse.

      19            (Tape played).

      20            MR. JONAS:  He talks about doing Jihad with your

      21    souls and your money.  And that is the function that the

      22    HLF played in the United States.  They were the ones to

      23    help people do Jihad with their money and who better to do

      24    that than someone you trust?  Next clip, 3-77 B.  Also

      25    part of that same interview.

11:44   1              (Tape played).

        2              MR. JONAS:  Americans ears are listening.  Get

        3    your money to someone you trust, and they will get the

        4    money to HAMAS.  Who better to trust than family?  The

        5    Defendant Mufid Abdulqader is the brother of that man we

        6    just heard, Khalil Mishal.  We know that the Defendant

        7    Ghassan Elashi is related by marriage to Mousa Abu

        8    Marzook.  We know that these defendants were very close to

        9    the leaders of HAMAS.  Who better to trust?

        10             We have heard a lot of testimony from Mr. Avi

        11   and Dr. Levitt and some of the defense witnesses about the

        12   Zakat Committees that the HLF supported.  Before we talk

        13   about the Zakat Committees, I want to talk about someplace

        14   else that HLF sent its money to.  Over the years they set

11:46   15   up offices in the West Bank and Gaza, and they set up bank

        16   accounts, and they sent millions of dollars over there and

        17   some of that money was directed to Zakat Committees and

        18   some wasn't.  What they did with some of the money is they

        19   supported families.  And they specifically targeted

        20   families of martyrs and prisoners.  They went beyond that

        21   as well.  I'm not saying they only supported martyrs'

        22   families and prisoners.  But that was something they

        23   focused on.  The HLF was helping HAMAS take care of its

        24   own.  And when HAMAS knew their families were cared for,

        25   they could continue the fighting.  We played a second of

11:46  1    the Khalil Mishal interview where he talks about focusing

       2    on the martyrs and prisoners.  We know the Philadelphia

       3    conference, 16-63, they said you have the issue of

       4    sponsoring the families of martyrs.  You have the

       5    prisoners, but those people have a direct relationship

       6    with Jihad, and they must get more money and more thought.

       7    In our letters we sent to people we ought to place

       8    emphasis on the family of martyrs, the prisoners and the

       9    orphans and the families of the wounded.  And we see

      10    letters to the HLF where they talk specifically about

      11    supporting the families of martyrs and prisoners.  We know

      12    that the Defendant Odeh supported the family of Yaish the

      13    engineer, one of the leading figures of the military wing

      14    of HAMAS.  Why would a charity specifically identify --

11:47 15    this special segment of the Palestinian society -- special

      16    segment is a term Mr. Avi used -- to support above others.

      17    Why would a regular charity do that.  It wouldn't.  We

      18    also know that the HLF sent money to its offices over in

      19    the West Bank and Gaza.  They have directed a large amount

      20    of that money to be furthered to HAMAS money changers.

      21    Ms. Hollander showed you that some of that money may have

      22    been used to purchase food and produce and other supplies.

      23    Why pick a HAMAS money changer to send money through?  Why

      24    not a bank or regular money changer?  Because again, they

      25    are supporting HAMAS.

11:48   1            I want to turn my attention now to the Zakat

        2    Committees.  That's what this case is about, supporting

        3    those Zakat Committees.  Mr. Avi from the ISA talked about

        4    outside organizations, organizations not located in the

        5    West Bank or Gaza, very similar to the HLF.  There were

        6    charities set up in other countries whose main goal is to

        7    support HAMAS.  He talked about -- He identified these

        8    organizations by certain criteria that he had, including

        9    the way they raise their funds, using the same type of

       10    speakers, the relationship between the leaders of the

       11    organizations and the leaders of HAMAS and where these

       12    organizations sent their money.  He identified a few of

       13    the organizations, including InterPal in London, CVSP in

       14    France and Al-Aqsa in Germany as well as the HLF.  Those

11:49  15    organizations operated in the same manner with the same

       16    goals and purpose as the HLF, and they are all part of one

       17    network.  And what we know is that the HLF helped set up

       18    this network.  Government's Exhibit 3-15, one of the El

       19    Barasse documents again, talked about Palestine committees

       20    being set up in other countries.  Well, 3-8, Page 6.  This

       21    is a document entitled "The OLF report."  This is the

       22    Occupied Land Fund reporting on its activities to the

       23    Palestine Committee.  At the bottom of this page where it

       24    says "The Central Committee for Charity Work," it says

       25    "Brother Ghassan" -- that's the Defendant Ghassan

11:49  1    Elashi -- "is currently on a visit to Britain representing

       2    the Fund" -- Occupied Land Fund and the Holy Land

       3    Foundation -- "in order to study the possibility of

       4    forming a substantial committee for charity work

       5    affiliated with the apparatus in all the countries with

       6    the goals of coordination, exchange of experiences and

       7    finding the best ways to increase donations and quickly

       8    respond to the request of the people on the inside."  The

       9    inside being HAMAS.

      10         Here we see this outside network of charities in

      11    other countries that were helped to be formed by the Holy

      12    Land Foundation, and what those organizations did -- what

      13    the HLF did -- is send a large amount of money to these

      14    Zakat Committees located in the West Bank and Gaza.

11:50 15         Now, we heard testimony from Dr. Levitt that the

      16    Zakat Committees are the ways that the social wing of

      17    HAMAS implemented its aid to the Palestinian people.  They

      18    are the ones who ran the schools, who ran the hospitals.

      19    They set up mosques, and they did other things, and we

      20    heard from Mr. Avi that there are hundreds of Zakat

      21    Committees throughout the West Bank and Gaza.  And HAMAS

      22    does not control all of them.  HAMAS controls only a small

      23    percentage, and if someone wanted to really help the

      24    Palestinian people, help them without going through a

      25    terrorist organization, there are certainly ways and

11:51  1    avenues that they could do so, but these defendants

2    because they are part of HAMAS chose particular Zakat

3    Committees that were run and controlled and operated by

4    HAMAS in order to send their money.  They sent it to the

5    committees in Jenin, Ramallah, Qalqilla, Islamic

6    Charitable Society of Hebron, Islamic Society in Gaza.

7    These are some of the names we heard.

8         One of the committees they sent money to,

9    Islamic Relief Committee.  Islamic Relief Committee, as

10   Mr. Avi said, was set up by HAMAS in the early 90's to

11   sort of be a funnel of money to the Zakat Committees.  And

12   while the HLF sent money directly to the Zakat Committees,

13   at the same time they were sending money to the Islamic

14   Relief Committee.  They sort of did both.  Mr. Avi

11:51 15   identified Islamic Relief as HAMAS.  Mr. Abington, the

16   defenses' own witness, identified the Islamic Relief

17   Committee as being HAMAS.  And if we could pull up 20-12,

18   this is a schedule of payments between the Holy Land

19   Foundation and the Islamic Relief Committee.  Last page.

20   We see that between 1991 and 1996 after HAMAS is initially

21   designated as a terrorist organization, the Holy Land

22   Foundation gave almost 1.5 million dollars to the Islamic

23   Relief Committee.  And if you look at Government's Exhibit

24   3-65 of the El Barasse documents, this is a document that

25   came from the Islamic Relief Committee, and you'll see

11:52  1    what they are about.  They talk about violence and getting

       2    weapons to carry out Jihad operations.  So this particular

       3    Zakat Committee is not about helping people.  It's all

       4    about helping HAMAS, the social wing and the military

       5    wing.

       6           Now, Mr. Avi in identifying particular Zakat

       7    Committees being controlled by HAMAS talked to you about

       8    the criteria it had in determining whether one Zakat

       9    Committee is HAMAS and one Zakat Committee is not.  And it

      10    wasn't just posters found there.  As Mr. Abington said and

      11    Dr. Brown said, just because you have posters there

      12    doesn't mean it's HAMAS.  Mr. Avi didn't look at just

      13    posters.  He looked at a whole range of materials,

      14    including who ran the committees.  What else was there

11:53 15    besides HAMAS internal documents?  He looked at videos

      16    that were seized in the committees, and we have also seen

      17    documents that the defendants had access to that were

      18    created here in the United States identifying the Zakat

      19    Committees as HAMAS.  I want to talk about these

      20    committees.

      21           Your Honor, this may be a good time for a break.

      22    I know we're a few minutes early.

      23           THE COURT:  Ladies and Gentlemen, we'll be in

      24    recess for lunch until 1:20.

      25           (Jury out).

11:54  1          THE COURT:  Mr. Jonas, you have used almost two

     2   hours and nineteen minutes of your time.  You had said

     3   earlier that you might want during the noon recess to ask

     4   me for warnings about your time, and I wanted to ask if

     5   you had made any decision about that or if you wanted to

     6   think about it.

     7          MR. JONAS:  No, your Honor, I'm going a little

     8   faster than I expected.  So I think I am going to come

     9   well within my four hours.  Thank you.  Thank you for the

    10   early break.

    11          THE COURT:  Yes, sir.  And I wanted to ask a

    12   procedural question for the defendants' counsel, and that

    13   is whether we will be going in the order of the indictment

    14   or if there is some other order that's been agreed upon.

11:55  15          MS. HOLLANDER:  There is another order.  I'm not

    16   actually sure what it is, except that I know that I'm

    17   first.  That's as far as we'll get today I'm sure.

    18          THE COURT:  What about the allocation of time?

    19   Is there going to be an equal division of time?

    20          MS. HOLLANDER:  No, it's not.

    21          THE COURT:  Okay, I will want to know that ahead

    22   of time because I don't want one of the later counsel who

    23   runs out of time to tell me, well, I had such and such,

    24   and I wasn't told that ahead of time.

    25          MS. HOLLANDER:  I can tell you that I am first,

11:55  1     and that my allocation of time is approximately an hour

       2     and a half.

       3            THE COURT:  Why don't you work out all the

       4     details between now and the time that defense closing

       5     arguments begin, and let me know what that division is.

       6            MR. GARRETT:  Your Honor, I wanted to bring one

       7     thing to your attention.  The defense in regard to the

       8     jury instructions -- the defense had objected to one

       9     particular issue, the lack of an element in the 2239(B)

      10     charge connecting the knowledge that the committees were

      11     operating for or on behalf of HAMAS, and we have looked at

      12     that closely on the government's side, and we agree there

      13     is something to that, and what I'm suggesting is we may

      14     work on some suggested language just for that one element

11:56 15     that we would propose to your Honor.  We don't have that

      16     now, and I don't think it has to be right now, but we have

      17     talked to defense counsel about it, and I wanted to put

      18     you on notice that we may offer something to your Honor

      19     for your consideration on that issue.

      20            THE COURT:  All right.  Sooner would be better

      21     than later.  We'll be in recess for lunch until 1:20.

      22            (Recess)

      23            THE COURT:  Good afternoon, Ladies and

      24     Gentlemen.  Go ahead, Mr. Jonas.

      25            MR. JONAS:  Thank you, your Honor.  Before we

13:24  1    broke for lunch, I was talking about what the HLF did with

2    their money, how they themselves focused on a special

3    segment of society, being children and families of

4    prisoners and martyrs and how they committed economic

5    Jihad on behalf of HAMAS.  I want to talk about the Zakat

6    Committees that we have heard a lot of testimony about and

7    how this money went to the Zakat Committees as part of

8    their mission, in fact a completion of their duties.  They

9    raised money in the United States and sent it to the

10   social wing of Zakat Committees and that completes their

11   role.  I want to start off going committee by committee.

12   I want to start with the Nablus Zakat Committee.  First,

13   20-6.

14            This is a schedule of the payments between the

13:25 15   Holy Land Foundation and the Nablus Zakat Committee.  And

16   again, I just want to point out the column that says

17   direct versus indirect.  Just to remind you what that

18   means is if it's direct it's a payment that went straight

19   from HLF here in Dallas to the Zakat Committee's bank

20   account wherever that may be.  If it's indirect, the money

21   went from HLF's account to an account in Gaza and from

22   there it was forwarded onto the Zakat Committee.  We see

23   starting in 1991 when the HLF starts to make payments to

24   this committee, and it ends in 2001.  The HLF paid almost

25   half a million dollars to the Nablus Zakat Committee.

13:26  1          The HLF, besides just making payments to the

2     committee, they had several other connections to the

3     Nablus Zakat Committee.  This is part of the Power Point

4     presentation that Agent Burns went through with you when

5     Mr. Garrett was questioning her, and I'm not going to pull

6     up all the exhibits.  I just want to show you this

7     represents the letters and the correspondence going back

8     and forth between the Nablus Zakat Committee and the HLF.

9     So it goes to show the HLF wasn't just blindly sending

10    money to this committee.  They actually had a more

11    substantial relationship with the organization.

12          Now, the Nablus Zakat we know was controlled by

13    HAMAS for a few reasons.  One of those reasons is several

14    of the leaders and members at random were HAMAS members

13:27 15    themselves, and this was identified by Mr. Avi.  But it

16    wasn't just Mr. Avi saying this.  One of those

17    individuals's names was Hamed Beitawi.  I mentioned his

18    name before.  If you recall the dispute between HLF and

19    Ashqar when Ashqar brought Hammimi into the United States

20    to raise funds, it was Hamed Beitawi that went to see

21    Ashqar to help resolve the dispute.  We know that Beitawi

22    was HAMAS, and we know the defendants knew from a video

23    tape that was seized from the HLF.  This is a video that

24    is made of HAMAS deportees in Lebanon in the early 90's,

25    and we see them sitting around identifying themselves.

13:28  1    1-318.

       2                    (Tape played).

       3              MR. JONAS:  You see the symbol for HAMAS appear

       4    on the screen?  This isn't something that the government

       5    prepared.  This is as found at the offices of the HLF.

       6                    (Tape played).

       7              MR. JONAS:  There are several other individuals

       8    here who are part of the committees that are

       9    HAMAS-supported.  I wanted to point out this individual,

      10    Mohammed Abu Zeid, is one of them.

      11                    (Tape played).

      12              MR. JONAS:  The last person we saw Hamed Beitawi

      13    of the Nablus Zakat Committee was one of the members of

      14    HAMAS.  I misspoke when I said Beitawi was one of the

13:33 15    individuals that went down to settle a dispute between

      16    Ashqar and HLF.  That was Mohammed Syam.  I promised you

      17    don't have to worry about the names, and I'm not reading

      18    off the name, but remember that there are three other

      19    members identified by Mr. Avi who were running the Nablus

      20    Zakat Committee and also members of HAMAS.  Besides the

      21    leadership of the committee being HAMAS, there was also --

      22    And we have seen a series of exhibits of things found at

      23    the Nablus Zakat Committee, posters.  6-61, a poster of an

      24    individual who was part of the military wing of HAMAS.

      25    There was 6-76, post cards of two HAMAS military members.

13:33  1    6-77, a key chain of Sheikh Yassin.  6-79, a key chain of

2    the famous engineer, Yaish, a military member.  6-75, this

3    was a video tape that was found at the Zakat Committee.

4    And we'll play a short segment of this video.

5              (Tape played).

6              MR. JONAS:  What he is talking about is military

7    operations committed by the HAMAS military wing.  As you

8    can see, he's standing there holding the gun, and this

9    tape was found at the Nablus Zakat Committee.  Now, if

10   these Zakat Committees are independent organizations, why

11   would they have a video like this in its possession?  We

12   have also seen exhibits here in the United States showing

13   the Nablus Zakat as HAMAS, including some of the El

14   Barasse documents, Government's Exhibit 3-7.  On that

13:35 15   document it identifies Sheikh Hamed Beitawi, the man in

16   the video tape, as being part of HAMAS.  4-21 also talks

17   about the Nablus Zakat Committee having Islamists on its

18   board.  The Ramallah Zakat Committee, 20-8.  This is a

19   scheduled payment between the Holy Land Foundation and the

20   Ramallah Zakat Committee.

21             You see this shows when HAMAS was designated as

22   a terrorist organization in 1995, the payments started way

23   before then, and they continued on until way after then.

24             All of these payments to a HAMAS-controlled

25   Ramallah Zakat Committee.

13:36  1            You see that over the years HLF paid Ramallah

       2    over half a million dollars.

       3            Again, this is a listing -- besides money, a

       4    listing of the correspondence and relationship between

       5    Holy Land Foundation and the Ramallah Zakat Committee.

       6    Now, Mr. Avi talked about several members of that

       7    committee who are part of HAMAS, some of whom are part of

       8    the military wing.  Dr. Levitt talked about an individual

       9    named Abdel Hamdam who was connected to planning suicide

      10    attacks.  Remember I told you earlier one thing the social

      11    wing does is give cover to the members of the military

      12    wing, and we see that right here with a member of this

      13    Zakat Committee who was involved in committing military

      14    attacks, terrorist attacks.

13:37 15            Government's Exhibit 3-7, Page 4.  I'm only

      16    going to pull this document up once, but this document

      17    refers to most of the Zakat Committees I will be talking

      18    about.  As you can see, on the left they mention all of

      19    them.  Ramallah Zakat Committee, all of it is ours.  Now,

      20    this document was found along with the other El Barasse

      21    documents about the Palestine Committee and the purpose of

      22    Palestine Committee and the goals and all of that.  So

      23    when it says all of it is ours, what do you think they are

      24    talking about?  Clearly, they are talking about HAMAS,

      25    that the Zakat Committee is ours.  It's HAMAS.  When you

13:37   1   take this in conjunction with the leaders of the Ramallah

        2   Zakat Committee being HAMAS members, it's clear that this

        3   committee is part of the HAMAS social infrastructure.  The

        4   Tulkarem Zakat Committee, 20-9.  HLF started supporting

        5   the Tulkarem Zakat Committee as early as 1991.  We see

        6   payments going all through the years -- Last page,

        7   please -- up through 2001 when they sent a total of over

        8   $315,000 to the Tulkarem Zakat Committee.  Once again, we

        9   have letters, correspondence, going back and forth between

       10   the Holy Land Foundation and the Tulkarem Zakat Committee.

       11   We heard from Mr. Avi that there are six or seven

       12   individuals of the Tulkarem Zakat Committee who are

       13   connected with HAMAS.  And Mr. Avi is not just coming up

       14   with that.  He's relying upon multiple sources to make

13:39  15   that identification, including interviews of Khalil

       16   Mishal -- the leader of HAMAS -- statements made by HAMAS

       17   members to the Israel police as well as other public

       18   identification of these individuals.

       19           In the Tulkarem Zakat, there were posters of

       20   HAMAS members found, posters of HAMAS military members,

       21   posters of HAMAS leaders, Government's Exhibit 6-35 and

       22   the 6 series of documents are all of these documents that

       23   the Israelis found at these Zakat Committees.  6-57 was a

       24   poster of Yaish the engineer holding a gun in one hand.

       25   This is a picture in a frame.  He's holding a gun in one

13:40  1    hand and his child in the other.  We have several other

       2    posters found of HAMAS leaders at this committee.  I'm not

       3    going through all of them, but you will have them back in

       4    the juryroom, and you can look at them when you

       5    deliberate.  We also know that in the Philadelphia

       6    conference they talked about the Zakat Committees.

       7    Government's Exhibit 16-59, they talk about the Tulkarem

       8    Zakat Committee, the fact that it's building a hospital.

       9    3-7, the document I pulled up before talks about Tulkarem

      10    and the members and supporters.

      11             So again, the evidence shows these committees

      12    are HAMAS.  Divers, not one source.  Coming from multiple

      13    sources.  Some of the sources are only available to the

      14    defendants.  Some of those sources were not available to

13:40 15    the defense Wednesday, Mr. Abington or Mr. Brown.

      16    Bethlehem Orphans Care Society, 20-10.  Now, the Bethlehem

      17    Orphans Care Society started out in 1997 when Ghassan

      18    Harmas left a different society that the HLF was

      19    supporting which was the Bethlehem Charity.  In 1997, he

      20    leaves the Bethlehem Charity and starts the Bethlehem

      21    Orphans Care Society and HLF support goes with him.  If we

      22    continue on through this document, you will see that it

      23    changes from Bethlehem Charity to Bethlehem Orphans Care

      24    Society.

      25             Now, Ghassan harms, as I said, he was the one

13:41  1    that left the Bethlehem Charity and formed the Bethlehem

       2    Orphans Care Society.  Remember when you think of orphans,

       3    their definition as used by the defendants is not the same

       4    as what most people think of.  It's not both parents being

       5    deceased.  It's only the father that is deceased.  And we

       6    know Ghassan Harmas was a member of HAMAS identified by

       7    Mr. Avi as well as other members of the Bethlehem Orphans

       8    Care Society.  Government's Exhibit 3-7 says "We have

       9    seven out of eleven including Ghassan Harmas, an honorable

      10    man."  I'm not going to pull these up every single time.

      11    But this exhibit shows again there is other correspondence

      12    between the HLF and Bethlehem Orphans Care Society showing

      13    the connection between the two.

      14             The Islamic Science and Culture committee.  This

13:42 15    is a committee run by Jamil Hammimi.  You have heard about

      16    it several times.  Jamil Hammimi is the one at the center

      17    of the dispute between HLF and Ashqar.  Hammimi is the one

      18    who had a falling out with HAMAS back in 1997 or

      19    thereabouts until years later when they made up.

      20    Government's Exhibit 20-4, this is a scheduled payment

      21    between the HLF and the Islamic Science and Culture

      22    Committee, Jamil Hammimi's committee.  The last page, you

      23    see that the payments ended in 1996 which was when Jamil

      24    Hammimi -- around the time that Hammimi has a falling out

      25    with HAMAS.  We know that Jamil Hammimi was an overseas

13:43  1    speaker for the HLF.  We know he was one of the founders

2    of HAMAS in the West Bank.  We know there were several

3    other people connected to the Zakat Committee that were

4    identified as being members of HAMAS.

5         In the Philadelphia conference, they talked

6    specifically about Jamil Hammimi and the Islamic Science

7    and Culture Committee.  They said in Jerusalem there

8    remains some organizations, particularly the Islamic

9    Science and Culture Society, which is directly counted

10   with us.  Who do they mean when they talk about us?

11   HAMAS.

12        Government's Exhibit 3-7 talks about Islamic

13   Science and Culture.  We have three of our people on it.

14   So again, you have a lot of different evidence pointing to

13:44 15   the fact that that committee is controlled by HAMAS.

16        Qalqilla Zakat Committee, 20-7, another

17   committee supported by the HLF through the years starting

18   in 1992 going up to 2001 when they gave the Qalqilla Zakat

19   Committee over $284,000.  There was at least three known

20   HAMAS members running this organization.  And 3-7, an El

21   Barasse document, when they refer to the Qalqilla Zakat

22   Committee they said "All of it is ours, and it is

23   guaranteed."  They also talked about the Qalqilla Zakat

24   Committee in the Philadelphia conference.

25        The Islamic Society, 20-14.  Payments went to

13:45   1    the Islamic Society from 1992 until 2001.  $300,000 and

2    the ILS is Israeli shekels.  That's not included in the

3    computation of $300,000.

4         This was a society that was founded by Sheikh

5    Yassin in the seventies as a Muslim Brotherhood

6    organization and became a HAMAS organization once HAMAS

7    was formed.  And it has several significant members that

8    are HAMAS, some of whom we saw in the video tape of the

9    deportees sitting around in the tent, and you know there

10    was a second part of that video tape that I forgot to

11    play.  We can play it now.  318 B.

12         (Tape played).

13         MR. JONAS:  The Defendant Mohamed El-Mezain, the

14    Defendant Shukri Abu Baker.

13:48  15         So we see this gentlemen sitting around the tent

16    with the deportees who are identifying themselves as

17    HAMAS.  Some of whom are identifying themselves as being

18    part of the same Zakat Committees HLF supported, and this

19    individual is talking about coming to the United States at

20    the invitation of the Holy Land Foundation and two of

21    these defendants.

22         We have Government's Exhibit 4-21 that talks

23    about the Islamic Society being part of HAMAS.  3-65,

24    another El Barasse document, talks about it.  Another

25    Zakat Committee, Islamic Charitable Society of Hebron.  If

13:49  1    we could pull up 20-3.  I'm sorry.  Before we do that,

       2    before we leave Islamic Society, there is another short

       3    clip I want to play of a video tape.  This video tape was

       4    played for Dr. Levitt and Mr. Avi, and it was played for

       5    you to evaluate their testimony when talking about the

       6    Zakat Committees and HAMAS.  Mr. Avi told you this was not

       7    found at the Islamic Society but downloaded off the TV of

       8    a kindergarten ceremony of the Islamic Society, and he

       9    discussed it when he was explaining to you how Islamic

      10    Society is part of HAMAS.

      11                 (Tape played).

      12                 MR. JONAS:  There is the suicide belt on the

      13    child.  A child dressed as Sheikh Yassin, the one in the

      14    white.  I don't know if you remember this, but that song

13:51 15    was playing in the background and was one of the songs

      16    that the Defendant Mufid Abdulqader was singing in the

      17    tapes I played this morning.

      18                 (Tape played).

      19                 MR. JONAS:  When Dr. Levitt and Mr. Avi were

      20    talking about the Zakat Committees and their support for

      21    HAMAS, part -- one of the things they were relying upon is

      22    videos like this.  The Islamic Charitable Society of

      23    Hebron.  20-3.  This society was a very large one that has

      24    several branches, at least five branches identified by Mr.

      25    Avi.  And we see payments going not just to the Islamic

13:52  1    society in Hebron but also payments to some of the

2    branches of its organizations, and we see payments as

3    early as 1991 going up through 2001, almost 1.8 million

4    dollars going to the Islamic Charitable Society in Hebron.

5    Mr. Avi identified about six or seven individuals that are

6    part of this organization that are HAMAS members one of

7    whom, Nabil Natsheh, his name is in Marzook's phone book.

8    But there is another individual whose last name is also

9    Natsheh that we see in a video that was seized from this

10    organization.  I want to play 6-58.

11         While that's being worked on, let me talk to you

12    about some of the other documents found at this zakat

13    committee.  Posters, political statements, 6-22.  This is

14    not a poster being shown to people walking in.  This is an

13:54 15    internal HAMAS document.  Government's Exhibit 6-66, what

16    was an internal document that talked about HAMAS

17    elections, and that document is written in very tiny

18    writing like it was supposed to be hidden or concealed

19    away.  All of that was found -- That last document was

20    found in the office of Natsheh, the individual who's named

21    as part of this committee and is a well known HAMAS member

22    in Hebron.  There is pictures of suicide bombers in a

23    child's frame and so forth.  Government's Exhibit 3-7, the

24    El Barasse document with regard to the Islamic Charitable

25    Society of Hebron, it says "All of it is ours."  In the

13:55  1    Philadelphia conference, they said "In Hebron, Hebron as a

       2    city, is a place where we consider that we have a good

       3    presence and weight as Islamic organizations such as the

       4    Islamic Charitable Society which was founded in 1962 and

       5    has over a thousand employees."  From Philadelphia, they

       6    are acknowledging that the Islamic Charitable Society of

       7    Hebron is theirs.  Some of the workers from the Islamic

       8    Charitable Society went on to become part of the military

       9    wing of HAMAS according to Mr. Avi.  All right.  Let's see

      10    if we can play the video now.

      11            (Tape played).

      12            MR. JONAS:  This is another one of those

      13    kindergarten school ceremonies.

      14            (Tape played).

13:57 15            MR. JONAS:  What we see here is the children

      16    holding rocket RPG launchers.  And what we're going to see

      17    in a minute if we can get up to that point --

      18            (Tape played).

      19            MR. JONAS:  What she just did is identify the

      20    man Abdel Natsheh as one of the leaders of HAMAS in Hebron

      21    who's also part of this society in Hebron.  So between the

      22    items found there and between the leader being HAMAS, as

      23    this woman told us, between the Palestine Committee

      24    identifying all of it is ours, there is no question that

      25    the Islamic Charitable Society of Hebron is HAMAS.

13:58  1          The last one, Jenin Zakat Committee, 20-5.

       2          20-5 is the schedule of payments between the HLF

       3     and the Jenin Zakat Committee, and those show to be from

       4     the early eighties right up to 2001.  Over the years the

       5     HLF provided over $600,000 to the Jenin Zakat Committee.

       6     Now, we know that the Jenin Zakat Committee is a member of

       7     HAMAS.  One of the leaders of the Jenin Zakat Committee, a

       8     man named Mohammed Fouad Abu Zeid, a man we saw on the

       9     video a few minutes ago.  Number 3-7 identifies Jenin as

      10     theirs specifically because of Mohammed Abu Zeid.  They

      11     have at least six other members that have been identified

      12     as being HAMAS members through different sources.  Mr. Avi

      13     said that Khalil Mishal identified some of these people.

      14     Part of these people are from the military wing of HAMAS.

14:00 15     They have been involved in military attacks as identified

      16     by Dr. Levitt.  So you have at least six members of the

      17     leaders running the committee for HAMAS.  We have

      18     postcards of Sheikh Yassin that were found there.

      19     Government's Exhibits 6-71, 72, postcards of Rantisi,

      20     another HAMAS leader.  We showed you one of those

      21     postcards.  Mr. Avi told you that there are boxes of them.

      22     And when someone walks into the Jenin Zakat Committee and

      23     there boxes of postcards, what do you think they are doing

      24     with those postcards?  They are handing them out to

      25     people.  Hey, we're Jenin Zakat Committee, and we're

14:00  1    affiliated and part of HAMAS, and this is part of building

2    the loyalty and getting the hearts and minds, winning the

3    hearts and minds of the Palestinian population, letting

4    people know who that committee is with.  Otherwise, if the

5    committee cannot take credit, HAMAS cannot take credit.

6    Then people aren't going to know who to support.

7         16-59, the Philadelphia conference, they talked

8    about the Jenin Zakat Committee.  They say when -- "We

9    then come to the main activities which is the Zakat

10   Committees," and they talk about Jenin and having the

11   Jenin Zakat Committee running the largest Islamic school.

12        2-22, talks about the Jenin hospital, a hospital

13   run by the Jenin Zakat Committee, and that was the

14   document I went through with Mr. Abington where it talks

14:01 15  about ours, brother, semi-brother, distinctions between

16   Fatah which is the PLO organization that was running the

17   Palestinian Authority and Islamists which is what HAMAS

18   is.

19        So we see a lot of different sources of evidence

20   showing the Jenin Zakat Committee is HAMAS.  The same time

21   a lot of these sources of evidence tell us -- show us that

22   the defendants knew the Jenin Zakat Committee and all of

23   these Zakat Committees are HAMAS.  They talked about it in

24   Philadelphia.  I encourage you to read Government's

25   Exhibit 16-59.  You have 3-7, El Barasse document.  You

14:02  1    have that video tape taken from the HLF of the deportees.

2    You have so many overseas speakers they brought in.  Some

3    of the HAMAS overseas speakers are affiliated with these

4    Zakat Committees.  And finally, you have your common

5    sense.  If the Holy Land is part of the Palestine

6    Committee and if its role was to raise funds for HAMAS and

7    they bring in speakers and have conferences where HAMAS is

8    the theme of the day and they send their money to

9    HAMAS-controlled organizations, common sense tells you

10   that they know that they are sending their money to HAMAS.

11   Only that makes sense.  When you deliberate you are

12   allowed to use your common sense.

13              I want to show you one more video that's taken

14   from the Jenin Zakat Committee.  Government's Exhibit

14:03 15   6-82.  This is of a summer camp.

16              (Tape played).

17              MR. JONAS:  The Jenin Zakat Committee and these

18   other Zakat Committees run schools and camps to put guns

19   in children's hands.  They dress them as suicide bombers

20   and re-enact terrorist acts all to brainwash these

21   children, and they did so with the money raised by these

22   defendants sitting behind me, and it wasn't just in the

23   West Bank and Gaza where they were brainwashing children.

24   They were doing it right here in the United States.  I

25   want to show you some video tape seized from the HLF.  If

14:04  1    we can show 1-314.

       2                    (Tape played).

       3                    MR. JONAS:  Little children singing about HAMAS.

       4    In the same tape --

       5                    (Tape played).

       6                    MR. JONAS:  -- singing out Jihad with a child

       7    pointing a gun.  These children are very impressionable,

       8    and this is what they are trying to do to them, to

       9    brainwash them to become members of HAMAS.

      10                    (Tape played).

      11                    MR. JONAS:  The cheers are for him saying HAMAS

      12    is calling me.

      13                    (Tape played).

      14                    MR. JONAS:  1-325.

14:08 15                    (Tape played).

      16                    MR. JONAS:  Also on the tape.

      17                    (Tape played).

      18                    MR. JONAS:  A ladder to glory out of our skulls

      19    the children are singing.  You see one child in the back

      20    with a gun.

      21                    (Tape played).

      22                    MR. JONAS:  1997 -- 1995 to 1997 HAMAS was

      23    designated a terrorist organization by the United States

      24    Government.  In 1995 forward, once it was designated, it

      25    became illegal to provide money, support, to HAMAS.  You

14:09  1    have heard a lot of talk about the designations.  I just

2    want to briefly explain what that means.  There is two

3    types of designations, specially designated terrorists or

4    specially designated global terrorists and foreign

5    terrorist organizations, SDFO's.  SFDO's can only be

6    organizations that are foreign-based.  The SDT designation

7    began in 1995 based upon a presidential executive order,

8    and the FTO designation was based upon a law passed by

9    Congress in 1997.  HAMAS was a charter member of both.

10   HAMAS was one of the original members to be designated as

11   a specially designated terrorist and one of the first

12   groups to be designated as a foreign terrorist

13   organization.  Look at 11-9 and 11-1 and will you'll see

14   those designations.  The implication for being designated

14:10  15   on either list is the same.  No U.S. person, citizen,

16   anybody living in the United States or organization can

17   give money to HAMAS.  Simple as that.  To do so is a

18   crime.  And that's what these defendants are charged with.

19   They are charged with giving money to HAMAS.

20        Now, the defendants knew about these

21   designations, and they knew about the consequences.

22   Government's Exhibit 2-179 is a copy of that executive

23   order designating HAMAS as a specially designated

24   terrorist.  That executive order was found in the office

25   of Ghassan Elashi, the defendant, over at Infocom.  Ask

14:11   1    yourself this.  How many people have a copy of a

        2    presidential executive order lying around their office or

        3    home, especially one of which they are accused of

        4    violating.

        5            Government's Exhibit 15-94 is a phone call

        6    between the Defendant Mohammed El Mezain and another

        7    individual where they talk about HAMAS being designated

        8    and its assets frozen.  We will see several phone calls

        9    between the defendants where they talk about the

       10    consequences -- the designation and the consequences.  I

       11    want to play 13-121, one such phone call between the

       12    Defendants Ghassan Elashi and Shukri Abu Baker.

       13            (Tape played).

       14            MR. JONAS:  They are talking about themselves

14:15  15    being identified as a HAMAS cell in North Texas.

