1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF TEXAS

3                    DALLAS DIVISION


4
UNITED STATES OF AMERICA          (     NUMBER 3: 04-240-G
5                                  (
                                   (
6    VERSUS                        (
                                   (
7                                  (
HOLY LAND FOUNDATION, ET AL.       (     September 18, 2007
8

9    _____

10                          VOLUME 31
                     TRANSCRIPT OF THE TRIAL
11               BEFORE THE HONORABLE A. JOE FISH
     _____

12

13   A P P E A R A N C E S:

14
     For the Government:      MR. JIM JACKS
15                            MR. BARRY JONAS
                              MS. ELIZABETH SHAPIRO
16                            MR. NATHAN GARRETT
                              Assistant United States Attorney
17                            UNITED STATES DEPARTMENT OF JUSTICE
                              NORTHERN DISTRICT OF TEXAS
18                            U.S. Courthouse
                              1100 Commerce Street
19                            Dallas, Texas 75242
                                   214/659-8600
20

21   For the Defendant Shukri Baker:

22
                              MS. NANCY HOLLANDER
23                            MS. TERESA DUNCAN
                              FREEDMAN BOYD DANIELS
24                            HOLLANDER
                              20 First Plaza, Suite 700
25                            Albuquerque, NM 87102
                                   505/842-9960

```
 1   For the Defendant El-Mezain:

 2
                          MR. JOSHUA DRATEL
 3                        MR. AARON J. MYSLIWIEC
                          LAW OFFICE OF JOSHUA L. DRATEL
 4                        14 Wall Street, 28th Floor
                          New York, NY 10005
 5                             212/732-0707

 6
     For the Defendant Mufid Abdulqader:
 7

 8                        MS. MARLO CADEDDU
                          LAW OFFICE OF MARLO P. CADEDDU
 9                        3232 McKinney Avenue, Suite 700
                          Dallas, Texas 75204
10                             214/744-3015

11   For the Defendant Elashi:

12
                          MS. LINDA MORENO
13                        LAW OFFICE OF LINDA MORENO
                          PO BOX 10985
14                        Tampa, Florida 33679
                               813-247-4500
15
                          MR. JOHN D. CLINE
16                        Jones Day
                          555 California St
17                        26th Floor
                          San Francisco, CA 94104-1500
18                             415/875-5812

19

20

21

22

23

24

25
```

```
 1      For the Defendant Odeh:

 2
                        MR. GREG WESTFALL
 3                      WESTFALL PLATT CUTRER
                        Mallick Tower
 4                      One Summit Avenue, Suite 910
                        Fort Worth, Texas 76102
 5                          817/877-1700

 6

 7   Court Reporter:    Cassidi L. Casey, CSR No. 1703
                        1100 Commerce Street, Rm 15D6L
 8                      Dallas, Texas 75242
                            214-254-3139
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S:

1

2          THE COURT:  Good morning, Ladies and Gentlemen.  I was

3   told counsel wanted to see me before we bring the jury in.

4          MR. WESTFALL:  We probably want to see you on different

5   things.  The order of the arguments today is going to be Josh

6   Dratel and then Marlo Cadeddu and then me, and I have spoken with

7   Mr. Garrett about this.  One alternative which we thought of

8   which would be helpful for me personally but also the jury might

9   appreciate it is to have the two arguments and then have an early

10  lunch, and I will argue for forty-five minutes after lunch, and

11  if that's okay with the Court -- And Mr. Garrett has no objection

12  to that.  That's what we would like to do.

13         THE COURT:  All right.

14         MR. WESTFALL:  Thank you, your Honor.

15         THE COURT:  Mr. Garrett.

16         MR. GARRETT:  Your Honor, I wanted to touch base on

17  these instructions.  I have before me a copy this morning of what

18  will be filed as the government's supplemental jury instructions,

19  and Mr. Jacks and I worked on it late last night in consultation

20  with Mr. Cline.  Where we're at right now are the only counts

21  that will be affected are Counts 2 through 10, and I talked to

22  Mr. Cline both last night and this morning.  This is not going to

23  affect anyone's argument.  In short or summary, you can see that

24  what the government is suggesting is removing Count 2 -- which is

25  the government's belief that's the theory of the case as opposed

1    to an element -- adding a knowledge of sending support to HAMAS

2    in the first element and then some modification of the definition

3    of providing material support to HAMAS consistent with your

4    Honor's language about control or direction.

5            But in any event, I think that Mr. Cline -- I'll let

6    him speak for himself, but he may file some response to this this

7    afternoon, but again I don't think it's going to affect what's

8    happening today.

9            MR. CLINE:  Your Honor, we did work on this late into

10   the night, both sides.  This proposal here, I received this

11   morning from Mr. Garrett.  What I would suggest is we're going to

12   finish today, as I understand it, after Mr. Westfall's argument.

13   Both Ms. Moreno and Mr. Garrett can argue tomorrow.  As soon as

14   we are done with Court today, I will go back and prepare a quick

15   response, and it will be just a couple of pages, and we should be

16   squared away on this issue if that's acceptable to the Court, and

17   I will have it in no later than 4:30 or 5:00, and the changes

18   contemplated are pretty minor in terms of moving words around on

19   the page -- significant in terms of the charge, and I don't think

20   it will take long for the Court to implement it.

21           THE COURT:  Thank you.

22           (Jury in)

23           THE COURT:  Good morning, Ladies and Gentlemen.  Before

24   we get started today, I wanted to give you an overview of what to

25   expect today.  We will begin this morning by hearing from Mr.

1  Dratel, counsel for Mr. El-Mezain, and then following Mr. Dratel,

2  we will hear from Ms. Cadeddu, counsel for Mr. Mufid Abdulqader.

3  And then we will take our lunch recess, and when we come back

4  from lunch, we will hear from Mr. Westfall, counsel for Mr. Odeh.

5  And then that will conclude our session today.  So we will

6  probably be recessing sometime early this afternoon, and I wanted

7  to let you know that so that you can make your personal plans

8  accordingly.  Mr. Dratel.

9          MR. DRATEL:  Please the Court.

10         THE COURT:  Yes, sir.

11         MR. DRATEL:  Good morning Ladies and Gentlemen of the

12  jury.  I want to thank you for your dedication and your attention

13  during the course of this trial.  While it may have been shorter

14  than initially anticipated, it was not short by any means.  My

15  time is limited, and it's budgeted.  So I can't cover everything

16  that I might cover with unlimited time.  The trial is too long to

17  cover everything.  I will cover what I consider highlights and

18  important matters and certain themes that I think are important

19  from the evidence -- and from the evidence itself.

20         Also, Mr. Garrett, for the government will get another

21  opportunity to speak to you, and I won't.  So I have to

22  anticipate some arguments that he may make but he may not make.

23  So I have to cover those matters, even though Mr. Jonas may not

24  have.  I will talk more about that later, about certain aspects

25  of the case.

1          When Mr. Jacks opened back in July for the government,

 2     he said there were two important questions in this case.  First

 3     was whether these Zakat Committees and other foundations who were

 4     the recipients of money from the Holy Land Foundation were

 5     organizations controlled by, affiliated with or operated for the

 6     benefit of HAMAS.  He said the second question was did the

 7     defendants know that.  As the Court's instruction will tell you,

 8     the government has to prove a yes answer to both questions beyond

 9     a reasonable doubt.  And there are two instructions I would like

10     to point out to you in making that evaluation, just above and

11     beyond the others.  But all of them are important.

12          First is reasonable doubt itself.  Ms. Hollander read

13     it to you yesterday, but I think it's important enough that it

14     should be read again.  "A reasonable doubt is a doubt based on

15     reason and common sense.  After careful and impartial

16     consideration of the facts in the case, reasonable doubt is

17     proof so convincing that you would not hesitate to act on it in

18     the most important of your own affairs."

19          And the question control, what does it mean for HAMAS

20     to control a Zakat Committee?  "You may find that an entity was

21     controlled by HAMAS if you find that the entity was operated

22     under HAMAS's direction, or organizing, managing or supervising

23     or otherwise directing HAMAS's persons or resources."

24          And as the evidence demonstrates -- and I will go in

25     more detail -- the government has not proved that control,

1    certainly not beyond a reasonable doubt.  But in light of those

2    questions that Mr. Jacks asked, in light of those instructions,

3    in light of the evidence, it's not surprising that Mr. Jonas

4    yesterday spent the first two and a half hours of his summation

5    on a variety of other topics before getting to what he conceded

6    was what this case is all about, the Zakat Committees.

7         What the government resorts to and spends valuable time

8    during summation and what it spends time during the case is also

9    important in terms of when you try to evaluate the strength of

10   its case and what its case is all about.  I'll talk about that

11   material throughout my summation.  So you have to ask yourself

12   what's been put in evidence regarding Mr. El-Mezain's knowing

13   support for Zakat Committees controlled by or operated for the

14   benefit of HAMAS.  I urge you to look at the evidence carefully.

15   Look at it carefully.  You will find the government has not met

16   its burden, that Mr. El-Mezain is not guilty of each and every

17   count charged against him in this indictment.

18        The charges are basically the same.  In a certain

19   sense, they all charge the relationship to HAMAS.  The money

20   laundering counts have as a predicate the illegal activity

21   charged in the first two sets of counts which is the material

22   support and the violation of the President's Executive Order

23   blocking all transactions with HAMAS.

24        But I want to point out again another instruction of

25   the Court that you will hear which is about the indictment itself

1   which you will have with you when you go back to the juryroom.

2   The indictment is simply a description of the charges made by the

3   government against the defendants.  It is not evidence of the

4   defendants' guilt.  So you must look at it with that limitation.

5           I'm not going to wait as long as Mr. Jonas to get to

6   the heart of the case, the Zakat Committees.  Since it's the most

7   important part of the case, let's go to it right now.

8           The government's case cannot survive an analysis of the

9   Zakat Committees.  I'll touch upon other aspects of the case and

10  the evidence that re-enforces that conclusion that Mr. El-Mezain

11  is not guilty, that you must find him not guilty of the charges

12  against him.  But first, I want to get to the heart.  You heard

13  from Dr. Nathan Brown.  He's a professor as well, but he has his

14  doctorate.  And Mr. Abington, a career diplomate for the United

15  States Government.  You heard them testify about the nature of

16  the Zakat Committees -- and in particular the Zakat Committees in

17  this case -- and why they are not part of HAMAS, why they are not

18  controlled by HAMAS.  And there are several factors that go to

19  that conclusion.  They are all licensed.  We put those licenses

20  in evidence through Dr. Brown.  Those are Exhibits 1040 and 1167,

21  and I will go through those in more detail later on.  Those were

22  1997, those registration certificates, part of the time period in

23  this case.  The Palestinian Authority, the enemy of HAMAS,

24  licensed all of them.

25          There was some evidence that some may have been closed

1  during the 90's, but Mr. Abington testified the closures included

2  more than HAMAS charities, and in a sense they were political

3  closures by the Palestinian Authority.  There was an article that

4  was referred to in the cross of Dr. Brown, but I actually brought

5  it up in the cross of Mr. Avi in my cross examination which

6  proves the Palestinian Authority in 1995 and 1996 decided to pay

7  greater attention to the Zakat Committees and whether they were

8  controlled by HAMAS.  And that's where the licensing comes in.

9  As Dr. Brown said, by the Ministry of Wakf, after the intifada in

10  1987, then you have licensing procedures.  But that article in my

11  cross examination of Mr. Avi established the Palestinian

12  Authority said we have to make sure these boards are within our

13  control, that these organizations, these Zakat Committees, are

14  within our control.  So we will audit them, monitor them, and we

15  will license them.

16      Licensed by the Ministry of Wakf which appoints the

17  director, Mr. Brown told you, approves the directors, as

18  Dr. Brown told you.  They issue regular financial reports to the

19  Ministry.  As Dr. Brown told you, quasi-governmental

20  organizations.

21      Now, you have seen the correspondence, and we will look

22  at some more of these organizations.  The PA logo, the eagle, on

23  the correspondence for many of these committees to show that they

24  are quasi-governmental, that they are licensed, to show the

25  people dealing with them that they are a licensed organization.

1          Another aspect that Dr. Brown told you about, that Mr.

2     Abington told you about, the fundamental nature and purpose of

3     these Zakat Committees, these charities have to be nonpartisan.

4     It's their traditional nature.  Their traditional nature in

5     Islam, in Palestinian society.  Dr. Brown told you it's a deeply

6     divided society, politically, by family lines, many lines.  And

7     to be perceived as partisan would be to ruin what these

8     organizations do, which is to provide aid to the needy regardless

9     of political affiliation and to a society that uncontradicted is

10    in dire need of these kinds of services.  Just as important,

11    Dr. Brown told you and Mr. Abington told you -- And they lived

12    there.  Mr. Abington was there for years.  Dr. Brown was there

13    fifteen months.  He had been to Israel twelve times before that.

14    He's gone back three times a year since.  Right in the heart of

15    this case, 1999, 2000.  He reads Arabic.  He speaks Arabic.  He

16    canvases Palestinian press on a daily base, people in the

17    community -- activists, PA people.  What did Mr. Abington tell

18    you?  That they are not perceived in Palestinian society, these

19    Zakat Committees, as being part of HAMAS or controlled by HAMAS.

20    Mr. Abington visited each of these Zakat Committees, and he gave

21    you his conclusion.  He worked for the United States Government

22    when he was making these visits.  He knew that he had to be

23    careful if an organization was controlled by HAMAS.  So his

24    antenna were up significantly during those visits.

25          Dr. Brown visited zakats.  Again, their conclusion, no

perception in the community that they were controlled by or operated for the benefit of HAMAS. And why is that so important? I'll get to it more later, but that hearts and minds theory of Mr. Avi, Dr. Levitt, can't exist if they are not perceived in society as being controlled by HAMAS. There is no credit to HAMAS. These organizations are not identified with HAMAS by the population.

Another reason why Zakat Committees are not controlled, because they are effective in their mission. This is why they have the reputation they do. They are transparent, and what we meant by that is their books are open. The first thing they gave Dr. Brown was a financial report. We know they are ordered by the Palestinian Authority. They provide regular financial reports to the Palestinian Authority. We know that they are also subject to raids by the Israeli government. They are subject to closure by the Israeli government. Dr. Brown told you that one of the Zakat Committees he went to, the director said that one of the big problems was that the Israelis continually come by and ask them specific questions about specific recipients of their aid. All of this is an open book. Zakat Committees also provide to those who need. They are on the ground in the community, and they can verify it, and if they didn't, they would lose that reputation that they have as the place where you can give your money to perform your Islamic duty of zakat for charity. It's a religious duty. It's one of the five pillars of Islam.

1          What other evidence do you have that these other
2     organizations are not HAMAS or controlled by HAMAS?  They are
3     still operating today.  They could be shut down by the Israeli
4     government at a whim.  In Operation Defensive Shield, the Israeli
5     government went in in 2002 and raided all of these things.  They
6     didn't shut them down.  They are still operating.  The
7     Palestinian Authority could shut them down at any moment.  We
8     heard from Dr. Brown that Palestinian Authority closed down 103
9     charitable organizations in the West Bank two weeks.  Not a
10    single one was a Zakat Committee.  Not a single one was an
11    organization in this indictment.
12          Mr. Jonas said why can't they give to other Zakat
13    Committees?  Dr. Brown told you why.  They are a
14    quasi-governmental organization.  They are chartered, one for a
15    locale.  They are given a monopoly for the purpose of creating
16    this legitimacy so people will know where to go to give the
17    money.  They are still operating today.  None have been
18    designated by the United States.  None of the people on the
19    boards that Avi mentioned, none of those people have been
20    designated a terrorist or a terrorist organization.  What's the
21    list for if it's not to make those determinations?  There is a
22    list.  How do you make those determinations when a committee is
23    licensed under the full authority of the Palestinian Authority
24    and they have every incentive to shut it down if it's HAMAS.
25          By the way, in terms of designations -- and I'll talk

1    about this a little later -- none of the defendants, including

2    Mr. El-Mezain, have been designated as terrorists.  Muslim

3    Brotherhood hasn't been designated.  I'll talk about that later.

4         It's the government's burden to prove the Zakat

5    Committees, these organizations, are controlled by HAMAS.  Did

6    the government bring any records from these committees to show

7    you where the money goes?  Did they bring you records to show you

8    why they are controlled by HAMAS?  No.  This is their burden.

9    They can get all of this stuff.  They got all of these bank

10   records from around the world.  And Dr. Brown gave you very

11   clear, unequivocal conclusions.  The Zakat Committees are not

12   political organizations.  They are nonpartisan in how they

13   provide aid.  They are not perceived as part of HAMAS, part of

14   the social wing or the network.  And they are not controlled by

15   or operated for the benefit of HAMAS.  Even Steve McGonigle, a

16   government witness who testified, a Dallas Morning News reporter,

17   when he went to this Zakat Committee unannounced saw nothing

18   political about it.  Saw no indication that there was an

19   affiliation with HAMAS.

20        The historical development of these Zakat Committees

21   also supports the fact that they are not controlled by or

22   operated for the benefit of HAMAS.  Government of Israel

23   established many of the Islamic institutions in the West Bank and

24   Gaza when the Israeli government was in control in 1967 to 1993

25   because they saw that as a way to fight the PLO which was

1   considered the danger to Israel at the time, Fatah, Mr. Arafat's

2   organization.  The political winds have changed.  So now the

3   political organization has changed in the context of this

4   prosecution.  They operated under Jordanian and Egyptian rule and

5   the Jordanian law before that.  You'll see that on the

6   certificates.  They were formed in the 70's and 80's well before

7   HAMAS.  They were formed well before the intifada.  The Hebron --

8   International Charitable Society of Hebron, the registration

9   certificate that was issued in 1997 refers back to 1909, the

10  Ottoman law, before the PA, before the Israelis, before even the

11  British.  The Ottoman Empire which was dissolved at the end of

12  World War I.  This is the historical nature of the existence of

13  these committees.

14          You will see USAID documents and how they address these

15  issues.  That's the United States Agency for International

16  Development.  The Zakat Committees are not under HAMAS control.

17          Let's talk about the theories that Mr. Avi advanced to

18  you, the hearts and minds theory.  Under that theory, when these

19  committees became controlled by HAMAS it had to be public,

20  publicly known.  Otherwise, it wouldn't do them any good unless

21  those committees were identified by HAMAS as HAMAS so HAMAS could

22  get the credit.  Mr. Jonas said yesterday if HAMAS can't get

23  credit, the people will not know who to support.  So that

24  connection must be public, overt, obvious.  If it's so obvious

25  and public -- In many cases I will do this committee by

1    committee.

2            Why are they licensed in 1997 by the Palestinian

3    Authority, the enemy of HAMAS?  Why are they still operating

4    today?  Why have they never been designated?

5            If the purpose -- If this hearts and minds theory was

6    true, there was a connection that was public, why did Mr.

7    Abington not know it?  The United States representative, why did

8    no one tell him?  Either the Israeli or United States

9    intelligence community.  Dr. Brown didn't find it either.  We'll

10   talk about them as witnesses and judging them as witnesses.

11           The antagonism between the Palestinian Authority and

12   HAMAS alone is a reasonable doubt since these committees continue

13   to be operated, managed, controlled and licensed by the

14   Palestinian Authority.  The government hasn't tried to answer

15   this because it can't.  Mr. Garrett will have another

16   opportunity, but keep in mind whether he answers these questions

17   and whether he does satisfactorily beyond a reasonable doubt.

18           They talk about the HAMAS wing, the election in 2006.

19   Holy Land was out of business in 2001.  Hearts and minds.  We

20   heard how HAMAS got control of Gaza in 2007.  Hearts and minds?

21   No, force of arms.  A coup.  This hearts and minds theory is a

22   theory without support.  And then the election itself doesn't

23   tell you anything because, as Dr. Brown told you -- the

24   government gives you a tiny slice, but you want to see the whole

25   pie.  Dr. Brown told you he was an observer.  Mr. Abington was an

1  observer of the Palestinian Authority.  How is that for

2  impartial?  Told you about the change and reform backed by HAMAS.

3  The issue wasn't hearts and minds; it was corruption.  And that

4  HAMAS and Change and Reform recruited people who weren't HAMAS,

5  who weren't even Islamists, some of them secularists, as they

6  called them.  Nonreligious people, as they call it.  Not on a

7  HAMAS charter.  That wasn't even an issue.  And Dr. Brown told

8  you that.  You can have any testimony read back and look at any

9  exhibit, and I urge you to do so if you have any questions.

10          The 6 series of documents, another important part of

11  Avi's testimony.  He thought they were important because they

12  were found at a charity.  Of course, he had never been to one so

13  he wouldn't know.  You have heard from Dr. Brown and Mr. Abington

14  who have a familiarity with Palestinian society and know and been

15  to the Zakat Committees.  They weren't surprised because those

16  materials are everywhere.  Again, this is 2002, 2004, these

17  documents are seized.  After Operation Defensive Shield, we heard

18  these martyrdom posters and postcards proliferated throughout

19  Palestinian society, and that's when the seizures were made.

20          They also don't know where they were found in the

21  building.  Major Lior didn't know.  They just came back in boxes.

22  Could have been in the trash he said.  Could have belonged to

23  employees.  Could have belonged to anyone.  Mr. Jonas said they

24  were handing out postcards, and I'm trying to think who's

25  testified to that.  And I realized Mr. Jonas testified to that

1    yesterday.  There is no evidence in the record.  Counsel's

2    argument is just argument.  Has to be supported by the record.

3    And I urge you to look at the record.  Pure speculation.

4         Now, Avi's dominant-person theory cuts against the

5    fundamental nature of the Zakat Committees.  First of all, he

6    only mentioned a couple per committee, and as Mr. Cline pointed

7    out in his cross examination, we don't know the full scope of the

8    committee.  But it's against their fundamental nature, regardless

9    of who is on the board, because they lose their authority in the

10   community to satisfy need if they are a political committee.

11   Think about the jury.  Some of you may be Democrats, Republicans

12   or other parties.  If you were identified as a Republican or a

13   Democrat, it would do violence to your oath here.  Think of

14   General Motors.  Who knows who's on that board?  If they are

15   recognized as a Democratic or Republican board or corporation

16   that had a political point of view, they would put off a certain

17   number of investors.  Zakat Committees survive on their

18   nonpartisan nature.  They can't be identified with politics.  It

19   wasn't a surprise to Dr. Brown that there were Islamists on the

20   board because there are Islamists in Palestinian society.  So

21   even a random distribution, there would be Islamists on the board

22   and a number of them.

23        That raises another issue about Islamists.  The

24   government wanted to argue with Mr. Avi when he testified.  They

25   want you to equate Islamism with HAMAS, but that's not true.  No

1    one testified to that.  Dr. Brown, Mr. Abington said exactly the

 2    opposite.  Islamism is much broader than HAMAS.  Dr. Brown told

 3    you the majority of Palestine may even not be Islam.  It changes.

 4    It's different in 2006, 2007.  But everyone wants you to think

 5    they are the same.  The government wants you to.  We couldn't get

 6    a definition from a witness.  This is something they have to

 7    prove beyond a reasonable doubt.

 8          Avi is incapable of distinguishing between HAMAS and an

 9    Islamist.  That's why the Ramallah Zakat Committee -- Dr. Brown

10    told you the director didn't even have a beard which would be

11    unique for him.  But Adly Yaish, the mayor of Nablus, Dr. Brown

12    knows of him very well.  They were in Nablus for the elections.

13    That's where he was for the elections, and Mr. Yaish is not

14    HAMAS, but Mr. Avi puts him in that category.

15          The Barouk Center in Ramallah that Avi talks about,

16    Dr. Brown talks about that, too.  Not HAMAS, just Zakat

17    Committees.  How do you put a lot of people in HAMAS because they

18    have been on that Change and Reform ticket that was elected?

19    Dr. Brown has shown conclusively that was not the case.  They

20    were not all HAMAS people who were elected.  That's 2007, not

21    1995-2001 which is the time period of this case that's important.

22          I want to go through just quickly the individual Zakat

23    Committees.  Mr. Avi said that Nablus was a HAMAS-controlled

24    Zakat Committee by 1999.  Now, the registration ticket is Defense

25    1205.  We'll show that for a second.  We will show the Arabic

1    version so that you can see again what they look like.  There is

2    the Palestinian Authority logo.  There it is.  1997.  There are

3    other documents, too.  There is Government's Exhibit 140 which

4    corresponds to the Nablus Zakat Committee and the Holy Land which

5    has the material at the top in the letterhead which talks about

6    its registry, license, when it started, been operating for a

7    quarter century.  Government's Exhibit 1-109.  Government's

8    Exhibit -- Think about the Holy Land's position if you are

9    getting documents with the Palestinian Authority registration

10   certificate on it, an organization being permitted to operate by

11   the Israelis, the Palestinian Authority and the United States

12   Government and whether you can deal with them or not.

13           Ramallah, 1207 is the certificate.  Mr. Avi said it was

14   late 1989.  He had never been there.  Dr. Brown was.  Nothing

15   political about it.  You can look at other documents.

16   Government's Exhibit 2-47, the 1981 letter where Holy Land asks

17   for a license from Ramallah, and they get it back.  It's

18   permission to operate granted by -- I'm sorry.  It's not

19   Palestinian Authority.  It's before the Palestinian Authority.

20   It's dated 1989.  Permission to operate by the Israeli

21   government.  This is at a time when it's already a known HAMAS

22   organization?  Can't be.

23           Mr. Avi said also Ramallah, the Zakat Committee was

24   under intensive surveillance by the Palestinian Authority.  So

25   why is it still operating today if it belongs to HAMAS?  They

1    closed 103 organizations two weeks ago.

2            Tulkarem, Mr. Avi didn't have a date as to when it

3    became a HAMAS Zakat Committee in his opinion.  But 1065, another

4    document found in the Holy Land files, it's a letter from the PA

5    with respect to value-added tax, and attached to it is the

6    registration ticket.

7            Other documents from 1995.  Government's Exhibit 1-173,

8    the certificate for the hospital run by Jenin.

9            Defense 1109, again found in the Holy Land office, the

10   registration certificate, the Al Razi Hospital run by Jenin.

11           Government's Exhibit 148, the fact is they say it's run

12   by Mr. Zakarneh.  The logo is on it, the registration ticket.

13   Defense 1070, a letter from an Israeli official in Hebrew is

14   attached, the original Hebrew.  A letter from an Israeli official

15   to Mr. Zakarneh, this person who already years earlier is

16   supposed to have been identified as HAMAS.  February 24, 1994

17   letter to him from a medical services hospital telling him how

18   many beds he can have and all the rules and regulations he needs

19   to follow to operate.  This is the Israeli government with

20   complete control over Jenin in 1993 before the Palestinian

21   Authority.  A letter to Mr. Zakarneh.  How can that be if he's

22   HAMAS, everybody knows he's HAMAS?  This is two years after Mr.

23   Avi said it was taken over.  That letter was faxed to Holy Land

24   in 1998.  Still operating at that time.  Operating today.

25           Qalqilla, Exhibit 1204, defense exhibit.  Mr. Avi said

1   it was HAMAS until 1998 at least.  As Government's Exhibit 128

2   shows it was established in 1992.  There is a letter in February

3   of 1997 with the wakf logo and stamp.

4          The Islamic Science and Culture Committee, 2-163 says

5   it's established 1994, licensed.  Holy Land sent it a letter with

6   a check list of things it needs in order to verify.  That was

7   shut down according to Mr. Avi in 1995 for tax fraud purposes.

8   Never designated by the U.S.

9          Hebron, International Charitable Society of Hebron.

10  Defense 1206 which dates it back in 1909, as I said before.

11         Young Men's Muslim Association which is part of the

12  Hebron branch which the government put in four projects there.

13  The registration ticket of 1987 attached to a 1994 project

14  request.  Al Mughtaribien School, why would they put that there?

15  It's westernizing.  Dr. Brown told you.  They wanted it to seem

16  that it went to HAMAS.  This is a westernizing school this money

17  went to.

18         Also, I want to talk to you about the Philadelphia

19  meeting.  The 3 series are the ones found in Mr. El Barasse's

20  home.  I want to cite to you something Mr. Jonas said, not

21  yesterday, but in court during the case.  He said that unless it

22  can be shown that a defendant received that letter and entered

23  into his state of mind with regard to the charges at issue here,

24  it wouldn't go to the state of mind.  I think it applies just as

25  much to the 3 series.  There is no proof those documents went

1    anywhere other than Mr. El Barasse's home.  I asked Agent Burns

2    about that.  They had no evidence that they ever went anywhere.

3    Many of them were handwritten.  We told you that.  Ms. Hollander

4    showed you many -- 3-78, 3-10, 3-80, 3-49, 3-92.  4 series as

5    well has handwritten documents.  You have to ask the question

6    before you can rely on those documents.  Who wrote them?  We

7    don't know.  Why?  We don't know.  For whom?  We don't know.

8    Representing what point of view?  We don't know.  To whom they

9    were communicated?  We don't know.  Think about relying on that

10   kind of evidence to find beyond a reasonable doubt.  I submit you

11   cannot.

12          Documents have problems as well.  Government put in

13   3-19, the resolution from the government claims a version of

14   Occupied Land Fund board meeting in 1991 which by its own

15   statements is not that.  It's something else.  But it says that

16   Mr. El-Mezain was going to get a thousand dollars a month.

17   Didn't.  Said there would be a security appraisal of the Occupied

18   Land Fund, never saw that, didn't happened.  By Izzat Mansour.

19   No proof of that.  That Mr. Elashi had to pay $17,000 to the

20   Fund.  Didn't happen.  That the fund would have to pay $25,000 to

21   the Central Committee.  Never happened.

22          Government talks about two sets of books.  Why would

23   there even be two sets of books in 1991 which was four years

24   before HAMAS was designated?  There was no need to skulk around.

25   Nothing illegal going on, then or after.

1          These facts support Dr. Brown's conclusion that these

          2    documents he was shown on direct and the government showed him --

          3    some the same and some not.  347, the first entry says Ramallah

          4    Committee not licensed.  It's wrong.  Plain wrong.  Why should he

          5    rely on a document like that?  No one came in and testified about

          6    those documents and where they went or who approved them.  These

          7    were about Islamists, not HAMAS.  They are not the same thing.

          8    The Philadelphia transcripts, they say "We as Islamists."  It's a

          9    different thing than HAMAS.  The government doesn't want you to

         10    understand that.  They want to stop you from looking at the

         11    evidence, the totality of the picture.  "Brothers, we know that

         12    can mean a lot of things."  One of the things it can mean is

         13    Muslim Brotherhood.  The Palestine Committee could be the Muslim

         14    Brotherhood.  No one said they were talking about HAMAS, except

         15    the prosecutors.  No one testified to that; no one can.  No one

         16    knows the origin of these documents and who wrote them and why.

         17          2-22, if we could pull that up.  With respect to Mr.

         18    Zakarneh, Jenin Zakat Committee.  Doesn't say he's HAMAS.  It

         19    says "Islamist, semi-brother inclined toward the Brotherhood."

         20    And that letter about the Jenin hospital, Defense 1070, is to

         21    him.  There are descriptions of others.  You should look at the

         22    description about Nablus, Young Muslim Men's Association of

         23    Hebron.  Tulkarem, it says we don't have anybody there, and Mr.

         24    Beitawi is on there.

         25          THE COURT:  Mr. Dratel, I just had a message that the

1  remote courtroom is having difficulty hearing you.  They ask you

2  to speak directly in the microphone.

3          MR. DRATEL:  Yes, sir.  Look at the description.

4  Nothing about HAMAS.  Some of them don't even say Islamists.  The

5  term is self-identification.  The government played part of 1-318

6  A yesterday, the deportee video, where they go around the tent in

7  1992, and they said Mr. Hammed Beitawi, they are going to say

8  he's HAMAS.  He didn't.  I don't know if you noticed that.  He

9  didn't.  Same thing with Abu Said.  He didn't say he was HAMAS.

10 Rantisi said he was HAMAS, but those two didn't say they were

11 HAMAS.  They want you to not listen or pay attention to the

12 printed word or translation.  The Government's Exhibit 16-59, the

13 Philadelphia meeting, Page 3, he said "The Islamists are weak in

14 Nablus."  This is 1993, two years after Avi said it's already

15 controlled, the Zakat Committee.

16          By the way, the Philadelphia meeting, Mr. El-Mezain was

17 not there, not in the FISA's, the telephone conversations that

18 were intercepted about it after the coverage starts.  And you

19 would think there would be something on it if it's so important.

20 Nothing on Mr. Ashqar or Muin Shabib's wire taps which are

21 running at the same time.  Nothing about Mr. El-Mezain with

22 respect to this meeting.

23          Mr. Avi also liked to rely on the kindergarten videos.

24 Those videos he shows, none of them were seized from Holy Land or

25 Infocom.  None of them were in the relevant time period.  They

1    were found by the Israeli government in their raids in 2003,

2    2004, not necessarily from the charities but found there.  Mr.

3    Avi couldn't say what.  Dr. Brown saw them.  It didn't shock him

4    because he had seen them.  He told you his conclusion that one

5    item was not carrying the day based upon his decade-long study

6    and research of this area as a professional.  He has devoted his

7    life to it, read books about it.

8             If you look from the flip side, Holy Land's side of it,

9    another important instruction, why is it important from Holy

10   Land's side.  From some of the accounts, for the conspiracy you

11   have to find willfulness.  What does that mean?  The instruction

12   defined willful as -- It means the act to which it refers was

13   committed voluntarily and purposely with the specific intent to

14   do something the law forbids; that is to say, with bad purpose.

15   That is to say, to disregard or disobey the law.  You have to do

16   it knowingly.

17            Conspiracy, "that the defendant under consideration

18   knew the unlawful purpose of the agreement and joined it

19   willfully; that is, with the intent to join the unlawful

20   purpose."  So you have to know what Holy Land would think, what

21   Mr. El-Mezain would think based upon all the facts about this

22   Zakat Committee that I just presented, that they are operating,

23   licensed, operating under the nose of the Government of Israeli

24   until mid-1994 when the Palestinian Authority takes over, and

25   they are registered and licensed in 1997.  You have all of these

```
 1   letters -- Defendant's Exhibits 1070, 1065, 1109.  Jenin,

 2   Tulkarem, the other documents from the other committees with the

 3   PA logo and the registration information right there.  Holy Land

 4   asks for licenses and gets it.