       16    Government's Exhibit 13-3.

       17            (Tape played).

       18            MR. JONAS:  This is the Defendant Shukri Abu

       19    Baker and Ghassan Elashi.

       20            (Tape played).

       21            MR. JONAS:  Same conversation.

       22            (Tape played).

       23            MR. JONAS:  The Defendant Shukri Abu Baker was

       24    absolutely right.  It doesn't matter whether it's a

       25    charitable wing of the terrorist organization as long as

14:17    1    it's a part of the terrorist organization.  It becomes

         2    illegal to give money to that organization.  You have

         3    heard a lot of questions by Mr. Cline of some of the

         4    government's witnesses regarding whether or not the social

         5    wing of HAMAS, its Zakat Committees, was designated

         6    itself, whether the Zakat Committees were designated, and

         7    I guess the point he was trying to make is if those Zakat

         8    Committees were designated or if those Zakat Committees

         9    were part of HAMAS, they would have been designated, just

        10    like you have some of the leaders of HAMAS designated

        11    themselves.  That's not the case.  It doesn't have to be

        12    each component and each individual of a terrorist

        13    organization designated if those committees are part of

        14    the organization which they are.  Dr. Levitt told you

14:18  15    there are many reasons why every single person and every

        16    single component of a terrorist organization is not

        17    designated.

        18            Let me put it this way.  Let's say the Dallas

        19    Cowboys are designated as a specially designated terrorist

        20    organization and Jerry Jones and Wade Phillips are

        21    designated themselves as well for their affiliation with

        22    the Cowboys.  Do you think that means that someone can

        23    give money to the offensive line to go out and buy

        24    equipment because the offensive line is not designated?

        25    Of course, the offensive line is part of the team, and

14:19   1    they don't have to be separately designated in order for

        2    it to be illegal to give to them, especially when these

        3    defendants knew they were part of HAMAS.  And the

        4    defendants knew the law, and the defendants knew that they

        5    were breaking that law.  The indictment charges them with

        6    providing money to a foreign terrorist organization.

        7    There is a bunch of charges in that, both conspiracy,

        8    which means they got together and agreed they were going

        9    to provide money to HAMAS.  That agreement doesn't have to

       10    be in writing or spoken as long as it's understood, as

       11    long as one person takes a step to further that agreement

       12    such as sending one payment to HAMAS.  That's good enough

       13    to take that step to reach the goals of that conspiracy.

       14            They are charged with specific counts of sending

14:20  15    money to HAMAS, both as a specially designated terrorist

       16    and as a terrorist organization.  The charge of money

       17    laundering, of sending the money out of the United States

       18    to HAMAS, that is a separate crime in and of itself.  And

       19    just to let you know, we put together a schedule,

       20    Government's Exhibit 20-54, that lists out all the

       21    transactions in the indictment.  That's pulled from those

       22    schedules of the payments to the Zakat Committees.  It

       23    also charges Shukri Abu Baker and Ghassan Elashi with tax

       24    evasion.  By sending money to HAMAS and reporting those

       25    payments on the tax return of HLF as legitimate program

14:20  1    services, that was making those returns false, and that's

2    a violation in itself.

3         In their opening statement to you, Ms. Hollander

4    kept saying need not creed.  But whose need did the HLF

5    fulfill?  The HLF aided HAMAS's need by taking advantage

6    of the economic situation in the West Bank and Gaza and

7    the suffering of the children of both locations in order

8    to achieve the goal of HAMAS to destroy Israel through

9    violent Jihad.  They said so in the Philadelphia

10   conference, Government's Exhibit 16-51.  Quote, "The first

11   step should be taken by the brothers in how to make the

12   agreement fail, the national rights, the human rights,

13   stuff which will be exploited in order to make you look

14   legitimate while you call on the annulment of the

14:21 15   agreement," the agreement being the Oslo Accords.  "The

16   human rights stuff which will be exploited in order to

17   make you look legitimate."  That's exactly what the HLF

18   was doing.  That's exactly what HAMAS was doing.  Even the

19   Defendant Abdulraham Odeh, sitting behind me, the New

20   Jersey rep, in discussing with the Defendant Mohamed

21   El-Mezain the HLF help during the Oklahoma City bombing,

22   Government's Exhibit 15-16, said "It is a good opportunity

23   for us to be highlighted from something good in America."

24   And Abdulraham Odeh said, "Yes, if we can benefit in

25   America."  They weren't there to help but to put on a face

14:22 1    for their own gain.  They were trying to show one face to

2    America and conceal their true selves.

3                16-69, Page 13, bottom half.  The Defendant

4    Shukri Abu Baker says "I swear by your God that war is

5    deception.  War is deception.  We're fighting our enemy

6    with a kind heart.  We never thought of deceiving it.  War

7    is deception.  Deceive, camouflage, pretending you are

8    leaving when you are walking that way.  You have to

9    deceive your enemy."  And Omar Ahmad says "This is like

10   one who plays basketball.  He makes a player believe that

11   he is doing this while he does something else.  I agree

12   with you.  Like they say, politics is a completion of

13   war."  Page 21, again, "War is deception."  Omar Ahmad

14   said "Learn from your masters in the Fund."  The Holy Land

14:23 15   Fund, the Holy Land Foundation.  "War is deception."  We

16   have seen several times where they tried to deceive the

17   American public.  We have seen Sheikh Yassin playing dumb

18   to Steve McGonigle, the reporter.  We have seen the

19   Government's Exhibit 16-61, minutes of the meeting of the

20   Holy Land Foundation back in 1991 of just those three

21   defendants, minutes if the IRS came in and audited the

22   Holy Land Foundation they would be able to review.  Those

23   minutes in English are fairly benign.  But in Government's

24   Exhibit 3-19, taken from El Barasse, we see minutes in the

25   same meeting in Arabic which talk about the Palestine

14:24  1    Committee, which talks about the true purpose of HLF and

     2    what they were really doing, and those minutes in 3-19 are

     3    very different from the minutes in the meeting which is

     4    3-32 which could be exposed to the public.  We see Shukri

     5    Abu Baker's statement to Gail Reeves about "We never

     6    supported HAMAS or brought in HAMAS speakers."  We know

     7    that's not true.  We see Shukri Abu Baker's ode to HAMAS,

     8    poem to HAMAS in the Ila Filistine magazine plus his sworn

     9    declaration filed in a lawsuit which is public for

    10    everyone to see which says "I hate and abhor HAMAS."  We

    11    see deceit all over the Philadelphia conference, and I

    12    encourage you to read the transcripts where they talk

    13    about showing one face to America and another face to the

    14    Muslim community that supports HAMAS and the Muslim

14:25  15   Brotherhood.  War is deception.  For over thirteen years

    16    the defendants deceived the American public into believing

    17    they were a legitimate charity with good intentions who

    18    only wanted to help the poor and the needy, and in reality

    19    they were part of a larger plan, in cahoots with a

    20    terrorist organization, HAMAS, to try to destroy the State

    21    of Israel through violent Jihad.  Don't let the defendants

    22    deceive you into believing what they did they did to

    23    support widows and orphans.  The reality is by supporting

    24    HAMAS they were helping to create widows and orphans.  Do

    25    not let them deceive you.  Find them guilty.  Thank you.

14:26 1         THE COURT: Ladies and Gentlemen, as I told you

2    earlier, I am going to try to insofar as possible arrange

3    our recesses so that we don't interrupt the argument of

4    counsel. So even though this is a bit earlier than we

5    normally take our mid-afternoon recess, I think this would

6    be a good time to take it. We'll be in recess until 3:45.

7    I'm sorry. 2:45.

8         (Jury out)

9         THE COURT: Ms. Hollander, has it been worked

10   out among defense counsel what order you will be going in

11   and how much time will be allocated to each?

12        MS. HOLLANDER: I think so. Pretty much. I'm

13   going first, and I'm taking approximately an hour and a

14   half, although my cocounsel gave me some leeway, if

14:27 15  necessary, and next is Mr. Dratel.

16        MR. DRATEL: Yes, sir, an hour and a half at the

17   outside.

18        MS. HOLLANDER: And next is Ms. Cadeddu.

19        MS. CADEDDU: Forty-five minutes.

20        MS. HOLLANDER: Next is Mr. Westfall for

21   approximately forty-five minutes.

22        MR. WESTFALL: Approximately forty-five minutes,

23   yes.

24        MS. HOLLANDER: And last is Ms. Moreno for an

25   hour and a half.

14:27 1          THE COURT:  Thank you.  We'll hear from Ms.

2     Hollander then when we come back.

3          MR. DRATEL:  Your Honor, may I ask also since

4     Ms. Hollander is going to finish around 4:15 or so if we

5     can recess and I could do mine in one piece tomorrow.  I

6     don't think it would make any difference because we have

7     three tomorrow and two on Wednesday.

8          THE COURT:  That sounds fine.

9          (Recess)

10          THE COURT:  Ladies and Gentlemen, now that

11     counsel for the government has finished its opening

12     portion of the government's closing argument, we are at

13     the point where we will begin hearing from counsel for the

14     defendants.  Of course, each of the defendants is

14:27 15     represented separately by counsel, and so as I told you

16     this morning, I have collectively allocated six hours for

17     the defense, and they apparently have agreed among

18     themselves as to how that time is to be divided.  We will

19     begin by hearing from Ms. Hollander.

20          Ms. Hollander, would you like any warnings from

21     me about your time?

22          MS. HOLLANDER:  No, thank you.  I have a watch

23     with me, your Honor.  Thank you very much.

24          THE COURT:  Yes, ma'am.

25          MS. HOLLANDER:  Good afternoon Ladies and

14:27  1    Gentlemen.  This case is about charity.  That's what I

2    said when we began in July, and it's still true.  The

3    government charges Shukri Abu Baker with providing money

4    to charitable organizations that minister to the poor, the

5    desperately poor in Palestine and other places in the

6    world.  That's what this case is about.  Every witness

7    talked about the desperate need of the Palestinian people.

8    A real charity would do exactly what Holy Land did,

9    minister to the poor and the needy, keep perfect,

10   detailed, completely open records for anyone to see, file

11   all tax documents, insure that the recipients of its aid

12   are licensed, require the recipients of its aid to

13   document how the money was spent.  Holy Land is a real

14   charity -- was a real charity that provided real aid to

14:27 15   desperately needy people around the world.

16       I want to stop there for a minute and look at

17   Defendant's Exhibit 1079, and I hope that you will take

18   notes of any of the exhibits that you are going to want

19   that we discussed.  You are going to want to look at them

20   when you get back in the juryroom because, of course, you

21   will have hundreds of exhibits, and you might take note of

22   the ones you want to look at more closely.

23       This is a report, a report called a Food

24   Security Assessment.  It's a joint project for the United

25   States Agency for International Development and other

14:27 1    international organizations.  According to this survey,

2    Holy Land was one of four Islamic organizations providing

3    essential food for a 145,000 Palestinian families.  Mr.

4    Edward Abington, if you recall -- and we'll talk about him

5    some more -- represented the United States in Jerusalem

6    for five years.  He told you that meant approximately

7    twenty to twenty-five percent of Palestinian families in

8    need of food were being fed by these four organizations,

9    and Holy Land was one of them.  So what happened when the

10    government closed Holy Land in 2001?  According to this

11    document, this international document, what happened was

12    that the food supplies went down.  Now, that doesn't mean

13    there was no fancy lettuce in the produce department.

14    That meant that people went hungry.  That's the reality of

14:27 15    this case.  And that's what Shukri tried so desperately to

16    avoid.  He wanted these children who had nothing at all to

17    have a little food.  He wanted these children to have

18    shoes to walk to school, a library to study in, supplies

19    they needed to learn.  He wanted people to survive and

20    some day to thrive, and that's what Holy Land did.  It

21    helped people to survive and to prepare for a better

22    tomorrow.

23         What this case is not about is the terrible acts

24    of HAMAS.  Yet, Mr. Jonas spent the entire morning of his

25    closing -- two and a half hours -- talking about violence.

14:27  1    He's really trying to scare you, Ladies and Gentlemen, by

2    saying people were actually speaking in America.  There is

3    no evidence of violence in America.  And one thing is very

4    clear.  Shukri Abu Baker is not charged with any violence

5    whatsoever.  It's the same way actually the government

6    tried this case.  They spent most of the six weeks they

7    put on evidence just trying to scare you with disturbing

8    videos of children, and you saw them again and again and

9    again and with photos and testimonies of bombings and

10   violence, none of which had anything to do with Shukri or

11   the Holy Land.  The last video you saw was in 2004, and

12   Holy Land closed down in 2001.  Don't be misled by that.

13   No one here disputes that HAMAS engages in acts of

14   terrorism, nor does anyone condone it.  But no one here is

14:27 15   charged with engaging in acts of terrorism.  This case is

16   about providing charity.

17          In addition to being how Shukri Abu Baker and

18   Holy Land responded to the needs of the Palestinian

19   people, this case is also about something else:  It's

20   about how Shukri sought to make certain that Holy Land

21   would never, ever give a single dime to an organization or

22   charity that the United States Government told him not to.

23   It's also about how Shukri did everything he knew how to

24   do to follow the law so that the people who needed his

25   help could always count on him.  He took steps -- and

14:27 1    we're going to talk about them -- to distance the

2    Foundation from politics to be sure that the orphans get

3    fifty dollars a month, none of which is contested, that

4    the children would get their food supplies and backpacks

5    and the mothers would get milk to feed their babies or a

6    refrigerator to store it if their houses had been

7    demolished, refrigerators and all.

8          To do this, Shukri actually hired a former

9    United States Congressman, John Bryant, to help Holy Land

10   comply with the law and satisfy the government that it was

11   doing so.  John Bryant also wanted to find out why the

12   newspapers were printing stories saying that Holy Land was

13   linked to HAMAS, printing stories like the one we just

14   heard about that there were people in North Texas who were

14:27 15   terrorists.  John Bryant told you that he thought this was

16   coming from Israel, and he tried to get someone in the

17   Israeli Embassy or in the United States Government to tell

18   him why, and no one would talk to him.

19         Let me add here something that I am going to

20   have to move pretty fast.  I only have an hour and a half,

21   and the Government has six hours.  So there will be some

22   subjects that other defense counsel will cover since we

23   have to divide the time.  So if I miss something, it's

24   probably because someone else is going to cover it, but

25   please consider what the other defense counsel say for

14:27   1    Shukri also as though I had made those arguments.

      2          For example, Ms. Moreno will be talking to you

      3    more about the steps that Congressman Bryant took to find

      4    out what Shukri and what Ghassan Elashi could do to avoid

      5    breaking the law.  As you have also learned, Shukri is a

      6    religious Muslim man.  His faith requires him to give

      7    zakat.  We have learned a lot about zakat.  It's an Arabic

      8    word that means to give alms, something of what you have

      9    to someone less fortunate.

     10          We have heard about the special place of orphans

     11    in the Muslim religion.  To a Muslim, a child is an orphan

     12    if his father cannot provide for him -- if he is deceased

     13    or gone or in prison.  The Prophet Mohammad himself was an

     14    orphan.  So orphans have a special places in Islam.  It's

14:27 15    a different definition than perhaps you and I have, but

     16    it's a definition that's consistent with their faith.

     17          The government has claimed here today that

     18    Shukri really wanted to provide this much needed

     19    charity -- And there is no contest that he provided the

     20    charity, and Holy Land did -- but that he did it for the

     21    purpose of supporting HAMAS and that he actually provided

     22    material support to HAMAS.  But they have never proven

     23    that.  The prosecution has failed to prove that Shukri

     24    told anyone to support HAMAS through the distribution of

     25    Holy Land's charity.  They failed to prove that Shukri

14:27  1    intended to or conspired or attempted or did provide

2    material support to HAMAS.  They failed to prove that

3    these Zakat Committees and charities that Holy Land gave

4    money to were operated on behalf of and controlled by

5    HAMAS.  They failed to prove those things because those

6    things are not true.

7         What the government's own evidence shows is

8    Shukri's concern for the welfare of Palestinian people and

9    for other people facing hardships caused by war and

10   natural disasters.  The government's own evidence shows

11   that Shukri's commitment to providing aid to his people

12   and his commitment to avoid politics to insure that aid

13   would continue.

14        Shukri is now an American citizen, but like many

14:27 15   of us he feels a kinship to his heritage, which happened

16   to be from his father's side Palestinian.  With the start

17   of the first intifada in 1987, he saw the suffering of the

18   Palestinian people, his people.  That's indeed where the

19   background of this case begins, although it's important to

20   remember that Shukri's on trial here only for acts after

21   1995, even though Mr. Jonas spent the entire morning

22   talking about events before then and this afternoon spent

23   a total of forty minutes of his three hours talking about

24   what he said was the relevant facts in the case about the

25   Zakat Committees.

14:27  1          Now, Mr. Jonas has told you you shouldn't

2  believe Shukri because he's been secretive and deceptive

3  in the past.  I want to look a little more closely at

4  that.  Shukri did give a deposition in 2003 as a

5  representative of Holy Land where Holy Land was being

6  sued, not Shukri.  He explained the relationship between

7  IAP and HLF correctly as a business relationship.  What

8  Mr. Jonas didn't tell you is that Shukri went into detail

9  about that, and I showed you -- and you may have forgotten

10  this -- checks for the fundraising that Holy Land did

11  through IAP.  What he also didn't tell you is that Shukri

12  said in that deposition that he personally was on the

13  advisory board of IAP.  He said that at that time.  He

14  didn't hide it.  But Mr. Jonas's omission points out the

14:27 15  real problem throughout this entire case.  Mr. Jonas, once

16  again, didn't tell you the whole story.  They don't want

17  you to look at the evidence, Ladies and Gentlemen.  What

18  did he say?  Don't worry about the actual names and

19  details.  Just remember everyone we said was HAMAS was

20  HAMAS.  Trust the government, trust the Government of

21  Israel, because what this really comes down to is what Avi

22  said.  Miranda and Burns, they didn't know anything

23  really, except what the experts told them, which was Avi,

24  and Dr. Levitt got his information from the Israelis.  So

25  that's really where it comes from.  And the government

14:27 1   says just trust them.  He says they are HAMAS, they are

2   HAMAS.

3          I want to ask you on Shukri's behalf not to do

4   as Mr. Jonas says.  It's your duty -- it's your duty as

5   Americans citizens on this jury to carefully consider all

6   the evidence in this case, not just what the prosecution

7   showed you.  For example, Mr. Jonas also talked about a

8   declaration that Shukri wrote, and he said that Shukri

9   lied in that one, too.  But he didn't tell you about the

10   part that we had to ask the Court to add where Shukri said

11   that he's speaking from memory about events that occurred

12   twelve years earlier because at the time he gave his

13   declaration the government had taken all of Holy Land's

14   records, and he was just trying to accurately remember

14:27 15   everything he could.

16          But was Shukri afraid in 2002, 2003 of saying he

17   attended conferences where people sang songs about HAMAS

18   and in support of HAMAS in 1990 and 1991 before it was

19   designated, before the suicide bombings, when the

20   political situation was vastly different?  Was he afraid

21   of saying that people sang about HAMAS at the same

22   conference where Holy Land raised money for the poor and

23   needy of Palestine or that he wrote about HAMAS in the

24   same news letters in which Holy Land advertised or even

25   that he said and wrote things in the early 90's and late

14:27  1    80's that would be considered in support of HAMAS?  Of

2    course he was.  Because by the time he gave that

3    deposition and wrote that declaration, Holy Land had been

4    closed and designated, and he had been threatened, hounded

5    by the press since 1993.  His phones had been tapped, and

6    he was fearful.  He was afraid of being prosecuted on the

7    basis of things he had said over ten years earlier.

8    Exactly what's happening in this courtroom.

9           The government wants you to consider the things

10    Shukri said in 1990, 1991 and 1992 and even consider the

11    things that other people said during that time as though

12    Shukri said them and as though he was saying them now.

13    The government wants you to believe that people never

14    change, that the world in 1991 is the same as the world in

14:27 15    1997 or 2001, as though HAMAS was the same, but that is

16    wrong.  As you go through the evidence in this case, pay

17    close attention to the speakers and the dates.  This is

18    particularly important because Mr. Jonas spent most of the

19    morning talking about what other people said and in a time

20    period different than this indictment.  When you look at

21    the Philadelphia meeting -- and I am going to talk about

22    it in a minute -- pay attention to who's talking.  Shukri

23    can never ever be prosecuted for expressing a political

24    viewpoint.  That tramples the First Amendment that we all

25    care about into the dust.

14:27  1        And even if you do think he lied, if you think

2   he lied in that declaration or that deposition, he's not

3   on trial here for what he said but for providing material

4   support to HAMAS.  That's what you have to focus on, and

5   that's what the government has not proven.

6        Mr. Jonas mentioned that Shukri traveled to

7   Saudi Arabia and claimed that he followed certain security

8   measures by saying that he worked for Infocom.  He failed

9   to mention again that Shukri traveled under his own name,

10  used his own American passport, paid for the visa with a

11  check and wrote his correct home address on the

12  application.  This isn't really consistent with traveling

13  undercover, but it is consistent with what the government

14  has done throughout the case which is to give you only a

14:27 15  few things and try to link them up without telling you all

16  the relevant facts.

17        As Judge Fish has told you, he's going to

18  instruct you at the end of this case, and one of the

19  instructions he would give you is this one.  A defendant

20  is not on trial -- I'm sorry.  This is the wrong one.

21  I'll just read it to you.  "A defendant is not on trial

22  for any act, conduct or offense not alleged in the

23  indictment."  Nothing in this indictment charges Shukri

24  with lying.

25        What the prosecution has done throughout this

14:27  1    case is so selectively stringing documents together.  They

       2    have done it while failing to show the relevant documents

       3    that they have and they have had all along.  But if they

       4    are inconsistent with the false impression, you don't get

       5    to hear about them, and I want to give you several

       6    examples.  One of them actually happened right here.

       7    Right here during his closing argument Mr. Jonas showed

       8    you 20-33, and he said it was a summary of transactions

       9    between Marzook and Holy Land, to lead you to believe that

       10   money was going back and forth between Holy Land and

       11   Marzook.  But Agent Burns admitted during her cross

       12   examination that this summary was wrong.  Those two

       13   transactions I have highlighted in 1988, they actually

       14   went to another organization called the Holy Land fund.

14:27  15   Let's look at that.  We have the checks, and of course,

       16   the government has the checks because these were in the

       17   Holy Land documents.  I'll show you one.  Holy Land Fund.

       18   The Holy Land Foundation didn't even exist in 1988.  This

       19   summary was wrong, and she had to admit it was wrong.

       20        Yet Mr. Jonas is still today telling you

       21   connections that don't exist, telling you facts that

       22   simply aren't true.  He also claimed that Mahmud Zahar was

       23   deceitful in Holy Land's behalf in the 1999 interview with

       24   Steve McGonigle.  If you recall, Steve McGonigle, the

       25   Dallas Morning News reporter, testified that he didn't

14:27 1    think Mr. Zahar was in any kind of cahoots with HLF.  Now,

2    Mr. Jonas said Mr. Zahar said he only met Shukri once.

3    Well, that's very consistent.  What Zahar told McGonigle

4    was that he met Shukri at a fundraising conference in

5    California, and that's exactly what Mr. Jonas pointed to,

6    a fundraising conference in California.  And you will

7    notice that Mr. Zahar never spoke at that conference.

8          I only have time for a few more examples.  So I

9    am going to have to ask you to rely on your memory for

10    others, but let me give you some.  I want to start with

11    Shukri's trip to Palestine in 1991.  The prosecution

12    showed you a handwritten, unsigned, undated document that

13    claimed to be a report about the Occupied Land Fund, that

14    Shukri is currently making a trip to Palestine to discuss

14:27 15    OLF's projects with people there.  You kind of have to

16    watch these things, and I'm not blaming this on anyone,

17    but in their translations -- they are all typed up real

18    nice, but you got to look at the original document to see

19    what was it originally.  For example, this one.  It's just

20    a handwritten document.  It was found at Mr. El Barasse's

21    house, not HLF.  There is no evidence that Shukri ever

22    knew about this document.  Then Agent Burns showed you

23    another one.  She showed you a document found --

24    photographed in Mr. Ashqar's house.  You remember they all

25    have this front on them that says camera roll.  And this

14:27  1    one, too, handwritten, by whom we don't know, photographed

2    at Mr. Ashqar's house dated June 10th, 1991.  It discusses

3    a visit to Palestine from May 17th, 1991 to June 4th, and

4    it specifically mentions HAMAS which is, of course, why

5    they wanted you to see it.  So they wanted to suggest that

6    was about Shukri's report, and to bolster this false

7    suggestion, the prosecution then showed you a customs

8    form.  They showed you this page, and they were hoping to

9    link this visit.  You see where it has coming through

10   Charlotte Airport, and that was linked to these other

11   reports.

12          Now, here is what you have to keep in mind.

13   Agent Burns.  Agent Burns is sitting here because she's

14   very interested in this case.  It's the only case she has

14:27 15   had in the FBI.  She's been combing through the HLF

16   records in the FBI for five years, since April of 2002.

17   She knows what's there.  She has combed through the

18   subpoenas and bank records.  So ask yourself why didn't

19   she show you what she had, the receipt that showed you

20   that Shukri was in England and not in Palestine in June of

21   1991.

22          There it is.  Why didn't she show you that?  Why

23   didn't she show you Shukri's actual report of his

24   Palestine visit one month later, July to August.  That's

25   the report that was in the Holy Land records.  That's the

14:27 1    report that we had to find and show you.  That's the

2    report that in Arabic is all neatly typed up and has

3    Shukri's name at the bottom of it.  And that's the report

4    that is consistent with the next trip coming back through

5    New York, and that's the report that's consistent with

6    staying at the Seven Arches Hotel in Jerusalem.  She

7    didn't show you any of that.  She knew about it.  But that

8    report by Shukri talks about developing programs to

9    provide charity for needy Palestinians.  That doesn't say

10   anything about HAMAS.  So she and the prosecutors

11   conveniently ignored it because it didn't support the

12   theory that HAMAS was providing material support to

13   HAMAS -- that Holy Land was providing material support to

14   HAMAS.  They hoped we wouldn't find it, and they hoped you

14:27 15   wouldn't see it.  That's just one instance of providing

16   selected documents to leave a false and misleading

17   impression, and it was during the period of time that's

18   not even relevant to this indictment.  Remember again,

19   Shukri is only charged with the events that took place

20   after HAMAS was designated as a terrorist organization,

21   January 23rd, 1995.

22        Now, let's talk about Philadelphia.  Another

23   significant example of a misleading rendition of the facts

24   started with the translation that was wrong, that quoted

25   Shukri as saying something he never said.  You remember we

14:27   1   made this demonstrative.  Agent Burns told you the

     2   government had lots of translators, and they worked very

     3   hard to make sure that everything was correct, but even

     4   though the FBI had a real time tape going in Philadelphia

     5   in 1993, they were listening while it was happening.  By

     6   2007 in this courtroom they still had the Philadelphia

     7   meeting wrong until we pointed it out to the translator

     8   during the trial, and he had to change it.  We had to

     9   point out that Shukri didn't say "We give the Islamists a

    10   hundred thousand, and we give others five thousand."  What

    11   he said was "In the past, we gave the Islamists a hundred

    12   thousand, and we gave the others five thousand."  And you

    13   know that the government thought the original false

    14   translation was important.  Mr. Jacks said it in his

14:27  15   opening statement.  It was even in the indictment, and

    16   Burns testified about it and said it was a link to the

    17   five thousand dollars she claimed was what they gave in

    18   Oklahoma City after the bombing there in 1995.  But once I

    19   pointed out the translation was wrong, they never

    20   mentioned it again.  You never heard it again.  The

    21   correct translation, however, is consistent with the rest

    22   of the Philadelphia conference in which Shukri talked the

    23   need to work with people and caring for the Palestinian

    24   people.  We'll talk about that more.  Agent Burns also

    25   said that two years after the meeting in Philadelphia Holy

14:27  1    Land sent five thousand dollars to the victims of Oklahoma

2    City, and she drew this link.  They said a hundred

3    thousand and five thousand, and look, they gave five

4    thousand dollars to Oklahoma, and she showed you

5    a five thousand dollar check to Oklahoma.  But of course

6    what she didn't show you that she had all along was a

7    twenty-five hundred dollar check to the Red Cross for

8    Oklahoma, April 19th, 1995.  That's the day of the tragic

9    bombing, and she didn't show you -- even though she knew

10   and had it -- that Holy Land was thanked by the Feed the

11   Children Program because they sent fifty volunteers to go

12   and help people after the bombing.  And she didn't tell

13   you -- but she knew it -- that Holy Land paid for all of

14   those people to go to Oklahoma.  So they didn't spend five

14:27 15   thousand dollars in Oklahoma.  They spent over ten

16   thousand dollars to go to Oklahoma, but that wasn't

17   consistent with their theory.  So they didn't tell you

18   about that.  We had to find those.

19          Let me ask you who is it that's being deceptive

20   here?  Do you really trust the government?  The

21   translation was also wrong in another important respect.

22   In two places on that page, one it said that Shukri said

23   "Islamists" when he really said "Muslim."  And in another

24   place, it said Ghassan Elashi said "Islamists," and he

25   really said "Muslim."  We had to point that out to the

14:27  1    translator and get him to change that, too.  Now, they did

2    talk about Islamists at the Philadelphia meeting.  No

3    doubt about that.  But doesn't the mistranslation show you

4    something about the government's bias?  Especially when

5    the government's witnesses keep telling you over and over

6    again that "Islamists" is the same as HAMAS.  HAMAS,

7    Islamists, Islamists, HAMAS, they say it's the same,

8    except that it's just not true.  Mr. Abington and

9    Professor Brown both talked to you and Professor Brown is

10    studying Islamism, and Mr. Abington was the senior

11    representative of this government in Jerusalem and in

12    other countries in the Middle East for thirty years.  He

13    knows a lot about Muslim countries.  Mr. Abington defined

14    an Islamist as a pious Muslim, and Professor Brown as a

14:27 15    professor made a longer definition.  He said an Islamist

16    is a person who's dedicated to increasing the role of

17    Islamic life in public or private life.

18            When you review the transcripts of the

19    Philadelphia meeting -- and I hope you will review them

20    carefully -- you will see the majority of the speakers,

21    including Shukri, are talking about Islamists in the sense

22    that Dr. Brown and Mr. Abington did as Muslims seeking to

23    increase the role of Islam in public life.  That's the

24    goal of Palestinians, people adhering to the Muslim faith

25    will be permitted to -- not be permitted to live there and

14:27  1   practice their religion there and that it will be taken

2   over by the secular PA, and that's a concern to them.  But

3   the government tries to convince you that all Islamists

4   are HAMAS.  Let me ask you this.  Would Laura Bush, the

5   President's wife -- do you think she would have met with a

6   member of HAMAS and put that on the White House web site?

7   Mr. Abington told you that this man who she met with is a

8   leading Islamist in Palestine.  And she went there, and

9   she covered her head out of respect for where she was.

10   This is someone the U.S. contacts regularly.  The U.S.

11   contacts Islamists because not all Islamists are HAMAS.

12          Mr. Dratel will be talking more about Islamists

13   and about how the government has also tried to merge the

14   Muslim Brotherhood into HAMAS.  But we know they are not

14:27 15   the same because Mr. Abington and Professor Brown said the

16   Muslim Brotherhood still exists in Palestine independently

17   from HAMAS, and in fact, PA Chairman Yasser Arafat, who

18   was the political rival of HAMAS and the leader of a

19   secular, nonreligious party, was himself a member of the

20   Muslim Brotherhood.  No government witnesses contradicted

21   any of this evidence.

22          And there are a few other points about

23   Philadelphia that are very important.  This is a

24   conference of people trying to find a way forward.  It was

25   a public place, a Marriott Hotel.  They checked in using

14:27 1     their own names and credit cards.  There was nothing about

2     the meeting that was secret.  It was clearly a turning

3     point for HLF and Shukri, and that's something the

4     government really doesn't want you to notice.  The Oslo

5     Accords had just been signed.  No one knew what was going

6     to happen next.  The prosecution made a big point to

7     Shukri's opposition to Oslo.

8            Perhaps we should divert and talk about Oslo a

9     little bit.  But again the government presents selective

10     information.  The government's premise was HAMAS opposed

11     Oslo.  The men at the meeting opposed Oslo and Shukri

12     opposed Oslo, and therefore, he must be HAMAS.  Well,

13     until we cross examined their witnesses and then

14     Dr. Levitt had to admit that there are many Palestinians,

14:27 15     including prominent Christian professors, who also oppose

16     HAMAS, not just HAMAS, not just terrorist organizations,

17     and we finally learned why they oppose Oslo.  All Agent

18     Burns wanted you to know is HAMAS opposed Oslo because

19     HAMAS opposes Israel.  Because HAMAS wants everything from

20     the Jordan River to the Sea.  And they do, but they didn't

21     want you to know that Israel opposes Oslo because they

22     want everything from the Sea to the River.  And they

23     didn't want you to know that other Palestinians opposed

24     the Oslo Accords because they thought too much was given

25     up.  Remember Oslo carried out way to the end did not

14:27 1    permit for a Palestinian state.  These people want a

2    homeland.  They wanted a homeland, and they didn't get it.

3    All they got in Oslo -- All they got were the little bits

4    on this map that are in dark.  The little bits -- Jenin,

5    Tulkarem, Nablus, the little tiny bits that are called

6    Area A.  That's all they got.  So it's understandable that

7    they would be disappointed.

8         Benjamin Netanyahu, an Israeli who ran for prime

9    minister and actually won, campaigned on a promise to get

10   rid of Oslo.  It had to be changed later, but that was his

11   campaign compromise, and the settlers in the West Bank

12   didn't like Oslo because they were afraid that Israel

13   would give up the West Bank.  Clearly opposition to Oslo

14   does not make someone HAMAS.  Lots of people opposed

14:27 15   HAMAS, and support in the United States -- Although Mr.

16   Jonas said there was support in the United States.  Well,

17   there may have been some, but there was a lot that wasn't.

18   Edward Zeid was in the United States, and he didn't

19   support Oslo, and he was a Christian professor at Colombia

20   University.  These are selective facts that create a false

21   impression.  They only want you to connect the feelings at

22   Philadelphia to HAMAS.  They don't want you to understand

23   the reason for those feelings or why Palestinians felt the

24   way they did.  Once again, right here today Mr. Jonas

25   again made some selective facts.  I want you to look, and

14:27 1    perhaps you will have to look back in the room, but I will

2    show you quickly 16-67.

3              This is one part of the Philadelphia meeting,

4    and I can put it on the Elmo here so that you can see it.