 5           Think about all Holy Land did to make sure that it was

 6   on the right side of the law.  Hired an excongressman lawyer, Mr.

 7   Bryant, to navigate the territory and find out what we do.  Are

 8   we doing anything wrong?  They went to the government to learn

 9   that.  They verified all of these projects with those photos.

10   What they didn't know at the time I guess is they should have

11   been video taping the Zakat Committees.  Verified all the orphans

12   and all the documents with paper trails.  With respect to

13   orphans, Dr. Brown established that's not the defendants' view

14   that an orphan is someone without a father; it's the Islamic view

15   because the father is the breadwinner in Islamic tradition.  So

16   without the father, you are an orphan.

17           They studied the law and the list, and that's the

18   conversation between Mr. Shukri Abu Baker and Mr. Elashi which

19   you will hear from other counsel.  They didn't provide aid to any

20   designated organizations once the law was in effect, and they

21   made wholly transparent in-kind and monetary transfers through

22   banks.  And some of them in Israel and some of them in the U.S.

23           Now, what else did Holy Land get?  They got 1-271.

24   They got letters from a variety of different organizations.  I

25   urge you to look at them.  It's 10th Anniversary, congratulating
```

```
 1   them, from the Halhul Committee.  It talks about projects.
 2   Islamic Zakat Committee of Gaza, talks about projects for Holy
 3   Land.  President of Lebanon, Dr. Brown told you not HAMAS, a
 4   Christian.  By the way, he uses the word "steadfast" in that
 5   letter which Agent Burns said was a code word for HAMAS.  I don't
 6   think the Christian President of Lebanon was using that as a
 7   code.  I think it means what it means:  Steadfast.  Political
 8   Prisoners' Association, not an HAMAS association.  Mr. Abington
 9   told you that over 10,000 people are in jail.  The whole prisoner
10   issue crosses ideological lines.  Dr. Brown told you that as
11   well.  There is a Palestinian Ministry for prisoners.  The
12   Palestinian Authority Ministry.  They spoke of the broad spectrum
13   of prisoners and the special place that prisoners hold in the
14   Palestinian society.  This is in 2000 right in the heart of this
15   indictment.  Palestinian Committee of Planning and Cooperation.
16   Not the logo, the actual ministry.  The Ministry of Social
17   Affairs.  Those are letters to Holy Land congratulating it on its
18   decade of assistance to the Palestinian people.  Office of the
19   PLO, Office of the President, PLO.  You can't get more Fatah than
20   the PLO, Fatah being the party of Arafat, the party in opposition
21   to HAMAS.  Jordanian Hashemite Fund for Development from the
22   royal family in Jordan.  Mr. Bryant told you, all the government
23   had to do is tell them don't deal with these Zakat Committees.
24   The government didn't tell them that.  Wouldn't tell them that.
25   The government didn't know itself.  I don't think to this day
```

1  they have evidence worthy of belief, certainly not beyond a

     2  reasonable doubt.

     3          Another important aspect of this case is timing.  Mr.

     4  Jonas yesterday and the government in its case spent an

     5  extraordinary amount of time on events happening years before the

     6  designation of HAMAS, January 1995 which covers the executive

     7  order.  October of 1997 which covers Counts 1 through 10 which

     8  are the material support counts.  The video we played of Mr.

     9  El-Mezain was from 1988, the first year of the intifada.  Seven

    10  years before the designation.  Years before suicide bombings by

    11  HAMAS.  And by the way, at that point Mr. El-Mezain could have

    12  mentioned HAMAS, praised HAMAS in his speech.  It wasn't illegal.

    13  He didn't mention HAMAS.  But he did praise the intifada and the

    14  children.  He talks about martyrdom.  Talks about the stone in

    15  the hand of a child.  He talks about the demolished houses and

    16  the sacrifices by the Palestinian people.  Talks about some of

    17  them being martyred in the pulpit.  Look at the government's big

    18  Power Point, 24-29.  It's all from 2001.  A lot of evidence,

    19  post-closure.  Post-2001.  Khalil Mishal, 2002, Rantisi, 2003,

    20  Sanabil, Al-Aqsa Germany, 2003.  Al Saleh and its president,

    21  2007.  The designations are all after.  The whole 6 series of

    22  documents that Mr. Avi put in, all of these are seized after Holy

    23  Land is already out of business.  The earliest, Spring of 2002.

    24  Many later.  We spent whole days in court on things that happened

    25  before the designations or after 2001, the entire 3 series.  No

1    document from the 3 series that postdated this investigation.

2    The entire 16 series of the Philadelphia meeting and those Ashqar

3    conversations, all predesignation.  Entire 6 series is after.

4    Most of the 2 series documents were well before.  Much of the 5

5    series of records are before.  Look at the American Express

6    records, the phone records.  It's all outside the time period

7    that's really important in this case.

8         The Court's instructions will say "You are here to

9    decide whether the government has proven beyond a reasonable

10   doubt that each defendant is guilty of the crimes for which he

11   has been charged.  The defendant is not on trial for any act,

12   conduct or offense not alleged in the indictment."  What's

13   missing from after that designation date, from 1995?  All those

14   faxes to Mr. El-Mezain.  There was one in the first week of

15   February of 1995.  The designation is January 23 of 1995.  No

16   faxes after that one in February.  All the other ones predated.

17   Any contacts between Mr. El-Mezain and Mr. Mousa Abu Marzook?

18   None.  Even though Mr. El-Mezain's wire tap was up from August of

19   1994 and Mr. Marzook was not arrested until July of 1995.  No

20   contacts between Mr. El-Mezain, Ashqar or Khalil Mishal or El

21   Barasse or anything like that.  No American Express receipts from

22   Holy Land after the designation.  The fundraising by Mr.

23   El-Mezain after the designation?  No.  They knew his schedule

24   from the wire tap.  Agent Burns acknowledged that.  They knew

25   where he was going and all the speeches he was making for Holy

1    Land.  They didn't go put in a single one from him.  They
2    recovered thousands of videos from the Holy Land.  Did you see
3    one regarding Mr. El-Mezain after 1995?  Any Holy Land
4    conferences?  Any El-Mezain speeches?  Any video tapes from Fawaz
5    Mushtaha's house, even though those were recovered in 2005?  No.
6            Muslim Brotherhood, you would think they would be
7    designated after the descriptions by the government.  Mr.
8    El-Mezain gave information about his activity in the Muslim
9    Brotherhood.  And in the UASR, named names of people in it to
10   Agent Burns in an interview in 2002.  Yesterday, Mr. Jonas said
11   Mr. El Barasse was the archivist for the Muslim Brotherhood in
12   the U.S.  Who testified to that in this case?  And then I realize
13   again it was Mr. Jonas who testified.  No one testified to that.
14   Check the record.  Have it read back.  Where is the testimony
15   that Mr. El Barasse was the archivist?  It's an easy answer.
16   There is no testimony.
17           Yesterday, he also said the security document was
18   created by the Muslim Brotherhood.  I'm trying to think who
19   testified to that.  Mr. Jonas.  Ask that question.  Where is the
20   testimony the Muslim Brotherhood created that document?  Again,
21   it's an easy answer.  No testimony.  Mr. El-Mezain acknowledged
22   he was in the Muslim Brotherhood.  The documents establish that
23   it existed before HAMAS and during HAMAS, that it's distinct.
24   Dr. Brown told you that.  Mr. Abington told you that even in
25   Palestine there are Muslim Brothers who do not consider

1    themselves HAMAS.  The documents prove it.  July 1994, seven

2    years after HAMAS has been formed.  378, an agenda.  These are

3    the different elements of Muslim Brotherhood.  421 from the

4    Ashqar search.  Muslim Brotherhood is responsible for charity.

5    Distinct from HAMAS.  All the documents that refer to Islamists

6    and Brotherhood, it's Muslim, not HAMAS.  They are distinct.

7    They talk about the Islamic Action Front in Jordan like it's

8    HAMAS.  Well, HAMAS was expelled from Jordan in 1990.  The

9    Islamic Action Front still puts members in parliament today.

10   They are not the same.  They are different.

11         You also have 17-1, the Ashqar wire tap.  Even before

12   the designation date you have Holy Land not being a member of the

13   team operating independently.  6-33, where Mr. El-Mezain is

14   interested in Al Razi Hospital and Holy Land does not control

15   them, and El-Mezain will not listen because Holy Land is doing

16   this job independently based on need, not creed.

17         The government yesterday gave lip service to the First

18   Amendment.  Lip service.  Said they said it, but they don't mean

19   it.  If you look at the entire session yesterday, it was about

20   speech, all what people say, not what they do.  Nothing Mr.

21   El-Mezain did, nothing about knowingly doing so.  Association,

22   association, association -- that's what the government wants you

23   to convict on, but you can't.  It's protected by the First

24   Amendment.  He said he knew Mr. Azzam.  They want you to convict

25   him for that.  Azzam died in 1989.  The Court's instruction on

1    association, "The mere fact that certain persons may have
2    associated with each other and assembled together and discussed
3    common interests does not necessarily establish proof of the
4    existence of a conspiracy."  Bear that in mind.  The First
5    Amendment, Ms. Hollander read it to you yesterday.  I'll read it
6    to you.  "The First Amendment guarantees all persons of the
7    United States the right to freedom of speech, freedom of religion
8    and association.  Because of these Constitutional guarantees, no
9    one can be convicted of a crime because of his beliefs, his
10   expression of those beliefs or his association."
11           The government says they are not trying to do that.
12   What else are they trying to do with Mr. El-Mezain?  The faxes he
13   received?  That he talked to people in HAMAS?
14           Let's talk about credibility.  First about the witness
15   who wasn't here.  Mr. Jacks told you in his opening that there
16   would be a Mr. Shorbagi who worked with the defendants who would
17   say they were working on behalf of HAMAS.  You don't have to ask
18   for Mr. Shorbagi's testimony because he wasn't here.  He was an
19   employee, too.  That is what Mr. Jacks told you.  So obviously no
20   one was here to testify -- not one witness from the government,
21   no one familiar with how the Holy Land was operating.  No one
22   from Palestinian Society saying, oh, yeah, these are all
23   identified with HAMAS, everybody knows that.  Not a single person
24   with the resources the government put in this case -- all the
25   surveillance, everything -- nothing.  Not a single witness.

1      And with Agent Burns, as she told Ms. Hollander on

2   cross examination, she was only interested in looking for stuff

3   that supported her theory, and the Court will tell you if the

4   witness has any particular reason not to tell the truth -- "Did

5   the witness have a personal interest in the outcome of the case

6   or a relationship with the government or the defense?"  So ask

7   yourself, Agent Burns, when she kept coming up to the lectern to

8   direct questions, does she have an interest in this case?  Is she

9   lying to the government?  She is on the prosecution team.  That's

10  why I talk about personal knowledge.  She said she didn't know

11  who Madeliene Albright was; she said she was from England.  She

12  looked it up and came back the next day.  When that letter was

13  written to Zakarneh by the Israelis, she resisted that.  She

14  didn't know.  She said may have been after.  Anyone familiar --

15  Anybody who knows anything -- who wants to know anything accurate

16  knew that.  She resisted.

17     Agent Miranda, just talked about two things, quickly.

18  These witnesses to a certain extent almost don't matter once you

19  know about the Zakat Committees.  But Agent Miranda, two things:

20  One is he went into cross examination about the documents that

21  show Hammimi was brought to the United States in 1997.  He said

22  that's because he was no longer HAMAS and everyone knew.  It was

23  public by 1996 that he broke with HAMAS.  Yet in 2001 Agent

24  Miranda was trying to manipulate the designation process by

25  having Mr. Hammimi designated, even though it was public in 1996

1    that he had broken with HAMAS.  Does he have an interest?

2         Defendant's Exhibit 1087 when he alphabetized the list

3    they downloaded from Holy Land.  I urge you to look at it.  He

4    wanted to make it seem -- without putting it in evidence, just

5    referring to it -- that it showed all the speakers and

6    engagements they had for Holy Land in the time period designation

7    and other aspects of it, and it turned out that he ran from it.

8    He said I'm not confident to draw a conclusion.  That's what he

9    told Mr. Westfall on cross examination.  He wanted to make it

10   seem as if after the conversation between Mr. Odeh and Mr. Baker

11   where Baker said "Stay away from Deeb Anees, he's HAMAS," that

12   they continued to raise money through Anees.  When we had the

13   document on cross examination it turns out it means nothing, that

14   those smaller increments probably were orphan names every month

15   after and that Holy Land did not use him.  There is no proof that

16   Holy Land used him.  There is no travel records or anything to

17   establish what he tried to say on direct, that all of these

18   entries represented speaking engagements.

19        Matthew Levitt, with respect to the Zakat Committees,

20   not an expert on them, not an expert on the law, doesn't know

21   Arabic, not an expert on the Muslim Brotherhood.  Yet he opined

22   on these topics anyway.  Not an expert in Islam.  His reliance on

23   bad sources.  Dr. Brown told you about the Center for Special

24   Studies of Israel, political agenda.  Peppered throughout

25   Dr. Levitt's books.  Look at Wikipedia.  You can put your own

1    entry on Wikipedia.  You can edit.  Testified seven times for the

2    government in the last few years.  Works in the FBI and Treasury,

3    the two agencies that have a stake in this prosecution.

4            Major Lior told you there were no videos.  Avi told you

5    there were.  Somebody is lying.  I don't know what you say about

6    someone who comes in and testifies under an alias and has to

7    consult with his lawyer during testimony.  Mr. Avi himself here

8    under orders, he told you.  Is that objective?  Under orders from

9    the Israeli Security Agency.  He has learned everything to

10   testify.  He has never done anything in an academic or commercial

11   way.  It's a side line.  He does it on the weekends he said.

12   Someone testified that having the Israeli Security Agency in

13   charge of investigating is like having the fox in the hen house.

14   The inaccuracies that are pointed out by Dr. Brown in Mr. Avi's

15   presentation -- the Barouk Center from Avi's report, the Mayor of

16   Nablus, the Palestinian Authority Attorney General who's totally

17   unreliable, corrupt, dismissed.  He didn't know about the

18   Jordanian 1990 law.  He didn't speak Arabic.  He said that HAMAS

19   was still HAMAS.  Judea and Summaria, tried to slip in once on

20   direct, and on cross he said I don't know really what it is.  How

21   about the meaning to Palestinians and Israelis?  You have to

22   believe Mr. Avi in order not to have reasonable doubt about these

23   organizations.  Why would you believe them beyond a reasonable

24   doubt?  Why would you believe Mr. Avi beyond a reasonable doubt

25   and the Israeli intelligence he's relying on when the U.S.

government won't, as Mr. Abington told you, when the CIA doesn't
give that kind of intelligence, that kind of creedence?  Talk
about -- talk about surgery.  Think about if Mr. Avi said have
surgery and you went for a second opinion to Mr. Brown and a
third opinion to Mr. Abington.  Would you hesitate before having
that surgery?  You think you would?  I know you would.  Probably
wouldn't have the surgery at all.  That's reasonable doubt right
there.  Mr. Abington, Dr. Brown, look at their credentials.  I
couldn't go through his whole resume.  Too impressive, too
voluminous.  His career is dedicated to this.  Learned Arabic,
went over there, lived there, did business, talked to people.
Did it look like he had an axe to grind?  Mr. Abington, a career
U.S. Diplomate.  John Bryant, Congressman, lawyer, ambassador.  I
think the one word that describes all of them is integrity.  And
would you choose an ISA agent here under orders or a U.S.
Diplomate and a professor not getting paid?  And Dr. Brown
consulted with the U.S. government and helped to write
Constitutions, and Mr. Abington, getting briefings from the CIA,
as opposed to Avi.  All he has is what's here.  Secret.  Not even
his name.  Mr. Abington, Dr. Brown, Mr. Bryant, are they HAMAS?
Mr. Garrett cross examined Dr. Brown about the ivory tower, as if
Dr. Brown was in this ivory tower removed from reality.  Well, he
visited a Zakat Committee.  Avi, no.  He knows Arabic.  He can
read the Palestinian press for himself.  Avi, no.  Dr. Levitt
said it was a good idea to visit Zakat Committees.  He would do

1    it afterwards.  Does he read Arabic?  No.  Avi does read a little

2    bit.  Can't follow it, he said.  Certainly not to the extent of

3    reading the papers every day.  He can read the translations.

4    Dr. Brown taught at an Israeli university.  He has made those

5    life or death calls with respect to Iraq.  You heard him on that.

6    He has consulted.  He has canvased the Palestinian media

7    firsthand for a decade.  So who lives in the real world?

8    Dr. Brown, visiting Zakat Committees, learning Arabic, living in

9    Palestinian society for a year, visiting constantly?  Or Mr. Avi

10   sitting in front of his computer and working his VCR?  Who has

11   the practical experience?  Who is distant from what's really

12   going on?

13           Another of the Court's instructions is extremely

14   relevant in that regard.  "Did the witness clearly see or hear

15   the things about which he or she testified.  None of the

16   government's witnesses saw or heard anything that they testified

17   about in this case."

18           They are all working with someone else's work.

19   Secondhand.  And the scope of the government's investigation is

20   important.  The breath of the coverage.  August 1994, November

21   2003, every phone call of Mr. El-Mezain is monitored.  Think

22   about a decade of your phone calls monitored.

23           We talked about -- We know if he had a cell phone they

24   could find out in a second.  They could monitor that, too.  There

25   is no evidence he had a cell phone or anything like that.  The

1    translator Mr. Shafiq said he listened to thousands of call.  You

2    know about the other wire taps of Ashqar in 1993, Muin Shabib in

3    1994, and the Philadelphia meeting.  Not only audio and video,

4    taping meetings with Ashqar, telephone conversations from 1990 to

5    1992.  Again, the telephone records they got from Mr. El-Mezain

6    before his phone -- before even the wire tap was on.  Mutual

7    assistance legal treaties with other countries.  The subpoenas,

8    the letters interrogatory with other countries.  Public source

9    documents.  All the trouble the government went to.  Think about

10   what they are able or really unable to bring to you about Mr.

11   El-Mezain.  They talk about what Mr. El-Mezain said.  He told the

12   truth.  You can tell.  He disclosed substantial information about

13   Marzook, about their relationship.  Cousins.  He volunteered that

14   his other cousin was one of the deportees and affiliated with

15   HAMAS, a supporter of HAMAS.  He acknowledged that he was in the

16   Muslim Brotherhood.  He talked about his activism in New Jersey

17   with the Muslim Brotherhood.  It's not surprising that Mr.

18   El-Mezain would be in Marzook's address book.  They are cousins.

19   That's why.  It's the government's responsibility to tell why,

20   not to ask to assume all of these why questions.  It's the

21   government's burden beyond a reasonable doubt.

22          The calls between Mr. El-Mezain's number and Mr.

23   Marzook's number, no substance.  Many of them were one-minute

24   calls.  That's a hang-up when the answering machine comes on.

25   It's the shortest unit on a phone bill.  Could have been their

1  wives or families talking.  They are related.  We know Ms.

2  El-Mezain has contact because she's the one that told Mr.

3  El-Mezain that Mr. Mousa Abu Marzook was leaving the country, had

4  been released and was heading to Jordan.  We talk about the

5  deposition, 7-1, and Mr. El-Mezain's answer about IAP.  They just

6  said no.  But it's more than no.  Here is the question.  The

7  question is a long and implicated one.

8          "Do you know of any relationship or dealings that any

9  of you principals of Holy Land Foundation had with the Islamic

10  Association for Palestine in January of 1989 that would have

11  caused the IAP to know about the Occupied Land Fund and what it

12  was doing?"

13          Answer, "No.  Actually, we -- You asked me before about

14  the people of IAP, and I said to you we know these people, but we

15  don't have any relation with them, and they know that we

16  established Occupied Land Fund in that time, not not only the

17  IAP."  The answer wasn't no.  The question wasn't is there a

18  relationship.  The government made it seem that was it.

19          Now, the relationship between Mr. Mousa Abu Marzook and

20  Mr. El-Mezain, again, disclosed.  Told them he was a cousin.

21  Agent Miranda said he didn't disclose the nature.  But he said

22  they were cousins, knew him, grew up with him in Colorado.  There

23  are checks from Mr. Mousa Abu Marzook to Mr. El-Mezain.  I don't

24  know if Mr. Garrett will go into this.  Mr. Jonas did not.  They

25  are irrelevant in that they date back from 1989 to 1990.  Small

1    amounts in the context of other numbers, and there is no proof

2    that they meant anything, that they have anything to do with this

3    case.

4              Now ten years' worth, a decade of monitoring every

5    single phone call of Mr. El-Mezain -- this is what the government

6    introduced.  Now, if you remove the faxes from the Islamic

7    Association of Palestine, we're left with this, and if you remove

8    parts of conversations that the government didn't put in at all,

9    we're left with this from a decade.  What are these

10   conversations?  One with Abdulraham Odeh about Oklahoma City.

11   Abdulraham Odeh calls El-Mezain.  Let's do something in Oklahoma

12   City.  Another, about the legal defense fund for Mousa Abu

13   Marzook, which by the way Mr. Cline established on cross

14   examination with Agent Burns was legal and licensed by the

15   Treasury.

16             Another.  Mr. El-Mezain being informed that there is a

17   report that Mr. Mousa Abu Marzook is going to be released to

18   Jordan.  He's so in the loop he has to be told these things.  He

19   doesn't know.  His wife has to call him and tell him that Mousa

20   Abu Marzook had been released.  This is from a news report

21   someone is reading to him.  The other one, months before the

22   actual release.  He doesn't even know.  This is the one with his

23   wife telling him that Mousa Abu Marzook has been released.  By

24   the way, on this one he's told your brother is being released,

25   and what does Mr. El-Mezain say?  Read the transcript.  I urge

```
1   you to.  Read the transcripts.  15 series.  This is 15-33.  He

2   says Mahmud?  That's his brother, his biological brother.  He

3   doesn't know what she's talking about.  It takes like a page for

4   him to get it.  And then one page on January 24, 1995 which is

5   not someone from the Holy Land but someone named Abu Bara'a

6   saying President Clinton has just designated HAMAS.  El-Mezain

7   has to be told.  He doesn't know.  He says right now?  Can you

8   imagine?  And then there are a couple of ones where he's called

9   about suicide bombings.  Mr. Jonas said yesterday he had a

10  particular interest in suicide bombings.  That's really an

11  extraordinary statement.  He testified to that, Mr. Jonas.  No

12  one else.  He gets three calls.  Dr. Levitt testified to more

13  than a dozen HAMAS suicide attacks between 1993, 2001.  He said

14  those were only highlights.  There were many more.  He gets calls

15  on three of them, and that makes him particularly interested.  He

16  gets a fax from somebody, a newsletter.  I'll talk about the IAP

17  faxes in a second.  That's interesting because the one that he

18  gets from Abdulraham Odeh, his first response -- And this is

19  15-21 and I'll read it to you.  And listen to these conversations

20  because they are in Arabic.  You should really hear the nature of

21  his response -- it's not just the printed page that does it

22  justice -- to see whether he is happy or has joy or a particular

23  interest in this type of activity.  He's told there are eighteen

24  soldiers dead and sixty injured, and his response is "Oh, God."