5    But let me just tell you why it's significant.  It's

6    significant because an unknown person says -- You remember

7    Mr. Jonas said they were talking about how they had a new

8    organization.  He says "In my opinion, we must form an

9    organization for activism which will be neutral before we

10   are placed in a corner."  That's what he read.  But he

11   didn't read "This suggestion ought to be discussed.  Of

12   course, I do have some radical ideas.  So that we have the

13   opportunity to discuss them.  Some of our approach to the

14   policies in the area, nonopposition to peace is a

14:27 15   statement.  I mean, someone will ask you, tell him no.  We

16   are not opposed to peace for peace, but we are opposed to

17   hypocrisy because this peace is not justice, that there is

18   no justice without peace.  No peace without justice.  It

19   is always a principal of peace with justice."

20             It's exactly on the same page where Mr. Jonas

21   read to you, but he only read you a little part of it, not

22   the rest of what this person said, and this wasn't even

23   Shukri, but it's someone saying I threw out an idea here.

24   This was a political meeting.  And what did Shukri say?

25   "There is all of this talk about SAMAH.  My brother say

14:27  1    what you want to say.  The door to politics is big.  Did

2    God tell you you must stand in front of the university and

3    tell them we have to claim the 1948 land?  It is just

4    talk.  This is an impossible address, my Brothers.  It is

5    not our goal to demand the '48 land.  Even if we demanded,

6    no one would return it to us."  And he goes on, and what

7    does he say after that?  "SAMAH is classified as a

8    terrorist by Constitution, by law.  If I wanted to adopt

9    its work, they would kick me out, take my citizenship.

10    They tell me go away."  He knows what the law is, and he's

11    trying to follow the law.  That's what this was about.

12        There is another extremely important point, and maybe

13    it's the point that's brought up there, and that's the

14    First Amendment to the Constitution.  Mr. Jonas said that

14:27 15    no one can be convicted on the basis of what they say, but

16    then he spent most of his time talking to you about what

17    people say.  This is what the Court will instruct you.

18    The Amendment guarantees all persons in the United States

19    the right to freedom of speech, freedom of religion,

20    freedom of associations.  Because of these Constitutional

21    guarantees, no one can be convicted of a crime simply on

22    the basis of his beliefs, his expression of those beliefs

23    or his associations.  Please remember that when you think

24    about the meeting in Philadelphia.  This involved

25    Palestinian-Americans expressing opposition to a political

14:27  1  agreement they thought was unfair and trying to figure out

2  how to move forward, and that's protected by the First

3  Amendment.  It's true that Shukri said "War is deception."

4  He's not the first person to say that.  It's come down to

5  us through history.  He's not the first person to say that

6  politics is deception.  You probably could find that in

7  most newspapers every day.  And he says, "This is

8  political talk.  Political talk.  You have to separate

9  from those actions."

10  Additionally, one other instruction that's very

11  important about Philadelphia.  The mere fact that certain

12  persons may have associated with each other and may have

13  assembled together and discussed common aims and interests

14  does not necessarily establish proof of the existence of a

14:27  15  conspiracy.  Please keep that in mind also when you think

16  about the Philadelphia meeting.  That happened, of course,

17  two years before HAMAS was designated as a terrorist

18  organization.  Shukri made it very clear that Holy Land

19  could not get caught up in the politics of the coming

20  time, and if you look at 16-57 which is another part of

21  the Philadelphia meeting, you will hear him say and read

22  that he says that "I believe as a charity organization I

23  should not give an opinion or a political judgment as all.

24  I have no relationship with that.  I'm not a political

25  institution.  I'm dealing now with a new reality.  It is

14:27 1   not my job to attack the self-rule.  Amicable relationship

2   must be maintained with all parties.  This goes without

3   saying, my Brothers.  We must not put any factual or

4   partisan influence on the Foundation in America, and it

5   cannot be the charitable arm of this or that.  This is

6   wrong.  It can't cater to the interest of a specific

7   party."

8         That's what he said, and that's what he did.  He

9   led Holy Land away from the politics that he worried would

10   harm its ability to provide the food and school supplies

11   and stoves and refrigerators to desperate people living

12   under a harsh occupation, to refugees who have been in

13   refugee camps for fifty years.  You have heard about the

14   harshness of this occupation and the government said well

14:27 15   we just told you about Israel to distract you.  Ladies and

16   Gentlemen, we told you about Israel because that's the

17   context that these people were living in and why they had

18   to provide this charity.  That was not a distraction.  Not

19   one witness, not one government witness, denied that the

20   Palestinian people continued to live in dire poverty

21   because Israel has not provided for them as it is supposed

22   to provide for people it occupies.

23         One month after the meeting in Philadelphia,

24   there is a very important conversation that you have and

25   it's at 16-57, the conversation where Mr. Ashqar, who you

14:27 1    have heard about, says "The problem is with the Fund," and

2    he's talking about Holy Land.  "They act on their own.

3    They appoint and discharge by themselves and no one else."

4    That's exactly what Shukri did.  That's what he wanted.

5    He took Holy Land out of politics.  He said "We're an

6    American charity.  We're going to act in accordance with

7    American law, and we're not going to break the law and

8    we're not going to break the law because we want to

9    provide this charity."  And no one denies that they

10   provided the charity.  He did use the word "SAMAH."  If

11   you go through the Philadelphia meeting you will probably

12   find they used HAMAS about the same number of times they

13   used SAMAH.  But there is another thing to remember.

14   Shukri was born in Brazil which in those days was a

14:27 15   military dictatorship, and he lived in Kuwait, not exactly

16   a speech friendly place, and they were afraid of Israel.

17   The intifada had been going on for five years by that

18   time.  Holy Land was working in the West Bank and Gaza,

19   and you heard Mr. Abington say the Israelis would lock

20   people up for flying a Palestinian flag.  Ten thousand

21   people are in jail, according to Mr. Abington, in

22   administrative detention in Israel having never been

23   charged with a crime.  They were afraid of Israel.  They

24   were afraid.  And yet it appears that we have become like

25   those countries because now these words have come back to

14:27  1    haunt them, words they had a right to say, political

2    expression that they had a right to give.  Also, after

3    HAMAS was designated a terrorist organization in 1995,

4    there are another two calls that the government produced

5    for you where Shukri used SAMAH, and in neither of them

6    did he express any support for it.  In the 1999 telephone

7    call, the government introduced between Shukri and

8    Abdulraham Odeh, Shukri told Odeh not to take money from

9    someone named Deeb Anees because he raised money for

10   SAMAH.  Mr. Westfall will talk about this in more detail,

11   but I want to point out that again the government tried to

12   produce a false impression.  They introduced documents

13   through Miranda that show that Deeb Anees raised money for

14   Holy Land after the designation.  There was a list of

14:27 15   names.  And Agent Miranda said you see, He raised another

16   seventy thousand dollars after that phone call where

17   Shukri said don't take any of his money.  But it wasn't

18   true, and on cross Mr. Westfall and Mr. Dratel pointed out

19   the list most likely reflected that he raised money for

20   Holy Land only in 1996 and 1997 before that call.  The

21   payments were simply payments that came in after he

22   called, things that were originally pledged during the

23   fundraising event before that phone call.  They introduced

24   another version of the same document that made that clear,

25   which Miranda said he had that call but they hadn't

14:27 1      offered that in evidence.

2              There is another example, and Mr. Jonas brought

3      it up briefly today.  You remember that Avi said that Mr.

4      Abu Aker was a money changer and then Agent Burns showed

5      you some testimony, a summary she created.  This summary.

6      And they got so far as to tell you this money goes to this

7      money changer, and gee, we can't address the funds once it

8      gets there.  That was not only selective but not truth,

9      and the documents proving it was not truth have been in

10     the FBI office for the last five years.  So Agent Burns

11     and these prosecutors knew that she could complete that

12     summary all the way to the food for Palestinians, but they

13     chose not to and left it to us to try to find the

14     documents if we could, and fortunately we could.  I know

14:27 15    it was painstakingly tedious for you when I went through

16     all the documents showing where all the money matched up,

17     and I apologize for how tedious that was, but I needed to

18     show you the information the prosecution had all along

19     that Mr. Abu Aker was actually a vendor from whom Holy

20     Land in Gaza bought food for Ramadan so that people who

21     had no food would have something to break the fast during

22     the Ramadan holiday, a holiday the Muslims are supporting

23     this month, as we speak now.  She could have showed the

24     bid that Mr. Abu Aker provided Holy Land.  She said she

25     knew about those transfers.  She didn't say she didn't.

14:27  1   Instead, she found a few select facts and presented them

       2   to you.  And we had to present to you the bid.  This was

       3   it in the Arabic.  The report from the Holy Land Gaza

       4   Office.  This was it in English, and in fact, the Holy

       5   Land files have a picture of that very project from 1999

       6   to 2000.  That's a photo that they had in their possession

       7   for five years.  They knew and Agent Burns had to admit

       8   after we introduced these documents that the payments to

       9   Abu Aker were consistent with the Ramadan food project and

       10  that she was aware of that project.

       11       Now, Mr. Abu Aker, there was also a check to him

       12  for $6,220.  She didn't bother to address that one either.

       13  She just put it on her summary.  But that one went

       14  directly to the Customs Office in Israel.  There is the

14:27  15  document.  What was it for?  Seven hundred twenty wheel

       16  chairs.  Wheelchairs.  These wheelchairs.  That money

       17  didn't disappear.  Wheelchairs, all with the Holy Land

       18  logo on them.  Wheelchairs.

       19       And she identified this woman, Dalell Mohammed.

       20  This is the face of Holy Land Foundation, putting a child

       21  in a wheelchair.  An uncovered woman in the West Bank

       22  putting a child in a wheelchair.  The Holy Land manager in

       23  Gaza who distributed this food, Mohammed Abu Muharam, and

       24  this man was identified as the Minister of Health for the

       25  PA.  They didn't want you to see that.  They didn't want

14:27  1      you to see the work that Holy Land did.  We had to find

2      those documents for you.  There was a second money

3      changer -- they are really money exchangers -- Mr.

4      Herzallah, and he owned a money-changing business, and in

5      that part of the world people have to change money from

6      dollars to shekels, and the government admitted that

7      people had to change money and admitted that the Holy Land

8      Office in Gaza could only get money in dollars and

9      admitted reluctantly because it didn't help their case

10      that they had seen records of orphans receiving the money

11      in shekels.  And when we walked through those financial

12      documents, Agent Burns had to admit that the money trail

13      from Texas to Gaza to Mr. Herzallah changed to shekels for

14      the orphans was consistent with the documents.  What

14:27  15      reason is there to not show you these documents except to

16      create a false impression and distract you from the fact

17      that Holy Land provided food and charity and to lead you

18      to believe that the money somehow disappeared.

19              They also showed you a wire transfer to a Kamal

20      Al Tamimi.  In fact, they showed it to you twice.  And

21      they showed it to you so that Mr. Avi could say, oh, yeah,

22      in my opinion he's HAMAS.  See what it says:  "For the

23      families of Demolished Homes Projects."  But they didn't

24      show you anything about the demolished homes.  In fact,

25      you remember I asked Agent Burns, why does Israel demolish

14:27 1    homes?  She said, "Well, they demolish the homes of

2    terrorists.  That's all I know."  That's all she ever

3    learned.  It's convenient that she hasn't learned anything

4    about the history of Israel or the conditions of

5    Palestine.

6         The former Consul General, Mr. Abington, knew

7    about the demolishing of homes.  He represented the

8    government.  He's retired, but he represented the

9    government for thirty years.  He doesn't have a dog in

10   this fight.  He came from Europe to testify without any

11   fees because he wanted to make sure you got the full

12   picture.  He told you that only a small fraction of the

13   houses that Israel demolishes are because they belong to

14   terrorists.  Most of them are because people don't have

14:27 15   proper permits, but Israel won't give them proper permits,

16   and people that have homes for generations are demolished,

17   and sometimes they are on bypass roads that Israel wants

18   to build to settlements.  So they are just demolished.  He

19   even talked about where this sixteen thousand dollars

20   went, that in Rafah which is at the border with Egypt that

21   Israel decided it wanted to have a security corridor.  So

22   it went in and mowed down the houses.  Nobody was

23   compensated.  Just left people destitute.  The point is

24   they only provided selective bits of information to give a

25   false impression that only terrorists would have homes

14:27  1    demolished.  They didn't want you to see the people whose

2    houses and furniture and mementos and family photos were

3    just turned into dust.  All of these attempts by the

4    government to present false evidence, misleading facts,

5    incomplete situations should leave you with doubt about

6    what happened, and any doubt you have a reason for is a

7    reasonable doubt.  We're going to talk more about that.

8         But first I want to show you some of these

9    pictures.  Just a few.  You have these if you look at the

10    Power Point presentation.  It's Defendant's Exhibit 1202.

11    You will see all the pictures.  Let me show you a few.

12    This is a family living in a tent receiving food from Holy

13    Land.  This is the Holy Land delivering blankets, bedding.

14    This is where people live.  Who do you think lives here,

14:27 15    has their laundry out here, an open sewer?  This is where

16    Holy Land was working.  This is the reality of Gaza.  And

17    here is a family receiving just the things to survive,

18    nothing more, just to survive.  All of these selective

19    facts, all of these things the government didn't want you

20    to know.  Think about that when you think about this

21    instruction that the Judge will give you.  "Reasonable

22    doubt is a doubt based upon reason and common sense after

23    careful and impartial consideration of all the evidence in

24    the case.  Proof beyond a reasonable doubt, therefore, is

25    proof of such a convincing character that you would be

14:27   1    willing to rely on it and act upon it in the most

2    important of your affairs."

3         Based upon the evidence that the government has

4    put on, would you be willing to rely on it?  Would you be

5    willing to rely on that kind of evidence to have surgery

6    or buy a house?  I don't think so.  Because if you

7    hesitate at all, then you have a reasonable doubt, and

8    Judge Fish will also instruct you that unless you are

9    satisfied beyond a reasonable doubt that Shukri is guilty,

10   the presumption of innocence alone is sufficient to find

11   him not guilty.  That's the presumption of innocence he

12   came with, and he still has.

13        We have more examples of misleading testimony.

14   I'm kind of watching my time here.  Several government

14:27 15   witnesses discussed a man named Jamil Hammimi.  They

16   agreed he was one of the founders of HAMAS on the West

17   Bank.  Then things diverged.  Levitt and Avi testified

18   that he left HAMAS in 1996, but then Agent Miranda tried

19   to get him designated as a terrorist in 2002 for the very

20   purpose of assisting in this prosecution, and it appears

21   the prosecution didn't include Avi in on the testimony

22   because he said that Jamil Hammimi never left HAMAS.

23   Today, Mr. Jonas said he left and then he came back, but

24   there was no evidence of that.  And none of them told you

25   that the United States Government brought Mr. Hammimi

14:27 1    here, Sheikh Hammimi, in 1999 as a distinguished

2    gentlemen.  Do you remember this?  It was early in the

3    case.  I'll just show you one document.  The United States

4    Information Service, that's Defendant's Exhibit 87, and

5    you can see the ones behind it.  We had to tell you that.

6    We had to tell you that the United States State Department

7    brought him here, and he toured all around the country as

8    a distinguished gentlemen, and after I finally got this

9    introduced, Agent Burns admitted, well, she had known

10   about it for two years.  They didn't tell you that.  Who's

11   being deceptive here?  Who can you trust?  There are a lot

12   more examples, and I have to leave them to your memories

13   because I need to turn to another subject.

14           You have heard a lot of evidence about the

14:27 15   United States Treasury's list of specially designated

16   terrorists, and Mr. Jonas talked about specially

17   designated terrorists.  Two versions of that list are now

18   in evidence, the list as it existed June 29, 2001 which is

19   about two weeks after the last transaction charged in the

20   indictment.  That's this one, Defendant's Exhibit 963.

21   And then there is the current list.  That's even bigger,

22   Defendant's Exhibit 1111.  You have heard from several

23   witnesses.  To this day, the United States Government has

24   never designated a single one of the Zakat Committees or

25   charitable societies as a terrorist organization.  So why

14:27 1    are these lists such crucial pieces of evidence?  Because

2    they are how the United States tells its citizens and the

3    world who it considers to support terrorism.  That's how

4    the United States Government tells businesses and

5    charities and everyone else who you can no longer deal

6    with.  You remember during the cross examination of Avi

7    during, the cross examination of Miranda, the United

8    States Treasury Department -- you remember hearing that

9    the United States Treasury Department recently designated

10    a charitable organization in Gaza call Al Saleh, and at

11    the same time they designated its director, a man named

12    Ahmed Al Kurd, and there is a press release.  This is the

13    press release, and it's very tiny writing.  You can look

14    at it.  It's Defendant's Exhibit 1052, and it says "Today

14:27 15    the U.S. Treasury Department designated the Al Saleh

16    Society.  HAMAS has used Al Saleh Society, as it has other

17    charities, to finance its terrorist agenda.  Today's

18    action alerts the world to the true nature of Al Saleh and

19    cuts it off from the U.S. financial system."  That's what

20    the Treasury Department does when it doesn't want you to

21    work with something anymore.  Think about it.  OFAC, the

22    Office of Foreign Assets Control, that's the office in the

23    Treasury that does those things, alerts the world and

24    tells them someone is a terrorist.  That's how the

25    government can cut off the finances from it.

14:27  1           So back to what I said a minute ago, not a

       2    single one of the Zakat Committees and charitable

       3    societies named in this indictment has ever been

       4    designated a terrorist organization.  In fact, none of the

       5    ones discussed in this case with the exception of Al

       6    Saleh, which was designated last month, has ever been put

       7    on that list.  That means the Treasury Department never

       8    told the world that it considered these Zakat Committees

       9    and charitable societies to be part of HAMAS, and you'll

      10    have these lists, and you can look at them.  All the

      11    government had to do was to cut them off -- to tell Holy

      12    Land they couldn't do business with them -- was to put

      13    them on the list, but it never did, even though it

      14    designated Al Saleh, InterPal in England, CVSP, Sanabil,

14:27 15    Al-Aqsa and even HLF, and the government can't say, Well,

      16    we didn't know, We didn't know that HLF was giving to

      17    these charities, because they knew back in 1993.  Remember

      18    they were listening to the Philadelphia conference, and

      19    Mr. Jonas just reminded you that they talked about the

      20    Zakat Committees.  They mentioned the Tulkarem Zakat

      21    Committee was going to get a hospital in 1993.  So they

      22    knew about it then.  And that's just the beginning.  The

      23    FBI had wire taps on HLF's phones 24/7.  They had wire

      24    taps on Shukri's home phone.  They had wire taps on

      25    El-Mezain's home phone.  They even bugged the Holy Land

14:27  1    office so that they could hear people chatter inside.  So

2    they were able also -- Because the phones were tapped they

3    could read the faxes because the faxes come through the

4    phone line.  I have never understood quite how but somehow

5    the papers go through and come out on the other end.  And

6    they come out at the FBI office, and they could read this

7    and the e-mail.  Among the calls were calls from Haitham

8    Maghawri requesting transfer of monies to the Zakat

9    Committees, and some of the requests were faxes, and they

10    went to the very same Zakat Committees we talked about.

11    So they knew where the money was going and knew it all

12    along, and that was ten years before these people were

13    charged in this case.

14              There is a good reason they never put them on

14:27 15    the list, and that's because they are not part of HAMAS

16    and not controlled by HAMAS.  So how do we know that?

17    Think back to the testimony of Edward Abington.  He was

18    the United States Consul General in Jerusalem from 1993 to

19    1997.  He received briefings from the CIA every morning.

20    The CIA is our spy agency.  That's what they do.  They spy

21    for us, and they collect intelligence, and he had access

22    through the CIA to all the intelligence the United States

23    collects.  And he also had access to what we call open

24    source information -- newspapers, internet, television,

25    which we can all look at, but the CIA studies, too, and he

14:27  1    had access to what the Israeli intelligence told the CIA
       2    which means whatever information Avi and his government
       3    had, but that's not all.  He dealt regularly with the
       4    Palestinian Authority -- that was his job -- with Chairman
       5    Yasser Arafat, and he speaks Arabic, unlike Dr. Levitt.
       6    So Mr. Abington traveled around the West Bank and Gaza and
       7    talked to Palestinians, and that was part of his job.
       8    America wants to know what's going in the country where it
       9    sends its representatives.  He visited the Zakat
      10    Committees.  He visited Hebron, Bethlehem, Ramallah,
      11    Nablus, Tulkarem, Qalqilla, Gaza, and the hospital in
      12    Jenin.  With all of those resources available to him, no
      13    one told him that the Zakat Committees and charitable
      14    societies that we're talking about here were part of
14:27 15    HAMAS.  It was important for him to know because he was
      16    forbidden from dealing with HAMAS because America and the
      17    State Department said you can't deal with HAMAS.  So you
      18    need to know.  After he left the State Department, he
      19    worked for the Palestinian Authority which opposes HAMAS
      20    and opposed it when it was controlled by FATAH, and it was
      21    FATAH he worked for, and those officials had every reason
      22    and incentive to tell him anything bad about HAMAS because
      23    they were fighting with HAMAS.  But no one ever told him
      24    that the Zakat Committees and charitable societies that
      25    Holy Land worked with were controlled by HAMAS.  Nobody.

14:27  1    Ever.

2              You heard from Dr. Brown last week.  You heard

3        from him that the Palestinian Authority just last week

4        which is now FATAH again on the West Bank closed a hundred

5        three charities in the West Bank.  Not one of the

6        charities that they closed was one of the ones on this

7        list.  Mr. Abington was about as credible a witness as you

8        will ever get.  He was a senior representative of the

9        United States Government, but unlike these prosecutors and

10       these FBI agents, he has no dog in this fight.  He hates

11       HAMAS.  He has no reason to favor of the defense.  He

12       wasn't even getting paid.  He didn't have to come here and

13       represent these Muslim men on trial for terrorism, but he

14       came here, and he came here to tell you that he didn't

14:27 15   consider the Zakat Committees to be part of HAMAS or

16       controlled by HAMAS because he wanted to make sure you got

17       the whole true story.  Unlike Levitt and Burns and Miranda

18       and Avi, Ed Abington has actually spoken to many

19       Palestinians, and he has never heard anyone give HAMAS

20       credit for the services they received from the Zakat

21       Committees.  The government didn't even challenge his

22       testimony because it could not.

23             Keep in mind also that Levitt has visited one

24       Zakat Committee but not one in this indictment.  Burns,

25       Miranda and Avi have never set foot inside a single Zakat

14:27 1    Committee.  Not one of them told you that they had spoken

2    to a single Palestinian about the reputation of these

3    committees or charities.  But Mr. Abington wasn't the only

4    one in the United States Government who doesn't consider

5    Zakat Committees to be part of HAMAS.

6         Remember the documents from the U.S. Agency for

7    International Development.  That agency, USAID, actually

8    give material support to Al Razi Hospital which the Jenin

9    Zakat Committee ran, and did so ten years after Avi claims

10   it was already HAMAS.  And they have a press release.

11   They were proud of it.  August 26, 2002.  USAID provided

12   supplies to Al Razi Hospital, the United States

13   Government, 2002, and they also -- And you have these

14   documents.  Defendant's Exhibits 1010 and 1076.  They

14:27 15   actually vetted these committees, cleared them, checked

16   them, said it's okay to work with Tulkarem and Qalqilla,

17   and in fact, charities worked with USAID including CAIR,

18   C-A-I-R, sent money to the Nablus Zakat Committee.  The

19   government has never contradicted that evidence because

20   they can't.

21        And think about Dr. Brown, who's a professor for

22   George Washington University.  He has devoted his entire

23   professional life to studying Palestinian civil society

24   and Islam.  He visited to two Zakat Committees.  Talked to

25   their directors, talked to Palestinian scholars.  And he,

14:27  1    too, speaks and reads and writes Arabic, and he, like Mr.

2    Abington, doesn't have an axe to grind.  No dog in this

3    fight.  He didn't allow us to pay him because he wanted to

4    make sure he was impartial.  He put his reputation on the

5    line to come in and testify on behalf of these men who

6    were charged with terrorism.  But he told you clearly the

7    Zakat Committees and charitable societies are not part of

8    HAMAS, are not controlled by HAMAS, and no Palestinian he

9    talked to ever told him otherwise.  He even discussed the

10    conversation he had with the Director of the Ramallah

11    Zakat Committee, and you remember he said the guy had a

12    moustache and no beard and he had never seen anyone in

13    HAMAS look like that, and the director told Professor

14    Brown, "Whatever politics you have outside this committee,

14:27  15    you leave at the door."  The government didn't challenge

16    that evidence either because it can't.  So it's no

17    surprise that the Zakat Committees and the charitable

18    societies in the indictment aren't on the specially

19    designated terrorist list.  They are not there because

20    they are not part of HAMAS, not controlled by HAMAS and

21    they don't act on behalf of HAMAS.

22         So how does the government explain why they are

23    not on the list?  Well, you heard Dr. Levitt give some

24    reasons, and you heard Mr. Jonas talk about it.  But none

25    of them make sense.  The first reason Dr. Levitt gave you:

14:27 1   There is not enough time in the day to designate as a

2   terrorist everyone that needs to be designated.  Take a

3   look at Defendant's Exhibit 1111.  This is the current

4   list.  It contains thousands of names.  It's little tiny

5   print.  I'll just put one page up here.  Look at all of

6   those names on one page.  When you can go through -- And

7   you'll have it at your leisure to look at.  Don't you

8   think if these Zakat Committees were controlled by HAMAS

9   or controlled by the HAMAS wing, as the government claims,

10  that they could have found time to designate at least one

11  of them?  There is another problem with Dr. Levitt's

12  not-enough-time-in-the-day argument.  Why couldn't the

13  State Department at least have told John Bryant, the

14  former congressman that represented Holy Land, that it

14:27 15  considered the Zakat Committees to be part of HAMAS.  It

16  might not have been as official as a formal designation,

17  but it would have had the same affect.

18       You heard the phone call, and you will have it

19  with you where Shukri said he wanted to see the list.

20  This is 13-83.  It was right when the list came out in

21  1997.  He said "I need to see the list so I know who we

22  can't give money to."  That call is very important, and I

23  hope you will look at it when you get back in the

24  juryroom.  It's dated April 23rd, 1996.  So the FBI knew

25  about that call in 1996 because, of course, they taped it.

14:27  1    Shukri was talking to Ghassan Elashi, and he said "You

       2    have to abide by the law."  Why did they have this?  Why

       3    did they know about it?  Because they were worried about

       4    it.  They wanted to make sure.  They knew about what was

       5    going on in Israel and Palestinian and they wanted to make

       6    sure that they stayed on the right side of the law.

       7            Judge Fish will also instruct you another very

       8    important instruction.  Keep in mind when you are thinking

       9    about this, and that's the definition of the word

      10    "willfully."  The government has to convince you beyond a

      11    reasonable doubt that Shukri acted willfully.  "Willfully

      12    means to act voluntarily and purposefully with a specific

      13    intent to do something the law forbids with a bad purpose

      14    to disobey or disregard the law."

14:27 15            When you go back to the juryroom and try to

      16    figure out whether the government has proven beyond a

      17    reasonable doubt that Shukri acted willfully, read the

      18    transcript of this telephone call, 13-83, because it shows

      19    Shukri had no intention to disregard the law.  He wanted

      20    and intended to obey it.  That's why they hired a former

      21    congressman to go to the government and say just tell us

      22    what to do, tell us what to do differently.  We hear these

      23    reports in the press.  What is it?  Was it Israel?  We

      24    don't know.  Mr. Abington got in trouble for saying that

      25    Israel was building settlements that they didn't need

14:27   1   because he thought they were trying to just take over

2   ideologically the West Bank.  He didn't get in trouble

3   because it wasn't true.  He got in trouble because it

4   interfered with the U.S. relationship with Israel for

5   people to know that.

6          Shukri was waiting to see this list so that he

7   would know which organizations he could and which

8   organizations he could not transfer money to so that he

9   could continue to assist the people of Palestinian.  And

10   since the FBI was tapping his calls if the U.S. Government

11   wanted to stop Holy Land, all it had to do was put the

12   Zakat Committees on the list, but it never did that.  It

13   never told Congressman Bryant or Shukri to stop working.

14   Dr. Levitt had a second explanation for why the Zakat

14:27  15   Committees aren't on the list, but that's as weak as the

16   first.  He says sometimes the government doesn't designate

17   a person to avoid interfering with an investigation.  What

18   that means is the government, at least the FBI, sometimes

19   tries to manipulate the designation process to help

20   prosecute someone, and in fact, Agent Miranda attempted to

21   do just that in this case.  He admitted that in March of

22   2002, he asked his fellow agent in Washington, D.C., to

23   try to get Khalil Mishal, Jamil Hammimi and some other

24   people designated as terrorists to assist in this pending

25   investigation.  The Treasury Department did designate Mr.

14:27 1    Mishal, and in the trial in this case, the government used

2    that because every time they refer to Khalil Mishal, they

3    didn't say Khalil Mishal; they said Specially Designated

4    Terrorist Khalil Mishal over and over.  So we know the FBI

5    tries to manipulate the terrorist designation process to

6    help prosecute people, but does that explain why the

7    committees aren't on the list?  It really doesn't.  It

8    might explain why they left them off the list before they

9    closed Holy Land.  Although that seems unfair, the FBI may

10    have wanted to lull Holy Land into doing business so that

11    it could prosecute its officers later as it's doing now,

12    but that doesn't explain why it didn't put the Zakat

13    Committees on the list after they closed Holy Land.

14    Remember, Holy Land was closed in 2001.  It's now 2007.

14:27 15    Imagine how much stronger the government's case would be

16    if they could refer to the Ramallah Zakat Committee as

17    Specially Designated Terrorist Ramallah Zakat Committee.

18    Don't you think if it really thought the Ramallah Zakat

19    Committee was HAMAS that it would want to notify other

20    American charities not to deal with it?  But it hasn't

21    done that.

22         Dr. Levitt's third reason was another one that

23    Mr. Jonas raised.  He said well there is no need to

24    designate them separately because they are already

25    included in the designation of HAMAS.  That argument has

14:27 1    two big holes.  The first one is the Treasury Department

2    has designated a whole bunch of organizations that Mr. Avi

3    claims are part of HAMAS -- INTERPAL, CVSP, Sanabil,

4    Al-Aqsa and Holy Land Foundation.  And now it just

5    designated Al Saleh, even though it says they are all

6    controlled by HAMAS.  So if they are all part of HAMAS, as

7    he told you they were, there is no need for the Treasury

8    Department to designate them separately, but they did.

9    The Director of OFAC explained why they designated

10   separately.  To use their own words, "Because it alerts

11   the world to the organization's true nature and cuts them

12   off from the financial system."  That's how it tells

13   people not to do business with them.

14            There is another big hole in everything included

14:27 15   in this HAMAS argument, and that's Executive Order 12947,

16   and that's really important.  And you'll have this, also.

17   It looks like this so that you can find it.  And on the

18   second page, it says -- It authorizes the Secretary of

19   Treasury and the Attorney General and the Secretary of

20   State to designate any person or organization it

21   determines is owned or controlled by or acts for or on

22   behalf of a designated organization like HAMAS.  So once

23   HAMAS was designated, the Treasury Department is supposed

24   to use this part of the President's Executive Order to

25   designate all the organizations that are controlled by

14:27  1    HAMAS or act on behalf of HAMAS.  That's how it alerts the

2    world to their true nature.  That's how it keeps people

3    from funding them, and that's what the Treasury Department

4    does.  That's what it just did with Al Saleh.  That's what

5    it did with Al-Aqsa and etcetera.  So Dr. Levitt is

6    frankly wrong when he told you that designating HAMAS is

7    the same thing as designating the Zakat Committees.

8    And you know something interesting?  Dr. Levitt

9    knows the importance of the designation process.  You

10    remember when I questioned him about why he was willing to

11    appear on Arab television station Al Jazeera and my

12    question was like, Well, Al Jazeera is an Arabic language

13    station, and it has programs and been known to report some

14    things from terrorists, and I asked him, I said, "Well,

14:27 15    why are you willing to appear on Al Jazeera, even though

16    the Israeli government has accused of it of fomenting

17    terrorism?"  What was his answer?  "It's not designated."

18    He was quick to justify appearing on Al Jazeera, and he

19    said "I don't agree with anything they say, of course, but

20    I get on there to debate with them, and it's not

21    designated so it's okay."

22    Now, the same thing when Congress asked the

23    Director of USAID why USAID continues to work with the

24    Islamic University of Gaza.  Look at 1008.  This is what

25    it looks like.  It's a transcript of a Congressional

14:27  1    hearing.  They said, Well, how come you are continuing,

2    USAID, to work with these organizations?  And Congress is

3    worried about that.  And they said they are not

4    designated, and if they are not designated according to

5    OFAC's -- We assume we can continue to work with them.

6    Same answer Dr. Levitt gave when I asked him why he would

7    appear on Al Jazeera:  Because it's not designated.  To

8    this very day the Treasury Department has never alerted

9    the world that it considers the Zakat Committees to be

10    controlled by HAMAS and not charitable organizations.

11         But these prosecutors want you to act as if they

12    had been designated.  They want you to ignore reality.

13    They want you to rely on Avi instead of the designation

14    list.  Avi testified as a representative of Israel, the

14:27 15    very government that occupies Palestine.  The very

16    government that deports people without charges, demolishes

17    homes, etcetera.  That's who they want you to rely on.  It

18    seems the ISA, the organization that Avi works for, the

19    organization that inters people without charges for years.

20    And the Government of Israel makes little distinction

21    between who's a terrorist and who's just a Palestinian

22    seeking to return to his homeland or seeking to help his

23    people survive.  Avi did the same thing that the

24    government did here.  He brought a handful of items from

25    the tens of thousands that Israelis collected during

14:27 1    Operation Defensive Shield and the later military

2    operations.  All way after Holy Land closed, by the way.

3    He like, Agent Burns, only showed you that which supported

4    the conclusion that they were HAMAS.  He didn't bring you

5    the FATAH posters that Mr. Abington said he saw on the

6    walls of Zakat Committees when he visited or the pictures

7    of Yasser Arafat who opposed HAMAS and Mr. Abington said

8    he saw on the walls of Zakat Committee when he visited.

9    We were able to find documents from the Holy Land files

10   that the government didn't want you to see.  We don't have

11   any way to bring you the documents, posters, pictures from

12   the Zakat Committee that the Government of Israel didn't

13   want you to see.  And you recall the U.S. -- what the U.S.

14   government thinks about Israel intelligence, that's it's

14:27 15   not reliable.  Ed Abington testified that Israelis have an

16   agenda in terms of trying to influence the thinking of

17   U.S. policy makers.  They apply intelligence in a

18   selective fashion.  He also said the U.S. government does

19   not accept Israeli intelligence at face value.  The

20   government never challenged this.