25  You want to hear joy?  Listen to 133, 15-133, when he hears from
```

1    his wife that Mr. Mousa Abu Marzook is being released.  Listen to

2    those conversations.

3            There is another conversation, 131, with someone who

4    calls about a suicide attack.  And at one point Mr. El-Mezain

5    laughs, but he laughs because his friend says -- talks about a

6    one to one thousand ratio between Israeli and Palestinian lives.

7    He says "One Israeli, a thousand Palestinians die," and Mr.

8    El-Mezain laughs.  It's a bitter laugh from someone who knows how

9    devalued Palestinian life is.  It's not laughing at the suicide

10   bombings.  His laugh is a bitter laugh, not joy.  Listen to these

11   conversations, and you will see his responses.

12           The Yaish conversation when he is told that Yaish is

13   dead.  This is 15-66.  I'm sorry.  Not 15-66.  It's 15-5.  He's

14   told about the engineer being killed by the Israelis.  He's told

15   "I just heard they assassinated Yaish," and Mr. El-Mezain says

16   "Who did that?"  And Mr. Odeh obviously doesn't think he knows

17   who he is talking about, and he says "You know, the engineer in

18   Palestine." Mr. El-Mezain doesn't necessarily know what they are

19   talking about.

20           A voice mail from Khalil Mishal before the designation

21   of HAMAS, nine years before Khalil Mishal's designation that he

22   doesn't return.  Doesn't go to a conference.  Didn't go to

23   Turkey.  You would know if there was any evidence that would

24   support any of these suggestions.  You would have heard about it.

25           This is what they wanted to show you is beyond a

1  reasonable doubt.  This is what they wanted to show you about a

2  particular interest in suicide bombings.

3       The IAP newsletters, look at them.  They talk about a

4  variety of different sources.  They quote the New York Times.

5  They quote Israeli newspapers.  It's a newsletter from the IAP,

6  and I don't think the First Amendment in the Court's

7  instructions -- the First Amendment doesn't permit you to convict

8  on the basis of what newspapers you read.  I asked Agent Burns if

9  in 2003 he was asked about the faxes and how he received this and

10  why, and there was an answer, and the government objected to what

11  the answer would be, and so it was hearsay.  So it didn't come

12  in.

13       There was some confusion about the fax dates on Mr.

14  El-Mezain's machine.  You know it can't be the fax dates before

15  the bombings because they talk about the number of casualties and

16  the press reports and things like that.  So it's a problem with

17  his fax machine.  But when Odeh called him about the one the

18  government kept pointing to -- but when Odeh called him about it,

19  he didn't know about it.  He had no idea.  Look at 15-59 and

20  15-56, the faxes we put in as well.  The source of materials --

21  British, Israeli, American newspapers.

22       15-143, a conversation between Shukri and

23  Mr. El-Mezain.  And the government put it in for the purpose of a

24  paragraph where Mr. El-Mezain says -- Mr. El-Mezain says that --

25  They are talking about a conversation that Shukri has had with a

1    reporter and the conversation that Shukri had with the reporter

2    about what Holy Land's connection with HAMAS was before

3    designation.  Mr. El-Mezain says "Tell her what?  What HAMAS?  I

4    mean regarding donations to HAMAS, at that time we're not

5    illegal."  There is a difference between legal and illegal.  If

6    you think something is wrong, you comply because you want to keep

7    your business afloat.  There is no evidence that Mr. El-Mezain

8    ever felt differently about the law, that he says don't worry

9    about it.  Don't worry about the law.  We're going to give to

10    HAMAS through HAMAS-controlled Zakat Committees.  There is no

11    evidence anywhere.  And he is allowed to have that opinion.  It

12    wasn't reflected in the conduct.

13          Also on Page 11 of that same transcript, this is what

14    Mr. El-Mezain says to Shukri after -- during the conversation.

15    "By God, I personally believe" -- And we had to put this in.  The

16    government didn't want this in.  "By God, I personally believe

17    that people who want to live in peace and those that want to live

18    in killing, they will keep killing others, and they are the ones

19    who keep claiming to be peaceable."  The government wants you to

20    believe that these are guarded conversations, that one reflects

21    something and the other reflects nothing and they both existed.

22    In fact, Mr. El-Mezain abided by the law and knew the difference

23    once that January 23rd, 1995 designation occurred.  Ten years.

24    Think of how many indiscretions you can have in ten years of

25    conversations.  Not a single conversation of Mr. El-Mezain.  How

1    is the fundraising going for the HAMAS?  How is the HAMAS Zakat
2    Committees going?  How are things going with HAMAS?  Not one
3    conversation.  No one is that good over a ten-year period.  You
4    know what else?  Remember again all the conversations the
5    government had, all the notices they had of Mr. El-Mezain making
6    speeches around the country, nothing from that ten-year period,
7    nothing.

8         How paranoid the people at Holy Land were and
9    rightfully so to a degree.  The Dallas Morning News was after
10   them.  The Antidefamation League, the Israeli lobby group, was
11   after them.  They had been the subject of reports continuously
12   since the early 90's.  The government can't have it both ways.
13   They can't say that they guarded everything, but at the same time
14   say these are incriminating.  You would expect more.  There has
15   to be more to convince you beyond a reasonable doubt of
16   willfulness with a bad purpose, of knowledge.  They think Holy
17   Land is so careful not to talk on the phone but so completely
18   dismissive of being careful to give to Zakat Committees and
19   organizations that everybody knows are HAMAS.  Doesn't make
20   sense.  Totally contradictory.  The government cannot have it
21   both ways.  Mr. Abu Baker and Ghassan Elashi are worried about
22   even sending letters on behalf of Marzook because everybody you
23   know -- But they are going to put their entire business in
24   jeopardy by giving to Zakat Committees that are publically and
25   unequivocably identified with HAMAS?  Not the case.  Worried

about the Government of Israel all the time.  Worried about
surveillance by the Government of Israel, even when it's legal to
give money, they are worried about the Government of Israel.
They know what happened overseas.  That's the reason they swept
the office for eavesdropping devices.  They think they are under
a microscope, but they are giving to Zakat Committees that
everybody knows are HAMAS.  Doesn't make sense when they know
they are under a microscope.  They are so concerned about talking
on the phone -- If it's so perfect, what's these calls about
suicide bombings?  Again, Mr. El-Mezain doesn't make any nor
receives any.

        I want to talk a little bit about some of the things
the government put in the case that are a red herring, that
distract you and to show you that the government knows it doesn't
have a case, but they have to put these things in and spend time
on them.  The letter from the nut, Sultan Mahmoud.  The direct on
Agent Burns and redirect.  In the limited time they had in
summation, they decided to bring that out again.  A Xerox
signature from a crackpot.  That's their case.  It would be
laughable if there weren't so much at stake for Mr. El-Mezain.
It would be laughable that you should rely on it beyond a
reasonable doubt.

        Look at 2-138, one with very little writing, the second
testimony of Agent Burns, and it had to do with martyrs.  You see
it says martyrs.  Money going to martyrs for Holy Land.  She

1   underlines shahid, shahid.  What we found on Page 2 is half of

2   them were martyrs -- a massacre -- that were mowed down while

3   praying.  She acknowledged that.  What does the term "martyr"

4   mean?  And what is the government trying to do when they don't

5   give you the full story?  You don't need details, names.  Don't

6   worry about that.  Trust us.  We know the rest of the picture.

7   We tell you this is the picture.

8          Aid to special segments.  Everybody gives aid to the

9   same people, prisoners and martyrs and the needy.  Did they prove

10  to you a single suicide bomber and his family who got Holy Land

11  support?  They said it, but they don't prove it.

12         The deportees.  Mr. Abington said the deportees, the

13  U.S. government had their names in 1992 to vet them, run them

14  through.  No one was designated except for Rantisi.  And the CIA

15  investigated them.  That's what Mr. Abington told you.  The

16  organizations weren't designated here.  Not everybody self-ID'd

17  as HAMAS in that video we saw.  The deportees condemned by the

18  international community.  UN resolution, that's in evidence.

19  They represented all segments of Palestinian society and were

20  supported by all segments of Palestinian society.  It was a

21  lightening rod for support because of the outrageousness of the

22  deportation, and it was three years before a designation, too.

23         The government talks about this July 30, 1992 telephone

24  call from Mousa Abu Marzook to El-Mezain for one minute.  That

25  means no phone call at all.  Look at the conversation.  It takes

1   longer to say hello if you are an Islamist.  They couldn't put

2   any of that together, that Holy Land's money had anything to do

3   with anything violent.  Money went through Israeli banks.

4   Documents in evidence, Government's Exhibit 238 and 239 --

5   nothing to do with El-Mezain.  They couldn't prove a

6   conversation.  This is what they have to rely on, but they have

7   nothing, and it would be laughable if there weren't so much at

8   stake for Mr. El-Mezain.

9           Now, the Islamic Relief Committee was shut down by

10  Israel in 1996.  Mr. Abington said it was an HAMAS organization,

11  but we didn't know who knew about it in 1995 or 1994.  No

12  evidence with respect to that, that these defendants knew.  It

13  was operating in Israel.  You think the Israeli government would

14  let it operate in Israel?  You think that can be relied on?  They

15  didn't ask Mr. Abington when he learned it was a HAMAS

16  organization.  Twenty thousand dollar check to Mr. El-Mezain.

17  Nothing wrong with it.  You would have heard about it.  They

18  cross examined the accountant, Mr. Yaish, about it.  He said a

19  1099, 13-9 -- It was a 1099 issue that Mr. El-Mezain knew he had

20  to pay taxes on.  You would know if that wasn't so.  It would be

21  in here.  Look at the conversation on Page 3.  Shukri says "I

22  asked for information from the Holy Land offices."  Shukri made a

23  decision of how much money.  That's why Omar Ahmad is calling.

24  How much?  You tell me.  That's the type of call, not anything

25  about the fundraising.  1991, one thing about thousand dollars a

1    month.  Thousand dollars a month for ten years of working, if he

2    was -- He was very valuable fundraiser, and Shukri said "We want

3    to keep him in the fold.  We want to say this is to keep you in

4    the fundraising team."  He can go other places.  He has expenses,

5    moving to San Diego, opening an office in San Diego and moving

6    his entire family there, and he has expenses.  I have to address

7    some of these red herrings because I don't know if Mr. Garrett

8    will have some.  I know Mr. Jonas had some.  They don't belong in

9    this case, but they show you how weak the proof is that they have

10   to rely on.  The Islamic Action, I can go on, but I can't because

11   I'm limited in time.

12           I know you have paid attention.  I also want you to

13   remember that none of these defendants have been designated, and

14   if you look at the Treasury exhibits, 11-5 and Defendant's

15   Exhibit 11-11, it's a very low standard.  Reasonable cause to

16   designate someone for an organization.  It's like sea level.

17   It's like Mount Everest.  That's the difference between the two.

18   They haven't even gotten to reasonable cause with Mr. El-Mezain.

19           Dr. Levitt said there are not enough hours in the day

20   to designate people.  Well, from July 31 -- I'm sorry.  January

21   23rd, 1995 to July 30th, 2007, they designated thousands of these

22   organizations.  We have the documents.  It was time, just not

23   proved.  Not even reasonable cause.

24           Cross examination of Mr. Abington.  Do you think for a

25   second if the United States Government or the Israeli Government

1    thought that people were at risk because Holy Land was giving

2    money to these Zakat Committees that that information would not

3    have been communicated to Mr. Abington who was the United States

4    representative to the Palestinian Authority?  Do you think for a

5    second the Zakat Committees and organizations would be permitted

6    to operate for another second if people were at risk?  Holy

7    Land's money was supporting --

8              THE COURT:  Mr. Dratel, your time is expired.

9              MR. DRATEL:  Your Honor, if I may borrow a minute from

10   my cocounsel.  I have half a page.

11             THE COURT:  I'll give you another thirty seconds.

12             MR. DRATEL:  The government wants to shout the word

13   "terrorism" to you so that you will throw out your common sense,

14   but the Court will instruct you that it would be improper to

15   consider feelings about an individual's race or national origin,

16   is one of those rules.  The reason for that burden is the highest

17   under the law:  The fear that an innocent man will be convicted

18   wrongly.  A person's freedom is that important.  Keep these

19   rights in mind when Mr. Garrett speaks again.  I won't have the

20   opportunity.  You can take up that task then and when you

21   deliberate --

22             THE COURT:  Mr. Dratel, your time has expired.

23             Ladies and Gentlemen, we'll take our mid-morning recess

24   at this time.

25             THE COURT:  Ms. Cadeddu, it's been represented to me

1  that you have yielded a minute of your time to Mr. Dratel so that
2  he can finish up.  Is that right?

3          MS. CADEDDU:  Yes, your Honor.

4          THE COURT:  Mr. Dratel, go ahead.

5          MR. DRATEL:  Thank you, your Honor.  You are all that
6  stands between Mr. El-Mezain and justice.  I'm confident that you
7  if you evaluate the evidence and apply the legal principles, you
8  will find him not guilty of each and every count against him in
9  this indictment.  Thank you very much.

10         THE COURT:  Mr. Cadeddu.

11         MS. CADEDDU:  There was one witness in this case, one
12  witness only, who testified from personal knowledge about what
13  Mr. Mufid Abdulqader did and didn't do for the Holy Land
14  Foundation.  One witness who had firsthand knowledge, both Mr.
15  Mufid Abdulqader singing with the band and his volunteer work
16  with the Holy Land Foundation.  The witness with personal
17  knowledge of the facts that was so credible and considered so
18  important by the government that he was interviewed six times and
19  put on the government's witness list to be available to testify
20  at trial.  That witness, of course, is Mr. Mohammed Wafa Yaish,
21  the Holy Land Foundation accountant and also Mr. Mufid
22  Abdulqader's personal accountant.

23         As Mr. Mufid Abdulqader's personal accountant, Mr.
24  Yaish had copies of Mufid's personnel records.  He knew his
25  salary as an engineer for the City.  He had being access to all

his records for the band.  Mr. Yaish himself has probably seen

Mr. Mufid Abdulqader perform twice, once at a wedding and another

time at an HLF function in Dallas.  As I think he said, the only

member of the Holy Land Foundation accounting department, Mr.

Yaish, also had firsthand knowledge of the financial operations

of the Holy Land Foundation itself.  He set rules for financial

record keeping.  He accounted for money that came in and where it

went.  He knew the employees in Dallas, and he also knew the

employees and had conversations with the employees overseas.  Mr.

Yaish knew and he told you about the roles of the volunteer

fundraisers for the Holy Land Foundation.  Told you that he knew

how much each of those people had raised.  He had direct personal

knowledge of Mufid Abdulqader's volunteer fundraising work both

for the Holy Land Foundation and also for other organizations in

Dallas like mosques and schools.

Now, Mr. Yaish's testimony, as you will recall, about

Mufid Abdulqader's involvement in this case with Holy Land

Foundation was pretty clear.  I asked him what Mufid Abdulqader's

role was at the Holy Land Foundation, and he said he was an HLF

volunteer.  He explained that most of the time Mufid's work was

as a volunteer fundraiser.  Someone who will go out and give

speeches and collect money at fundraisers and mosques and other

places.  Sometimes he manned telephones during telethons.  You

heard from him that there were approximately twenty to thirty

volunteer fundraisers that HLF could call on at any one time to

1    go out and do this volunteer fundraising that he talked to you

2    about and that Mufid Abdulqader did.  And you saw the list,

3    Government's Exhibit 121, Page 2, that lists some of those

4    volunteer fundraisers.

5        Now, Mr. Yaish testified as well about Mufid

6    Abdulqader's singing role with the band.  He testified that as

7    Mr. Mufid Abdulqader's tax accountant he knew the band performed

8    at fundraisers and other events and that the band was hired by

9    organizations other than HLF and HLF to perform at functions.  He

10   also testified, as you recall, that the bank was hired to perform

11   at about six or seven weddings a year, hired by individuals to

12   perform at those ceremonies.

13       When you are thinking about Mr. Yaish's testimony, I'd

14   like you to take a look at the Court's instruction on

15   credibility, and we're going to take a look at that now together.

16   That instruction explains to you what factors you should consider

17   when assessing the credibility of witnesses.  One of those is the

18   relationship of the government with the defense, and that is a an

19   important criteria for assessing Mr. Yaish's credibility.  As you

20   recall, Mr. Yaish was speaking both with the government and with

21   the defense voluntarily.  He met with the government six times.

22   He met with the defense attorneys I think three or four times.

23   He was open, truthful and cooperative during these meetings, and

24   that's something that would help you in assessing the fact that

25   he's a credible witness.  Mr. Wafa also had personal knowledge of

what he was testifying about.  Unlike the Government's witness,
Mr. Wafa Yaish was actually there at Holy Land Foundation, and he
actually looked at Mr. Mufid Abdulqader's personal financial
records.

I want to turn for a second to the charges that the
government has to prove in this case.  Let's talk about what the
government needs to prove to you beyond a reasonable doubt for
you to be able to convict Mr. Abdulqader of the charges in this
case.  Mr. Abdulqader is charged in every count of the
indictment, except for the tax counts.  Those include Counts 1
through 32.  He's charged in Count 1 with having conspired to
provide material support and resources to a terrorist
organization, HAMAS, and in Count 2 actually providing material
support, and those involve wire tranfers from Holy Land's bank
accounts to Zakat Committees between August of 1988 to 2001.  The
next set begin with Count 12.  Mr. Abdulqader is charged in Count
12 with having provided goods and services to HAMAS and charged
in Count 21 with actually providing those and the basis for that
is wire tranfers and money sent from Holy Land Foundation bank
accounts to Zakat Committees.

In Count 22, he's charged with conspiring to commit
money laundering.  And in Counts 22 through 32 he's charged with
actually laundering those funds, and those counts refer back.  22
through 32 are the exact same wire tranfers as are the basis for
Counts 12 through 21.  All of these counts relate to wire

tranfers from Holy Land to the Zakat Committees in the
Palestinian Territories, and I am going to come back to that in a
minute.

         With that as the background, let's talk about what
evidence -- what actual evidence the government brought here to
prove those charges against Mufid Abdulqader.  As I counted, the
government says exhibits that they put in evidence that make any
mention of Mufid Abdulqader -- they include eleven paper
documents, tapes and transcripts of three wire-tapped
conversations out of I think three or four years of wire taps
that were on his phones and parts of thirteen video tapes.  I
think I got them all.  I tried not to miss any.

         Let's talk about the eleven documents.  You are going
to have piles of documents back there to look at while you are
deliberating.  You are going to get all the documents that came
in evidence in this case.  The documents that make any mention of
Mufid Abdulqader are a stack of eleven, and let's talk about what
those are.

         First is Government's Exhibit 121 which is the local
fundraiser list that we already talked about.  The second is an
Al Najoon invoice.  I believe you will recall the testimony about
this invoice.  This shows the band performed in Charlotte in
September of 1998, and you will remember that Mr. Yaish testified
that -- or rather up here, that this address is the address of
Mr. Munser Taleb, who was managing the band at that time before

1    Mr. Mufid Abdulqader began managing it in 2000.  Mr. Yaish

2    explained to you this invoice shows both travel expenses, and

3    also down here, this three hundred dollars that you see, that's a

4    three hundred dollar fee per person for the band to perform, and

5    that was typical, as he told you, of the way the band got paid.

6            Now, some other exhibits that we have -- and I'm not

7    going through those because we looked at them before, but I'll

8    mention them -- are copies of checks to Mr. Mufid Abdulqader for

9    fundraising expenses and sometimes reimbursement of airline miles

10   and volunteer bonuses.  Those are all things the HLF gave money

11   to Mr. Mufid Abdulqader for.  The government put those in, and

12   those are some of the eleven documents, actually four of the

13   eleven that you have before you.  The government also introduced

14   travel itiniraries, and those travel itiniraries were put in

15   evidence to show that he did volunteer fundraising in other

16   cities for the Holy Land Foundation.

17           Another document that mentions Mufid Abdulqader is

18   Government's Exhibit 5-28 which is an American Express bill that

19   shows travel expenses for band members Mufid Abdulqader and

20   Munser Taleb.  I want to talk about this one a little more

21   because this is the document that the government used to suggest

22   to you that Mr. Mufid Abdulqader was lying during his interview

23   in 2002, which was simply not true.  You may recall earlier in

24   this case Agent Burns testified about what Mr. Mufid Abdulqader

25   said in his April, 2002 interview.  In fact, I have that for you.

And she was asked whether Mr. Mufid Abdulqader first began to
work, when he told Agent Burns that he first began to work with
the Holy Land Foundation, and she said he said after he moved to
Dallas in 1995, and then she talks about how he said he was a
volunteer and he raised funds on occasion for the Holy Land
Foundation.  Now, the government throughout this case has treated
the singing -- Mr. Mufid Abdulqader's singing and performing with
a band as the same thing as fundraising, as the volunteer
fundraising he did for the Holy Land Foundation.  Even yesterday
Mr. Jonas said and I think this is a quote as best I can get it.
As early as 1990, we know that Mufid Abdulqader was raising money
for HLF, and this is based on this Government's Exhibit 5-28 we
just talked about.  But the evidence and testimony in this case
show that Mufid Abdulqader was a singer with the band that was
hired not only by the Holy Land Foundation but also by other
organizations for all kinds of functions.  Agent Burns told you
that there was a lot of discussion.  You remember that?  I asked
her about whether it was in her report.  A lot of discussion
during the interview about the band and what it did and where it
performed.  Mr. Mufid Abdulqader didn't try to hide that from
Agent Burns.  He talked about the band and the work of the band
and the volunteer fundraising for the Holy Land Foundation as two
distinct things.  What we have here and I don't know -- I raised
this just because I don't get a chance to talk to you again.  Mr.
Garrett may come before you tomorrow and tell you this was a lie.

1    But it wasn't a lie.  It's just a difference of definition.  The

2    government defines singing with the band as fundraising, and Mr.

3    Mufid Abdulqader made a distinction between those two things

4    during his interview.  He didn't lie during the interview.  He

5    was perfectly truthful.  In fact, even Mr. Yaish during his

6    testimony made the same distinction.  He testified -- Now, did

7    Mr. Mufid Abdulqader singing with the band have anything to do

8    with the fundraising he did for the Holy Land?  He answered "No,

9    ma'am."  What was the relationship of the Al Najoon band to the

10   Holy Land Foundation?  Mr. Yaish said the Holy Land Foundation

11   will contract with them to perform at special events.

12          Now, I just want you to think as you are thinking about

13   this, and if the government tries to tell you about the fact that

14   this was a lie during his interview, I want you to think about

15   this instruction the Court is going to give you.  When two people

16   are at the same event or interview, they sometimes have different

17   recollections of that event.  That doesn't necessarily mean that

18   anyone is lying.  It's normal.  And this instruction tells you

19   that is very common and not a basis for you to conclude that Mr.

20   Mufid Abdulqader was lying during his interview.

21          Now, on a related note, the government introduced

22   Government's Exhibit 1-340.  That document, as I recall, was a

23   list of people who had fundraised for HLF, cities and dollar

24   amounts.  It was a big thick document.  And then if you recall, I

25   think it was Agent Miranda said the government ran this in

1   alphabetical order as well, and we put that in evidence as 1087.

2   I am going to use that version because it's in order and easier

3   to talk about.  Now, the Court has tried to tell you that Mufid

4   Abdulqader was a top fundraiser for the Holy Land Foundation.

5   That language even appears in the indictment.  "A top

6   fundraiser."  But as Mr. Yaish told you, Mr. Mufid Abdulqader was

7   one of twenty or thirty volunteer fundraisers the Holy Land

8   Foundation sometimes called on, and in fact, he was average.

9   That was the word he used.

10        Going back to Defendant's Exhibit 1087 which is the

11   list, that list shows money that was raised by different people

12   for the Holy Land Foundation and Agent Miranda testified about

13   it.  He testified this list shows from August of 1997 through

14   August of 2000 Mr. Mufid Abdulqader raised $114,194 for the Holy

15   Land Foundation.  And in fact, those listings take up exactly two

16   pages -- I thought I tabbed it, but I guess I didn't.  Take up

17   two pages in this list.  Here we go.  Take a look at that.  You

18   see the bottom of 212.  There are a couple of listings, and then

19   we have Page 213.  You see some money being raised, brought in,

20   and then there is a half a page on Page 214.  Now, take a look at

21   the document.  Let's take a look at the first person on this big

22   list who's Mr. A. Idris.  Mr. Idris is also coincidently the

23   first person who appears at the top of the volunteer fundraiser

24   list that's Government's Exhibit 1-121.  Rather Defense 1087

25   which is, as we know, the same as Government's Exhibit 1-340 but

1   in alphabetical order contains page after page of money raised by

2   Mr. Idris. I believe actually thirteen pages -- thirteen pages

3   of money raised by Mr. Idris, another volunteer fundraiser on the

4   list. Mr. Idris actually raised -- He raised money by himself

5   and on other occasions with other people. Money raised by

6   himself not with other people was $165,000. Almost $50,000 more

7   than Mr. Mufid Abdulqader raised. So there isn't any debate.

8   There is no difference of opinion about whether Mr. Mufid

9   Abdulqader was a volunteer fundraiser for Holy Land Foundation.

10  I don't debate that. That's absolutely the truth. But when the

11  government tells you that he was a top fundraiser -- he was the

12  top fundraiser -- it's not true, and the documents don't support

13  it.

14          One more document I'd like to talk about before I move

15  to the video tapes is Government's Exhibit 21-60. 21-60 is an

16  exhibit that the government talked about yesterday. Actually

17  yesterday was the very first time that the government even made

18  this statement or that any person made this statement. Yesterday

19  for the first time, from Mr. Jonas, you heard that Mr. Mufid

20  Abdulqader attended the Philadelphia meeting, and in support of

21  that -- No other witness testified to that. There was no

22  testimony about that. That was nothing we have heard the entire

23  trial. In support of that, he referenced a voided hotel receipt

24  which I am going to show you that has Mr. Mufid Abdulqader's

25  signature on the bottom of it. Now, this is the first time that

1    we have heard about this.  The government introduced and has

2    talked about forever and a day the Philadelphia conference and

3    the transcripts of that conference.  There are -- I don't know

4    how many transcripts there are, but the beginning of every one of

5    those transcripts which are in the 16 series contains a list of

6    the speakers, who was present.  I am going to put this one also

7    in the stack of eleven documents.  If we take a look together at

8    some, not all, because I think there are twenty-five -- twenty or

9    twenty-five transcripts of the Philadelphia conference, I am

10   going to show you just a few of those.  This is Page 1 of

11   Government's Exhibit 16-37.  Mufid Abdulqader's name does not

12   appear on this list as one of the attendees or the speakers.

13   Page 1 of Government's Exhibit 16-39, again his name doesn't

14   appear anywhere there.  Government's Exhibit 16-47, not there.

15   16-49, name is not there.  And so on and so on and so on and so

16   on for every single transcript of the Philadelphia meeting.

17          So the government has asked you a question -- I think

18   Mr. Dratel referred to this yesterday.  The government has been

19   posing all of these questions why would this be the case if it

20   weren't for that?  Well, the government has the burden of proof

21   here.  That means something.  They can't just put these questions

22   out there and not answer them and hope you assume the answer is

23   something they like.  That does not meet the government's burden

24   of proof.  The Court will instruct you that the government has

25   the burden of proof and that never shifts, never shifts to me.  I

1    don't have to prove anything to you.  The government has the

2    burden of proving -- Now, listen, there is nothing wrong with

3    attending a meeting and talking about politics.  Nothing wrong at

4    all.  It's protected by the First Amendment, and I will talk to

5    you about that in a lot more detail in a few minutes.  There is

6    nothing wrong with it.  It is protected.  There is nothing

7    illegal about it.  But if the government is going to say he was

8    there, they got to actually prove it.  They've got to prove it.

9            Let's take a look at an excerpt from Government's

10   Exhibit 16-25.  This is a conversation you saw early in the case

11   among some of the folks who attended the Philadelphia conference

12   and actually were involved in planning it.  This was on Mr.

13   Ashqar's line.  Now, we see a reference in here and what the

14   speakers are talking about and we see it here.  They are talking

15   about limiting the number of participants in this conference or

16   in this meeting because otherwise it's going to become too

17   unwieldy, like a conference, and they don't want that because it

18   becomes difficult to hear everyone's viewpoint.  And then there

19   is a reference to a forum or a conference.  "What we want is a

20   session, I mean.  A session, a session or two, especially that

21   they will be coming from the festival, I mean."  What this is

22   telling you, Ladies and Gentlemen, is that at the same time the

23   Philadelphia meeting was going on there was a festival, a

24   cultural festival of the kind that Mr. Mufid Abdulqader performed

25   in, as you have heard and seen from the evidence.  The government

1   knows perfectly well that Mr. Mufid Abdulqader was not at the

2   Philadelphia meeting, and there is zero evidence to support that.

3   A voided hotel receipt and list after list after list of

4   attendees that don't show his name and photographs where he

5   doesn't appear.  That does not constitute proof.  This is just an

6   attempt by the government to make Mr. Mufid Abdulqader be more

7   important to this case than he actually is.

8           Now for the part of my argument that everybody is

9   waiting for.  How am I going to explain those video tapes?  Guess

10  what?  I don't have to.  I don't have to.  The First Amendment to

11  the United States Constitution means something.  If it means

12  anything, it means that you can talk, you can sing, and you can

13  perform in skits about anything you like.  The Court will give

14  you this instruction, and I will read it to you because it is so

15  very important.  "The First Amendment to the United States

16  Constitution provides Congress shall make no law respecting the

17  establishment of religion or prohibiting the free exercise

18  thereof or abridging the freedom of speech or of the press or the

19  right of people peaceably to assemble and to petition the

20  government for a redress of grievance."  This amendment

21  guarantees to all persons in the United States -- all persons --

22  the right to freedom of speech and freedom of religion and

23  freedom of association.  Because of these Constitutional

24  guarantees no one can be convicted of a crime simply on the basis

25  of his beliefs, his expression of those beliefs or his

1    associations.

2             Yesterday, you heard Mr. Jonas say Mr. Mufid Abdulqader
3    isn't on trial for what he was saying.  You heard that.  That's
4    right.  He isn't.  He can't because of this right here.  Let's
5    think back to his argument and what he actually said.  Yesterday,
6    Mr. Jonas played video tape after video tape after video tape
7    after video tape of songs and skits, and in fact, he played the
8    same skit twice.  It was two versions of the same skit, although
9    actually he didn't play the whole skit, as I recall.  He just
10   played the part at the end.  Didn't play the middle of it.  I am
11   going to put this up here to remind you what we're talking about
12   here.  This is one of the two skits that we're talking about.
13   Now, even though I don't have to explain this because, as you
14   know and you will see from the instruction that you will have
15   with you, speech is protected by the First Amendment.  I don't
16   have to explain these skits.  Mr. Jonas did something that I
17   referred to a minute ago that I can't let pass.  He showed you
18   just the end of these skits, just that part where the two actors,
19   Mr. Mufid Abdulqader and the guy playing the Zionist, where Mr.
20   Mufid Abdulqader symbolically kills the Zionist.  Showed it to
21   you twice from two videos.  And then just to go back for a
22   second, a Zionist as we have learned in the course of this case
23   is just the historical term for someone who believes in a
24   homeland for Israel.  That's what a Zionist is.  A Zionist in
25   this case is the equivalent of Israel.  Now, Mr. Jonas said to

you Mr. Mufid Abdulqader says "I am HAMAS."  What could be
clearer?  What could be clearer than that?  Well, let's start
with this premise.  There is also the actor playing a Zionist.
Is he clearly a Zionist?  Is what he says in the skit what he
actually believes?  Is that what Mr. Jonas is saying?  That actor
who says anything in a movie or someone who acts in a play is
advocating what is said?  This was a skit, Ladies and Gentlemen,
dramatizing.  And I'm not telling you here that Mr. Mufid
Abdulqader doesn't have strong feelings about Israel or the
Palestinians.  That's not what I'm saying.  What I am saying is
this is a skit dramatizing the relationship, the
Arab-Israel relationship.  And at a time during this intifada
when there is all this emotion of Palestinians around the world.
All of this emotions because they are hoping that things are
going to change.  The people have been under occupation for
decades.  Something is happening.  There is an uprise, and
organizations including HAMAS that are going to come out and
speak for the long suffering Palestinian people.  That's the kind
of context for what we're talking about.

      I am going to show you what the government left out
yesterday.  Government's Exhibit 22-22 F is an excerpt of this
skit that we just had the picture of.  I am going to talk about
it from over here.  I don't know if you can see that.  In this
skit -- In this skit Mr. Mufid Abdulqader is playing the part of
HAMAS, and he says, you see right here, "I protect my land,

1   Palestine, and you must leave."  He's talking to the Zionist now.

2   Then the actor playing the Zionist says "HAMAS, this is a new

3   melody that you have not gotten used to it."  What that actor is

4   referring to there is the fact that HAMAS is new.  It's a new

5   organization.  This is the first intifada, and it's something

6   that is creating some consternation in Israel.  So it's putting

7   this in a time frame.  The Zionist then says "I am the known

8   Zionist, and my situation is known in the world.  I am the known

9   Zionist, and my situation is known in the world.  I must take

10  over Palestine and make it Israel."

11         So what the Zionist is saying there is that he is

12  talking about how Israel wants to take over the Palestinian

13  Territories and make it all Israel and that Israel is counting on

14  the support of the world to allow it to do that.

15         There is a discussion here, an argument between the

16  parties.  I can't go through the whole thing, but they talk about

17  who's stronger, who's going to win in this disagreement, and then

18  the HAMAS character played by Mr. Mufid Abdulqader says "As many

19  as you kill of the children, elderly and women, and the people of

20  Palestine do not die.  No matter how many you kill, Oh pimp, the

21  people of Palestine do not die."

22         And so what we're talking about is giving voice to

23  what's going on, what people in the United States are seeing on

24  TV about what's actually happening in Palestine and talking about

25  in Palestine in a skit, what's going on and people's feelings

1   about what's going on.  And then down here at the bottom, the

2   Zionist says, "This is not your land.  This is our land."  And

3   they say Yehuda and Samarah. "The abundant land of my

4   forefathers.  And the world knows its history from American to

5   Berlin."

6           In this segment the Zionist character is making a

7   reference to Judea and Summaria and talking about how the world

8   will support Israel as it takes the Territories over.  And

9   Dr. Brown told you, those are the Arab terms as we have learned

10  for Judea and Summaria, and those are references to the ancient

11  Kingdom of Israel which reached from the sea to the Jordan River.

12  What that means is that Israel at least as the Palestinians see

13  it in the skit is wanting to have all of Israel from the sea to

14  the river, leaving no place for the Palestinians and no homeland

15  for them.  This is a dialogue between two characters, two people

16  playing roles, talking about the intifada.  The Zionist character

17  later says "The sling will not get me out, nor the stone that is

18  thrown on me."  And these are references to what's going on at

19  this time.  The HAMAS character responds "This is your work.

20  Against who are you using your tanks and cannons?  Against

21  unarmed people and children.  The innocent people.  This is your

22  work, oh, Coward, the killing of the elderly and women."  And

23  then he says "When do we return to our land and complete our

24  happiness."  And then, yes, the HAMAS character played by Mr.

25  Mufid Abdulqader symbolically kills the Zionist.  This Ladies and

1   Gentlemen is political speech.  This is what the First Amendment

2   was designed to protect, right here.  The First Amendment reaches

3   it's highest zenith, highest level, when it's protecting

4   political speech, and that's what we have here and what the

5   government is trying to criminalize.

6           Another point on the video tapes themselves, all of

7   them -- I think twelve or thirteen of these video tapes, these

8   are clips that show Mufid Abdulqader in some form or another.

9   There are thirteen of them that I was able to determine.  All but

10  one of those dates from the early 1990's or even before in the

11  late 1980's.  A couple of them are undated, and Mr. Jonas told

12  you admitted yesterday that they are old.  Don't forget it's the

13  government's burden of proof.  These videos are all predating the

14  designation of HAMAS with one exception, and he talked about that

15  yesterday.  That was 1-315, and that tape, as you recall -- I'm

16  not going to show it to you because we don't have time, but that

17  tape shows Mufid Abdulqader reading from a piece of paper.

18  Remember where he stands up and reads it, and he says the women's

19  community sends greeting to Sheikh Yassin and Rantisi.  And what

20  the first instruction tells you is it is never illegal -- it is

21  always protected -- to talk about whatever political thing you

22  want to talk about.  You can talk about terrorist organizations.

23  You can talk about terrorists.  The designation of HAMAS did not

24  change that.  It's legal today.  I could stand here -- In fact, I

25  am standing here.  I could stand on the street corner and talk

1   about HAMAS.  We can all say we love what HAMAS is doing.  We

2   advocate whatever we want to advocate.  That is free speech, and

3   that's what's protected.

4        Now, I just want to go back one second to the very

5   famous buried video tapes in Fawaz Mushtaha's backyard.  The

6   government throughout said why did he bury them if they weren't

7   incriminating.  You saw them.  You know from the instruction that

8   what's on them is protected.  I'll tell you why he buried them.

9   Because he was afraid he was going to end up right here being

10  prosecuted for his political speech.  That's why he buried them.

11  Let's take stock of the evidence we have talked about so far.  We

12  have learned from the government's eleven documents and these

13  thirteen video tapes that we have discussed today that Mr. Mufid

14  Abdulqader was a singer with a traditional ethnic Palestinian

15  band that was hired to perform at conventions, fundraiser and

16  personal celebrations like weddings around the country.  This was

17  a hobby for him.  We know it was a hobby for him really from when

18  he first moved to this country.  When he was studying for his

19  engineering degree in Oklahoma, studying for his masters, while

20  he was getting married and having children and moving to the City

21  of Dallas to work as an engineer he was engaged in this hobby of

22  singing in the band.  We know that the Holy Land Foundation was

23  one of the organizations.

24            THE COURT:  Ten minutes remaining.

25            MS. CADEDDU:  Thank you, sir.  We know that HLF was one

1    of the organizations that hired the band as early as 1990.  We
2    know from the video tapes, as we talked about, that tensions were
3    running pretty high in the late 80's and early 90's.  There was a
4    lot of hope that HAMAS was the answer at that time.  We have
5    learned sometime in the mid-1990's when Mufid moved to Dallas to
6    take a job with the City of Dallas he began volunteering for the
7    HLF and other organizations.  He raised money for the Holy Land
8    Foundation on his own time as a volunteer fundraiser.  I also
9    told you in opening -- and I just want to make this clear -- that
10   even Israel supported -- We're talking about Palestinians
11   supporting HAMAS.  In the early days, even Israel supported
12   Islamic institutions in the early days as a counterweight to the
13   PLO, the secular nonreligious organization.  I believe Dr. Levitt
14   told you about that.  What have we not heard?  We have not heard
15   anything relating to the charges in the indictment.  We haven't
16   heard any evidence that Mr. Mufid Abdulqader acted willfully;
17   that is, as you will see in the instructions, with specific
18   intent to disobey or disregard the law.  You have heard nothing
19   about that.  You haven't heard any evidence that he willfully
20   conspired to fund HAMAS by making wire tranfers to Zakat
21   Committees out of HLF bank accounts.  As Mr. Yaish told you,
22   Mufid Abdulqader was not an HLF employee.  He didn't have a desk,
23   a phone, an e-mail address.  He didn't decide where the money
24   went.  He didn't have access to the financial records, the
25   computers.  He could not write checks.  He could not make wire

1    tranfers.  All he did was act as a volunteer fundraiser, as did

2    every other volunteer fundraiser, to donate his time and money to

3    an organization he believed was feeding and helping hungry,

4    destitute people in the place where he was born.  Mr. Mufid

5    Abdulqader's name doesn't appear on any telephone list -- not on

6    Marzook's list, not on the Palestine Committee list.  Doesn't

7    appear in the Palestine organization chart.  Not on any

8    incorporation document for HLF or any other organization you saw

9    in this case.

10          So if he is in fact -- if he was in fact one volunteer

11   fundraiser out of twenty or thirty that the Holy Land Foundation

12   used, one band member out of the eight or ten we have seen

13   performing at any time, what has the government given you to show

14   that he's any different from anybody else?  Why is he here?  Why

15   do they think he's guilty?  There is why.  There is why, because

16   his half brother is the specially designate terrorist Khalil

17   Mishal.  That's why.  He's related to a bad guy.

18          Now, maybe when you heard about the fact that he was

19   the half brother of Khalil Mishal in opening statements you

20   thought you might hear about some contacts between Mufid

21   Abdulqader and his brother, meetings or telephone conversations

22   or some sort of conspiratorial something, anything, something

23   more than a brother relationship you heard about, something from

24   the audio tapes and the conversations, the three of them.  These

25   go with the other things the government has brought to you.  Go

in the stack. Perhaps more than him wishing for Khalil Mishal's
wife to have patience in the face of adversity or talking to his
friends and family about how he hoped his brother would live
after the poison attack. Now, you can be sure with the resources
this government has and the cooperation it has had with Israel
and all the investigative resources the government has if there
was something, some evidence of some sort of interaction between
Khalil Mishal and Mufid Abdulqader, you would hear about it. You
would have heard about it. What did the government give you?
The best they could give you was who better to trust than family.
Now, a cliche is not proof beyond a reasonable doubt. If you
don't believe me, ask Mr. Jacks. He told you about it in
opening. He said now does that make them guilty of these
charges, the fact that they have relatives? Of course not. He
knows that's what the law says. But it's something you are
entitled to know to inform you when you make your decision, and
that evidence will be presented for you to consider along with
the rest of it. Why does he went you to consider it? If you
can't convict somebody for it, why does he want you to think
about it? He wants you to think about it so that you will hold
Mr. Mufid Abdulqader responsible for his brother.

When I talked to you before, I made some promises about
what the evidence would show, and I hope I have kept those. I
think I have. And I told you that some of the government's
evidence would fall into the category protected by the First

1   Amendment.  That's still true today.  The First Amendment

 2   protects our beliefs, our right to express our beliefs even if

 3   the feelings are strong -- the Israelis, the Palestinians, the

 4   conditions they live in.  The First Amendment protects our right

 5   to worship as we please, including volunteering for an

 6   organization that sends food to the hungry.  The First Amendment

 7   protects our right to associate with whom we please.  A step

 8   back.  The First Amendment protects first and foremost our right

 9   to express our beliefs and our right to worship, and it protects

10   our right to associate with whomever we please which I hope and

11   believe includes the right to hope that one's half brother lives

12   to see another day.  The government has the burden of proving to

13   you beyond a reasonable doubt that Mufid Abdulqader did what is

14   charged in the indictment.  What is charged in the indictment,

15   Ladies and Gentlemen, not that he sang songs and performed skits

16   that talk about HAMAS years before HAMAS was designated and years

17   before HAMAS considered a single terrorist act.  The government

18   doesn't have any such proof.  They don't even have reasonable

19   cause to put Mr. Mufid Abdulqader on the designated terrorist

20   list.  They didn't even have that quantum of proof.  You have

21   heard all the evidence, and there isn't much on Mufid Abdulqader,

22   just this little stack here, and in fact, this big stack, as I

23   told you, two pages of this -- two pages of this document relate

24   to Mufid Abdulqader.  So what we're really talking about is this

25   right here and thirteen of these.  I will not have the chance to

1   talk to you again to respond to Mr. Garrett's argument.  I tried

2   to anticipate some of those, but remember nothing he says can

3   change what Mr. Yaish said.  Nothing he says can change the fact

4   of this little tiny stack of documents over here, and nothing he

5   says can change the fact that all of these video tapes were

6   filmed years and years ago in a completely different world than

7   we live in today and that every one of those video tapes is pure

8   speech protected by the First Amendment.  Please, please resist

9   the government's invitation to punish Mufid Abdulqader for the

10  sins of his brother.  The evidence and not prejudice mandates

11  only one just verdict in this case, and that verdict is not

12  guilty on all counts of the indictment.

13          THE COURT:  Ladies and Gentlemen, although it's a bit

14  earlier than we normally break for lunch, I think this is a good

15  time to take our midday recess.  Please remember to observe the

16  instructions I gave you regarding your conduct as jurors while

17  we're apart for lunch.  We'll be in recess until 1:15.

18          (Recess)

19          THE COURT:  Good afternoon, Ladies and Gentlemen.

20  We'll hear next for Mr. Westfall, counsel for Mr. Odeh.  Mr.

21  Westfall, do you want any warnings about your time?

22          MR. WESTFALL:  A ten-minute warning.  And also Ms.

23  Moreno has said if I do run over she would give me up to ten

24  minutes.  So I have a ten-minute warning on my own time.  Would

25  you please flip it over to the defense computer?

1          THE COURT:  Yes, sir.

2          MR. WESTFALL:  Good afternoon, Ladies and Gentlemen.  I

3    am going to speak for Abdulraham Odeh.  This has been a long

4    case, and I want to join everyone who has spent the time.  We

5    have set a record for both of us.  We have now reached the part

6    where you all get to make a very important decision in everyone's

7    life, and one thing I want to stress, a couple of areas of law

8    that I want to first talk about before we get into the case.

9    Number one is separate consideration.  Each defendant in the case

10   is entitled to separate consideration of his culpability.

11   Everybody in the case will have a separate verdict form.  It will

12   be multiple pages, but every person has a separate verdict form,

13   and that will underscore how everyone will get separate

14   consideration, and that's the only way that anything can happen

15   with any semblance of fairness in the criminal justice system.

16   We're all judged by our own acts, and the criminal justice system

17   is no different.

18          The second thing is the burden of proof, of course.

19   The government has the burden of proof from beginning to end, and

20   the burden never shifts.  Do you all see the screen from where

21   you are?  Along with the burden of proof is the right of everyone

22   not to have to testify in their own trial.  And you have been

23   instructed and we spoke about that in jury selection a little

24   bit.  It's another cornerstone of our criminal justice system.

25   It would be so incredibly unfair if it weren't any other way.  So

1    I wanted that to be on your mind as you get ready to deliberate.

2         The third thing with the burden of proof, the

3    presumption of innocence goes along with that.  The only way to

4    overcome the presumption of innocence is for the government to

5    bring you proof beyond any reasonable doubt, and the Court will

6    define that as proof of such a convincing character that you

7    would rely upon it and act upon it without hesitation in the most

8    important of your own affairs.  So you think what are the most

9    important of my affairs.  Putting an elderly parent into a

10   hospice or into an assisted living home.  Putting your child in

11   school.  These are decisions, crucial decisions that we hold very

12   dear.  But the type of proof that the law contemplates in every

13   criminal case, including this one, is that this proof be of such

14   convincing character that you would make a decision like that,

15   that you would act on that decision and that you would do those

16   things without hesitation.  It's by far the highest burden in the

17   law, period.  That's another one of our very fundamental

18   protections that we spent two hundred years trying to protect,

19   over two hundred years now.

20        The issue of knowledge and intent, there is a couple of

21   indications here for Abdulraham Odeh for everybody but Abdulraham

22   Odeh is who I am going to address.  This is the conspiracy count

23   which you are looking at here.  There is three of them.  Several

24   substantive counts, money laundering.  Every one of them has the

25   requirement of knowledge and intent.  They call that knowingly

1   and willfully.  Okay?  Willfully with the intent -- with bad

2   motive.  Sometimes evil intent but bad motive and intent.  You

3   got to know what you are doing.  You got to agree to what you are

4   doing.  Basically the phrase is you can't guess someone to

5   guilty, you can't speculate someone into the penitentiary.  You

6   all know that.  There is a different between facts and

7   speculation.  Facts is what we're concerned with when we're in a

8   criminal trial.  Speculation is what we try to weed out.  That's

9   what all of this does.  That puts effect to those protections.

10          Fact, Holy Land Foundation gave money to Zakat

11  Committees.  Speculation, the money went to buy guns, money went

12  to buy bombs, bullets.  There is not a shred of evidence to show

13  that.  What we're talking about here is pure dee one hundred

14  percent charity.  That's the fact.  Anything beyond that is

15  speculation.  So the issue is like Mr. Jacks said.  You know what

16  was on the defendant's minds when they gave money to these Zakat

17  Committees, state of mind.  That's the fine line we're walking

18  when we talk about the 5th Amendment and the state of mind and

19  the First Amendment and the state of mind.  So let's talk about

20  that.

21          Let's look first at Abdulraham Odeh and how he fits

22  into the Holy Land Foundation.  We know that Abdulraham Odeh came

23  to work for the Holy Land Foundation February 1st of 1994.  And

24  what did he do?  Well, first thing he had to fill out weekly

25  reports.  He had to -- He had to say how many hours he worked in

1    a week.  He had to say how many times he called headquarters and
2    why he called headquarters, and we saw all of this during my talk
3    with Agent Burns, that he had to say what he did out in the
4    field, what his projects were.  We know that he had to say how
5    many hours he worked out in the field and the fact that he had
6    coin boxes that he had to tend to and collect the coins out of
7    and place those coin boxes and then send that money down to
8    headquarters.  We know that Abdulraham Odeh went to quarterly
9    meetings like all the other representatives and all the other
10   offices.  Quarterly meetings in Dallas.  And we know from
11   speaking with Agent Burns that Shukri Abu Baker had an American
12   Express card where he would purchase the tickets for Abdulraham
13   Odeh and others.  Abdulraham Odeh didn't have a company credit
14   card or anything like that.  Four times a year he went to
15   headquarters and had these meetings and duly reported it on his
16   forms.  He also did conventions.  This is the ISNA convention.
17   When he went to a convention.  This is what he did.  He set up a
18   booth like this one.  Ms. Suleiman testified to that.  And the
19   pictures and projects would be up on the booth and perhaps some
20   crafts and such.  But he went to these conventions, and he sought
21   donations, sponsors for orphans, and showed off Holy Land
22   Foundation projects which you saw in the pictures while we were
23   talking to Ms. Suleiman.  Yesterday, Mr. Jonas said that Odeh
24   opened the New Jersey office.  Well, Odeh certainly worked in the
25   New Jersey office.  He was the first employee at the New Jersey