21        Judge Fish will give you another instruction on

22   how to determine the credibility or honesty of the

23   witness.  Did the witness have a particular reason not to

24   tell the truth or a personal interest in the outcome or a

25   relationship with a government?  How can you rely on

14:27  1    anything Avi said here knowing that the branch of the

       2    United States Government in charge of intelligence does

       3    not -- is not willing to accept Israeli intelligence at

       4    face value.  How can you find Shukri Abu Baker guilty

       5    beyond a reasonable doubt based on that kind of evidence?

       6    Avi claims that he knew the Zakat Committees were

       7    HAMAS-controlled as early as 1991, the whole time that the

       8    FBI was wiretapping Holy Land.  Don't you know -- Don't

       9    you know if the FBI thought there was a serious threat to

      10    national security that this money from Holy Land was going

      11    to support terrorism, it would have done something about

      12    it?  It was listening from 1993.

      13         The government made a big point of showing you

      14    that HAMAS started suicide bombings in 1994 and even told

14:27 15    you some American citizens who happened to be in Israel

      16    were killed.  Don't you know that the FBI -- if the FBI

      17    thought Holy Land money was going to the same terrorist

      18    organization that was killing innocent civilians, they

      19    would have done something about it?  Why didn't they?

      20    Because the Holy Land money was going to legitimate

      21    charities and desperately poor people, not to HAMAS.  They

      22    didn't designate these committees because they didn't have

      23    the evidence to designate them, even though the standard

      24    for designating someone a terrorist is simply reasonable

      25    cause, reasonable cause, a very low standard of proof.

14:27  1    They don't have to go in front of a judge or court to

2    designate, and they couldn't even do that.

3            You may remember the end of the government's

4    case, one of the prosecutors stood up and read the

5    designation of Holy Land as a specially designated

6    terrorist, and I doubt that it came as a surprise to you

7    that the Holy Land was designated, but there a couple of

8    points about that that I want to point out to you.  If you

9    will take a close look at that -- I don't seem to have

10   that one here.  But it's Government's Exhibit 11-5.  You

11   will notice the Treasury Department designated Holy Land

12   because it found reasonable cause to believe that Holy

13   Land had been determined to meet the criteria of the

14   Executive Order.  Now for you to find Shukri guilty of

14:27 15   crimes charged, you have to find that the government

16   proved its case beyond a reasonable doubt.  The difference

17   between reasonable cause and proof beyond a reasonable

18   doubt is huge.  Proof beyond a reasonable doubt, as we

19   have talked about, "is proof so convincing that you would

20   rely on it and act without hesitation in the most

21   important of your own affairs."  Without hesitation.

22   Think about that.  It's the highest standard we have in

23   the law.  Reasonable cause, on the other hand, as I say,

24   doesn't require a trial or even a judge.

25           I want to make another point.  There is also a

14:27  1    stipulation in this case.  It's Court Exhibit 9.  That's

       2    an agreement between the prosecution and the defendant.

       3    And this is an agreement which says that none of the

       4    individual defendants on trial here has ever been

       5    designated.  To this very day, not a single one of these

       6    men -- not Shukri or any of the others -- has ever been

       7    designated and put on the Treasury Department's list.

       8    None of them appear on this list, with thousands and

       9    thousands of people on it.  To this very day the Treasury

      10    Department has not even found the very low standard of

      11    reasonable cause to determine that Shukri meets the

      12    requirements to be designated as a terrorist.

      13          Now, I expect that Mr. Garrett will get up

      14    tomorrow or perhaps Wednesday and say, Well, the failure

14:27 15    to designate them doesn't mean anything because the

      16    designation of Holy Land made it unnecessary to designate

      17    them individually.  But that's not true.  The Treasury

      18    Department designated HAMAS, and then it designated key

      19    HAMAS officials -- Sheikh Yassin, Khalil Mishal, Mousa Abu

      20    Marzook and several others.  The Treasury Department

      21    designated the Al Saleh Society and then designated its

      22    director at the same time.  If you flip through this

      23    document, Defendant's Exhibit 1111, you will see the

      24    Treasury Department has designated hundreds and hundreds

      25    of individuals.  That means the Treasury Department when

14:27  1    it has reasonable cause to designate both an organization

2    and its director and officers, that's what it does.  It

3    doesn't just designate the organization and then give the

4    officers a pass.  The fact that it didn't designate Shukri

5    and these other gentlemen means only one thing.  It didn't

6    have the evidence to designate, and if the Treasury

7    Department couldn't find enough evidence to meet the very

8    low standard of reasonable cause for Shukri, you can be

9    sure there is not enough evidence to get you to the very

10    high standard of proof beyond a reasonable doubt.

11         One more point and this is important.  If you

12    find Shukri not guilty of providing material support to

13    HAMAS, you must find him not guilty on the tax and money

14    laundering counts because those charges all rely on the

14:27 15    same theory.

16         Ladies and Gentlemen, you have been very patient

17    with me, and I thank you.  After all the defense lawyers

18    speak to you, the prosecutors will get to argue one more

19    time, and that's because this very high burden remains on

20    them, remains right here on this table.  That's where it

21    is now, and that's where it was, and that's where it

22    remains.  And it remains with them to prove each and every

23    element of every crime.  You know where the doubts are.  I

24    have tried to show you some, and you have heard the

25    others.  You have heard that not even the United States

14:27  1    Government will accept Israeli intelligence at face value

       2    and that all of this really comes back to Avi.  Miranda

       3    and Burns relied on Avi, and Levitt relied on Israeli

       4    sources.  So that's really where this all comes from.  You

       5    have heard the prosecution agree that Shukri has never

       6    been designated and stipulated to that.  I'm asking you to

       7    focus on the proof and the doubt that you know exists.

       8    Don't permit Mr. Garrett when he stands up to wrap himself

       9    up in the American flag and appeal to your emotions.  You

      10    have to wrap yourselves in the American flag.  You have to

      11    make certain that this trial is decided fairly and on all

      12    the facts, not just selective facts.  This case has to be

      13    decided on what you know is certain now about what they

      14    tried to prove.  If anything, one thing, makes you

14:27 15    hesitate about the prosecution's evidence, that's all the

      16    doubt you need to find Shukri not guilty.  Make sure,

      17    please, that in the private place you go, when you make

      18    the most important decisions in your life, make sure that

      19    the prosecution has removed every single reasonable doubt

      20    you have.  You don't have to explain or justify your

      21    doubt, and no one should try to talk you out of it.  If

      22    you have a doubt, even if you can't put it into words, if

      23    you have a doubt -- it only takes one -- then the law

      24    requires you to hold onto it and let that be your verdict.

      25           The American justice system is what sets us

14:27 1    apart from other countries.  It's the foundation on which

2    this country was created and what we all hold so dear.

3    Your part, holding the prosecution to that high burden is

4    the most important part in the entire criminal justice

5    system because it gives all of us the assurance that no

6    one will be convicted of a crime just because the

7    government wants to see that happen.

8         I know, Ladies and Gentlemen, that you have all

9    listened carefully, and again, I thank you for that and

10   Shukri Abu Baker thanks you for that.  I know you will

11   weigh the evidence carefully, and I know that after you do

12   that you will come to the only conclusion that is just and

13   the only conclusion that is fair and the only conclusion

14   that upholds the American justice system, and that is that

14:27 15   you will find Shukri Abu Baker not guilty.  Thank you.

16              Thank you, your Honor.

17         THE COURT:  Ladies and Gentlemen, I have told

18   you earlier that I wanted insofar as possible not to

19   interrupt the presentation of any of these counsel during

20   the closing argument.  So I think this would be a good

21   time to take our overnight recess so that we don't go into

22   the presentation of the next counsel who will argue.

23         While we're apart this evening please continue

24   to observe the instructions I have given you regarding

25   your conduct as jurors.  We'll be in recess until nine

14:27 1    o'clock tomorrow morning.

2                (Jury out)

3                THE COURT:  Ladies and Gentlemen, Ms. Hollander

4    stayed within her allocated one and a half hours.  So I

5    think we're on schedule for the time limits agreed upon by

6    the defense.

7                One other housekeeping matter I wanted to check

8    about is what progress has been made in ascertaining what

9    documents or other tangible things were admitted into the

10   record during the trial.  I understood when we were

11   together last week that was an ongoing process, but I

12   haven't heard any updates.

13               MS. DUNCAN:  Your Honor, I met with Mr. Jacks,

14   and we went through the exhibit list, and we have agreed

14:27 15   on almost all the exhibits, and my understanding Mr. Jacks

16   sent an e-mail to Ms. Casey to look at the record to see

17   if those exhibits were admitted.

18               THE COURT:  Ms. Casey says according to her

19   there is no dispute.  She apparently sent an e-mail.

20               Counsel for the government have anything?

21               MR. GARRETT:  The only thing I would bring to

22   your attention on this jury instruction, Mr. Cline and I

23   are going to meet after court today to see if we can come

24   to an agreement about that and have it to you no later

25   than first thing in the morning.

14:27  1          THE COURT:  Okay.  Anything from the defense?

       2          MS. MORENO:  No thank you, your Honor.

       3

       4

       5

       6

       7

       8

       9

      10

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

1                         I N D E X

2     Arguments                                      Page

3     Government...........................................6

4     Defendant Abu Baker..............................104

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                C E R T I F I C A T I O N

2

3       I, Cassidi L. Casey, certify that during the

4 proceedings of the foregoing-styled and -numbered cause, I

5 was the official reporter and took in stenotypy such

6 proceedings and have transcribed the same as shown by the

7 above and foregoing Pages 1 through 161 and that said

8 transcript is true and correct.

9

10       I further certify that the transcript fees and format

11 comply with those prescribed by the court and the Judicial

12 Conference of the United States.

13

14

15

16

17                       s/Cassidi L. Casey

                        _____

18                       CASSIDI L. CASEY

                      UNITED STATES DISTRICT REPORTER

19                       NORTHERN DISTRICT OF TEXAS

                      DALLAS DIVSION

20                       LICENSE NUMBER 1703

21

22

23

24

25

**< A >**

**AARON** 2:4

**Abdallah** 64:22, 65:2, 65:4, 66:22, 69:14

**Abdel** 65:23, 82:9, 90:20

**Abdulqader** 2:11, 7:25, 19:6, 31:17, 48:17, 48:20, 48:23, 49:17, 49:19, 50:3, 50:9, 51:12, 52:6, 57:16, 57:17, 58:11, 58:25, 59:12, 59:21, 62:20, 70:5, 88:16

**Abdulraham** 7:24, 19:7, 44:6, 45:20, 67:19, 68:5, 99:19, 99:24, 129:8

**abhor** 101:10

**abhors** 43:24, 44:1

**abide** 145:2

**ability** 127:10

**Abington** 74:15, 75:10, 84:15, 92:14, 105:4, 120:8, 120:10, 120:13, 120:22, 121:7, 121:15, 128:19, 128:21, 133:6, 139:17, 140:6, 141:7, 141:18, 142:3, 143:2, 145:24, 151:5, 151:7, 151:15

**able** 23:2, 100:22, 139:2, 151:9

**above** 71:16, 161:7

**Absolutely** 26:19, 35:12, 96:24

**accept** 5:14, 43:20, 151:19, 152:3, 156:1

**acceptable** 50:22

**access** 75:17, 139:21, 139:23, 140:1

**accident** 10:18

**accompanying** 14:21

**Accord** 34:16, 35:4

**accordance** 128:6

**According** 45:14, 90:9, 105:1, 105:10, 128:21, 150:4, 158:18

**Accords** 12:25, 33:19, 33:21, 33:22, 34:3, 34:5, 34:7, 34:8, 34:15, 35:8, 36:4, 36:7, 45:11, 61:23, 99:15, 122:5, 122:24

**account** 41:22, 41:23, 41:24, 78:20, 78:21, 78:21

**accountant** 26:17, 39:19

**accounts** 70:16

**accurately** 111:14

**accused** 96:3, 149:16

**achieve** 99:8

**achieving** 16:16

**acid** 62:13

**acknowledging** 36:12, 59:14, 90:6

**acronym** 39:8

**across** 21:12, 27:14

**act** 8:11, 15:12, 30:15, 40:17, 53:6, 113:22, 128:2, 128:6, 135:1, 143:21, 145:12, 149:1, 150:11, 153:20

**acted** 145:11, 145:17

**Action** 22:14, 22:23, 23:12, 23:17, 23:22, 24:1, 27:3, 30:13, 30:15, 37:21, 39:15, 45:4, 60:16, 60:18, 61:9, 61:10, 137:18

**actions.** 126:9

**activism** 36:24, 124:9

**activities** 22:25, 44:23, 72:22, 92:9

**acts** 11:14, 14:2, 15:7, 29:1, 35:23, 52:10, 62:11, 93:20, 105:23, 106:13, 106:15, 109:20, 148:21

**actual** 110:18, 116:23

**actually** 4:23, 41:19, 41:23, 76:16, 79:10, 106:2, 106:5, 107:8, 108:21, 114:6, 114:13, 123:9, 130:19, 141:18, 142:7, 142:15

**ad** 66:22

**add** 107:19, 111:10

**addition** 24:21, 106:17

**Additionally** 126:10

**address** 68:10, 113:11, 125:4, 130:7, 131:12

**adhering** 120:24

**Administrative** 26:24, 128:22

**admit** 114:19, 122:14, 131:7, 132:12

**admitted** 114:11, 132:6, 132:7, 132:9, 136:9, 146:21, 158:9, 158:17

**admonishing** 33:4

**adopt** 125:8

**ads** 66:25

**adult** 45:12

**advance** 22:22

**advantage** 99:5

**advertised** 111:24

**advisory** 110:13

**affairs** 22:9

**affairs.** 135:2, 153:21

**affect** 144:17

**affects** 34:16

**affiliated** 73:5, 92:1, 93:3

**affiliation** 97:21

**afraid** 34:19, 111:16, 111:20, 112:6, 123:12, 128:16, 128:23, 128:24

**After** 6:16, 11:16, 24:16, 34:8, 35:8, 36:4, 37:15, 37:20, 45:11, 48:8, 63:11, 65:12, 74:20, 81:23, 109:20, 117:20, 118:18, 118:25, 119:12, 125:7, 127:23, 129:2, 129:14, 129:16, 129:21, 131:8, 134:22, 136:8, 136:19, 140:18, 142:9, 147:13, 151:2, 155:17, 157:11, 158:23

**afternoon** 77:23, 103:25, 109:22

**against** 33:6, 33:8, 34:2, 34:5, 35:11, 35:22, 35:25, 36:5, 36:9, 44:19, 62:11

**Agency** 104:25, 139:20, 142:6, 142:7

**Agenda** 31:1, 37:14, 137:17, 151:16

**agendas** 33:19

**Agent** 54:19, 60:4, 60:13, 66:25, 79:4, 114:11, 115:22, 116:13, 116:13, 118:1, 118:24, 122:17, 129:15, 130:4, 130:10, 131:7, 132:12, 132:25, 135:18, 136:9, 146:20, 146:22, 151:3

**agents** 141:10

**Agha** 42:1, 42:2, 42:5

**ago** 9:1, 31:12, 37:24, 64:24, 65:3, 91:9, 138:1

**agree** 77:12, 100:11, 149:19, 156:5

**agreed** 76:14, 98:8, 103:17, 135:16, 158:5, 158:14

**agreement** 24:17, 34:24, 98:9, 98:11, 99:12, 99:15, 99:15, 126:1, 154:2, 154:3, 158:24
**agreements** 34:22
**ahead** 46:5, 49:14, 76:21, 76:24, 77:24
**Ahmad** 10:7, 10:8, 27:13, 30:23, 32:8, 37:5, 39:21, 40:1, 40:4, 100:9, 100:13
**Ahmed** 39:24, 137:12
**aid** 73:17, 104:11, 104:12, 104:14, 109:11, 109:12
**aided** 99:5
**aims** 126:13
**Airport** 116:10
**Aker** 130:4, 130:19, 130:24, 131:9, 131:11
**Al** 1:11, 13:21, 42:1, 42:2, 42:5, 132:20, 137:10, 137:12, 137:15, 137:16, 137:18, 138:5, 138:14, 142:8, 142:12, 148:5, 149:4, 149:11, 149:12, 149:15, 149:18, 150:7, 154:21
**Al-aqsa** 37:24, 38:3, 72:14, 138:15, 148:4, 149:5
**Alami** 43:8
**Albright** 34:10
**Albuquerque** 1:46
**alerted** 150:8
**alerts** 137:18, 137:23, 148:10, 149:1
**align** 29:4
**Alikum** 67:20
**alleged** 113:22
**allocated** 4:15, 102:11, 103:16, 158:4
**allocation** 76:18, 77:1
**allotted** 4:10
**allow** 143:3
**allowed** 9:6, 52:8, 52:13, 93:12
**almost** 6:23, 29:19, 74:22, 76:1, 78:24, 89:3, 158:15
**alms** 108:8
**alone** 135:10
**along** 21:15, 30:22, 66:3, 82:20, 114:3, 119:6, 130:18, 139:12

**already** 20:7, 36:22, 142:10, 147:24
**Although** 102:14, 109:19, 123:15, 147:9
**always** 63:14, 106:25, 124:19
**am** 51:6, 51:12, 59:1, 76:8, 76:25, 102:2, 107:19, 112:21, 115:9
**amending** 25:19
**Amendment** 112:24, 125:14, 125:18, 126:3
**America** 1:5, 23:18, 24:12, 33:2, 42:5, 68:20, 68:22, 100:2, 101:13, 106:2, 106:3, 127:4, 140:8, 140:16
**America.** 24:4, 28:10, 99:23, 99:25
**American** 8:7, 14:7, 23:22, 29:8, 29:10, 29:25, 31:4, 35:20, 35:24, 36:10, 36:13, 37:10, 39:9, 44:3, 44:5, 45:8, 51:23, 55:13, 61:24, 62:25, 100:17, 101:16, 109:14, 113:10, 128:6, 128:7, 147:20, 152:15, 156:9, 156:10, 156:25, 157:14
**Americans** 70:2, 111:5
**Americas** 66:8
**Amicable** 127:1
**Among** 10:19, 14:22, 24:22, 53:5, 102:10, 103:17, 139:7
**amount** 4:15, 41:1, 66:13, 71:19, 73:13
**analysis** 5:13
**Anees** 129:9, 129:13
**Angeles** 18:16, 18:19, 57:10, 64:25
**announce** 15:2
**announcing** 58:21
**annulment** 99:14
**Answer** 8:13, 26:18, 30:11, 149:17, 150:6
**answered** 26:20
**anticipate** 5:1
**anxiety** 66:4
**any** 5:12, 6:5, 6:13, 6:14, 10:20, 10:21, 32:6, 76:5, 103:6, 103:20, 104:18, 106:4, 113:22, 115:1, 117:7, 121:21,

127:3, 129:6, 129:17, 133:10, 134:6, 148:20, 151:11, 154:6, 157:19, 158:12
**anybody** 26:18, 95:16
**anymore** 137:21
**anyone** 9:6, 32:16, 53:2, 104:10, 106:14, 108:24, 115:16, 141:19, 143:12
**Anything** 63:1, 106:10, 110:22, 117:10, 132:24, 133:3, 140:22, 149:19, 152:1, 154:15, 156:14, 158:20, 159:1
**apart** 157:1, 157:23
**apologize** 130:17
**apparatus** 21:23, 22:3, 24:7, 73:5
**apparatuses** 22:15
**apparently** 103:17, 158:19
**appeal** 156:9
**appear** 36:2, 63:14, 80:3, 149:11, 149:15, 150:7, 154:8
**appeared** 9:2
**appearing** 149:18
**appears** 62:12, 63:19, 128:24, 135:20
**application** 113:12
**applied** 54:21
**apply** 151:17
**appoint** 128:3
**appreciate** 7:1
**approach** 124:13
**approaching** 35:16
**Approximately** 77:1, 102:13, 102:21, 102:22, 105:6
**April** 41:5, 116:16, 119:8, 144:24
**Arab** 23:21, 149:11
**Arabia** 54:22, 113:7
**Arabic** 25:8, 28:8, 33:12, 43:14, 44:1, 51:22, 100:25, 108:7, 117:2, 131:3, 140:5, 143:1, 149:12
**Arafat** 33:25, 121:17, 140:5, 151:7
**Arches** 117:6
**archivist** 20:24
**Area** 12:3, 123:6, 124:14
**aren't** 17:18, 92:6, 114:22, 143:18, 146:15, 147:7

**arena** 23:22
**arenas** 23:21
**argue** 4:8, 8:23, 155:18, 157:22
**arguing** 6:2
**argument** 4:11, 4:22, 4:25, 5:17, 5:19, 5:21, 5:23, 8:3, 102:3, 103:12, 114:7, 144:12, 147:25, 148:15, 157:20
**Arguments** 4:17, 4:18, 5:11, 77:5, 108:1, 160:2
**Arizona** 47:18
**arm** 28:21, 40:15, 127:5
**arms** 16:20
**arose** 37:22
**Around** 10:14, 13:22, 18:14, 49:25, 60:1, 79:25, 85:24, 87:9, 87:15, 96:2, 103:4, 104:15, 136:7, 140:6
**arrange** 102:2
**arrangement** 38:5
**arrest** 18:9
**arrested** 17:22, 18:8, 50:2
**Arrived** 43:19
**article** 65:24, 66:2
**ascertaining** 158:8
**Ashqar** 28:6, 28:7, 30:24, 35:15, 37:23, 37:24, 37:25, 38:5, 38:6, 38:14, 38:15, 38:17, 38:19, 39:10, 40:8, 62:5, 62:5, 79:19, 79:19, 79:21, 80:16, 85:17, 115:24, 116:2, 127:25
**Ask** 47:9, 53:7, 76:3, 76:4, 76:11, 95:25, 103:3, 111:3, 111:10, 115:9, 116:18, 119:19, 121:4, 124:15
**asked** 29:16, 132:25, 146:22, 149:14, 149:22, 150:6
**asking** 23:15, 66:16, 156:6
**asks** 53:2
**Aspect** 26:24, 27:16
**Aspects** 27:3
**assembled** 126:13
**Assessment** 104:24
**Assets** 96:8, 137:22
**assist** 146:9, 146:24
**assistance** 21:24
**Assistant** 1:29
**assisting** 135:20

**associated** 7:11, 126:12
**Association** 20:6, 20:14, 24:3, 24:22, 32:21, 43:12, 66:8
**Association.** 24:23
**associations** 125:20, 125:23
**assume** 150:5
**assurance** 157:5
**atop** 17:12
**attack** 14:6, 45:19, 127:1
**attacks** 10:13, 10:14, 10:17, 14:8, 14:14, 14:16, 14:24, 15:3, 34:7, 34:8, 82:10, 82:14, 82:14, 91:15
**attempt** 12:25, 55:12
**attempted** 109:1, 146:20
**attempts** 134:3
**attend** 31:1, 31:7, 31:20
**attendance** 31:17
**attended** 111:17
**attendees** 31:3, 32:15
**attention** 6:25, 18:12, 21:22, 65:20, 69:11, 72:1, 77:7, 112:17, 112:22, 158:22
**Attorney** 1:29, 148:19
**audience** 56:2
**audited** 100:21
**August** 116:24
**Authority** 34:19, 92:17, 140:4, 140:19, 141:3
**authorizes** 148:18
**available** 51:23, 84:13, 84:14, 140:12
**Avenue** 2:16, 3:7
**avenues** 74:1
**avoid** 105:16, 108:4, 109:12, 146:17
**aware** 131:10
**away** 62:13, 89:19, 127:9
**away.** 125:10
**axe** 143:2
**Azzam** 64:22, 65:2, 65:4, 65:23, 66:22, 69:14


**< B >**
**B.** 49:13, 49:23, 69:24, 87:11
**babies** 48:10, 107:5
**backed** 38:17
**background** 88:15, 109:19

**backpacks** 107:4
**backyard** 46:24, 56:25, 58:10
**bad** 140:22, 145:13
**Baker.............................104** 160:4
**band** 48:17, 48:18, 49:8, 57:17, 62:20
**bands** 50:19
**Bank** 9:24, 11:25, 13:4, 17:16, 17:18, 38:2, 39:2, 41:25, 57:9, 57:10, 67:13, 70:15, 70:15, 71:19, 71:24, 72:5, 73:14, 73:21, 78:19, 86:2, 93:23, 99:6, 116:18, 123:11, 123:13, 128:18, 131:21, 135:17, 140:6, 141:4, 141:5, 146:2
**banner** 23:8
**Banque** 41:22
**bar** 14:7
**Barasse** 20:22, 20:22, 21:4, 21:8, 26:15, 27:5, 27:5, 28:14, 29:18, 30:14, 50:6, 53:14, 68:16, 69:18, 72:19, 74:24, 81:14, 82:20, 86:21, 87:24, 89:24, 92:25, 100:24, 115:20
**barbecue** 47:5
**BARRY** 1:26
**Based** 10:8, 34:1, 42:7, 95:7, 95:8, 134:22, 135:3, 152:5
**Basically** 9:14, 13:6, 40:23, 60:17, 60:20
**basis** 14:11, 112:7, 125:15, 125:22
**basketball** 100:10
**bat** 34:4
**beard** 143:12
**beautiful** 45:22
**became** 10:22, 11:9, 11:11, 42:16, 87:6, 94:25
**become** 16:7, 16:13, 48:6, 90:8, 94:9, 128:24
**becomes** 97:1
**bedding** 134:13
**began** 95:7, 104:2
**begin** 5:2, 5:19, 77:5, 103:13, 103:19
**beginning** 5:23, 19:4, 22:13,

24:1, 32:8, 53:8, 138:22
**begins** 109:19
**behalf** 7:19, 8:12, 38:3,
39:16, 39:22, 56:1, 60:2,
61:14, 62:3, 63:20, 63:21,
64:12, 77:11, 78:5, 109:4,
111:3, 114:23, 143:5, 143:21,
148:22, 149:1
**behind** 25:12, 93:22, 99:19,
136:5
**Beitawi** 64:1, 79:17, 79:20,
79:21, 80:12, 80:14, 81:15
**beliefs** 69:8, 125:22, 125:22
**believe** 4:9, 10:17, 22:5,
35:3, 42:17, 65:4, 100:10,
110:2, 112:13, 114:9, 126:22,
132:18, 153:12
**believed** 10:16
**believers** 68:25
**believing** 101:16, 101:22
**belong** 133:13
**belt** 88:12
**benefit** 99:24
**benevolent** 15:18
**benign** 15:18, 100:23
**Benjamin** 123:8
**Besides** 59:18, 75:15, 79:1,
80:20, 82:3
**best** 67:10, 73:7
**Bethlehem** 84:16, 84:16,
84:19, 84:20, 84:20, 84:23,
84:23, 85:1, 85:1, 85:7,
85:12, 140:10
**better** 69:23, 70:4, 70:9,
77:20, 105:21
**beyond** 70:20, 134:24,
135:9, 145:10, 145:16, 152:5,
153:16, 153:17, 153:18,
155:10
**bias** 120:4
**bid** 130:24, 131:2
**big** 16:9, 17:13, 17:24, 18:2,
122:6, 125:1, 148:1, 148:14,
152:13
**bigger** 136:21
**bit** 102:4, 122:9
**bits** 123:3, 123:4, 123:5,
133:24
**blaming** 115:16
**blankets** 134:13

**bless** 67:9
**blindly** 79:9
**block** 6:11
**blood** 57:19
**Board** 18:25, 26:1, 26:4,
26:19, 81:18, 110:13
**bodies** 61:24
**body** 13:7, 13:8
**boilerplate** 68:8
**bolster** 116:6
**bomb** 14:16, 14:18, 45:15,
45:17, 45:18
**bomber** 14:21, 15:5, 15:6,
15:25, 45:13
**bombers** 16:12, 89:22, 93:19
**bombing** 15:9, 44:24, 99:21,
118:18, 119:9, 119:12
**bombings** 13:25, 14:1,
34:13, 44:18, 44:19, 46:9,
46:16, 106:9, 111:19, 152:14
**bombs** 16:23, 65:7
**boobytrapped** 45:15
**book** 28:2, 28:4, 40:9, 42:3,
60:24, 89:7
**books** 20:16, 39:25, 44:9
**border** 133:20
**born** 128:14
**bosom** 23:5
**bother** 7:15, 131:12
**Bottom** 13:15, 22:1, 22:20,
43:19, 53:24, 61:3, 72:23,
100:3, 117:3
**bought** 130:20
**BOX** 2:25
**boxes** 91:21, 91:23
**BOYD** 1:43
**bragging** 59:24
**brainwash** 93:20, 94:9
**brainwashes** 16:11
**brainwashing** 93:23
**branch** 10:25, 152:1
**branches** 88:24, 88:24, 89:2
**Brazil** 128:14
**break** 34:18, 46:3, 46:6,
75:21, 76:10, 128:7, 128:8,
130:21
**breaking** 98:5, 108:5
**breaks** 34:17
**bred** 23:4
**briefings** 139:19

**briefly** 40:24, 54:20, 95:2,
130:3
**Brigades** 13:21
**bring** 8:11, 35:3, 38:6, 61:22,
64:15, 66:20, 77:6, 93:7,
151:4, 151:11, 158:21
**bringing** 62:2
**brings** 66:4
**Britain** 73:1
**broke** 78:1
**Brother** 29:19, 37:3, 70:5,
72:25, 92:15, 124:25
**Brothers** 21:12, 37:11,
67:10, 99:11, 125:4, 127:3
**brought** 7:18, 8:16, 37:25,
38:2, 55:24, 59:19, 60:3,
61:13, 62:20, 64:13, 79:19,
93:2, 101:6, 125:13, 130:2,
135:25, 136:7, 150:24
**Brown** 22:5, 75:11, 84:15,
120:9, 120:9, 120:14, 120:22,
121:15, 141:2, 142:21,
143:14
**Bryant** 107:9, 107:11,
107:15, 108:3, 144:13,
146:13
**budget** 26:1, 26:4
**budgets** 30:5
**bugged** 138:25
**bugs** 55:4
**build** 133:18
**building** 55:4, 56:11, 84:8,
92:1, 145:25
**built** 13:16
**bulletin** 54:1, 54:2
**bunch** 98:7, 148:2
**burden** 5:19, 5:20, 155:19,
157:3
**bureau** 42:22, 69:16
**buried** 16:20, 47:1, 47:3,
47:4, 58:10
**burn** 47:4
**Burns** 66:25, 79:4, 110:22,
114:11, 115:22, 116:13,
116:13, 118:1, 118:16,
118:24, 122:18, 130:4,
130:10, 131:7, 132:12,
132:25, 136:9, 141:17,
141:24, 151:3, 156:3
**bus** 14:11, 14:12

**Bush** 121:4
**business** 29:21, 29:23, 110:7, 132:4, 138:12, 147:10, 148:13
**businesses** 137:4
**buy** 97:23, 135:6
**buying** 65:6, 65:14
**bylaws** 25:19
**bypass** 133:17

< C >
**C-A-I-R** 37:10, 142:18
**C.** 48:20
**CA** 2:33
**Cadeddu** 2:14, 2:15, 102:18
**cahoots** 101:19, 115:1
**CAIR** 37:10, 37:11, 37:18, 39:9, 40:14, 142:17
**CAIR.** 37:18
**California** 2:31, 115:5, 115:6
**call** 9:12, 10:22, 13:20, 30:20, 35:14, 35:17, 38:14, 38:22, 39:20, 39:23, 39:23, 43:9, 45:19, 45:20, 55:11, 56:6, 62:16, 63:10, 63:16, 63:18, 64:8, 64:10, 66:11, 96:5, 96:11, 99:14, 129:7, 129:16, 129:20, 129:23, 129:25, 137:10, 139:23, 144:18, 144:22, 144:25, 145:18
**called** 10:24, 12:16, 18:18, 22:9, 25:21, 29:3, 37:9, 37:24, 42:23, 43:8, 43:14, 45:21, 60:15, 104:23, 114:14, 123:5, 129:22
**calling** 12:14, 94:12
**calls** 11:23, 12:8, 13:3, 13:5, 30:16, 42:21, 46:12, 63:16, 63:23, 64:2, 66:8, 66:21, 96:8, 129:4, 139:7, 139:7, 146:10
**camera** 115:25
**camouflage** 100:7
**camp** 93:15
**campaign** 123:11
**campaigned** 123:9
**camps** 93:18, 127:13
**car** 45:15

**cards** 80:25, 122:1
**Care** 70:23, 84:16, 84:17, 84:21, 84:23, 85:2, 85:8, 85:12, 112:25
**cared** 70:24
**careful** 134:23
**carefully** 111:5, 120:20, 157:9, 157:11
**caring** 118:23
**carnage** 14:10
**carried** 22:16, 122:25
**carry** 14:22, 75:2
**case** 4:9, 5:17, 6:2, 9:1, 32:22, 33:24, 44:16, 44:21, 53:2, 72:2, 97:11, 104:1, 104:6, 105:15, 105:23, 106:6, 106:15, 106:19, 109:19, 109:24, 110:15, 111:6, 112:16, 113:14, 113:18, 114:1, 116:14, 116:14, 132:9, 134:24, 136:3, 138:5, 139:13, 146:21, 147:1, 147:15, 153:4, 153:16, 154:1, 156:12
**CASEY** 3:13, 158:16, 158:18, 161:3, 161:18
**CASSIDI** 3:13, 161:3, 161:18
**cater** 127:6
**caught** 33:10, 126:19
**cause** 20:2, 21:18, 21:19, 21:23, 23:17, 23:23, 24:21, 25:10, 25:10, 25:17, 66:10, 152:25, 152:25, 153:12, 153:17, 153:23, 154:11, 155:1, 155:8, 161:4
**caused** 10:19, 109:9
**cell** 96:15
**Center** 42:16, 42:18, 54:11, 85:16
**Central** 25:21, 25:23, 26:12, 26:15, 26:20, 27:4, 72:24
**ceremonies** 90:13
**ceremony** 88:8
**certain** 10:9, 30:2, 34:8, 38:6, 42:15, 52:3, 54:17, 72:8, 106:20, 113:7, 126:11, 156:11, 156:13
**certainly** 52:8, 73:25
**certify** 161:3, 161:10
**chain** 81:1, 81:1
**Chairman** 18:24, 26:24,