```
 1    office, but he didn't open the New Jersey office.  These are the
 2    documents right here in front of you that show who did.  And of
 3    course, it wasn't Abdulraham Odeh.  And Abdulraham Odeh was an
 4    employee, pure and simple.  Abdulraham Odeh was not in the Muslim
 5    Brotherhood.  Abdulraham Odeh never met Marzook.  Wasn't in the
 6    Palestine Committee.  He wasn't at the Philadelphia conference.
 7    He wasn't incorporator for any of those early corporations.  He
 8    wasn't on the board of any of those early corporations that we
 9    heard about.  He wasn't an incorporator or board member of the
10    IAP.  He wasn't on the board of Holy Land Foundation, never went
11    to a board meeting of Holy Land Foundation, had nothing to do
12    with the creation of a Holy Land Foundation or the OLF that
13    preceded it.  Abdulraham Odeh never gave any speeches.  He didn't
14    raise the most money.  Keifa Mustafa outraised him four to one.
15    Never went to Palestine and dealt with any Zakat Committees.
16    Never dealt with any organizations in Palestine.  Abdulraham Odeh
17    never signed a wire tranfer.  He never made a decision about
18    where to place an ad.  He never made an executive decision during
19    his entire tenure with the Holy Land Foundation.  Abdulraham Odeh
20    was the New Jersey representative of the Holy Land Foundation,
21    and he was a relief worker.  I want to see in a second what the
22    evidence is that they have brought you to show that Abdulraham
23    Odeh ought to be a part of this case.  Five hundred bankers'
24    boxes.  Five hundred bankers' boxes of records and video tapes.
25    This is what they brought pertaining to Abdulraham Odeh:  One
```

1    book.  A pamphlet that was pre-1989.  Another pamphlet that was

2    1991.  A picture of Sheikh Yassin from 1990, and there is no way

3    to really tell where this was in his office, but you can see the

4    correspondence.  There is no tack marks.  It's not framed.

5    Another picture, this is that picture that -- I think this is the

6    only document that Agent Miranda spoke about pertaining to

7    Abdulraham Odeh, and that's this guy when he is quite a bit

8    younger, a wadded up newspaper picture.  We know that Abdulraham

9    Odeh was in three intifada festival videos in the audience.  And

10   those were certainly 1990 or thereabouts.  That's pretty much it.

11   Oh, the Sultan Mahmud letter which has been discussed enough in

12   this trial.  The man sends his letter with a twenty-five dollar

13   money order, and the only additional thing I can say is God help

14   me if I ever get judged by the letters that whackos have sent me.

15   This has no bearing whatsoever on Abdulraham Odeh's state of

16   mind.  Okay?  Understood that there is nine years of FISA calls,

17   nine years of calls that were intercepted by the United States

18   Government.  And those nine years of calls, we heard how FISA

19   works, that the language specialist makes a decision on what's

20   pertinent and what's not based upon what the agent tells him to

21   do.  The pertinent cuts are made and then whatever comes into

22   court.  There was five cuts involving Abdulraham Odeh that came

23   into court.  Three of those were calls where Abdul is calling

24   El-Mezain and telling him something is in the news.  Heard this

25   on the news and called El-Mezain and said have you heard the

```
 1   news.  That's these three calls.  January 22nd, 1995; March 3rd,
 2   1996.  And January 5th of 1996.  January 22nd, 1995 is the phone
 3   call where Abdul calls and says there has been a beautiful
 4   operation about a suicide bombing, and I believe you heard it,
 5   but you can take my word for it there is excitement in his voice.
 6   There is.  And that's the hardest thing in this case for us.
 7   It's probably a big reason why Abdul is in this case.
 8          A couple of things I want to bring up, and then I want
 9   to discuss that call with you all a little bit.  First, the news
10   is the news.  This was news.  This was heard around the world.
11   How Abdulraham Odeh or anyone else responds to the news is
12   something completely in his right.  We don't go to war -- like
13   the war we're in now.  We don't go to war to vindicate the right
14   to hear things we want to hear.  Our First Amendment allows us
15   the ability to hear things we don't want to hear because it gives
16   us the ability to say things that we want to say.  Second of all,
17   Abdulraham Odeh was in New Jersey when this happened.  He had
18   nothing to do with the suicide bombing.  He heard it on the news
19   with tens of millions of other people all at the same time.  That
20   really doesn't explain the emotion.  How could he be happy about
21   that?  I have no experience parallel to what it must be like to
22   be a Palestinian.  But that may be somewhere near where we need
23   to go.  This call happened less than a year after Barouk
24   Goldstein went in that mosque and killed those twenty-nine people
25   who were worshipping on their knees.  They were executed.  After
```

1    that happened, the settlers erected a monument commemorating him.

2    Again a year later, they had a demonstration commemorating what

3    he had done.  And how that looks through the eyes of a

4    Palestinian I think is the only way to begin to understand how on

5    January 22nd, 1995, Abdulraham Odeh might be happy to see

6    something bad happen to Israel.  I don't know that's a HAMAS

7    emotion as much as just a Palestinian emotion.  I can only guess.

8    If seven hundred thousand refugees living in these camps for

9    three generations -- The Palestinians, you know, we can't settle

10   it.  The Arab-Israeli convict is way bigger than me.  We can't

11   settle it.  But after what we have seen, I think the Palestinian

12   people can look upon Israel as a bully that pretty much gets

13   whatever it wants.  I can see the Palestinian side of that, and I

14   can see how on January 22nd, 1995, Abdulraham Odeh would be happy

15   with this as caustic and corrosive as that emotion is and

16   unfortunate.

17        One other point.  They killed Sheikh Yassin in a rocket

18   attack and killed ten or twelve innocent people when that

19   happened, and I doubt too many Israelis were sitting around

20   crying about that.  There has been innocent people killed on both

21   sides, and it's tragic.

22        January 5th, 1996, the death of the engineer.  By the

23   way, contrast that with the March 3rd, 1996, a year later,

24   basically he calls El-Mezain and says did you hear the news.  No

25   happiness, no joy.  January 5th, 1996, he makes another phone

```
1   call to El-Mezain and tells him the engineer has been killed.

2   Just heard it on the news.  Think for a moment about who this man

3   was, this Yaish.  He was almost like a folk hero to Palestinians.

4   Not HAMAS.  Certainly they adored him.  But Palestinians of every

5   stripe liked him.  He could strike fear in Israel like no one

6   else.  They had a year long man hunt trying to get this guy,

7   trying to kill him, and when they finally did, you know what?  It

8   was news, and once again Abdulraham Odeh hears the news and calls

9   El-Mezain and tells him the news.  But we know another thing

10  about the engineer.  We know that Abdulraham Odeh sponsored his

11  youngest child as an orphan through Holy Land.  We need to

12  discuss that.  I'd like to set a couple of parameters here.  One,

13  you are looking at the birth certificate for Bara'a who's the

14  older child of Yehia.  Yehia was three when his father was

15  killed.  What happened after his father was killed?  He goes to

16  the Mercy Orphanage where he goes and stays with about a hundred

17  thirty other kids and gets forty-five bucks a month from the Holy

18  Land Foundation, and you can look at every single one of these

19  documents.  As time goes by, as he stays in Gaza in an orphanage

20  and then as he goes into Nablus, he receives the exact same

21  amount as all the other kids, every single time.  Mr. Avi said

22  that if you give money -- if you single out special segments for

23  aid, then you are HAMAS.  You are rewarding them.  And this kid

24  was not singled out for special treatment.  He received the same

25  thing as all the other kids who are obviously not martyrs or you
```

1  would have heard that.  But the analysis doesn't stop there,

2  according to Mr. Avi.  Because if you don't distinguish between

3  special segments, give aid to everyone regardless of their

4  politics, then you are trying to win the hearts and minds of

5  Palestinian people and groom them for future suicide operations.

6  So the only safe route, the only way to really play it safe is to

7  not give aid to the Palestinians which I'm certain would be Mr.

8  Avi's choice.  But I don't think that would be the right choice.

9        I want to look at the big picture for just a little bit

10  on this child.  When this child, when his father was killed, this

11  child was a baby.  And you know what?  His father made choices

12  that got him killed.  Okay?  There might can be debates on either

13  side of the segregation wall as to who's more at fault or who

14  should have been at fault or how it should have been done.  But I

15  tell you those debates would not include whether or not this baby

16  was at fault for anything his father did and for how his father

17  died, and I have seen the video tapes along with you of these

18  Palestinian women holding pictures of their loved ones and saying

19  "Thank God, Thank God my son was a martyr.  Thank God, my husband

20  was a martyr."  That's just great.  You know what that is?

21  That's called steadfastness.  That's called keeping a stiff upper

22  lip in the face of overwhelming adversity which is what steadfast

23  is.  This small child who has no concept of jihad, who doesn't

24  understand what martyrdom is, who doesn't understand the concept

25  of occupation, this small child in his quieter moments at night

1    just wishing he had a dad -- Because they are human beings.  They

2    are human beings and they feel pain, human beings feel loss,

3    human beings feel grief regardless of how steadfast they are.

4    This kid wouldn't have traded his dad for forty-five bucks a

5    month and a spot in orphanage, but if that's the best that he can

6    do, he ought to get it.  He ought to get it.

7            One other thing about Yehia before we move on.  Taking

8    care of an orphan has a special place in Islam.  It has a special

9    station in Islam, and we have heard why.  Mohammed himself was an

10   orphan, and Natalie Suleiman testified that she had an orphan and

11   didn't talk about it, and she didn't even know that Abdulraham

12   Odeh had an orphan let alone who his orphan was.  Why?  Because

13   that would be the Christian equivalent, the Muslim equivalent,

14   and it's all the same of carrying your alms before men.  She said

15   it would reduce your reward.  When you give alms, do not let your

16   left hand know what your right hand is doing and give in secret

17   and the follower who receives in secret will repay you.  When we

18   feed you, we do this for the sake of Allah only.  No repayment do

19   we desire, nor thanks.  It's all the same which by the way really

20   highlights something the Judge said several times.  Mr. Jacks

21   said to Natalie Suleiman, did you hear or did you know that he

22   traded one orphan for another?  First of all, that's completely

23   repugnant to Islam just as it would be to Christianity.

24   Secondly, that's a good example of why the Judge has told you

25   over and over that the lawyer's questions are not evidence.

1    Religious obligation.  What is the use of having a famous orphan,

2    quote unquote, if you can't brag about it.  On January 25th,

3    1995, this child became a fatherless child who needed help.

4    There has been a document coming in evidence from the

5    headquarters in Dallas where the people in Gaza were saying, hey,

6    we forgot to send you the applications for the Yehia Yaish

7    children.  Abdulraham Odeh never saw that.  He sent his fifty

8    bucks a month.  The September 12, 1999 phone call, that's the one

9    where Shukri and Abdulraham Odeh are talking about the Deeb Anees

10   situation.  And you know I guess it's in evidence because Shukri

11   used the word "SAMAH," but remember how we went through it, Agent

12   Miranda and I, and from the big picture, from the zoom-out, what

13   Shukri is telling Abdulraham Odeh is don't take this man's money

14   because he has aligned himself with HAMAS.  And you know what?

15   Abdul already knew that.  He didn't have to be told.  That right

16   there is real evidence of the state of mind.  That is evidence of

17   the state of mind.

18           The 4-19-96 phone call, that's the one where Odeh calls

19   El-Mezain and says let's do something about Oklahoma.  Let's do

20   something about the Oklahoma City situation.  And yeah, it will

21   make us look good.  Fine.  And charities self-promote.  Phone

22   calls that we don't have in here but we heard about though, by

23   the way, is when Egypt Air crashed, Abdulraham Odeh calls Shukri

24   and says we got to do something about this.  And when they have

25   two earthquakes in Turkey, Abdulraham Odeh calls Shukri and says

1   we got to do something about this.  He was supposed to go on that

2   mission.  Abdulraham Odeh was in the business of charity.

3           Yesterday, Mr. Jonas said would a real charity do that.

4   Would a real charity do that.  May of 1996, we saw this video.

5   We watched this video together.  This is when Abdulraham Odeh

6   went to Egypt and got two truck loads -- a double truck load --

7   full of supplies and went to this camp that was on the Egypt side

8   of Rafah, and we went through this together.  We watched as the

9   trucks pulled into the camp.  We watched the people.  We watched

10  as they pulled into this UN school.  This is a UN camp.  And how

11  Abdul worked with the man that was there and these forms.

12  Remember the first time we talked about those forms.  We now know

13  that those forms accompanied every single project they did.  This

14  is how the recipients were documented.  They signed these forms

15  or if they were illiterate they put their fingerprints on the

16  forms.  And we did these forms.  We saw many of those forms.  We

17  did them at Rafah.  Do these people here look like they are part

18  of a deception or is this maybe what a real charity does?  These

19  people look like real recipients of charity.

20          There is Abdul Odeh doing what he did.  He's in the

21  charity business and that right there is the reason why he went

22  to Rafah, to take two truck loads of food to people that needed

23  it.  That's what he did.  Is that what real charities do?  That's

24  what he is.  He went and gave real charity to these people on

25  behalf of the Holy Land Foundation, but that's what he did.

1    That's his state of mind.

2         And in February of 1997, we know that he went to Jordan

3    and did the same thing.  There is two different -- On this video

4    which you all have there is two different refugee camps where he

5    gave food packages.  Here they are putting their fingerprints on

6    the forms.  Getting their food packages.  Here is another camp

7    right here.  Same thing, over and over and over again.

8         May, June, 1989, Abdulraham Odeh goes to Albania

9    because of the Kosovar crisis, the ethnic cleansing.  He goes to

10   Albania and spends a month there.  What does he do while he's

11   there?  He works with the UN.  He calls Shukri from there and

12   says, hey, there are groups here we need to avoid.  There are

13   groups that are dangerous and we need to avoid.  We need to stick

14   with the UN.  What does a real charity do?  When a real charity

15   goes into a large scale operation like this, the real charity

16   hooks up with the UN program and hooks up with the Catholic

17   Relief Services which is what Abdulraham Odeh did and brought a

18   mobile bakery, brought two ambulances and brought an entire ship

19   full of flour and all the other ingredients to make bread for

20   refugees, and when he left, when they left, they left all of that

21   stuff there as a donation.  This is a far cry from that hundred

22   thousand dollar, five thousand dollar thing we heard that, of

23   course, now we know was a mistake.  But I mean this wasn't

24   anywhere near Palestine.  Is this a cover?  Is this deception?

25   This is a relief mission, and this is what real charities do, and

1    that's what was on Abdulraham Odeh's mind.

2              They did food packages.  They did the bakery.  These

3    are all pictures that are in evidence.  These are the recipients

4    of the charity.  This is what Abdul Odeh did.  I can only guess

5    what those men in that picture have been through, and when they

6    get finished with it what they see is Abdul Odeh giving them some

7    relief.

8              February 9, 1991, Odeh worked for months to try to get

9    this pantry together.  We heard from Natalie Suleiman that he got

10   the health certificate, that he oversaw the construction.

11   Natalie helped him.  He got the food.  He worked with the

12   emergency food coalition.  He got -- He got the volunteers.  He

13   put it all together, and then he invited all the dignitaries.

14   And in that picture there is two mayors.  There is an assistant

15   to a mayor.  Also came that day was an aid to a congressman.  Of

16   course, there was El-Mezain and Abdulraham Odeh.  And this was

17   his baby.  This food pantry that was supposed to feed over a

18   hundred people a month.

19             This is what Abdulraham Odeh did.  This is real

20   charity.  This is not a cover for something.  This is what Odeh

21   was about.  I'm not very far from winding up.  I want to talk to

22   you a little bit longer about the state of mind because state of

23   mind -- You know the evidence of a person's state of mind comes

24   from basically any source.  You know you walk a fine line when

25   you start talking about the First Amendment.  But what other

1    evidence do we have -- the evidence of state of mind of

2    Abdulraham Odeh?  How about all of those pictures that Natalie

3    Suleiman talked to us about.  Those were projects that were done

4    by the Holy Land Foundation, those pictures, those photographs

5    she said were all up on the walls down in the Holy Land

6    Foundation down in Richardson.  Those exact same photographs are

7    the kinds of photographs that were on that booth that Abdul set

8    up at the conventions.  Those exact same photographs were in the

9    projects that Abdul was supposed to show people to try to get

10   donations.  Those are the pictures.  That is the face of Holy

11   Land Foundation that Abdulraham Odeh saw.  That's it.  I

12   challenge you to look at those pictures and find anywhere where

13   there is a Holy Land Foundation symbol and they put their symbol

14   everywhere.  The business of charity is like that.  You

15   self-promote.  Look for one where there is HAMAS something or

16   another and a Holy Land Foundation logo.  And you are not going

17   to find it.  And we put as many of those pictures in evidence as

18   we could.  You are not going to find it, and this stuff that was

19   collected by the IDF in 2002, 2003 and 2004.  Abdulraham Odeh

20   never saw any of that.

21            THE COURT:  Mr. Westfall, you have ten minutes

22   remaining.

23            MR. WESTFALL:  He never saw any of that.  What he got

24   was pictures of the projects and things like that.  Finally, when

25   he had this opening ceremony, Jim Lanso was the head of the food

1    coalition the emergency food coalition, and Jim Lanso came to

2    this opening ceremony, and I want to show you a short piece of

3    video tape that you have seen before but not this part.  Very

4    short.  What I want you to do is see what Jim Lanso has to say

5    about Abdulraham Odeh.

6              (Tape played)

7              MR. WESTFALL:  Look at Abdulraham Odeh through this

8    man's eyes.  What does this man see?  This man sees another

9    person just like him that's in the business of helping other

10   people which is what Abdulraham Odeh did.  Look at the pride on

11   Odeh's face.  Evidence of such a convincing character that you

12   would not hesitant to act upon it and act upon it in the most

13   important of your own affairs.  Is there a reasonable doubt?

14   There is.  Abdulraham Odeh wasn't in the terrorist business.  He

15   was in the helping business.  It's what he did.  It's what he

16   did.  You don't go to all of these far flung places as a ruse.

17   You don't do that.  He was doing charity.  He was helping people,

18   and Ladies and Gentlemen, this is an important case for me as it

19   is for you and vitally important for Abdulraham Odeh.  Thank you

20   so much for your service, and I pray that you acquit Abdulraham

21   Odeh because he's innocent.  Thank you.

22             THE COURT:  Ladies and Gentlemen, as I announced

23   earlier today, this will conclude our trial day.  For tomorrow, I

24   expect that we will have a full day in that we still have two

25   counsel to present argument, and if they use the full amount of

1  time that has been allocated to them, that will consume all of

2  our morning session and into the afternoon, and then I must give

3  you my instructions about the law, and there will probably be

4  some time after that I hope for you to begin deliberations.

5  While we're apart this evening, please continue to observe the

6  instructions I have given you regarding your conduct as jurors.

7  We'll be in recess until nine o'clock tomorrow morning.

8            (Jury out)

9            THE COURT:  Counsel for the government have anything

10 this afternoon?

11           MR. JACKS:  No, your Honor.  We filed the proposed jury

12 instruction.  It's the same as the one given to you this morning

13 and served it on Mr. Cline.  So we have nothing else, your Honor.

14           THE COURT:  Counsel for any of defendants have

15 anything?

16           MR. CLINE:  Just on the jury instruction issue, I will

17 turn to that directly, your Honor, and get you something about,

18 say, 4:30.

19           MS. MORENO:  Your Honor, I wanted to confirm how much

20 time I have.  I didn't know if Mr. Westfall went into any of my

21 time.

22           THE COURT:  No, he actually had some left.  So you have

23 a full complement of time.

24           MS. MORENO:  Thank you.

25           THE COURT:  If there is nothing else, we'll be in

1    recess until nine o'clock tomorrow morning.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    I N D E X

 2

 3   Defendant El-Mezain closing argument          6

 4   Defendant Abdulqader closing argument        58

 5   Defendant Odeh closing argument              64

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                    C E R T I F I C A T I O N

 3

 4        I, Cassidi L. Casey, certify that during the proceedings of

 5   the foregoing-styled and -numbered cause, I was the official

 6   reporter and took in stenotypy such proceedings and have

 7   transcribed the same as shown by the above and foregoing Pages 1

 8   through 131 and that said transcript is true and correct.

 9

10        I further certify that the transcript fees and format comply

11   with those prescribed by the court and the Judicial Conference of

12   the United States.

13

14

15                         s/Cassidi L. Casey
                           _____
16                         CASSIDI L. CASEY
                           UNITED STATES DISTRICT REPORTER
17                         NORTHERN DISTRICT OF TEXAS
                           DALLAS DIVISION
18

19

20

21

22

23

24

25
```