27:3, 121:17, 140:4
**chairs** 131:16
**challenge** 141:21, 143:15
**challenged** 151:20
**change** 112:14, 118:8, 120:1, 132:5, 132:7
**changed** 11:18, 25:1, 58:4, 123:10, 132:13
**changer** 71:23, 71:24, 130:4, 130:7, 132:3
**changers** 71:20
**changes** 84:23
**changing** 30:8
**chant** 51:20
**Chanting** 59:1
**chapter** 9:19, 10:3, 10:5, 19:17
**chapters** 9:18, 19:16
**character** 134:25
**characteristics** 21:18
**charge** 77:10, 98:16, 152:2
**charged** 44:16, 44:21, 52:10, 52:11, 52:15, 95:18, 95:19, 98:14, 106:4, 106:15, 117:19, 128:23, 136:19, 139:13, 143:6, 153:15
**charges** 98:5, 98:7, 98:23, 104:3, 113:23, 150:16, 150:19, 155:14
**Charitable** 27:16, 38:8, 38:10, 67:11, 74:6, 87:25, 88:22, 89:4, 89:24, 90:4, 90:6, 90:8, 90:25, 96:25, 104:4, 127:5, 136:25, 137:10, 138:2, 138:9, 140:13, 140:24, 143:7, 143:17, 150:10
**charities** 8:8, 72:6, 73:10, 109:3, 137:5, 137:17, 138:17, 141:5, 141:6, 142:3, 142:17, 147:20, 152:21
**charity.** 128:9
**Charlotte** 116:10
**chart** 26:11, 26:12, 27:15
**charter** 11:17, 11:23, 11:23, 12:6, 12:8, 12:13, 12:16, 12:21, 13:3, 16:9, 16:14, 20:12, 35:7, 48:2, 68:2, 95:9
**chatter** 139:1
**check** 40:25, 67:14, 113:11, 119:5, 119:7, 131:11, 158:7

**checked** 121:25, 142:15
**checks** 110:10, 114:15, 114:16
**cheers** 51:12, 51:18, 94:11
**Chemicals** 16:22
**Chief** 19:1
**child** 14:22, 14:23, 19:11, 19:13, 84:1, 88:13, 88:13, 89:23, 94:6, 94:19, 108:11, 131:20, 131:22
**Children** 14:20, 16:10, 16:12, 50:25, 57:19, 58:13, 59:8, 62:10, 78:3, 90:15, 93:19, 93:21, 93:23, 94:3, 94:7, 94:19, 99:7, 105:16, 105:17, 106:8, 107:4, 119:11
**chose** 64:15, 74:2, 130:13
**Christian** 122:15, 123:19
**CIA** 139:19, 139:20, 139:22, 139:25, 140:1
**circumstances** 52:3
**citizen** 10:15, 45:8, 95:15, 109:14
**citizens** 111:5, 137:2, 152:15
**citizenship** 125:9
**City** 45:1, 90:2, 99:21, 118:18, 119:2
**civil** 29:13, 41:11, 142:23
**civilians** 14:4, 152:18
**civilization** 68:21, 68:24
**claim** 29:7, 125:3
**claimed** 35:16, 108:17, 113:7, 114:22, 115:13, 118:17
**claims** 142:9, 144:9, 148:3, 152:6
**clairvoyant** 4:23
**classified** 125:7
**clear** 59:2, 59:12, 83:2, 106:4, 126:18, 129:24
**cleared** 142:15
**clearing** 38:7
**Clearly** 40:1, 82:24, 122:2, 123:13, 143:6
**Cline** 2:29, 97:3, 158:22
**Clip** 47:22, 48:7, 49:23, 50:11, 51:6, 58:19, 58:24, 59:2, 62:6, 63:2, 63:8, 63:24, 69:24, 88:3
**clips** 47:14, 48:19

**close** 70:8, 112:17, 153:9
**closed** 105:10, 106:12, 112:4, 141:4, 141:6, 147:9, 147:13, 147:14, 151:2
**closely** 5:15, 77:12, 104:22, 110:3
**closing** 4:11, 4:16, 4:18, 4:22, 5:10, 77:4, 103:12, 105:25, 114:7, 157:20
**co-conspirators** 27:23
**cocounsel** 102:14
**code** 52:25, 55:9
**coincidentally** 65:23
**coincides** 5:15
**collect** 139:21
**collected** 150:25
**collecting** 26:8
**collection** 26:6
**collectively** 34:24, 103:16
**collects** 139:23
**Colombia** 123:19
**column** 78:16
**combed** 116:17
**combing** 116:15
**comes** 46:19, 51:11, 110:21, 110:25, 156:2, 156:4
**Coming** 24:14, 27:14, 40:7, 43:25, 53:18, 83:13, 84:12, 87:19, 107:16, 116:9, 117:4, 126:19
**comments** 60:7
**Commerce** 1:33, 3:14
**commit** 13:5, 13:7, 14:24
**commitment** 109:11, 109:12
**commitments** 5:5
**commits** 13:24, 14:8
**committed** 15:9, 15:12, 52:10, 78:4, 81:7
**Committee.** 32:9
**committing** 11:13, 14:2, 30:5, 35:22, 62:11, 65:15, 82:13
**common** 93:4, 93:9, 93:12, 126:13, 134:22
**communique** 15:1, 45:6
**communiques** 20:12, 24:5, 44:22, 46:7
**community** 29:8, 32:5, 36:19, 67:4, 101:14
**companies** 67:1, 67:2

**company** 21:11, 42:7, 42:8, 55:3
**compensated** 133:23
**complete** 130:11
**completely** 12:4, 104:10
**completes** 78:10
**completion** 78:8, 100:12
**comply** 107:10, 161:11
**component** 97:12, 97:16
**compromise** 123:11
**computation** 87:3
**computer** 60:5
**conceal** 29:9, 29:24, 33:3, 55:12, 55:15, 100:2
**concealed** 89:18
**concealing** 41:15
**Concealment** 29:10, 41:15
**concern** 11:2, 34:15, 34:17, 109:8, 121:2
**concerned** 32:24, 54:11, 54:14
**conclusion** 4:18, 4:25, 151:4, 157:12, 157:13, 157:13
**conditions** 133:4
**condone** 106:14
**conduct** 113:22, 157:25
**conferences** 12:17, 12:20, 34:2, 56:20, 93:7, 111:17
**confidence** 66:3
**conflict** 8:22
**conflicts** 38:8
**confront** 22:16
**Congress** 9:16, 95:9, 149:22, 150:2
**Congressional** 149:25
**Congressman** 107:9, 108:3, 144:14, 145:21, 146:13
**conjunction** 83:1
**connect** 123:21
**connected** 28:4, 42:9, 54:4, 60:15, 60:20, 61:14, 82:9, 83:13, 86:3
**connecting** 77:10
**connection** 23:9, 41:12, 85:13
**connections** 79:2, 114:21
**conscious** 52:24, 53:3
**consequences** 95:21, 96:10, 96:10

**consider** 39:24, 44:14, 44:20, 52:9, 52:13, 52:17, 90:2, 107:25, 111:5, 112:9, 112:10, 141:15, 142:4
**consideration** 77:19, 134:23
**considered** 22:10, 112:1, 138:8, 144:15
**considers** 137:3, 150:9
**consistent** 108:16, 113:12, 113:13, 115:3, 117:4, 117:5, 118:21, 119:17, 131:9, 132:14
**conspicuous.** 37:5
**conspiracy** 44:15, 98:7, 98:13, 126:15
**conspired** 109:1
**Constitution** 11:17, 11:18, 125:8, 125:14
**Constitutional** 125:20
**Consul** 133:6, 139:18
**contact** 42:20
**contacts** 121:10, 121:11
**contained** 61:6
**contains** 144:4
**contest** 108:19
**contested** 107:3
**context** 12:11, 127:17
**continue** 12:7, 70:25, 84:22, 109:13, 146:9, 150:5, 157:23
**continued** 39:18, 81:23, 127:20
**continues** 149:23
**continuing** 150:1
**contradicted** 121:20, 142:19
**contradiction** 12:18
**contribution** 41:13, 67:20, 68:6
**Control** 26:3, 38:11, 40:4, 73:22, 137:22
**controlled** 74:3, 75:7, 79:12, 86:15, 109:4, 139:16, 140:20, 140:25, 141:16, 143:8, 143:20, 144:8, 144:9, 148:6, 148:21, 148:25, 150:10
**controls** 34:20, 40:12, 73:22
**convenient** 133:3
**conveniently** 117:11
**conversation** 45:23, 96:21, 127:24, 127:25, 143:10
**convicted** 125:15, 125:21,

157:6
**convince** 121:3, 145:10
**convincing** 134:25, 153:19
**coordination** 73:6
**copy** 4:23, 95:22, 96:1
**corner** 36:25
**corner.** 124:10
**correct** 113:11, 118:3, 118:21, 161:8
**correctly** 110:7
**correspondence** 79:7, 82:4, 83:9, 85:11
**corridor** 133:21
**Council** 24:9, 25:13, 37:10, 39:9
**Counsel** 4:8, 4:21, 5:11, 5:24, 5:25, 6:10, 6:18, 6:21, 8:22, 52:1, 76:12, 76:22, 77:17, 102:4, 102:10, 103:11, 103:13, 103:15, 107:22, 107:25, 157:19, 157:22, 158:20
**count** 106:25
**counted** 86:9
**Countries** 18:2, 22:5, 22:6, 22:7, 22:8, 24:10, 64:14, 72:6, 72:20, 73:5, 73:11, 120:12, 120:13, 128:25, 157:1
**Country** 10:5, 12:1, 12:1, 12:2, 19:25, 23:15, 136:7, 140:8, 157:2
**counts** 98:14, 155:14
**couple** 11:22, 14:21, 48:19, 64:24, 153:7
**course** 97:25, 103:14, 104:20, 112:2, 114:15, 116:4, 119:5, 124:12, 126:16, 144:25, 149:19
**COURT** 1:1, 3:13, 4:2, 6:5, 6:9, 6:17, 6:19, 6:20, 32:2, 46:2, 46:5, 75:23, 76:1, 76:11, 76:18, 76:21, 77:3, 77:20, 77:23, 102:1, 102:9, 103:1, 103:8, 103:10, 103:24, 111:10, 125:17, 153:1, 154:1, 157:17, 158:3, 158:18, 158:23, 159:1, 161:11
**Courthouse** 1:32
**courtroom** 4:13, 7:2, 112:8,

118:6
**cover** 17:3, 17:6, 32:15, 36:15, 55:7, 56:14, 65:23, 82:11, 107:22, 107:24
**covered** 54:24, 121:9
**covering** 56:17
**covers** 40:18
**covert** 53:7
**Cowboys** 97:19, 97:22
**create** 26:14, 37:9, 101:24, 123:20, 132:16
**created** 9:12, 19:10, 19:14, 19:23, 20:1, 54:15, 75:18, 130:5, 157:2
**creating** 36:15
**creation** 28:15, 40:18, 56:15, 68:17, 69:6
**credibility** 151:22
**credible** 141:7
**credit** 14:24, 14:25, 15:3, 15:7, 15:11, 92:5, 92:5, 122:1, 141:20
**creed** 99:4
**crime** 95:18, 98:18, 125:21, 128:23, 155:23, 157:6
**crimes** 52:15, 67:21, 153:15
**criminal** 157:4
**criteria** 72:8, 75:8, 153:13
**Cross** 8:7, 8:17, 114:11, 119:7, 122:13, 129:18, 137:6, 137:7
**crowd** 10:15, 51:18
**crucial** 137:1
**crush** 67:24
**crying** 48:10
**CSR** 3:13
**Culture** 85:14, 85:21, 86:7, 86:9, 86:13
**current** 36:5, 42:22, 136:21, 144:3
**currently** 13:20, 73:1, 115:14
**Customs** 116:7, 131:14
**cut** 44:7, 137:25, 138:11
**CUTRER** 3:5
**cuts** 137:19, 148:11
**CVSP** 72:13, 138:14, 148:3

**< D >**
**D.** 2:29

**Dalell** 131:19
**DALLAS** 1:3, 1:34, 2:17, 3:15, 55:16, 78:19, 97:18, 114:25, 161:21
**dance** 57:19
**dancing** 57:20, 58:14, 59:8
**DANIELS** 1:43
**dark** 123:4
**date** 40:24
**dated** 60:6, 68:3, 116:2, 144:24
**dates** 112:17
**Day** 2:30, 4:14, 11:18, 46:25, 93:8, 105:20, 119:8, 126:7, 136:23, 144:1, 150:8, 154:5, 154:9
**days** 4:6, 31:21, 128:14
**dead** 16:24
**deal** 18:2, 28:24, 137:5, 140:17, 147:20
**dealing** 126:25, 140:16
**dealt** 140:3
**dear** 157:2
**debate** 149:20
**deceased** 85:5, 85:5, 108:12
**deceit** 29:10, 101:11
**deceitful** 114:23
**Deceive** 100:7, 100:9, 100:16, 101:22, 101:25
**deceived** 101:16
**deceiving** 63:7, 100:6
**December** 10:12
**deception** 43:21, 100:5, 100:5, 100:7, 101:15, 126:6
**deception.** 100:13, 100:15, 126:3
**deceptive** 32:7, 32:13, 110:2, 119:19, 136:11
**decide** 8:21, 38:24, 40:3
**decided** 11:1, 11:5, 19:24, 24:2, 25:3, 36:1, 38:25, 39:7, 133:21, 156:11, 156:13
**decides** 18:17, 28:17
**decision** 39:13, 76:5
**decisions** 17:24, 156:18
**declaration** 32:1, 32:2, 32:3, 32:12, 33:12, 43:22, 44:3, 101:9, 111:8, 111:13, 112:3, 113:2
**dedicated** 120:16

**Deeb** 129:9, 129:13
**deeds** 67:11
**defeated/slaughtered** 67:22
**Defendants** 7:23, 9:2, 27:23, 34:23, 43:11, 51:25, 52:5, 52:20, 54:4, 56:7, 56:16, 69:7, 70:8, 74:1, 75:17, 76:12, 79:22, 84:14, 85:3, 87:21, 92:22, 93:22, 95:18, 95:20, 96:9, 96:12, 98:3, 98:4, 98:4, 100:21, 101:16, 101:21, 103:14, 103:14, 154:4
**Defense** 5:24, 6:21, 6:24, 8:16, 8:22, 22:6, 70:11, 77:4, 77:7, 77:8, 77:17, 84:15, 102:10, 103:17, 107:22, 107:25, 141:11, 155:17, 158:6, 159:1
**defenses** 74:16
**Defensive** 151:1
**defined** 13:6, 120:13
**definition** 85:3, 108:15, 108:16, 120:15, 145:9
**deliberate** 53:20, 84:5, 93:11
**deliberating** 11:21
**deliberations** 5:3, 8:4, 21:5
**delivering** 134:13
**demand** 125:5
**demanded** 125:5
**democracy.** 35:10
**demolish** 132:25, 133:1
**Demolished** 107:7, 132:23, 132:24, 133:16, 133:18, 134:1
**demolishes** 133:13, 150:16
**demolishing** 133:7
**demonstrative** 118:1
**denied** 62:15, 127:19
**denies** 128:9
**Department** 1:30, 29:2, 105:13, 136:6, 137:8, 137:9, 137:15, 137:20, 138:7, 140:17, 140:18, 144:13, 146:25, 148:1, 148:8, 148:23, 149:3, 150:8, 153:11, 154:7, 154:10, 154:18, 154:20, 154:24, 154:25, 155:7
**departments** 53:21, 53:24
**depending** 5:14, 5:16

**deportees** 23:2, 79:24, 87:9, 87:16, 93:1
**deports** 150:16
**deposition** 29:13, 29:14, 29:15, 29:20, 41:10, 110:4, 110:12, 112:3, 113:2
**derail** 34:7, 34:22
**derailing** 34:23
**described** 14:15
**designate** 144:1, 144:10, 146:16, 146:25, 147:24, 148:8, 148:20, 148:25, 152:22, 152:23, 153:2, 154:15, 154:16, 155:1, 155:3, 155:4, 155:6
**designated.** 149:17
**designating** 95:23, 149:6, 149:7, 152:24
**designation** 95:6, 95:8, 96:10, 129:14, 144:16, 146:19, 147:5, 147:25, 149:9, 150:13, 153:5, 154:16
**designations** 95:1, 95:3, 95:14, 95:21
**designed** 15:14, 34:9, 44:2
**desperate** 104:7, 127:11
**desperately** 104:5, 104:15, 105:15, 152:21
**destitute** 133:23
**Destroy** 12:21, 16:14, 47:8, 47:9, 99:8, 101:20
**destroyed** 47:1
**destroying** 16:17, 68:23
**destruction** 11:23, 12:8, 12:13, 12:14, 14:9
**detail** 11:20, 110:8, 129:10
**detailed** 104:10
**details** 77:4, 110:19
**detained** 61:2
**detainees** 23:1
**detention** 128:22
**Determination** 66:1
**determine** 12:11, 151:22, 154:11
**determined** 153:13
**determines** 148:21
**determining** 26:3, 44:14, 44:20, 52:9, 52:14, 52:17, 75:8
**develop** 37:17

**developed** 24:5, 24:8
**developing** 117:8
**Development** 104:25, 142:7
**devices** 55:4, 55:6
**devoted** 5:22, 142:22
**dictatorship** 128:15
**died** 23:7
**difference** 103:6, 153:16
**different** 9:19, 22:16, 31:25,
43:12, 65:21, 84:18, 86:14,
91:12, 92:19, 101:3, 108:15,
111:20, 112:20
**differently** 145:22
**dime** 106:21
**Din** 13:21
**dire** 127:20
**direct** 42:20, 71:5, 78:17,
78:18
**directed** 10:20, 20:4, 67:2,
70:17, 71:19
**directing** 40:5
**directly** 41:17, 74:12, 86:9,
131:14
**Director** 24:11, 137:11,
143:10, 143:13, 148:9,
149:23, 154:22, 155:2
**directors** 26:2, 26:4, 26:19,
142:25
**disappear** 131:17
**disappeared** 132:18
**disappointed** 123:7
**disassociate** 29:6
**disasters** 109:10
**discharge** 128:3
**discuss** 33:17, 36:15, 39:21,
61:24, 62:1, 115:14, 124:13
**discussed** 34:16, 88:9,
104:19, 124:11, 126:13,
135:15, 138:5, 143:9
**discusses** 116:2
**discussing** 66:24, 99:20
**discussion** 24:16, 35:8
**disobey** 145:14
**dispute** 37:21, 39:16, 62:5,
79:18, 79:21, 80:15, 85:17,
158:19
**disputes** 106:13
**disregard** 145:14, 145:19
**distance** 107:1
**distancing** 36:2

**distinction** 150:20
**distinctions** 92:15
**distinguish** 14:4
**distinguished** 22:14, 25:11,
136:1, 136:8
**distract** 8:25, 127:15, 132:16
**distraction** 127:18
**distributed** 131:23
**distribution** 108:24
**DISTRICT** 1:1, 1:2, 1:31,
161:19, 161:20
**disturbing** 106:7
**diverged** 135:17
**Divers** 84:12
**divert** 122:8
**divide** 107:23
**divided** 103:18
**DIVISION** 1:3, 76:19, 77:5
**DIVSION** 161:21
**doctor** 55:23
**dog** 133:9, 141:10, 143:2
**doing** 8:25, 15:7, 35:6,
69:20, 91:23, 93:24, 99:18,
99:18, 100:11, 101:2, 107:11,
147:10, 147:11
**dollar** 119:5, 119:7
**dollars** 41:8, 41:14, 69:10,
70:16, 74:22, 78:25, 82:2,
89:4, 107:3, 118:17, 119:1,
119:4, 119:15, 119:16,
129:16, 132:6, 132:8, 133:19
**domestic** 59:25
**domestically** 24:20
**donating** 66:13
**donation** 67:2, 68:12
**donations** 26:6, 64:10,
65:11, 65:16, 66:15, 73:7
**done** 6:23, 7:1, 8:19, 8:24,
113:14, 113:25, 114:2,
147:21, 152:11, 152:19
**Door** 65:25, 125:1
**door.** 143:15
**dot** 60:13, 60:14, 60:21
**dots** 60:11
**doubling** 27:1
**doubt** 120:3, 134:5, 134:6,
134:7, 134:22, 134:22,
134:24, 135:7, 135:9, 145:11,
145:17, 152:5, 153:6, 153:16,
153:18, 153:18, 155:10,

156:7, 156:16, 156:19,
156:21, 156:22, 156:23
**doubts** 155:23
**down** 38:17, 68:4, 80:15,
105:12, 106:12, 110:21,
126:4, 133:22
**downloaded** 88:7
**dragged** 61:25
**Dratel** 2:3, 2:5, 102:15,
121:12, 129:18
**drawing** 25:25
**dress** 93:19
**dressed** 88:13
**drew** 119:2
**drive** 16:2
**driven** 16:4
**driving** 10:15
**drops** 16:24
**du** 41:23
**due** 5:4, 23:23, 34:12
**dumb** 56:9, 56:12, 56:13,
100:17
**DUNCAN** 1:42, 158:13
**During** 5:10, 5:12, 8:4, 8:16,
11:12, 31:16, 32:14, 34:14,
51:25, 76:3, 99:21, 112:11,
114:7, 114:11, 117:17, 118:8,
129:22, 130:21, 137:6, 137:7,
150:25, 157:19, 158:10,
161:3
**dust** 112:25, 134:3
**duties** 78:8
**duty** 111:4, 111:4

**< E >**
**e-mail** 139:7, 158:16, 158:19
**earlier** 19:15, 46:10, 65:22,
76:3, 82:10, 102:2, 102:4,
111:12, 112:7, 157:18
**early** 9:22, 10:4, 13:21, 19:5,
19:18, 20:10, 28:22, 28:24,
40:19, 41:4, 55:22, 59:22,
59:22, 74:10, 75:22, 76:10,
79:24, 83:5, 89:3, 91:4,
111:25, 136:2, 152:7
**ears** 70:2
**East** 10:1, 17:10, 45:4,
120:12
**Economic** 13:5, 65:8, 69:12,

78:4, 99:6
**Ed** 141:18, 151:15
**educated** 9:11
**Education** 16:8, 16:9, 37:25, 38:4
**Edward** 105:4, 123:18, 139:17
**effect** 11:17
**effective** 23:3, 25:11
**Egypt** 9:12, 9:25, 133:20
**Egyptians** 19:21
**eight** 37:15, 45:14, 63:17
**eighties** 22:13, 24:2, 91:4
**Either** 13:24, 60:15, 60:22, 95:15, 131:12, 143:16
**El** 20:21, 20:22, 21:4, 21:8, 26:14, 27:5, 27:5, 28:14, 29:18, 30:14, 50:6, 53:14, 68:16, 69:18, 72:18, 74:24, 81:13, 82:20, 86:20, 87:24, 89:24, 92:25, 96:6, 100:24, 115:20
**El-mezain** 2:1, 7:24, 18:21, 18:24, 27:10, 27:17, 28:12, 29:15, 29:16, 31:9, 31:18, 39:22, 40:3, 42:23, 43:1, 43:5, 43:7, 44:17, 45:5, 45:13, 45:15, 45:19, 45:22, 45:24, 46:8, 46:15, 47:12, 47:13, 47:21, 47:21, 48:8, 48:15, 57:8, 57:12, 57:23, 59:16, 87:13, 99:21, 138:25
**El-mezains** 57:5
**Elashi** 2:20, 7:24, 18:16, 18:20, 18:25, 19:2, 21:11, 31:14, 31:15, 56:7, 70:7, 73:1, 95:25, 96:12, 96:19, 98:23, 108:4, 119:24, 145:1
**elections** 89:17
**electronic** 55:4, 55:5
**element** 77:9, 77:14, 155:23
**eleven** 85:9
**eliminated** 12:5, 69:1
**eliminating** 68:23
**ELIZABETH** 1:27
**Elmo** 124:4
**else.** 128:3
**Embassy** 14:7, 107:17
**emotions** 156:9
**emphasis** 71:8

**employed** 17:4
**employee** 54:22
**employees** 26:1
**employees.** 90:5
**enacting** 52:7
**Enclosed** 67:20
**encourage** 92:24, 101:12
**encouraging** 57:18
**end** 16:16, 22:4, 41:19, 43:19, 64:9, 113:18, 122:25, 139:5, 153:3
**ended** 41:7, 85:23
**endorsing** 65:13
**ends** 45:22, 51:16, 68:7, 78:24
**enemy** 22:16, 66:5, 67:24, 100:5
**enemy.** 100:9
**engages** 106:13
**engaging** 106:15
**engineer** 64:4, 71:13, 81:2, 83:24
**England** 116:20, 138:14
**English** 25:9, 28:8, 100:23, 131:4
**enlarge** 60:7
**enough** 98:12, 144:1, 155:7, 155:9
**entire** 105:24, 109:21, 110:15, 142:22, 157:4
**entitled** 28:9, 43:18, 44:25, 53:16, 72:21
**equal** 76:19
**equipment** 97:24
**Especially** 96:3, 98:2, 120:4
**essay** 43:17
**essential** 105:3
**establish** 24:3, 126:14
**established** 21:23
**ET** 1:11
**etcetera** 24:5, 26:4, 149:5, 150:17
**Europe** 133:10
**evaluate** 88:5
**evasion** 98:24
**evening** 157:23
**event** 45:3, 129:23
**events** 109:22, 111:11, 117:19
**everybody** 36:6, 36:6

**everyday** 14:10
**everyone** 36:8, 101:10, 110:19, 137:5, 144:2
**everything** 51:22, 106:23, 111:15, 118:3, 122:19, 122:22, 148:14
**everywhere** 13:3
**evidence** 4:9, 5:12, 5:13, 5:15, 7:3, 29:11, 42:9, 47:10, 84:11, 86:14, 92:19, 92:21, 106:3, 106:7, 109:7, 109:10, 110:17, 111:6, 112:16, 115:21, 121:21, 130:1, 134:4, 134:23, 135:3, 135:5, 135:24, 136:14, 136:18, 137:1, 142:19, 143:16, 152:5, 152:23, 155:6, 155:7, 155:9, 156:15, 157:11
**Exactly** 99:17, 99:18, 104:8, 112:8, 115:5, 124:20, 128:4, 128:15
**examination** 8:17, 114:12, 137:6, 137:7
**examined** 122:13
**example** 7:14, 14:20, 15:24, 16:19, 18:21, 40:5, 44:23, 59:16, 64:21, 108:2, 111:7, 115:19, 117:23, 130:2
**examples** 54:17, 54:20, 114:6, 115:8, 135:13, 136:12
**except** 12:23, 47:25, 48:1, 52:3, 76:16, 110:23, 120:8, 132:15
**exception** 138:5
**excerpt** 39:4, 49:14
**exchange** 73:6
**exchangers** 132:3
**Executive** 19:1, 24:18, 27:11, 95:7, 95:22, 95:24, 96:2, 148:15, 148:24, 153:14
**exercising** 26:3, 40:4, 52:16
**Exhibits** 8:4, 8:9, 28:14, 30:3, 41:2, 53:19, 79:6, 80:22, 81:12, 91:19, 104:18, 104:21, 142:14, 158:15, 158:17
**exist** 12:6, 12:7, 114:18, 114:21
**existed** 20:8, 136:18
**existence** 20:7, 126:14

exists 121:16, 156:7
expect 4:5, 35:10, 154:13
expected 76:8
experienced 22:14
experiences 73:6
expert 9:10
experts 110:23
explain 95:2, 143:22, 147:6, 147:8, 147:12, 156:20
explained 110:6, 148:9
explaining 88:9
explanation 146:14
explicit 32:18
exploited 99:13, 99:16
exposed 101:4
Express 31:4, 129:6
expressed 34:15, 34:17, 43:11
expressing 52:12, 112:23, 125:25
expression 125:22, 129:2
expressions 69:7
extensively 11:19
extremely 125:12

< F >
face 15:17, 40:2, 44:4, 44:5, 62:15, 62:15, 99:25, 100:1, 101:13, 101:13, 131:20, 151:19, 152:4, 156:1
facing 29:8, 109:9
fact 4:21, 14:10, 23:13, 26:4, 29:2, 34:6, 78:8, 84:8, 86:15, 121:17, 126:11, 131:4, 132:16, 132:20, 132:24, 138:4, 142:17, 146:20, 155:4
facts 45:13, 109:24, 113:16, 114:21, 117:23, 123:20, 123:25, 131:1, 134:4, 134:19, 156:12, 156:12
factual 127:3
fail 99:12
fail. 35:4
failed 41:13, 108:23, 108:25, 109:2, 109:5, 113:8
failing 114:2
failure 61:22, 154:14
fair 157:13
fairly 11:19, 15:18, 100:23,

156:11
faith 108:6, 108:16, 120:24
falling 85:18, 85:24
false 55:7, 99:1, 114:4, 116:6, 117:16, 118:13, 123:20, 129:12, 132:16, 133:25, 134:4
families 70:19, 70:20, 70:22, 70:24, 71:4, 71:9, 71:11, 78:3, 105:3, 105:7, 132:23
family 16:1, 70:4, 71:8, 71:12, 134:2, 134:12, 134:17
famous 13:25, 81:2
fancy 105:13
far 41:2, 76:17, 130:6
fashion 55:10, 151:18
fast 107:20, 130:21
faster 76:8
FATAH 92:16, 140:20, 140:21, 141:4, 151:5
father 85:5, 108:12, 109:16
favor 141:11
Fawaz 46:19, 46:20, 47:1, 47:2, 47:3, 56:25, 58:9, 62:8
Fax 28:9, 42:4, 60:10, 61:5, 61:5
faxes 46:12, 139:3, 139:3, 139:9
FBI 30:17, 47:6, 116:15, 116:16, 118:4, 130:10, 138:23, 139:6, 141:10, 144:24, 146:10, 146:18, 147:4, 147:9, 152:8, 152:9, 152:16, 152:16
fearful 112:6
fed 15:25, 105:8
Feed 107:5, 119:10
feelings 52:13, 123:21, 123:23
feels 109:15
fees 133:11, 161:10
feet. 66:5
fellow 6:21, 146:22
felt 29:5, 123:23
festival 47:16, 48:16, 50:10
few 4:6, 7:5, 9:8, 10:10, 13:2, 19:6, 25:1, 37:23, 47:13, 72:12, 75:22, 79:13, 91:9, 113:15, 115:8, 121:22, 131:1, 134:9, 134:11

fifty 107:3, 119:11, 127:13
fig 62:14
fight 133:10, 141:10, 143:3
fighting 38:16, 49:20, 70:25, 100:5, 140:23
figure 64:23, 126:1, 145:16
figures 64:5, 71:13
file 104:10
filed 31:12, 32:1, 43:22, 44:3, 101:9
files 131:5, 151:9
filing 30:4
Filistine 43:14, 43:15, 65:19, 65:21, 66:23, 66:24, 69:13, 101:8
finally 93:4, 122:17, 136:8
finance 137:17
financeer 42:2
finances 137:25
financial 23:16, 132:11, 137:19, 148:12
Find 101:25, 107:11, 108:3, 117:1, 117:14, 119:18, 121:24, 126:6, 128:12, 130:13, 132:1, 135:10, 148:17, 151:9, 152:4, 153:14, 153:15, 155:7, 155:12, 155:13, 156:16, 157:15
finding 73:7
fine 103:8
finish 5:21, 103:4
finished 103:11
fireplace 47:5
firs 40:20, 45:17, 47:11, 76:25, 78:12, 102:13
First 1:45, 7:7, 9:9, 10:4, 10:22, 18:14, 20:20, 21:2, 23:25, 26:23, 30:17, 30:18, 42:5, 66:11, 76:17, 95:11, 99:10, 109:17, 112:24, 125:14, 126:2, 126:4, 126:5, 134:8, 143:25, 146:16, 148:1, 158:25
Fish 1:18, 113:17, 135:8, 145:7, 151:21
Five 4:13, 4:13, 7:22, 12:24, 16:11, 34:2, 42:17, 68:4, 88:24, 105:6, 116:16, 118:10, 118:12, 118:17, 119:1, 119:3, 119:3, 119:5, 119:14, 128:17,

130:10, 131:7
**flag** 128:20, 156:9, 156:10
**flare** 23:7
**flavoring** 56:23, 61:15
**flip** 154:22
**flipped** 17:23
**Floor** 2:6, 2:32
**Florida** 2:26
**flying** 128:20
**focus** 14:3, 113:4, 156:7
**focused** 70:23, 78:2
**focusing** 71:1
**fold** 15:22
**follow** 106:24, 125:11
**followed** 54:17, 113:7
**followers** 22:11
**following** 37:18, 66:9
**fomenting** 149:16
**Food** 15:16, 71:22, 104:23, 105:3, 105:8, 105:12, 105:17, 107:4, 127:10, 130:12, 130:20, 130:21, 131:9, 131:23, 132:17, 134:12
**foot** 141:25
**forbid** 34:18
**forbidden** 140:16
**forbids** 145:13
**force** 48:1, 48:3
**foregoing** 161:7
**foregoing-styled** 161:4
**Foreign** 8:11, 95:4, 95:12, 98:6, 137:22
**foreign-based** 95:6
**foreign-sounding** 7:8
**foreigners** 14:5
**forgiveness** 33:12
**forgot** 46:9, 87:10
**forgotten** 110:9
**form** 11:6, 11:25, 19:24, 24:10, 25:17, 28:17, 32:22, 36:24, 37:3, 116:8, 124:8
**formal** 144:16
**format** 161:10
**formation** 20:7, 23:20
**formed** 9:12, 9:18, 10:3, 10:4, 11:9, 11:16, 18:14, 19:4, 20:2, 22:3, 22:15, 24:7, 24:17, 25:4, 42:16, 73:11, 85:1, 87:7
**former** 107:8, 133:6, 144:14,

145:20
**forming** 73:4
**Fort** 3:8
**forth** 41:3, 41:6, 51:15, 54:18, 79:8, 83:9, 89:23, 114:10
**fortified** 25:12
**fortunate** 108:9
**fortunately** 130:14
**forty** 109:23
**Forty-five** 102:19, 102:21, 102:22
**forward** 94:24, 121:24, 126:2
**forwarded** 78:22
**Fouad** 91:8
**found** 16:20, 21:14, 47:5, 48:14, 53:4, 54:2, 54:16, 61:10, 61:21, 62:7, 67:18, 75:10, 80:5, 80:22, 81:3, 81:9, 82:20, 83:20, 83:23, 84:2, 88:7, 89:12, 89:19, 89:20, 90:22, 91:18, 95:24, 115:20, 115:23, 131:1, 144:10, 153:12, 154:10
**Foundation.** 64:11
**founded** 87:4, 90:4
**founder** 50:17, 56:5
**founders** 38:2, 57:9, 86:1, 135:16
**four** 6:8, 40:13, 76:9, 105:2, 105:8
**four-hour** 6:11
**fraction** 133:12
**frame** 23:25, 83:25, 89:23
**France** 72:14
**Francisco** 2:33
**frankly** 149:6
**free** 5:14, 21:6
**FREEDMAN** 1:43
**Freedom** 52:1, 52:2, 125:19, 125:19, 125:20
**Friday** 5:6
**friendly** 128:16
**Front** 42:8, 58:17, 59:9, 60:16, 60:18, 61:9, 61:11, 115:25, 125:2, 153:1
**frozen** 96:8
**FTO** 95:8
**fugitives** 23:2
**fulfill** 99:5