**< A >**

**AARON** 2:4

**Abdul** 91:15, 91:20, 91:24, 97:23, 98:23, 99:8, 100:21, 100:24, 102:2, 102:3

**abided** 51:3

**ability** 92:9, 92:10

**Abington** 10:9, 10:22, 12:1, 12:11, 12:12, 12:18, 12:21, 17:21, 18:17, 19:8, 21:1, 31:11, 35:13, 41:7, 41:11, 41:15, 41:20, 42:1, 42:3, 53:25, 54:4, 55:1, 55:7, 56:20, 56:25

**able** 43:23, 61:15, 77:10

**above** 7:21, 106:7

**abridging** 72:5

**absolutely** 68:11

**Abu** 28:2, 30:18, 34:2, 44:18, 45:11, 45:15, 46:6, 46:11, 46:14, 46:18, 47:1, 47:25, 52:4, 54:14, 88:20

**abundant** 76:1

**academic** 40:14

**accept** 54:2

**acceptable** 5:21

**access** 59:2, 80:8

**accompanied** 98:25

**according** 24:16, 95:1

**accordingly** 6:15

**accountant** 55:10, 58:22, 58:23, 58:24, 60:11

**accounted** 59:9

**accounting** 59:6

**accounts** 29:6, 61:23, 62:4, 80:5

**accurate** 38:13

**acknowledged** 34:10, 35:10, 44:4, 53:14

**acquit** 103:19

**act** 8:4, 29:9, 33:21, 80:10, 83:10, 86:8, 86:17, 103:9, 103:10

**acted** 79:24

**Action** 35:22, 35:24, 56:4

**activism** 44:5

**activists** 12:18

**activity** 9:12, 34:20, 47:21

**actor** 73:19, 73:22, 74:21, 74:23

**actors** 73:8

**acts** 73:23, 85:16

**actual** 31:19, 46:16, 62:14

**Actually** 11:1, 45:4, 61:9, 61:10, 61:21, 62:2, 62:7, 63:25, 68:2, 68:5, 68:18, 70:15, 70:20, 71:18, 72:19, 72:23, 73:21, 75:21, 104:24

**ad** 90:5

**adding** 5:4

**additional** 91:3

**address** 17:3, 44:7, 55:25, 63:10, 63:10, 80:7, 87:1

**Adly** 21:11

**admitted** 77:12

**adored** 94:1

**advanced** 17:6

**adversity** 81:14, 95:25

**advocate** 78:5, 78:5

**advocating** 73:23
**Affairs** 31:20, 86:10, 86:11, 103:11
**affairs.** 8:5
**affect** 5:1, 5:12
**affected** 4:24
**affiliated** 7:15, 44:3
**affiliation** 12:9, 16:4
**afloat** 50:11
**afraid** 78:13
**After** 4:12, 5:17, 8:1, 11:7, 19:12, 24:5, 26:13, 28:8, 28:12, 33:3, 33:5, 33:7, 33:12, 33:22, 34:1, 34:7, 34:8, 34:14, 34:19, 35:16, 38:12, 39:10, 39:15, 50:19, 51:17, 51:18, 64:19, 68:1, 71:14, 71:14, 72:20, 72:20, 72:20, 81:16, 92:18, 92:21, 93:7, 94:13, 104:4
**afternoon** 5:11, 6:14, 84:15, 84:25, 104:2, 104:11
**afterwards** 42:10
**Again** 5:11, 7:25, 9:16, 13:2, 19:11, 22:4, 23:14, 34:25, 35:9, 43:17, 45:12, 51:11, 52:20, 53:4, 57:18, 65:18, 69:17, 83:19, 92:22, 94:5, 99:22
**Against** 9:7, 9:20, 10:6, 20:1, 20:5, 58:8, 62:15, 76:18, 76:19
**agencies** 40:5
**Agency** 17:3, 40:13, 40:17
**agenda** 35:16, 40:1
**Agent** 25:13, 31:7, 34:10, 34:22, 37:22, 38:3, 38:15, 38:18, 38:23, 41:23, 45:13, 46:8, 49:11, 53:2, 53:10, 64:14, 64:17, 65:8, 65:13, 66:22, 67:10, 88:11, 88:19, 90:20, 91:11, 97:19
**ago** 23:6, 73:7, 83:25
**agree** 87:8
**agreement** 29:15
**ahead** 58:3
**Ahmad** 55:16
**Aid** 12:8, 13:24, 15:23, 30:20, 53:20, 53:20, 94:22, 95:3, 95:7, 101:8
**Air** 98:8
**airline** 63:22
**Al** 1:11, 23:15, 24:24, 33:2, 36:4, 63:6, 66:4
**Al-aqsa** 33:2
**Albania** 99:23, 99:25
**Albright** 38:8
**Albuquerque** 1:46
**alias** 40:10
**aligned** 97:22
**Allah** 96:24
**alleged** 33:21
**allocated** 103:25
**allow** 75:9
**allowed** 50:16
**allows** 92:8
**Almost** 38:16, 68:7, 93:25
**alms** 96:19, 96:20
**alone** 18:2, 96:17
**Along** 82:6, 85:20, 86:4, 95:19
**alphabetical** 66:23, 68:1
**alphabetized** 39:2
**already** 23:1, 23:22, 28:8, 33:5, 63:5, 97:23

**Also** 4:10, 7:4, 8:23, 13:18, 13:25, 16:7, 19:16, 23:2, 25:3, 28:18, 35:5, 36:1, 50:17, 56:6, 58:22, 59:6, 59:11, 59:17, 60:14, 61:7, 63:14, 64:1, 65:7, 67:22, 69:10, 73:19, 79:16, 84:19, 88:25, 101:8

**alternative** 4:9

**although** 72:22, 84:8

**always** 77:23

**am** 62:12, 66:24, 69:1, 69:9, 69:13, 71:20, 72:25, 73:17, 74:2, 74:13, 74:15, 75:2, 75:3, 78:2, 85:1, 86:25

**ambassador** 41:21

**ambulances** 100:9

**Amendment** 36:9, 36:16, 36:22, 36:24, 49:8, 49:9, 70:11, 71:22, 72:2, 72:8, 73:5, 77:1, 77:2, 82:16, 82:17, 82:20, 82:23, 82:24, 84:3, 87:25, 88:1, 92:8, 101:19

**AMERICA** 1:5

**American** 33:14, 34:7, 49:25, 64:7, 76:2, 88:20

**among** 70:19

**amount** 32:10, 94:19, 103:25

**amounts** 45:18, 66:21

**analysis** 10:2, 95:1

**ancient** 76:8

**Anees** 39:11, 39:13, 97:17

**Anniversary** 31:2

**announced** 103:21

**Another** 7:5, 9:16, 11:25, 13:11, 18:6, 19:4, 20:22, 23:9, 29:5, 32:8, 42:23, 46:6, 46:10, 48:2, 57:3, 57:8, 59:4, 64:6, 68:4, 77:6, 77:9, 83:4, 85:24, 86:20, 90:15, 90:19, 93:22, 94:7, 97:3, 99:21, 102:11, 103:6

**Answer** 7:18, 18:5, 35:4, 35:9, 44:21, 45:4, 45:8, 49:13, 49:14, 70:3, 70:3, 79:11

**answered** 66:3

**answering** 44:14

**answers** 18:6

**antagonism** 18:1

**antenna** 12:25

**anticipate** 7:6, 83:21

**anticipated** 6:21

**Antidefamation** 51:17

**Anybody** 27:15, 38:12, 80:25

**Anyone** 5:1, 19:20, 38:12, 66:14, 92:4

**Anything** 18:14, 30:6, 34:6, 38:13, 38:13, 39:17, 40:14, 43:1, 43:12, 45:20, 45:20, 54:18, 54:18, 55:17, 66:2, 70:7, 71:23, 71:25, 73:22, 79:22, 81:9, 85:14, 87:21, 88:23, 95:18, 104:11, 104:17

**anyway** 39:23

**anywhere** 25:12, 25:14, 50:16, 69:18, 100:15, 102:7

**apart** 84:12, 104:5

**appear** 69:15, 69:18, 71:15, 80:15, 80:16

**appears** 67:3, 67:23

**applications** 97:13

**applies** 25:10

**apply** 58:6

**appoints** 11:14

**appraisal** 26:5

**appreciate** 4:10

**approved** 26:20
**approves** 11:15
**approximately** 60:3
**Arab** 76:6
**Arab-israel** 74:4
**Arab-israeli** 93:6
**Arabic** 12:16, 12:16, 22:3, 39:22, 40:23, 41:18, 42:7, 42:10, 42:18, 47:18
**Arafat** 16:13, 31:24
**archivist** 34:23, 35:3
**area** 29:2
**areas** 85:6
**argue** 4:12, 5:18, 20:23
**argument** 5:1, 5:17, 19:23, 19:24, 71:19, 72:18, 75:11, 83:20, 103:24
**arguments** 4:6, 4:11, 7:6
**arms** 18:12
**around** 5:24, 15:19, 26:13, 27:24, 51:13, 74:6, 78:21, 92:4, 93:16
**arrested** 34:4
**article** 10:25, 11:8
**Ashqar** 28:15, 33:10, 34:6, 35:18, 36:1, 43:14, 43:16, 70:21
**Ask** 9:1, 13:23, 25:17, 27:19, 35:7, 37:12, 38:3, 44:9, 55:6, 81:25
**asked** 8:15, 25:13, 45:4, 49:11, 49:12, 55:14, 59:21, 64:16, 65:10, 69:22
**asks** 22:21, 30:2
**aspect** 11:25, 32:8
**aspects** 7:9, 10:3, 39:7
**assassinated** 48:15
**assemble** 72:7
**assembled** 36:19
**assessing** 60:22, 60:25, 61:6
**assistance** 31:22, 43:19
**Assistant** 1:29, 101:7
**assisted** 86:12
**associate** 82:23, 83:1
**associated** 36:19
**Association** 24:21, 27:14, 31:10, 31:11, 36:13, 36:13, 36:14, 36:18, 37:1, 45:1, 45:25, 72:11
**association.** 37:4
**associations** 72:14
**assume** 44:9, 70:3
**attached** 23:11, 23:20, 24:23
**attack** 48:3, 81:16, 93:14
**attacks** 47:10
**attempt** 71:16
**attended** 68:22, 70:19
**attendees** 69:16, 71:14
**attending** 70:9
**attention** 6:20, 11:4, 28:5, 56:6
**Attorney** 1:29, 40:21
**attorneys** 61:4
**audience** 90:24
**audio** 43:15, 81:10
**audit** 11:12

**August** 34:4, 43:6, 61:24, 67:12, 67:12
**Authority** 10:19, 10:25, 11:3, 11:9, 13:17, 13:18, 14:13, 14:15, 15:6, 15:6, 17:17, 18:1, 18:4, 18:18, 20:7, 22:5, 22:13, 22:15, 22:23, 22:24, 23:4, 24:3, 29:22, 31:15, 40:21, 57:1
**available** 58:20
**Avenue** 2:16, 3:7
**average** 67:7
**Avi** 11:2, 11:9, 13:6, 15:1, 17:6, 19:5, 20:1, 20:23, 21:8, 21:14, 21:16, 21:25, 22:17, 23:2, 23:7, 24:5, 24:9, 24:16, 28:8, 28:18, 28:23, 33:4, 40:7, 40:11, 40:19, 40:20, 41:2, 41:5, 41:10, 42:2, 42:7, 42:8, 42:10, 42:20, 94:20, 95:1, 95:8
**avoid** 100:3, 100:4
**away** 5:21, 39:11
**axe** 41:19
**Azzam** 36:16, 36:17


**< B >**
**baby** 95:12, 95:18, 101:10
**back** 5:19, 6:10, 7:10, 9:19, 12:14, 16:22, 19:1, 19:18, 22:22, 24:19, 35:2, 38:9, 45:18, 62:8, 62:12, 62:24, 67:8, 72:18, 73:12, 78:7, 82:24
**backed** 18:19
**background** 62:13
**backyard** 78:9
**bad** 29:11, 39:24, 51:24, 81:3, 87:6, 87:6, 93:1
**Baker** 1:38, 30:18, 39:11, 39:11, 52:4, 88:20
**bakery** 100:9, 100:19
**band** 58:16, 59:2, 60:10, 60:12, 60:13, 63:7, 63:11, 63:16, 63:17, 64:8, 64:23, 65:6, 65:11, 65:14, 65:14, 65:21, 66:1, 66:4, 78:19, 79:2, 79:7, 80:22
**Bank** 14:16, 15:19, 16:10, 60:15, 61:23, 62:3, 80:4
**bankers** 90:12, 90:12
**banks** 30:22, 54:19
**Bara'a** 47:1
**Baraha** 94:11
**Barasse** 25:5, 25:12, 34:6, 34:23, 35:3
**Barouk** 21:15, 40:19, 92:18
**BARRY** 1:26
**base** 4:18, 12:17
**based** 8:1, 29:1, 29:18, 36:6, 65:3, 91:11
**Basically** 9:9, 87:8, 93:20, 101:17
**basis** 49:10, 62:2, 62:9, 66:15, 72:12
**Bear** 36:22
**beard** 21:10
**bearing** 91:5
**beautiful** 91:20
**became** 17:7, 23:8, 97:10
**become** 70:25
**becomes** 71:2
**beds** 23:25
**began** 63:12, 64:17, 64:18, 79:13
**begin** 6:6, 61:24, 92:25, 104:4
**beginning** 69:7, 85:19

**behalf** 37:11, 52:6, 99:13
**beings** 96:5, 96:5, 96:6, 96:6
**Beitawi** 27:16, 27:25
**belief** 5:3, 32:6
**beliefs** 37:3, 37:3, 72:13, 72:13, 82:17, 82:18, 82:25
**believe** 41:2, 41:4, 41:5, 50:20, 50:22, 50:25, 63:6, 68:2, 79:21, 81:25, 83:2, 91:21
**believed** 80:12
**believes** 73:14, 73:21
**belong** 56:2
**belonged** 19:19, 19:19
**belongs** 23:5
**benefit.** 7:15, 9:3, 13:4, 15:25, 16:8
**Berlin.** 76:2
**best** 65:2, 81:23, 96:9
**better** 81:24
**beyond** 7:18, 7:21, 8:14, 18:7, 21:7, 25:22, 32:6, 33:18, 41:4, 41:5, 44:10, 49:2, 51:23, 53:8, 61:14, 81:25, 83:5, 86:6, 87:21
**big** 13:22, 32:24, 66:21, 67:21, 83:16, 91:24, 95:10, 97:20
**bigger** 93:6
**bill** 44:15, 64:8
**biological** 46:23
**birth** 94:11
**bit** 42:11, 52:22, 84:9, 85:23, 90:22, 92:2, 95:11, 101:15
**bitter** 48:8, 48:10
**blocking** 9:14
**board** 20:6, 20:12, 20:13, 20:18, 20:21, 26:1, 89:19, 89:21, 89:22, 89:22
**boards** 11:10, 15:1
**bomber** 53:22
**bombing** 91:21, 92:12
**bombings** 32:16, 47:5, 47:7, 48:10, 49:4, 49:18, 52:20
**bombs** 87:18
**bonuses** 63:22
**book** 13:25, 44:7, 90:14
**books** 13:14, 26:10, 26:11, 29:3, 40:2
**booth** 89:2, 89:4, 102:2
**born** 80:14
**borrow** 57:6
**bottom** 67:17, 69:2, 75:24
**BOX** 2:25
**boxes** 19:18, 88:14, 88:15, 90:12, 90:12
**BOYD** 1:43
**brag** 97:9
**branch** 24:22
**bread** 100:10
**breadwinner** 30:15
**break** 84:9
**breath** 43:5
**briefings** 42:1
**bring** 4:3, 15:15, 15:16, 43:23, 53:4, 86:6, 92:1
**British** 16:24, 49:25

**broad** 31:15
**broader** 21:2
**broke** 38:22
**broken** 38:25
**brother** 46:19, 46:23, 46:23, 81:2, 81:5, 81:7, 81:9, 81:16, 82:11, 83:3, 84:5
**Brotherhood** 15:11, 27:2, 27:3, 34:18, 34:21, 34:24, 35:6, 35:8, 35:11, 35:17, 35:18, 35:20, 39:23, 44:5, 44:6, 89:16
**Brotherhood.** 27:11
**Brothers** 27:1, 35:14
**brought** 11:1, 38:20, 62:15, 67:19, 81:12, 90:10, 90:13, 100:8, 100:9, 100:9
**Bryant** 30:5, 32:1, 41:20, 42:4
**bucks** 94:16, 96:8, 97:15
**budgeted** 6:23
**building** 19:17
**bullets** 87:18
**bully** 93:9
**burden** 9:6, 15:13, 15:18, 44:10, 57:15, 70:1, 70:5, 70:6, 70:8, 77:14, 83:4, 85:17, 85:18, 85:19, 85:20, 86:3, 86:19
**buried** 78:8, 78:12, 78:14
**Burns** 25:13, 31:7, 34:10, 34:22, 37:22, 38:4, 46:8, 49:11, 53:2, 53:10, 64:14, 64:17, 65:8, 65:13, 88:11, 88:20
**bury** 78:9
**business** 18:10, 33:5, 41:18, 50:11, 52:7, 98:13, 99:9, 102:9, 103:6, 103:12, 103:13
**buy** 87:17, 87:18


**< C >**
**CA** 2:33
**Cadeddu** 2:14, 2:15, 4:7, 6:9, 57:24, 58:10
**California** 2:31
**call** 18:24, 43:6, 43:13, 45:23, 46:13, 54:14, 54:15, 55:17, 60:4, 87:4, 91:20, 92:2, 92:18, 93:22, 97:16, 98:2
**called** 18:23, 47:5, 49:21, 49:22, 67:6, 88:9, 88:10, 91:17, 95:23, 95:24
**calling** 55:16, 91:15
**calls** 42:15, 43:8, 44:12, 44:14, 46:5, 47:9, 47:12, 48:3, 52:20, 91:7, 91:7, 91:9, 91:15, 91:18, 91:20, 93:20, 94:6, 98:3, 98:6, 98:8, 98:10, 100:1
**camp** 98:19, 98:21, 98:22, 99:21
**camps** 93:4, 99:19
**cannons** 76:19
**canvased** 42:16
**canvases** 12:17
**card** 88:20, 88:23
**care** 96:12
**career** 10:9, 41:17, 41:20
**careful** 8:2, 12:24, 51:25, 52:1
**carefully** 9:4, 9:5
**carrying** 29:1, 96:19
**case.** 43:2
**cases** 17:14
**CASEY** 3:13, 106:3, 106:17

**CASSIDI** 3:13, 106:3, 106:17
**casualties** 49:19
**category** 21:15, 82:16
**Catholic** 100:7
**cause** 56:10, 56:13, 56:19, 83:11, 106:4
**caused** 45:2
**caustic** 93:12
**celebrations** 78:21
**cell** 43:9, 43:11
**Center** 21:15, 39:25, 40:20
**Central** 26:9
**century** 22:10
**ceremonies** 60:17
**ceremony** 102:21, 102:23
**certain** 7:1, 7:9, 9:10, 20:15, 36:18, 38:16, 95:7
**Certainly** 8:14, 32:6, 42:12, 89:9, 90:24, 94:1
**certificate** 16:21, 22:13, 22:17, 23:13, 23:15, 94:11, 101:2
**certificates** 10:18, 16:18
**certify** 106:3, 106:10
**challenge** 102:7
**chance** 65:17, 83:19
**Change** 18:19, 18:21, 21:18, 74:7, 78:1, 83:22, 83:22, 83:24
**changed** 16:14, 16:15
**changes** 5:23, 21:3
**character** 75:14, 76:3, 76:15, 76:18, 76:23, 86:8, 86:16, 103:9
**characters** 76:13
**charge** 5:25, 9:10, 40:17
**charged** 9:7, 9:12, 33:20, 61:17, 61:19, 61:25, 62:1, 62:5, 62:7, 83:6, 83:6
**charges** 9:9, 9:20, 10:6, 25:9, 61:12, 61:16, 62:15, 79:23, 82:2
**Charitable** 14:15, 16:21, 24:18
**charities** 10:23, 12:2, 28:23, 98:6, 99:12, 100:17
**charity** 14:5, 19:6, 35:19, 87:20, 98:13, 98:14, 98:15, 99:6, 99:7, 99:9, 99:13, 100:5, 100:5, 100:6, 100:21, 101:13, 102:9, 103:15
**Charlotte** 63:8
**chart** 80:17
**charter** 18:25
**chartered** 14:21
**Check** 24:15, 35:1, 55:8
**checks** 45:15, 63:20, 80:9
**child** 32:21, 86:12, 94:8, 94:12, 95:11, 95:11, 95:12, 96:1, 96:3, 97:10, 97:10
**children** 32:20, 75:16, 76:20, 78:25, 97:14
**choice** 95:8, 95:9
**choices** 95:13
**choose** 41:23
**Christian** 31:6, 31:8, 96:18
**Christianity** 97:5
**CIA** 41:7, 42:2, 54:3
**cite** 25:5
**cities** 64:4, 66:21
**City** 46:4, 46:5, 59:1, 79:1, 79:13, 98:4

**claiming** 50:24
**claims** 25:25
**cleansing** 99:24
**clear** 15:20, 59:21, 79:17
**clearer** 73:18, 73:18
**clearly** 42:24, 73:20
**cliche** 81:24
**Cline** 2:29, 4:22, 4:25, 5:9, 20:4, 46:7, 104:14
**Clinton** 47:2
**clips** 77:8
**closed** 10:22, 14:15, 23:5
**closure** 13:20
**closures** 10:23, 10:24
**coalition** 101:4, 102:22, 102:23
**cocounsel** 57:7
**code** 31:7, 31:9
**coin** 88:14, 88:15
**coincidently** 67:22
**coins** 88:15
**collect** 60:1, 88:14
**collected** 102:14
**Colorado** 45:15
**comes** 11:6, 40:9, 44:15, 91:13, 101:17
**coming** 38:4, 71:5, 97:11
**commemorating** 92:22, 92:23
**Commerce** 1:33, 3:14
**commercial** 40:14
**commit** 62:6
**committed** 29:9
**Committee** 8:7, 14:17, 15:5, 16:3, 17:15, 17:15, 20:3, 20:5, 20:8, 21:9, 22:1, 22:7, 23:2, 23:8, 24:13, 26:9, 26:17, 27:3, 27:9, 28:9, 29:19, 31:3, 31:4, 31:18, 42:7, 54:25, 80:16, 89:17
**common** 8:1, 36:20, 57:12, 66:15
**communicated** 25:21, 56:25
**community** 12:18, 13:3, 14:1, 17:23, 20:7, 54:7, 77:21
**company** 88:22
**complement** 104:25
**complete** 24:2, 76:22
**completely** 52:1, 84:1, 92:5, 97:4
**comply** 50:11, 106:11
**computer** 42:20, 84:23
**computers** 80:9
**conceded** 8:19
**concept** 96:1, 96:3
**concerned** 52:18, 87:12
**conclude** 6:12, 66:16, 103:22
**conclusion** 10:4, 10:14, 12:22, 13:3, 26:14, 28:25, 39:8
**conclusions** 15:21
**conclusively** 21:20
**condemned** 54:6
**conditions** 82:19

**conduct** 33:21, 50:17, 84:12, 104:7
**Conference** 48:24, 69:5, 69:6, 69:13, 70:20, 70:24, 71:1, 71:3, 89:18, 106:12
**conferences** 34:15
**confident** 39:8, 58:6
**confirm** 104:21
**confusion** 49:16
**congratulating** 31:2, 31:21
**Congress** 72:3
**Congressman** 41:21, 101:8
**connection** 17:13, 17:20, 50:6
**consider** 6:25, 35:14, 57:13, 60:22, 82:6, 82:7
**consideration** 8:2, 29:15, 85:8, 85:9, 85:13
**considered** 16:12, 58:18, 83:9
**consistent** 5:7
**Conspiracy** 29:7, 29:14, 87:1
**conspiracy.** 36:22
**conspiratorial** 81:8
**conspired** 61:19, 80:3
**conspiring** 62:5
**constantly** 42:20
**consternation** 74:25
**constitute** 71:16
**Constitution** 71:22, 72:3
**Constitutional** 37:1, 72:11
**Constitutions** 42:1
**construction** 101:3
**consult** 40:10
**consultation** 4:22
**consulted** 41:24, 42:16
**consume** 104:1
**contact** 44:17
**contacts** 34:2, 34:5, 81:6
**contains** 68:1, 69:8
**contemplated** 5:23
**contemplates** 86:15
**context** 16:15, 45:19, 74:12
**continually** 13:23
**continue** 18:3, 104:6
**continued** 39:12
**continuously** 51:19
**contract** 66:5
**contradictory** 52:3
**contrast** 93:19
**control** 5:8, 8:6, 8:7, 8:14, 11:10, 11:12, 16:11, 17:5, 18:11, 24:2, 36:5
**controlled** 7:14, 8:8, 9:3, 10:13, 11:5, 12:21, 12:25, 13:4, 13:8, 13:12, 14:8, 15:14, 15:17, 15:25, 16:8, 17:7, 18:3, 28:8
**convention** 89:1, 89:1
**conventions** 78:20, 88:25, 89:5, 102:2
**conversation** 30:18, 39:10, 48:2, 48:12, 50:1, 50:4, 50:5, 50:19, 51:7, 51:10, 54:16, 54:21, 55:13, 70:18

**conversations** 28:12, 33:11, 43:16, 46:1, 46:3, 47:17, 48:1, 48:11, 51:1, 51:6, 51:12, 59:11, 62:19, 81:8, 81:11
**convict** 36:15, 36:17, 49:10, 61:15, 82:8, 93:6
**convicted** 37:2, 57:16, 72:12
**convince** 51:23
**convincing** 8:3, 86:8, 86:16, 103:9
**Cooperation** 31:19, 81:18
**cooperative** 61:5
**copies** 58:25, 63:20
**copy** 4:19
**corner** 78:3
**cornerstone** 85:24
**corporation** 20:14
**corporations** 89:19, 89:20
**correct** 106:8
**correspondence** 11:19, 11:21, 90:18
**corresponds** 22:7
**corrosive** 93:12
**corrupt** 40:22
**corruption** 18:21
**Counsel** 4:3, 6:7, 6:9, 6:11, 19:23, 30:19, 84:16, 103:24, 104:10, 104:16
**Count** 5:3, 9:7, 58:8, 61:17, 61:19, 61:21, 61:24, 61:25, 62:1, 62:5, 87:1
**counted** 62:16
**counterweight** 79:20
**counting** 75:9
**countries** 43:20, 43:21
**country** 44:19, 51:13, 78:21, 78:23
**Counts** 4:23, 4:24, 9:11, 9:12, 32:12, 32:13, 61:18, 61:18, 62:6, 62:8, 62:9, 62:10, 84:7, 87:3
**coup** 18:12
**couple** 5:20, 20:3, 47:4, 67:17, 77:11, 85:6, 86:24, 92:1, 94:10
**course** 6:20, 19:6, 58:21, 73:13, 82:3, 85:18, 89:13, 100:14, 101:9
**Courthouse** 1:32
**courtroom** 27:18
**cousin** 44:2, 45:12
**cousins** 44:2, 44:8, 45:14
**cover** 6:23, 6:23, 6:24, 6:25, 7:7, 100:16, 101:13
**coverage** 28:13, 43:5
**covers** 32:11, 32:12
**Coward** 76:21
**crackpot** 53:5
**crafts** 89:4
**crashed** 98:8
**created** 35:6, 35:9
**creating** 14:23, 74:25
**creation** 89:24
**credentials** 41:15
**credibility** 37:8, 60:20, 60:23, 61:1
**credible** 58:18, 61:7
**credit** 13:8, 17:11, 17:12, 88:22
**creed** 36:7

**creedence** 41:9
**crime** 37:2, 72:12
**crimes** 33:20
**criminal** 85:15, 85:16, 85:24, 86:15, 87:13
**criminalize** 77:5
**crisis** 99:24
**criteria** 60:25
**Cross** 11:1, 11:2, 11:2, 11:8, 20:4, 37:23, 38:18, 39:9, 39:13, 40:25, 42:4, 46:7, 55:9, 56:20
**crosses** 31:12
**crucial** 86:13
**cry** 100:12
**crying** 93:16
**CSR** 3:13
**culpability** 85:9
**cultural** 71:8
**Culture** 24:13
**CUTRER** 3:5
**cuts** 20:1, 91:12, 91:13