**full** 4:14, 133:11
**function** 39:17, 69:21
**functions** 49:8
**Fund** 18:19, 24:23, 24:24, 25:25, 26:1, 26:16, 27:18, 30:8, 37:25, 38:4, 54:8, 54:8, 54:9, 54:13, 55:25, 64:21, 65:12, 66:17, 67:3, 72:22, 73:2, 73:2, 100:15, 114:14, 114:17, 115:13, 128:1
**Fund.** 66:15, 100:14
**funding** 149:3
**fundraiser** 40:15, 58:8, 59:17, 59:22
**fundraisers** 59:20
**fundraising** 28:21, 39:22, 55:25, 59:25, 62:6, 64:25, 110:10, 115:4, 115:6, 129:23
**funds** 7:19, 8:12, 19:6, 20:18, 38:3, 56:19, 56:22, 57:23, 59:6, 59:19, 60:3, 61:14, 62:2, 62:21, 63:13, 63:22, 64:12, 64:17, 64:18, 65:18, 66:19, 68:9, 69:9, 72:9, 79:20, 93:6, 130:7
**funnel** 74:11
**furniture** 134:2
**furthered** 71:20
**Future** 37:17

**< G >**
**Gail** 62:17, 101:5
**gain** 100:1
**Garrett** 1:28, 79:5, 154:13, 156:8
**gasoline** 63:25
**gathers** 17:7
**gave** 9:3, 41:8, 41:11, 41:14, 41:17, 48:8, 74:22, 86:18, 102:14, 109:3, 111:12, 112:2, 118:11, 118:12, 118:17, 119:3, 143:25, 150:6
**Gaza** 9:20, 9:23, 10:4, 10:8, 11:25, 13:4, 17:16, 17:18, 19:16, 55:17, 56:6, 56:8, 57:10, 70:15, 71:19, 72:5, 73:14, 73:21, 74:6, 78:21, 93:23, 99:6, 128:18, 130:20, 131:3, 131:23, 132:8, 132:13,

134:16, 137:10, 140:6, 140:11, 149:24
**geared** 62:23
**gee** 130:7
**General** 24:7, 24:11, 25:25, 36:19, 133:6, 139:18, 148:19
**generations** 133:16
**Gentlemen** 4:2, 6:9, 6:22, 46:2, 64:2, 75:23, 77:24, 87:15, 102:1, 103:10, 104:1, 106:1, 110:17, 127:16, 136:2, 136:8, 155:5, 155:16, 157:8, 157:17, 158:3
**George** 142:22
**Germany** 72:14
**gets** 130:8
**getting** 14:12, 59:18, 75:1, 92:2, 141:12
**Ghassan** 7:24, 18:16, 18:20, 18:25, 19:2, 21:11, 31:13, 31:15, 56:7, 70:7, 72:25, 72:25, 84:17, 84:25, 85:6, 85:9, 95:25, 96:12, 96:19, 98:23, 108:4, 119:24, 145:1
**Ghousbeh** 61:4
**girl** 63:25
**Give** 4:5, 4:19, 6:1, 6:13, 9:7, 15:24, 21:3, 21:15, 32:15, 61:15, 64:10, 64:20, 65:16, 82:11, 95:17, 97:2, 97:23, 98:2, 106:21, 108:6, 108:8, 110:4, 113:14, 113:19, 114:5, 115:10, 118:9, 118:10, 123:13, 126:23, 129:2, 133:15, 133:24, 134:21, 141:19, 142:8, 143:23, 144:22, 151:21, 155:3
**given** 4:8, 4:24, 16:6, 122:24, 157:24
**gives** 17:6, 41:20, 63:19, 157:5
**Giving** 17:3, 41:4, 41:7, 48:15, 62:12, 62:13, 66:3, 69:14, 95:19, 138:16
**Global** 29:3, 95:4
**glory** 94:18
**goal** 12:20, 12:21, 16:16, 26:21, 72:6, 99:8, 120:24, 125:5
**goals** 9:13, 35:3, 45:10,

72:16, 73:6, 82:22, 98:13
**God** 23:23, 34:18, 45:23, 66:12, 67:9, 69:1, 100:4, 125:2
**Government.......................... ................6** 160:3
**grace** 23:23
**grand** 25:12, 68:23
**granted** 68:8
**grass** 10:19
**green** 50:19
**greetings** 49:11, 49:21, 50:4
**GREG** 3:4
**grew** 9:18, 10:5
**grind** 143:2
**ground** 11:3, 17:16, 66:5
**Group** 9:12, 15:13, 34:1, 49:4, 49:9, 53:17, 53:22, 54:1, 54:11
**groups** 11:4, 11:4, 17:9, 22:15, 95:12
**grow** 16:12
**guaranteed.** 86:23
**guarantees** 125:18, 125:21
**guess** 97:7
**guests** 57:25
**Guidance** 24:8
**guilty** 52:14, 101:25, 135:9, 135:11, 152:4, 153:14, 155:12, 155:13, 156:16, 157:15
**guise** 54:22
**gun** 51:3, 81:8, 83:24, 83:25, 94:7, 94:20
**guns** 16:20, 93:18
**guy** 47:3, 58:9, 69:4, 143:11
**guys** 7:1, 8:6, 19:3


**< H >**
**Haitham** 139:7
**half** 4:13, 22:1, 22:20, 53:24, 77:2, 78:25, 82:2, 100:3, 102:14, 102:16, 102:25, 105:25, 107:20, 158:4
**Hamas-controlled** 81:24, 93:9, 152:7
**Hamas-run** 16:23
**Hamas-supported** 80:9
**HAMAS.** 22:4, 25:15, 33:5,

36:12, 43:21, 51:13, 63:2, 101:10
**Hamdam** 82:9
**Hamed** 63:25, 79:17, 79:20, 80:12, 81:15
**Hammami** 38:1, 38:17, 38:25, 39:1
**Hammimi** 38:2, 39:8, 39:11, 57:8, 57:12, 79:19, 85:15, 85:16, 85:17, 85:22, 85:24, 85:24, 85:25, 86:6, 135:15, 135:22, 135:25, 136:1, 146:23
**hand** 83:24, 84:1, 153:23
**handful** 150:24
**handing** 91:24
**handle** 38:24
**hands** 68:25, 68:25, 93:19
**handwritten** 115:12, 115:20, 116:1
**happen** 39:13, 122:6, 157:7
**happened** 10:12, 10:18, 34:3, 34:12, 38:12, 45:7, 45:10, 48:7, 64:9, 105:9, 105:11, 109:15, 114:6, 126:16, 134:6, 152:15
**happening** 10:14, 57:11, 112:8, 118:5
**happens** 5:1, 65:8
**happy** 39:10
**hard** 118:3
**hardships** 109:9
**harm** 127:10
**Harmas** 84:18, 85:6, 85:9
**harms** 84:25
**harsh** 127:12
**harshness** 127:14
**Hatch** 18:7, 61:1
**hate** 101:10
**hated** 67:24
**hates** 141:10
**haunt** 129:1
**Hayzum** 43:18
**head** 50:19, 52:18, 121:9
**Health** 131:24
**hear** 4:16, 5:23, 5:24, 6:17, 103:1, 114:5, 126:21, 139:1, 145:22
**hearing** 103:13, 103:19, 137:8, 150:1

**heart** 100:6
**hearts** 15:15, 16:5, 92:2, 92:3
**Hebron** 74:6, 87:25, 88:23, 89:1, 89:4, 89:22, 89:25, 90:1, 90:1, 90:7, 90:20, 90:21, 90:25, 140:10
**held** 49:6
**help** 14:17, 14:20, 15:23, 15:24, 16:5, 16:6, 16:14, 30:12, 35:11, 36:15, 45:18, 56:11, 69:23, 73:23, 73:24, 79:21, 99:21, 99:25, 101:18, 106:25, 107:9, 119:12, 132:9, 146:19, 147:6, 150:22
**helped** 72:17, 73:11, 105:21
**Helping** 16:15, 70:23, 75:3, 75:4, 101:24
**helps** 16:6, 16:18
**heritage** 109:15
**Heroic** 45:1, 45:2
**Heroism.** 66:1
**Herzallah** 132:4, 132:13
**hesitate** 135:7, 156:15
**hesitation** 153:20, 153:21
**hidden** 89:18
**hide** 16:1, 110:14
**high** 155:10, 155:19, 157:3
**higher** 23:13
**highest** 153:22
**highlighted** 99:23, 114:13
**highlights** 31:23, 31:23
**hire** 49:7
**hired** 55:3, 107:8, 145:20
**history** 20:25, 126:5, 133:4
**hit** 31:22, 31:23
**hold** 49:7, 68:3, 156:24, 157:2
**holding** 81:8, 83:24, 83:25, 90:16, 157:3
**hole** 148:14
**holes** 148:1
**holiday** 130:22, 130:22
**Hollander** 1:41, 1:44, 19:9, 66:25, 71:21, 99:3, 102:9, 103:2, 103:4, 103:19, 103:20, 158:3
**Home** 6:22, 20:21, 21:1, 26:14, 28:6, 28:7, 39:11, 46:19, 50:5, 56:25, 60:10,

62:8, 69:18, 96:3, 113:11, 138:24, 138:25
**homeland** 66:10, 123:2, 123:2, 150:22
**homeowner** 47:2
**Homes** 132:23, 132:24, 133:1, 133:1, 133:7, 133:16, 133:25, 150:17
**honesty** 151:22
**Honor** 6:4, 6:7, 6:15, 7:2, 32:19, 45:24, 75:21, 76:7, 77:6, 77:15, 77:18, 77:25, 103:3, 103:23, 157:16, 158:13, 159:2
**HONORABLE** 1:18, 67:10, 85:9
**honored** 57:25
**hope** 4:3, 23:6, 104:17, 120:19, 144:23
**hoped** 117:14, 117:14
**hoping** 116:8
**Hospital** 16:22, 31:19, 84:8, 92:12, 92:12, 138:21, 140:11, 142:8, 142:12
**hospitals** 15:17, 16:23, 73:18
**Hotel** 30:19, 31:10, 31:16, 117:6, 121:25
**hounded** 112:4
**hour** 77:1, 102:13, 102:16, 102:25, 107:20
**hours** 4:10, 4:14, 5:22, 6:8, 76:2, 76:9, 103:16, 105:25, 107:21, 109:23, 158:4
**House** 15:25, 27:6, 33:21, 68:25, 115:21, 115:24, 116:2, 121:6, 135:6
**housekeeping** 158:7
**houses** 107:6, 133:13, 133:22, 134:2
**hue** 37:4
**huge** 153:18
**human** 99:12, 99:16
**Humanitarian** 15:16, 27:16
**hundred** 41:7, 63:17, 118:10, 118:11, 119:2, 119:7, 131:15, 141:4
**hundreds** 73:20, 104:21, 154:24, 154:24
**hung** 7:12, 27:7

**hungry** 105:14
**hypocrisy** 124:17

**< I >**
**IAP** 20:6, 20:8, 20:10, 20:12, 24:4, 25:6, 26:16, 28:19, 29:16, 29:17, 29:22, 29:23, 36:17, 37:11, 37:18, 40:13, 43:13, 44:10, 44:22, 45:6, 46:8, 47:16, 48:16, 50:10, 53:2, 65:19, 110:7, 110:11, 110:13
**Ibrahim** 42:25, 61:4
**idea** 6:5, 124:23
**ideas** 124:12
**identification** 83:15, 83:18
**identified** 22:6, 60:22, 72:7, 72:12, 74:15, 74:16, 79:15, 80:19, 85:6, 86:4, 88:24, 89:5, 91:11, 91:13, 91:15, 96:15, 131:19, 131:24
**identifies** 18:7, 81:15, 91:9
**identify** 18:10, 71:14, 90:19
**identifying** 75:6, 75:18, 79:25, 87:16, 87:17, 90:24
**ideologically** 146:2
**ignore** 150:12
**ignored** 117:11
**Ikhwan** 22:10, 68:22
**Ila** 43:14, 43:15, 65:18, 65:21, 66:23, 66:24, 69:13, 101:8
**illegal** 28:24, 44:10, 44:13, 94:25, 97:2, 98:2
**ILS** 87:2
**Imad** 43:8
**image** 66:18
**Imagine** 147:15
**impartial** 134:23, 143:4
**Implementation** 53:16
**implemented** 54:7, 55:8, 73:17
**implication** 95:14
**importance** 149:9
**Important** 28:9, 35:1, 38:19, 109:19, 112:18, 118:14, 119:21, 121:23, 125:12, 126:11, 127:24, 135:2, 140:15, 144:22, 145:8,

148:16, 153:21, 155:11, 156:18, 157:4
**importantly** 68:2
**impossible** 125:4
**impression** 114:4, 117:17, 123:21, 129:12, 132:16, 133:25
**impressionable** 94:7
**in.** 51:24, 89:14, 93:2
**incentive** 140:22
**inception** 19:4
**incestuous** 42:11
**incident** 16:20
**include** 135:21
**included** 87:2, 147:25, 148:14
**including** 9:19, 11:14, 72:8, 72:13, 75:14, 81:13, 83:15, 85:9, 120:21, 122:15, 142:17
**incomplete** 134:5
**inconsistent** 114:4
**increase** 22:22, 23:16, 73:7, 120:23
**increasing** 120:16
**incredible** 52:2
**incriminating** 47:10
**independent** 26:18, 30:9, 38:8, 38:10, 81:10
**independently** 121:16
**Indiana** 18:16
**indicating** 45:13
**indictment** 76:13, 98:5, 98:21, 112:20, 113:23, 117:18, 118:15, 136:20, 138:3, 141:24, 143:18
**indictment.** 113:23
**indirect** 78:17, 78:20
**individual** 46:23, 47:11, 51:8, 57:6, 60:21, 80:9, 80:24, 82:8, 87:19, 89:8, 89:20, 96:7, 97:12, 154:4
**individually** 52:21, 154:17
**individuals** 60:14, 61:12, 61:12, 79:17, 80:7, 80:15, 83:12, 83:18, 89:5, 154:25
**influence** 127:4, 151:16
**Infocom** 21:10, 21:14, 53:4, 54:3, 54:16, 54:22, 54:23, 95:25, 113:8
**Information** 110:24, 122:10,

130:18, 133:24, 136:4, 139:24, 140:2
**infrastructure** 83:3
**Initially** 6:2, 17:18, 18:15, 36:5, 58:2, 74:20
**Initiatives** 12:16, 12:23
**injured** 23:1, 45:14
**innocence** 135:10, 135:11
**innocent** 152:18
**inquire.** 32:23
**inquiring** 32:25
**Insallah** 67:22
**inside** 17:14, 17:15, 22:10, 22:12, 22:15, 22:23, 73:9, 139:1, 141:25
**inside.** 73:8
**insist** 32:18
**insofar** 102:2, 157:18
**instance** 117:15
**Instead** 9:15, 131:1, 150:13
**institution** 42:17, 42:19, 126:25
**institutions** 10:9, 10:11, 11:9, 11:10, 11:11
**instruct** 113:18, 125:17, 135:8, 145:7
**instruction** 126:10, 134:21, 145:8, 151:21, 158:22
**instructions** 4:19, 4:21, 4:24, 6:1, 77:8, 113:19, 157:24
**insure** 104:11, 109:12
**intellectuals** 32:5
**intelligence** 139:21, 139:22, 140:1, 151:14, 151:17, 151:19, 152:2, 152:3, 156:1
**intended** 109:1, 145:20
**intent** 145:13
**intention** 145:19
**intentions** 101:17
**intercede** 38:18
**intercedes** 38:13
**interceding** 39:15, 39:15
**intercepted** 46:13
**interest** 44:18, 44:19, 127:6, 151:24
**interested** 116:14
**interesting** 149:8
**interests** 126:13
**interfered** 146:4

**interfering** 146:17
**internal** 75:15, 89:15, 89:16
**International** 12:17, 19:23, 24:9, 24:13, 25:3, 104:25, 105:1, 105:11, 142:7
**internationally** 24:21
**internet** 15:4, 139:24
**INTERPAL** 72:13, 138:14, 148:3
**interpretation** 5:13
**interrupt** 6:10, 34:9, 34:11, 102:3, 157:19
**inters** 150:19
**interview** 69:17, 69:25, 71:1, 114:23
**interviewed** 57:7
**interviews** 83:15
**Intifada** 10:22, 10:23, 10:23, 10:24, 11:3, 11:12, 19:22, 22:22, 24:5, 65:24, 66:10, 66:14, 109:17, 128:17
**introduced** 129:7, 129:12, 129:23, 131:8, 136:9
**introducing** 57:23
**investigation** 146:17, 146:25
**invitation** 87:20
**invite** 31:22
**inviting** 43:5
**invoice** 55:2
**involved** 11:2, 11:3, 82:13, 91:15, 125:24
**involving** 63:23, 63:24, 64:2
**Iran** 18:1, 43:9, 43:10
**IRS** 100:21
**ISA** 72:3, 150:18
**Islam** 12:7, 25:10, 108:14, 120:23, 142:24
**Islamism** 120:10
**Islamist** 120:14, 120:15, 121:8
**Islamists** 81:17, 92:17, 118:9, 118:11, 119:23, 119:24, 120:2, 120:6, 120:7, 120:7, 120:21, 121:3, 121:11, 121:11, 121:12
**Ismail** 20:21, 26:14, 27:5, 50:6
**Israeli** 11:15, 15:8, 45:7, 51:19, 62:11, 87:2, 107:17, 123:8, 140:1, 149:16, 151:19,

152:3, 156:1, 156:3
**Israelis** 14:5, 14:10, 33:23, 83:23, 110:24, 128:19, 150:25, 151:15
**issue** 8:25, 9:2, 15:1, 20:11, 65:21, 71:3, 77:9, 77:19
**issues** 25:24, 31:2, 43:16, 54:12, 55:23
**items** 47:4, 47:5, 90:22, 150:24
**itself** 9:9, 97:6, 98:18, 99:2
**Izz** 13:20

**< J >**
**J.** 2:4
**Jacks** 1:25, 9:1, 118:14, 158:13, 158:15
**jail** 128:21
**Jamil** 38:1, 57:8, 57:12, 85:15, 85:16, 85:22, 85:23, 85:25, 86:6, 135:15, 135:22, 146:23
**January** 45:12, 117:21
**jar** 62:12
**Jazeera** 149:11, 149:12, 149:15, 149:18, 150:7
**Jenin** 7:15, 7:17, 74:5, 91:1, 91:3, 91:5, 91:6, 91:7, 91:9, 91:22, 91:25, 92:8, 92:10, 92:11, 92:12, 92:13, 92:20, 92:22, 93:14, 93:17, 123:4, 140:12, 142:8
**Jerry** 97:20
**Jersey** 19:7, 44:6, 67:18, 68:11, 99:20
**Jerusalem** 30:7, 44:25, 86:7, 105:5, 117:6, 120:11, 139:18
**Jerusalem.** 45:2
**Jewish/christian** 67:21
**Jews** 61:23
**Jihad** 12:8, 12:9, 12:23, 13:5, 13:5, 16:17, 23:7, 23:8, 23:10, 35:2, 35:6, 35:6, 35:6, 46:17, 48:16, 65:7, 65:8, 65:15, 66:4, 66:6, 66:12, 68:23, 69:12, 69:15, 69:16, 69:20, 69:23, 71:6, 75:2, 78:5, 94:6, 99:9, 101:21
**Jihad.** 35:5

**Jihadist** 45:1, 45:2, 68:21
**JIM** 1:25
**job** 64:17, 127:1, 140:4, 140:7
**JOE** 1:18
**John** 2:29, 107:9, 107:11, 107:15, 144:13
**join** 16:7, 16:7
**joined** 37:19
**joins** 37:11
**joint** 32:20, 104:24
**Jonas** 1:26, 6:5, 6:13, 39:6, 42:25, 46:5, 51:18, 76:1, 77:24, 105:24, 109:21, 110:1, 110:8, 110:14, 110:15, 111:4, 111:7, 112:18, 113:6, 114:7, 114:20, 115:2, 115:5, 123:16, 123:24, 124:7, 124:20, 125:14, 130:2, 135:23, 136:16, 138:19, 143:24, 147:23
**Jones** 2:30, 97:20
**Jordan** 10:1, 17:19, 60:17, 60:19, 122:20
**JOSHUA** 2:3, 2:5
**Judge** 113:17, 134:21, 135:8, 145:7, 151:21, 153:1, 153:24
**judgment** 126:23
**Judicial** 161:11
**July** 104:2, 116:24
**jumped** 49:13
**June** 116:2, 116:3, 116:20
**juror** 52:8
**jurors** 157:25
**Jury** 6:22, 7:1, 75:25, 77:8, 102:8, 111:5, 158:2, 158:22
**juryroom** 5:2, 53:20, 84:4, 104:20, 144:24, 145:15
**JUSTICE** 1:30, 124:17, 124:18, 124:18, 156:25, 157:4, 157:14
**justice.** 124:19
**justify** 149:18, 156:20

**< K >**
**Kamal** 132:19
**Keep** 5:10, 7:5, 8:2, 36:15, 43:21, 104:9, 116:12, 120:5,

126:15, 141:23, 145:8
**keeps** 149:2
**kept** 20:25, 68:12, 99:4
**key** 21:15, 81:1, 81:1, 154:18
**Khairy** 42:1, 42:5
**Khalil** 17:20, 17:21, 17:23, 42:21, 43:1, 44:8, 69:15, 69:17, 70:6, 71:1, 83:15, 91:13, 146:23, 147:2, 147:3, 147:4, 154:19
**kick** 125:9
**kicked** 17:19, 67:22
**kidnapping** 11:14, 45:6, 45:7
**kids** 16:11
**kill** 59:5
**killed** 45:9, 45:13, 64:23, 152:16
**killing** 15:6, 52:7, 152:18
**kills** 51:19
**kind** 68:23, 100:6, 115:1, 115:15, 135:5, 135:14, 152:5
**kindergarten** 16:11, 16:21, 88:8, 90:13
**kinship** 109:15
**Knocks** 65:25
**know.** 133:2
**knowing** 152:1
**knowingly** 9:3
**knowledge** 77:10
**known** 10:22, 11:6, 13:22, 22:19, 27:12, 36:25, 42:2, 62:4, 64:4, 64:23, 86:19, 89:21, 136:9, 149:13
**knows** 15:9, 116:17, 120:13, 125:10, 149:9
**Kurd** 137:12
**Kuwait** 128:15

**< L >**
**L.** 2:5, 3:13, 161:3, 161:18
**lack** 77:9
**ladder** 94:18
**Ladies** 4:2, 6:9, 6:22, 46:2, 75:23, 77:23, 102:1, 103:10, 103:25, 106:1, 110:17, 127:15, 155:16, 157:8, 157:17, 158:3
**Land.** 67:12
**Lands** 67:23

**language** 68:2, 68:14, 69:3, 77:14, 149:12
**large** 34:12, 71:19, 73:13, 88:23
**larger** 45:18, 101:19
**largest** 92:11
**Last** 4:7, 4:7, 4:16, 14:13, 23:15, 25:7, 25:9, 48:7, 54:6, 63:8, 74:19, 80:12, 83:6, 85:22, 89:8, 89:19, 91:1, 102:24, 106:11, 130:10, 136:19, 138:6, 141:2, 141:3, 158:11
**late** 55:22, 111:25
**Later** 10:23, 19:6, 25:2, 27:13, 59:4, 65:8, 76:22, 77:21, 85:19, 116:24, 123:10, 147:11, 151:1, 158:24
**launchers** 90:16
**laundering** 98:17, 155:14
**laundry** 134:15
**Laura** 121:4
**LAW** 2:5, 2:15, 2:24, 4:19, 6:1, 9:15, 9:17, 44:19, 95:8, 98:4, 98:5, 106:24, 107:10, 108:5, 125:8, 125:10, 125:11, 128:7, 128:7, 128:8, 145:6, 145:13, 145:19, 153:23, 156:23
**law.** 145:2, 145:14
**lawn** 33:21
**laws** 9:15, 9:16
**lawsuit** 29:13, 29:20, 31:11, 31:12, 31:25, 41:11, 101:9
**lawyers** 155:17
**lays** 53:5
**lead** 114:9, 132:17
**leader** 10:21, 18:4, 18:10, 26:25, 27:1, 28:2, 38:12, 38:18, 41:9, 50:16, 55:6, 56:5, 56:12, 60:25, 62:4, 64:6, 64:7, 69:15, 83:16, 90:22, 91:20, 121:18
**leaders** 7:14, 7:16, 7:22, 32:5, 38:1, 42:21, 44:8, 55:19, 60:18, 64:9, 70:9, 72:10, 72:11, 79:14, 83:1, 83:21, 84:2, 90:20, 91:7, 91:17, 97:10
**leadership** 17:14, 17:15,

17:15, 19:24, 24:2, 24:11, 25:13, 66:2, 80:21
**leading** 23:3, 64:5, 71:13, 121:8
**leaps** 22:14
**Learn** 100:14, 105:19
**learned** 108:5, 108:7, 122:17, 133:3, 133:3
**least** 20:10, 39:18, 40:1, 55:11, 86:19, 88:24, 91:11, 91:16, 144:10, 144:13, 146:18
**leave** 47:25, 48:1, 88:2, 117:16, 134:5, 136:12, 143:15
**leaves** 84:20
**leaving** 18:15, 100:8
**Lebanon** 10:1, 17:19, 22:7, 79:24
**lecture** 48:8, 48:16
**led** 11:1, 45:9, 127:9
**leeway** 102:14
**left** 27:2, 49:17, 51:8, 57:8, 57:17, 82:18, 84:18, 85:1, 130:13, 133:23, 135:18, 135:22, 135:23, 140:18, 147:8
**legitimate** 98:25, 99:14, 101:17, 152:20
**legitimate.** 99:17
**leisure** 144:7
**less** 14:22, 14:23, 16:21, 17:1, 108:9
**letter** 18:6, 18:9, 38:15, 38:16, 39:12, 60:25, 61:1, 61:3, 67:17, 67:18, 67:19, 67:25, 68:3, 68:8, 68:8, 68:10, 68:12, 69:4
**letters** 67:6, 67:12, 67:15, 71:7, 71:10, 79:7, 83:9, 111:24
**letting** 92:3
**lettuce** 105:13
**level** 18:2, 22:15
**levelling** 46:24
**liaison** 22:11
**liberating** 66:6
**libraries** 15:17
**library** 105:18
**LICENSE** 161:22

**licensed** 104:12
**lied** 111:9, 113:1, 113:2
**life** 23:6, 65:7, 120:17, 120:17, 120:23, 142:23, 156:18
**light** 24:8
**lighting** 62:13
**likely** 5:10, 14:23, 16:22, 17:1, 129:19
**limits** 158:5
**LINDA** 2:23, 2:24
**line** 46:14, 97:23, 97:24, 97:25, 139:4, 143:5
**link** 113:15, 116:9, 118:16, 119:2
**linked** 107:13, 116:10
**list** 28:7, 59:25, 60:5, 60:7, 63:5, 63:5, 68:7, 68:13, 95:15, 129:14, 129:19, 136:15, 136:17, 136:18, 136:21, 138:7, 138:13, 139:15, 141:7, 143:19, 143:23, 144:4, 144:19, 144:20, 144:21, 146:6, 146:12, 146:15, 147:7, 147:8, 147:13, 150:14, 154:7, 154:8, 158:14
**listed** 27:17
**Listen** 38:20, 63:17, 65:14, 65:14, 65:15
**listened** 157:9
**listening** 55:4, 55:6, 70:2, 118:5, 138:18, 152:12
**listing** 61:10, 82:3, 82:4
**lists** 26:22, 53:21, 54:12, 60:6, 98:20, 137:1, 138:10
**Little** 16:11, 23:13, 62:6, 76:7, 94:3, 105:17, 110:3, 122:9, 123:3, 123:4, 123:5, 124:21, 144:4, 150:20
**live** 60:1, 120:25, 127:20, 134:14
**lived** 20:23, 128:15
**lives** 46:23, 134:14
**living** 12:2, 13:4, 15:5, 17:18, 17:19, 18:16, 95:16, 127:11, 127:17, 134:12
**lobbying** 40:15
**located** 14:7, 21:12, 72:4, 73:14

**location** 16:3, 16:4, 31:1
**locations** 99:7
**lock** 128:19
**logo** 131:18
**London** 72:13
**long** 96:25, 98:10, 98:11
**longer** 120:15, 137:5
**looked** 44:7, 75:13, 75:15, 77:11
**Looking** 27:15, 52:11, 57:5
**looks** 148:17, 149:25
**Los** 18:16, 18:19, 57:10, 64:25
**lose** 11:3
**lot** 7:7, 8:23, 21:13, 22:25, 27:8, 29:23, 60:23, 70:10, 78:6, 86:14, 92:19, 92:21, 95:1, 97:3, 108:7, 120:13, 123:17, 136:11, 136:14
**Lots** 118:2, 123:14
**low** 152:25, 154:10, 155:8
**loyalty** 17:7, 92:2
**lull** 147:10
**lunch** 6:16, 75:24, 77:21, 78:1
**luncheon** 6:12
**lying** 96:2, 113:24

**< M >**
**ma'am** 103:24
**magazine** 43:13, 43:14, 43:16, 44:2, 65:19, 66:23, 69:13, 101:8
**Maghawri** 139:8
**Mahmoud** 67:24
**Mahmud** 55:19, 55:19, 57:6, 59:15, 114:22
**mailing** 68:7, 68:13
**main** 8:25, 33:19, 68:5, 72:6, 92:9
**maintained** 127:2
**major** 44:8
**majority** 120:20
**makers** 151:17
**Mallick** 3:6
**man** 10:6, 28:6, 43:25, 58:9, 61:18, 64:22, 65:14, 65:14, 65:15, 68:6, 70:5, 81:15, 90:20, 91:8, 91:8, 108:6,

121:7, 131:24, 135:15, 137:11
**man.** 85:10
**manage** 21:20
**manager** 131:22
**manipulate** 146:19, 147:5
**manner** 32:18, 53:6, 53:7, 53:11, 72:15
**mantra** 53:10
**Manual** 53:16, 54:10, 54:24
**map** 9:21, 123:4
**March** 66:4, 146:21
**Marked** 37:1, 37:1, 60:8
**marked.** 37:1
**MARLO** 2:14, 2:15
**marriage** 70:7
**Marriott** 30:19, 121:25
**martyrs** 23:1, 49:1, 70:20, 70:21, 71:2, 71:4, 71:8, 71:11, 78:4
**masks** 51:1
**masters** 100:14
**match** 62:13
**matched** 130:16
**material** 44:11, 48:14, 108:22, 109:2, 113:3, 117:12, 117:13, 142:8, 155:12
**materials** 75:13
**matter** 96:24, 158:7
**maximum** 4:10, 66:13
**Mcgonigle** 55:16, 55:20, 55:24, 56:4, 56:8, 56:10, 57:6, 100:18, 114:24, 114:24, 115:3
**Mckinney** 2:16
**meal** 14:13
**mean** 5:6, 32:22, 33:9, 75:12, 86:10, 105:12, 124:15, 154:15
**meaning** 12:12, 12:13
**means** 4:15, 13:6, 16:16, 16:16, 21:20, 33:12, 68:22, 78:18, 95:2, 97:22, 98:8, 108:8, 138:7, 140:2, 145:12, 146:18, 154:25, 155:5
**meant** 105:6, 105:14
**measures** 34:21, 54:18, 56:17, 113:8
**media** 20:11, 24:4, 28:20, 40:14, 43:13

**medical** 55:22, 55:23
**meet** 153:13, 155:7, 158:23
**Meeting** 32:3, 32:4, 32:6, 32:8, 32:9, 32:12, 32:17, 33:17, 33:20, 34:14, 37:14, 37:15, 39:4, 53:2, 100:19, 100:25, 101:3, 112:21, 118:7, 118:25, 120:2, 120:19, 122:2, 122:11, 124:3, 124:24, 125:24, 126:16, 126:21, 127:23, 128:11
**meetings** 30:16
**meets** 154:11
**member** 20:22, 30:24, 48:17, 58:1, 81:2, 82:12, 85:6, 89:21, 91:6, 95:9, 121:6, 121:19
**mementos** 134:2
**memo** 67:14
**memories** 136:12
**memory** 5:15, 111:11, 115:9
**men** 14:5, 14:19, 51:3, 122:11, 141:13, 143:5, 154:6
**mention** 8:15, 32:17, 33:7, 37:6, 46:9, 54:20, 82:18, 113:9
**mentioned** 37:23, 46:11, 79:17, 113:6, 118:20, 138:20
**mentions** 116:4
**mere** 126:11
**merge** 121:13
**message** 67:3, 67:5, 69:5
**messages** 16:25
**met** 24:11, 55:18, 55:21, 62:4, 115:2, 115:4, 121:5, 121:7, 158:13
**method** 21:19
**Mezain** 96:6
**mid-afternoon** 102:5
**mid-morning** 6:12, 45:25
**Middle** 13:16, 17:10, 45:3, 57:5, 66:1, 66:7, 120:12
**Midst** 45:1
**Mike** 14:6
**Military** 13:11, 13:17, 13:20, 13:23, 14:2, 14:3, 14:4, 14:8, 14:19, 16:3, 16:7, 16:18, 17:2, 17:4, 17:6, 17:12, 22:18, 58:1, 64:5, 71:13, 75:4, 80:24, 80:25, 81:2,

81:6, 81:7, 82:8, 82:11,
82:13, 83:20, 90:8, 91:14,
91:15, 128:15, 151:1
**milk** 107:5
**million** 74:22, 78:25, 82:2,
89:3
**millions** 69:9, 70:16
**mind** 5:10, 7:6, 8:2, 43:21,
52:4, 52:6, 116:12, 126:15,
141:23, 145:8
**minds** 15:15, 16:5, 92:2,
92:3
**mine** 103:5
**Minister** 104:4, 104:9, 123:9,
131:24
**ministered** 17:5
**minute** 90:17, 104:16,
112:22, 138:1
**minutes** 13:2, 75:22, 76:2,
91:9, 100:19, 100:21, 100:23,
100:24, 101:2, 101:3, 102:19,
102:21, 102:22, 109:23
**Miranda** 54:19, 60:4, 60:13,
110:22, 129:13, 129:15,
129:25, 135:18, 137:7,
141:17, 141:25, 146:20,
156:2
**miserable** 68:25
**Mishal** 17:20, 17:21, 17:24,
42:21, 43:1, 44:8, 69:15,
69:17, 70:6, 71:1, 83:16,
91:13, 146:23, 147:1, 147:2,
147:3, 147:4, 154:19
**misleading** 117:16, 117:23,
134:4, 135:13
**misled** 106:12
**mission** 56:18, 78:8
**Mississippi** 39:11
**misspoke** 80:14
**mistranslation** 120:3
**model** 49:1, 49:2
**moderator** 63:20, 64:10
**modest** 67:20
**Mohamed** 7:24, 18:21,
18:24, 27:10, 28:12, 29:14,
29:15, 31:9, 31:18, 39:21,
40:3, 42:23, 42:25, 43:5,
43:6, 44:17, 45:5, 46:7,
46:15, 47:20, 48:8, 57:4,
57:23, 87:13, 99:20