**< D >**
**D.** 2:29
**dad** 96:4, 96:8
**daily** 12:17
**DALLAS** 1:3, 1:34, 2:17, 3:15, 16:2, 51:16, 59:5, 59:10, 59:18, 64:19, 79:1, 79:12, 79:13, 88:19, 97:12, 106:20
**danger** 16:13
**dangerous** 100:3
**DANIELS** 1:43
**date** 23:7, 33:23, 36:2, 45:18
**dated** 22:24
**dates** 24:19, 49:16, 49:18, 77:10
**Day** 2:30, 29:1, 32:5, 38:10, 42:13, 56:15, 69:5, 83:4, 101:8, 103:22, 103:23
**days** 33:6, 79:18, 79:19
**dead** 47:22, 48:13
**deal** 22:16, 32:3
**dealing** 11:23
**dealings** 44:24
**dealt** 90:2, 90:3
**dear** 86:14
**death** 42:14, 93:18
**debate** 68:8, 68:11
**debates** 95:14, 95:17
**decade** 31:21, 42:17, 43:7, 45:22, 46:3
**decade-long** 29:1
**decades** 74:8
**deception** 99:6, 100:16
**decide** 33:18, 80:7
**decided** 11:3, 53:4
**decision** 55:15, 82:5, 85:5, 86:17, 86:18, 90:5, 90:6, 91:10

**decisions** 86:13, 86:13
**dedicated** 41:17
**dedication** 6:19
**dee** 87:20
**Deeb** 39:11, 97:17
**deeply** 12:5
**Defendant** 1:38, 2:1, 2:11, 2:20, 3:1, 25:8, 29:14, 29:24, 30:13, 33:19, 33:20, 39:1, 56:9, 67:8, 85:8, 87:22
**defendants** 7:16, 9:21, 9:21, 15:9, 37:11, 55:4, 56:7, 104:16
**Defense** 22:2, 23:14, 23:19, 24:8, 24:19, 27:12, 38:3, 46:6, 60:24, 61:2, 61:4, 67:24, 84:22
**Defensive** 14:10, 19:12
**define** 86:7
**defined** 29:8
**defines** 65:20
**definition** 5:6, 21:6, 65:20
**degree** 51:16, 78:24
**deliberate** 57:20, 86:2
**deliberating** 62:25
**deliberations** 104:5
**Democrat** 20:11
**Democratic** 20:13
**Democrats** 20:9
**demolished** 32:22
**demonstrates** 8:12
**demonstration** 92:23
**DEPARTMENT** 1:30, 59:6
**deportation** 54:11
**deportee** 27:23
**deportees** 44:3, 53:25, 53:25, 54:6
**deposition** 44:20
**describes** 41:22
**description** 9:20, 27:13, 27:20
**descriptions** 27:12, 34:19
**designate** 56:10, 56:15, 81:2
**designated** 14:25, 15:2, 15:10, 15:11, 17:18, 24:17, 26:12, 30:20, 34:19, 38:24, 47:2, 54:2, 54:4, 56:8, 56:17, 83:9, 83:12
**designation** 32:11, 32:15, 33:23, 33:25, 34:8, 34:9, 36:2, 38:23, 39:6, 48:22, 48:23, 50:7, 51:5, 54:12, 77:15, 78:1
**designations** 15:8, 33:3, 33:7
**designed** 77:1
**desire** 96:24
**desk** 80:6
**destitute** 80:13
**detail** 8:13, 10:17, 70:12
**details** 53:17
**determinations** 15:4, 15:5
**determine** 77:10
**devalued** 48:8
**Development** 16:6, 17:4, 32:1
**devices** 52:15

**devoted** 29:3
**dialogue** 76:13
**die** 48:7, 75:17
**die.** 75:18
**died** 36:17, 95:19
**Diego** 55:23, 55:24
**difference** 50:9, 51:4, 56:12, 65:20, 68:9
**different** 4:6, 21:4, 26:23, 30:25, 35:17, 35:25, 49:6, 66:12, 67:10, 80:24, 84:1, 85:16, 87:11, 99:17, 99:18
**differently** 50:13
**difficult** 71:2
**difficulty** 27:18
**dignitaries** 101:6
**Diplomate** 10:9, 41:20, 41:23
**dire** 12:10
**direct** 26:15, 38:4, 39:18, 40:25, 53:2, 59:15
**directing** 8:10
**direction** 5:8, 8:9
**directly** 27:19, 104:19
**director** 11:15, 13:21, 21:10
**directors** 11:15
**disagreement** 75:14
**disclose** 45:13
**disclosed** 43:25, 45:12
**discuss** 92:2, 94:9
**discussed** 36:20, 78:18, 91:1
**discussion** 65:9, 65:11, 75:11
**dismissed** 40:22
**dismissive** 52:1
**disobey** 29:12, 80:1
**disregard** 29:12, 80:1
**dissolved** 16:24
**distant** 42:22
**Distinct** 35:12, 35:19, 35:21, 65:15
**distinction** 65:22, 65:25
**distinguish** 95:2
**distinguishing** 21:8
**distract** 52:24
**distribution** 20:20
**DISTRICT** 1:1, 1:2, 1:31, 106:18, 106:19
**divided** 12:5
**DIVISION** 1:3, 106:20
**doctorate** 10:8
**document** 23:9, 26:18, 33:8, 35:5, 35:9, 39:13, 64:6, 64:10, 66:19, 66:21, 67:20, 68:15, 80:18, 83:17, 90:20, 97:11
**documented** 99:2
**Documents** 17:2, 19:4, 19:12, 22:6, 22:12, 22:20, 23:12, 25:12, 25:17, 25:18, 25:24, 26:15, 26:19, 27:6, 29:25, 30:11, 33:4, 33:12, 35:11, 35:15, 35:20, 38:19, 43:21, 54:19, 56:18, 62:18, 62:23, 62:24, 63:1, 63:2, 63:25, 68:14, 69:10, 78:17, 83:23, 89:12, 94:17
**doing** 30:6, 36:6, 36:13, 45:3, 78:5, 87:7, 87:8, 96:22, 99:8, 103:15

**dollar** 55:8, 63:15, 66:21, 91:2, 100:13, 100:13
**dollars** 26:4, 55:18, 55:19, 63:14
**dominant** 20:1
**donate** 80:12
**donation** 100:12
**donations** 50:8, 89:5, 102:4
**done** 5:18, 40:14, 92:23, 95:16, 101:22
**double** 98:18
**doubt** 7:19, 7:23, 7:25, 8:1, 8:3, 8:14, 18:2, 18:8, 21:7, 25:23, 32:7, 33:19, 41:3, 41:4, 41:5, 41:14, 44:11, 49:3, 51:23, 53:8, 61:15, 81:25, 83:5, 86:6, 93:15, 103:11
**down** 14:9, 14:12, 14:14, 14:15, 15:7, 24:16, 53:14, 54:25, 63:14, 75:24, 88:16, 101:24, 101:25
**downloaded** 39:2
**dozen** 47:9
**dramatizing** 73:24, 74:3
**Dratel** 2:3, 2:5, 4:7, 6:7, 6:8, 6:15, 27:17, 57:5, 57:21, 58:1, 58:3, 69:23
**draw** 39:8
**duly** 88:24
**DUNCAN** 1:42
**during** 6:20, 8:22, 8:23, 10:22, 13:1, 25:6, 35:12, 40:10, 50:19, 60:2, 61:5, 64:12, 65:11, 65:22, 65:23, 65:24, 66:9, 66:17, 74:4, 88:10, 90:6, 106:3
**duty** 14:4, 14:5


**< E >**
**e-mail** 80:7
**eagle** 11:21
**earlier** 23:22, 64:13, 84:9, 103:22
**earliest** 33:5
**early** 4:11, 6:13, 51:19, 65:2, 70:19, 77:11, 79:7, 79:10, 79:18, 79:19, 89:18, 89:20
**earthquakes** 98:10
**easier** 66:25
**easy** 35:3, 35:9
**eavesdropping** 52:15
**edit** 40:3
**effect** 30:21, 87:14
**effective** 13:12
**Egypt** 98:8, 98:17, 98:19
**Egyptian** 16:17
**eight** 80:22
**eighteen** 47:22
**Either** 17:22, 17:24, 95:14
**El** 25:5, 25:12, 34:6, 34:23, 35:3
**Elashi** 2:20, 26:7, 30:19, 52:5
**elderly** 75:16, 76:21, 86:11
**elected** 21:19, 21:21
**election** 18:9, 18:14
**elections** 21:13, 21:14
**element** 5:4, 5:5
**elements** 35:17

**eleve** 63:3
**eleven** 62:18, 62:23, 63:25, 64:1, 69:10, 78:17
**ELIZABETH** 1:27
**emergency** 101:4, 102:22
**emotion** 74:5, 92:15, 93:2, 93:3, 93:12
**emotions** 74:6
**Empire** 16:24
**employee** 37:13, 80:6, 89:11, 89:14
**employees** 19:19, 59:10, 59:11, 59:12
**end** 16:25, 72:24, 73:8, 78:13, 85:19
**enemy** 10:19, 17:17
**engaged** 79:2
**engagements** 39:5, 39:19
**engineer** 48:14, 48:18, 59:1, 79:1, 93:18, 93:23, 94:7
**engineering** 78:24
**England** 38:9
**enough** 7:25, 56:14, 91:1
**entered** 25:8
**Entire** 33:8, 33:9, 33:11, 36:10, 52:7, 55:24, 68:25, 90:6, 100:9
**entitled** 82:4, 85:9
**entity** 8:8, 8:8
**entries** 39:19
**entry** 26:17, 40:3
**equate** 20:24
**equivalent** 73:16, 96:18, 96:18
**erected** 92:21
**especially** 71:5
**establish** 35:11, 36:21, 39:18
**established** 11:9, 16:9, 24:10, 24:14, 30:12, 45:7, 46:7
**establishment** 72:4
**ET** 1:11
**ethnic** 78:19, 99:24
**evaluate** 8:24, 58:6
**evaluation** 7:20
**evening** 104:5
**event** 5:9, 66:12, 66:13
**events** 32:10, 60:12, 66:6
**Everest** 56:11
**Everybody** 24:4, 37:18, 52:2, 52:6, 52:17, 53:20, 54:5, 71:19, 85:10, 86:25
**everyone** 21:4, 38:21, 71:2, 85:2, 85:5, 85:12, 85:21, 95:3
**everything** 6:23, 6:25, 37:21, 40:13, 51:21
**everywhere** 19:11, 102:9
**evil** 87:6
**exact** 62:8, 94:19, 101:25, 102:2
**exactly** 21:1, 67:14
**examination** 11:2, 11:8, 20:4, 37:23, 38:19, 39:9, 39:13, 46:8, 56:20
**examined** 42:4, 55:10
**example** 97:5
**except** 27:4, 61:17
**exception** 77:15

**excerpt** 70:17, 74:14
**excitement** 91:22
**excongressman** 30:5
**executed** 92:21
**Executive** 9:14, 32:12, 90:6
**exercise** 72:5
**Exhibit** 19:2, 22:6, 22:11, 22:11, 22:20, 23:12, 23:17, 24:8, 24:8, 24:10, 28:6, 39:1, 54:20,
56:9, 60:7, 63:4, 64:7, 65:4, 66:19, 67:8, 67:24, 67:25, 68:16, 68:17, 69:15, 69:17, 69:18,
70:18, 74:14
**Exhibits** 10:16, 29:24, 56:8, 62:16, 63:18
**exist** 13:7
**existed** 35:12, 51:3
**existence** 17:1, 36:21
**expect** 6:6, 51:22, 103:23
**expelled** 35:23
**expenses** 55:23, 55:25, 63:13, 63:21, 64:8
**experience** 42:21, 92:16
**expert** 39:21, 39:21, 39:22, 39:24
**expired** 57:5, 57:21
**explain** 71:20, 73:3, 73:5, 92:14
**explained** 59:23, 63:13
**explains** 60:21
**Express** 33:14, 34:7, 64:7, 82:18, 82:25, 88:20
**expression** 37:3, 72:13
**extent** 38:16, 42:12
**extraordinary** 32:10, 47:7
**extremely** 42:23
**eyes** 92:24, 103:5


**< F >**
**face** 81:14, 95:25, 102:5, 103:8
**Fact** 16:7, 23:17, 36:18, 51:3, 61:6, 64:15, 65:24, 66:9, 67:7, 67:14, 72:21, 74:23, 78:2, 80:20,
80:20, 81:4, 82:2, 83:15, 83:23, 83:24, 87:16, 87:20, 88:13
**factors** 10:14, 60:22
**Facts** 8:2, 26:14, 29:19, 58:18, 87:11, 87:12
**fairness** 85:14
**fall** 82:15
**familiar** 37:16, 38:12
**familiarity** 19:8
**families** 44:16
**family** 12:6, 32:1, 53:22, 55:24, 81:15, 81:24
**famous** 78:8, 97:8
**far** 78:16, 86:19, 100:12, 101:14, 103:14
**Fatah** 16:13, 31:23, 31:24
**father** 30:14, 30:14, 30:15, 94:12, 94:13, 95:12, 95:13, 95:18, 95:19
**fatherless** 97:10
**fault** 95:15, 95:16, 95:18
**Fawaz** 34:16, 78:8
**fax** 47:13, 49:16, 49:17, 49:20

**faxed** 24:6
**faxes** 33:23, 33:25, 37:7, 45:24, 47:14, 49:12, 49:24
**FBI** 40:5
**fear** 57:16, 94:2
**February** 24:11, 33:24, 34:1, 88:6, 99:16
**fee** 63:15
**feed** 96:23, 101:10
**feeding** 80:13
**feel** 96:6, 96:6, 96:6
**feelings** 57:13, 74:1, 75:23, 82:18
**fees** 106:10
**felt** 50:12
**festival** 71:6, 71:8, 71:9, 90:23
**few** 40:4, 69:14, 70:12
**field** 88:12, 88:13
**fifteen** 12:13
**fifty** 97:15
**fight** 16:12
**file** 5:10
**filed** 4:20, 104:12
**files** 23:9
**fill** 88:7
**filmed** 83:25
**Finally** 94:4, 102:21
**financial** 11:16, 13:15, 13:17, 59:7, 59:8, 61:11, 80:8
**find** 8:7, 8:8, 9:5, 10:5, 17:24, 25:22, 29:7, 30:6, 43:10, 58:7, 102:7, 102:12, 102:14
**Fine** 87:24, 98:5, 101:18
**fingerprints** 99:3, 99:20
**finish** 5:16, 58:1
**finished** 100:23
**firs** 10:6, 92:3
**firsthand** 42:17, 58:15, 59:7
**FISA** 28:11, 91:7, 91:9
**FISH** 1:18
**fits** 88:4
**Five** 14:5, 90:11, 90:12, 91:13, 100:13
**flip** 29:4, 84:22
**Floor** 2:6, 2:32
**Florida** 2:26
**flour** 100:10
**flung** 103:14
**fold** 55:21
**folk** 93:25
**folks** 70:19
**follow** 24:1, 42:11
**follower** 96:22
**following** 6:8
**food** 82:22, 99:10, 99:19, 99:21, 100:19, 101:4, 101:4, 101:10, 102:22, 102:22
**forbids** 29:11
**force** 18:12

**forefathers** 76:1
**foregoing** 106:7
**foregoing-styled** 106:4
**foremost** 82:25
**forever** 69:4
**forget** 77:13
**forgot** 97:13
**form** 77:9, 85:10, 85:12
**format** 106:10
**formed** 16:18, 16:19, 35:16
**forms** 88:25, 98:24, 98:25, 98:25, 99:2, 99:3, 99:4, 99:4, 99:20
**Fort** 3:8
**forty-five** 4:12, 94:15, 96:8
**forum** 71:3
**found** 19:6, 19:16, 23:9, 23:14, 25:4, 28:21, 28:23, 53:13
**foundations** 7:13
**Four** 24:22, 26:12, 61:4, 62:20, 63:25, 88:23, 90:2
**fox** 40:17
**frame** 75:1
**framed** 90:18
**Francisco** 2:33
**fraud** 24:17
**free** 72:5, 78:6
**FREEDMAN** 1:43
**freedom** 36:25, 36:25, 57:17, 72:5, 72:9, 72:10, 72:10
**friend** 48:4
**friends** 81:15
**Front** 35:22, 35:24, 42:20, 89:13
**full** 15:6, 20:5, 53:16, 98:18, 100:10, 103:23, 103:25, 104:25
**function** 59:4
**functions** 60:14, 65:8
**Fund** 26:1, 26:5, 26:7, 26:8, 31:25, 45:3, 45:7, 46:6, 80:3
**fundamental** 12:1, 20:2, 20:6, 86:20
**fundraised** 66:20
**fundraiser** 55:20, 59:25, 63:5, 67:2, 67:23, 68:4, 68:10, 68:13, 68:13, 78:20, 79:15, 80:11, 80:11, 80:21
**fundraiser.** 67:4
**fundraisers** 59:13, 60:1, 60:4, 60:8, 60:12, 67:6
**fundraising** 34:8, 51:8, 55:18, 55:22, 59:16, 60:5, 63:21, 64:4, 64:24, 64:25, 65:15, 65:21, 66:2
**funds** 62:7, 64:21
**future** 95:5


**< G >**
**Garrett** 1:28, 4:8, 4:13, 4:17, 5:15, 5:18, 7:4, 18:5, 42:4, 45:16, 56:1, 57:18, 65:18, 83:20
**gave** 12:22, 13:15, 15:20, 34:20, 36:8, 63:23, 84:11, 87:16, 87:23, 89:25, 99:12, 99:19
**Gaza** 16:10, 18:11, 31:4, 94:18, 97:12
**General** 20:12, 40:21
**generations** 93:5

**Gentlemen** 4:2, 6:4, 6:18, 57:22, 71:7, 73:24, 76:25, 83:7, 84:8, 84:16, 85:1, 103:16, 103:21
**Germany** 33:2
**gets** 30:2, 47:8, 47:11, 47:13, 47:15, 93:9, 94:15
**Getting** 8:19, 22:12, 41:24, 42:1, 78:25, 99:20
**Ghassan** 52:5
**give** 6:5, 14:3, 14:19, 14:24, 41:8, 50:14, 52:1, 52:12, 53:16, 57:8, 59:25, 66:11, 71:25, 81:23, 81:23, 84:20, 94:21, 95:3, 95:7, 96:20, 96:22, 104:2
**given** 14:22, 80:24, 104:6, 104:13
**gives** 18:15, 53:20, 92:10
**giving** 52:8, 52:16, 56:23, 75:19, 100:24
**God** 50:20, 50:21, 91:4, 95:21, 95:21, 95:22
**God.** 47:23
**Goldstein** 92:19
**goods** 62:1
**gotten** 56:12, 74:22
**granted** 22:22
**great** 95:23
**greater** 11:4
**greeting** 77:21
**GREG** 3:4
**grew** 45:14
**grief** 96:7
**grievance.** 72:8
**grind** 41:19
**groom** 95:5
**ground** 14:1
**group** 51:18
**groups** 100:2, 100:3
**guarantees** 36:24, 37:2, 72:8, 72:11
**guarded** 51:1, 51:20
**Guess** 30:9, 67:15, 71:21, 87:9, 93:3, 97:18, 100:22
**guilt** 9:22
**guilty** 9:6, 10:5, 10:6, 33:19, 58:7, 81:1, 82:2, 84:7, 87:9
**guns** 87:17
**guy** 73:9, 81:3, 90:21, 94:4


**< H >**
**Haggar** 46:14
**half** 8:18, 53:13, 57:7, 67:19, 81:1, 81:5, 83:3
**Halhul** 31:2
**Hamas-controlled** 22:1, 50:15
**HAMAS.** 73:17
**Hammed** 27:25
**Hammimi** 38:19, 38:24
**hand** 32:21, 96:21, 96:21
**handing** 19:20
**handwritten** 25:14, 25:16
**hang-up** 44:14
**happen** 26:8, 85:14, 93:2

**happened** 26:6, 26:9, 33:7, 52:13, 92:12, 92:18, 92:21, 93:15, 94:13
**happening** 5:12, 32:10, 74:9, 75:21
**happiness** 93:21
**happiness.** 76:23
**happy** 47:20, 92:15, 93:1, 93:11
**hardest** 91:23
**Hashemite** 31:25
**head** 102:22
**heading** 44:19
**headquarters** 88:9, 88:10, 88:16, 88:24, 97:12
**health** 101:2
**hear** 6:8, 6:11, 9:17, 30:19, 42:25, 47:18, 47:23, 71:2, 81:6, 81:21, 84:16, 92:7, 92:8, 92:9, 92:9, 93:20, 97:2
**Heard** 10:7, 10:10, 14:14, 18:11, 19:7, 19:13, 42:15, 43:1, 48:15, 49:1, 55:9, 60:3, 68:21, 68:24, 69:3, 71:10, 72:15, 72:17, 79:22, 79:22, 79:24, 80:2, 80:2, 81:4, 81:10, 81:22, 83:14, 89:20, 91:9, 91:16, 91:17, 91:21, 92:4, 92:13, 93:23, 94:25, 96:13, 98:7, 100:14, 101:1
**hearing** 6:7, 27:18
**hears** 47:24, 94:6
**hearsay** 49:14
**heart** 9:24, 10:7, 12:15, 31:18
**Hearts** 13:6, 17:6, 17:19, 18:10, 18:12, 18:13, 18:20, 95:4
**Hebrew** 23:20, 23:21
**Hebron** 16:20, 16:21, 24:18, 24:19, 24:22, 27:14
**hello** 54:16
**help** 61:6, 91:4, 97:10
**helped** 41:25, 101:3
**helpful** 4:9
**helping** 80:13, 103:7, 103:13, 103:16
**hen** 40:18
**hero** 93:25
**herring** 52:24
**herrings** 56:1
**hesitant** 103:9
**hesitate** 8:4, 41:12
**hesitation** 86:9, 86:19
**hide** 65:13
**high** 79:9
**highest** 57:15, 77:2, 77:3, 86:19
**highlights** 6:25, 47:11, 97:1
**Hired** 30:4, 60:13, 60:15, 60:16, 65:6, 78:20, 79:7
**historical** 16:6, 16:25, 73:13
**history** 76:2
**HLF** 59:4, 59:23, 60:4, 60:13, 60:13, 63:23, 65:3, 66:20, 79:6, 79:13, 80:4, 80:6, 80:18
**hobby** 78:22, 78:22, 79:2
**hold** 31:17, 82:10, 86:14
**holding** 95:20
**Hollander** 1:41, 1:44, 7:23, 25:15, 36:23, 37:22
**home** 25:5, 25:12, 86:12
**homeland** 73:14, 76:12
**Honor** 4:16, 4:18, 5:7, 5:13, 57:6, 58:2, 58:4, 104:12, 104:15, 104:19, 104:21

**HONORABLE** 1:18
**hooks** 100:6, 100:7
**hope** 70:3, 79:10, 82:13, 83:2, 83:3, 104:4
**hoped** 81:15
**hoping** 74:7
**hospice** 86:11
**Hospital** 23:13, 23:15, 23:24, 27:12, 36:4
**hotel** 69:1, 71:13
**hours** 8:18, 56:14, 88:8, 88:13
**house** 34:16, 40:18
**houses** 32:22
**human** 96:5, 96:5, 96:6, 96:6
**hundred** 63:14, 63:15, 86:21, 86:22, 87:20, 90:12, 90:12, 93:4, 94:15, 100:13, 101:11
**hungry** 80:13, 82:22
**hunt** 94:3
**husband** 95:22


**< I >**
**IAP** 44:21, 45:2, 45:5, 47:14, 49:5, 49:8, 89:21
**IAP.** 45:8
**Id'd** 54:5
**idea** 42:9, 49:23
**identified** 13:9, 17:10, 20:10, 20:17, 23:23, 37:18, 52:9
**ideological** 31:13
**IDF** 102:15
**Idris** 67:22, 67:22, 68:2, 68:3, 68:4
**illegal** 9:12, 26:13, 32:18, 50:10, 70:14, 77:23
**illegal.** 50:9
**illiterate** 99:3
**imagine** 47:4
**impartial** 8:2, 18:19
**implement** 6:1
**implicated** 44:23
**important** 7:1, 7:2, 7:11, 7:22, 7:24, 8:4, 8:23, 9:25, 12:11, 13:5, 19:4, 19:5, 21:23, 28:14, 29:5, 29:5, 32:8, 33:15, 43:5, 57:17, 58:18, 60:25, 71:17, 72:2, 85:5, 86:9, 86:10, 103:10, 103:17, 103:18
**impressive** 41:16
**improper** 57:13
**in-kind** 30:22
**in.** 4:4, 11:6, 49:15, 50:21, 50:21, 82:20
**inaccuracies** 40:18
**incapable** 21:8
**incentive** 15:7
**inclined** 27:10
**include** 61:18, 62:18, 95:17
**included** 10:23
**includes** 83:2
**including** 15:9, 74:10, 82:21, 86:15
**incorporation** 80:18

**incorporator** 89:18, 89:21
**incredibly** 85:25
**increments** 39:14
**incriminating** 51:22, 78:10
**independently** 36:3, 36:6
**indication** 16:4
**indications** 86:24
**indictment** 9:8, 9:18, 9:19, 14:18, 31:18, 58:8, 61:17, 67:3, 79:23, 83:6, 83:7, 84:7
**indictment.** 33:22
**indiscretions** 51:6
**individual** 21:24, 57:14
**individuals** 60:16
**Infocom** 28:20
**inform** 82:5
**information** 30:1, 34:20, 44:1, 55:14, 56:24
**informed** 46:10
**ingredients** 100:10
**initially** 6:21
**injured** 47:22
**innocence** 86:4, 86:5
**innocent** 57:16, 76:20, 93:14, 93:16, 103:20
**institutions** 16:10, 79:19
**instruct** 57:12, 70:5
**instructed** 85:22
**instruction** 7:17, 9:17, 29:5, 29:8, 36:18, 60:20, 60:21, 66:10, 66:15, 72:1, 73:4, 77:22, 78:11, 104:13, 104:18
**instructions** 4:19, 4:21, 7:19, 8:16, 33:17, 42:23, 49:9, 79:25, 84:11, 104:3, 104:6
**integrity** 41:22
**intelligence** 17:23, 41:6, 41:8
**intensive** 23:3
**intent** 29:10, 29:16, 80:1, 86:23, 87:4, 87:6, 87:6, 87:7
**interaction** 81:20
**intercepted** 28:12, 91:8
**interest** 38:2, 38:5, 39:1, 47:6, 47:21, 49:4
**interested** 36:4, 37:23, 47:13
**interesting** 47:15
**interests** 36:20
**International** 16:20, 17:4, 24:18, 54:6
**interrogatory** 43:20
**interview** 34:22, 64:12, 64:15, 65:11, 65:23, 65:23, 66:10, 66:12, 66:17
**interviewed** 58:19
**intifada** 11:7, 16:20, 32:15, 32:19, 74:5, 74:24, 76:14, 90:23
**introduced** 45:24, 64:2, 66:19, 69:4
**investigated** 54:3
**investigating** 40:17
**investigation** 33:9, 43:5
**investigative** 81:19
**investors** 20:15
**invitation** 84:4
**invited** 101:6

**invoice** 63:6, 63:7, 63:13
**involve** 61:22
**involved** 70:20
**involvement** 59:20
**involving** 91:13
**Iraq** 42:15
**irrelevant** 45:17
**ISA** 41:23
**Islam** 12:4, 14:6, 21:3, 39:24, 96:12, 96:13, 97:4
**Islamic** 14:4, 16:9, 24:13, 30:14, 30:15, 31:3, 35:22, 35:23, 45:1, 45:25, 54:25, 56:4, 79:19
**Islamism** 20:24, 21:1
**Islamist** 21:9, 27:10, 54:17
**Islamists** 18:23, 20:18, 20:19, 20:20, 20:22, 26:21, 27:22, 28:7, 35:20
**Islamists.** 26:22
**ISNA** 88:25
**Israel** 12:14, 16:9, 16:13, 26:6, 30:23, 40:1, 52:10, 52:11, 52:13, 55:1, 55:4, 55:5, 73:14, 73:16, 74:1, 75:1, 75:7, 75:8, 75:9, 76:5, 76:8, 76:10, 76:11, 79:17, 79:19, 81:18, 93:2, 93:8, 94:2
**Israel.** 75:5
**Israeli** 13:19, 13:20, 14:10, 14:11, 16:10, 17:23, 22:25, 23:20, 23:21, 24:2, 28:21, 29:21, 40:12, 40:16, 41:6, 42:14, 48:5, 48:6, 49:7, 49:25, 51:17, 54:19, 55:5, 56:22
**Israelis** 13:22, 16:23, 22:15, 38:11, 41:2, 48:15, 82:19, 93:15
**issue** 5:21, 11:16, 18:20, 18:25, 20:22, 25:9, 31:12, 55:11, 86:23, 87:21, 104:18
**issued** 16:22
**issues** 17:3
**it.** 74:22
**item** 28:25
**itiniraries** 64:2, 64:3
**itself** 7:3, 7:23, 9:18, 18:14, 32:5, 59:8
**ivory** 42:5, 42:6


**< J >**
**J.** 2:4
**Jacks** 1:25, 4:21, 7:10, 8:15, 37:9, 37:14, 82:1, 87:22, 97:2
**jail** 31:12
**January** 33:25, 45:1, 51:4, 56:16, 91:18, 91:19, 91:19, 92:25, 93:10, 93:18, 93:21, 97:9
**Jenin** 23:13, 23:16, 24:2, 27:9, 27:11, 29:24
**jeopardy** 52:7
**Jersey** 44:5, 89:9, 89:10, 89:11, 89:12, 90:8, 92:11
**jihad** 96:1
**Jim** 1:25, 102:21, 102:23, 103:1
**job** 36:6, 79:12
**JOE** 1:18
**John** 2:29, 41:20
**join** 29:16, 85:2
**joined** 29:16
**Jonas** 1:26, 7:8, 8:17, 9:23, 14:19, 17:11, 19:20, 19:22, 25:6, 32:9, 34:23, 35:1, 35:7, 45:17, 47:5, 47:8, 56:2, 65:1, 68:21, 72:15, 72:19, 73:6, 73:16, 73:22, 77:12, 89:8, 98:14
**Jones** 2:30

**Jordan** 32:1, 35:22, 35:23, 44:20, 46:12, 76:9, 99:17
**Jordanian** 16:16, 16:17, 31:25, 40:23
**Josh** 4:7
**JOSHUA** 2:3, 2:5
**joy** 47:20, 47:23, 48:10, 93:21
**Judea** 40:24, 76:4, 76:7
**Judge** 97:1, 97:6
**judged** 85:15, 91:4
**judging** 17:25
**Judicial** 106:11
**July** 7:10, 34:5, 35:15, 56:15, 56:16
**June** 99:23
**jurors** 84:12, 104:7
**Jury** 4:4, 4:10, 4:21, 6:3, 6:19, 20:9, 85:23, 104:9, 104:13, 104:18
**juryroom** 9:19
**JUSTICE** 1:30, 47:20, 58:5, 85:15, 85:16, 85:24