**Mohammad** 108:13
**Mohammed** 62:3, 62:6,
63:24, 80:10, 80:16, 91:8,
91:10, 96:6, 131:19, 131:23
**moment** 13:19, 31:11
**moments** 9:8, 10:11, 37:23
**money-changing** 132:4
**monies** 139:8
**month** 33:20, 107:3, 116:24,
127:23, 130:23, 138:6
**months** 7:4, 9:1, 37:15
**moral** 8:6, 23:16
**Moreno** 2:23, 2:24, 102:24,
108:2
**Morning** 4:2, 6:15, 6:23,
27:14, 55:16, 88:17, 103:16,
105:24, 109:21, 112:19,
114:25, 139:19, 158:1,
158:25
**Moslem** 19:23, 23:5
**mosque** 16:25
**mosques** 15:17, 16:23,
73:19
**mother** 23:5, 35:9, 35:10
**mothers** 107:5
**Mousa** 17:20, 17:22, 18:3,
18:7, 18:7, 18:10, 26:24,
26:25, 26:25, 27:4, 27:4,
28:12, 38:12, 49:11, 49:22,
50:1, 60:24, 64:3, 64:6, 70:7,
154:19
**moustache** 143:12
**move** 23:22, 107:20, 126:2
**moved** 58:5
**Movement** 11:6, 11:7, 21:21,
22:8, 22:11, 22:24, 23:3,
23:4, 23:5, 23:24, 24:2, 24:6,
24:9, 24:12, 24:20, 25:12,
25:15, 26:7, 33:8, 33:8, 33:15
**Movement.** 22:21
**movements.** 21:25
**moves** 18:19, 66:3
**moving** 4:4
**mowed** 133:22
**Ms.** 1:27, 1:41, 1:42, 2:14,
2:23, 19:9, 66:25, 71:21,
99:3, 102:9, 102:18, 102:24,
103:1, 103:4, 103:19, 103:20,
108:2, 158:3, 158:13, 158:16,
158:18

**Mufid** 2:11, 7:25, 19:5,
31:17, 48:17, 48:20, 48:23,
49:10, 49:16, 49:19, 50:3,
50:8, 51:11, 52:6, 57:16,
57:17, 58:11, 58:25, 59:11,
59:21, 62:20, 70:5, 88:16
**Muharam** 131:23
**Mujihadeen** 13:23, 22:17,
22:19, 67:11, 67:14
**multiple** 40:8, 61:11, 83:14,
84:12
**munitions** 16:20
**Mushtaha** 46:19, 46:20,
47:2, 47:2, 47:3, 56:25, 58:9,
62:8
**Muslim.** 119:23, 119:25
**Muslims** 13:3, 64:14,
120:22, 130:22
**MYSLIWIEC** 2:4

**< N >**
**Nabil** 89:7
**Nablus** 78:12, 78:15, 78:25,
79:3, 79:8, 79:12, 80:13,
80:19, 80:23, 81:9, 81:13,
81:17, 123:5, 140:11, 142:18
**name** 7:13, 7:21, 10:6, 10:7,
13:21, 13:23, 24:25, 25:1,
27:9, 27:13, 30:8, 32:18,
33:8, 37:5, 37:23, 42:5, 43:1,
43:2, 58:5, 60:23, 61:3,
66:15, 66:22, 68:7, 79:18,
80:18, 89:7, 89:8, 113:9,
117:3
**named** 28:6, 38:1, 61:18,
64:22, 82:9, 89:20, 91:8,
129:9, 135:15, 137:11, 138:3
**names** 7:8, 7:9, 7:15, 7:16,
7:18, 7:22, 7:25, 22:17,
25:22, 26:13, 27:7, 27:8,
27:13, 27:16, 27:20, 27:22,
27:24, 27:25, 28:1, 28:3,
46:20, 60:10, 61:6, 74:7,
79:17, 80:17, 110:18, 122:1,
129:15, 144:4, 144:6
**names.** 22:18
**NANCY** 1:41
**NATHAN** 1:28
**nation** 23:6

**national** 99:12, 152:10
**nationalities** 19:20
**Natsheh** 89:7, 89:9, 89:20, 90:20
**natural** 109:10
**nature** 29:24, 55:13, 137:18, 148:11, 149:2
**neatly** 117:2
**necessarily** 5:7, 126:14
**necessary** 102:15
**need** 6:11, 6:16, 7:25, 15:10, 15:23, 16:1, 16:2, 43:5, 99:4, 99:4, 99:5, 104:7, 105:8, 118:23, 136:13, 140:18, 144:21, 145:25, 147:23, 148:7, 156:16
**needed** 29:6, 105:19, 106:24, 108:18, 130:17
**needs** 15:24, 16:3, 25:11, 43:6, 106:18, 144:2
**needy** 101:18, 104:9, 104:15, 111:23, 117:9
**neither** 129:5
**Netanyahu** 123:8
**network** 72:17, 72:18, 73:10
**neutral** 36:25, 124:9
**New** 2:7, 4:4, 17:22, 18:8, 19:7, 22:8, 36:24, 44:6, 50:2, 67:18, 68:11, 99:19, 117:5, 124:7, 126:25
**News** 55:16, 111:24, 114:25
**newspaper** 44:7
**newspapers** 15:4, 107:12, 126:7, 139:24
**Next** 4:5, 14:7, 47:22, 50:11, 51:6, 54:5, 58:7, 58:10, 58:19, 58:24, 59:2, 59:15, 60:11, 61:6, 63:2, 66:7, 69:24, 102:15, 102:18, 102:20, 117:4, 122:6, 157:22
**nice** 115:18
**nine** 157:25
**nineteen** 76:2
**nitric** 62:13
**NM** 1:46
**Nobody** 133:22, 140:25
**None** 106:10, 107:3, 135:24, 138:4, 143:24, 154:3, 154:8
**nonopposition** 124:14
**nonreligious** 121:19

**noon** 76:3
**nor** 106:14
**normal** 30:10
**normally** 4:13, 102:5
**North** 10:2, 23:18, 24:3, 66:8, 68:20, 96:15, 107:14
**NORTHERN** 1:2, 1:31, 20:23, 161:20
**not-enough-time-in-the-day** 144:12
**note** 104:21
**notes** 14:22, 104:18
**Nothing** 40:1, 105:16, 113:23, 122:1, 134:18
**Notice** 48:10, 77:18, 115:7, 122:4, 153:11
**notify** 68:5, 147:19
**notion** 23:6
**NUMBER** 1:5, 17:21, 17:21, 17:23, 21:7, 23:14, 23:16, 26:6, 27:5, 27:9, 27:10, 27:16, 27:18, 37:13, 37:16, 42:22, 42:23, 46:13, 53:25, 54:5, 60:24, 61:4, 61:5, 61:6, 61:18, 63:16, 63:17, 68:19, 91:9, 128:12, 161:22
**numbering** 46:10
**Numbers** 28:9, 42:4, 60:10, 60:11
**NY** 2:7

**< O >**
**o'clock** 158:1
**oath** 32:11
**obey** 145:20
**objected** 77:8
**obliterates** 12:7
**observe** 157:24
**Obviously** 33:10, 47:21, 58:5, 59:21
**occupation** 22:25, 127:12, 127:14
**Occupied** 18:18, 22:10, 24:23, 24:24, 25:25, 26:16, 27:18, 30:8, 54:9, 54:13, 64:21, 65:11, 66:15, 66:17, 67:3, 67:12, 72:22, 73:2, 115:13
**occupies** 127:22, 150:15

**occur** 14:14
**occurred** 111:11
**October** 30:19, 41:19
**ode** 43:17, 43:24, 65:22, 101:7
**Odeh** 3:1, 7:24, 19:7, 44:6, 44:14, 45:20, 45:21, 45:21, 48:13, 67:19, 68:5, 71:12, 99:19, 99:24, 129:8, 129:8
**OFAC** 137:21, 148:9, 150:5
**offense** 113:22
**offensive** 97:23, 97:24, 97:25
**offer** 77:18
**offered** 130:1
**Office** 2:5, 2:15, 2:24, 19:7, 24:9, 24:18, 30:7, 44:7, 44:9, 48:14, 67:18, 67:18, 68:5, 89:20, 95:24, 96:2, 130:10, 131:4, 131:14, 132:8, 137:22, 137:22, 139:1, 139:6
**Officer** 19:1
**officers** 147:11, 155:2, 155:4
**offices** 55:5, 70:15, 71:18, 80:5
**official** 32:22, 144:16, 161:5
**officials** 140:21, 154:19
**Okay** 53:18, 69:6, 76:21, 142:16, 159:1
**okay.** 149:21
**Oklahoma** 99:21, 118:18, 119:1, 119:4, 119:5, 119:8, 119:14, 119:15, 119:16
**old** 14:4, 16:11, 49:5
**OLF** 64:20, 72:21, 115:15
**Omar** 27:12, 27:12, 30:22, 32:8, 37:5, 39:20, 39:23, 39:25, 40:4, 43:1, 100:9, 100:13
**omission** 110:14
**Once** 14:16, 42:16, 55:10, 55:21, 82:16, 83:8, 87:6, 94:24, 110:15, 115:2, 118:18, 123:24, 130:7, 148:22
**ones** 53:14, 55:14, 69:22, 73:18, 104:22, 136:5, 138:5, 141:6
**ongoing** 158:11
**open** 32:2, 104:10, 134:15, 139:23

**opened** 19:7, 22:8
**opening** 11:13, 19:9, 30:7, 51:25, 99:3, 103:11, 118:15
**operate** 8:8, 9:17, 53:11
**operated** 60:19, 72:15, 74:3, 109:4
**operating** 55:7, 77:11
**Operation** 45:1, 45:2, 151:1
**operation.** 45:22
**operations** 48:15, 75:2, 81:7, 151:2
**opinion** 36:23, 124:8, 126:23, 132:22
**opinions** 12:18, 52:13
**opportunity** 4:8, 7:3, 99:22, 124:13
**oppose** 122:15, 122:17
**opposed** 122:10, 122:11, 122:12, 122:18, 122:23, 123:14, 124:16, 124:16, 140:20, 151:7
**opposes** 122:19, 122:21, 140:19
**opposition** 122:7, 123:13, 125:25
**Order** 13:19, 14:14, 22:3, 34:22, 73:3, 74:4, 76:13, 76:14, 76:15, 95:7, 95:23, 95:24, 96:2, 98:1, 99:7, 99:13, 99:16, 102:10, 148:15, 148:24, 153:14
**organizational** 23:25, 26:12, 27:15
**organizations** 20:5, 24:19, 24:22, 36:17, 37:17, 37:18, 40:13, 42:15, 54:13, 72:4, 72:4, 72:8, 72:11, 72:12, 72:13, 72:15, 73:12, 81:10, 86:8, 89:2, 90:3, 93:9, 95:5, 95:6, 104:4, 105:1, 105:2, 105:8, 122:16, 146:7, 146:8, 148:2, 148:25, 150:2, 150:10
**original** 23:3, 60:9, 95:10, 115:18, 118:13
**originally** 24:25, 115:19, 129:22
**Orin** 18:6, 61:1
**orphan** 108:11, 108:14
**Orphans** 71:9, 84:16, 84:17, 84:21, 84:23, 85:2, 85:2,

85:7, 85:12, 101:23, 101:24, 107:2, 108:10, 108:14, 132:10, 132:14
**Oslo** 12:24, 33:19, 33:21, 33:22, 34:3, 34:5, 34:7, 34:15, 35:8, 45:11, 61:23, 99:15, 122:4, 122:7, 122:8, 122:11, 122:11, 122:12, 122:17, 122:18, 122:21, 122:24, 122:25, 123:3, 123:10, 123:12, 123:13, 123:19
**others** 17:17, 19:21, 44:9, 71:16, 115:10, 118:10, 118:12, 154:6, 154:20, 155:25
**Otherwise** 92:4, 143:9
**ought** 71:7, 124:11
**ours.** 89:25
**outcome** 151:24
**outed** 56:3
**outlet** 20:11, 24:4, 40:14, 43:13
**Outside** 17:15, 17:17, 20:23, 22:12, 22:23, 31:15, 42:5, 46:23, 72:4, 73:10, 102:17, 143:14
**overnight** 157:21
**oversaw** 20:5, 20:5, 20:13
**overseas** 28:19, 60:4, 85:25, 93:2, 93:3
**oversee** 22:9, 25:6
**overview** 4:5
**own** 5:15, 49:3, 69:7, 70:24, 74:16, 100:1, 109:7, 109:10, 113:9, 113:10, 122:1, 128:2, 148:10, 153:21
**owned** 132:4, 148:21
**Oxford** 39:11

**< P >**
**P.** 2:15
**PA** 121:2, 121:17, 131:25
**Pages** 161:7
**paid** 31:4, 78:24, 82:1, 113:10, 119:13, 141:12
**painstakingly** 130:15
**Pakistan** 63:19
**Pakistanis** 19:21

**Palestinian-americans** 125:25
**Palestinians** 10:16, 11:8, 13:4, 19:20, 33:24, 33:24, 64:13, 117:9, 120:24, 122:14, 122:23, 123:23, 130:12, 140:7, 141:19
**pamphlet** 61:9
**papers** 31:12, 139:5
**paragraph** 21:17
**parents** 85:4
**Paris** 41:23
**participants** 34:24, 36:18, 37:5
**participate** 51:24
**particular** 10:21, 32:6, 41:2, 44:18, 74:2, 75:2, 75:6, 77:9, 151:23
**particularly** 86:8, 112:18
**parties** 4:14, 127:2
**partisan** 127:4
**parts** 9:19
**party** 5:18, 121:19
**party.** 127:7
**pass** 155:4
**passed** 9:16, 95:8
**passing** 16:24
**passport** 113:10
**past** 7:4, 110:3, 118:11
**patience** 6:25
**patient** 155:16
**Patterns** 29:3
**pay** 31:6, 39:21, 39:24, 40:3, 112:16, 112:22, 143:3
**payment** 40:25, 41:3, 78:18, 81:19, 85:20, 98:12
**Payments** 40:21, 40:24, 74:18, 78:14, 78:23, 79:1, 81:22, 81:24, 83:6, 85:23, 86:25, 88:25, 89:1, 89:2, 91:2, 98:22, 98:25, 129:21, 129:21, 131:8
**pays** 21:22
**peace** 12:19, 12:19, 12:20, 12:25, 33:23, 34:2, 34:3, 34:9, 34:12, 34:17, 34:18, 35:11, 35:22, 35:24, 36:4, 36:7, 36:8, 45:9, 124:14, 124:16, 124:16, 124:17, 124:18, 124:18, 124:19

**Peaceful** 12:17, 50:22
**pending** 146:24
**per** 4:11, 4:14
**percent** 105:7
**percentage** 73:23
**perfect** 104:9
**perform** 66:12, 67:10
**Perhaps** 108:15, 122:8, 124:1, 154:14
**period** 12:20, 41:18, 41:20, 112:20, 117:17
**permit** 123:1, 156:8
**permits** 133:15, 133:15
**permitted** 120:25, 120:25
**Persistence** 66:1
**person** 9:6, 16:1, 27:6, 33:5, 33:7, 33:9, 33:10, 51:19, 59:5, 63:14, 67:25, 68:13, 80:12, 95:15, 97:15, 98:11, 120:16, 124:6, 124:22, 126:4, 126:5, 146:17, 148:20
**personal** 151:24
**personally** 110:12
**persons** 125:18, 126:12
**persuasive** 5:16
**phase** 4:4, 5:23
**Phillips** 97:20
**philosophy** 61:16, 64:16
**Phone** 28:1, 28:4, 28:7, 28:9, 30:16, 35:14, 35:17, 38:14, 39:20, 39:23, 39:23, 40:9, 42:3, 42:4, 42:21, 43:7, 46:12, 46:14, 46:17, 55:11, 56:6, 59:23, 60:10, 60:24, 61:5, 62:16, 62:24, 89:7, 96:5, 96:8, 96:11, 129:16, 129:23, 138:24, 138:25, 139:4, 144:18
**phones** 112:5, 138:23, 139:2
**photo** 131:6
**photographed** 115:24, 116:1
**photographs** 28:6
**photos** 106:9, 134:2
**pick** 71:23
**picture** 17:13, 17:24, 18:2, 31:14, 44:6, 50:17, 83:25, 131:5, 133:12
**pictures** 89:22, 134:9, 134:11, 151:6, 151:11
**piece** 103:5

**pieces** 137:1
**pioneer** 23:24
**pious** 120:14
**pit** 47:6
**Place** 14:6, 30:18, 31:21, 47:17, 51:21, 57:9, 64:25, 71:7, 90:2, 108:10, 117:19, 119:24, 121:25, 128:16, 156:17
**placed** 36:25, 66:25, 124:10
**places** 14:14, 17:23, 29:12, 104:5, 108:14, 119:22
**placing** 66:21
**Plan** 24:20, 53:17, 101:19
**planning** 5:4, 82:9
**plans** 15:6, 33:2
**PLATT** 3:5
**play** 33:11, 39:3, 39:3, 45:25, 46:18, 48:19, 49:12, 49:14, 56:13, 56:22, 62:6, 62:17, 65:3, 69:16, 81:4, 87:11, 87:11, 88:3, 89:10, 90:10, 96:11
**player** 100:10
**playground** 16:21
**playing** 33:14, 88:15, 100:17
**plays** 100:10
**Plaza** 1:45
**pleasant** 4:3
**Please** 6:19, 32:17, 32:22, 63:2, 63:8, 83:7, 107:25, 125:23, 126:15, 156:17, 157:23
**pledged** 129:22
**PLO** 11:4, 33:25, 33:25, 92:16
**plot** 61:23
**plus** 101:8
**PO** 2:25
**poem** 43:17, 43:20, 43:24, 44:1, 48:13, 101:8
**poin** 36:4, 125:12
**Point** 6:6, 6:14, 7:7, 11:22, 21:3, 68:11, 68:12, 78:16, 79:3, 80:9, 90:17, 97:7, 103:13, 118:9, 119:25, 122:3, 122:6, 125:13, 129:11, 133:23, 134:10, 152:13, 153:8, 153:25, 155:11
**pointed** 46:10, 68:10, 115:5,

118:7, 118:19, 129:18
**pointing** 86:14, 94:7
**points** 7:5, 110:14, 121:22, 153:8
**poison** 62:14
**police** 83:17
**policies** 124:14
**policy** 151:17
**Political** 13:11, 13:16, 17:11, 17:12, 17:13, 42:22, 63:20, 64:7, 69:16, 89:13, 111:20, 112:23, 121:18, 124:24, 125:25, 126:8, 126:8, 126:23, 126:24, 129:1
**politics** 100:12, 107:2, 109:12, 125:1, 126:6, 126:19, 127:9, 128:5, 143:14
**poor** 101:18, 104:4, 104:5, 104:9, 111:22, 152:21
**population** 14:15, 92:3
**portion** 9:24, 103:12
**position** 18:24
**possess** 44:11, 44:13
**possession** 81:11, 131:6
**possibility** 73:3
**possible** 6:10, 102:2, 157:18
**post** 80:25
**postcards** 91:18, 91:19, 91:21, 91:23, 91:24
**poster** 80:23, 83:24, 89:14
**Posters** 15:4, 75:10, 75:11, 75:13, 80:23, 83:19, 83:20, 83:21, 84:2, 89:13, 151:5, 151:11
**poverty** 127:20
**Power** 79:3, 134:10
**practice** 121:1
**praise** 16:12
**praising** 15:5, 62:1
**praying** 61:22
**preach** 69:14
**preached** 46:18
**premise** 122:10
**prepare** 105:21
**prepared** 80:5
**prescribed** 161:11
**presence** 23:24, 90:3
**present** 35:19, 131:2, 134:4
**presentation** 79:4, 134:10, 157:19, 157:22

**presented** 131:1
**presents** 122:9
**President** 26:15, 121:5, 148:24
**presidential** 95:7, 96:2
**press** 15:1, 112:5, 137:12, 137:13, 142:10, 145:23
**presumption** 135:10, 135:11
**pretend** 51:4, 53:1
**pretending** 51:9, 51:19, 100:7
**pretends** 59:4
**Pretty** 23:19, 102:12, 107:20
**prime** 123:8
**principal** 124:19
**principals** 12:18
**print** 144:5
**printing** 107:12, 107:13
**prior** 20:7, 33:20, 47:2
**prison** 108:13
**prisoners** 70:20, 70:22, 71:2, 71:5, 71:8, 71:11, 78:4
**private** 120:17, 156:17
**probably** 4:16, 5:8, 107:24, 126:6, 128:11
**problem** 38:4, 110:15, 128:1, 144:11
**procedural** 76:12
**proceedings** 161:4, 161:6
**process** 12:25, 34:9, 34:11, 34:12, 35:12, 35:22, 35:24, 68:20, 68:21, 146:19, 147:5, 149:9, 158:11
**produce** 71:22, 105:13, 129:12
**produced** 20:15, 129:4
**professional** 142:23
**Professor** 120:9, 120:9, 120:14, 120:15, 121:15, 123:19, 142:21, 143:13
**professors** 122:15
**Program** 98:25, 119:11
**programs** 117:8, 149:13
**progress** 158:8
**project** 104:24, 131:5, 131:9, 131:10
**projects** 115:15
**Projects.** 132:23
**prominent** 64:13, 64:13, 122:15

**promise** 123:9
**promised** 80:16
**promises** 34:11
**Proof** 5:19, 5:20, 126:14, 134:24, 134:25, 152:25, 153:17, 153:18, 153:19, 155:10, 156:7
**proper** 133:15, 133:15
**Prophet** 108:13
**proposals** 12:23
**propose** 77:15
**prosecute** 146:20, 147:6, 147:11
**prosecuted** 52:4, 112:6, 112:23
**prosecution** 5:18, 108:23, 111:6, 113:25, 115:11, 116:7, 122:6, 130:18, 135:20, 135:21, 154:2, 156:5, 156:15, 156:19, 157:3
**prosecutors** 6:21, 117:10, 130:11, 141:9, 150:11, 153:4, 155:18
**protected** 126:2
**protection** 17:6
**protesting** 18:9, 61:2
**proud** 142:11
**prove** 23:2, 108:23, 108:25, 109:2, 109:5, 155:22, 156:14
**proved** 153:16
**proven** 108:22, 113:5, 145:16
**provide** 35:2, 94:25, 98:9, 108:12, 108:18, 109:1, 117:9, 127:10, 127:18, 127:22, 128:9
**provided** 4:20, 22:24, 91:5, 104:14, 108:19, 108:21, 127:21, 128:10, 130:24, 132:17, 133:24, 142:11
**providing** 52:11, 98:6, 104:3, 105:2, 106:16, 109:11, 113:3, 117:12, 117:13, 117:15, 155:12
**proving** 130:9
**public** 14:14, 15:8, 29:6, 29:9, 29:10, 30:1, 32:2, 35:20, 35:24, 36:10, 36:13, 44:4, 44:5, 51:23, 55:13, 62:15, 83:17, 100:17, 101:4,

101:9, 101:16, 120:17, 120:23, 121:25
**publically** 36:1, 44:3
**publications** 67:7
**publish** 54:1
**published** 20:12, 29:3, 43:13, 44:10, 65:19
**publishes** 24:4
**pull** 13:12, 53:15, 74:17, 79:5, 82:16, 85:10, 88:1
**pulled** 84:9, 98:21
**purchase** 71:22
**pure** 9:3
**purpose** 10:16, 16:14, 29:25, 31:8, 33:1, 33:4, 33:17, 33:22, 35:11, 40:13, 40:18, 55:15, 72:16, 82:21, 101:1, 108:21, 135:20, 145:13
**purposefully** 145:12
**purposes** 5:4, 15:16
**put** 26:10, 40:21, 47:6, 50:4, 50:4, 59:5, 60:7, 64:20, 68:12, 77:17, 93:18, 97:18, 98:19, 99:25, 106:7, 121:6, 124:4, 127:3, 131:13, 135:4, 138:6, 138:12, 139:14, 143:4, 144:5, 146:11, 147:12, 154:7, 156:22
**putting** 41:6, 65:12, 66:23, 131:20, 131:22

**< Q >**
**Qalqilla** 74:5, 86:16, 86:18, 86:21, 86:23, 140:11, 142:16
**Qassam** 13:21
**question** 12:22, 33:16, 53:7, 76:12, 90:24, 149:12
**questioned** 66:25, 149:10
**questioning** 79:5
**questions** 44:11, 97:3
**quick** 149:18
**quickly** 73:7, 124:2
**quite** 139:4
**Quote** 99:10
**quoted** 117:24

**< R >**
**radical** 124:12

**radio** 45:21
**Rafah** 133:20
**raise** 7:19, 8:12, 20:17, 38:3, 56:19, 56:22, 57:23, 59:6, 59:19, 61:14, 62:2, 62:21, 63:13, 63:22, 64:12, 64:17, 64:18, 65:18, 72:9, 79:20, 93:6
**raised** 39:1, 39:8, 58:22, 69:9, 69:9, 78:9, 93:21, 111:22, 129:9, 129:13, 129:15, 129:19, 147:23
**raised.** 23:8
**raising** 19:6, 59:24, 60:3, 66:19
**Ramadan** 130:20, 130:22, 131:9
**Ramallah** 74:5, 81:18, 81:20, 81:25, 82:1, 82:5, 82:19, 83:1, 140:10, 143:10, 147:16, 147:17, 147:18
**ran** 10:8, 10:15, 19:4, 19:8, 73:18, 73:18, 75:14, 123:8, 142:9
**random** 54:4, 61:21, 79:14
**range** 75:13
**Rantisi** 91:19
**Rather** 5:12
**Razi** 142:8, 142:12
**re-enact** 93:20
**reach** 5:7, 98:13
**reached** 23:14
**read** 4:24, 23:18, 31:22, 33:13, 46:16, 92:24, 101:12, 113:21, 124:10, 124:11, 124:21, 124:21, 126:21, 139:3, 139:6, 145:17, 153:4
**reading** 25:9, 80:17
**reads** 143:1
**real** 8:5, 8:9, 8:10, 8:11, 104:8, 104:13, 104:14, 104:14, 110:15, 115:17, 118:4
**reality** 101:18, 101:23, 105:14, 126:25, 134:16, 150:12
**realized** 21:22
**really** 6:25, 73:23, 101:2, 106:1, 108:18, 110:21, 110:23, 110:25, 113:12,

119:20, 119:23, 119:25, 122:4, 132:3, 147:7, 147:18, 148:16, 156:2, 156:4
**reason** 10:18, 14:25, 15:19, 15:21, 123:23, 132:15, 134:6, 134:22, 139:14, 140:21, 141:11, 143:25, 147:22, 151:23
**Reasonable** 134:7, 134:21, 134:24, 135:7, 135:9, 145:11, 145:17, 152:5, 152:24, 152:25, 153:12, 153:16, 153:17, 153:17, 153:18, 153:23, 154:11, 155:1, 155:8, 155:10, 156:19
**reasons** 15:7, 79:13, 79:13, 97:15, 143:24
**recall** 22:18, 26:16, 39:18, 79:18, 105:4, 114:24, 151:13
**receipt** 116:19
**received** 44:22, 45:15, 46:8, 139:19, 141:20
**receiving** 45:5, 132:10, 134:12, 134:17
**recently** 137:9
**Recess** 6:12, 6:12, 46:1, 46:3, 46:4, 75:24, 76:3, 77:21, 77:22, 102:5, 102:6, 103:5, 103:9, 157:21, 157:25
**recesses** 6:11, 102:3
**recipients** 104:11, 104:12
**recognition** 5:20
**recognized** 29:2
**reconciliation** 61:23
**record** 31:10, 60:8, 158:10, 158:16
**records** 8:4, 31:4, 41:24, 41:25, 43:7, 67:13, 104:10, 111:14, 116:16, 116:18, 116:25, 132:10
**Red** 8:7, 119:7
**reduced** 4:20
**Reeves** 62:17, 101:5
**refer** 4:21, 30:21, 86:21, 147:2, 147:16
**referred** 11:7
**referring** 33:15
**refers** 82:17
**reflected** 129:19
**reform** 11:5

**refrigerator** 107:6
**refrigerators** 107:7, 127:11
**refugee** 127:13
**refugees** 127:12
**regard** 8:19, 36:10, 77:7, 89:24
**regarding** 97:4, 157:24
**regular** 8:6, 35:10, 40:16, 53:8, 65:17, 71:17, 71:24
**regularly** 44:21, 121:10, 140:3
**reject** 5:14
**rejects** 43:23, 43:25
**related** 25:24, 70:7
**Relations** 39:9
**relationship** 29:17, 29:19, 29:22, 29:22, 41:16, 71:5, 72:10, 79:11, 82:4, 110:6, 110:7, 126:24, 127:1, 146:4, 151:25
**release** 15:2, 137:12, 137:13, 142:10
**relevant** 109:24, 113:16, 114:2, 117:18
**reliable** 151:15
**relied** 156:3, 156:3
**Relief** 67:23, 74:9, 74:9, 74:14, 74:15, 74:16, 74:19, 74:23, 74:25
**religion** 69:1, 108:11, 121:1, 125:19
**religions.** 69:2
**religious** 9:16, 34:1, 108:6
**reluctantly** 132:9
**rely** 115:9, 135:1, 135:4, 135:5, 150:13, 150:17, 151:25, 153:20, 155:14
**relying** 83:14, 88:21
**remain** 36:24
**remains** 12:1, 86:8, 155:19, 155:20, 155:22, 155:22
**Remarks.** 26:5
**Remember** 7:9, 7:10, 7:16, 7:21, 7:23, 8:1, 9:9, 11:19, 16:13, 27:10, 42:14, 46:22, 55:15, 80:18, 82:10, 85:2, 88:14, 109:20, 110:19, 111:14, 115:24, 117:18, 117:25, 122:25, 124:6, 125:23, 128:13, 130:3,

132:25, 136:2, 137:6, 137:8, 138:17, 142:6, 143:11, 147:14, 149:10, 153:3
**remembering** 7:13, 7:20
**remind** 78:17
**reminded** 138:19
**removed** 156:19
**rendition** 117:23
**rep** 99:20
**Report** 44:24, 44:25, 44:25, 45:6, 45:12, 45:14, 104:23, 104:23, 115:13, 116:6, 116:23, 116:25, 117:1, 117:2, 117:3, 117:5, 117:8, 131:3, 149:13
**report.** 72:21
**reported** 44:22, 45:21, 46:8
**REPORTER** 3:13, 55:16, 62:17, 62:25, 63:7, 100:18, 114:25, 161:5, 161:19
**reporting** 45:3, 72:22, 98:24
**reports** 30:4, 37:16, 45:6, 116:11, 145:23
**represent** 141:13
**representative** 43:9, 43:10, 56:6, 56:12, 110:5, 120:11, 141:8, 150:14
**representatives** 18:1, 32:5, 140:9
**represented** 25:13, 33:25, 103:15, 105:5, 133:7, 133:8, 144:14
**Representing** 36:19, 73:1
**represents** 60:13, 60:14, 79:7
**reputation** 142:2, 143:4
**request** 73:8
**requesting** 139:8
**requests** 139:9
**require** 104:12, 153:24
**requirements** 154:12
**requires** 21:19, 21:24, 108:6, 156:24
**rescuers** 14:17
**Research** 20:14, 20:15, 55:17
**Resistance** 11:6, 22:21, 22:24, 24:6, 25:15, 26:7
**resisting** 22:25
**resolution** 23:15

**resolutions** 23:14, 24:8
**resolve** 79:21
**resources** 140:12
**respect** 119:21, 121:9
**respond** 73:8
**responded** 106:18
**rest** 15:9, 49:14, 118:21, 124:22
**restaurant** 14:12, 45:16
**restful** 4:3
**restored** 23:6
**retaliation** 10:17
**retire** 5:2
**retired** 133:8
**return** 98:25, 125:6, 150:22
**returns** 18:23, 99:1
**review** 100:22, 120:18, 120:19
**Reviewing** 37:16
**Richardson** 58:5, 68:6
**rid** 48:3, 123:10
**right-hand** 27:21
**Rights** 37:10, 99:12, 99:12, 99:16
**rival** 121:18
**River** 48:5, 48:6, 122:20, 122:22
**Rm** 3:14
**roads** 133:17
**rocket** 90:16
**rocks** 11:12
**role** 20:10, 20:15, 20:16, 20:17, 25:11, 26:7, 49:1, 49:2, 52:20, 68:19, 78:11, 93:6, 120:16, 120:23
**roll** 115:25
**room** 124:1
**roots** 10:20
**RPG** 90:16
**run** 9:15, 10:6, 21:11, 42:1, 42:13, 67:19, 74:3, 85:15, 92:13, 93:18
**running** 14:17, 42:14, 45:18, 62:13, 80:19, 86:20, 91:17, 92:11, 92:16
**runs** 17:13, 65:7, 76:23

**< S >**
**sabotaging** 68:24

**sacrifices** 23:1
**safehouse** 15:25
**sake** 66:12
**Salaam** 67:20
**salaries** 30:6
**Saleh** 137:10, 137:15, 137:16, 137:18, 138:6, 138:14, 148:5, 149:4, 154:21
**SAMAH** 32:19, 33:11, 33:12, 33:15, 35:9, 52:25, 52:25, 55:9, 124:25, 125:7, 128:13, 129:5, 129:10
**SAMAH.** 33:9, 35:14, 35:18, 128:10
**sampling** 21:4
**San** 2:33
**Sanabil** 138:14, 148:3
**sang** 48:20, 111:17, 111:21
**satisfied** 135:9
**satisfy** 107:10
**Saudi** 54:22, 113:7
**saw** 48:18, 52:23, 59:23, 59:25, 60:3, 63:24, 65:21, 67:6, 67:17, 69:4, 80:12, 87:8, 91:8, 106:8, 106:11, 109:17, 151:5, 151:8
**saying** 12:19, 19:12, 19:13, 25:2, 32:18, 34:3, 36:19, 40:2, 45:23, 49:9, 52:4, 52:5, 65:13, 67:9, 70:21, 79:16, 94:11, 99:4, 106:2, 107:12, 111:16, 111:21, 112:12, 113:8, 117:25, 124:23, 127:3, 145:24
**scare** 106:1, 106:7
**scared** 15:10
**schedule** 4:12, 5:9, 40:23, 41:3, 74:18, 78:14, 91:2, 98:19, 158:5
**scheduled** 81:19, 85:20
**schedules** 5:4, 40:23, 98:22
**scholars** 142:25
**school** 56:11, 90:13, 92:11, 105:18, 127:10
**Schools** 15:16, 73:18, 93:18
**Science** 85:14, 85:21, 86:6, 86:9, 86:13
**screen** 26:11, 53:23, 80:4
**SDFO** 95:5
**SDT** 95:6