**< K >**
**Keep** 18:6, 50:11, 50:23, 50:24, 55:21, 55:22, 57:17
**keeping** 59:9, 95:24
**Keifa** 90:1
**kept** 38:4, 49:21, 82:14
**Khalil** 33:1, 34:6, 48:21, 48:22, 81:2, 81:5, 81:13, 81:21
**kid** 94:23, 96:7
**kids** 94:15, 94:20, 94:24
**kill** 75:15, 75:17, 94:4
**killed** 48:14, 92:19, 93:13, 93:14, 93:17, 93:23, 94:13, 94:13, 95:12, 95:13
**killing** 50:23, 50:24, 76:21
**kills** 73:10, 76:24
**kind** 25:22, 41:8, 41:8, 71:9, 74:11
**kindergarten** 28:18
**kinds** 12:10, 65:8, 102:1
**Kingdom** 76:8
**knees** 92:20
**knowingly** 9:2
**knowingly** 29:13, 36:13, 87:5
**knowledge** 5:5, 38:7, 51:24, 58:13, 58:15, 58:17, 59:7, 59:15, 61:8, 86:23, 87:4
**known** 17:8, 23:1, 75:2, 75:3, 75:3, 75:4
**knows** 20:12, 21:12, 24:4, 27:6, 37:18, 38:12, 42:7, 48:8, 48:17, 52:2, 52:17, 52:25, 71:11, 76:2, 82:3
**Kosovar** 99:24


**< L >**
**L.** 2:5, 3:13, 106:3, 106:17
**Ladies** 4:2, 6:4, 6:18, 57:22, 71:6, 73:24, 76:25, 83:7, 84:8, 84:15, 84:25, 103:16, 103:21
**land.** 75:25
**language** 5:8, 67:3, 91:10
**Lanso** 102:21, 102:23, 103:1

**large** 100:5
**last** 4:22, 4:25, 40:4
**late** 4:22, 5:13, 22:18, 77:11, 79:9
**later** 5:22, 7:9, 10:17, 13:5, 15:9, 15:12, 33:6, 76:15, 92:22, 93:20
**laugh** 48:8, 48:10, 48:10
**laughable** 53:6, 53:7, 54:23
**laughing** 48:9
**laughs** 48:4, 48:4, 48:7
**laundering** 9:11, 62:6, 62:7, 87:3
**LAW** 2:5, 2:15, 2:24, 16:17, 16:23, 29:10, 29:12, 30:4, 30:17, 30:21, 39:22, 40:23, 50:13, 50:14, 51:3, 57:16, 72:3, 80:1, 82:4, 85:6, 86:14, 86:19, 104:3
**lawyer** 30:5, 40:10, 41:21, 97:6
**League** 51:17
**learn** 30:7
**Learned** 40:13, 41:17, 55:7, 73:12, 76:7, 78:16, 79:11
**learning** 42:18
**least** 24:9, 76:10
**leave.** 74:20
**leaving** 44:19, 76:12
**Lebanon** 31:5, 31:8
**lectern** 38:4
**left** 45:25, 46:2, 74:13, 96:21, 100:11, 100:11, 100:11, 104:24
**legal** 43:19, 46:6, 46:8, 50:10, 52:12, 58:7, 78:2
**legitimacy** 14:23
**less** 92:18
**letter** 22:20, 23:10, 23:19, 23:21, 23:24, 24:3, 24:6, 24:11, 24:15, 25:8, 27:11, 31:7, 38:10, 49:8, 53:1, 91:1, 91:2
**letterhead** 22:8
**letters** 29:24, 30:25, 31:21, 43:20, 52:5, 91:4
**level** 56:11, 77:3
**Levitt** 13:6, 39:20, 40:2, 42:8, 47:9, 56:14, 79:21
**license** 11:13, 22:9, 22:21
**Licensed** 10:15, 10:20, 11:14, 11:23, 11:24, 15:5, 17:16, 18:3, 24:14, 26:17, 29:20, 29:23, 46:8
**licenses** 10:15, 30:2
**licensing** 11:5, 11:7
**lie** 65:19, 65:19, 65:23, 66:9
**life** 29:3, 42:14, 48:9, 85:5
**light** 8:15, 8:15, 8:16
**lightening** 54:10
**limitation** 9:22
**limited** 6:22, 53:3, 56:5
**limiting** 70:23
**LINDA** 2:23, 2:24
**line** 40:15, 70:21, 87:24, 101:18
**lines** 12:6, 12:6, 31:13
**Lior** 19:17, 40:7
**Lip** 36:8, 36:9, 95:24
**list** 15:3, 15:4, 24:15, 30:17, 39:2, 58:20, 60:7, 63:5, 66:20, 67:9, 67:9, 67:11, 67:16, 67:21, 67:23, 68:4, 69:9, 69:16, 71:13, 71:14, 71:14, 80:15, 80:16, 80:16, 83:12

**Listen** 28:4, 36:5, 47:17, 47:23, 47:25, 48:10, 70:9
**listened** 43:13
**listings** 67:14, 67:18
**lists** 60:8
**little** 15:9, 42:11, 52:22, 53:9, 64:10, 83:15, 83:23, 85:23, 92:2, 95:11, 101:15
**live** 50:22, 50:23, 81:16, 82:20, 84:1
**lived** 12:12, 41:18
**lives** 42:17, 48:6, 83:3
**living** 42:19, 86:12, 93:4
**load** 98:18
**loads** 98:18, 99:10
**lobby** 51:17
**local** 63:5
**locale** 14:22
**logo** 11:21, 22:5, 23:18, 24:11, 30:1, 31:19, 102:12
**long** 5:25, 6:24, 9:23, 44:23, 74:11, 85:2, 94:3
**longer** 38:21, 54:16, 101:15
**looked** 38:9, 61:10, 63:19
**looking** 26:25, 37:23, 87:2, 94:11
**looks** 92:24
**loop** 46:12
**lose** 14:2, 20:7
**loss** 96:6
**lot** 21:17, 27:1, 32:25, 65:9, 65:11, 70:12, 79:10
**love** 78:4
**loved** 95:21
**low** 56:9
**lunch** 4:11, 4:12, 6:10, 6:11, 84:9, 84:12
**lying** 38:6, 40:8, 64:12, 66:14, 66:16


**< M >**
**ma'am.** 66:3
**machine** 44:15, 49:17, 49:20
**Madeliene** 38:8
**Mahmoud** 53:2
**Mahmud** 46:22, 91:1
**mail** 48:21
**Major** 19:17, 40:7
**majority** 21:2
**Mallick** 3:6
**man** 57:16, 91:2, 93:24, 94:3, 97:22, 98:23, 103:5, 103:5, 103:5
**managed** 18:3
**managing** 8:10, 63:11, 63:12
**mandates** 84:6
**manipulate** 38:23
**manned** 60:2
**Mansour** 26:6
**March** 91:18, 93:19
**marks** 90:18

**Marlo** 2:14, 2:15, 4:7
**married** 78:25
**martyr** 53:15, 95:22
**martyr.** 95:22
**martyrdom** 19:13, 32:20, 96:2
**martyred** 32:23
**martyrs** 53:11, 53:11, 53:11, 53:13, 53:21, 94:25
**Marzook** 34:3, 34:4, 44:1, 44:7, 44:13, 44:18, 45:11, 45:15, 46:7, 46:11, 46:14, 46:18, 47:25, 52:6, 54:14, 80:15, 89:16
**massacre** 53:13
**masters** 78:25
**material** 5:7, 8:25, 9:13, 22:8, 32:13, 61:20, 61:22
**materials** 19:11, 49:24
**matter** 38:17, 75:17
**matters** 7:1, 7:7
**Matthew** 39:20
**mayor** 21:11, 40:20, 101:7
**mayors** 101:7
**Mckinney** 2:16
**me.** 76:16
**mean** 8:6, 27:1, 27:2, 29:8, 36:10, 50:8, 53:15, 66:14, 71:4, 100:15
**mean.** 71:6
**meaning** 41:1
**means** 6:22, 29:8, 31:9, 31:9, 39:14, 54:15, 70:1, 71:23, 71:23, 71:23, 76:9
**meant** 13:14, 45:20
**media** 42:16
**medical** 23:24
**meet** 70:4
**meeting** 25:4, 26:1, 28:6, 28:10, 28:17, 33:10, 43:15, 68:22, 69:21, 70:9, 70:25, 71:8, 71:12, 89:23
**meetings** 43:16, 61:5, 81:7, 88:17, 88:19, 88:24
**melody** 74:22
**member** 36:3, 59:5, 80:22, 89:21
**members** 35:24, 64:8
**Men** 24:21, 27:14, 96:19, 100:22
**mention** 32:19, 62:17, 63:2, 63:20
**mentioned** 15:1, 20:3, 32:17
**mentions** 64:6
**Mercy** 94:14
**mere** 36:18
**message** 27:17
**met** 9:6, 61:3, 61:3, 89:16
**microphone** 27:19
**microscope** 52:16, 52:18
**mid-1990** 79:12
**mid-1994** 29:21
**mid-morning** 57:22
**midday** 84:10
**middle** 72:24
**miles** 63:22

**millions** 92:13

**mind** 18:6, 25:9, 25:10, 36:22, 57:18, 86:1, 87:24, 87:25, 88:1, 91:6, 97:25, 98:1, 99:15, 100:18, 101:15, 101:16, 101:17, 101:20

**minds** 13:6, 17:6, 17:19, 18:11, 18:12, 18:13, 18:20, 87:23, 95:4

**Ministry** 11:6, 11:14, 11:17, 31:14, 31:15, 31:20, 31:20

**minor** 5:23

**minute** 54:15, 57:7, 57:25, 62:12, 73:7

**minutes** 4:12, 70:12, 79:5, 84:21, 102:17

**Miranda** 38:15, 38:18, 38:23, 45:13, 66:22, 67:11, 90:20, 97:20

**Mishal** 33:1, 34:6, 48:21, 48:22, 81:3, 81:5, 81:14, 81:21

**missing** 33:22

**mission** 13:12, 98:12, 100:16

**mistake** 100:14

**mobile** 100:8

**modification** 5:6

**Mohammed** 58:21, 96:14

**moment** 14:14, 93:24

**moments** 96:4

**monetary** 30:22

**Money** 7:13, 9:11, 14:4, 14:24, 15:16, 25:2, 39:12, 52:12, 53:11, 54:18, 54:19, 55:15, 56:23, 57:4, 59:9, 60:1, 62:3, 62:6, 63:23, 65:3, 67:9, 67:18, 68:2, 68:3, 68:5, 68:6, 79:14, 80:7, 80:12, 87:3, 87:16, 87:17, 87:18, 87:23, 88:16, 90:1, 91:3, 94:21, 97:22

**monitor** 11:12, 43:10

**monitored** 43:7, 43:8

**monitoring** 45:22

**monopoly** 14:22

**month** 26:4, 39:15, 55:19, 55:19, 94:16, 96:8, 97:15, 99:25, 101:11

**months** 12:13, 46:16, 100:25

**monument** 92:22

**Moreno** 2:23, 2:24, 5:17, 84:20

**Morning** 4:2, 4:20, 4:25, 5:15, 6:4, 6:7, 6:18, 16:2, 51:16, 104:1, 104:8, 104:14, 105:3

**mosque** 92:19

**mosques** 59:18, 60:1

**motive** 87:6, 87:7

**Motors** 20:12

**Mount** 56:11

**Mousa** 34:2, 44:18, 45:11, 45:15, 46:6, 46:11, 46:14, 46:18, 47:24, 54:14

**move** 68:16, 96:11

**moved** 64:19, 78:23, 79:12

**movie** 73:22

**moving** 5:24, 55:23, 55:24, 79:1

**mowed** 53:14

**Ms.** 1:27, 1:41, 1:42, 2:14, 2:23, 5:17, 6:9, 7:23, 25:15, 36:22, 37:22, 44:17, 57:24, 84:20, 89:2, 89:8

**Mughtaribien** 24:24

**Muin** 28:15, 43:14

**multiple** 85:11

**Munser** 63:10, 64:9

**Mushtaha** 34:16, 78:8

**Muslim** 15:10, 24:21, 27:2, 27:3, 27:14, 34:18, 34:21, 34:24, 35:6, 35:8, 35:11, 35:14, 35:17,

35:18, 35:21, 39:22, 44:4, 44:6, 89:15, 96:18
**Mustafa** 90:1
**Mutual** 43:19
**MYSLIWIEC** 2:4


**< N >**
**Nablus** 21:12, 21:13, 21:25, 22:7, 27:14, 40:20, 94:19
**Nablus.** 28:7
**Najoon** 63:6, 66:4
**name** 42:3, 69:15, 69:17, 69:19, 71:15, 80:14
**named** 34:21, 47:1
**names** 34:21, 39:15, 53:17, 54:1
**NANCY** 1:41
**Natalie** 96:14, 97:2, 101:1, 101:3, 101:21
**Nathan** 1:28, 10:7
**national** 57:14
**nature** 10:10, 12:1, 12:3, 12:4, 16:25, 20:2, 20:6, 20:16, 45:13, 47:18
**navigate** 30:5
**near** 92:17, 100:15
**necessarily** 28:22, 36:21, 48:19, 66:13
**need** 12:10, 13:25, 20:8, 26:12, 36:7, 92:17, 94:9, 100:2, 100:3, 100:4
**needed** 97:10, 99:11
**needs** 24:1, 24:15, 61:14
**needy** 12:8, 53:17, 53:21
**network** 15:24
**New** 2:7, 44:5, 49:6, 74:21, 74:23, 74:24, 89:9, 89:10, 89:11, 89:12, 90:8, 92:11
**News** 16:2, 46:15, 49:7, 51:16, 91:16, 91:16, 91:17, 92:3, 92:3, 92:3, 92:5, 92:13, 93:21, 93:23, 94:5, 94:6, 94:7
**newsletter** 47:13
**newsletters** 49:5
**newspaper** 90:22
**newspapers** 49:7, 49:11, 49:25
**next** 38:9, 61:24, 84:16
**night** 4:22, 4:25, 5:14, 96:4
**nine** 48:22, 91:7, 91:7, 91:9, 104:8, 105:3
**NM** 1:46
**None** 14:25, 14:25, 15:1, 15:9, 28:19, 28:20, 34:3, 42:25, 56:7
**nonpartisan** 12:3, 15:22, 20:16
**Nonreligious** 18:24, 79:20
**nor** 52:21, 76:16, 96:24
**normal** 66:14
**normally** 84:9
**NORTHERN** 1:2, 1:31, 106:19
**nose** 29:21
**note** 66:18
**Nothing** 16:3, 22:19, 26:13, 27:21, 28:14, 28:16, 36:12, 36:12, 37:21, 39:14, 51:2, 51:14, 51:14, 54:20, 54:22, 55:8, 68:24, 70:9, 70:10, 70:13, 70:14, 80:2, 83:21, 83:22, 83:24, 89:23, 92:12, 104:15, 105:2
**noticed** 28:1

**notices** 51:12
**November** 43:6
**Number** 1:5, 20:15, 20:21, 44:12, 44:13, 49:19, 70:24, 85:7
**numbers** 45:19
**nut** 53:2
**NY** 2:7


**< O >**
**o'clock** 104:8, 105:3
**oath** 20:11
**objected** 49:13
**objection** 4:14
**objective** 40:12
**obligation** 97:7
**observe** 84:11, 104:6
**observer** 18:17, 18:18
**obvious** 17:13, 17:14
**obviously** 37:14, 48:17, 94:25
**occasion** 64:21
**occasions** 68:6
**occupation** 74:8, 96:3
**Occupied** 26:1, 26:5, 45:3, 45:7
**occurred** 51:5
**October** 32:12
**offense** 33:21
**Office** 2:5, 2:15, 2:24, 23:15, 31:22, 31:23, 52:14, 55:24, 89:9, 89:10, 89:11, 89:12, 90:17
**offices** 88:18
**offices.** 55:15
**official** 23:20, 23:21, 106:5
**Okay** 4:13, 87:5, 91:6, 95:13
**Oklahoma** 46:4, 46:5, 78:24, 98:4, 98:4
**old** 77:13
**older** 94:12
**OLF** 89:24
**Omar** 55:16
**once** 30:20, 38:17, 40:25, 51:4, 59:3, 94:5
**one-minute** 44:14
**ones** 25:4, 34:1, 47:5, 50:24, 95:21
**open** 13:15, 13:24, 61:5, 89:11
**opened** 7:10, 89:9
**opening** 37:10, 55:23, 79:16, 81:5, 82:1, 102:21, 102:23
**operate** 18:3, 22:14, 22:22, 22:25, 24:1, 55:5, 57:3
**operated** 7:15, 8:9, 9:3, 13:4, 15:25, 16:8, 16:16
**Operating** 14:9, 14:13, 14:24, 17:18, 22:10, 23:4, 24:7, 24:7, 29:20, 29:20, 36:3, 37:17, 55:4
**Operation** 14:10, 19:12, 91:21, 100:6
**operations** 59:7, 95:5
**opined** 39:23
**opinion** 23:8, 41:11, 41:11, 50:17, 68:9
**opportunity** 7:5, 18:6, 57:19

**opposed** 5:4, 42:2
**opposite** 21:1
**opposition** 31:25
**Order** 4:6, 9:14, 24:15, 32:12, 41:2, 66:23, 66:25, 68:1, 91:3
**ordered** 13:16
**orders** 40:11, 40:12, 41:23
**organization** 11:24, 12:25, 14:18, 14:21, 15:3, 16:14, 16:15, 22:14, 23:1, 55:2, 55:7, 56:10, 61:21, 74:24, 79:21, 80:12, 80:17, 80:18, 82:22
**organizations** 7:14, 11:11, 11:18, 11:20, 12:8, 13:9, 14:8, 14:16, 15:14, 15:22, 23:5, 30:20, 31:1, 41:3, 52:2, 54:4, 56:17, 57:2, 59:17, 60:13, 65:8, 74:9, 77:25, 79:4, 79:7, 79:14, 90:3
**organizing** 8:9
**origin** 27:6, 57:14
**original** 23:20
**orphan** 30:13, 30:16, 39:15, 94:9, 96:12, 96:14, 96:15, 96:17, 96:17, 97:3, 97:8
**Orphanage** 94:14, 94:18, 96:9
**orphans** 30:11, 30:12, 89:6
**others** 7:21, 27:13, 50:24, 88:22
**Otherwise** 8:10, 17:8, 70:25
**Ottoman** 16:22, 16:24
**ought** 90:11, 96:10, 96:10
**outcome** 38:2
**outrageousness** 54:10
**outraised** 90:1
**outside** 33:15
**overcome** 86:5
**oversaw** 101:3
**overseas** 52:14, 59:12
**overt** 17:13
**overview** 6:6
**overwhelming** 95:25
**own** 8:5, 26:2, 40:3, 79:15, 84:21, 85:15, 85:22, 86:10, 103:10


**< P >**
**P.** 2:15
**PA** 11:20, 12:18, 16:23, 23:10, 30:1
**packages** 99:19, 99:21, 100:19
**Page** 5:24, 28:6, 46:24, 46:25, 47:19, 50:18, 53:13, 55:13, 57:7, 60:7, 67:18, 67:19, 67:20, 68:1, 68:1, 69:14, 69:16
**pages** 5:20, 67:14, 67:16, 68:3, 68:3, 83:16, 83:16, 85:11, 106:7
**paid** 41:24, 56:6, 63:17
**pain** 96:6
**Palestine** 21:3, 27:3, 35:14, 45:1, 45:25, 74:19, 75:5, 75:16, 75:18, 75:21, 75:22, 80:16, 80:17, 89:17, 90:2, 90:4, 100:15
**Palestine.** 48:18
**Palestinians** 41:1, 48:7, 74:1, 74:5, 76:10, 76:12, 79:18, 82:19, 93:5, 93:25, 94:1, 95:7
**pamphlet** 90:14, 90:15
**pantry** 101:1, 101:10
**paper** 30:11, 62:18, 77:19
**papers** 42:12

**paragraph** 50:2
**parallel** 92:16
**parameters** 94:10
**paranoid** 51:15
**parent** 86:11
**parliament** 35:24
**Part** 9:25, 10:12, 10:18, 12:20, 15:23, 15:23, 19:5, 24:21, 27:23, 71:19, 72:24, 73:8, 74:18, 85:4, 90:11, 99:6, 102:25
**participants** 70:24
**particular** 10:11, 37:25, 47:6, 47:21, 49:4
**particularly** 47:12
**parties** 20:10, 75:12
**partisan** 12:7
**parts** 46:1, 62:21
**party** 31:24, 31:24
**pass** 73:7
**patience** 81:14
**pay** 11:3, 26:7, 26:8, 28:4, 55:12
**peace** 50:22
**peaceable.** 50:25
**peaceably** 72:6
**penitentiary** 87:10
**Peppered** 40:1
**per** 20:3, 63:15
**perceived** 12:7, 12:19, 13:7, 15:23
**percent** 87:20
**perception** 13:3
**perfect** 52:19
**perfectly** 65:24, 71:11
**perform** 14:4, 59:3, 60:14, 60:15, 60:16, 63:16, 66:6, 71:24, 78:20
**performed** 60:12, 63:8, 65:12, 71:9, 83:8
**performing** 64:23, 80:23
**Perhaps** 81:13, 89:4
**period** 10:19, 21:22, 28:21, 33:15, 39:6, 51:11, 51:14, 86:20
**Permission** 22:22, 22:24
**permit** 49:10
**permitted** 22:14, 57:3
**person** 20:1, 23:22, 37:19, 57:17, 63:15, 67:21, 67:22, 68:20, 85:11, 101:17, 103:6
**personal** 6:15, 38:1, 38:7, 58:12, 58:17, 58:23, 58:24, 59:15, 61:7, 61:11, 78:20
**personally** 4:10, 50:20, 50:22
**personnel** 58:25
**persons** 8:11, 36:19, 36:24, 72:8, 72:9
**pertaining** 90:14, 90:21
**pertinent** 91:11, 91:12
**petition** 72:7
**Philadelphia** 25:4, 26:22, 28:6, 28:10, 33:10, 43:15, 68:22, 69:5, 69:13, 69:21, 70:20, 71:7, 71:12, 89:17
**Phone** 33:14, 43:6, 43:8, 43:10, 43:11, 43:18, 44:15, 45:23, 51:25, 52:19, 54:15, 80:6, 91:19, 93:22, 97:16, 98:2, 98:6
**phones** 62:21

**photographs** 71:15, 101:24, 102:1, 102:1, 102:3
**photos** 30:8
**phrase** 87:9
**picture** 26:25, 53:18, 53:19, 74:15, 90:15, 90:19, 90:19, 90:22, 95:10, 97:20, 100:22, 101:6
**pictures** 89:3, 89:7, 95:20, 100:20, 101:21, 101:23, 102:5, 102:7, 102:13, 102:20
**pie** 18:16
**piece** 77:19, 102:24
**piles** 62:24
**pillars** 14:6
**pimp** 75:17
**place** 14:3, 31:16, 76:12, 80:14, 88:15, 90:5, 96:12
**places** 55:23, 60:1, 103:14
**Plain** 26:18
**Planning** 31:19, 70:21
**plans** 6:15
**PLATT** 3:5
**play** 72:23, 72:24, 73:23, 95:6
**played** 27:23, 32:14, 72:19, 72:21, 72:24, 75:14, 76:23, 103:3
**playing** 73:9, 73:19, 74:18, 74:21, 76:14
**Plaza** 1:45
**Please** 6:16, 82:21, 82:24, 83:2, 84:3, 84:3, 84:10, 84:22, 104:5
**PLO** 16:12, 31:22, 31:23, 31:24, 79:20
**PO** 2:25
**poin** 32:24
**point** 7:20, 9:16, 20:14, 25:20, 32:17, 48:3, 77:6, 93:13
**pointed** 20:4, 40:18
**pointing** 49:21
**poison** 81:16
**Political** 10:24, 12:9, 15:21, 16:3, 16:14, 16:15, 20:8, 20:14, 22:19, 31:10, 40:1, 76:25, 77:3, 77:24, 78:14
**politically** 12:6
**politics** 20:17, 70:10, 95:3
**population** 13:10
**posing** 69:24
**position** 22:12
**Post-2001** 33:1
**post-closure** 32:25
**postcards** 19:13, 19:20
**postdated** 33:9
**posters** 19:13
**Power** 32:24
**practical** 42:21
**praise** 32:19
**praised** 32:18
**pray** 103:19
**praying** 53:14
**pre-1989** 90:15
**preceded** 89:25
**predated** 34:1
**predating** 77:15

**predesignation** 33:11
**predicate** 9:11
**prejudice** 84:5
**premise** 73:19
**prepare** 5:19
**prescribed** 106:11
**present** 69:9, 103:24
**presentation** 40:19
**presented** 29:20, 82:6
**President** 9:14, 31:5, 31:8, 31:23, 33:2, 47:2
**press** 12:17, 42:8, 49:19, 72:6
**presumption** 86:4, 86:5
**pretty** 5:23, 59:21, 79:9, 90:25, 93:9
**pride** 103:8
**principals** 44:25
**principles** 58:7
**printed** 28:5, 47:19
**prisoner** 31:12
**Prisoners** 31:10, 31:14, 31:16, 31:16, 53:21
**Probably** 4:5, 6:13, 39:15, 41:13, 59:3, 91:24, 104:3
**problem** 49:20
**problems** 13:22, 25:24
**procedures** 11:8
**proceedings** 106:4, 106:6
**process** 38:24
**professional** 29:2
**professor** 10:8, 41:24
**program** 100:7
**prohibiting** 72:4
**project** 24:24, 99:1
**projects** 24:23, 30:8, 31:3, 31:4, 88:12, 89:3, 89:7, 101:22, 102:3, 102:20
**proliferated** 19:14
**promises** 82:13
**proof** 8:3, 25:11, 26:6, 36:21, 39:16, 45:19, 56:3, 70:1, 70:5, 70:6, 71:16, 77:14, 81:24, 83:11, 83:13, 85:17, 85:18, 85:21, 86:3, 86:6, 86:7, 86:14, 86:16
**proposal** 5:14
**proposed** 104:13
**prosecuted** 78:14
**prosecution** 16:16, 38:6, 40:6
**prosecutors** 27:5
**protect** 74:19, 77:1, 86:22
**protected** 36:15, 70:11, 70:13, 73:5, 77:23, 78:6, 78:12, 82:16, 84:2
**protecting** 77:3
**protections** 86:21, 87:15
**protects** 82:17, 82:20, 82:23, 82:24, 83:1
**prove** 7:18, 15:13, 21:7, 35:15, 53:22, 53:24, 54:21, 61:13, 61:14, 62:15, 70:7, 70:15, 70:16
**proved** 8:13, 56:18
**proven** 33:18
**proves** 11:2
**provide** 12:8, 13:17, 13:25, 15:22, 30:20, 61:19

**provided** 61:25
**provides** 72:3
**providing** 5:6, 61:21, 62:2
**proving** 70:8, 83:4
**Public** 17:8, 17:13, 17:14, 17:20, 38:22, 38:25, 43:21
**publically** 52:8
**publicly** 17:8
**pull** 27:8
**pulled** 98:21, 98:22
**pulpit** 32:24
**punish** 84:4
**purchase** 88:21
**Pure** 19:25, 84:2, 87:20, 89:15
**purpose** 12:2, 14:22, 17:19, 29:11, 29:15, 50:2, 51:24
**purpose.** 29:17
**purposely** 29:10
**purposes** 24:17
**put** 9:1, 10:15, 20:15, 21:17, 24:22, 24:25, 25:24, 33:4, 34:12, 37:20, 40:2, 46:2, 49:24, 50:2,
50:20, 52:7, 52:23, 53:1, 54:17, 58:19, 62:17, 63:24, 64:3, 66:24, 69:9, 70:2, 72:25, 83:11,
99:3, 101:5, 102:8, 102:12
**puts** 21:14, 35:24, 87:14
**Putting** 39:4, 75:1, 86:11, 86:12, 99:20


< Q >
**Qalqilla** 24:8
**quantum** 83:13
**quarter** 22:10
**Quarterly** 88:17, 88:18
**quasi-governmental** 11:18, 11:22, 14:21
**question** 7:16, 8:6, 25:17, 35:8, 44:22, 44:22, 45:9, 69:22
**questions** 7:11, 7:18, 8:15, 13:23, 18:7, 19:3, 38:5, 44:10, 69:24, 70:2, 97:7
**quick** 5:19
**quickly** 21:24, 38:16
**quieter** 96:4
**quite** 90:22
**quote** 49:6, 49:7, 65:1, 97:8


< R >
**race** 57:14
**Rafah** 98:19, 99:5, 99:10
**raided** 14:11
**raids** 13:19, 28:22
**raise** 39:12, 90:1
**raised** 59:15, 64:20, 65:16, 67:9, 67:13, 67:19, 68:2, 68:3, 68:5, 68:5, 68:6, 68:8, 79:14
**raises** 20:22
**raising** 65:3
**Ramallah** 21:9, 21:15, 22:17, 22:21, 23:2, 26:17
**ran** 39:7, 66:23

**random** 20:20
**Rantisi** 28:3, 33:1, 54:3, 77:21
**Rather** 63:9, 67:24
**ratio** 48:5
**Razi** 23:15, 36:4
**re-enforce** 10:4
**reached** 76:8, 85:4
**reaches** 77:2
**Read** 7:24, 7:25, 19:1, 29:3, 35:2, 36:23, 36:23, 42:7, 42:10, 42:11, 42:13, 46:20, 46:21, 47:17, 49:11, 72:1
**reading** 42:12, 46:15, 77:19
**reads** 12:16, 77:20
**ready** 86:1
**real** 42:17, 97:24, 98:14, 98:15, 99:6, 99:7, 99:12, 99:13, 100:4, 100:5, 100:6, 100:17, 101:12
**reality** 42:6
**realize** 34:25
**realized** 19:22
**really** 33:15, 41:1, 42:22, 43:23, 47:7, 47:18, 78:22, 83:18, 90:16, 92:14, 95:6, 96:25
**reason** 8:1, 13:11, 37:25, 52:14, 57:15, 91:24, 99:9
**Reasonable** 7:19, 7:23, 7:25, 8:3, 8:14, 18:2, 18:8, 21:7, 25:23, 32:7, 33:19, 41:3, 41:4, 41:5, 41:14, 44:11, 49:3, 51:23, 53:8, 56:10, 56:13, 56:19, 61:15, 81:25, 83:5, 83:11, 86:6, 103:11
**recall** 59:19, 60:15, 61:1, 63:6, 64:13, 66:20, 66:22, 72:23, 77:17
**receipt** 69:1, 71:13
**receipts** 34:7
**received** 5:15, 25:8, 37:7, 49:12, 94:24
**receives** 52:21, 94:19, 96:22
**Recess** 6:10, 57:23, 84:10, 84:13, 84:14, 104:7, 105:3
**recessing** 6:13
**recipients** 7:13, 13:24, 99:1, 99:7, 100:21
**recognized** 20:13
**recollections** 66:13
**record** 19:23, 19:24, 19:25, 35:2, 59:9, 85:3
**records** 15:15, 15:17, 15:19, 33:13, 33:14, 33:14, 39:17, 43:17, 58:25, 59:2, 61:11, 80:8, 90:13
**recovered** 34:13, 34:17
**recruited** 18:22
**red** 52:23, 55:25
**redirect** 53:3
**redress** 72:7
**reduce** 96:20
**refer** 35:20, 62:8
**reference** 70:22, 71:3, 76:4
**referenced** 68:25
**references** 76:8, 76:17
**referred** 10:25, 69:23, 73:6
**referring** 39:4, 74:23
**refers** 16:22, 29:9
**reflected** 50:17
**reflects** 51:1, 51:2
**Reform** 18:19, 18:21, 21:19