**Sea** 48:5, 48:6, 122:20, 122:22
**searched** 14:23, 16:22, 17:1
**Second** 8:2, 10:23, 14:18, 21:17, 44:12, 46:22, 49:17, 57:14, 57:15, 57:17, 70:25, 87:10, 132:2, 146:14, 148:18
**seconds** 46:18
**secret** 122:2
**Secretary** 34:10, 148:18, 148:19
**secretive** 53:6, 53:11, 110:2
**Section** 22:2, 22:8, 22:9, 28:10, 42:4, 67:14
**sections** 13:10
**secular** 34:1, 121:2, 121:19
**Security** 8:10, 52:24, 53:3, 53:4, 53:25, 54:1, 54:1, 54:2, 54:10, 54:12, 54:15, 54:18, 54:24, 55:3, 55:8, 56:17, 104:24, 113:7, 133:21, 152:10
**seeing** 28:13
**seeking** 120:22, 150:22, 150:22
**seem** 153:9
**seems** 147:9, 150:18
**seen** 4:23, 23:22, 28:10, 28:16, 29:17, 30:2, 30:15, 30:25, 41:24, 46:19, 48:12, 48:13, 48:14, 54:2, 55:12, 62:19, 69:13, 69:13, 75:16, 80:22, 81:12, 100:16, 100:17, 100:18, 132:10, 143:12
**segment** 47:22, 57:15, 58:7, 71:15, 71:16, 78:3, 81:4
**segments** 56:22, 57:1
**seized** 21:10, 49:4, 49:5, 49:12, 49:22, 50:5, 53:14, 56:24, 61:20, 69:17, 75:16, 79:23, 89:9, 93:25
**select** 131:1
**selected** 117:16
**selective** 122:9, 123:20, 123:25, 130:8, 133:24, 134:18, 151:18, 156:12
**selectively** 114:1
**self-rule** 127:1
**selves** 100:2
**semi-brother** 92:15

**senate** 60:25
**Senator** 18:6, 18:9, 61:1
**Send** 39:1, 49:21, 50:3, 65:11, 65:16, 66:14, 67:2, 67:4, 67:5, 67:8, 68:7, 71:23, 73:13, 74:4, 93:8
**sending** 49:11, 66:17, 67:9, 69:5, 74:13, 79:9, 93:10, 98:12, 98:14, 98:17, 98:24
**sends** 140:9
**senior** 120:10, 141:8
**sense** 14:9, 93:5, 93:9, 93:11, 93:12, 120:21, 134:22, 143:25
**sent** 18:9, 42:18, 61:1, 68:6, 68:11, 70:14, 70:16, 71:7, 71:18, 72:12, 74:4, 74:8, 74:12, 78:9, 83:7, 119:1, 119:11, 142:18, 158:16, 158:19
**separate** 31:25, 40:13, 46:13, 98:18, 126:8
**separately** 13:18, 98:1, 103:15, 147:24, 148:8, 148:10
**September** 33:20
**series** 28:5, 46:11, 46:12, 80:22, 83:22
**serious** 152:9
**serve** 24:20
**Service** 7:1, 136:4
**services** 99:1, 141:20
**session** 5:5, 32:20
**session.** 32:19
**set** 10:10, 20:20, 30:11, 30:22, 31:2, 40:12, 42:15, 54:18, 63:16, 70:14, 70:15, 72:6, 72:17, 72:20, 73:19, 74:10, 141:25
**Sets** 32:10, 156:25
**settle** 80:15
**settlement** 68:20
**settlements** 133:18, 145:25
**settlers** 123:11
**Seven** 83:11, 85:9, 89:5, 117:6, 131:15
**Seventies** 22:5, 42:13, 87:5
**seventy** 129:16
**Several** 7:4, 10:7, 10:13, 14:25, 15:22, 17:3, 18:3,

20:20, 30:16, 34:6, 37:22, 41:7, 43:12, 44:9, 56:20, 57:1, 60:21, 61:6, 79:2, 79:13, 80:7, 82:6, 84:1, 85:16, 86:2, 87:7, 88:24, 96:8, 100:16, 114:5, 135:14, 136:22, 154:20
**sewer** 134:15
**SFDO** 95:5
**shake** 57:12
**shakes** 66:5
**Shamm** 22:5, 22:6, 22:8
**SHAPIRO** 1:27
**Sheikh** 10:6, 11:1, 11:10, 17:17, 42:13, 42:19, 49:11, 49:21, 50:16, 56:4, 56:9, 56:10, 57:8, 64:5, 81:1, 81:15, 87:4, 88:13, 91:18, 100:17, 136:1, 154:19
**shekels** 87:2, 132:6, 132:11, 132:13
**Shield** 151:1
**shoes** 105:18
**shoot** 51:4
**shootings** 13:24
**short** 45:20, 48:19, 81:4, 88:2
**shortly** 11:16
**shot** 59:12
**shouldn't** 31:8, 42:7, 110:1
**show** 9:21, 26:19, 50:9, 54:3, 79:6, 79:9, 91:3, 92:21, 93:13, 93:25, 94:1, 100:1, 114:2, 114:17, 116:19, 116:22, 116:23, 117:1, 117:7, 119:6, 119:9, 120:3, 124:2, 129:13, 130:18, 132:15, 132:24, 134:8, 134:11, 136:3, 155:24
**showed** 9:22, 31:14, 71:21, 91:20, 110:9, 111:7, 114:7, 115:12, 115:22, 115:23, 116:7, 116:8, 116:19, 119:4, 130:4, 130:23, 132:19, 132:20, 132:21, 151:3
**showing** 15:5, 81:12, 85:12, 92:20, 101:13, 130:16, 152:13
**shown** 4:9, 4:10, 89:14, 161:6

**shows** 13:13, 26:20, 28:15, 40:7, 81:21, 84:11, 85:11, 109:7, 109:10, 145:18
**Shura** 24:9, 25:13
**shut** 68:4
**sick** 19:11, 19:13, 31:19
**side** 4:11, 12:2, 12:2, 27:21, 77:12, 109:16, 145:6
**signature** 31:9
**signed** 33:21, 122:5
**significant** 87:7, 117:23, 124:5, 124:6
**similar** 68:2, 69:3, 72:5
**Simple** 9:4, 95:17
**simply** 114:22, 125:21, 129:21, 152:24
**sing** 49:8, 49:10, 49:21, 50:3, 57:19
**singing** 48:18, 49:3, 49:20, 58:9, 62:22, 88:16, 94:3, 94:6, 94:19
**single** 7:13, 7:20, 27:9, 85:10, 97:15, 97:16, 106:21, 136:24, 138:2, 141:25, 142:2, 154:5, 156:19
**sir** 6:20, 76:11, 102:16
**sister** 60:17
**site** 121:6
**sits** 13:14, 17:12
**sitting** 56:1, 59:15, 79:25, 87:9, 87:15, 93:22, 99:19, 116:13
**situation** 38:24, 99:6, 111:20
**situations** 134:5
**six** 4:10, 5:22, 83:11, 89:5, 91:11, 91:16, 103:16, 106:6, 107:21
**sixteen** 133:19
**sixty-two** 45:14
**ski** 51:1
**skit** 51:16, 52:7, 58:24, 59:4, 59:5
**skits** 50:4, 50:5
**skulls** 94:18
**small** 45:17, 73:22, 133:12
**social** 13:11, 13:14, 15:14, 15:15, 16:5, 16:6, 16:9, 16:18, 17:2, 17:5, 17:12, 73:16, 75:4, 78:10, 82:10, 83:3, 97:4

**societies** 136:25, 138:3, 138:9, 140:14, 140:24, 143:7, 143:18
**Society** 71:15, 74:6, 74:6, 78:3, 84:16, 84:17, 84:18, 84:21, 84:24, 85:2, 85:8, 85:12, 86:9, 86:25, 87:1, 87:4, 87:23, 87:25, 88:2, 88:7, 88:8, 88:10, 88:22, 88:23, 89:1, 89:4, 89:25, 90:4, 90:6, 90:8, 90:21, 90:25, 137:16, 137:16, 142:23, 154:21
**soldier** 45:7, 45:8
**soldiers** 11:15, 13:24, 61:24, 62:11
**soliciting** 68:9
**solution** 11:24, 11:25, 12:22, 50:22
**solutions** 12:17
**Somalia** 61:25
**somebody** 16:3, 52:7
**somehow** 132:18, 139:4
**Someone** 15:24, 16:3, 16:25, 35:16, 36:23, 37:3, 38:14, 45:4, 58:25, 59:24, 67:7, 67:9, 67:14, 69:24, 70:3, 73:23, 91:22, 97:22, 107:16, 107:24, 108:9, 121:10, 123:14, 124:15, 124:23, 129:9, 137:24, 146:20, 152:24
**someplace** 70:13
**sometime** 4:17
**sometimes** 11:7, 14:15, 133:17, 146:16, 146:18
**song** 57:19, 57:20, 88:14
**Songs** 48:18, 48:19, 58:13, 62:22, 88:15, 111:17
**Sooner** 77:20
**sorry** 25:7, 49:13, 88:1, 102:7, 113:20
**sort** 20:11, 20:24, 67:3, 74:11, 74:14
**sought** 106:20
**souls** 69:21
**sound** 15:18, 43:25, 45:3
**sounds** 45:4, 103:8
**source** 28:10, 84:12, 139:24
**sources** 40:8, 83:14, 84:13,

84:13, 84:14, 91:12, 92:19, 92:21, 156:4
**south** 10:1
**speaker** 7:21, 38:1, 60:12, 62:2, 63:18, 63:19, 63:22, 64:7, 86:1
**speakers** 7:18, 7:21, 38:6, 59:19, 59:25, 60:1, 60:3, 60:6, 60:12, 61:7, 61:8, 61:16, 61:17, 63:4, 63:12, 64:1, 64:12, 66:20, 66:21, 72:10, 93:2, 93:3, 93:7, 112:17, 120:20
**speakers.** 101:6
**speaking** 106:2, 111:11
**speaks** 140:5, 143:1
**Special** 21:22, 21:23, 22:2, 44:25, 71:15, 71:15, 78:2, 108:10, 108:14
**Specially** 95:3, 95:4, 95:11, 95:23, 97:19, 98:15, 136:15, 136:16, 143:18, 147:3, 147:17, 153:5
**specific** 98:14, 127:6, 145:12
**specifically** 23:12, 25:20, 34:21, 36:11, 70:19, 71:10, 71:14, 86:6, 91:10, 116:4
**speech** 52:1, 52:2, 52:9, 52:14, 52:16, 52:17, 63:20, 65:3, 65:9, 65:12, 125:19, 128:16
**speeches** 64:19, 64:19
**spend** 119:14
**spent** 104:13, 105:24, 106:6, 109:21, 109:22, 112:18, 119:15, 125:16
**spiritual** 50:16, 56:5, 64:6
**spoke** 115:7
**spoken** 98:10, 141:18, 142:1
**spokesman** 61:4
**sponsored** 63:7
**sponsoring** 63:4, 71:4
**spools** 46:25, 57:1
**spy** 139:20, 139:20
**St** 2:31
**stage** 35:2, 50:25, 58:13, 58:17, 59:8, 59:18
**stamp** 64:20
**stamped** 36:22

**stand** 39:19, 125:2
**standard** 152:23, 152:25, 153:22, 154:10, 155:8, 155:10
**standing** 58:16, 81:8
**stands** 156:8
**start** 6:23, 18:17, 21:9, 21:10, 21:14, 21:16, 26:2, 49:21, 78:11, 78:12, 109:16, 115:10
**started** 19:22, 24:6, 81:22, 83:4, 84:17, 117:24, 152:14
**starting** 42:17, 78:23, 86:17
**starts** 18:19, 78:23, 84:20
**State** 12:4, 22:20, 29:2, 34:10, 101:20, 123:1, 136:6, 140:17, 140:18, 144:13, 148:20
**statement** 11:13, 19:9, 99:3, 101:5, 118:15, 124:15
**statements** 29:24, 51:25, 83:16, 89:13
**station** 15:2, 149:11, 149:13
**stayed** 145:6, 158:4
**staying** 117:6
**stenotypy** 161:5
**step** 98:11, 98:13, 99:11
**steps** 34:6, 106:25, 108:3
**Steve** 55:15, 55:20, 56:4, 100:18, 114:24, 114:24
**stipulated** 156:6
**stipulation** 154:1
**stood** 153:4
**stop** 38:16, 104:16, 146:11, 146:13
**store** 107:6
**stories** 107:12, 107:13
**story** 55:18, 62:25, 110:16, 141:17
**stoves** 127:11
**straight** 78:18
**strategy** 26:1
**Street** 1:33, 2:6, 3:14, 21:12
**streets** 61:25
**stretch** 6:22
**strikes** 25:17
**striking** 25:14, 25:16
**stringing** 114:1
**Strip** 9:20, 9:23, 9:23
**strong** 25:14

**stronger** 147:15
**strongest** 17:9
**structure** 13:10, 13:14
**struggle** 21:20
**Studies** 20:14, 139:25
**study** 73:3, 105:18
**studying** 120:10, 142:23
**stuff** 99:13, 99:16
**style** 14:7
**subject** 46:14, 136:13
**subjected** 10:13
**subjects** 107:22
**subpoenas** 116:18
**substantial** 73:4, 79:11
**successful** 17:9
**Sudan** 18:1
**sued** 29:14, 110:6
**suffering** 67:21, 99:7, 109:17
**sufficient** 135:10
**suggest** 5:6, 116:5
**suggested** 77:14
**suggesting** 77:13
**suggestion** 37:3, 116:7, 124:11
**suggestions** 13:24, 37:17
**Suicide** 13:25, 14:21, 15:5, 15:6, 15:9, 16:12, 34:7, 44:18, 44:19, 44:24, 45:13, 46:9, 46:16, 48:15, 82:9, 88:12, 89:22, 93:19, 111:19, 152:14
**Suite** 1:45, 2:16, 3:7
**Sultan** 67:24
**summarizes** 40:23
**summary** 114:8, 114:12, 114:19, 130:5, 130:5, 130:12, 131:13
**summer** 93:15
**Summit** 3:7
**supervising** 24:19
**supervision** 24:18
**supplies** 67:23, 71:22, 105:12, 105:18, 107:4, 127:10, 142:12
**supported** 44:21, 49:9, 64:1, 70:12, 70:19, 70:21, 71:12, 86:17, 87:18, 101:6, 151:3
**supporter** 44:14
**supporters** 44:2, 44:4,

62:23, 67:4, 69:5, 84:10
**supporting** 28:18, 35:23, 35:24, 36:3, 36:6, 36:7, 36:8, 37:12, 40:20, 45:4, 71:11, 71:25, 72:2, 83:4, 84:19, 101:23, 108:21, 130:22
**supportive** 67:16
**supports** 17:2, 101:14
**supposed** 31:18, 53:1, 59:1, 89:18, 127:21, 148:23
**surgery** 135:5
**surprise** 143:17, 153:6
**surrounded** 9:25
**surrounding** 22:7
**survey** 105:1
**survive** 105:19, 105:21, 134:17, 134:18, 150:23
**suspension** 45:9
**suspicious** 14:22
**swear** 100:4
**sweep** 55:3, 55:5
**Switzerland** 41:22, 41:23, 42:7
**sword** 48:1
**sworn** 32:11, 43:22, 101:8
**Syam** 39:11, 62:3, 63:24, 80:16
**symbol** 80:3
**Syria** 10:1, 22:7
**system** 21:7, 21:15, 46:10, 46:11, 156:25, 157:5, 157:14
**system.** 137:19, 148:12


**< T >**
**table** 155:20
**tainted** 36:17
**Tamimi** 132:20
**Tampa** 2:26
**tangible** 158:9
**tank** 20:15, 28:20, 40:14
**taped** 30:17, 144:25
**tapes** 46:21, 47:1, 47:3, 47:4, 47:7, 47:8, 58:10, 62:7, 66:22, 88:17
**tapped** 112:5, 139:2
**tapping** 146:10
**taps** 46:12, 138:23, 138:24, 138:24
**targeted** 70:19

tasked 24:19
taught 13:9
tax 18:23, 98:23, 98:25, 104:11, 155:13
teaches 16:10
team 97:25
tedious 130:15, 130:17
telephone 61:4, 129:6, 145:18
television 139:24, 149:11
tells 41:25, 93:9, 137:2, 137:4, 137:24, 148:12
Ten 112:7, 119:15, 128:20, 139:12, 142:9
tens 41:14, 150:25
tent 87:9, 87:15, 134:12
TERESA 1:42
term 13:5, 33:5, 33:7, 33:11, 35:14, 35:17, 71:16
terms 36:20, 151:16
terrible 105:23
Territories 9:25, 22:10
terror 14:8, 15:8
terrorism 106:14, 106:15, 137:3, 141:13, 143:6, 149:17, 152:11
terroristic 35:23
terrorists 95:3, 95:4, 107:15, 133:2, 133:14, 133:25, 136:16, 136:17, 146:24, 149:14
Terrorists. 29:4
terrorize 14:14
testified 26:17, 55:17, 55:18, 114:25, 118:16, 135:17, 150:14, 151:15
testify 133:10, 143:5
testimonies 106:9
testimony 8:16, 17:25, 70:10, 73:15, 78:6, 88:5, 130:5, 135:13, 135:21, 139:17, 141:22
TEXAS 1:2, 1:31, 1:34, 2:17, 3:8, 3:15, 96:15, 107:14, 132:13, 161:20
thanked 119:10
thanking 6:24, 59:15
thanks 63:21, 157:10
theirs 90:7, 91:10
theme 93:8

themselves 11:5, 33:10, 35:20, 36:2, 56:21, 59:18, 78:2, 79:15, 79:25, 87:16, 87:17, 96:14, 97:11, 97:21, 103:18, 128:3
theory 117:12, 119:17, 155:15
thereabouts 85:19
thinking 145:8, 151:16
thinks 151:14
Third 8:15, 17:11, 20:16, 46:22, 65:25, 147:22
thirteen 101:15
thirty 120:12, 133:9
though 28:22, 68:9, 102:4, 108:1, 109:21, 112:11, 112:12, 112:15, 118:4, 119:9, 138:13, 148:5, 149:15, 152:23
thoughts 52:12
thousand 41:7, 90:5, 118:10, 118:12, 118:17, 119:1, 119:3, 119:3, 119:4, 119:5, 119:15, 119:16, 128:20, 129:16, 133:19
thousand. 118:10, 118:12
thousands 41:14, 144:4, 150:25, 154:8, 154:9
threat 152:9
threatened 112:4
three 13:10, 20:5, 37:19, 44:8, 80:18, 86:13, 86:19, 100:20, 103:7, 109:23, 141:5
three-month 41:18
threw 124:23
thrive 105:20
throughout 5:17, 19:16, 29:11, 31:24, 33:16, 37:7, 55:10, 66:18, 73:21, 110:15, 113:14, 113:25
throwing 11:12, 27:8
Thursday 5:7
tide 36:9
tiny 89:17, 123:5, 137:13, 144:4
title 65:24
titles 18:22
to. 144:22
Today 6:8, 10:22, 25:11, 47:22, 76:17, 108:17, 114:20,

123:24, 130:3, 135:23, 137:14, 137:17, 158:23
together 4:7, 30:16, 38:21, 39:7, 47:6, 98:8, 98:19, 114:1, 126:13, 158:11
tomorrow 103:5, 103:7, 105:22, 154:14, 158:1
took 30:18, 31:21, 34:6, 51:21, 57:9, 64:18, 64:25, 106:25, 108:3, 117:19, 128:5, 161:5
tool 25:14
tools 63:15
top 13:17, 23:11, 26:23, 37:13, 43:4
total 83:7, 109:23
toured 136:7
towards 62:23
Tower 3:6
Trading 41:21, 41:22, 42:1, 42:6, 42:8
tragic 119:8
trail 132:12
tramples 112:24
transaction 136:19
transactions 98:21, 114:8, 114:13
transcribed 161:6
TRANSCRIPT 1:17, 31:20, 33:13, 145:18, 149:25, 161:8, 161:10
transcripts 31:24, 33:16, 101:12, 120:18
transfer 132:19, 139:8, 146:8
transfers 130:25
translation 25:9, 117:24, 118:14, 118:19, 118:21, 119:21
translations 115:17
translator 118:7, 120:1
translators 118:2
travel 54:21, 55:7, 60:1
traveled 34:10, 113:6, 113:9, 140:6
traveling 113:12
travelling 54:25
Treasurer 18:25, 19:3
Treasury 136:15, 137:8, 137:9, 137:15, 137:20,

137:23, 138:7, 146:25, 148:1,
148:7, 148:19, 148:23, 149:3,
150:8, 153:11, 154:7, 154:9,
154:17, 154:20, 154:24,
154:25, 155:6
**treaty** 33:23
**TRIAL** 1:17, 4:4, 4:12, 4:14,
5:12, 7:11, 16:8, 52:5, 52:16,
109:20, 113:3, 113:20,
113:21, 118:8, 141:13, 147:1,
153:24, 154:4, 156:11,
158:10
**triangle** 13:13
**tried** 21:7, 47:1, 47:4, 47:8,
52:24, 100:16, 105:15, 106:6,
107:16, 121:13, 129:11,
135:18, 155:24, 156:14
**Tries** 32:15, 32:15, 121:3,
146:19, 147:5
**trifecta** 64:3
**trip** 56:8, 115:11, 115:14,
117:4
**trouble** 56:3, 145:24, 146:2,
146:3
**truck** 10:15
**true** 5:17, 19:12, 32:7, 33:1,
55:13, 55:15, 63:2, 63:10,
63:10, 100:2, 101:1, 101:7,
104:2, 109:6, 114:22, 120:8,
126:3, 129:18, 137:18,
141:17, 146:3, 148:11, 149:2,
154:17, 161:8
**Trust** 69:24, 70:3, 70:4, 70:9,
110:20, 110:20, 111:1,
119:20, 136:11
**truth** 32:13, 130:8, 130:9,
151:24
**try** 6:9, 33:3, 34:6, 47:9,
101:20, 102:2, 113:15,
130:13, 145:15, 146:23,
156:21
**trying** 55:14, 94:8, 97:7,
100:1, 106:1, 106:7, 111:14,
121:24, 125:11, 126:1, 146:1,
151:16
**Tulkarem** 83:4, 83:5, 83:8,
83:10, 83:12, 83:19, 84:7,
84:9, 123:5, 138:20, 140:11,
142:16
**Turkey** 43:5, 43:7

**Turn** 5:24, 9:14, 18:12,
23:11, 26:5, 26:22, 43:16,
65:20, 65:24, 69:11, 72:1,
136:13
**turned** 134:3
**turning** 122:2
**TV** 15:2, 88:7
**twelve** 111:12
**twenty** 105:7, 131:15
**twenty-five** 105:7, 119:7
**twice** 132:20
**Two** 9:1, 12:2, 12:10, 13:15,
14:16, 15:7, 17:19, 21:18,
29:23, 31:21, 43:4, 44:8,
44:11, 65:3, 76:1, 80:25,
87:20, 95:2, 103:7, 105:25,
114:12, 118:25, 119:22,
126:17, 129:4, 136:10,
136:17, 136:19, 142:24,
148:1
**two-month** 41:20
**two-state** 11:24, 11:24
**two.** 85:13
**type** 62:1, 72:9
**typed** 115:17, 117:2
**types** 64:11, 67:15, 95:3

**< U >**
**UASR** 20:14, 25:6, 26:16,
28:20, 36:17, 37:11, 37:18,
40:14, 44:10
**uncovered** 46:25, 131:21
**undated** 115:12
**undercover** 113:13
**underneath** 61:3
**understand** 68:22, 123:22
**understandable** 7:8, 123:6
**Understanding** 68:19,
158:15
**understood** 98:10, 139:4,
158:10
**unfair** 126:1, 147:9
**unique** 21:19, 21:19, 53:9
**University** 123:20, 125:2,
142:22, 149:24
**unknown** 124:6
**unless** 28:4, 32:25, 38:18,
42:7, 47:9, 49:8, 55:7, 56:13,
67:16, 68:1, 135:8

**Unlike** 140:5, 141:9, 141:17
**unlikely** 5:8
**unnecessary** 154:16
**unrealistic** 5:8
**unsalvageable** 47:7
**unsigned** 115:12
**untainted** 36:16
**until** 4:17, 10:5, 12:7, 19:8,
41:19, 46:3, 64:23, 68:4,
75:24, 77:21, 81:23, 85:19,
87:1, 102:6, 118:7, 122:13,
157:25
**updates** 158:12
**upholds** 157:14
**uprising** 10:19, 10:20, 10:21
**us.** 65:17, 125:6
**USAID** 142:7, 142:11,
142:17, 149:23, 149:23,
150:2
**using** 4:12, 6:7, 13:8, 26:13,
33:5, 52:25, 64:11, 72:9,
121:25

**< V >**
**value** 151:19, 152:4, 156:1
**vastly** 111:20
**vendor** 130:19
**verdict** 5:7, 156:24
**version** 129:24
**versions** 136:17
**VERSUS** 1:8, 78:17
**vetted** 142:15
**victims** 14:17, 119:1
**victorious** 66:11, 69:2
**video** 45:25, 46:18, 46:21,
47:7, 47:8, 48:18, 49:4,
49:22, 56:22, 56:24, 62:7,
62:19, 63:24, 64:24, 79:22,
79:23, 81:3, 81:4, 81:11,
81:16, 87:8, 87:10, 88:3,
88:3, 89:9, 90:10, 91:9, 93:1,
93:13, 93:25, 106:11
**videos** 75:15, 88:22, 106:8
**viewpoint** 112:24
**violating** 96:4
**violation** 99:2
**violence** 12:10, 12:14,
12:15, 12:21, 23:10, 25:17,
36:7, 75:1, 105:25, 106:3,

106:4, 106:10
**violent** 11:14, 12:12, 16:17, 29:1, 99:9, 101:21
**Virginia** 20:23
**visa** 54:21, 113:10
**visit** 36:20, 56:4, 73:1, 116:3, 116:9, 116:24
**visited** 39:10, 65:3, 140:9, 140:10, 141:23, 142:24, 151:6, 151:8
**VOLUME** 1:16
**voluntarily** 145:12
**volunteers** 119:11
**voted** 39:3

**< W >**
**Wade** 97:20
**waiting** 146:6
**walk** 105:18
**walked** 132:11
**walking** 31:15, 89:14, 100:8
**walks** 91:22
**Wall** 2:6, 25:12
**walls** 151:6, 151:8
**wanted** 5:3, 5:9, 73:23, 76:4, 76:5, 76:11, 77:6, 77:17, 80:9, 101:18, 105:16, 105:17, 105:19, 107:11, 108:18, 116:5, 116:5, 122:18, 123:2, 125:8, 128:4, 133:11, 133:21, 141:16, 143:3, 144:19, 145:4, 145:5, 145:19, 146:11, 147:10, 157:18, 158:7
**wants** 12:3, 12:3, 112:9, 112:13, 122:19, 133:17, 140:8, 157:7
**War** 100:4, 100:5, 100:6, 100:13, 100:15, 101:15, 109:9, 126:3
**war.** 100:13
**warning** 6:16
**warnings** 6:14, 76:4, 103:20
**Washington** 20:23, 46:24, 142:22, 146:22
**waste** 12:24, 34:4, 40:20
**watch** 15:10, 103:22, 115:16
**watching** 135:14
**water** 62:12
**ways** 14:25, 16:10, 16:19,

20:20, 35:19, 43:12, 43:24, 53:5, 56:20, 56:20, 60:20, 61:11, 66:19, 73:7, 73:16, 73:25
**weak** 146:15
**weapons** 65:6, 65:15, 67:23, 75:2
**wear** 50:20
**Wearing** 50:19, 51:1
**web** 121:6
**Wednesday** 4:17, 5:1, 84:15, 103:7, 154:14
**week** 4:8, 5:6, 5:10, 141:2, 141:3, 158:11
**weekend** 4:3
**weeks** 106:6, 136:19
**weigh** 157:11
**weight** 90:3
**welfare** 109:8
**West** 9:24, 11:25, 13:4, 17:16, 17:18, 38:2, 39:2, 57:9, 57:10, 70:15, 71:19, 72:5, 73:14, 73:21, 86:2, 93:23, 99:6, 123:11, 123:13, 128:18, 131:21, 135:16, 140:6, 141:4, 141:5, 146:2
**Western** 14:6, 23:21, 67:21, 68:24
**Westfall** 3:4, 3:5, 68:9, 102:20, 129:10, 129:18
**Whatever** 10:18, 43:17, 140:2, 143:14
**whatever.** 36:22
**whatsoever** 106:5
**wheel** 131:15
**wheelchair** 131:21, 131:22
**Wheelchairs** 131:16, 131:16, 131:17, 131:18
**wherever** 78:20
**whether** 9:2, 9:4, 40:25, 44:14, 44:15, 44:20, 52:9, 52:14, 75:8, 76:13, 96:24, 97:4, 97:6, 145:16
**whimsical** 33:11, 55:10
**whimsically** 33:14
**White** 33:21, 88:14, 121:6
**whole** 52:22, 75:13, 110:16, 141:17, 148:2, 152:7
**whom** 82:7, 87:8, 87:17, 89:7, 116:1, 130:19

**widows** 101:23, 101:24
**wife** 121:5
**Willfully** 9:3, 145:11, 145:11, 145:17
**willfully.** 145:10
**willing** 135:1, 135:4, 135:5, 149:10, 149:15, 152:3
**willing.** 45:23
**win** 15:14, 15:19
**wings** 13:15
**winning** 92:2
**wire** 41:1, 46:12, 132:19, 138:23, 138:23, 138:24
**wired** 41:21
**wiretapping** 152:8
**wiring** 42:6, 42:10, 42:12
**within** 68:24, 76:9, 158:4
**Without** 38:7, 73:24, 113:15, 124:18, 124:18, 127:2, 133:10, 150:16, 150:19, 153:20, 153:21
**witness** 9:10, 22:6, 46:22, 74:16, 104:6, 127:19, 127:19, 141:7, 151:23, 151:23
**witnesses** 8:17, 8:18, 70:11, 97:4, 120:5, 121:20, 122:13, 135:15, 136:23
**woman** 14:21, 67:8, 90:23, 131:19, 131:21
**women** 14:5, 14:20
**won** 16:5, 123:9
**wonderful** 52:2, 66:4
**word** 12:11, 12:13, 14:9, 18:5, 52:25, 68:21, 108:8, 128:10, 145:9
**words** 16:24, 33:11, 33:14, 55:9, 56:17, 128:25, 129:1, 148:10, 156:22
**Work** 24:5, 30:3, 37:17, 54:7, 60:10, 68:22, 72:24, 73:4, 77:3, 77:14, 118:23, 125:9, 132:1, 137:21, 142:16, 149:23, 150:2, 150:5
**worked** 34:11, 54:23, 89:11, 102:9, 113:8, 118:2, 140:19, 140:21, 140:25, 142:17
**workers** 90:7
**working** 35:5, 37:16, 128:18, 134:16, 146:13
**works** 150:18

**workshop** 32:20
**world** 9:14, 9:14, 9:17, 9:19, 15:9, 19:16, 104:6, 104:15, 112:14, 112:14, 132:5, 137:3, 137:18, 137:23, 138:8, 148:11, 149:2, 150:9
**Worldwide** 19:19, 19:24
**worried** 38:9, 56:8, 127:9, 145:3, 150:3
**worry** 7:12, 7:20, 14:11, 23:19, 27:8, 80:17, 110:18
**Worth** 3:8
**wounded** 23:1, 71:9
**wrap** 156:8, 156:10
**write** 67:15, 67:25, 68:13
**writes** 43:20, 67:7, 67:14, 143:1
**writing** 4:20, 62:25, 89:18, 98:10, 137:13
**written** 43:17, 44:1, 67:6, 69:4, 89:17
**wrote** 38:15, 111:8, 111:23, 111:25, 112:3, 113:11


**< Y >**
**Yaish** 39:19, 64:2, 64:4, 71:12, 81:2, 83:24
**Yasser** 33:25, 121:17, 140:5, 151:7
**Yassin** 10:7, 10:8, 11:1, 11:10, 17:17, 42:13, 42:14, 42:19, 49:11, 49:22, 50:16, 56:5, 56:9, 56:10, 64:2, 64:6, 81:1, 87:5, 88:13, 91:18, 100:17, 154:19
**Year** 10:23, 16:11, 29:3, 38:7, 41:5, 45:11, 53:17, 65:25
**years** 9:18, 12:24, 19:6, 25:1, 28:22, 34:2, 40:19, 42:17, 49:6, 64:24, 65:3, 68:4, 69:10, 70:14, 82:1, 83:6, 85:19, 86:17, 91:4, 101:15, 105:6, 111:12, 112:7, 116:16, 118:25, 120:12, 126:17, 127:13, 128:17, 130:10, 131:7, 133:9, 136:10, 139:12, 142:9, 150:19
**Yehya** 27:12

**Yemen** 18:1
**York** 2:7, 17:22, 18:8, 50:2, 117:5
**young** 14:4
**younger** 47:21
**yourself** 29:5, 47:9, 53:7, 53:21, 96:1, 116:18
**yourselves** 156:10


**< Z >**
**Zahar** 55:19, 55:20, 55:23, 55:25, 56:2, 56:2, 57:6, 59:15, 114:22, 115:1, 115:2, 115:3, 115:7
**Zant** 61:18, 61:19
**Zeid** 80:10, 91:8, 91:10, 123:18
**Zionist** 22:16, 22:25


**< Dates >**
**august 26, 2002** 142:11, 142:11
**july 30, 1994.** 37:14, 37:14, 37:15
**june 29, 2001** 136:18, 136:18, 136:18
**october 1993** 31:21, 31:21
**september 17, 2007** 1:11, 1:11, 1:11
**september 1988** 41:19, 41:19