**refugee** 99:19
**refugees** 93:4, 100:11
**regard** 25:9, 42:24
**regarding** 9:2, 34:14, 50:8, 84:11, 104:7
**regardless** 12:9, 20:6, 95:3, 96:7
**register** 22:9
**registered** 29:23
**registration** 10:18, 16:21, 22:2, 22:13, 23:11, 23:15, 23:19, 24:23, 30:1
**regular** 11:16, 13:17
**regulation** 24:1
**reimbursement** 63:22
**relate** 62:10, 83:17
**related** 44:17, 66:18, 81:3
**relating** 79:23
**relation** 45:6
**relationship** 9:10, 38:2, 44:1, 44:24, 45:9, 45:11, 60:24, 66:3, 74:3, 74:4, 81:10
**relatives** 82:3
**release** 46:16
**released** 44:19, 46:12, 46:15, 46:18, 46:20, 47:25
**relevant** 28:21, 42:24
**reliance** 39:24
**relied** 55:6
**Relief** 54:25, 90:9, 100:7, 100:16, 100:24
**religion** 36:25, 72:4, 72:10
**Religious** 14:5, 97:7
**rely** 25:18, 26:18, 28:18, 53:7, 54:22, 56:4, 86:8
**relying** 25:22, 41:6
**remaining** 79:5, 102:18
**Remember** 51:11, 56:7, 63:9, 65:9, 77:19, 83:21, 84:11, 97:19, 98:24
**remind** 72:25
**remote** 27:18
**remove** 45:24, 46:1
**removed** 42:6
**removing** 5:2
**repay** 96:23
**repayment** 96:24
**report** 13:16, 40:20, 46:11, 46:15, 65:10
**reported** 88:24
**REPORTER** 3:13, 16:2, 50:5, 50:6, 106:5, 106:18
**reports** 11:17, 13:17, 49:19, 51:19, 88:7
**representative** 17:22, 57:1, 90:8
**representatives** 88:18
**represented** 39:19, 54:8, 57:24
**Representing** 25:20
**Republican** 20:10, 20:13
**Republicans** 20:9
**repugnant** 97:4
**reputation** 13:13, 14:3
**request** 24:24
**requirement** 87:4

**research** 29:2
**resist** 84:3
**resisted** 38:11, 38:14
**resolution** 25:25, 54:7
**resorts** 8:21
**resources** 37:19, 61:20, 81:17, 81:19
**resources.** 8:11
**respect** 23:10, 27:8, 28:16, 30:12, 39:20, 42:15, 55:3
**respecting** 72:4
**respond** 83:20
**responds** 76:18, 92:5
**response** 5:10, 5:20, 47:16, 47:19, 47:23
**responses** 48:11
**responsibility** 44:9
**responsible** 35:19, 82:10
**rest** 53:18, 82:7
**resume** 41:16
**return** 48:23, 76:22
**reward** 96:20
**rewarding** 94:22
**Richardson** 101:25
**rightfully** 51:16
**rights** 57:18
**risk** 56:22, 57:4
**River** 76:9, 76:11
**Rm** 3:14
**rocket** 93:14
**rod** 54:10
**role** 59:22, 60:10
**roles** 59:13, 76:14
**route** 95:6
**royal** 32:1
**ruin** 12:7
**rule** 16:17
**rules** 23:25, 57:15, 59:8
**run** 23:13, 23:16, 23:18, 54:2, 84:20
**running** 28:15, 79:9
**ruse** 103:15


**< S >**
**sacrifices** 32:22
**safe** 95:6, 95:6
**sake** 96:24
**salary** 59:1
**Saleh** 33:2
**SAMAH** 97:19
**Samarah** 76:1
**San** 2:33, 55:23, 55:24
**Sanabil** 33:1

**sank** 83:7
**sat** 26:6
**satisfactorily** 18:7
**satisfy** 20:8
**Saw** 16:3, 16:4, 16:11, 26:5, 28:24, 43:1, 54:6, 60:7, 70:19, 78:10, 80:19, 88:10, 89:7, 97:14, 98:16, 99:4, 102:6, 102:15, 102:19
**saying** 37:17, 47:2, 72:16, 73:22, 74:2, 74:2, 75:6, 95:21, 97:13
**scale** 100:5
**schedule** 34:9
**School** 24:24, 25:2, 86:13, 98:22
**schools** 59:18
**Science** 24:13
**scope** 20:5, 43:4
**screen** 85:20
**sea** 56:11, 76:9, 76:11
**search** 35:18
**secon** 73:12
**Second** 7:16, 22:3, 41:10, 43:10, 47:14, 53:10, 56:21, 57:2, 57:3, 61:12, 63:6, 78:7, 85:17, 90:9, 92:11
**Secondhand** 43:4
**Secondly** 97:5
**seconds** 57:9
**Secret** 42:3, 96:22, 96:23
**secular** 79:20
**secularists** 18:23
**Security** 26:4, 35:5, 40:13, 40:16
**seeing** 75:21
**seem** 25:1, 39:3, 39:10, 45:10
**seen** 11:19, 28:25, 59:3, 71:10, 80:23, 93:7, 95:19, 102:25
**sees** 103:5
**segment** 76:3
**segments** 53:20, 54:8, 54:9, 94:21, 95:2
**segregation** 95:15
**seized** 19:12, 28:19, 33:4
**seizures** 19:15
**selection** 85:23
**self** 54:5
**self-identification** 27:22
**self-promote** 98:6, 102:10
**semblance** 85:14
**semi-brother** 27:10
**send** 88:15, 97:13
**sending** 5:5, 52:5
**sends** 77:21, 82:22, 91:2
**sense** 8:1, 9:10, 10:24, 52:3, 52:17, 57:12
**sent** 24:14, 62:3, 91:5, 97:15
**separate** 85:8, 85:9, 85:10, 85:11, 85:13
**September** 63:8
**series** 19:4, 25:4, 25:11, 25:16, 33:3, 33:8, 33:8, 33:9, 33:11, 33:12, 33:13, 46:22, 69:8
**served** 104:14

**service** 36:8, 36:9, 103:19
**Services** 12:10, 23:24, 62:1, 100:7
**session** 6:12, 36:10, 71:4, 71:4, 71:4, 104:1
**set** 59:8, 61:24, 85:3, 89:2, 94:10, 102:2
**sets** 9:12, 26:10, 26:11
**settle** 93:6, 93:7
**settlers** 92:21
**Seven** 32:15, 35:16, 40:3, 60:16, 93:4
**Several** 10:14, 87:2, 97:1
**Shabib** 28:15, 43:14
**Shafiq** 43:12
**shahid** 53:12, 53:12
**shall** 72:3
**SHAPIRO** 1:27
**Sheikh** 77:21, 90:16, 93:13
**Shield** 14:11, 19:13
**shifts** 70:6, 70:7, 85:19
**ship** 100:9
**shock** 28:24
**Shorbagi** 37:10, 37:12
**short** 5:1, 6:22, 102:24, 102:25
**shorter** 6:21
**shortest** 44:15
**shout** 57:10
**show** 11:22, 11:23, 15:16, 15:17, 22:2, 22:3, 38:19, 49:2, 49:3, 52:24, 56:3, 64:3, 65:5, 69:1, 69:13, 71:14, 74:13, 77:8, 77:17, 80:24, 82:13, 87:19, 89:13, 90:10, 102:4, 102:24
**Showed** 25:15, 26:16, 39:5, 73:7, 73:11, 89:6
**shown** 21:19, 25:7, 26:15, 106:6
**shows** 24:10, 28:19, 63:7, 63:13, 64:8, 67:9, 67:11, 77:18
**shred** 87:18
**Shukri** 1:38, 30:18, 50:1, 50:4, 50:5, 50:19, 55:14, 55:15, 55:20, 88:20, 97:16, 97:18, 97:21, 98:8, 98:11, 100:1
**shut** 14:9, 14:12, 14:13, 15:7, 24:16, 54:25
**sic** 7:8
**side** 29:4, 29:4, 29:6, 30:4, 40:15, 93:10, 95:14, 98:19
**sides** 5:14, 93:17
**signature** 53:4, 69:2
**signed** 90:4, 99:2
**significant** 5:24
**significantly** 13:1
**simple** 89:15
**simply** 9:19, 64:13, 72:12
**sing** 71:24
**singer** 65:6, 78:19
**singing** 58:15, 60:10, 64:22, 64:23, 65:20, 66:1, 79:2
**single** 14:16, 14:17, 34:12, 37:19, 37:21, 45:23, 51:7, 53:22, 69:20, 83:10, 94:17, 94:20, 94:21, 99:1
**singled** 94:23
**sins** 84:5
**sir** 6:17, 27:20, 79:6, 84:24

**sitting** 42:20, 93:16
**situation** 75:3, 75:4, 97:17, 98:5
**six** 58:19, 60:15, 61:3
**sixty** 47:22
**skit** 72:21, 72:22, 72:23, 73:21, 73:24, 74:3, 74:15, 74:17, 74:17, 75:22, 76:10
**skits** 71:24, 72:21, 73:1, 73:6, 73:8, 83:8
**skulk** 26:13
**slice** 18:16
**sling** 76:15
**slip** 40:24
**Small** 45:18, 96:1, 96:3
**smaller** 39:14
**Social** 15:24, 31:20
**Society** 12:4, 12:5, 12:9, 12:20, 13:7, 16:21, 19:9, 19:14, 20:19, 24:18, 31:17, 37:17, 42:19, 54:8, 54:9
**soldiers** 47:22
**Somebody** 40:8, 47:13, 82:8
**Someone** 30:13, 40:9, 40:16, 43:3, 46:15, 47:1, 47:1, 48:2, 48:8, 56:10, 59:25, 73:14, 73:23, 87:9, 87:10
**sometime** 6:13, 79:11
**Sometimes** 60:2, 63:21, 66:12, 67:6, 87:6
**somewhere** 92:17
**son** 95:21
**songs** 72:21, 83:7
**soon** 5:18
**sorry** 22:23, 48:13, 56:16
**sort** 81:8, 81:20
**sought** 89:5
**source** 43:21, 49:24, 101:17
**sources** 39:24, 49:6
**speakers** 39:5, 69:9, 69:16, 70:22
**speaking** 39:19, 61:1, 88:19
**speaks** 12:16, 57:18
**Special** 31:16, 39:25, 53:20, 66:6, 94:21, 94:23, 95:2, 96:12, 96:13
**specialist** 91:10
**specially** 81:2
**specific** 13:23, 13:24, 29:10, 80:1
**spectrum** 31:16
**speculate** 87:10
**Speculation** 19:25, 87:11, 87:13, 87:17, 87:21
**speech** 32:18, 36:11, 36:25, 72:6, 72:10, 73:4, 76:25, 77:3, 78:6, 78:14, 84:2
**speeches** 34:11, 34:15, 51:13, 59:25, 89:25
**spend** 53:1
**spends** 8:21, 8:22, 99:25
**spent** 8:17, 32:9, 33:6, 85:3, 86:21
**spoke** 31:15, 85:23, 90:20
**spoken** 4:8
**sponsored** 94:8
**sponsors** 89:6
**spot** 96:9

**spring** 33:6
**squared** 5:21
**St** 2:31
**stack** 63:3, 69:10, 81:13, 83:15, 83:16, 83:23
**stake** 40:5, 53:6, 54:24
**stamp** 24:12
**stand** 78:2, 78:3
**standard** 56:9
**standing** 78:3
**stands** 58:5, 77:20
**start** 73:19, 101:18
**started** 6:5, 22:9
**starts** 28:13
**state** 25:8, 25:10, 87:24, 87:25, 88:1, 91:6, 97:25, 97:25, 99:14, 101:15, 101:16, 101:17, 101:20
**statement** 47:7, 68:19, 68:20
**statements** 26:2, 81:6
**STATES** 1:1, 1:5, 1:29, 1:30, 10:9, 12:23, 14:25, 17:3, 17:21, 17:23, 22:15, 36:25, 38:20, 56:21, 56:25, 71:22, 72:2, 72:9, 75:20, 91:8, 106:12, 106:18
**station** 96:13
**Stay** 39:11
**stays** 94:14, 94:18
**Steadfast** 31:6, 31:10, 95:25, 96:7
**steadfastness** 95:24
**stenotypy** 106:5
**step** 82:24
**Steve** 16:1
**stick** 100:4
**stiff** 95:24
**stock** 78:15
**stone** 32:21, 76:16
**stop** 26:24, 95:1
**story** 53:17
**Street** 1:33, 2:6, 3:14, 78:3
**strength** 8:24
**stress** 85:6
**strike** 94:2
**stripe** 94:2
**strong** 74:1, 82:19
**stronger** 75:13
**studied** 30:17
**Studies** 39:25
**study** 29:1
**studying** 78:23, 78:24
**stuff** 15:18, 37:24, 100:12, 102:14
**subject** 13:18, 13:19, 51:18
**submit** 25:23
**subpoenas** 43:20
**substance** 44:13
**substantial** 43:25

**substantive** 87:3
**suffering** 74:11
**suggest** 5:16, 64:11
**suggesting** 5:2
**suggestions** 49:1
**suicide** 32:16, 47:5, 47:6, 47:10, 48:3, 48:9, 49:4, 52:20, 53:22, 91:21, 92:12, 95:5
**Suite** 1:45, 2:16, 3:7
**Suleiman** 89:2, 89:8, 96:14, 97:2, 101:2, 101:21
**Sultan** 53:2, 90:25
**Summaria** 40:24, 76:4, 76:7
**summary** 5:1
**summation** 8:18, 8:22, 9:1, 53:3
**Summit** 3:7
**supervising** 8:10
**supplemental** 4:21
**supplies** 98:18
**support** 5:5, 5:7, 9:2, 9:13, 17:12, 18:13, 26:14, 32:13, 48:25, 53:23, 54:10, 61:20, 61:22, 68:14, 68:22, 68:25, 71:13, 75:9, 76:5
**supported** 19:24, 37:24, 54:9, 79:17, 79:19
**supporter** 44:3
**supporting** 57:4, 79:18
**supports** 16:7
**supposed** 23:23, 98:12, 101:10, 102:4
**surgery** 41:9, 41:10, 41:12, 41:14
**surprise** 20:17
**surprised** 19:10
**surprising** 8:17, 44:6
**surveillance** 23:3, 37:20, 52:11
**survive** 10:2, 20:16
**swept** 52:14
**symbol** 102:8, 102:9
**symbolically** 73:10, 76:24
**system** 85:15, 85:16, 85:24


**< T >**
**tabbed** 67:15
**tack** 90:18
**Taleb** 63:11, 64:9
**talked** 4:24, 37:7, 38:15, 41:18, 43:9, 44:5, 60:6, 63:5, 65:4, 65:13, 68:17, 69:4, 77:16, 78:15, 79:8, 82:12, 98:24, 101:22
**Talks** 21:16, 21:16, 22:9, 26:10, 31:3, 31:4, 32:20, 32:20, 32:21, 32:23, 48:5, 54:13, 64:20
**Tampa** 2:26
**tanks** 76:19
**tap** 34:3, 34:10, 36:1, 43:18
**Tape** 72:20, 72:20, 72:20, 72:20, 77:17, 77:18, 102:24, 103:3
**tapes** 34:15, 62:18, 62:21, 68:16, 71:21, 77:6, 77:8, 78:8, 78:17, 79:8, 81:11, 83:25, 84:2, 90:13, 95:19
**taping** 30:10, 43:15
**taps** 28:15, 43:14, 62:20

**task** 57:19
**taught** 42:13
**tax** 23:10, 24:17, 60:11, 61:18
**taxes** 55:12
**team** 36:3, 38:6
**team.** 55:22
**telephone** 28:11, 43:16, 43:17, 54:14, 80:15, 81:8
**telephones** 60:2
**telethons** 60:2
**tells** 66:15, 68:12, 77:22, 91:11, 93:22, 94:6
**Ten** 45:22, 51:5, 51:6, 55:19, 79:5, 80:23, 84:21, 93:14, 102:17
**ten-minute** 84:19, 84:21
**ten-year** 51:10, 51:14
**tend** 88:14
**tens** 92:13
**tensions** 79:9
**tent** 27:24
**tenure** 90:6
**TERESA** 1:42
**term** 27:22, 53:15, 73:13
**terms** 5:24, 5:25, 8:23, 15:8, 76:6
**Territories** 62:11, 75:8, 76:5
**territory** 30:6
**terrorism** 57:11
**terrorist** 15:2, 15:2, 61:20, 77:25, 81:2, 83:10, 83:12, 103:12
**terrorists** 15:10, 78:1
**Testified** 10:22, 16:2, 19:21, 19:22, 20:23, 20:25, 26:19, 27:5, 34:24, 35:1, 35:1, 35:7, 40:3, 40:16, 42:25, 43:2, 47:8, 47:9, 58:12, 60:9, 60:10, 60:14, 63:9, 64:14, 65:25, 67:11, 67:11, 68:23, 89:3, 96:15
**testifies** 40:9
**testify** 10:10, 37:15, 40:13, 58:21, 85:21
**testifying** 61:8
**testimony** 19:1, 19:5, 35:2, 35:4, 35:8, 35:10, 37:13, 40:11, 53:10, 59:19, 60:19, 63:7, 65:5, 65:25, 68:24
**TEXAS** 1:2, 1:31, 1:34, 2:17, 3:8, 3:15, 106:19
**thanks** 96:25
**themes** 7:1
**themselves** 35:15, 77:6
**theories** 17:5
**theory** 5:4, 13:6, 17:6, 17:7, 17:20, 18:13, 18:13, 20:1, 37:24
**ther** 104:10
**thereabouts** 90:25
**thereof** 72:5
**They've** 70:16
**thick** 66:21
**things.** 27:1
**thinking** 60:18, 66:8
**third** 41:11, 86:3
**thirteen** 62:21, 68:2, 68:3, 77:7, 77:9, 78:17, 83:18
**thirty** 57:8, 60:4, 67:5, 80:21, 94:15

**though** 7:8, 34:3, 34:16, 38:24, 73:2, 98:7
**Thousand** 26:3, 48:5, 48:6, 55:8, 55:18, 55:19, 93:4, 100:13, 100:13
**thousands** 34:13, 43:13, 56:17
**Three** 12:14, 47:9, 47:12, 54:11, 61:4, 62:19, 62:20, 63:14, 63:15, 81:11, 87:2, 90:23, 91:14, 91:18, 93:5, 94:12
**throughout** 8:25, 19:14, 40:1, 64:22, 78:9
**throw** 57:11
**thrown** 76:16
**ticket** 21:19, 22:2, 23:11, 23:19, 24:23
**tickets** 88:21
**timing** 32:8
**tiny** 18:16, 83:23
**today** 4:6, 5:12, 5:16, 5:19, 6:5, 6:6, 6:12, 14:9, 14:24, 17:18, 23:4, 24:7, 35:24, 78:2, 78:18, 82:17, 84:1, 103:22
**together** 36:20, 54:17, 60:21, 69:11, 98:16, 98:20, 101:1, 101:5
**tomorrow** 5:18, 65:18, 103:23, 104:8, 105:3
**took** 106:5
**top** 22:8, 67:2, 67:3, 67:23, 68:13, 68:13
**topics** 8:19, 39:23
**totality** 26:25
**Totally** 40:21, 52:3
**touch** 4:18, 10:3
**toward** 27:10
**Tower** 3:6, 42:5, 42:6
**traded** 96:8, 97:3
**tradition** 30:15
**traditional** 12:3, 12:4, 78:19
**tragic** 93:17
**trails** 30:11
**tranfer** 90:4
**tranfers** 61:22, 62:3, 62:9, 62:10, 80:4, 80:10
**transactions** 9:14
**transcribed** 106:6
**TRANSCRIPT** 1:17, 46:21, 50:18, 69:20, 106:8, 106:10
**transcripts** 26:22, 46:21, 62:19, 69:5, 69:7, 69:8, 69:12
**transfers** 30:22
**translation** 28:5
**translations** 42:13
**translator** 43:12
**transparent** 13:14, 30:21
**trash** 19:18
**travel** 39:17, 63:13, 64:2, 64:2, 64:8
**Treasury** 40:5, 46:9, 56:8
**treated** 64:22
**treaties** 43:19
**treatment** 94:23
**TRIAL** 1:17, 6:20, 6:24, 33:21, 58:21, 68:25, 72:16, 85:22, 87:13, 91:2, 103:22
**tried** 18:4, 39:18, 40:24, 62:22, 67:1, 83:20
**tries** 66:8
**trouble** 43:22

**truck** 98:17, 98:18, 99:10
**trucks** 98:20
**true** 17:20, 20:25, 64:13, 68:14, 82:17, 106:8
**Trust** 53:18, 81:24
**truth** 38:1, 43:25, 68:12
**truthful** 61:5, 65:24
**try** 8:23, 65:13, 87:13, 100:25, 102:4
**trying** 19:21, 35:6, 37:5, 37:6, 38:23, 53:16, 77:4, 86:21, 94:3, 94:4, 95:4
**Tulkarem** 23:7, 27:15, 29:25
**Turkey** 48:24, 98:10
**turn** 61:12, 104:19
**turned** 39:7
**turns** 39:14
**TV** 75:21
**tw** 71:5
**twelve** 12:14, 77:7, 93:14
**Twenty** 55:8, 60:3, 67:5, 69:12, 80:21
**twenty-five** 69:12, 69:12, 91:2
**twenty-nine** 92:19
**twice** 59:3, 72:22, 73:11
**two** 4:11, 7:11, 7:19, 8:17, 9:12, 14:16, 23:5, 24:5, 26:10, 26:11, 28:3, 28:8, 38:15, 38:18, 40:5, 56:12, 65:15, 65:22, 66:11, 67:14, 67:15, 72:22, 73:1, 73:8, 73:11, 76:13, 76:13, 83:16, 83:16, 86:21, 86:22, 98:10, 98:17, 99:10, 99:17, 99:18, 100:9, 101:7, 103:24
**type** 47:21, 55:17, 86:14
**typical** 63:16


**< U >**
**UASR** 34:21
**UN** 54:7, 98:22, 98:22, 100:1, 100:4, 100:6
**unable** 43:23
**unannounced** 16:3
**unarmed** 76:19
**uncontradicted** 12:10
**undated** 77:12
**underlines** 53:12
**underscore** 85:12
**understand** 5:16, 26:24, 92:25, 96:2, 96:3
**Understood** 91:6
**unequivocably** 52:9
**unequivocal** 15:20
**unfair** 85:25
**unfortunate** 93:12
**unique** 21:11
**unit** 44:15
**UNITED** 1:1, 1:5, 1:29, 1:30, 10:9, 12:23, 14:25, 17:3, 17:21, 17:23, 22:15, 36:24, 38:20, 56:21, 56:25, 71:22, 72:2, 72:9, 75:20, 91:8, 106:12, 106:18
**university** 42:14
**unlawful** 29:15, 29:17
**unless** 17:9, 25:7

**Unlike** 61:8
**unlimited** 6:24
**unquote** 97:8
**unreliable** 40:22
**until** 24:9, 29:21, 34:5, 84:13, 104:8, 105:3
**unwieldy** 71:1
**upper** 95:24
**uprise** 74:9
**urge** 9:4, 19:2, 19:24, 31:1, 39:3, 46:21
**USAID** 17:2
**uses** 31:6
**using** 31:9, 76:19


**< V >**
**valuable** 8:22, 55:20
**value-added** 23:10
**variety** 8:18, 30:25, 49:6
**VCR** 42:21
**verdict** 84:6, 84:7, 85:10, 85:12
**Verified** 30:8, 30:10
**verify** 14:2, 24:16
**version** 22:3, 26:1, 66:25
**versions** 72:22
**VERSUS** 1:8
**vet** 54:1
**video** 27:24, 30:10, 32:14, 34:15, 43:15, 54:5, 62:21, 68:16, 71:20, 72:19, 72:20, 72:20, 72:20, 77:6, 77:7, 78:8, 78:17, 79:8, 83:25, 84:2, 90:13, 95:19, 98:16, 98:16, 99:18, 102:24
**videos** 28:19, 28:19, 34:13, 40:7, 73:11, 77:14, 90:24
**view** 20:14, 25:20, 30:14
**viewpoint** 71:2
**views** 30:13
**vindicate** 92:7
**violation** 9:13
**violence** 20:11
**violent** 54:19
**visit** 42:9
**visited** 12:21, 13:2, 42:6
**visiting** 42:18, 42:19
**visits** 12:24, 13:1
**vitally** 103:17
**voice** 48:21, 75:19, 91:23
**voided** 68:25, 71:13
**VOLUME** 1:16
**voluminous** 41:17
**voluntarily** 29:9, 61:2
**volunteer** 58:16, 59:13, 59:16, 59:23, 59:24, 60:4, 60:5, 60:8, 63:22, 64:4, 64:20, 64:24, 65:14, 67:5, 67:23, 68:4, 68:10, 79:15, 80:10, 80:11, 80:21
**volunteered** 44:2
**volunteering** 79:13, 82:21

**volunteers** 101:5

**< W >**
**wadded** 90:22
**Wafa** 58:22, 61:7, 61:9
**wait** 9:23
**waiting** 71:20
**Wakf** 11:6, 11:14, 24:11
**walk** 101:18
**walking** 87:24
**Wall** 2:6, 95:15
**walls** 101:24
**wanted** 4:3, 4:18, 6:5, 6:14, 20:23, 25:1, 39:3, 39:9, 49:2, 49:3, 86:1, 104:21
**wanting** 76:11
**wants** 21:4, 21:5, 36:14, 38:13, 57:10, 75:7, 82:9, 93:9
**War** 16:25, 92:6, 92:6, 92:7
**warning** 84:19, 84:21
**warnings** 84:17
**watched** 98:16, 98:20, 98:21, 98:21
**ways** 51:20, 52:4
**weak** 28:7, 56:3
**wedding** 59:4
**weddings** 60:16, 78:21
**weed** 87:13
**week** 33:24, 88:8
**weekends** 40:15
**weekly** 88:7
**weeks** 14:16, 23:5
**West** 14:16, 16:10
**westernizing** 24:25, 25:2
**Westfall** 3:4, 3:5, 5:17, 6:11, 39:9, 84:16, 84:17, 102:17, 104:22
**whackos** 91:5
**whatever** 77:24, 78:5, 91:12, 93:9
**whatsoever** 91:5
**whether** 7:12, 11:4, 18:6, 18:7, 22:16, 33:18, 47:20, 64:16, 65:10, 68:9, 95:17
**whim** 14:10
**whole** 18:16, 31:12, 33:3, 33:6, 41:16, 72:23, 75:12
**wholly** 30:21
**whom** 25:19, 25:20, 82:23
**whomever** 83:2
**wife** 46:13, 46:17, 47:24, 81:14
**Wikipedia** 40:2, 40:3
**willful** 29:8
**Willfully** 29:16, 79:25, 80:3, 87:5, 87:5
**willfulness** 29:7, 51:24
**win** 75:13, 95:4
**winding** 101:14
**winds** 16:14
**wing** 15:24, 18:9

**wire** 28:15, 34:3, 34:10, 36:1, 43:14, 43:18, 61:22, 62:2, 62:8, 62:10, 62:20, 80:4, 80:10, 90:4
**wire-tapped** 62:19
**wishing** 81:13, 96:4
**within** 11:10, 11:11
**without** 18:13, 30:13, 30:15, 39:4, 86:9, 86:18
**witness** 16:1, 21:6, 37:9, 37:15, 37:21, 37:25, 38:1, 42:24, 58:11, 58:12, 58:14, 58:17, 58:20, 58:21, 61:7, 61:9, 68:23
**witnesses** 17:25, 17:25, 38:16, 43:1, 60:23
**wives** 44:16
**women** 75:16, 77:20, 95:20
**women.** 76:21
**word** 28:5, 31:6, 31:7, 41:21, 57:11, 67:7, 91:22, 97:18
**words** 5:24
**work** 5:13, 43:3, 58:16, 59:16, 59:24, 64:17, 64:18, 65:14, 76:18, 76:20, 79:1, 88:5
**worked** 4:21, 12:23, 37:10, 88:8, 88:13, 89:10, 98:23, 100:25, 101:4
**worker** 90:9
**working** 37:11, 42:21, 43:3, 55:19
**Works** 40:4, 91:9, 100:1
**World** 15:19, 16:25, 42:17, 74:6, 75:3, 75:4, 75:9, 76:2, 76:5, 84:1, 92:4
**Worried** 52:5, 52:10, 52:11, 52:12
**worry** 50:13, 50:14, 53:17
**worship** 82:21, 83:1
**worshipping** 92:20
**Worth** 3:8, 45:22
**worthy** 32:6
**write** 41:25, 80:9
**writing** 53:9
**written** 38:10
**wrongly** 57:17
**wrote** 25:18, 27:6


**< X >**
**Xerox** 53:4


**< Y >**
**Yaish** 21:11, 21:14, 48:12, 48:13, 48:16, 55:10, 58:22, 58:25, 59:2, 59:6, 59:12, 59:19, 60:9, 60:18, 60:25, 61:1, 61:9, 63:9, 63:12, 65:24, 66:5, 67:4, 80:5, 83:22, 93:24, 97:14
**Yassin** 77:21, 90:16, 93:13
**year** 12:15, 32:15, 42:19, 60:16, 88:23, 92:18, 92:22, 93:19, 94:3
**Years** 12:13, 23:22, 24:5, 26:12, 28:8, 32:10, 32:15, 32:16, 35:16, 40:4, 45:22, 48:22, 51:5, 51:6, 54:11, 55:19, 62:20, 83:8, 83:9, 83:25, 83:25, 86:21, 86:22, 91:7, 91:7, 91:9
**Yehia** 94:12, 94:12, 96:11, 97:14
**Yehuda** 75:25
**Yesterday** 7:24, 8:17, 17:11, 19:22, 25:6, 27:23, 32:9, 34:23, 35:5, 36:8, 36:11, 36:23, 47:6, 65:1, 68:18, 68:18, 68:20, 69:23, 72:15, 72:19, 74:14, 77:13, 77:16, 89:8, 98:14
**yielded** 57:25
**York** 2:7, 49:7
**Young** 24:21, 27:14

**younger** 90:22
**youngest** 94:8
**yourself** 9:1, 38:3


**< Z >**
**Zakarneh** 23:18, 23:22, 24:4, 27:9, 38:10
**zakats** 13:2
**zenith** 77:2
**zero** 71:12
**Zionist** 73:9, 73:10, 73:12, 73:15, 73:15, 73:20, 73:20, 74:20, 74:21, 75:2, 75:2, 75:3, 75:6, 75:24, 76:3, 76:15, 76:24
**zoom-out** 97:21


**< Dates >**
**4-19-96** 98:2
**april, 2002** 64:15, 64:15
**february 24, 1994** 23:23, 23:23
**february 9, 1991** 100:25, 100:25, 100:25
**january 1995** 32:11, 32:11
**january 24, 1995** 46:25, 46:25, 46:25
**july 30, 1992** 54:13, 54:13, 54:13
**september 12, 1999** 97:15, 97:15, 97:15
**september 18, 2007** 1:11, 1:11, 1:11