18:00  1                 IN THE UNITED STATES DISTRICT COURT

       2                 FOR THE NORTHERN DISTRICT OF TEXAS

       3                         DALLAS DIVISION

       4
           UNITED STATES OF AMERICA        (    NUMBER 3: 04-240-G
       5                                    (
                                            (
       6   VERSUS                           (
                                            (
       7                                    (
           HOLY LAND FOUNDATION, ET AL.     (   September 19, 2007
       8

       9   _____
18:00
      10                         VOLUME 32
                             TRANSCRIPT OF THE TRIAL
      11               BEFORE THE HONORABLE A. JOE FISH
           _____

      12

      13   A P P E A R A N C E S:

      14

      15   For the Government:     MR. JIM JACKS
                                   MR. BARRY JONAS
                                   MS. ELIZABETH SHAPIRO
      16                           MR. NATHAN GARRETT
                                   Assistant United States Attorney
      17                           UNITED STATES DEPARTMENT OF JUSTICE
                                   NORTHERN DISTRICT OF TEXAS
      18                           U.S. Courthouse
                                   1100 Commerce Street
      19                           Dallas, Texas 75242
                                        214/659-8600
      20

      21   For the Defendant Shukri Baker:

      22
                                   MS. NANCY HOLLANDER
      23                           MS. TERESA DUNCAN
                                   FREEDMAN BOYD DANIELS
      24                           HOLLANDER
                                   20 First Plaza, Suite 700
      25                           Albuquerque, NM 87102
                                        505/842-9960

18:00  1    For the Defendant El-Mezain:

       2
                                    MR. JOSHUA DRATEL
       3                            MR. AARON J. MYSLIWIEC
                                    LAW OFFICE OF JOSHUA L. DRATEL
       4                            14 Wall Street, 28th Floor
                                    New York, NY 10005
       5                                 212/732-0707

       6
            For the Defendant Mufid Abdulqader:
       7

       8                            MS. MARLO CADEDDU
18:00                               LAW OFFICE OF MARLO P. CADEDDU
       9                            3232 McKinney Avenue, Suite 700
                                    Dallas, Texas 75204
      10                                 214/744-3015

      11    For the Defendant Elashi:

      12
                                    MS. LINDA MORENO
      13                            LAW OFFICE OF LINDA MORENO
                                    PO BOX 10985
      14                            Tampa, Florida 33679
                                         813-247-4500
      15
                                    MR. JOHN D. CLINE
      16                            Jones Day
                                    555 California St
      17                            26th Floor
                                    San Francisco, CA 94104-1500
      18                                 415/875-5812

      19

      20

      21

      22

      23

      24

      25

18:00 1              For the Defendant Odeh:

2

MR. GREG WESTFALL
3                                WESTFALL PLATT CUTRER
Mallick Tower
4                                One Summit Avenue, Suite 910
Fort Worth, Texas 76102
5                                     817/877-1700

6

7    Court Reporter:          Cassidi L. Casey, CSR No. 1703
1100 Commerce Street, Rm 15D6L
18:00 8                                Dallas, Texas 75242
214-254-3139

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

18:00  1                 P R O C E E D I N G S:

2         THE COURT:  Good morning, Ladies and Gentlemen.

3  We'll hear next from Ms. Moreno, counsel for Mr. Ghassan

4  Elashi.  Go ahead, Ms. Moreno.

5         MS. MORENO:  Your Honor, I would appreciate a

6  thirty minute warning, and I understand I have an hour an

7  thirty-five minutes.  Is that correct?

8         THE COURT:  Yes, ma'am.

9         MS. MORENO:  Good morning, Ladies and

10  Gentlemen.  This is my opportunity to speak on behalf of

11  Ghassan Elashi.  Mr. Cline and I, and especially Mr.

12  Ghassan Elashi, understand the sacrifices that you have

13  made these several weeks to be here, to pay attention,

14  away from your families and your homes.  And we hope that

18:00 15  you will regard it as an important investment, an

16  investment that I suspect you will remember for the rest

17  of your lives as will we.  So we thank you you for your

18  precious time here.

19        I'm not going to try and repeat what has been

20  said, but I will remind and emphasize some points that

21  other lawyers made on behalf of Mr. Ghassan Elashi.

22        Now, you haven't heard much about Ghassan Elashi

23  in this case, but I am going to discuss the bit of

24  evidence that has been presented to you.  What you have

25  heard through the efforts of the defense is all about the

18:00  1    work that Ghassan Elashi did for the Holy Land Foundation,

       2    how he supported the families who were rendered homeless.

       3    He supported the orphans.  He supported the needy.

       4    Ghassan Elashi did not support terrorism.  Ghassan Elashi

       5    did not support violence, and he did not support HAMAS.

       6    What he supported were the sons and daughters of

       7    Palestine, and for this, Ladies and Gentlemen, Ghassan

       8    Elashi does not apologize for feeding hungry women and

       9    children, and he doesn't apologize for contributing in his

      10    own way to the safety and shelter of those children.  He

      11    is proud of the work he did for the Holy Land Foundation

      12    and honored that he had an opportunity to do it.

      13            Throughout this, I am going to talk to you about

      14    the context of the need here, and I am going to talk to

18:00 15    you about the kind of evidence that the government

      16    presented to you, but let's remember who we are talking

      17    about.  This is who Ghassan Elashi's work was directed to,

      18    the Children of Palestine.

      19            Now, we know about the need in Palestine from

      20    the government's own expert, Matthew Levitt.  Ms.

      21    Hollander cross-examined Mr. Levitt, and she asked him

      22    about the unemployment rate in the West Bank and Gaza

      23    which was over thirty-three per cent, and he said that

      24    sounds right, and she said three-fourth's of the

      25    Palestinian population living in the West Bank are below

18:00  1    the poverty line of two dollars a day, and he said that

       2    has been the case, and she asked him if twenty-eight

       3    percent of the children under the age of five suffer from

       4    acute malnutrition, and he said yes, and the infant

       5    mortality rate in Gaza is forty death per live birth, and

       6    he said this sounds right, and throughout the occupation

       7    the Israeli Government has consistently failed to provide

       8    essential services to the Palestinians, and he said I

       9    agree.  And that includes making sure people have enough

      10    food and water, and he agreed with that.  That is the work

      11    that Ghassan Elashi did proudly, was to provide for these

      12    children.

      13         Now, several weeks ago I told you in my opening

      14    remarks that you would learn who the Palestinians were and

18:00 15    why their plight mattered so much to Ghassan Elashi and

      16    the Holy Land and Muslims around the world, and I suspect

      17    that some of this information may have come as a surprise

      18    to you.  This side of what happens in the Palestine is

      19    little covered in the nightly news.  You don't hear much

      20    about the refugee camps or the consequences of the

      21    intifada on the daily life of the Palestinians or the

      22    pervasive and brutal effects of the military occupation on

      23    the Palestinians, and perhaps you did not know before this

      24    trial that they were refugees in their own homeland, that

      25    they were an occupied people and that their daily lives

18:00    1    were shaken by deprivation.  And the children were denied

         2    a childhood by any recognizable standard to Americans.

         3    And maybe you didn't know that families were thrown out on

         4    the street in collective punishment, only to watch their

         5    homes being destroyed by bulldozers.  Perhaps you did not

         6    know that.  Ghassan Elashi, he knew that, and he couldn't

         7    stand by and do nothing, and now you know that, and I

         8    wonder if you will ever forget what you learned about a

         9    people in a place called Palestine living in the 21st

        10    Century.

        11            In fact, you have heard little evidence about

        12    Ghassan Elashi and no evidence that he supported violence

        13    or terrorism.  The government gave you eleven phone calls,

        14    eleven involving Mr. Elashi.  Eleven phone calls out of

18:00   15    the nine year period of time, this pervasive, extensive

        16    scope of this investigation, and they have eleven phone

        17    calls.  Four took place in 1995, a couple in 1996.  One in

        18    1997 and four in 1999.

        19            Now, Mr. Elashi himself was not wiretapped.  But

        20    he was picked up in conversations with others who were.

        21    Eleven phone calls and not one of them shows Ghassan

        22    Elashi supported terrorism, supported violence.  What they

        23    do show is that he has opinions, that he cared deeply

        24    about the reputation of the charity that he had devoted

        25    himself to for twelve years and devoted himself without

18:00  1    any compensation.  And he felt deeply about the

       2    continuation of the humanitarian aid that he felt

       3    responsible for.  Look at those phone conversations.

       4    We'll talk about those in a moment.

       5         What you don't hear in these conversations is

       6    just as important, what is not in these calls.  You don't

       7    hear Ghassan Elashi ever asking, you know, how was that

       8    HAMAS funding operation going.  You don't hear him discuss

       9    how to choose Zakat Committees which are connected to

      10    HAMAS.  You don't hear him requiring a Zakat Committee to

      11    be chosen because, quote, they are ours.  You don't hear

      12    him asking for any HAMAS directives.  You don't hear him

      13    asking for any specific children to be sponsored because

      14    they are related to suicide bombers.  You don't hear him

18:00 15    ever say that you shouldn't deal with a particular Zakat

      16    Committee because it's not enough HAMAS or not controlled

      17    by HAMAS to benefit HAMAS.

      18         What you do hear is that he complied with the

      19    law.  He tried to understand the law, and when he didn't,

      20    he would hire people to help him like John Bryant, and we

      21    will talk more about that in a minute.  Now, in these

      22    phone calls, you also heard him make remarks about his

      23    suspicions, that he felt people were trying to defame and

      24    destroy the Holy Land Foundation, and this was very

      25    important to Ghassan Elashi.  And you will hear that in

18:00  1    calls, and Mr. Garrett may tell you about that more.  But

       2    we know that Steven McGonigle of the Dallas Morning News

       3    told you that the Holy Land Foundation sued them for

       4    defamation.  That is the extent and the pervasiveness of

       5    the defamation that was going on in this very community

       6    against the Holy Land Foundation.  And you heard him angry

       7    that at sometimes the prospect that humanitarian work

       8    could stop and as a result families would suffer because,

       9    you see, Mr. Elashi was thinking about the families over

      10    there.  And you heard him voice an opinion shared by

      11    nearly all Palestinian people as Muslims and others from

      12    around the world:  His opposition to the occupation of his

      13    homeland.  And you know what?  That doesn't make Ghassan

      14    Elashi a terrorist, and it doesn't make him a supporter of

18:00 15    terrorism.  What it does is it makes him a Palestinian.

      16           Now, for the most part, I told you in my opening

      17    statement what I thought the evidence would show, and I

      18    told you it would show about the need and it would show

      19    that Mr. Elashi and Mr. Baker sought out legal counsel to

      20    help them weed through the mire and the onslaught of what

      21    was happening to the Holy Land Foundation.

      22           But the same is not true for the promises that

      23    the government made in their opening statement.  And I

      24    want you to remember throughout my comments there are two

      25    themes in the prosecution of this case, selective bias and

18:00   1    creating a false picture, because that's what the

        2    government did.  Mr. Jacks made promises to you in his

        3    opening that he did not keep, and other counsel have

        4    mentioned it, but allow me to weigh in here.  What did he

        5    tell you?  He said that my client, Ghassan Elashi, was

        6    deceitful and lied.  Ghassan Elashi didn't lie.  There is

        7    no evidence of that.  Look closely.  Look closely at the

        8    evidence.  That's testimony from Mr. Jacks.  There is

        9    testimony from the prosecutors, but not from the witness

        10   stand.  What we do know is when Ghassan Elashi had an

        11   issue and he tried to research it and he tried to

        12   understand it.  They point to the fact that they found the

        13   law in his office, and there is nothing sinister about

        14   finding a copy of the statute that impacted the charity

18:00   15   that he had dedicated his life to.  That is what a

        16   responsible member of an organization would do.  They try

        17   to find out, get to the bottom of things.  Jim Jacks told

        18   you that the Holy Land Foundation kept two sets of records

        19   in different languages, trying to suggest some kind of

        20   concealment, and here we have the beginning of an

        21   important theme in the government's prosecution, this

        22   cherry-picking.

        23          Now, Government's Exhibits 319 and 3312.  Here

        24   are the three documents.  You can look at them for

        25   yourself.  Here is the Holy Land Resolution, board meeting

18:00   1    minutes, and these are the actual board meeting minutes of

2    the Occupied Land Fund, and you know what it had?  It has

3    exactly what you expect board meeting minutes to have.  It

4    has an agenda, action plans, follow-up reports, and it has

5    a budget.

6         Then we look at Government's Exhibit 3-19 which

7    the government is trying to say is the separate set of

8    books.  And I want to caution you here because Mr. Dratel

9    touched on it briefly, but let's take a look at what this

10    document is which came from Mr. El Barasse, what I call

11    the black hole of documents, this whole 3 series.  We

12    don't know who wrote it, what was the audience, what was

13    their motivation in writing it, and I suggest that

14    criteria applies to all 3-series documents.  But what do

18:00  15    they say?  The Fund will commit to paying twenty-five

16    thousand dollars annually to the Central Committee.  There

17    is no evidence of that.  Brother Shukri Abu Baker will be

18    thirty-six thousand.  There is no evidence of that.  That

19    Mr. Elashi was going to get fifteen hundred dollars

20    monthly, that Mr. El-Mezain would get a thousand dollars

21    monthly for his services, that the chairman of the Fund

22    would submit his work program.  Where is the evidence of

23    that?  And Mr. Elashi will pay seventeen thousand dollars

24    to a financial controller.  You know what?  None of this

25    happened.  This is nothing to do with the Holy Land

18:00    1    Foundation or the Occupied Land Fund.

         2          Now, his honor is going to give you

         3    instructions, and you have heard about these, and one of

         4    them, which is the most important one, as you can imagine,

         5    comes first in the instructions that his Honor gives you,

         6    and that is about the presumption of innocence and the

         7    burden of proof.  You know the government has the burden

         8    of proving my client guilty beyond a reasonable doubt.

         9    The burden never shifts.  It stays over there.  They have

        10    to find him guilty beyond all reasonable doubt.

        11          Now, a reasonable doubt is a doubt based upon

        12    reason and commen sense after careful and impartial

        13    consideration.  Proof beyond a reasonable doubt is proof

        14    of such a convincing character you would be willing to

18:00   15    rely on it and act without hesitation, and I ask you is an

        16    unsigned, undated document which could be written by

        17    anyone at any time the kind of evidence that supports of

        18    of such convincing character that you would be willing to

        19    rely upon it and act upon it without hesitation in your

        20    affairs?  And what does it say about a prosecution that

        21    offers this kind of evidence?  Well, this particular

        22    instruction goes to all the Series 3 and 4 documents found

        23    in what I call the black holes of Mr. El Barasse and

        24    Mr. Ashqar's residence.

        25          Mr. Jacks also said that the Holy Land tried to

18:00  1    dispose of Arab language records when they believed they

       2    were being investigated.  You know the government

       3    interviewed Yaish the accountant for the Holy Land

       4    Foundation six times.  He told you that.  And they didn't

       5    call him.  You know why?  Because his evidence didn't fit

       6    their theory.  He wasn't going to say the Holy Land kept

       7    two sets of books.  He wasn't going to lie like that.

       8    What did he say?  He said it was an independent,

       9    transparent organization.

       10          Now, Mr. Jacks when he was talking about this

       11   set of books and what have you, he was referring to the

       12   security document that we have heard so much about.  This

       13   is a document that was found in the storage in a box

       14   somewhere at Infocom.  Look at the document to see how

18:00 15    completely irrelevant it is to the work of the Holy Land

       16   Foundation.  I am going to ask you to remember Mr. Cline's

       17   cross examination on this.  And you remember the first

       18   page has these fingerprint marks, and there was no

       19   evidence that these fingerprints tied to anybody in this

       20   case.  And then -- So there is these -- I don't know.

       21   Rules or regulations.  Don't exceed 11:00 p.m. for

       22   meetings, consult a maintenance committee for private

       23   meetings, a special classification of documents, a special

       24   system of encryption.  It's throughout.  And Mr. Cline

       25   cross-examined Agent Miranda, and what did Agent Miranda

18:00  1    tell you?  He said he never saw a maintenance committee, a

       2    sorting committee or a work committee or a field committee

       3    in any documents at the Holy Land Foundation.  And

       4    additionally, he never saw any kind of a classification of

       5    documents like we see on this first page.  You see that

       6    Number 2?  And he pointed that out to the witness because

       7    this corresponds to this secret document that we don't

       8    know who wrote it, who read it, what it was used for, if

       9    anything.  It's completely and totally irrelevant.  And

      10    you know, if they would have found another document with a

      11    number, they certainly would have brought it before you.

      12    And obviously, obviously, Mr. Elashi and Shukri Abu Baker

      13    and Mr. El-Mezain never got this memo because they broke

      14    all the rules.  They traveled under their own names.  They

18:00 15    used their own credit cards.  They were open and public

      16    and transparent.

      17            Additionally, Mr. Jacks promised you you would

      18    hear from an insider, Mr. Shorbagi, and Mr. Jacks said he

      19    would testify before you and tell you that he and these

      20    defendants and the Holy Land Foundation were an

      21    organization whose purpose was to raise money for HAMAS.

      22    Where is Mr. Shorbagi?  They never presented Mr. Shorbagi

      23    to you.  They never presented any witness to you who had

      24    any kind of inside information that the Holy Land

      25    Foundation and its principals were really supporters of

18:00  1      HAMAS.  You know what?  Because none exists.  It's not

       2      true.

       3              Let's examine the kind of witness the defense

       4      presented to you and the quality of their eye witness,

       5      firsthand testimony about what these Zakat Committees were

       6      about.  We agree with Mr. Jacks that that is one of the

       7      most important points in this case, which were the Zakat

       8      Committees that were controlled by HAMAS and what also was

       9      the daily life of the Palestinians.  Mr. Abington, a

      10      thirty-year career in the State Department, a CIA analyst

      11      responsible for analyzing intelligence, providing

      12      recommendations to the President of the United States and

      13      his cabinet.  Now, Jonas never asked -- Mr. Jonas never

      14      asked Mr. Abington, Well, if you gave wrong answers, would

18:00 15      lives depend upon it because he knew what the answer would

      16      be.  The answer would be yes.  Mr. Abington had to be

      17      correct.  He had to know what was going on.  Why?  Because

      18      he was the eyes and ears of the United States in a foreign

      19      country.  He told you that he had worked for the army

      20      intelligence, worked for the National Security Agency.

      21      What do they do?  They study people targeted by the United

      22      States as a threat to national security.  He had a top

      23      secret code alert -- security clearance for thirty years.

      24      He was consul general dealing with a foreign government at

      25      the highest level.  He analyzed political information.  He

18:00   1    was in Tel Aviv during the 1967 war.  I doubt that Avi was

        2    even born then.  He reads and speaks Arabic.  And you know

        3    that from 1993 to 1997 he was the American Consul General

        4    in Jerusalem approved by the President of the United

        5    States.  He reported directly to the Secretary of State,

        6    Madeliene Albright.  That's who Mr. Abington was.  And

        7    then after 1997, he goes back to the State Department and

        8    what is he?  The Number 2 officer at the State overseeing

        9    the intelligence.  He received daily briefings -- you

       10    heard this many times -- daily briefings from the CIA, and

       11    these briefings were a distillation from several agencies

       12    of all kinds of intelligence, including the Government of

       13    Israel.  Shinbet, Israeli Intelligence, provided almost

       14    daily information to the CIA.  That's not been refuted.

18:00  15    There has been no witness who has come before you and told

       16    you that's not true.  He was instructed not to have any

       17    contact with HAMAS.  And you know what?  He didn't.  When

       18    he went to those Zakat Committees -- And he went to every

       19    Zakat Committee in this indictment.  They are not a part

       20    of HAMAS.  Now, he told you he didn't consider Israeli

       21    Intelligence terribly reliable because of their political

       22    agenda to try to, quote, influence the thinking of U.S.

       23    policy makers and that they apply intelligence in a

       24    selective fashion and try to influence U.S. thinking.

       25    Does that sound familiar?  We'll talk about Avi later.

18:00 1    Mr. Abington is the only witness in this case who could

2    tell you firsthand what the Zakat Committees were like,

3    what they looked like.  He visited every one.  Do you

4    think he lied to you?  He has no dog in this fighting.  In

5    fact, he was the lobbyist for the bitter foe of HAMAS.  He

6    was the lobbyist for the Palestinian Authority.  What did

7    he tell you about the Zakat Committees?  That they were an

8    informal set of rules, nothing rigid.

9          This is a summary of the evidence of the Zakat

10   Committees as presented by both Mr. Abington and Dr. Brown

11   which we will talk about.  Take a look at that.  You know

12   they both said these were governmentally charged bodies

13   and overseen by Jordan, Israel, Egypt and the Palestinian

14   Authority.  But many were formed in the seventies, years

18:00 15   before HAMAS, and they were nonpartisan, and they had to

16   be nonpartisan because this is a society that's deeply

17   divided.  We have heard that families have brothers who

18   have opposing points of political view.  Tribal issues

19   come up.  So we know the Zakat Committees in order to be

20   effective can't take sides and can't appear to take sides.

21   He said that these were transparent by international

22   standards.  And what did they do?  You know what they did?

23   They found out what the need was.  They are on the ground.

24   They found out what the need was, certified the need and

25   they distributed the aid.  They were in and out.  They

18:00  1    didn't distribute brochures of HAMAS political directives.

       2    This was charitable work.  Humanitarian work.

       3            The CIA did not consider Zakat Committees HAMAS.

       4    The Israeli Intelligence didn't inform the CIA that Zakat

       5    Committees were a part of HAMAS and HAMAS --

       6            MR. JACKS:  Your Honor, excuse me.  I am going

       7    to object to this transparency or this document on the

       8    screen.  It's not an exhibit.  It's not a demonstrative

       9    exhibit, and I object to it being displayed at this time.

      10    It appears to be a document created by Ms. Moreno.

      11            THE COURT:  I'll overrule the objection.  I

      12    agree with you that it's not an exhibit, but I think it's

      13    a visual aid that she's entitled to use in her argument.

      14            MS. MORENO:  Thank you very much, your Honor.

18:00 15    They don't want you to consider this evidence.  The CIA

      16    did not consider Zakat Committees HAMAS.  The CIA did not

      17    inform the State Department that the Zakat Committees were

      18    part of HAMAS.  HAMAS didn't receive credit for the work,

      19    and that's what the credible evidence shows you.  That's

      20    what the credible evidence shows you.

      21            Now, Dr. Brown testified -- Now, who's

      22    Dr. Brown?  Let's talk about Dr. Brown for a minute.

      23    Dr. Brown would qualify as one of those experts who the

      24    government should have brought before you.  We'll talk

      25    about the witnesses they did bring in a minute.  What is

18:00    1    his pedigre?  Twenty years of as a professor in

         2    international affairs.  Advises intelligence.  And he told

         3    you the information he gives U.S. intelligence, yes, lives

         4    could depend upon it.  You watched Dr. Brown.  He seemed

         5    like such a careful witness.  That's something you have to

         6    consider.  You have to consider the demeanor of the

         7    witnesses before you, and I submit to you that when you

         8    compare the demeanor of Dr. Brown and the arrogant

         9    demeanor of Avi, whose name we don't know, that should

        10    matter to you.

        11         Now he was also in the delegation headed by the

        12    Secretary of State Madeliene Albright.  And he was chosen

        13    by the Chairman of the FATAH party, the bitter rival of

        14    HAMAS, to assist in drafting the Constitution.  Do you

18:00   15    think he was HAMAS?  Do you think he was lying to you

        16    about what he saw and what he found?  And he told you how

        17    Zakat Committees are viewed by the Palestinians

        18    themselves.  The government wants you to believe that

        19    Palestinian hearts and minds could be won over by HAMAS,

        20    that the Zakat Committees were HAMAS and HAMAS would take

        21    credit for their work.  That never happened.  The Zakat

        22    Committees have to have intregrity and be nonpartisan.

        23    Otherwise they would not be trusted.

        24         And the government wants to push this political

        25    agenda through Major Lior, also not his real name, and

18:00  1    Avi.  And you know Lior couldn't say the Zakat Committees

       2    had any political paraphenalia around because he never set

       3    foot in a Zakat Committee committee.  Lior said for all he

       4    knew some of these materials were in the trash can.  And

       5    Dr. Brown said these key chains and posters and the like

       6    would be throughout the village and towns and throughout

       7    the political and historical events in the West Bank that

       8    these items would be everywhere.  You could see them

       9    everywhere.  And he told you that these committees were

      10    pillars in the community.  And in considering this

      11    evidence, Nathan Brown's evidence, you have to be guided

      12    by the Judge's instruction as follows:  "You may find that

      13    an entity was controlled by HAMAS if you find the entity

      14    was operating under HAMAS's direction or if it was

18:00 15    organizing, supervising, or managing or otherwise

      16    directing HAMAS's personnel or resources."  That's the

      17    law.  That's what you got to find to convict.  And you

      18    absolutely cannot find that in this case.

      19         And he told you that the Zakat Committees were

      20    governmentally chartered and that they collected and

      21    disbursed funds and that the licenses and registrations

      22    were from the government as I showed you in that outline

      23    of Jordan, Egypt and Israeli and the Palestinian

      24    Authority.  A lot of these committees were formed in the

      25    seventies and early eighties.  Do you think that a

18:00  1  religious charitable organization formed decades before a

2  controversial political movement, HAMAS, was conceived is

3  going to trade its integrity and historical status for

4  being a front to this party?  That doesn't make any sense.

5  They are trusted, and they are trusted also because, as

6  you learned, of their low overhead and expenses.  They

7  take the money in and give it out -- that's what Brown

8  said -- without regard to political affiliation or even

9  religious affiliations.  Zakat Committees cannot take

10  sides.  He told you that they were transparent, and he

11  told you they wanted to be above board so it wasn't seen

12  that they were misusing any funds, that they coordinated

13  to make sure the funds didn't overlap, to make sure that

14  that they were -- They were receiving stipends and such

18:00 15  from the United Nations and such.  So they wanted to be

16  sure that families didn't receive double what they should.

17         You watched Nathan Brown, and you know he said

18  he felt he had an obligation to testify.  That's what he

19  told you.  He talked about the stress the first intifada

20  had on charity, and we have seen that stress in the orphan

21  applications and the needy family sponsorships that I read

22  to you during Agent Burns's cross examination.  And if you

23  recall, I went through a series of application forms, and

24  there were some families who had family members arrested

25  and then their homes were demolished and they received a

18:00  1    certain amount of money.  And there were other families,

       2    if you recall, that either the relatives or the

       3    breadwinner was incapacitated or sick or wasn't there or

       4    had died, and they received the same amount of money.

       5    There was no preference here.  There was no preference, as

       6    the government wants you to believe.

       7            Dr. Brown gave you a critique of Avi's testimony

       8    and really what he said was that Avi characterized someone

       9    as a HAMAS organization based upon the activity of one

      10    person or based on a speaker's affiliation.  He challenged

      11    Avi's sources.  Remember, he told you about this political

      12    party had been named Al Qidra.  This guy Al Qidra who

      13    brought drug charges against someone he didn't like.  He

      14    didn't like them so he brought drug charges.  That's the

18:00 15    source that Avi depends upon to tell you that Zakat

      16    Committees are controlled by HAMAS.  He set up fake

      17    standards which allowed him to characterize almost

      18    anything that a Zakat Committee did as HAMAS.  Brown said

      19    that some NGO's were controlled by HAMAS.  Remember he

      20    said that, and he also told you that a hundred three NGO

      21    charities have been closed down.  None of them in this

      22    indictment, none of them that the Holy Land Foundation

      23    supported.  And Brown told you he never saw HAMAS get

      24    credit for the work of the Zakat Committees.  He

      25    completely discredited Avi's theory I believe in a

18:00  1    careful, sensitive way.  He wasn't out to promote himself

       2    in any fashion like some of the government's witnesses.

       3    He told you that the structure of the Zakat Committee, the

       4    director doesn't have much control anyway.  Get the money

       5    in and get it out.  Certify the need.  And he said that

       6    Zakat Committees don't try to influence society.  They

       7    just tried to help the poor.

       8         Where is the evidence that a distribution of aid

       9    was controlled by HAMAS or credited by HAMAS?  None by the

      10    musings of Avi and to a lesser extent Levitt.  And you

      11    would expect to see in the seizure in the Operation

      12    Defensive Shield -- you know those Israeli documents --

      13    some directives from HAMAS that certain monies should be

      14    spent to support HAMAS figures or causes.  You don't see

18:00 15    any of that.

      16         Now, the government wants you to believe that

      17    the Holy Land Foundation, Zakat Committee, HAMAS, it's all

      18    one big blur targeting special segments of Palestinian

      19    society.  You know it can be argued that the entirety of

      20    Palestinian society are special segments.  That's the

      21    level of deprivation and need.  These are the musings of a

      22    Shinbet agent based on Israeli intelligence sources he

      23    claims and a research of Israeli media, of course.  Mr.

      24    Abington told you that his conclusions were based on daily

      25    briefings with the CIA.

18:00   1          Now, what about those 6 series of documents,

2    posters and key chains?  By the way, that Ghassan Elashi

3    never saw, never supported, never discussed in the phone

4    calls, never wrote about.  Brown wasn't surprised about

5    those.  Remember?  He said they were everywhere.

6          Government's Exhibits 4-21 and 3-7, these

7    documents, the government keeps going back to these two

8    documents.  Remember what I told you, the 3 series and 4

9    series, found not at Holy Land, not in Mr. Elashi's home,

10   not at Infocom, but some other gentlemen who are not here.

11   Found in black holes.  That's where they were found.  We

12   don't know the provenance or the reliability.  And the

13   government uses these documents as the bedrock of their

14   case, and they kept using it with the witnesses.  You

18:00 15   remember that?  Shoving it under their nose and saying

16   does that change your opinion?  Does that chase your

17   opinion?  And they said no.  Brown said no.  Mr. Abington

18   said "I don't know what this is.  I don't know what this

19   means.  I don't know what the provenance of this is."  And

20   Dr. Brown was clearly uncomfortable being asked about

21   documents which were presented to him line by line, a

22   paragraph here, an isolated sentence there.  Again, the

23   selective cherry-picking theme that I'm talking to you

24   about.  The failure, perhaps intentionally, of the

25   government to give you the whole picture so that you can

18:00  1    decide, so you have the fair amount of evidence before

2    you.  He reviewed Levitt's book.  Said it wasn't

3    scholarly.  You heard Mr. Dratel talk about this.

4            What are the sources?  Let's go back to the

5    sources here.  Levitt relies a lot on Israeli

6    intelligence.  And he said that the translations were

7    uneven and inaccurate.  And he relies on those Operation

8    Defensive Shield documents that were collected by Israeli

9    soldiers, and Dr. Brown said and Mr. Abington said this

10   evidence serves a political purpose.  A political purpose.

11   It's not a source to be relied on, and you know, because

12   the government wants to portray the defense witnesses as

13   being biased.  And Mr. Jonas or Mr. Garrett asked

14   Dr. Brown about HAMAS, what he thought about HAMAS.  And

18:00 15   he unequivocally claimed that HAMAS was leading

16   Palestinians into disaster.  That's his opinion.  That's

17   what he told you.  He defined HAMAS as an organization

18   that engages in terrorism, which is absolutely true and

19   which we denounce.  And it also does more that is not

20   terrorism which is also true.  Garrett took him –– Garrett

21   took him through the violence perpetrated on Israelis,

22   none of which Dr. Brown disagreed with.  None of which he

23   supported.  But what he did say was that the Israelis had

24   better information, more accurate, more reliable.  They

25   can do a better job.

18:00  1              Now, I want to turn my attention to a comment

       2      that Mr. Jonas made in his closing remarks.  And you

       3      remember Mr. Jonas telling you on Monday that designating

       4      HAMAS was the same thing as designating the Zakat

       5      Committees themselves -- that's their theory -- even

       6      though Zakat Committees weren't actually designated, and

       7      he gave you an analogy.  He told you that if the Dallas

       8      Cowboys were designated you wouldn't to have the offensive

       9      line separately designated to know you couldn't give it

      10      material support.  That's what he told you.  Now, I want

      11      your permission to pursue this analogy a bit further, and

      12      I'm not making light of it.  I'm not making light of it.

      13      But I need to make a serious point here.  So please bear

      14      with me for just a few minutes.  Let's start with who's on

18:00 15      that Dallas cowboys offensive line.  You remember that Mr.

      16      Abington and Mr. Brown told you on the boards of directors

      17      of Zakat Committees you could find maybe some HAMAS

      18      members, FATAH members.  Certainly not everybody was

      19      HAMAS.  And you know that HAMAS and FATAH are bitter

      20      rivals.  Kind of like the Dallas Cowboys and Washington

      21      Red Skins.  So let's suppose that Dallas offensive line

      22      has four Dallas Cowboys and three Red Skins, and you look

      23      at them and say what are those Red Skins doing in the

      24      Dallas offensive line?  Is this really the Dallas

      25      offensive line?  Recall the Zakat Committees are licensed

18:00  1    by the Palestinian Authority, the bitter enemy of HAMAS.

       2    It appointed board members and had the power to remove

       3    board members.  They could deny licenses to Zakat

       4    Committees.  That's what the evidence shows you.  So let's

       5    go back to Mr. Jonas's analogy.  Let's suppose you find

       6    out this couple of players, this, quote, Dallas offensive

       7    line not only has three or four Washington Red Skins on

       8    it.  You find out that the Red Skins coach can get rid of

       9    anyone on the line he doesn't like, even the Cowboys, and

      10    he can disband the whole unit if he doesn't like the way

      11    it runs its plays.  You are confused.  How can this be the

      12    cowboys offensive line when the coach is from the Red

      13    Skins and he gets to control?  Remember these Zakat

      14    Committees were formed many years ago before HAMAS

18:00 15    existed.

      16            Going back to Mr. Jonas's analogy you find out

      17    that the Cowboys' offensive line was formed years before

      18    the Dallas Cowboys enjoined the NFL back in 1960.  You

      19    with me?  Now you wander into the locker room where this

      20    offensive line gets ready, and you see on the wall some

      21    Dallas Cowboy picture, Tom Landry, Roger Staubach, and you

      22    see pictures of Washington Red Skins Gibbs and

      23    Worthington.  Just how can this be the Dallas Cowboys

      24    offensive you ask yourself when it has Red Skins posters

      25    hanging in the locker room?  You go and talk to a football

18:00  1    expert, and he tells you that the football teams have fans

2    who pay good money to see the games, and the teams want to

3    keep their fans, and they do everything to promote and

4    publicize their players to take credit.  So he says go

5    talk to fans.  You talk to Red Skins fans, Dallas Cowboy

6    fans, and you talk to lots of fans just like Mr. Abington

7    and Mr. Brown talked to lots and lots of Palestinians from

8    all walks of life.  And not a single one of those football

9    fans you talked to associates that group of players, the

10    offensive line with the Dallas Cowboys, not a single one.

11    Just like there is no evidence in this case that a single

12    Palestinian associates the Zakat Committees and the

13    charity they provide with HAMAS.  And the government

14    didn't bring you anybody to tell you that.  So now you are

18:00 15    thinking what about this Dallas Cowboy offensive line.  So

16    you go to the Commissioner of the NFL, who has a list, and

17    you ask the Commissioner -- just like the Treasury

18    Department has this list that tells the world who's a

19    terrorist.  And this list includes the football teams like

20    the Red Skins and Cowboys, and it has lists of coaches

21    like the Treasury Department, and the list has defensive

22    units like Sanabil and Al Saleh.  You look at this list

23    and go through it carefully just like we wanted you to go

24    through Defendant's Exhibits 963 and 1111, and you don't

25    find the offensive line that you are wondering about.

18:00  1    It's not listed, and the individual players aren't listed,

       2    not a single one.  So what do you have?  You have four Red

       3    Skins on the so-called Dallas Cowboys offensive line.  You

       4    have the Red Skin coach who approves the players and

       5    disbands the unit.  You have the locker room posters of

       6    Cowboys and Red Skins heroes.  Not a single fan recognizes

       7    this group as the Dallas Cowboys offensive line.  So you

       8    are convinced, but you take one more step.  You hire a

       9    lawyer just like the Holy Land hired John Bryant, and you

      10    go to the commissioner and sit down and ask him about it

      11    and the commissioner doesn't give you an answer.

      12           Ladies and Gentlemen, if everything happened

      13    just like I described it, there is no way that you would

      14    believe beyond a reasonable doubt that this group of men,

18:00 15    that this offensive line was the Dallas Cowboys offensive

      16    line, but that's what the government wants you to believe

      17    here, and remember Mr. Jonas in his closing remarks -- and

      18    I quote -- "If HAMAS cannot take credit, then the people

      19    will not know who to support."  I could not agree more

      20    with Mr. Jonas.

      21           What about the other witness we presented to

      22    you.  John Bryant.  You know the Holy Land Foundation --

      23    Look at who they hired.  John Bryant doesn't really have a

      24    dog in this fight either.  He was a U.S. Congressman for

      25    fourteen years.  Ambassador for Switzerland for a term.

18:00  1    He had a top secret clearance.  He was hired to

2    investigate and deal with it -- deal with these

3    unattributed newspaper reports dealing with the Holy Land

4    Foundation.  And he hear about Mr. Ghassan Elashi, that he

5    was worried about the reputation of the charity.  He cared

6    about that because he knew people would suffer.  They

7    ended up suing, the Holy Land Foundation.  He met with the

8    charge of the Israeli embassy to ask for guidelines.  He

9    said the reports were inspired -- Mr. Bryant -- that these

10   defaming reports were inspired by the Israeli government

11   or pro-Israeli lobbyists.  He told -- The Charge D'Affairs

12   told him he would get back to him, and when he didn't, Mr.

13   Bryant told you he called him, and what did the gentlemen

14   say?  I can't talk to you.  My government won't allow me

18:00 15   to talk to you anymore.  Mr. Bryant met with the FBI three

16   times.  Once in Dallas and twice in Washington, D.C., and

17   Mr. Elashi and Mr. Baker went with Mr. Bryant to the FBI

18   headquarters here in Dallas.  John Bryant met with the

19   Number 2 person in the counter-terrorism department.  He

20   told you that.  A gentlemen by the name of Mr. Jennings.

21   And what was the purpose of all of these meetings?  To

22   reach out and try to understand what were the sources of

23   these reports.  What can the Holy Land Foundation do

24   differently?  Were they doing anything wrong?  And you

25   heard in cross examination Mr. Bryant was asked you don't

18:00  1    expect the FBI to reveal a criminal investigation to you,

2    and Mr. Bryant said I expect my government to inform an

3    American citizen, to give him guidance in a complicated

4    area.

5           Now, the government must prove to you that

6    Ghassan Elashi -- And I'm quoting from the instruction

7    that you will get -- willfully committed the crimes

8    charged herein.  Willfully means the act to which it

9    refers was committed voluntarily and purposely with the

10   specific intent to do something the law forbids; that is

11   to say, the bad purpose either to disobey or disregard the

12   law.

13          Let's see what Ghassan Elashi says about

14   complying with the law.  Government's Exhibit 13-83 is a

18:00 15   conversation between Mr. Elashi and Shukri Baker that took

16   place on April 23rd, 1996, and I told you about this

17   conversation.  I told you about this conversation in my

18   opening remarks.  This conversation is very, very

19   important, we submit, to the determination of Mr. Elashi's

20   innocence.  Okay?  I am going to read you a few portions

21   of it, not the entire portion, and you can see what both

22   Mr. Elashi and Mr. Shukri Abu Baker were thinking on April

23   23rd, 1996.  And they are talking about this new law and

24   Shukri Abu Baker says, it is this article only.  It talks

25   about affiliates.  I mean in the legal language there is

18:00  1    no text relating to the affiliates.

       2            I am going to skip around.  And he says I think

       3    that's how they think they can stop those, by saying this

       4    is the list of all the organizations, foreign

       5    organizations.  And Ghassan says, I mean, are they going

       6    to go to the bank in Gaza and say that this so and so

       7    charitable organization, this charitable society and that

       8    university and this hospital are?

       9            And Shukri says, "The best is how they must do

      10    it."

      11            And Mr. Elashi says, "But this is injustice."

      12            And Mr. Baker says, "Of course.  Do you think

      13    we're speaking about justice?"  Here is what Mr. Baker

      14    says.  This is important for your consideration.  He said

18:00 15    "What was I telling you?  Whatever.  The law can have some

      16    interpretations, but there isn't much room for moving.

      17    Meaning, this is what is going to happen, that they will

      18    have to tell you what among the foreign organizations you

      19    were not allowed to deal with, and you have to abide by

      20    that.  I see most of the talk is going that direction, as

      21    little as they can do.  By God, close down or they will

      22    have to -- The burden of proof is there.  They have come

      23    up with the list.  Without that list I don't think they

      24    can enforce anything."

      25            Let's go on.  What does Mr. Elashi say?  He's

18:00  1    concerned.  "This means that they will have an economic

2    siege, the organizations which they think have a

3    connection with HAMAS inside Palestinian which constitute

4    a large segment of the sociable and charitable existence

5    of Palestine.  This is considered an economic siege over

6    the Palestinian people.  What this means is this issue is

7    a huge political issue."

8           Now, this is a wire tap.  This is a wire tap.

9    Unguarded remarks between Mr. Elashi and Mr. Baker.  And

10   it says "This issue is considered a crime.  I imagine it

11   is a crime.  Therefore, I imagine if anything like that

12   happens we have to be" -- What?  Does he say we have to

13   break the law?  We have to hide?  We have to conceal?  No.

14   He says, "We have to be very, very, very outspoken."

18:00 15   That's what he says.  And then he says and passionately,

16   "I don't care about the law," and Mr. Baker, "No, you have

17   to be."  And Ghassan, "Explain it to me."  And Shukri

18   says, "You have to be very outspoken because it is clear

19   they are going to -- they are going to -- that you are

20   singled out."  And Ghassan said, "I don't care, I don't

21   care about the law.  I care this is injustice, a sanction

22   against the Palestinian.  It is, yes.  And Shukri says,

23   "Meanwhile you have to abide by the law.  You can raise

24   your voice."  And what does Ghassan say?  He says, "I am

25   going to abide by the law because I won't be able to make

18:00  1    a transfer.  I know that.  But meanwhile, what I'm going

       2    to do" -- He's going to be severely outspoken.  "I am

       3    going to put my neck on the whole issue because this

       4    shouldn't happen."

       5            What is this?  This is a debate about the law.

       6    That's what this is.  This is a concern.  They are

       7    thinking down the line.  What is this going to mean to the

       8    charity?  And Ghassan, "Is it enough that Israel is

       9    placing a siege on the Palestinian people?  And then comes

      10    America with its might wanting to place a siege on a

      11    hospital."  And Shukri says, "They will be very clear that

      12    this siege -- After they release the list, it's going to

      13    be crystal clear that this is racism against the

      14    Palestinian people."  You know, they are just talking.

18:00 15    This is speech.  They are upset.  They are angry.  And

      16    Shukri goes on.  And then Ghassan says, "You know, I will

      17    tell them, fine.  Okay, you guys, I'm with you.  Send me a

      18    list of the organizations you consider to be terrorist

      19    organizations, and I won't send to them."  That's what he

      20    says.  We're just guessing because we don't know what they

      21    will be sending.  They don't know.  At that point, April

      22    23rd, 1996, guess what, no Zakat Committees on any list,

      23    and you know what?  Today, September 19th, 2007, no Zakat

      24    Committees on the list.

      25            And Ghassan says, "What I'm trying to say is

18:00 1    they will be sending you a list, and if you tell them,

2    okay, I am going to abide by your law, just give me the

3    list, and I'll do whatever you want, and then the matter

4    goes unchallenged politically and legally."  And we know

5    that Mr. Elashi is someone who challenges legally.  He

6    hires lawyers and goes and finds out what's going on.

7    He's not going to be silent.  He's not protecting himself;

8    he's thinking about the children and those needy families.

9    Ghassan says, "You understand me?  They tell you so and so

10   charitable organization which has three hundred orphans,

11   all of whom are children of families of martyrs, don't

12   send money to them because their parents were members of

13   Islamic Movement.  Are we going to say yes?  This is my

14   point.  Of course, I'm not going to be able to transfer

18:00 15   the money because even if you tried to transfer the money,

16   they will cut it off.  You won't be able to transfer it in

17   the first place.  Understand what I mean?"

18            And Shukri says, "Yes, yes."

19            And Ghassan, "But what is my answer to them?  I

20   think in my publication and everywhere I go I am going to

21   say this."

22            He's going to talk about it.  He's going to

23   complain.  That's who Mr. Elashi is because he's thinking

24   about the children.  He's thinking down the line.

25            And he says, "Okay, just give me the list, and

18:00   1    I'll make sure that I'm not going to transfer."

2         He understands he's got to comply with the law.

3    He knows that.  He doesn't like it, and he wants to

4    understand what the ramifications of it are.  So please

5    consider that evidence with respect to what Mr. Elashi's

6    state of mind was, and you are going to get a jury

7    instruction again for willfully.  And we know that the FBI

8    has been listening since 1993 to the Holy Land Foundation,

9    and they knew that Ghassan and Shukri had discussed the

10   list in 1996.  We know that.  There is the wire tap.  And

11   we know that they are waiting to see if the Zakat

12   Committees ever made it on the list.  We know that.  We

13   know they still haven't made it on.

14        And again, look at that jury instruction for

18:00 15   willfully.  Did Ghassan Elashi have the specific intent to

16   do something the law forbids with bad purpose?  No.  When

17   he hired a lawyer to go right to the FBI, to the State

18   Department, to the Israeli Embassy?  Is that how someone

19   who's intending to break the law acts or is that how an

20   innocent person behaves.

21        Now, let's look at the witnesses the government

22   presented to you.  And this is the instruction that the

23   Judge will give you about credibility.  This is the

24   instruction, and you must be guided by this, not only for

25   their witnesses but for our witnesses as well.  And you

18:00  1    know it's just common sense.  We have all met people who

       2    we think you know what?  He's a liar; I don't believe a

       3    word out of his mouth.  And you have met other people that

       4    you think they have real credibility; they have

       5    intregrity.  And that's what part of these instructions

       6    are telling you.  They are saying here are the different

       7    factors you should take into consideration when looking to

       8    see if they tell the truth.  Do they impress you as

       9    honest?  Do they have a reason not to tell the truth?  Do

      10    they have a personal interest in the outcome of the case?

      11    Did the witness have any relationship to the government or

      12    the defense?  Did they seem to have a good memory?  Did

      13    the witness clearly see or hear the things about which he

      14    or she testified?  Did the witness have the opportunity

18:00 15    and ability to understand the questions and answers?  Did

      16    the witness' testimony differ from the testimony of other

      17    witnesses?

      18          Let's start with Dr. Levitt.  He starts with a

      19    conclusion and ends with facts supporting it.  Mr. Dratel

      20    touched on it.  What I want to say to you is this.  Is

      21    Dr. Levitt, former FBI, Treasury Department agent -- does

      22    he have a relationship with government?  Yes.  Does he

      23    have an interest in the outcome in this case?  We submit

      24    he does:  Lobbyist for Israeli organizations.  His book

      25    HAMAS started out as a policy monograph.  You know what

18:00   1    that is?  That is a fancy word for propaganda.  Accuracy

2    is not the goal here, and we know that Dr. Levitt -- He

3    can't tell you what the inside of a Zakat Committee looks

4    like, but to say -- and I'm quoting -- "Oh, I'll have to

5    go to a Zakat Committee some day."  He can tell you what

6    the inside of the FBI looks like and the inside of

7    Treasury, but he can't tell you what the inside of a Zakat

8    Committee looks like, although he has been over there?

9    Did he have a personal interest in the outcome of this

10    case?  Did he have a relationship with the government?

11    Yes.

12            Now we come to Major Lior.  Not his real name.

13    Or as I like to call him one face of the occupier.  Now,

14    he was brought here to tell you about the Operation

18:00 15    Defensive Shield, and we know from Mr. Abington the former

16    Consul General in Jerusalem, the eyes and ears of our

17    country -- we know he told you that this Operation

18    Defensive Shield was a particularly nasty bloody incursion

19    by Israeli soldiers into the West Bank, literally

20    plundering all kinds of institutions.  And what did he

21    tell you about that?  Quoting from the transcript he said,

22    "They went into many industries and scarfed up anything

23    that seemed to have particular relevance."  They took bank

24    records.  They seized a wide variety of documents, and

25    after Operation Defensive Shield which essentially

18:00  1    destroyed the Palestinian Security Services, Israeli Army

       2    and Israeli undercover units operated at will throughout

       3    the West Bank and continue to do so to this day.  Seized

       4    documents and arrested people.  And that's basically the

       5    case for the last five or six years.  And we know from

       6    Nathan Brown, the advisor to U.S. intelligence agency that

       7    the Operation Defensive Shield took school secondary

       8    documents.  Those are children's records.  Children's

       9    school records.  Why would they take children's school

      10    records?  Why would they do that?  Well, Major Lior was in

      11    charge of all of that.  Now, he couldn't tell you exactly

      12    where those items that were paraded before you -- those

      13    key chains and posters -- were taken from or even

      14    presumably who took them, but they were taken from a

18:00 15    general locale.

      16            Go back to the instruction.  Did he have any

      17    particular reason not to tell the truth?  Did he clearly

      18    see or hear the things about which he testified?  He also

      19    shared with us through cross examination that for all he

      20    knew some of these items could have been retrieved from

      21    the trash can because he had orders to search the trash

      22    cans and he obeys orders.  Okay?  And you know that's

      23    important because it should weigh in your determination

      24    what, if anything, this evidence means, where this comes

      25    from.

18:00  1          Let's go to Avi.  Mr. Avi, not his real name.

       2   The second face of the occupier in this courtroom.  Now,

       3   the most powerful, richest government in the world, our

       4   government, they could scour the finest universities in

       5   the world for experts in the field of Zakat Committees --

       6   Oxford, Princeton.  They could go to governments of

       7   neutral countries.  They could go talk to ambassabors,

       8   consul generals.  They could talk to pollsters in

       9   Palestinian societies and bring you those experts to bring

      10   you the best evidence for their theory that these Zakat

      11   Committees are controlled by HAMAS.  And who do they bring

      12   to you?  They bring you the security agent of the foreign

      13   power -- and not just any foreign power but the occupier.

      14   They bring you the Israeli security agent to render an

18:00 15   opinion about Palestinian Zakat Committees.  Rather than

      16   bring you someone who can give you a good opinion, they

      17   bring you somebody who gives you the partisan party line

      18   because, Ladies and Gentlemen, this is the best they could

      19   do.  This is the only guy they could find to support this

      20   theory, this theory that people who know what they are

      21   talking about thoroughly discredit.  And you should be

      22   guided by the credibility instruction.  Was he honest?

      23   Did he have a personal outcome?  So what did he tell you?

      24   Remember he was offered to you as an expert.  And his

      25   Honor read you an instruction that his honor didn't

18:00  1    endorse any of the opinions of Avi, and in fact, you will

       2    get another instruction on expert testimony, and here is

       3    how it reads:  "Merely because such a witness has

       4    expressed an opinion does not mean that you have to accept

       5    that opinion."  You should judge his testimony like any

       6    other testimony.  You can accept it, reject it.  You can

       7    give it as much weight as it deserves and what did Avi

       8    tell you?  Well, he told you he had never been to a Zakat

       9    Committee.  He had never been to one.  Kind of like

      10    Levitt.  And he was asked, "Have you ever read a book

      11    about a Zakat Committee?"  And he said I never read --

      12    couldn't find a book about the specific Zakat Committees.

      13    Maybe he didn't hear about Dr. Levitt's book.  And then he

      14    was asked, "That's not my question.  Have you ever read a

18:00 15    book about Zakat Committees?"  And he said, "The book or a

      16    title?  You have to define a book about the subject matter

      17    of Zakat Committees.  I didn't read a book.  I assumed

      18    maybe there is.  I would like to read it."  That's what he

      19    said.  Did the witness clearly see or hear the things

      20    about which he has testified.

      21         Now, we learn in this trial, Ladies and

      22    Gentlemen, that Avi does not need to read or study about

      23    Zakat Committees because he has special abilities.  Avi is

      24    somebody who told you he can smell HAMAS.  Remember, he

      25    said the Nablus Zakat Committee was so permeated with

18:00  1    HAMAS, you could smell it.  The color of HAMAS, the smell

       2    of HAMAS, it's everywhere in the Nablus Zakat Committee.

       3    Now, this is remarkable given that, of course, Avi never

       4    set foot in the Nablus Zakat Committee or any other Zakat

       5    Committee, but he could smell HAMAS.  Of course, Mr.

       6    Abington, Dr. Brown dispute that.  Avi said that Hammimi's

       7    dispute with HAMAS was nothing but a family dispute and he

       8    was always HAMAS.  Remember that?  Well, the United States

       9    Government disagreed with him, and if you remember the

      10    testimony that the information agency that brought Mr.

      11    Hammimi over -- They read his name.  Remember that

      12    testimony?  They read his name as a background check to

      13    see if this guy was a criminal, was a terrorist.  Nothing.

      14    He was invited.  He was welcome.  But Avi knows better.

18:00 15    He considered InterPal and Al-Aqsa HAMAS charities.

      16    Remember that interchange?  The British charity committee,

      17    they investigated, and they cleared them, and Avi said,

      18    "Well, they clearly didn't have my evidence."  Clearly

      19    they didn't have any evidence.  What evidence?  What

      20    evidence is that?  Is it based on any scholarship, on any

      21    personal field experience?  This man has never been to a

      22    Zakat Committee, never read a book about Zakat Committees.

      23    Hasn't spoken to any donor families.  He claimed he looked

      24    at documents that occupying soldiers seized in military

      25    operations.  He watched some TV.  Go back to the

18:00  1    instruction.  Did he was any relationship with the

       2    government or the defense?  Avi considers all the Zakat

       3    Committees in the indictment HAMAS charities.  But the

       4    Israeli Government disgrees with him.  You know why?  You

       5    know how we know that?  Because they gave a license to the

       6    Jenin Zakat Committee which Avi said was HAMAS.  They gave

       7    them a license to build Al Razi Hospital in 1993.  That's

       8    Exhibit 1070.  Mr. Dratel referred to it.  And you

       9    remember what Avi said:  It was clearly HAMAS by 1991.

      10    That's what he said.  But his own government disagreed

      11    with him because they gave a license to build this

      12    hospital.  And remember Mr. Cline's cross examination of

      13    Avi about the boards of these Zakat Committees.  Very

      14    important, the boards of these Zakat Committees, for you

18:00 15    to determine and understand about control.  "Are the

      16    members of the boards of these Zakat Committees -- Do they

      17    have to be approved by the Palestinian Authority?"

      18            "Correct."

      19            "Your view is the Jenin and Nablus Zakat

      20    Committees are also HAMAS?"

      21            "Correct, that's my opinion."

      22            "Here is my question:  Do you know whether the

      23    Palestinian Authority had to approve the Zakat Committee

      24    boards during the period 1997 to 2001, the period -- the

      25    relevant period in this case?"

18:00  1          And he said, yes, they had to be approved by the

2     Palestinian Authority, the bitter foe of HAMAS.

3          THE COURT:  Ms. Moreno, you have thirty minutes

4     remaining.

5          MS. MORENO:  Thank you so much, your Honor.  Go

6     back to the analogy.  And Mr. Cline further asked him "At

7     least as of June 29th, 2001, they have not been

8     designated, correct?"  And he said correct.  "And to this

9     day they have not been designated?"  Correct.  You know he

10    summed up his opinion for you.  Avi said -- I don't know

11    if you caught this.  I thought this was very interesting.

12    He said "In Hebrew, we have an expression.  It is 'This is

13    the whole story in one leg.'"  You cannot stand on one

14    leg, Ladies and Gentlemen.  And that's what the testimony

18:00 15    of Mr. Avi was about, and that's what the government's

16    theory of prosecution is about.  And we know, of course,

17    that Avi considered the Holy Land Foundation a HAMAS

18    charity, but we also know that Palestinian Authority

19    Ministeries, a bitter foe of HAMAS, disagreed with him.

20    How do we know that?  They praised the work of the Holy

21    Land Foundation.  And we also know that Mr. Abington met

22    daily with Yasser Arafat.  Remember he said four or five

23    times a week.  Did Yasser Arafat ever tell him that the

24    Holy Land Foundation or these Zakat Committees were HAMAS?

25    No.  Avi said in his opinion investing in education serves

18:00  1    HAMAS's goals.  Remember his theory —— You know what?  You

       2    know what he's telling you really?  He's telling you that

       3    Palestinian children should not be educated.  That's what

       4    Avi is telling you.  That's what he believes.  We know

       5    from Mr. Abington that occupational forces believe the

       6    same when they would close down schools for years.  That's

       7    what he told you.  Schools were closed down for years.

       8    Avi doesn't believe in providing humanitarian support and

       9    aid to children.  Remember he was talking to you about

      10    this suicide culture, and he said even if they support

      11    kids —— these funds support kids with humanitarian aid ——

      12    what is the point with the humanitarian assistance?  What

      13    is the point in helping these children if that's what they

      14    are being taught?  Avi talks about encouraging the suicide

18:00 15    culture of children with absolutely no recognition of the

      16    violent circumstances that his own government rains down

      17    on Palestinian children.  He doesn't care about

      18    Palestinian children.  I think Avi forgot in an American

      19    courtroom he was obligated to give you credible, authentic

      20    and honest evidence.  You look at the jury instruction.

      21    He violates almost every single rule.

      22         My cross examination of Agent Burns.  Again, the

      23    Document 4-21 that the government keeps using, and I think

      24    we clearly established that in that document what the

      25    social and charitable work that was discussed is under the

18:00  1    department of the what?  The Muslim Brotherhood, not

       2    HAMAS.  So their theory in that regard is thoroughly

       3    discredited.  And I'm not endorsing that document by the

       4    way.  That's one from that black hole of Mr. Ashqar's

       5    residence.  We don't know who wrote it, why they wrote it.

       6    We don't even know if they even knew what they were

       7    talking about.  But that's what their document says.  They

       8    don't like what their own evidence says.

       9            On the deportee issue, you heard a lot about

      10    those deportees.  You might even see the video run more

      11    times about those deportees.  Okay?  Here is what we know

      12    about those deportees that we found out in cross

      13    examination through Lara Burns.  Four hundred fifteen

      14    people were plucked from the Occupied Territories and

18:00 15    taken and dumped in Lebanon, and that's what we know.  And

      16    some of them, no question were HAMAS.  Absolutely no

      17    question about it.  No question.  They were taken from

      18    their homes and put in this forest.  But you know that

      19    created a crisis, and we as a people, Americans, we don't

      20    believe in the punishment of exile.  We don't exile

      21    people.  So we joined the international community, the

      22    United Nations Resolution 799.  Remember that?  The U.N.

      23    Resolution 799.  And this is when the United States joined

      24    the world in condemning the deportation of these people,

      25    and it said they strongly condemn the actions taken by

18:00  1    Israel, and they demanded that Israel, the occupying

2    power, insure the safe and immediate return to the

3    Occupied Territories.  That's what the U.S. Resolution 799

4    says about those deportees.  There is no question that

5    some of them were HAMAS.

6         But think of the actions behind it.  My cross

7    examination of Agent Burns on the issue of martyrs.  Just

8    briefly.  You know, I just want you to remember about

9    Elbalbissi.  He was the paramedic whose family was on that

10   tape, the tape the government didn't play you that part.

11   They don't want you to know about that part.  Mr.

12   Elbalbissi was shot while he was trying to save the life

13   of another Palestinian child who was shot.  And he was

14   considered a martyr, and the child was considered a martyr

18:00 15   and Agent Burns agreed with me about that.

16        The daily life of Palestinians.  You know, what

17   we know is that it's harsh, and it's a cruel occupation.

18   We know this.  We have heard evidence.  It's tragic,

19   depressing, sad.  This is what the Holy Land Foundation,

20   however, was responding to.  That's what they were

21   responding to.

22        We heard about the exclusive use of roads.  We

23   heard that after the massacre at the mosque -- twenty-nine

24   Muslims were praying -- by Barouk Goldstein.  We heard

25   that Israel imposed a two-month curfew on the Palestinians

18:00  1    and established easier access for Jewish people to pray at

2    that site and diminished the access for the Palestinians

3    to worship.  It seems a cruel irony that after the mass

4    murder of Palestinians that Palestinians should be

5    punished.

6         Remember what did Abington tell you, the daily

7    life of Palestinians.  He talked about the exclusive use

8    of roads and about how they take over the land.  Okay?

9    And he talked about the home demolitions, the destitute

10   families, and he said that Palestinians had no legal

11   rights.  That's what he told you.  And he told you that

12   Israel was currently holding ten thousand Palestinians

13   under detention and never tried them.  He told you that

14   people get arrested -- people get arrested for having the

18:00 15   Palestinian flag, for having candles with the colors of

16   the Palestinian flag.  That's what he told you.  Do you

17   think he was lying to you about that?  He told you that no

18   child should ever have to die like this.  He told you

19   about the eleven year old Palestinian boy that was kicked

20   to death by Israeli security guards in a Jewish settlement

21   near Bethlehem.

22        Edward Zeid.  Edward Zeid was a

23   Palestinian-American professor at Colombia University.  He

24   heard about Edward Zeid.  You heard about him.  Matthew

25   Levitt talked about him, and his voice was a respected

18:00  1     voice on the issue of Palestinian and Israeli people.  And

       2     he described the Palestinians as victims of victims.

       3     Victims of victims.  And you wonder in looking at this

       4     kind of graffiti that he was right.

       5          Now, he talked about this calendar.  You

       6     remember the calendar, this calendar that Mr. Jonas

       7     pointed out to him.  There was twelve pictures, this

       8     school calendar that was taken.  There are twelve pictures

       9     on this school calendar.  Okay?  Twelve pictures.  What

      10     does Mr. Jonas do?  Again, back to the selective bias.  He

      11     looks at two pictures out of the twelve.  You can look at

      12     this in the deliberating room.  Okay?  You can look at

      13     this, and there are pictures of a soldier with children, a

      14     child throwing stones, a child running, a child in a

18:00 15     demolished home.  This is about the violence against

      16     children.  That's what this is about, but Mr. Jonas wanted

      17     the witness to focus on the burned up bus, which by the

      18     way there is no evidence that anybody in this case

      19     supports burned out busses.

      20          And certainly Mr. Elashi doesn't support

      21     violence against innocent civilians, but Mr. Jonas wanted

      22     the witness to focus on two pictures and not the rest of

      23     them.  They keep running these videos for you, these

      24     tragic videos of children and these war skits with these

      25     suicide vests.  You know Holy Land Foundation, Ghassan

18:00  1    Elashi, had nothing to do with those videos.  These are a

       2    6 series of videos, not found at the Holy Land Foundation,

       3    not found at Infocom.  Ghassan Elashi didn't discuss this

       4    video, didn't endorse these videos, nothing to do with

       5    Ghassan Elashi, but they played them over and over, and I

       6    suspect that Mr. Garrett is going to play them again for

       7    you, and I ask you when he does that, who's really

       8    exploiting the children in this courtroom?  There is a

       9    video that they will probably play for you again, and in

      10    it -- It's the one with the child with the suicide invest.

      11    In it a girl says the following words.  She says, "You do

      12    not know me, oh, soldier.  You are afraid of my childhood,

      13    afraid of my small fingers and of my dreams.  You can

      14    grasp the color of my shirt, but you will not be able to

18:00 15    grasp my heart.  You are afraid of my toy and notebook and

      16    my books.  And you are afraid of my toy and notebook and

      17    my books.  And I am looking you in the eyes.  I'm looking

      18    you in the eyes.  What right do you have for me to give

      19    you my homeland?"  You have to look at the context, what

      20    inspires children to do this, to have these.

      21         Let me tell you something.  In America, children

      22    can play violent video games all day long.  They engage in

      23    virtual games of violence, violent TV.  But in America,

      24    they can shut off the fantasy of violence and retreat to

      25    the safety and comfort of their beds and homes.  The

18:00 1   children in Palestinian cannot turn off the fantasy of

2   violence.  They live in a state of war.  They see the

3   graffiti.  They see their fathers can't go to work because

4   of checkpoints.  They have no privacy.  This is how the

5   children of Palestine live.  This is who the Holy Land was

6   helping, not encouraging the culture of suicide.  This is

7   a family that doesn't have a front door.  They have a torn

8   blanket for their front door.  This is how the children of

9   Palestine live.

10          Very briefly, just some final matters.  Adli

11   Yaish, he told you that the government met with him six

12   times, and they never called him to the stand, and he said

13   the Holy Land Foundation books were open and transparent.

14   He told you there were yearly independent audits of the

18:00 15   Holy Land and the support was only to the needy.  He told

16   you there wasn't any fraud in the tax returns.  And the

17   government -- Here we go, Government's Exhibits 11-20 from

18   1992.  And we see that it's listed that Mr. Marzook -- Mr.

19   Marzook, $210,000.  There it is, 1989 through 1992.  Again

20   down here.  $210,000.  We see that.  And you know what?

21   There is no deceit.  There is no concealment, and more

22   importantly in 1992, there is absolutely no crime.

23   Absolutely no crime.

24          Now, I just want to briefly say to you that if

25   you find that Ghassan Elashi did not support HAMAS and he

18:00 1    did not support HAMAS, then you have to acquit him of the

2    money laundering and tax charges because it's the same

3    theory.  If you are not absolutely convinced he supported

4    HAMAS, you must acquit on all the charges.

5          Briefly, some responses to Mr. Jonas closing.

6    He showed you Exhibit 3-8 about Ghassan Elashi going to

7    Britain and insinuating that Ghassan Elashi was setting up

8    some sort of international network charity.  There is no

9    evidence of that.  That's just another insinuation.  There

10   is absolutely no evidence.  He just went to Britain.  No

11   evidence that he met with anyone, talked with anyone,

12   organized any kind of a network charity.  They don't have

13   the evidence to tell you it exists when it doesn't.

14         13-21, the conversation between Shukri and

18:00 15   Ghassan about the Dallas Morning News.  You know what?  It

16   doesn't suggest that the Holy Land Foundation is

17   associated with HAMAS.  It's what the editorial writing

18   means.  Take a look at the conversation.  They are

19   manipulating what the conversations really mean.

20         We have heard about the First Amendment in this

21   case, associational evidence and the discussion of free

22   speech, and you know the founding fathers put free speech

23   first.  That's how important it is, and you have to keep

24   in mind the First Amendment when you are looking at these

25   conversations and perhaps some of the comments that you

18:00  1    see of Mr. Elashi or others in these conversations.

2              We have heard about the Israelis visiting the

3         sins of the father on the child.  We have heard about that

4         and their collective punishment of house demolitions.

5         That's a very alien concept to Americans.  We don't do

6         that.  We don't believe in that.  We don't punish children

7         for the sins of their fathers, and as Mr. Westfall

8         discussed with you yesterday, we don't convict people on

9         the basis of their associations.  That's in the First

10        Amendment.  Freedom of association.

11             In this trial, the government wants to visit the

12        sins of the half brother of the HAMAS leader and visit the

13        sins of the cousin of Mr. Ghassan Elashi and visit the

14        sins of unknown authors and unknown parties against these

18:00 15   men.  This is unAmerican, Ladies and Gentlemen, and you

16        should reject this.  Mr. Jonas ended his closing argument

17        with a cynical remark about Holy Land helping to create

18        widows and orphans.  That's what he said.  It's insulting.

19        It's an insult to the work for twelve years, the millions

20        of dollars.  Take a look at Defense 10-93, the grants

21        list, the list of grants of projects of the Holy Land.

22        That begins in 1993, begins in 1993 with aid to needy

23        families, and it ends with aid for the Friends of the

24        Blind Association in the year 2000.  Creating widows and

25        orphans?

18:00  1          Now, I wonder where those families go now.

2      Where do those children go?  Where do those needy families

3      go?  Do they go to the Government of Israel?  Does the

4      cynicism and cruelty of this prosecution inspire any hope

5      that these people will be helped.

6              Ladies and Gentlemen, this case will say a lot

7      about us as a people.  You took an oath that requires that

8      you must take into account the views of your fellow

9      jurors.  But after hearing those views and considering

10     them, if your conviction still compels your vote, you hold

11     fast in that.  When you go into that deliberating room

12     without lawyers, without a judge, the system leaves it up

13     to you.  It honors you.  Only you can preserve the

14     intregrity of this process.  You know, this is the one

18:00 15  time in your life when you know that your vote really

16     matters.

17             When I sit down, Mr. Garrett will get a chance

18     to give a rebuttal, a summation that I will not have a

19     chance to answer, and those are the rules, and that's

20     correct because they've got the burden of proof.  They

21     have to prove these charges beyond not some reasonable

22     doubt -- every single reasonable doubt against Ghassan

23     Elashi.

24             And we hope you remember that is their burden.

25     We're asking you to be courageous, to -- Please to look

18:00  1    beyond the fear, beyond the fear that they are trying to

2    impose in this courtroom.  Look beyond the prejudice and

3    look beyond the politics of this cynical prosecution.

4    Ghassan Elashi did all he could to support and comply with

5    the law.  He did not support HAMAS.  He supported his own

6    people.  We want you to use your common sense, Ladies and

7    Gentlemen, and your sense of justice and the evidence

8    requires and justice compels you to return a verdict on

9    behalf of Ghassan Elashi on all counts of the indictment.

10   Thank you.

11            THE COURT:  Ladies and Gentlemen, we'll take our

12   mid-morning recess at this time.  We'll be in recess until

13   10:50.

14            (Recess)

10:51 15            THE COURT:  Ladies and Gentlemen, the last of

16   the closing arguments will be presented by the government

17   in the person of Mr. Garrett.

18            Mr. Garrett, you have about two hours and forty

19   minutes of the time allocated to the government remaining.

20   So I think it's inevitable that we have to break up your

21   presentation.  We don't have to do it exactly at noon if

22   that's a bad place, but I would like to do it within five

23   or ten minutes of noon.  So you might be looking for a

24   good place to recess so I don't arbitrarily interrupt an

25   important point for you.

10:52 1          Would you like any warnings from me about your

2    time?

3          MR. GARRETT:  Not because of the lunch break,

4    your Honor.

5          THE COURT:  Thank you.

6          MR. GARRETT:  Please the Court.

7          THE COURT:  Yes, sir.

8          MR. GARRETT:  Ladies and Gentlemen of the Jury,

9    Defense Counsel, Members of the Prosecution, Ladies and

10   Gentlemen.  Now I get to say you are at the end of the

11   road.  This is it.  It's almost yours.  This is what we

12   call rebuttal.  This is where the United States gets the

13   opportunity to stand up and talk about some of the things

14   the defense said, some of the points that they have tried

10:53 15   to make with you.

16          It's also an opportunity for us to do what I

17   think is most important and bring you back to center,

18   bring you back to what is important, bring you back to the

19   questions that you must answer and take you away from the

20   questions that you don't have to answer.

21          I will tell you in all candor there is a real

22   temptation when you are sitting here and you are listening

23   to that and you are called out -- that you are lying,

24   misrepresenting, hiding, concealing -- that's hard.  Maybe

25   that's how I was raised.  Maybe that's who I represent.  I

10:53  1    don't know.  Maybe it's as much about my personality as

       2    anything.  It's part of me where my head wants to spin

       3    around when I hear that.  But there is another part of me

       4    that sits back and says that's okay because that's all

       5    they've got.  I am going to bring you back to center.  I

       6    am going to bring you back to the questions that you need

       7    to answer, and at the end of the day, it's up to you to

       8    decide who's leading or who's misleading, and I'm okay

       9    with that.

       10           Back to basics.  What we have asked of you folks

       11   is entirely unreasonable, to come in here and sit for

       12   seven or eight weeks and listen to us talk incessantly,

       13   look at literally hundreds and hundreds of documents.

       14   That's unreasonable.  You came in here and asked for a

10:55  15   drink of water, and we turned on the firehose.  That's

       16   unreasonable.  I want you to take your time.  I don't want

       17   you to rush to judgment.  I want you to look at our

       18   evidence.  And I want you to -- I want you to look at

       19   their evidence.  We do have the burden of proof, Folks.  I

       20   take it.  I embrace it.  No one will believe more strongly

       21   in this system than I do.  I accept it.

       22           What do I want you to use more than anything

       23   else when you do your job?  More than anything else I want

       24   you to bring your life experiences.  I want you to bring

       25   your common sense, your God-given common sense and reason.

10:55  1    That is all you need.  You don't have to have a Ph.D. from

       2    Princeton.  You don't have to have a lot of the

       3    credentials from these other folks you have heard about.

       4    You just need good God-given common sense.

       5         There is an instruction that the Court is going

       6    to give you that I want to quote from, and it's perhaps

       7    the most important instruction you may read.  On Page 2,

       8    the Court will tell you, you should consider only the

       9    evidence.  "You are permitted to draw such reasonable

      10    inference from the testimony and exhibits as you feel are

      11    justified in the light of common experience.  In other

      12    words, you may make decisions and reach conclusions that

      13    reason and common sense lead you to draw from the facts

      14    that have been established by the evidence."  In other

10:56 15    words, it's okay -- and in fact, it's expected -- that you

      16    use your common sense and your common experience in

      17    looking at this evidence and putting evidence together.

      18    That's the reason we don't have juries made up of just

      19    auditors.  Our system contemplates a jury made up of

      20    persons from all walks of life, from all experiences in

      21    life, who bring their common sense and reason into the

      22    juryroom.  That's what our system is based upon.

      23         Back to basics.  Back to basics.  The defendants

      24    are correct that HAMAS was not designated until 1995.

      25    Why?  There was no such law until 1995.  Charter member,

10:57  1  HAMAS, 1995 law.  Charter member of the 1996 law beginning

2  in 1997 when it came out.  HAMAS.  But the story must be

3  told from the beginning.  To understand the actions of

4  these defendants and what they did, you must understand

5  the story from its beginning, and that's why we took you

6  through this story from its beginning, a story which began

7  with the intifada in 1987, HAMAS's birth and the creation

8  of the Palestine Committee in the United States which gave

9  birth to the Holy Land Foundation.

10         After the intifada in 1987, Sheikh Ahmad

11  Yassin -- And you heard that name a lot.  He was the

12  leader of the Muslim Brotherhood in Palestine -- would

13  become the founding father, the spiritual leader of HAMAS.

14  Sheikh Yassin and his followers decided to create a new

10:58 15  resistance arm, a new organization born in the bosom of

16  the Muslim Brotherhood, just as it said in the documents,

17  just as it was said by Dr. Levitt, just as it was said by

18  Dr. Brown.

19         At the same time, the Muslim Brotherhood general

20  leadership issued directives to various nations that had a

21  Muslim Brotherhood presence to form Palestine Committees

22  dedicated to furthering and strengthening Sheikh Yassin's

23  machinery that he established in Gaza to lead the

24  resistance.

25         There has been some talk about this "hearts and

10:59   1   minds," and we're going to talk more about hearts and

        2   minds.  Rest assured.  But it all begins with HAMAS's

        3   charter and how HAMAS itself views social work.  From

        4   Government's Exhibit 3-36 -- This is one of those black

        5   hole documents.  We're going to talk a lot about the black

        6   hole documents.  3-36 is a copy of the HAMAS charter that

        7   you all heard about in your testimony.  Article 21 of

        8   HAMAS's own charter, HAMAS's own words:  "Part of the

        9   social welfare is providing aid to everyone who's in need

       10   of it, be it material or spiritual or collective

       11   cooperation to complete some works and upon the members of

       12   the Islamic Resistance Movement to look after the needs of

       13   the population as they would for their personal needs and

       14   an obligation upon them is that they should not spare an

11:00  15   effort in not realizing it, protecting it, and they should

       16   avoid without foul play what might affect the future

       17   generations or what shall return any loss to their

       18   society.  Because the masses is from them and to them. Its

       19   power is their power.  It's future is their future.  A

       20   duty upon all members of the Islamic Resistance Movement

       21   is to take part in the people's happiness and grief, and

       22   there they should take as their duty perceiving the

       23   people's demands and what realizes the people's benefit,

       24   and when this spirit of cooperation overwhelms, love will

       25   be deepened and cooperation and mercy will exist and ranks

11:01 1    will be strengthened in confrontation with the enemies."

2    That's how HAMAS, in its own words, views social work.

3           We brought you 3-1 which was the Central

4    Committee organizational chart.  The Central Committee in

5    3-17, same thing as the Palestine Committee.

6           This is the chart of the Central Committee for

7    1991.  You see the president, the industry committee and

8    the organizations which include the IAP, the UASR, the

9    Occupied Land Fund, which is the Holy Land Foundation, as

10   part of this Palestine Committee.  On into the content of

11   the document it describes the members, the head Mousa Abu

12   Marzook.  Dr. Levitt testified in 1989 he assumed a

13   position of leadership of the HAMAS terrorist organization

14   worldwide.  The man who would be the number one leader

11:03 15   worldwide in the HAMAS terrorist organization set atop

16   this committee with these defendants.  Is it a

17   coincidence?  We'll talk more about coincidence.

18          The government also brought you 4-1 which is out

19   of the home of Mr. Ashqar, another one of the

20   coconspirators in this case.  That document listed the

21   membership of the Palestine Committee which included, of

22   course, at the top Mousa Abu Marzook but also the

23   Defendant Ghassan Elashi, the Defendant Shukri Abu Baker

24   and the Defendant Mohamed El Mezain in addition to Mr.

25   Ashqar and Mr. El Barasse.

11:04   1            We brought you 3-83 which described really the

        2       color of the group in America, and I quote just briefly.

        3       "The general strategic goal of the group in America which

        4       was approved by the Shura Council in the organizational

        5       year of the conference in 1987" -- Again, the year

        6       beginning the intifada, this organization and HAMAS -- "is

        7       enablement of Islam in North America, meaning establishing

        8       an effective and stable Islamic Movement led by the Muslim

        9       Brotherhood which adopts Muslims's causes domestically and

       10       globally and which works to expand the observant Muslim

       11       basis, aims at unifying and directing Muslim efforts,

       12       presents Islam as a civilization alternative and supports

       13       the global Islamic state wherever it is.

       14            "Understanding the role of the Muslim

11:05  15       Brotherhood in North America:  The process of settlement

       16       is a civilization jihadist process with all the word

       17       means.  The Ikhwan must understand that their work in

       18       America is a kind of grand Jihad in eliminating and

       19       destroying western civilization from within and sabotaging

       20       its miserable house by their hands and the hands of the

       21       believers so that it is eliminated and God's religion is

       22       made victorious over all other religions.  Without this

       23       level of understanding, we are not up to the challenge and

       24       have not prepared ourselves for Jihad.  It is a Muslim's

       25       destiny to perform Jihad and work wherever he is and

11:06  1   wherever he intends until the final hour comes, and there

       2   is no escape from that destiny except for those who chose

       3   to slack.  But with the slackers and the mujahideen the

       4   fight be equal."

       5       We brought you 3-5.  These are just sentences.

       6   It's a report from 1989 to 1990.  Involves the Islamic

       7   Association for Palestine, the Occupied Land Fund -- the

       8   defendant, the Holy Land Foundation -- and the UASR.

       9   Talking about its achievements and its celebrations and

     10   festivals which you have seen plenty of.  At the very end

     11   on the recommendations and suggestions of the committee,

     12   "The Palestine Committee asks the government for moral

     13   support for this work and the committee overseeing it as

     14   it represents a strong arm and one which is specialized in

11:07 15   defining the Islamic cause in Palestine and support for

     16   the emerging movement, the HAMAS movement."

     17       We brought you 3-15.  I want to read a couple of

     18   segments of 3-15.  "Palestine is a land which God the

     19   Almighty has honored with the blood of the companions

     20   which watered its soil charting a path on which all great

     21   heroes such as Al Qassam, Al Husseini, Al Zeer, Jamjoun

     22   and Al Sa'adi and other grand Muslim men marched.

     23   Palestine is a land which moved from one honor to another

     24   by the arrival of the 20th Century innovator, Martyr Imam

     25   Hassan Al Banna, and they transferred it to the Muslim

11:08   1   Brotherhood Movement and branches for the Ikhwan were

2   formed in the cities of Palestine in the early forties.

3   Palestine is one for which the Muslim Brotherhood prepared

4   armies made up from the children of Islam and the Arab

5   Islamic nations to liberate its land from the abomination

6   and defilement of the children of the Jews, and they

7   watered its pure soil with their honorable blood which is

8   sprouted into a Jihad that is continuing until the day of

9   resurrection and provided a zeal without relenting, making

10   the slogan of its children "It is a Jihad for victory or

11   martyrdom.

12   "The Palestine Committee in the Countries:  With

13   the growth of blessed intifada and the spread of the

14   spirit of Jihad amidst the children of Palestine and the

11:09 15   nation, it became incumbent upon the remainder of the

16   Ikhwan branches to play a roll in attributing this

17   intifada and this Islamic action to Palestine.  Therefore

18   a resolution was issued by the Guidance Office and Shura

19   Council of the International Movement to form 'Palestine

20   Committees' in all the Arab, Islamic and Western nations

21   whose job it is to make the Palestinian cause victorious

22   and to support it with what it needs of media, money and

23   men and all of that.

24   "The Islamic Resistance Movement:  With the

25   increase of the intifada and the advance of Islamic action

11:09  1    inside and outside Palestine, HAMAS provided through its

       2    activities in resisting the Zionist occupation a lot of

       3    sacrifices from martyrs, detainees, wounded and fugitives

       4    and deportees, and it was able to prove that this is an

       5    original and effective movement in leading the Palestinian

       6    people.  This Movement, which was bread in the bosom of

       7    the mother movement, Muslim Brotherhood movement, restored

       8    hope and life to the Muslim nation and the notion that the

       9    flare of Jihad has not died out and the banner of Islamic

      10    Jihad is still raised.

      11            "When work developed, the intifada started and

      12    HAMAS was formed and the general apparatus for Palestine

      13    developed and in light of the resolution of the Guidance

      14    Offense and the Shura Council the general director of the

11:10 15    apparatus came and met with the leadership of the movement

      16    in America in 1988.  After discussions and agreement, a

      17    Palestine Committee was formed under the supervision of

      18    the executive office."  The committee was then tasked with

      19    supervising all the organizations which served the plan of

      20    the movement, domestically and internationally, in

      21    addition to the Palestinian cause.  Among these

      22    organizations were the IAP, the Islamic Association for

      23    Palestine, the Occupied Land Fund -- the Holy Land

      24    Foundation -- and the United Association for Studies and

      25    Research" --  All part of the charter on 3-1 -- "Like

11:11   1    other directors of the Movement, committees and sections,

2    the Director of the Palestine Committee is to submit

3    periodic reports and adhere to the direction and guidance

4    and leadership of the group.

5         "The Palestinian cause -- or say Islam's cause

6    in Palestine -- needs today an effective and distinguished

7    role for the grand Islamic movement as one fortified wall

8    behind its leadership represented by the Shura Council and

9    a strong support for their tool, their striking wing,

10    HAMAS.

11         "To conclude this memo, we stress to our

12    brothers the need to stand behind this blessed Islamic

13    action so that God the Almighty make available or make

14    available to us through it a field for Jihad in which we

11:12  15    teach the enemies of God the lessons of prophets and the

16    mujahideen and triumphing over them or martyrdom for the

17    sake of God."

18         Do you recall the videos?  I'm not going to play

19    them anymore.  I may play one at the end.  But I'm not

20    going to play them anymore.  Do you recall the videos?

21    The videos taken from their premises, taken from Mr. Fawaz

22    Mushtaha involving these defendants?  Do you remember the

23    songs?  Do you remember the skits?  Do you remember the

24    children?  Do you?  Were they just words to a song, words

25    to an ode to HAMAS?  Were they just words to a skit?  Were

11:13   1    they just words or did they make a lot of sense?  When we

       2    judge those words, those actions, we judge those songs in

       3    the context of the documents that we brought before you.

       4    Did you look in their eyes?  Did you watch their bodies?

       5    Did you listen to their words?  Did they appear casual or

       6    disconnected from those words?  Do you think their passion

       7    and commitment to HAMAS and what it stands for is

       8    uncertain?  Is it hesitant?  Is it not fully committed?

       9    Is it a casual interest?  Or is it something much deeper?

      10    Is it something much, much more profound?

      11           They want you to question the reliability of the

      12    3 series and 4 series documents.  I don't think so.  Those

      13    documents were not flown here from the Netherlands.  Those

      14    documents were not rehearsed.  Those documents were not

11:14 15    groomed.  Those documents, Folks, were never intended to

      16    see the light of day.  Did we get a break by getting them?

      17    I'll take lucky or good any day.  We did.  You look at

      18    those documents.  You read the writing.  Some of it is

      19    handwritten.  Judge them against each other.  Judge them

      20    against documents taken out of their premises.  Judge them

      21    against documents taken from Mr. Ashqar.  Judge them

      22    against the videos, these songs, these skits, these

      23    people.  You tell me.  Does it all make sense or is it a

      24    coincidence?

      25           They want to talk about the First Amendment.

11:15   1    I'm all behind the First Amendment.  You bet.  It is one

        2    of the pillars of our country and one of the things that

        3    makes us great.  I fully support it, and on this occasion

        4    I appreciate it because it tells us who they are.  It

        5    tells us what they believe.  Am I asking you to send them

        6    to prison because of what they said or what they believe

        7    by itself?  No.  And the Judge will instruct you, you

        8    better not.  But do I want you to take what they say, what

        9    they believe and interpret the evidence and interpret

        10   their intent and knowledge and where they are sending

        11   their money?  You bet.

        12           Speakers, let's talk about speakers.  That's

        13   something I like to do so I want to talk about it.  I

        14   asked Agent Miranda on his direct examination "Why do you

11:16   15   care about speakers?"  "Well, they are a fundraiser, and

        16   who raises their funds is important."  Do you agree?  Who

        17   raises their money?  Who raises their funds?  This

        18   organization that, like HAMAS, was born in the bosom of

        19   the Muslim Brotherhood to support, defend and promote the

        20   flare of Jihad as a fundraiser, is it important?  Take a

        21   look.  I had a lot of fun made of me about these orange

        22   dots, but I was trying to make a point.  That's who raised

        23   their funds.  That's who raised their money.  HAMAS,

        24   Islamic Action Front -- associates of Mousa Abu Marzook,

        25   the number one leader of HAMAS.  Coincidence?  Surprise?

11:17   1    Or absolutely consistent.  This list was created in 1999.

        2    And in addition to HAMAS leaders, you see people from the

        3    Islamic Action Front.  Islamic Action Front, not

        4    surprisingly, is the Muslim Brotherhood's party in Jordan,

        5    the organization that shared an office and phone and fax

        6    number with Mr. Goshbeh.  You remember the letters sent

        7    from the HAMAS spokesman Ibrahim Ghousbeh, sharing the

        8    office with the Islamic Action Front.  The Islamic Action

        9    Front Document 1-334, taken from the Holy Land Foundation,

       10    in 1993 to 1997, campaign literature of candidates for the

       11    Islamic Action Front in Jordan which listed a number of

       12    these people.  In fact, there are thirteen speakers.  And

       13    in it was its statements on the Palestinian Cause Level

       14    which included "Our conflict with the Jews is a

11:18  15    religious-civilization conflict which cannot be terminated

       16    with peace agreements.  It's a conflict of existence."  A

       17    conflict of existence.  For what does HAMAS seek?  The

       18    annihilation of a civilization.  The annihilation of a

       19    people and "not a conflict of words."  "Jihad is the path

       20    to liberate Palestine, something which requires the

       21    jihadist mobilization of a nation, the lining up of all

       22    resources and the mobilization of all capabilities to

       23    confront the imperial Zionist attack."  Those are the

       24    words of the Islamic Action Front.

       25         Mr. Deeb Anees.  There has been some discussion

11:19   1   about a phone call in 1999 with Mr. Deeb Anees.  I don't

        2   know if you recall Mr. Deeb Anees is on this pamphlet from

        3   1993 to 1997, election for the Islamic Action Front.  But

        4   1999, there is a conversation with Mr. Baker and Mr. Odeh.

        5   And they talk about Deeb Anees.  Mr. Westfall brought this

        6   up and said to you that they disassociated with Mr. Deeb

        7   Anees because he supports HAMAS.  "He aligned himself with

        8   HAMAS" I believe is the words he used.  Folks, I don't

        9   think that's a strike.  I think that's a credential to

       10   these folks.  Look at the conversation.  13-176.  Take a

       11   look at it.  "My son" -- Shukri Abu Baker speaking.  "this

       12   man collects funds flatly and publically for the benefit

       13   of SAMAH" -- HAMAS -- "and her sister.  Flatly and

       14   publically.  He is not shy.  He stands in front of people.

11:20  15   He talks, and we saw him in Dallas, and therefore, this

       16   man, my brother, I've got nothing to do with him."  Do you

       17   think he's upset, offended by the fact that Mr. Deeb Anees

       18   supports HAMAS?  Or once again are we going to see as a

       19   theme throughout this case does he threaten their

       20   existence because he flatly and publically supports SAMAH?

       21   Take a look.

       22           There is a discussion about Mr. Qaradawi.  I

       23   believe Mr. Westfall brought up the picture of Mr. Yousif

       24   Qaradawi.  Bring up 1-197.  This is Yousif Qaradawi on the

       25   right-hand side with the white item on his head, and he

11:22  1   said this was a speaker, by the way, on the list of Holy

2   Land Foundation.  He said it was because of this man here

3   to the left which is Khalil Mishal, the now Number 1

4   leader in HAMAS and the brother of Mufid Abdulqader.

5   Another one of those coincidences?  It's not just because

6   of that, but who is in the center.  The center of that

7   photograph is Hasan Nasrallah.  I don't expect you to

8   remember that, but he's the leader of Hezbollah, another

9   global terrorist movement, also one of the people with the

10   children in the video, 6-58 or 59, that was played by

11   Dr. Levitt or Mr. Avi.  A child dressed up as the leader

12   of Hezbollah, Hasan Nasrallah.  Not only did they fly in

13   the founder of HAMAS in the West Bank, Jamil Hammami.  Mr.

14   Zahar -- we'll talk about him -- they flew him in.  Mr.

11:23 15   McGonigle the reporter talked to him.  Mohammed Syam,

16   another founding father of HAMAS and others.  But this was

17   also testified to by Agent Miranda that there were

18   telephone conferences.  I even urge you to look at 13-170,

19   13-1.  Mr. Jonas played 13-170 for you where there is the

20   praise of HAMAS as the leader of the Palestinian cause.

21   31-1 is a 1997 call with Mohammed Syam, Hamed Beitawi and

22   Hilbawi, a Muslim Brotherhood member from England.  I.

23   Syam, again one of the founders of the HAMAS movement.

24   Hamed Beitawi also identified as HAMAS.  Look at what they

25   had to say in 1997.  Praise the steadfast.  Yassin, Sheikh

11:24  1    Ahmed Yassin, Yehia Yaish, the engineer, the man

      2    responsible for constructing and originating the suicide

      3    belt, the explosives.  The revered hero from their

      4    community and Mousa Abu Marzook.  He doesn't say HAMAS.

      5    That's true.  But folks, that is the Mount Rushmore of

      6    HAMAS.

      7         2-189 was a discussion of another phone call

      8    that was not captured.  Do you recall Agent Miranda

      9    testified about the fact that the Islamic Association for

     10    Palestine often set up telephone conferences so we

     11    wouldn't capture them?  We didn't have taps on those

     12    lines.  We would only get them if someone from HLF was

     13    connected to an HLF phone.  He testified about those

     14    conferences and the money raised in those conferences, and

11:25 15    at the end of these calls you will see to the attendees

     16    that people can call in from different centers from the

     17    United States.  Send your money to the Holy Land

     18    Foundation.  From that point they may have a consistent

     19    donor that came from that one conference call, but he

     20    insisted the money raised from that didn't show up on

     21    1-340.  That was the list we brought you, the speakers

     22    list of money raised.  And Agent Miranda went through it

     23    and showed why it was unreliable.  It was incomplete.

     24    They said he ran from it.  He didn't run.  He brought it

     25    but said it was incomplete.  It made some important

11:25  1       points, but it was absolutely incomplete.

       2               What did they do with their money?  What did

       3       they do with their money?  This organization which was

       4       born like HAMAS in the bosom of the Muslim Brotherhood who

       5       sang songs and gave speeches praising the flare of Jihad

       6       and praising HAMAS set up to raise funds and led by who

       7       would be the Number 1 leader in HAMAS, where did they send

       8       their money?  First to Gaza, consistent with the origins

       9       of HAMAS and the Islamic Complex.  The Islamic Complex

      10       being Sheikh Yassin's complex.  Undisputed, undisputed as

      11       HAMAS.  Even Dr. Brown when I prompted him and asked him

      12       what about the Islamic Complex, he said it's reputed to be

      13       HAMAS and probably well deserved he said.  I think so.

      14       Between 1989 and 1994, $725,000.  Surprise?  A

11:27 15       coincidence?

      16               Staying with Gaza, the Islamic Society from 1992

      17       to 2001, what we were able to address, what we were able

      18       to show with the bank records, which as Agent Burns

      19       testified we were limited in terms of what we had in

      20       records, $125,000 is what could be shown to the Islamic

      21       Society.  The Islamic Society, remember, is the location

      22       of the graduation ceremony of the children dressed up in

      23       fatigues with a rifle and one dressed like Nasrallah.

      24       That was taken at the Islamic Society ceremony.

      25               21-66 is a letter related to the Al-Aqsa

11:27 1    material.  The Al-Aqsa is an organization in Germany.

2    We'll talk more about it.  It was part of Avi's outside

3    network that gave money into the Territories, into our

4    committees, a designated entity that gave money to our

5    folks.

6         21-66 was a letter from Sheikh Ahmed Yassin

7    endorsing Islamic Society.  Sheikh Yassin was the founder

8    of HAMAS.  There were excerpts that we also brought you of

9    a video, 2-152, from the Islamic Society.  "The young men

10   who believe in their God and we increase their guidance,

11   the Islamic Society in Gaza Strip submits thanks and

12   gratitude to the Holy Land Foundation for Relief and

13   Development which contributed to the financing of the

14   summer camps."

11:28 15   Al Saleh, now designated as a terrorist

16   organization.  Bank records we had through 1994 showed

17   $234,000, but that was apparently incomplete because we

18   recovered a thank you letter that we brought you from 2000

19   from the School for Children of Martyrs and Orphans in

20   1-168 which is why we introduced those money changers, the

21   two HAMAS money changers that Mr. Avi identified.  Almost

22   a million dollars we brought you because we wanted to show

23   you where their money is going.  Could we always say?  No,

24   we couldn't.  Sometimes we were relying entirely on bank

25   records that don't show.  Was it in the indictment?  Ms.

11:29  1    Hollander came through and traced two or three

2    transactions and said to projects, here is where this

3    went.  Maybe it did and maybe it didn't.  We're relying on

4    their records for that.  What about all the other

5    transactions?  Was there evidence where that went?  No.

6    We're not suggesting we know where all of their money

7    went.  That's why we brought it to you.  We don't.  But

8    we're not going to focus all of our efforts and our

9    unlimited -- Even though people think of the government as

10   unlimited, we're not.  We're going to focus on the charges

11   in the indictment.  We're going to focus on the committees

12   in the indictment and the decisions you have to make.

13          The Islamic Relief Committee from 1991 to 1996

14   after HAMAS's designation, almost 1.5 million dollars.

11:30 15   Now, who is the Islamic Relief Committee?

16          Well, the Islamic Relief Committee was the one

17   organization that Mr. Abington could identify as HAMAS,

18   the one and the only one, as we'll talk about later.  So I

19   guess we're in agreement; that is HAMAS.  That is the

20   organization that Avi started on to help develop his

21   expertise, working on the prosecution related to the

22   Islamic Relief Committee, the prosecution of an entity

23   that we all agree is, in fact, HAMAS.  A pretty good place

24   for training, a pretty good place to learn, to understand

25   the network and organization we all agree is HAMAS.

11:31   1      Beginning of 1991, approximately the same time

2   Mr. Avi identifies HAMAS assuming control over many of the

3   Zakat Committees in our indictment -- And again, remember

4   he said I don't want to be held to an exact date because

5   it was a process, and you saw that in the documents where

6   they described the need to take control over these

7   committees. Like they said in Philadelphia regarding one

8   of the organizations, "With God's help, in the end it will

9   be ours." It was a process, taking over control of these

10   committees.

11      Beginning in 1991 at the same time, at a time

12   squarely within the El Barasse documents, squarely within

13   the documents I just read to you from and all the

14   festivals and all the videos and all the songs and

11:32 15   praising HAMAS, the HLF started sending its money to the

16   West Bank zakat committees as HAMAS started to spread in

17   the West Bank, the same committees that are charged in the

18   indictment today.

19      Mr. Dratel told you in his opening and remarked

20   in his closing, adjust and comply. Adjust and comply.

21   There was one thing that adjusted. There was less

22   rhetoric, less open talk, less open festivals, but there

23   was one thing that didn't change. Money. Money. What is

24   this case about? Money. Going to the same organizations

25   when they were closed and designated as a terrorist

11:33   1    organizations that they were sending to at the very heart

        2    of the videos and documents that you have seen.  Adjust

        3    and comply.  That money continued until the HLF was closed

        4    and designated as a specially designated terrorist which

        5    brings us to the argument by the defense counsel that the

        6    defendants were not individually designated.  That's true.

        7    They weren't.  But that really makes our point regarding

        8    these designations.  It doesn't matter if the entity,

        9    group or person you are supporting isn't individually

       10    designated.  If they are operating before or on behalf of

       11    HAMAS and you know it, that's good enough.  That gets it.

       12         The HLF was designated, but these defendants

       13    weren't.  Does the HLF have a heart?  Does the HLF have a

       14    mind?  Does the HLF have the ability to raise money?  Does

11:34  15    the HLF have the ability to send money?  Does the HLF have

       16    the ability to make decisions?  No.  It operates through

       17    its people.  It operates through its decision makers.  It

       18    operates through its signatories.  The HLF was designated,

       19    but not the defendants.

       20         There was some talk about the Dallas Cowboys,

       21    and I am going to walk around that.  First of all, two

       22    out-of-towners trying to talk out-of-town speak, and they

       23    should not have designated the Cowboys.  The Washington

       24    Red Skins should have been designated, not the Dallas

       25    Cowboys.  But I believe the point was made.  If you

11:35  1    represent, support, act for or on behalf of that terrorist

       2    organization and you know it, that is a violation of the

       3    law.

       4              Let's talk about these committees.  I want to

       5    talk about these committees.  But first, let's talk about

       6    Mr. Avi, and we'll call him Avi.  I guess we can't do the

       7    Mr. Avi thing.  Let's talk about Avi and Dr. Levitt.  The

       8    old saying "wrote the book on it," Dr. Levitt wrote a book

       9    on HAMAS.  Dr. Levitt, the Ph.D.  Dr. Levitt, the former

      10    counter-terrorism analyst wrote a book, not about

      11    Palestinian Society, not about some peripheral thing.

      12    About HAMAS.  "Politics, Charity and Terrorism in Support

      13    of Jihad," that was the book that he wrote.  Dr. Levitt

      14    brought us the HAMAS model.  You remember Mr. Jonas put it

11:36 15    on the screen, and it showed the social at the base, the

      16    political in the middle.  The most important part, the

      17    widest, the social structure, everything else is built on

      18    it.  The top is the political wing.  The direction and

      19    control.  He described the political and social and

      20    military wing and how they are responsible for their given

      21    areas and how they cooperate and support one another.  And

      22    he told you that HAMAS and its social wing act through

      23    zakat committees.  You judge Dr. Levitt.  You judge his

      24    credibility.

      25              Avi.  Been a lot of talk about Avi.  I'm sure

11:37   1    his ears are burning.  Let's talk about Avi.  Let's talk

        2    about why you should listen to Avi.  At the end of the

        3    day, you make your decision about Avi, and I'm okay with

        4    that.  Avi works for whom?  Avi works for the Israeli

        5    Security Agency, the Shinbet.  What is their job?  What is

        6    their function?  What is their responsibility?  To protect

        7    the lives of Israeli citizens.  To protect the State of

        8    Israel against what is in no dispute the fierce enemy of

        9    the State of Israel, the organization that walks in its

       10    pizza parlors, walks in its schools, walks in its cafes

       11    and blows themselves up.  Do you think it's important for

       12    the Israeli Security Agency to be accurate?  Do they have

       13    a reason to know what's at stake?  What's at stake in the

       14    Israeli Security Agency?  I heard a lot of what I would

11:38  15    describe flatly as absolutely cheap and unfair remarks

       16    about Avi -- that he doesn't care about the needs of

       17    Palestine, if it were up to him there would be no

       18    humanitarian support of Palestine.  The children don't

       19    need education.  Folks, that's just wrong.  It's wrong to

       20    say it.  It's wrong to believe it.  HAMAS is the one who

       21    doesn't want peace.  HAMAS is the one blowing people up.

       22    HAMAS is the one that is taking the children from cradle

       23    to grave to support the flare of Jihad.  Cheap and unfair.

       24            The person who studies on the ground.  They want

       25    to talk about he's disconnected.  Folks, I'll put it to

11:39   1    you like this.  The terrorist threat in the State of

        2    Israel is not an ocean away.  The terrorist threat in

        3    Israel is feet and yards away.  It's immediate.  It's

        4    every day.  That's where Avi lives.  He not only lives

        5    there, he's responsible for knowing who HAMAS is, not

        6    Dr. Brown, not Mr. Abington.  He brought you a criteria.

        7    Is he saying every zakat committee in the West Bank and

        8    Gaza?  Absolutely not.  There are hundreds and hundreds he

        9    said.  He brought you a criteria.  He explained to you

       10    what he looks at, how he analyses the question of who's

       11    HAMAS because, folks, it's not academic to him.  It's real

       12    to him.  He looks at Arabic media sources.  No, he's not

       13    proficient at reading and writing Arabic.  That's why the

       14    Israeli Security Agency has people every day performing

11:40  15    that function.  He looks at Arabic media, Israeli media,

       16    police statements and interrogation of HAMAS supporters.

       17    He looks at all sources in identifying people.  He wasn't

       18    relying on classified intelligence for the purpose of his

       19    testimony.  He looks at convictions.  Convictions of

       20    people for being HAMAS.  He's the only witness to talk

       21    about the network, the network of outside organizations --

       22    the Al-Aqsa in Germany, InterPal in Great Britain, CPA in

       23    France, the Holy Land Foundation in America, all not

       24    surprisingly designated.  That was part of his criteria.

       25    Who's sending money to these organizations?  Who?

11:41   1          Why is that important?  I tried to talk to

        2   Dr. Brown about that.  Did you consider that?  No, the

        3   documents didn't say anything about zakat committees.  The

        4   question though is who is sending them money.  Is it

        5   relevant to consider the fact that if you have an

        6   organization again that is born and bred in the bosom of

        7   the Muslim Brotherhood and by its own documents is set up

        8   to establish support for the flare of Jihad and its action

        9   in Palestine through HAMAS, is it a relevant consideration

        10  to look where they send their money?  I think it is.  He

        11  gave you details regarding the specific names ad nauseum.

        12  The specific names, the specific projects, the specific

        13  dates, the specific people, at specific times.  He talked

        14  about the inner relationship between these committees to

11:42   15  one another in addition to the relationships in the

        16  outside network.  His expertise in part came from his

        17  extensive work on the Islamic Relief Committee which

        18  everyone agrees is HAMAS.  He gave dates the organizations

        19  were founded, their original Muslim Brotherhood

        20  affiliation, because remember the testimony.  After 1948

        21  the Muslim Brotherhood established a presence in

        22  Palestine.  These organizations were the Muslim

        23  Brotherhood before HAMAS was created.  But remember HAMAS

        24  grew from the Muslim Brotherhood.  He described the

        25  gradual control over these committees which is consistent

11:42  1    with the documents, many of which we will talk about in

2    Philadelphia, for example, and others.  He discussed the

3    delicate balance between the Palestinian Authority and

4    HAMAS, this political dance, if you will, what he called

5    the inside balance.  Folks, there is nothing simple about

6    the relationship between HAMAS and the Palestinian

7    Authority.  There is nothing simple about it.  It's a very

8    delicate balance.  Are they bitter foes?  Yes, they are.

9    Why are they bitter foes?  Because they are competing for

10    the support of the people.  Remember I asked Dr. Brown if

11    there was something to the enemy of my enemy is my friend.

12    They do have something in common; their dislike for

13    Israel.  He talked about that balance and how like Jenin

14    and Ramallah were shut down as committees but allowed to

11:43 15    reopen.  He would put pressure on Arafat, the leader of

16    the PA, so that he would act and let up.  On the gas, off

17    the gas.  This constant balance, this constant dance, to

18    show I'm doing something, but I'm not losing the support

19    of the people, my own people.  Very difficult balance.

20            Avi brought you numerous posters and pictures

21    and key chains and calendars and other internal HAMAS

22    related documents taken from the inside committees.  Some

23    of these documents they said -- I believe Ms. Moreno

24    talked about one of the witnesses said they were

25    inaccurate or incomplete translations.  Where is the

11:44  1    evidence of that?  Where is the evidence of that?  He

       2    brought you the pictures, the posters, the key chains, the

       3    postcards taken out of these nonpolitical committees.

       4    These committees that depend on their neutrality.  Avi had

       5    access to all the materials which is precisely what

       6    Dr. Brown said on his cross examination.  I asked him --

       7    and you may recall -- were you aware that Avi had just

       8    that, access to all the material in deciding what was

       9    important, what to bring to you which is exactly what he

      10    had?  It's true he testified under an assumed name, Avi.

      11    That's true.  He sure did.  And I'll talk about one of the

      12    videos where HAMAS -- a HAMAS fighter is talking about

      13    capturing an ISA worker and let you see that.  The defense

      14    had everything.  The defense was provided with everything

11:45 15    that Avi had ever written on this subject which was

      16    extensive.  They were provided all of it.  In fact, they

      17    provided it to Dr. Brown.  They weren't hindered by that,

      18    and there was a real need for that.  Remember, Folks, this

      19    is very real, very real.

      20           We'll talk a little more about Dr. Brown and Mr.

      21    Abington later because I do want to talk about them.

      22           Your Honor, now might be a time to recess.  I

      23    can go ahead if you like.

      24           THE COURT:  No, I asked you to tell me a good

      25    time.  So we'll go ahead and take our midday recess at

11:46   1      this point, Ladies and Gentlemen.  Please continue to

        2      observe the instructions I have given you as jurors while

        3      we're apart for lunch.  We'll be in recess for 1:15.

        4                  (Recess)

        5                  THE COURT:  Go ahead.

        6                  MR. GARRETT:  Good afternoon.  When we left off

        7      this morning we were getting ready to start talking about

        8      some of these committees, but I want to back up for a

        9      second.  We talked the Islamic Relief Committee, and that

       10      was a committee that we all agreed -- and even Mr.

       11      Abington agreed -- that it was a HAMAS entity, and that

       12      was the organization that Avi worked on in the prosecution

       13      that developed in large part his work.  I want to bring to

       14      your attention a document out of the 3 series documents, a

13:18  15      document from the Islamic Relief Committee.  I wanted to

       16      read a couple of passages from that document.  You may

       17      recall it, but it was way back in Agent Burns's testimony.

       18      It states on Page 12 from the Islamic Relief Committee.

       19      This document is 3-65, Page 12.  You do not know how happy

       20      people become when we watch those mujahideen and how proud

       21      they feel when they parade their uniforms and weapons and

       22      the extent of their honor when they carry out their

       23      Jihadist operations against the Jews and their tentacles.

       24      It is a feeling that no taste or enjoy its flavor except

       25      the one who lives it.  Jihad in Palestine is different

13:19  1   from any Jihad; the meaning of killing a Jew for the

       2   liberation of Palestine cannot be compared to any other

       3   Jihad on earth.  This is the meaning that I came out with

       4   from there.

       5           "Therefore, my brothers.  Oh, God, Oh, God, Oh,

       6   God, about your brothers in our beloved strip.  They live

       7   now in permanent alert and cry out to you with their

       8   loudest voice, "Be with us and live with us.  Do not rest

       9   and do not twinkle until you care about us and provide us

      10   with what helps of funds and weapons.  Weapons, weapons,

      11   our brothers."

      12           It goes on to Page 14.  "To my humble knowledge,

      13   the transfer channels are open now without problems.

      14   Examining the delivery channels, placing each channel in

13:20 15   its main purpose without using its funds for other

      16   channel's means.

      17           "The detainees and the needs of their families,

      18   their funds are to be in a specific channel and

      19   distributed throughout the strip.

      20           "The martyrs."

      21           It goes on.  Asking for humanitarian aid with

      22   one hand and weapons with the other.  That's the Islamic

      23   Relief Committee.  That's the organization that even Mr.

      24   Avi -- not the only one -- who acknowledged was HAMAS.

      25   The one the defendants gave over half a million dollars to

13:21  1    before it was shut down in 1996.

       2           The Islamic Charitable Society of Hebron.  I

       3    want you to think in response to something Ms. Hollander

       4    said in the need for neutrality of these committees.  Do

       5    you think they are checking their politics at the door?

       6    The Islamic Charitable Society of Hebron, identified as

       7    one of the largest charities in the West Bank, the HAMAS

       8    members who were part of that committee in positions, as

       9    Avi told you, which are the key positions within the

      10    committee, the decision-making positions within the

      11    committee.  Mahmoud Rashid, Abed Khalek Shazil Natshe,

      12    Abdallah Azzam, Nabil Natshe, Moustafa Shawar, Kamal Al

      13    Tamimi.  I encourage you -- 2-9 was a document I went

      14    through with Ms. Burns.  It was taken out of Infocom, run

13:22 15    by Ghassan Elashi.  And you will see a lot of their names.

      16    In the interview that Mr. Avi talked about, Khalil Mishal,

      17    the Number 1 guy in HAMAS -- Also I asked Dr. Brown about

      18    it, whether he had read that article -- that included

      19    those individuals in addition to Abdel Khalid Natsheh, the

      20    chairman of the committee.  Unrefuted testimony the head

      21    of HAMAS Hebron is Abdel Khalid Natsheh.  Testimony that

      22    Abdel Natsheh and Hamed Beitawi were identified by Khalil

      23    Mishal.  Unrefuted testimony that Natsheh was convicted

      24    and sentenced to ten years in jail for his activities.

      25           Avi talked about the other members he identified

13:22  1    on the committee.  One of the branches of the Islamic

2    Charitable Society is the Young Men's Muslim Association.

3    In fact, that was the ceremony where you saw the

4    rocket-propelled grenades on their shoulder.  That was the

5    Muslim Association which is part of the Hebron Islamic

6    Charity.  That was the tape where the lady identifies Mr.

7    Natsheh as the head of the HAMAS in Hebron.  That doesn't

8    seem to comport either with this need for neutrality.

9    Internal HAMAS documents talking about the re-election of

10    Khalil Mishal and transferring money to the charitable

11    organizations, and ending with instructions to call upon

12    the public fund in Switzerland with a code word was found

13    in the office of the Islamic Charitable Society in Hebron,

14    of Abdel Natsheh.  That was the one in fine print.

13:23 15    Numerous other documents and posters of famous HAMAS

16    martyrs were found in the Islamic Charitable Society of

17    Hebron, and as Avi told you, they would hold celebratory

18    rallies at that institution.

19         We'll talk about it a little more, but

20    Government's Exhibit 3-7, the document that lists the

21    committees, from the home of El Barasse that says to Mr.

22    Shukri that lists the committees, it says "All of it is

23    ours."

24         Jenin Zakat Committee.  Evidence the Jenin Zakat

25    Committee has at least eight members who are HAMAS.  Adeeb

13:24  1    Aboushi, Zaid Zakarneh, Walid Jarrar, Naser Jarar, Jamal

       2    Abu Hija, Mohammed Fouad Abu Zeid -- I don't want to ask

       3    you to remember all of these names, but they are out

       4    there.  Two of them, Jamal Hija and Naser Jarar are

       5    identified as HAMAS.  Five of them were also members of

       6    the HAMAS military.  Al Hija is in jail for planning a

       7    suicide attack.  Avi told you who controlled these

       8    committees is critical.  As he was quoted, "You control

       9    the committee; you control the money."  Video tape found

      10    in Jenin zakat had children acting out bombings.

      11    Postcards of Sheikh Yassin and other HAMAS leaders were in

      12    boxes taken from there.  Mr. Dratel talked about in

      13    reference to Mr. Jonas's opening where he said they were

      14    to hand those out.  They had boxes of postcards.  You

13:25 15    decide what they were doing with them.  Closed by the

      16    Palestinian Authority in March of 1996.  That's part of

      17    what I talked to you earlier about, that delicate balance

      18    between the two.  Government's Exhibit 3-7 which we will

      19    talk about more identified the Jenin Zakat Committee as

      20    "guaranteed."

      21         Now the Nablus Zakat Committee identified four

      22    controlling members including Hamed Beitawi and Abdel

      23    Rahim Hanbali, Adli Yaish and Ziad Merish.  Hammed Beitawi

      24    was identified also by Khalil Mishal as a HAMAS founder.

      25    He was in the 318 video tape where they are sitting around

13:26  1   the camp fire and the flash of the HAMAS symbol on the

       2   screen.  The key chains of Sheikh Yassin and Yaish the

       3   bombmaker.  The student time table with the scenes of the

       4   suicide bomber which I believe Ms. Moreno referenced and

       5   Ms. Hollander I believe under their examination I believe

       6   of Mr. Abington which is "A Day in the Life of the

       7   Palestinians" which includes the bus bombings or is that

       8   part of what Ms. Moreno described the fantasy of violence?

       9   Video of HAMAS fighter seized from the Quran Memorization

      10   Class in Nablus.  Al Tadamoun was HAMAS as well.  You

      11   will see in 3-7 -- Mahmud Rumahi, who was on the British

      12   Broadcasting Channel, talked about by Avi.  Chairman.  And

      13   in addition to Mr. Mahmud Rumahi and Ahmed Zeid, some of

      14   these people including Omar Hamdam and Ahmed Zeid were

13:27 15   identified by Mr. Avi as convicted for their HAMAS

      16   activities.  July 30th, 2006 is the video that Mr. Avi

      17   talked about of the British Broadcasting where Mahmud

      18   Rumahi identified himself as HAMAS and thanked the social

      19   network or structure for their political rise to power in

      20   2006.

      21          Government's Exhibit 3-7, "All of it is ours."

      22   Tulkarem Zakat Committee, at least five members were

      23   identified with the leader of HAMAS.  Hosni Khawaja, Bilal

      24   Safira, Dr. Bashar Al Karmi, Amar Ayoub, Amar Badawi were

      25   identified.  One of the leaders, Abdul Safira, was

13:28  1  identified by Khalil Mishal, the number one leader in

       2  HAMAS, as a HAMAS founder.  Two of the leaders, Amar Ayoub

       3  and Amar Badawi, were arrested by the Palestinian

       4  Authorities for their activities.  There was a broadcast,

       5  if you recall, on Radio Iran, Radio Iran in Tehran, Iran.

       6         Many HAMAS posters found in the committee,

       7  including the claim of responsibility for the Park Hotel

       8  bombing, the vicious bombing on the Passover that led to

       9  the incursion and Operation Defensive Shield which yielded

      10  these documents and a poster of Mousa Abu Marzook.

      11         Bethlehem Orphan Society.  Ghassan Harmas and

      12  Ahmad Sharouf.  Ghassan Harmas was also identified by

      13  Khalil Mishal as a HAMAS founder.  He was with, you

      14  recall, the Bethlehem zakat, and around 1997 he went over

13:29 15  to the Bethlehem Orphans Care Society, and with him went

      16  the HLF money to the Bethlehem Orphans Care Society.

      17  HAMAS web site identified Harmas and Sharouf as senior

      18  HAMAS leaders.  3-7, Bethlehem Zakat.  "We have seven out

      19  of eleven including Ghassan Harmas," the individual

      20  identified by Khalil Mishal.

      21         Islamic Science and Culture, four HAMAS

      22  activists -- Jamil Hammimi, Nashashibi, Hasan Elkik,

      23  Ibrahim Abu Salem.  Ibrahim Salim also identified by

      24  Khalil Mishal, also you will see in one of defendants'

      25  documents I will talk about in a minute.  Jamil Hammimi

13:30  1    was identified by Khalil Mishal as well.  Including the

2    fax of Mr. El-Mezain talking about Jamil Hammimi.  There

3    has been some discussion about Hammimi because the United

4    States did -- she is right -- bring Hammimi to the United

5    States in 1998.  Why?  I don't know.  I don't know the

6    facts and circumstances.  I know, as testified by our

7    witnesses, that there was a split in 1996 with HAMAS.  And

8    they told you why, because it was engaging in more

9    moderate talks.  That's a no no in the world of HAMAS.

10    Mr. Avi testified he acknowledged there was a split in the

11    family, but like all families they reconciled, came back

12    together.  Ms. Hollander said evidently we didn't get the

13    message to Mr. Avi.  That's not how we do it.  They

14    testify how they testify.

13:31 15          Qalqilla Zakat Committee.  Undisputed

16    identification of three HAMAS leaders in Qalqilla --

17    Ibrahim Dawoud, Ibrahim Albaz, Riyad Walwil.  Dawoud also

18    known as Avi told you -- Remember Mr. Avi told you Abu

19    names and aliases.  Bilal Hanoun, chairman.  Ibrahim Albaz

20    and Riyad Walwil were the signatories on that committee.

21    3-7, "All of it is ours.  It is guaranteed."

22          No one challenged Avi's identification with

23    these people as HAMAS.  Avi knows who's HAMAS.  He told

24    you his sources.  He told you how he goes about

25    identifying these people, many of whom, as he told you,

13:32 1    right out of the mouth of Khalil Mishal, and as he said,

2    "Who am I to question Khalil Mishal?"

3         Mr. Dratel told you being, rather dismissive to

4    these names and people, that there are only a couple of

5    people they can talk about on these committees.  Not true.

6    Let's look at Philadelphia.  I want to talk a little bit

7    about Philadelphia, but not a lot.  I think there has been

8    quite a bit of discussion about Philadelphia, but you can

9    certainly read the 16 series, the Philadelphia conference,

10   and what the attendees were discussing about HAMAS and

11   calling it SAMAH and their movement and the support and

12   their efforts to derail the peace conference.  This is

13   from a charity.  The discussions of the war being

14   deception.  16-59 is where they discuss some of these

13:33 15   committees and organizations.  And at 16-59, they give a

16   background about the evolution of these committees, and

17   they say "The core of the matter is that there was a

18   noticeable absence for Islamic organizations in the West

19   Bank and Gaza sector whether before the intifada or until

20   now.  We can say during the intifada the organizational

21   presence in the Occupied Territories was not at the needed

22   level.  I tried to classify the types of organizations

23   which exist in the Occupied Territories, and I believe I

24   have classified them in ten categories.  We have the

25   educational organizations such as kindergartens and

13:33 1    schools.  And the social and charitable organizations such

2    as zakat committees, relief, the ones caring for orphans,

3    prisoners and others.  The intellectual organizations,

4    research centers, health institutions, the majority of

5    which are affiliated with zakat committees.  Five, the

6    public syndicates.  Six, the technical school institutions

7    related to machines, factories and others.  Sports

8    institutions and clubs and meeting organizations and

9    offices and newspapers.  Number 9 is the education such as

10    the Quran schools, the sayings schools and the women's

11    organizations.  Organizations, generally speaking, in the

12    Gaza sector are limited.  If we speak in general terms

13    about our organizations" -- This is something very

14    important, folks, very important, this word "ours."  I

13:34 15    want you to judge this word "ours," and I want you to

16    define it in the context of everything you know about

17    these people.  Behind it, what do they mean when they say

18    "ours?"  What do you think of now?

19        "The main organization which is known to belong

20    to us is the Islamic University in the Gaza sector, and we

21    will speak about it later.  About the solutions we will

22    mention because it is really a wound in the heart.  Number

23    2, the Islamic Complex."  The Islamic Complex -- this is

24    1993 -- Sheikh Yassin's organization, even the defendants'

25    witnesses themselves acknowledge is HAMAS.  That is us.

13:35   1     That is ours.

        2             It goes on to talk about Al Saleh Society which

        3     we had a discussion about -- Sheikh Yassin -- which is now

        4     a designated organization.  "In the West Bank and the

        5     north region which includes Nablus, Jenin, Qalqilla and

        6     Biqa'a Valley, there was relatively old activity which was

        7     Nablus Zakat Committee in Nablus which was founded in

        8     1976.  It is very advanced in comparison with other

        9     committees.  For instance, they have over 1,000 orphans,

       10     2,200 families which are sponsored monthly.  They have

       11     investment activities and other activities.  But when we

       12     speak about it as a zakat committee, we tie it to us."

       13             "In reality," he goes on to say "we as Islamists

       14     have a weak presence there.  That is if we speak about

13:36  15     reality."

       16             "We then come to the main activity which is the

       17     zakat committees in Jenin for instance and elsewhere.  In

       18     Jenin, the zakat committee there has built a hospital

       19     which is really ours for the Islamist working either in

       20     management or in the teams working in it."  Al Raza

       21     Hospital, that's the 2-22 document Mr. Jonas showed you

       22     where it talks about Islamists, Islamists, brother,

       23     brother, semi-brother, semi-brother.  What are they really

       24     talking about?  "It's really ours."  For the Islamists

       25     either in management or the teams working in it."

13:37   1              "This is one of the problems which are not

        2      solved, the affiliation of the organization with exposed

        3      people.  So when a problem happens with the man, a problem

        4      happens with the organization.  I mean the Islamist

        5      Science and Culture Society used to have a research center

        6      which was the nucleus for a huge research center until the

        7      person in charge, Sheikh Jamil Hammimi, who founded HAMAS

        8      in the West Bank was arrested, and this became an obstacle

        9      and a hindrance for the development of the project."

       10              The Ramallah region really has some noticeable

       11      activity from our organizations and in particular the

       12      activity of the zakat committees.  We can say the Ramallah

       13      Zakat Committee is ours, including its management and

       14      officers.  Because of their efforts in the past the

13:37  15      brothers were able to establish some activities,

       16      particularly the medical aspect.  Thanks be to God, the

       17      medical aspect has started to advance and move forward in

       18      large steps, thanks be to God.  But unfortunately, when

       19      institutional and organizational work interfere" -- and

       20      this is an important point -- "chaos begins.  I mean the

       21      brother who was and I believe he was the -- one of the

       22      most capable people in the syndicate, administrative and

       23      medical activism.  He was a doctor."  Mahmud Rumahi, who

       24      was testified was arrested.  "He started this center and

       25      started to bring experienced people to it.  It was a

13:38  1   hospital.  This brother was also engaged in organizational

2   activity was arrested and still under investigation.

3   Thus, this interference brought about some crisis for some

4   of the organizations."

5          "In Hebron -- Hebron as a city is a place where

6   we consider we have a good presence and weight for the

7   Islamic organizations such of the Islamic Charitable

8   Society which was founded in 1962."  Islamic Charitable

9   Society of Hebron.  The Patients Friend Society, the Al

10   Alhi Hospital.  "God willing, this organization" -- It

11   goes on to start talking about the hospital.  "God

12   willing, this organization will be ours at the end,

13   particularly the hospital."

14          The Young Men's Muslim Association which again I

13:39 15   told you is part of the Islamic Charitable Society of

16   Hebron.  "Its chairman is deported.  Its chairman is

17   deported."

18          Mr. Baker responds, "He returned."

19          Muin Shabib comes back to state, "He now

20   returned.  He returned with the last group of people who

21   returned.  The negative aspects of the past phase, our

22   brothers, are number one being run by exposed persons.

23   The Complex, Yassin, the Islamic Society, Al Quqa."

24   That's Khalid Al Quqa, HAMAS deportee.  3-22 where it says

25   right on its face, deported leader of HAMAS.  Yassin and

13:40  1    the Complex.

       2            These are the things I want you to consider when

       3    you try to define what is ours.  Islamists.  We saw talk

       4    about they are Islamists.  As I recall at 16-85, Page 7,

       5    Mr. Abu Baker talks about Islamists.  "We know what we

       6    mean.  Islamists are the alternative."

       7            You recall that Omar Ahmed, one of the members

       8    of the Palestine Committee, stated that "There is no one

       9    left to protect the principles and believe in the

      10    principles other than SAMAH."  16-71, Page 15.

      11            Consider all this in the context of everything

      12    else you know about these defendants and their

      13    organization and define what they mean by Islamists, what

      14    they mean by ours.

13:41 15            I show you 3-7.  3-7 I think is a very important

      16    document.  3-7 was a document taken from the home of

      17    Ismail El Barasse in 2004, same location where the other

      18    founding documents of the Holy Land Foundation were

      19    recovered, those documents that we have been talking about

      20    that I have shown you.  Would you please bring up, Mr.

      21    Lewis, 3-7, Page 4.

      22            The beginning page of 3-7.  You recall you have

      23    seen this a number of times in this trial.  It's an

      24    important document.  I want you to pay attention to it,

      25    and I want you to look at it, and I want you to interpret

13:42  1    it and think about it in light of all of these other

2    documents that I have talked to you about.  "Ramallah

3    Zakat Committee, all of it is ours."

4          Mr. Dratel suggested that there could be no

5    credit in this because it says Qalqilla Zakat Committee

6    not licensed, and that's not right.  I don't know if it

7    was or wasn't in 1991.  I don't think that discredits this

8    document.

9          "Bethlehem Zakat Committee, we have seven out of

10   eleven including Brother Ghassan Harmas."  You recall him

11   from the previous testimony.

12         "Jenin Zakat Committee, guaranteed by virtue of

13   Mohammed Fouad Abu Zeid's position."

14         We can talk about Nablus Zakat Committee.  They

13:43 15   have nobody in it.  But they have a relationship with Hajj

16   Yaish.  We talked about that person as well, and Avi did

17   in his testimony.

18         Tulkarem Zakat describes that they have "one at

19   this time.  The rest are merchants without inclination."

20   Bilal Safira was identified as HAMAS by Avi listed on this

21   document.

22         "Qalqilla Zakat, all of it is ours, and it is

23   guaranteed."

24         Page 5, next page.  Number 13, not a committee

25   charged in this indictment, but the name Ibrahim Salim,

13:44  1    I'll talk about.  Islamic Charitable Society of Hebron.

       2    It's the one I believe had eight members that we talked

       3    about in the very beginning.  All of it is ours.  It had

       4    Adnan Mishack, identified by Khalil Mishal.  Abdel Natsheh

       5    the head of HAMAS in Hebron.  Hashem Al Natsheh.  "Our

       6    people."

       7          Islamic Science and Culture, Number 4, "another

       8    one of ours.  We have three of our people in it."  Avi

       9    identified three -- Hammimi, Hasan Elkik and Abu Salim.

      10          Last, Number 17, you will see Al Tadamoun which

      11    is part of the Islamic Charitable Society in Hebron.  "Our

      12    presence is weak."  And it has Sheikh Hamed Al Beitawi.

      13    You recall I asked Dr. Brown about this document.  In

      14    fact, I asked -- because he was asked under direct

13:45 15    examination by Mr. Dratel -- asked about a couple of

      16    documents.  21 and 22, the Islamists and semi-brother and

      17    brother, which he said he didn't know what it meant.  That

      18    could mean any number of things.  People refer to

      19    themselves as Islamists.  Didn't know.  This document,

      20    didn't know where it came from, didn't know who wrote it

      21    or what they mean by ours.  Wasn't any help to him at all.

      22    You recall under cross examination where I talked to him

      23    about this document.  Talked to him about Philadelphia.

      24    Talked to him about the other El Barasse documents and the

      25    documents that were found that showed the purpose and

13:46 1    intent and design of this organization behind them.  And

2    he wasn't interested in that.  But as he talked about it,

3    the context is everything in interpreting what they mean.

4    But he chose not to look at that.  I asked him to recall

5    if he had read the interview of Khalil Mishal where the

6    number one man in HAMAS himself identified -- not HAMAS

7    supporters, HAMAS leaders, HAMAS founders.  He said, yes,

8    he had read that.  I asked him to look at the names on

9    this 3-7 list, and he looked at the names.  I asked him if

10   he recognized the names.  He said, "No, only because you

11   just mentioned them."  And you recall that I asked him

12   about the interview that he said he read where Khalil

13   Mishal talked about Ghassan Harmas, Abu Zeid, Salim, Adnan

14   Mishack, Abdel Khalid Natsheh and chairman of the board

13:46 15   Hamed Beitawi.  But he didn't recognize the names.

16          Defendants 1019, this is a document that Ms.

17   Hollander brought to your attention under cross

18   examination of Agent Burns.  I won't put it up on the

19   screen.  I'll just talk briefly about it.  They were

20   talking about a trip that Mr. Shukri Abu Baker had taken

21   into the Territories, and this was his report back.  It

22   says "Also met with Sheikh Abu Salim, Chairman of the Bier

23   Naballah Charitable Committee."  You recall that name?

24   Identified by Khalil Mishal, founder of HAMAS.  He stated

25   that he also visited the Islamic Philanthropic Association

13:48   1    in Hebron and met with its officials.  Mr. Abdel Khalid

2    Natsheh, the leader of HAMAS in Hebron, also identified by

3    Khalil Mishal.  And Kamal Tamimi identified as HAMAS and

4    someone who would become the HLF representative in

5    Ramallah.  You recall also Mr. Natsheh was the gentlemen

6    seated in that ceremony -- in that ceremony with the

7    children carrying the rocket propels on their shoulders.

8            He talks about visiting Gaza.  In Gaza, he

9    visited an area accompanied by Dr. Suleiman, that's

10    Suleiman Ighbariya from the Islamic Relief Committee, the

11    organization we all agree is HAMAS.  And met over there in

12    this 1991 report with Mr. Abu Khalid.  "We discussed with

13    Mr. Abu Khalid the issue of establishing an

14    association for research at the university."  Who's is Mr.

13:49  15    Abu Khalid?  Mahmoud Zahar.  Who is Mahmoud Zahar?  One of

16    HAMAS's founders and leaders and interestingly the

17    individual who met with Steve McGonigle, the Dallas

18    Morning News reporter who went to Gaza who said that he

19    met the Defendant Shukri Abu Baker in Los Angeles in 1990

20    and that they talked about a medical issue of Shukri's

21    daughter, but that's all he knew.  What he failed to

22    mention is that the defendant paid for his trip to Los

23    Angeles, that he was a listed fundraiser for the

24    organization, and in 1991 he came over and I met with him.

25    Those are the things I assume may have slipped his mind.

13:50  1   We'll talk a little bit more about that visit.

2          Talks about Fawaz Hamad in Jenin, another

3   identified HAMAS member.  He talked about in Nablus,

4   Nablus Charity Committee, led my Dr. Hanbali, also

5   identified as HAMAS.  He talked about the fund is

6   represented in the central region by Aql, a HAMAS

7   deportee.  This was a document the defendants brought to

8   your attention.

9          They talked about 4-21, the early document that

10  Agent Burns dated around 1998, the very beginning of

11  HAMAS.  Talks about reorganization on the inside with the

12  social work.  Talks about under the Muslim Brotherhood.

13  And HAMAS is the line right below it, the resistance arm

14  the striking arm.  It details the very beginning and

13:51 15  origins of the organization that would ultimately morph

16  into the organization described to you by Dr. Levitt, the

17  organization born out of the Muslim Brotherhood which is

18  why they share the same document, the same reason they

19  share the same document and same purpose as the document

20  in the 3 series describing the origin and birth and the

21  purpose of these defendants.

22         What did the defendant bring you to challenge

23  the Palestine Committee and its purpose in the United

24  States?  What did they bring you to challenge the

25  specifics and the substance of those documents?  Did they

13:51    1    ever take that on?  No.  You recall Ms. Hollander's

         2    opening when she said that the Defendant Shukri Abu Baker

         3    started this organization for his daughter.  We didn't

         4    hear anymore about that because he didn't.  The

         5    organization was started, directed and controlled and

         6    overseen by the Number 1 leader in the HAMAS terrorist

         7    organization.  They only make minimal reference to these

         8    documents.  Unbelievable.  What, who for, to whom?  Again,

         9    look at these documents, look at them with the 4 series.

        10    Look at them against the HLF documents and Infocom

        11    documents and the videos and all the material that we have

        12    brought you.  And answer me this:  Does it fit?  Does it

        13    fit?  And where do you think that organization would send

        14    its money?  Items that were never intended to see the

13:53   15    light of day.  They didn't attack these documents.  They

        16    didn't attack the documents establishing the origins and

        17    the foundation, the purpose, the intent and the design of

        18    Holy Land Foundation.  They brought you Edward Abington

        19    and Dr. Nathan Brown.

        20            Let's talk about Mr. Abington first.  First

        21    thing I want to do is apologize because I will tell you

        22    what I was struck with as I sat there and listened to Mr.

        23    Abington talk.  I was a bit embarassed that that is the

        24    best the United States had to send to Jerusalem, to the

        25    heart of this battle, to the heart of this conflict.

13:53  1      Edward Abington.  Top secret and code word clearance for

       2      thirty years.  And I don't mean to be rude, but you'd

       3      think he would know more.  The heart of the conflict.  But

       4      he couldn't recognize the HAMAS symbol.  You recall when

       5      it came up on the screen he sat there and stared at the

       6      screen and finally had to read the script, and he said in

       7      his testimony "I think it's the HAMAS symbol, but I'm not

       8      sure."

       9           But he talked about other wall hangings and

      10      posters and things he was seeing and told you what all of

      11      that meant and who it was.  And he couldn't recognize the

      12      HAMAS symbol?  Never heard of HAMAS referred to as "The

      13      Movement."  Never heard that.  Couldn't name one leader in

      14      the West Bank of HAMAS.  The terrorist organization that

13:55 15      is the single largest threat to the State of Israel, and

      16      he couldn't name you one.  Although acknowledging that

      17      HAMAS has a social wing and talked about the social wing

      18      and talked about that HAMAS uses the social wing to gather

      19      the support and the support of people.  He acknowledged

      20      that.  He talked about that he had conversations with

      21      people who said that they supported HAMAS.  And we talked

      22      about because of the support that they give -- and he

      23      acknowledged -- all the witnesses acknowledged HAMAS's

      24      social wing.  But it just wasn't the committees we brought

      25      to you; we just got that wrong.  Did we get all the other

13:55  1    things right about who they are?  What they represent?

       2    What they feel?  What they think?  What they feel?  What

       3    they taste?  But we got that wrong?  Acknowledging HAMAS's

       4    social wing and the Palestinian support for that wing, he

       5    couldn't name you one HAMAS organization, except the

       6    Islamic Relief Committee, the organization which Avi

       7    helped to prosecute and the HLF gave nearly a million and

       8    a half dollars to until it was closed.  That was the only

       9    organization known to Mr. Abington.  Our authority, our

      10    representative in Jerusalem, our representative in the

      11    heart of this conflict who came here before you, flown

      12    from the Netherlands.  He said he had no dog in this

      13    fight.  Free of charge he flew from the Netherlands to

      14    talk to you.  You judge him.  You judge him.  He

13:56 15    criticized Israeli intelligence but admitted he doesn't

      16    work with Israeli agencies.  He deals with Palestinians.

      17    That was his job, to deal with Palestinians, which makes

      18    sense because he ultimately would leave and become a paid

      19    lobbyist for the Palestinian Authority.  He got whatever

      20    information he got from his CIA briefers and staffers he

      21    said which evidently didn't include anything about this

      22    acknowledged HAMAS social wing.

      23         He testified he instructed his entourage not to

      24    take him to any of the HAMAS associations, and that's what

      25    he relied on with his briefings.  He spoke to someone on a

13:57    1    committee but doesn't have their name, and then he leaves

          2    the State Department and becomes a lobbyist.  Edward

          3    Abington doesn't speak for the State Department, and he

          4    sure doesn't speak for the United States.

          5           Dr. Nathan Brown, a nice guy.  I wouldn't tell

          6    you any of their witnesses are liars because I don't

          7    believe they are.  I don't believe anyone got up and lied

          8    because I don't believe they did.  I just don't think they

          9    know much about what matters to this case, the substance

         10    of this case and these people and the questions you have

         11    to answer.

         12           Lived in Israel for a little over a year when he

         13    was working on his latest book, "Resuming Arab Palestine."

         14    He wrote a book on his research and time in the

13:58   15    Territories when he was living in Israel that year.  And

         16    he wrote a book, "Resuming Arab Palestine," where he

         17    mentions the word "HAMAS" twice.  In the entire book on

         18    resuming Arab Palestine.  An expert on Palestinian civil

         19    society, okay.  But not HAMAS and sure not HAMAS's social

         20    wing.  He said under cross examination -- He built up to

         21    that he was an expert on HAMAS, he thought.  You saw how

         22    short that conversation lasted in terms of details, names,

         23    organizational positions, decision making, understanding

         24    the internal workings of the structure, identities,

         25    specifics, in the weeds.  Dr. Brown could not name one

13:59 1    committee or organization that was part of what he

2    acknowledged -- although he said it was exaggerated --

3    HAMAS'S social wing until prompted by me.  When I asked

4    him, "Have you heard of the Islamic Complex?"  "Yes, I

5    have heard of that."  "Is it reputed to be a HAMAS

6    institution?"  He said, "Yes and probably well deserved."

7    Dr. Brown could not name you one committee on his own, one

8    organization.  Could not name -- Like Mr. Abington, could

9    not name one West Bank HAMAS leader or founder, not one.

10   Said that was something -- These names and these specifics

11   would be something you would have to go looking

12   specifically for:  Avi.  He talked to someone on the

13   Ramallah Zakat -- But didn't have their name.  Maybe in

14   his notes -- by appointment as a U.S. professor writing a

14:01 15   book from America.  Does it ring a little bit of Mr.

16   McGonigle in the Dallas Morning News?  He met with someone

17   at the Nablus Committee, not from but someone at the

18   Nablus Zakat Committee who didn't have a view.  But he was

19   very impressed with the fact that the committees were

20   licensed because they had a license.  Just like every

21   company, corporation, and organization in America that's

22   ever violated the law.  Licensed.

23           Licensed.  Avi talked about it.  They are

24   licensed.  Talked about HAMAS having people on the

25   intifada boards, the wakf.  Mohammed Fouad Abu Zeid in

14:02 1    3-18 was identified as the head of the intifada fund in

2          Jenin.  He talked about it.  His research, work and book

3          had nothing to do with HAMAS and nothing to do with the

4          social infrastructure.  Dr. Levitt qualified as an expert

5          by this Court on HAMAS.  Avi qualified by this Court as an

6          expert on HAMAS social infrastructure.  Dr. Brown, didn't

7          know anything about HAMAS's social infrastructure.  Under

8          direct, Dr. Brown, as I told you, was very dismissive of

9          3-7 and 3-22, but I think they were very useful.  Lacked

10         definition.  Apparently, he didn't put much study in the

11         documents you have seen over the course of these weeks.

12         Do you think he was interested in giving them definition?

13         He wasn't even aware of the SAMAH reference in the

14         Philadelphia conference when I walked him through that.

14:03 15   He didn't know.  He finally said that he just gave up on

16         the document.  A professor, maybe.  But an investigator,

17         he's not.  I asked him about that ivory tower.  Do you

18         recall?  Didn't mean to be mean.  But he said that the

19         ivory tower was a criticism leveled at academics who are

20         disconnected to the real world.  We talked about that

21         earlier in my rebuttal.  Mr. Dratel questioned who was

22         disconnected from the real world, Avi or Dr. Brown.  I'll

23         take that challenge.  I'll tell you who's connected to the

24         real world, and that's Avi.  The job he has to perform,

25         the streets he has to walk every day.  Those were their

14:04  1    two zakat witnesses:  One fact witness, not an expert, Mr.

       2    Abington, and one expert on Palestinian civil society.

       3    And if you will forgive my bluntness, neither of whom

       4    knows squat about HAMAS.  But neither hesitated for the

       5    first time to walk in this courtroom and opine for you on

       6    who HAMAS was not.  Neither of them could tell you who

       7    HAMAS is.  We brought you an academic and former

       8    counter-terrorism analyst who wrote a book on HAMAS

       9    politics -- an officer, an attorney whose job it is to

      10    know exactly what he testifies about and travels around

      11    the world in assisting our governments in dealing with and

      12    taking on this HAMAS social infrastructure.  You decide,

      13    and I'm okay with that.  But we don't ask you to just rely

      14    on Dr. Levitt and Avi.  Look at the origins, the purpose

14:05 15    and the design of the Holy Land Foundation.  Look at it.

      16    Think about it.  Does it fit?  Don't need to just take our

      17    word for it.  Take their word for it.  These charged

      18    committees were more than controlled by or operating on

      19    behalf of; they were part of HAMAS, Folks.

      20          The Judge will instruct you, as Ms. Moreno

      21    alluded, that you may find they provided material

      22    support -- And material support is goods, funds, services,

      23    here is money, cash money, but even for the charitable

      24    items, in kind items that you may believe, that too is

      25    prohibited by law.  Anything, everything, going to a

14:06  1    terrorist organization.  Why?  Because the law recognizes
       2    the danger of these organizations, of every component,
       3    particularly its widest and most critical component, its
       4    base.  He would instruct you that you may find that they
       5    provided material support to -- in the specially
       6    designated terrorist charge -- to or for the benefit of
       7    HAMAS, that the organization was controlled by or involved
       8    in managing, controlling, organizing or otherwise
       9    directing HAMAS's personnel or resources.  That's exactly
      10    what they were doing.  Their social infrastructure.  Their
      11    social resources.
      12         Let's switch gears for a minute.  A couple of
      13    other items I want to touch on.  One is the security.
      14    That was also something that was mine with Agent Miranda
14:07 15    so I feel I have a license to talk about.  The security
      16    document they also talked about, this 2-101.  Do you
      17    recall that?  The document that talked about the covert
      18    actions and laid out exactly what to do and not to do in
      19    talking to exposed persons and traveling undercover, all
      20    of those types of provisions.  Well, we talked to you
      21    about some examples of where they used that.  We showed
      22    you phone calls with Mr. Baker involving tapping on the
      23    phone and saying "My phone has a cold, my phone has a
      24    cold, we don't need to talk about a persons's honor over
      25    the phone."  Shukri and Abdel Natsheh out of the 4

14:08  1    documents.  Talking about Ashqar who said he was from

2    SAMAH, but Shukri tells Ashqar that he played dumb and

3    denied knowing who Ashqar was because he didn't know this

4    person claiming to be from SAMAH.

5          We saw the travel overseas that Ms. Hollander

6    addressed as well.  She said he used his real name and

7    address.  Why was he traveling as an Infocom Corporation

8    employee when he had never been employed with Infocom?

9    Why?  The security sweep where they hired the company in

10   to search for bugs and listening devices in their

11   organization, why?  Did they follow every provision of

12   that manual?  No.  Maybe that's why we're here.  What I

13   have not heard is an explanation at all of why this

14   organization would have a security manual.  Why?  A manual

14:09 15   entitled "The Foundations and Policies and Procedures."

16   Once again, does it fit?  Does it make sense?  Think about

17   it all in the context of these documents.

18          Talked about the family.  Again, we ask you to

19   convict these men because of who their families are?

20   Absolutely not.  Do I think you should consider it?  Yes,

21   I do.  The fact that this man's brother is Khalil Mishal,

22   the number one leader in HAMAS.  In fact, the man is

23   married to the cousin of Mousa Abu Marzook.  The fact that

24   this man is the cousin of Mousa Abu Marzook, the fact that

25   man's brother is the leader in Sudan and Yemen for HAMAS.

14:10  1    Is it coincidence?  Is it?  Do you recall the interview of

      2    Khalil Mishal played by Mr. Jonas where Khalil Mishal said

      3    "Give your money to people you trust.  American ears are

      4    listening."

      5              John Bryant, Ms. Moreno and I believe other

      6    counsel talked about John Bryant.  They went and they

      7    hired John Bryant.  Because they were so interested in

      8    doing it the right way, they went and hired John Bryant.

      9    Was it a mistake or accident that they hired a former

     10    congressman to represent them?  Think about it, Folks, in

     11    the context of what you know about these people.  Think

     12    about it in the context of Philadelphia, think about it in

     13    the context of our face to America.  John Bryant sat up

     14    here and told you he believed these people were innocent.

14:11 15    He went to the FBI.  He went to the State Department.  The

     16    target of a multi-year investigation walks in our door and

     17    wants us to talk.  Good idea?  It's not hard what these

     18    defendants should and shouldn't do.  Don't support

     19    terrorism or terrorist organizations.  Do you think John

     20    Bryant reviewed the El Barasse documents?  Do you think

     21    John Bryant ever reviewed the Ashqar documents?  Do you

     22    think John Bryant reviewed the Philadelphia transcripts?

     23    Do you think John Bryant did that before he walked in the

     24    FBI?  Do you think he did that before he walked in here

     25    before you?

14:12 1            They talk about a phone call, Ms. Moreno talked

2    about it, Mr. Elashi and Mr. Baker.  They talked about

3    what the Government has to do.  They've got to put these

4    organizations on the list.  They have to give us the list.

5    They are held to that.  They have to give us the list.

6    They don't need a list.  It's more of their working the

7    system.  He mentions on that call committees that you will

8    see in this indictment.  Just make those up?  He knows the

9    law.  They know the law, and they are doing everything

10   they can to try to manipulate the system, to manipulate

11   the face to America, the face of you and me.  Lies.

12           Mufid Abdulqader was asked about his

13   relationship with the Holy Land Foundation.  He said he

14   didn't know anybody at the Holy Land Foundation before

14:13 15   1995, except for his cousin Akram Mishal.  Mufid

16   Abdulqader, the gentlemen you have seen throughout these

17   video tapes said he disagreed with his brother Khalil

18   Mishal's political views.  Lies.

19            Ms. Moreno has talked about Ghassan Elashi and

20   that Mr. Jacks made an empty promise.  The Government's

21   7-6 is the deposition or rather a declaration from the

22   United States District Court for the Northern District of

23   Illinois.  HLF denies that Ghassan Elashi attended the

24   1993 meeting, the Philadelphia meeting.  You saw his

25   photograph.  He was there.  The HLF denies that attendees

14:14  1    of the 1993 meeting spoke of their relationship with

       2    HAMAS.  Lies.

       3              Mohamed El-Mezain in his deposition, another

       4    court matter, was asked "Do you know of any relationship

       5    or dealings that any of you principals of Holy Land

       6    Foundation had with Islamic Association for Palestine in

       7    January of 1989 that would have caused IAP to know about

       8    the Occupied Land Fund and what it was doing?"  Remember

       9    the IAP, on same chart, subordinate to the same

      10    leadership, Mousa Abu Marzook, its sister organization.

      11    "No.  Actually we -- you asked me before about the people

      12    of IAP, and I said to you we know these people, but we

      13    don't have any relation with them."

      14              Mr. Baker in his oral deposition, January 30th,

14:16 15    2003.  First one is the Islamic Association for Palestine.

      16    "Are you aware of any relationship or affiliation of any

      17    sort between that entity and the HLF?"

      18              "No affiliation but what do you mean by

      19    relationship?  Can you itemize that?"

      20              "Well, did you undertake any programs together,

      21    work together in any fashion?"

      22              "We had a business relationship with IAP."

      23              A business relationship with the IAP.  13-168 is

      24    the phone conversation with Gail Reeves.  Do you recall

      25    that where Gail Reeves from the Dallas Morning News called

14:17 1    Mr. Baker and talked to him and asked him some questions?

2    "Do you know is it -- is it" -- Ms. Reeves stated "Would

3    it be correct to say, if you know, some of these

4    conferences at which, you know, I believe -- If it wasn't

5    this one, it was another.  Just about the same time that,

6    you know, was -- one of the speakers thanks the Occupied

7    Land Fund and IAP for your sponsorship of the conference

8    and HAMAS and goes on, you know, and says things like, you

9    know -- you know, they are assigned, saying they were

10   sponsored by IAP.  Is it possible that, you know, that

11   back then the organizations did take a more, you know --

12   Well, I know you can't speak for IAP but --"

13           Shukri Abu Baker says, "Well, well --"

14           "But the HLF did take a more political stance.

14:18 15   And that now you've stepped back from that?"

16           "No, no.  In fact, I can speak for the Holy Land

17   Foundation very comfortably.  We have never raised -- We

18   have raised money for HAMAS.  I dare anybody to say,

19   Shukri, you wrote or you stood up in front of a conference

20   and asked for money for HAMAS and are trying to recruit

21   members for HAMAS.  We have never done this."

22           Recall in the Philadelphia conference where he

23   talks about the color of what we did, the military

24   recruitment.  It was heading in that direction.  You

25   recall that quote in Philadelphia.  You can go back over

14:18  1    and since we started, the fundraising literature, we have

2    never in any written communication used the word "HAMAS"

3    or in any oral communication in front of the audience

4    tried to raise funds for HAMAS."

5         Ms. Reeves:  "You know that you are saying that

6    even if, even if a Holy Land Foundation leader appeared at

7    conference, you know, with people who are supporting HAMAS

8    and who are very much in favor of armed Jihad and things

9    like that, that just because you all sponsored the

10    conference and the speaker spoke there doesn't mean that

11    you were sending the money?  Is that what you are saying?"

12         "Well, we didn't sponsor any speakers from HAMAS

13    to start with."

14         "But, you know, then later on when the military

14:19 15    wing started doing military operations, a lot of people

16    distanced themselves," she says to Mr. Baker.  Or Mr.

17    Baker says that.  Excuse me.  "What I was asking you was

18    is that the kind of position that the HLF found itself

19    in?"

20         And Shukri Abu Baker, "Well, we never -- we

21    never associated with HAMAS to start with, to distance

22    ourselves later on.  We never associated with HAMAS."

23         Mr. Jonas also talked to you about in the

24    deposition where he talks about the donation of Mousa Abu

25    Marzook.  There is no other relationship to Mousa Abu

14:20  1    Marzook.  It was a one-time donor at a festival.  Guess he

       2    just forgot that Marzook sat at the top of this

       3    organization.  Declaration of Shukri Abu Baker,

       4    Government's Exhibit 8-1.  "Neither I, nor to my knowledge

       5    any of the founders of this charity, have had any

       6    connection whatever to HAMAS or to any terrorist group or

       7    terrorism."

       8            "To my knowledge, we have never had a board

       9    member with any connection to HAMAS.  The 1993

      10    Philadelphia meeting was a meeting of Islamist

      11    intellectuals, academicians, community leaders and

      12    representatives of American Islamic organizations such as

      13    ours.  It was not a meeting of any organization."

      14            Do you recall Omar Ahmed saying this was a

14:21 15    meeting of the Palestine Committee, a committee set up by

      16    the Muslim Brotherhood and set up to support the flare of

      17    Jihad, HAMAS?  Shukri Abu Baker goes on to say, "This memo

      18    makes an issue out of some people's use of the word

      19    'SAMAH' at this meeting.  This word translated into

      20    phonetic English is HAMAS spelled backward.  Some people

      21    at the meeting spoke of HAMAS openly, and there was no

      22    reason for them not to since HAMAS's role in Palestine was

      23    a natural subject of discussion and HAMAS was not a banned

      24    organization at that time."

      25            You recall that Ms. Hollander pointed out that

14:22  1    in the 1993 conference, even before the law existed,

       2    Shukri Abu Baker refers to HAMAS as a terrorist

       3    organization.  "The use of the word 'SAMAH' was a

       4    whimsical and ironic play on words.  SAMAH means

       5    forgiveness in Arabic, and in my opinion, those who use

       6    the term were making ironic fun of HAMAS, not adopting a

       7    secret term to disguise their references to the

       8    organization."

       9            Why are they lying?  Why are they lying?  Just

      10    exercising their free speech?  If they are just exercising

      11    their right of association, why are they lying?

      12            Steve McGonigle, you heard from Steve McGonigle,

      13    the reporter for the Dallas Morning News.  Traveled to

      14    write a story about the Holy Land Foundation and its

14:23 15    alleged relationship with HAMAS and met with Mahmoud

      16    Zahar.  Mahmoud Zahar, "Recall I just told you I don't

      17    know about this Holy Land Foundation, but I met Shukri Abu

      18    Baker once at a conference in California.  We talked about

      19    his daughter."  Shukri Abu Baker and the Holy Land

      20    Foundation flew Mr. Zahar to that conference.  You saw the

      21    video, the American Express records.  You saw in

      22    Defendant's Exhibit 1019 where he met with Mr. Zahar in

      23    Palestine to talk to him about projects.  You saw in a

      24    call with Jamal Issa, the HAMAS leader in Yemen and then

      25    Sudan, the brother of the Defendant Shukri Abu Baker.  You

14:24    1    saw them talk about this empty-headed guy, Mahmoud Zahar.

2    "This empty-headed guy who's telling people over here that

3    you introduced him to some merchants."  This man did know

4    what he said.  "I only did charity with this man.  I only

5    did charity with this man."  That's what Mahmoud Zahar had

6    to say to Steve McGonigle.  McGonigle traveled then on

7    down the road and talked to Sheikh Ahmed Yassin, the

8    number one founder of HAMAS.  What did they say about what

9    Sheikh Yassin had to say?  He played dumb.  He said "Who

10    is this Holy Land Foundation?  We're building a school.

11    Maybe they can help."  Why does the spiritual founder of

12    HAMAS need to play dumb?  Why does Mahmoud Zahar need to

13    play dumb?  Why lie?  Because their true self was a threat

14    to their organization's survival and their personal

14:25   15    freedom.  Because today, because of the work of many

16    dedicated people, they sit before you.

17            It was all about protecting the American face,

18    to continue using this country as a platform to exploit us

19    and the severe and certain need in Palestine.  That's the

20    real crime.  They brought you photos of charity and relief

21    work.  They brought that and put that in front of you,

22    their American face, giving charity, but as they say,

23    strings attached.  Do you recall the video of the HLF

24    talking to the young child?  He said to the young child on

25    the video, "Tell us how your father died.  Tell us.  Speak

14:26  1    Boy, speak.  The Jews killed your father, didn't they,

       2    Boy?  The Jews killed him and you will grow up, and you

       3    will remember who killed your father."  That is the crime.

       4    They and HAMAS stand on the backs of those who are in need

       5    to give them influence and power, to -- as they said in

       6    Philadelphia -- exploit the humanitarian stuff to make you

       7    look legitimate.  They help guarantee a commitment to the

       8    love of martyrdom and allegiance to an organization set on

       9    annihilating a civilization.  Is that part of what Ms.

      10    Moreno characterized as the fantasy of violence?

      11         In one of their openings, counsel in this case

      12    said this was about children and Ms. Moreno said in her

      13    closing about violence against children.  I want you to

      14    think about those videos.  I want you to think about those

14:28 15    children marching in their uniforms, marching with guns,

      16    the ones taken from the Holy Land Foundation, with the

      17    children dancing with Mr. Baker orchestrating.  HAMAS, the

      18    love of martyrdom, over our blood.  I want you to remember

      19    the face of those children.  She's right.  It's about

      20    violence against the children.  Cradle to grave.  Cradle

      21    to grave.  They need founders, they need directors, they

      22    need fundraisers and singers.  They need people running

      23    their offices.  It's machinery that works by the beat of

      24    its people.  They all have a role to play, and they all

      25    play it.

14:29 1         I'm almost done. It's about all yours. This is

2    the point where most prosecutors would ask you to find

3    these defendants guilty. I'm not going to do that. I am

4    going to ask you to find justice. For when you walk out

5    of this place and you go back to your homes, to your

6    schools, to your places of worship, to your social

7    gatherings and people talk about the system, the system,

8    from here on for the rest of your lives they are talking

9    about you. For this day, this hour, this moment and this

10    place, you are the system. Justice is what you say it is.

11    And I'm okay with that. Thank you, your Honor.

12         THE COURT: Ladies and Gentlemen, the next step

13    in our trial is for me to give you instructions on the

14    law. I anticipate that's going to take somewhere between

14:31 15    an hour to an hour and a half. So let's take our

16    midafternoon recess at this time. We'll be in recess

17    until 2:50.

18         (Recess)

19         THE COURT: Ladies and Gentlemen, I have reduced

20    my instructions to you on the law to writing, and I have

21    had copies made so that if you would like to do so you may

22    follow along as I read these instructions to you. So I

23    will ask Mr. Kiblinger to pass the copies of instructions

24    out to you.

25         Let me comment to you about the size of these

14:54  1    individual packets.  They look like the phonebook for a

2    small city, but it's really not as bad as it appears.

3    Probably about half of that is the verdict form.  You will

4    remember that there are five individual defendants and a

5    corporate defendant in this case.  There are thirty-six

6    counts in the indictment, and so if every defendant were

7    named in every count, six times thirty-six would be two

8    hundred sixteen separate decisions, although there are

9    only two counts in which all the defendants are named.  So

10   I think the total number of decisions you will be called

11   upon to make is two hundred eighty separate decisions, and

12   that's why the verdict form itself is so long, and we'll

13   come to that later.  But for the moment, let me go ahead

14   and read the instructions to you.

16:03  15              (Jury charged)

16              THE COURT:  Thank you, Ms. Hudson.  Ladies and

17   Gentlemen, I want to go over with you briefly the verdict

18   form that begins on Page 55.

19              (Jury charged)

20              THE COURT:  Ladies and Gentlemen, that completes

21   my instructions to you about the law.  I have one other

22   task to perform before you leave to go to the juryroom,

23   and that is to announce, as I told you all when you were

24   first sworn in as jurors, that some of you were regular

25   jurors and some of you were alternate jurors in the event

16:24 1    that the other members of the jury were not able to

2    complete their service.  I told you that at that time you

3    would not know which of you were real jurors and which of

4    you were alternates because we wanted to be sure that

5    everyone paid close attention to the evidence as it was

6    being presented.  However, the alternate jurors are not

7    allowed by law to participate in the deliberations, but

8    there is still the possibility -- depending on how long

9    jury deliberations take -- that one of you might need to

10    be substituted for another member of the jury.  So I can

11    now announce that the persons who have been serving as

12    alternate jurors in this case are Mr. Brice Odell, Ms.

13    Patricia Sanders and Mr. Jerry McGahan, and I am going to

14    ask that all of you report to the courthouse each day, and

16:25 15    we will find a place where you can occupy yourselves as

16    juror deliberations are ongoing because, as I said, there

17    is still the possibility that we might need your service

18    if events require that we substitute you for another

19    member of the jury.  However, it's important that the

20    alternates not discuss the case with anyone until such

21    time, if ever, they are substituted as a member of the

22    jury and then required to deliberate with the other

23    members of the jury.

24            So let me ask first if Mr. Odell, Ms. Sanders or

25    Mr. McGahan -- if any of you have possessions in the

16:26 1    juryroom that you need to retrieve.  If so, let me ask

2    that you leave the courtroom now and retrieve your

3    possessions.  Since we have been having the jury

4    transported to and from the courthouse every day by the

5    Marshal, I am going to ask that you continue to

6    participate in those transportation arrangements, but

7    while the jury is in the van, the case should not be

8    discussed among yourselves since we have the alternates

9    there, too, and then when you get here in the morning, the

10   jury will come to the juryroom to begin deliberations.

11   And the alternates, we will find another place for you, as

12   I said, to occupy yourselves while the deliberations are

13   ongoing.  But for the moment, let me ask the alternate

14   members of the jury I have identified -- that they go to

16:27 15   the juryroom and retrieve their possessions so that they

16   will be out of the juryroom when the jury returns.  You

17   may be excused from the courtroom at this time.

18          Now, Ladies and Gentlemen, for the rest of you,

19   I told you just now in these instructions which Ms. Hudson

20   read to you that now that the jury deliberations are about

21   to begin that you will be the masters and mistresses of

22   your own schedule, and I adhere to that.  However, since

23   we have these transportation arrangements for you at the

24   beginning and end of each day, I think it would be well to

25   the extent possible to continue to have a regular schedule

16:28 1    about that, and so I am going to suggest given the hour

2    today that maybe for today you go back -- and if you want

3    to do so and have time -- that you maybe go ahead and

4    elect a foreperson.  Or if you want to defer that until

5    tomorrow, you can do that is well.  I'll leave that up to

6    you.  But that we not try to accomplish too much today so

7    that we can stay on a regular schedule.

8         Also, as I mentioned earlier in the week I

9    believe, I have made some committments that would preclude

10    us from being in session on Friday of this week, and so

11    tomorrow will be as far as I know a full day for you to

12    deliberate, but after that we will need to recess until

13    the following Monday.  Let me ask you as soon as you leave

14    the courtroom or while you are leaving the courtroom, that

16:29 15    you hand back to Mr. Kiblinger these copies of the Court's

16    instructions that you were given.  We will return those to

17    you in a short time so that each of you will have

18    available a copy to refer to if you need to during your

19    deliberations.  But I want to be sure that you get the

20    instructions at the same time you get all the materials

21    that you will be considering in deliberations; namely,

22    copies of the indictment, the documentary and tangible

23    evidence that were received in evidence during the trial,

24    and we've also made photographs of all the witnesses who

25    testified so that if that assists you, you can remember

16:29 1    who appeared and who said what during the trial.

2          Ladies and Gentlemen, I believe that completes

3    my instructions to you, you may now be excused from the

4    courtroom.

5          (Jury out)

6          THE COURT:  Ladies and Gentlemen, I'll now

7    entertain the objections of the parties to the

8    instructions that were just delivered to the jury.

9    Counsel for the government have any?

10         MR. JACKS:  No, your Honor.

11         THE COURT:  Mr. Cline?

12         MR. CLINE:  Yes, your Honor, in keeping with our

13   colloquy the other day on the subject, we have previously

14   made certain requests for instructions.  I think we

16:31 15   submitted written objections and comments on the Court's

16   instructions.  We would respectfully incorporate those

17   requests, objections and comments as our objections now

18   for the purposes of Rule 30.

19         THE COURT:  Thank you, Mr. Cline.  To the extent

20   that I did not give an instruction that was requested or

21   that I did not agree or accede to an objection, I'm

22   overruling that request or that objection.

23         I had one other matter that I guess we need to

24   resolve while we're all together this afternoon.  And that

25   is I had a letter that I received late yesterday afternoon

16:31 1    from Mr. Jacks that was hand-delivered dated September 18,

2    2007, concerning Defendant's Exhibits 1015 and 1050, and

3    then I had a responsive letter this morning also dated

4    September -- But I didn't see it until I arrived at the

5    office this morning -- from Ms. Hollander in response to

6    Mr. Jacks's letter. And I'm ready to -- I consider the

7    government's letter a motion to strike these two exhibits

8    for the reasons that are set forth in Mr. Jacks's letter,

9    and I'm ready to rule on that except for one point that

10    I'm still not clear about. And that is, Ms. Hollander,

11    Mr. Jacks's letter says that there was a Video Tape Number

12    282 which is identified as Defendant's Exhibit 1050.

13    However, Mr. Jacks was unsure which video tape that was

14    because there were two video tapes numbered 282, one from

16:33 15    the HLF search and one from the search of the offices of

16    Infocom, and he said in Footnote 2 at the bottom of Page 2

17    of his letter, "Neither the defendant's exhibit list, nor

18    Ms. Hollander, advised which Tape 282 was referred to."

19    And after reviewing your response, I'm not sure myself

20    which of those is being referred to.

21          MS. HOLLANDER: Your Honor, I didn't know there

22    were two. I only knew about the one I had, and it is the

23    people and the land. I thought I referenced that in a

24    letter, but I may not have made it clear, but it is the

25    people and the land.

16:34  1          THE COURT:  Well, thank you for that

2    clarification, and with that clarification, I am going to

3    deny the government's motion to strike these two exhibits.

4    So Defendant's Exhibits 1015 and 1050 will be available to

5    the jury for use during its deliberations, and I am going

6    to order that these two letters be filed as part of the

7    papers in this case so that it will be clear what I was

8    asked to do and what I have done.

9          While the jury is deliberating, I will want the

10   parties and their counsel to remain in or near the

11   courtroom in the event that we have a communication from

12   the jury.

13         It is all right with me if you remain in the

14   vicinity of the courtroom if you don't want to stay in the

16:35  15   courtroom the entire time.  However, if you get very far

16   away and we cannot find you after a few minutes, I will

17   consider that you have waived your right to have any input

18   into what my response to a communication from the jury is.

19         Now, I recognize that many of our counsel for

20   the defendants are from out of town, and it's my

21   impression or understanding that you have been staying at

22   the Hotel Adolphus which is across the street and down the

23   block.  And so if some of you want to retire to the

24   Adolphus, that would be satisfactory to me if you can be

25   back from the Adolphus within ten minutes and also

16:35 1    provided that at least one member of the defense team --

2    and you can alternate this duty if you want -- is present

3    in or about the courtroom and would have the

4    responsibility of notifying our defense counsel that you

5    are needed immediately.

6          And similarly, I know that the U.S. Attorney has

7    an office in this building.  If counsel for the government

8    want to retire to their office, that's okay with me

9    provided that at least one member of the government's team

10    is in or about the courtroom so that we can find you, and

11    you would then have the responsibility of notifying any

12    other members of the prosecution team that needed to be

13    here to respond to the jury communication.

14          I do intend that the courtroom should only be

16:36 15    occupied by counsel and the parties and not spectators

16    while the jury is deliberating because I have other uses

17    for the courtroom.  I have some matters on my criminal

18    docket set for Friday, for example, and we will need the

19    space.  So counsel for both parties, if you want to leave

20    any of your materials in the courtroom that is fine with

21    me, although I don't want to be responsible for your

22    materials.  I don't take responsibility for them, but if

23    you leave any here, they need to be sort of off the

24    counsel table and to the side so that when I have my

25    criminal docket on Friday our counsel can occupy the seats

16:37 1    at counsel table.  Counsel have anything?

2    MS. CADEDDU:  Yes, your Honor, on behalf of the

3    defendants and their families, we would actually like to

4    request that when the jury does return a verdict that

5    there will be a longer time period.  We would ask for an

6    hour to permit the families who will be in the vicinity of

7    the courthouse to assemble and get here to take the

8    verdict.

9    THE COURT:  I don't know about the logistics of

10   that, Ms. Cadeddu.  Of course I have no idea what hour of

11   the day we will be receiving the verdict, and if it's late

12   in the day, I think I have misgivings about that because I

13   don't want to stay too late.  There is a lot of overtime

14   probably involved in people staying late.  So I'm willing

16:38 15   to do that if it works out, but I'm not going to commit to

16   do it.

17   MS. CADEDDU:  I understand, your Honor.  Thank

18   you.

19   THE COURT:  Anyone else have anything that we

20   need to cover while we're all together?

21   MR. CLINE:  No, thank you, your Honor.

22   THE COURT:  Ladies and Gentlemen, I'd like to

23   see counsel in my library in about ten minutes.  Court

24   will be in recess.

25   Ladies and Gentlemen, I'm sorry for the false

16:38  1    alarm.  I was just told by Ms. Casey -- and I think she's

2    right about this -- she advised me that counsel have

3    agreed on what exhibits came into the record and go to the

4    juryroom and that after review they are ready to go to the

5    jury, and so I just wanted to announce that on the record

6    and be sure that no one dissented from that statement.

7         MS. HOLLANDER:  I believe that's correct, your

8    Honor.

9         MR. JACKS:  Yes, sir.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# INDEX

| Arguments | Page |
|---|---|
| Government | 4 |
| Defendant Elashi | 56 |

1              C E R T I F I C A T I O N

2

3          I, Cassidi L. Casey, certify that during the

4     proceedings of the foregoing-styled and -numbered cause, I

5     was the official reporter and took in stenotypy such

6     proceedings and have transcribed the same as shown by the

7     above and foregoing pages 1 through 134 and that said

8     transcript is true and correct.

9

10          I further certify that the transcript fees and format

11    comply with those prescribed by the court and the Judicial

12    Conference of the United States.

13

14

15                         s/Cassidi L. Casey
                           _____
16                         CASSIDI L. CASEY
                           UNITED STATES DISTRICT REPORTER
17                         NORTHERN DISTRICT OF TEXAS
                           DALLAS DIVISION
18

19

20

21

22

23

24

25

**< A >**
**AARON** 2:4
**Abdallah** 86:12
**Abdel** 86:19, 86:21, 86:22, 87:14, 88:22, 99:4, 100:14, 101:1, 110:25
**Abdul** 89:25
**Abdulqader** 2:11, 71:4, 113:12, 113:16
**Abed** 86:11
**abide** 32:19, 33:23, 33:25, 35:2
**abilities** 41:23
**ability** 37:15, 77:14, 77:15, 77:16
**Abington** 15:9, 15:14, 15:16, 16:6, 17:1, 17:10, 23:24, 24:17, 25:9, 26:16, 28:6, 38:15, 42:6, 44:21, 45:5, 48:6, 75:17, 80:6, 83:21, 84:11, 89:6, 103:18, 103:20, 103:23, 104:1, 105:9, 106:3, 107:8, 109:2
**able** 33:25, 35:14, 35:16, 50:14, 65:4, 73:17, 73:17, 95:15, 123:1
**abomination** 64:5
**Aboushi** 88:1
**above** 21:11, 134:7
**absence** 92:18
**Absolutely** 20:18, 25:18, 45:15, 46:16, 51:22, 51:23, 52:3, 52:10, 69:1, 73:1, 79:15, 80:8, 111:20
**Abu** 11:17, 14:12, 31:22, 31:24, 61:11, 61:22, 61:23, 68:24, 70:11, 72:4, 88:2, 88:2, 90:10, 90:23, 91:18, 97:5, 98:13, 99:9, 100:13, 100:20, 100:22, 101:12, 101:13, 101:15, 101:19, 103:2, 107:25, 111:23, 111:24, 114:10, 115:13, 116:20, 116:24, 116:25, 117:3, 117:17, 118:2, 118:17, 118:19, 118:25
**academic** 80:11, 109:7
**academicians** 117:11
**academics** 108:19
**accede** 126:21

**accept** 41:4, 41:6, 57:21
**access** 48:1, 48:2, 83:5, 83:8
**accident** 112:9
**accompanied** 101:9
**accomplish** 125:6
**account** 54:8
**accountant** 13:3
**Accuracy** 38:1
**accurate** 25:24, 79:12
**achievements** 63:9
**acknowledge** 93:25
**acknowledged** 85:24, 91:10, 104:19, 104:23, 104:23, 105:22, 107:2
**Acknowledging** 104:16, 105:3
**acquit** 52:1, 52:4
**across** 128:22
**act** 12:15, 12:19, 31:8, 78:1, 78:22, 82:16
**acting** 88:10
**Action** 11:4, 64:17, 64:25, 66:13, 68:24, 69:3, 69:3, 69:8, 69:8, 69:11, 69:24, 70:3, 81:8
**actions** 46:25, 47:6, 59:3, 67:2, 110:18
**activism** 95:23
**activists** 90:22
**activities** 65:2, 86:24, 89:16, 90:4, 94:11, 94:11, 95:15
**activity** 22:9, 94:6, 94:16, 95:11, 95:12, 96:2
**acts** 36:19
**actual** 11:1
**Actually** 26:6, 114:11, 130:3
**acute** 6:4
**ad** 81:11
**addition** 61:24, 65:21, 69:2, 81:15, 86:19, 89:13
**Additionally** 14:4, 14:17
**address** 73:17, 111:7
**addressed** 111:6
**Adeeb** 87:25
**adhere** 66:3, 124:22
**Adjust** 76:20, 76:20, 77:2
**adjusted** 76:21
**Adli** 51:10, 88:23
**administrative** 95:22
**admitted** 105:15

**Adnan** 99:4, 100:13
**Adolphus** 128:22, 128:24, 128:25
**adopting** 118:6
**adopts** 62:9
**advance** 64:25, 95:17
**advanced** 94:8
**advised** 127:18, 131:2
**Advises** 19:2
**advisor** 39:6
**affairs** 12:20, 19:2
**affect** 60:16
**affiliated** 93:5
**affiliates** 31:25, 32:1
**affiliation** 21:8, 22:10, 81:20, 95:2, 114:16, 114:18
**affiliations** 21:9
**afraid** 50:12, 50:13, 50:15, 50:16
**After** 12:12, 16:7, 34:12, 38:25, 47:23, 48:3, 54:9, 59:10, 60:12, 65:16, 75:14, 81:20, 125:12, 127:19, 128:16, 131:4
**afternoon** 84:6, 126:24, 126:25
**Again** 24:22, 36:7, 36:14, 45:22, 49:10, 50:6, 50:9, 51:19, 62:5, 70:18, 71:23, 76:3, 81:6, 96:14, 103:8, 111:16, 111:18
**against** 9:6, 22:13, 33:22, 34:13, 49:15, 49:21, 53:14, 54:22, 67:19, 67:20, 67:21, 67:22, 79:8, 84:23, 103:10, 120:13, 120:20
**age** 6:3
**agencies** 16:11, 105:16
**Agency** 15:20, 39:6, 42:10, 79:5, 79:12, 79:14, 80:14
**agenda** 11:4, 16:22, 19:25
**Agent** 13:25, 13:25, 21:22, 23:22, 37:21, 40:12, 40:14, 45:22, 47:7, 47:15, 68:14, 71:17, 72:8, 72:22, 73:18, 84:17, 100:18, 102:10, 110:14
**ago** 6:13, 27:14
**agree** 6:9, 15:6, 18:12, 29:19, 68:16, 75:23, 75:25,

101:11, 126:21
**agreed** 6:10, 47:15, 84:10, 84:11, 131:3
**agreement** 65:16, 75:19
**agreements** 69:16
**agrees** 81:18
**ahead** 4:4, 83:23, 83:25, 84:5, 122:13, 125:3
**Ahmad** 59:10, 90:12
**Ahmed** 72:1, 74:6, 89:13, 89:14, 97:7, 117:14, 119:7
**aid** 8:2, 17:25, 18:13, 23:8, 45:9, 45:11, 53:22, 53:23, 60:9, 85:21
**aims** 62:11
**Akram** 113:15
**Al** 1:11, 22:12, 22:12, 28:22, 43:7, 63:21, 63:21, 63:21, 63:22, 63:25, 74:15, 86:12, 88:6, 89:10, 89:24, 94:2, 94:20, 96:9, 96:23, 96:24, 99:5, 99:10, 99:12
**Al-aqsa** 42:15, 73:25, 74:1, 80:22
**alarm** 131:1
**Albaz** 91:17, 91:19
**Albright** 16:6, 19:12
**Albuquerque** 1:46
**alert** 15:23, 85:7
**Alhi** 96:10
**aliases** 91:19
**alien** 53:5
**aligned** 70:7
**alleged** 118:15
**allegiance** 120:8
**allocated** 55:19
**allow** 10:4, 30:14
**allowed** 22:17, 32:19, 82:14, 123:7
**alluded** 109:21
**Almighty** 63:19, 66:13
**Almost** 16:13, 22:17, 45:21, 56:11, 74:21, 75:14, 121:1
**along** 121:22
**Also** 8:22, 12:25, 15:8, 19:11, 19:25, 21:5, 22:20, 25:19, 25:20, 39:18, 43:20, 44:18, 44:21, 56:16, 61:18, 61:22, 71:9, 71:17, 71:24, 74:8, 86:17, 88:5, 88:24,

90:12, 90:23, 90:24, 91:17, 96:1, 100:22, 100:25, 101:2, 101:5, 102:4, 110:14, 110:16, 116:23, 125:8, 125:24, 127:3, 128:25
**alternate** 122:25, 123:6, 123:12, 124:13, 129:2
**alternates** 123:4, 123:20, 124:8, 124:11
**alternative** 62:12
**alternative.** 97:6
**Although** 38:8, 104:16, 107:2, 122:8, 129:21
**always** 42:8, 74:23
**Am** 4:23, 5:13, 5:14, 13:16, 18:6, 31:20, 32:2, 33:24, 34:2, 35:2, 35:20, 50:17, 57:5, 57:6, 68:5, 77:21, 92:2, 121:3, 123:13, 124:5, 125:1, 128:2, 128:5
**Amar** 89:24, 89:24, 90:2, 90:3
**ambassabors** 40:7
**Ambassador** 29:25
**Amendment** 52:20, 52:24, 53:10, 67:25, 68:1
**America** 1:5, 34:10, 50:21, 50:23, 62:2, 62:3, 62:7, 62:15, 62:18, 65:16, 80:23, 107:15, 107:21, 112:13, 113:11
**American** 16:3, 31:3, 45:18, 112:3, 117:12, 118:21, 119:17, 119:22
**Americans** 7:2, 46:19, 53:5
**amidst** 64:14
**Among** 32:18, 65:21, 124:8
**amount** 22:1, 22:4, 25:1
**analogy** 26:7, 26:11, 27:5, 27:16, 44:6
**analyses** 80:10
**analyst** 15:10, 78:10, 109:8
**analyzed** 15:25
**analyzing** 15:11
**Anees** 69:25, 70:1, 70:2, 70:5, 70:7, 70:17
**Angeles** 101:19, 101:23
**angry** 9:6, 34:15
**annihilating** 120:9
**annihilation** 69:18, 69:18

**announce** 122:23, 123:11, 131:5
**annually** 11:16
**Another** 14:10, 41:2, 47:13, 52:9, 57:3, 61:19, 63:23, 71:5, 71:8, 71:16, 72:7, 78:21, 81:15, 99:7, 102:2, 114:3, 115:5, 123:10, 123:18, 124:11
**answer** 15:15, 15:16, 29:11, 35:19, 54:19, 56:19, 56:20, 57:7, 103:12, 106:11
**answers** 15:14, 37:15
**anticipate** 121:14
**anybody** 13:19, 28:14, 49:18, 113:14, 115:18
**anymore** 30:15, 66:19, 66:20, 103:4
**Anyone** 12:17, 27:9, 52:11, 52:11, 106:7, 123:20, 130:19
**Anything** 14:9, 22:18, 30:24, 33:11, 38:22, 39:24, 57:2, 57:22, 57:23, 81:3, 105:21, 108:7, 109:25, 130:1, 130:19
**anything.** 32:24
**anyway** 23:4
**apart** 84:3
**apologize** 5:8, 5:9, 103:21
**apparatus** 65:12, 65:15
**Apparently** 74:17, 108:10
**appear** 17:20, 67:5
**appeared** 116:6, 126:1
**appears** 18:10, 122:2
**application** 21:23
**applications** 21:21
**applies** 11:14
**apply** 16:23
**appointed** 27:2
**appointment** 107:14
**appreciate** 4:5, 68:4
**approve** 43:23
**approved** 16:4, 43:17, 44:1, 62:4
**approves** 29:4
**approximately** 76:1
**April** 31:16, 31:22, 34:21
**Aql** 102:6
**Arab** 13:1, 64:4, 64:20, 106:13, 106:16, 106:18
**Arabic** 16:2, 80:12, 80:13,

80:15, 118:5
**Arafat** 44:22, 44:23, 82:15
**arbitrarily** 55:24
**area** 31:4, 101:9
**areas** 78:21
**aren't** 29:1
**argued** 23:19
**argument** 18:13, 53:16, 77:5
**Arguments** 55:16, 132:4
**arm** 59:15, 63:14, 102:13, 102:14
**armed** 116:8
**armies** 64:4
**Army** 15:19, 39:1
**around** 6:16, 9:12, 20:2, 32:2, 57:3, 77:21, 88:25, 90:14, 102:10, 109:10
**arrangements** 124:6, 124:23
**arrested** 21:24, 39:4, 48:14, 48:14, 90:3, 95:8, 95:24, 96:2
**arrival** 63:24
**arrived** 127:4
**arrogant** 19:8
**Article** 31:24, 60:7, 86:18
**Ashqar** 12:24, 46:4, 61:19, 61:25, 67:21, 111:1, 111:2, 111:3, 112:21
**ask** 12:15, 13:16, 27:24, 28:17, 29:10, 30:8, 50:7, 88:2, 109:13, 111:18, 121:2, 121:4, 121:23, 123:14, 123:24, 124:1, 124:5, 124:13, 125:13, 130:5
**asked** 5:21, 6:2, 15:13, 15:14, 24:20, 25:13, 30:25, 41:10, 41:14, 44:6, 57:10, 57:14, 68:14, 73:11, 82:10, 83:6, 83:24, 86:17, 99:13, 99:14, 99:14, 99:15, 100:4, 100:8, 100:9, 100:11, 107:3, 108:17, 113:12, 114:4, 114:11, 115:1, 115:20, 128:8
**Asking** 8:7, 8:12, 8:13, 54:25, 68:5, 85:21, 116:17
**asks** 63:12
**aspect** 95:16, 95:17
**aspects** 96:21
**assemble** 130:7
**assigned** 115:9
**assist** 19:14

**assistance** 45:12
**Assistant** 1:29
**assisting** 109:11
**assists** 125:25
**associated** 52:17, 116:21, 116:22
**associates** 28:9, 28:12, 68:24
**Association** 53:10, 53:24, 63:7, 65:22, 65:24, 72:9, 87:2, 87:5, 96:14, 100:25, 101:14, 114:6, 114:15, 118:11
**associational** 52:21
**associations** 53:9, 105:24
**assume** 101:25
**assumed** 41:17, 61:12, 83:10
**assuming** 76:2
**assured** 60:2
**atop** 61:15
**attached** 119:23
**attack** 88:7, 103:15, 103:16
**attack.** 69:23
**attended** 113:23
**attendees** 72:15, 92:10, 113:25
**attention** 4:13, 26:1, 84:14, 97:24, 100:17, 102:8, 123:5
**Attorney** 1:29, 109:9, 129:6
**attributing** 64:16
**audience** 11:12, 116:3
**auditors** 58:19
**audits** 51:14
**authentic** 45:19
**Authorities** 90:4
**Authority** 17:6, 17:14, 20:24, 27:1, 43:17, 43:23, 44:2, 44:18, 82:3, 82:7, 88:16, 105:9, 105:19
**authors** 53:14
**available** 66:13, 66:14, 125:18, 128:4
**Avenue** 2:16, 3:7
**Aviv** 16:1
**avoid** 60:16
**aware** 83:7, 108:13, 114:16
**away** 4:14, 56:19, 80:2, 80:3, 128:16
**Ayoub** 89:24, 90:2

**Azzam** 86:12


**< B >**
**Back** 16:7, 24:7, 25:4, 27:5, 27:16, 27:18, 30:12, 39:16, 42:25, 44:6, 49:10, 56:17, 56:18, 56:18, 57:4, 57:5, 57:6, 57:10, 58:23, 58:23, 84:8, 84:17, 91:11, 96:19, 100:21, 115:11, 115:15, 115:25, 121:5, 125:2, 125:15, 128:25
**background** 42:12, 92:16
**backs** 120:4
**backward** 117:20
**bad** 31:11, 36:16, 55:22, 122:2
**Badawi** 89:24, 90:3
**Baker** 1:38, 9:19, 11:17, 14:12, 30:17, 31:15, 31:22, 31:24, 32:12, 32:13, 33:9, 33:16, 61:23, 70:4, 70:11, 96:18, 97:5, 100:20, 101:19, 103:2, 110:22, 113:2, 114:14, 115:1, 115:13, 116:16, 116:17, 116:20, 117:3, 117:17, 118:2, 118:18, 118:19, 118:25, 120:17
**balance** 82:3, 82:5, 82:8, 82:13, 82:17, 82:19, 88:17
**Bank** 5:22, 5:25, 20:7, 32:6, 38:19, 38:23, 39:3, 71:13, 73:18, 74:16, 74:24, 76:16, 76:17, 80:7, 86:7, 92:19, 94:4, 95:8, 104:14, 107:9
**Banna** 63:25
**banned** 117:23
**banner** 65:9
**Barasse** 11:10, 12:23, 61:25, 76:12, 87:21, 97:17, 99:24, 112:20
**Barouk** 47:24
**BARRY** 1:26
**base** 78:15, 110:4
**based** 12:11, 22:9, 22:10, 23:22, 23:24, 42:20, 58:22
**Bashar** 89:24
**basically** 39:4
**basics** 57:10, 58:23, 58:23

**basis** 53:9, 62:11
**battle** 103:25
**be.** 33:17
**bear** 26:13
**beat** 120:23
**became** 64:15, 95:8
**become** 59:13, 84:20, 101:4, 105:18
**becomes** 106:2
**bedrock** 24:13
**beds** 50:25
**began** 59:6
**begin** 124:10, 124:21
**Beginning** 10:20, 59:1, 59:3, 59:5, 59:6, 62:6, 76:1, 76:11, 97:22, 99:3, 102:10, 102:14, 124:24
**begins** 53:22, 53:22, 60:2, 95:20, 122:18
**behalf** 4:10, 4:21, 55:9, 77:10, 78:1, 109:19, 130:2
**behaves** 36:20
**Behind** 47:6, 66:8, 66:12, 68:1, 93:17, 100:1
**Beitawi** 71:21, 71:24, 86:22, 88:22, 88:23, 99:12, 100:15
**believe** 19:18, 22:6, 22:25, 23:16, 29:14, 29:16, 37:2, 45:5, 45:8, 46:20, 53:6, 57:20, 68:5, 68:6, 68:9, 70:8, 70:23, 74:10, 77:25, 79:20, 82:23, 89:4, 89:5, 89:5, 92:23, 95:21, 97:9, 99:2, 106:7, 106:7, 106:8, 109:24, 112:5, 115:4, 125:9, 126:2, 131:7
**believed** 13:1, 112:14
**believers** 62:21
**believes** 45:4
**belong** 93:19
**beloved** 85:6
**below** 5:25, 102:13
**belt** 72:3
**benefit** 8:17, 60:23, 70:12, 110:6
**best** 32:9, 40:10, 40:18, 103:24
**bet** 68:1, 68:11
**Bethlehem** 48:21, 90:11, 90:14, 90:15, 90:16, 90:18,

98:9
**better** 25:24, 25:25, 42:14, 68:8
**beyond** 12:8, 12:10, 12:13, 29:14, 54:21, 55:1, 55:1, 55:2, 55:3
**bias** 9:25, 49:10
**biased** 25:13
**Bier** 100:22
**big** 23:18
**Bilal** 89:23, 91:19, 98:20
**Biqa'a** 94:6
**birth** 6:5, 59:7, 59:9, 102:20
**bit** 4:23, 26:11, 92:6, 92:8, 102:1, 103:23, 107:15
**bitter** 17:5, 19:13, 26:19, 27:1, 44:2, 44:19, 82:8, 82:9
**black** 11:11, 12:23, 24:11, 46:4, 60:4, 60:5
**blanket** 51:8
**blessed** 64:13, 66:12
**Blind** 53:24
**block** 128:23
**blood** 63:19, 64:7, 120:18
**bloody** 38:18
**blowing** 79:21
**blows** 79:11
**bluntness** 109:3
**blur** 23:18
**board** 10:25, 11:1, 11:3, 21:11, 27:2, 27:3, 100:14, 117:8
**boards** 26:16, 43:13, 43:14, 43:16, 43:24, 107:25
**bodies** 17:12, 67:4
**bomber** 89:4
**bombers** 8:14
**bombing** 90:8, 90:8
**bombings** 88:10, 89:7
**bombmaker** 89:3
**book** 25:2, 37:24, 41:10, 41:12, 41:13, 41:15, 41:15, 41:16, 41:17, 42:22, 78:8, 78:8, 78:10, 78:13, 106:13, 106:14, 106:16, 106:17, 107:15, 108:2, 109:8
**books** 11:8, 13:7, 13:11, 50:16, 50:17, 51:13
**born** 16:2, 59:15, 68:18, 73:4, 81:6, 102:17

**bosom** 59:15, 65:6, 68:18, 73:4, 81:6
**bottom** 10:17, 127:16
**BOX** 2:25, 13:13
**boxes** 88:12, 88:14
**Boy** 48:19, 120:1, 120:2
**BOYD** 1:43
**branches** 64:1, 64:16, 87:1
**bread** 65:6
**breadwinner** 22:3
**break** 33:13, 36:19, 55:20, 56:3, 67:16
**bred** 81:6
**Brice** 123:12
**briefers** 105:20
**briefings** 16:9, 16:10, 16:11, 23:25, 105:25
**Briefly** 11:9, 47:8, 51:10, 51:24, 52:5, 62:2, 100:19, 122:17
**Bring** 18:25, 28:14, 40:9, 40:9, 40:11, 40:12, 40:14, 40:16, 40:17, 56:17, 56:18, 56:18, 57:5, 57:6, 57:24, 57:24, 58:21, 70:24, 83:9, 84:13, 91:4, 95:25, 97:20, 102:22, 102:24
**brings** 77:5
**Britain** 52:7, 52:10, 80:22
**British** 42:16, 89:11, 89:17
**broadcast** 90:4
**Broadcasting** 89:12, 89:17
**brochures** 18:1
**broke** 14:13
**Brother** 11:17, 53:12, 70:16, 71:4, 94:22, 94:23, 95:21, 96:1, 98:10, 99:17, 111:21, 111:25, 113:17, 118:25
**Brotherhood** 46:1, 59:12, 59:16, 59:19, 59:21, 62:9, 62:15, 64:1, 64:3, 65:7, 68:19, 69:4, 71:22, 73:4, 81:7, 81:19, 81:21, 81:23, 81:24, 102:12, 102:17, 117:16
**brothers** 17:17, 66:12, 85:5, 85:6, 95:15, 96:22
**brothers.** 85:11
**brought** 14:11, 18:24, 22:13, 22:14, 38:14, 42:10, 61:3,

61:18, 62:1, 63:5, 63:17,
67:3, 70:5, 70:23, 72:21,
72:24, 74:8, 74:18, 74:22,
75:7, 78:14, 80:6, 80:9,
82:20, 83:2, 96:3, 100:17,
102:7, 103:12, 103:18,
104:24, 109:7, 119:20,
119:21
**brutal** 6:22
**Bryant** 8:20, 29:9, 29:22,
29:23, 30:9, 30:13, 30:15,
30:17, 30:18, 30:25, 31:2,
112:5, 112:6, 112:7, 112:8,
112:13, 112:20, 112:21,
112:22, 112:23
**budget** 11:5
**bugs** 111:10
**build** 43:7, 43:11
**building** 119:10, 129:7
**built** 78:17, 94:18, 106:20
**bulldozers** 7:5
**burden** 12:7, 12:7, 12:9,
32:22, 54:20, 54:24, 57:19
**burned** 49:17, 49:19
**burning** 79:1
**Burns** 21:22, 45:22, 46:13,
47:7, 47:15, 73:18, 84:17,
86:14, 100:18, 102:10
**bus** 49:17, 89:7
**business** 114:22, 114:23
**busses** 49:19


**< C >**
**CA** 2:33
**cabinet** 15:13
**Cadeddu** 2:14, 2:15, 130:10
**cafes** 79:10
**calendar** 49:5, 49:6, 49:6,
49:8, 49:9
**calendars** 82:21
**California** 2:31, 118:18
**call** 11:10, 12:23, 13:5,
38:13, 56:12, 70:1, 71:21,
72:7, 72:16, 72:19, 78:6,
87:11, 113:1, 113:7, 118:24
**called** 7:9, 30:13, 51:12,
56:23, 82:4, 114:25, 122:10
**calling** 92:11
**calls** 7:13, 7:14, 7:17, 7:21,

8:6, 8:22, 9:1, 24:4, 72:15,
110:22
**camp** 89:1
**campaign** 69:10
**camps** 6:20
**camps.** 74:14
**candidates** 69:10
**candles** 48:15
**candor** 56:21
**cans** 39:22
**capabilities** 69:22
**capable** 95:22
**capture** 72:11
**captured** 72:8
**capturing** 83:13
**cards** 14:15
**Care** 33:16, 33:20, 33:21,
33:21, 45:17, 68:15, 79:16,
85:9, 90:15, 90:16
**cared** 7:23, 30:5
**career** 15:10
**careful** 12:12, 19:5, 23:1
**carefully** 28:23
**caring** 93:2
**carry** 84:22
**carrying** 101:7
**case** 4:23, 6:2, 9:25, 13:20,
15:7, 17:1, 20:18, 24:14,
28:11, 37:10, 37:23, 38:10,
39:5, 43:25, 49:18, 52:21,
54:6, 61:20, 70:19, 76:24,
106:9, 106:10, 120:11, 122:5,
123:12, 123:20, 124:7, 128:7
**CASEY** 3:13, 131:1, 134:3,
134:17
**cash** 109:23
**CASSIDI** 3:13, 134:3, 134:17
**casual** 67:5, 67:9
**categories** 92:24
**caught** 44:11
**Cause** 63:15, 64:21, 65:21,
66:5, 66:5, 69:13, 71:20,
134:4
**caused** 114:7
**causes** 23:14, 62:9
**caution** 11:8
**celebrations** 63:9
**celebratory** 87:17
**cent** 5:23
**center** 56:17, 57:5, 71:6,

71:6, 95:5, 95:6, 95:24
**centers** 72:16, 93:4
**Central** 11:16, 61:3, 61:4,
61:6, 102:6
**Century** 7:10, 63:24
**ceremony** 73:22, 73:24,
87:3, 101:6, 101:6
**certain** 22:1, 23:13, 119:19,
126:14
**Certainly** 14:11, 26:18,
49:20, 92:9
**certified** 17:24
**Certify** 23:5, 134:3, 134:10
**chains** 20:5, 24:2, 39:13,
82:21, 83:2, 89:2
**Chairman** 11:21, 19:13,
86:20, 89:12, 91:19, 96:16,
96:16, 100:14, 100:22
**challenge** 62:23, 102:22,
102:24, 108:23
**challenged** 22:10, 91:22
**challenges** 35:5
**chance** 54:17, 54:19
**change** 24:16, 76:23
**changers** 74:20, 74:21
**Channel** 85:14, 85:16, 85:18,
89:12
**channels** 85:13, 85:14
**chaos** 95:20
**character** 12:14, 12:18
**characterize** 22:17
**characterized** 22:8, 120:10
**Charge** 30:8, 30:11, 39:11,
95:7, 105:13, 110:6
**charged** 17:12, 31:8, 76:17,
98:25, 109:17, 122:15,
122:19
**charges** 22:13, 22:14, 52:2,
52:4, 54:21, 75:10
**Charitable** 18:2, 21:1, 32:7,
32:7, 33:4, 35:10, 45:25,
86:2, 86:6, 87:2, 87:10,
87:13, 87:16, 93:1, 96:7,
96:8, 96:15, 99:1, 99:11,
100:23, 109:23
**charities** 22:21, 42:15, 43:3,
86:7
**Charity** 7:24, 10:14, 21:20,
28:13, 30:5, 34:8, 42:16,
44:18, 52:8, 52:12, 78:12,

87:6, 92:13, 102:4, 117:5, 119:4, 119:5, 119:20, 119:22
**chart** 61:4, 61:6, 114:9
**Charter** 58:25, 59:1, 60:3, 60:6, 60:8, 65:25
**chartered** 20:20
**charting** 63:20
**chase** 24:16
**Cheap** 79:15, 79:23
**check** 42:12
**checking** 86:5
**checkpoints** 51:4
**cherry-picking** 10:22, 24:23
**child** 47:13, 47:14, 48:18, 49:14, 49:14, 49:14, 50:10, 53:3, 71:11, 119:24, 119:24
**childhood** 7:2, 50:12
**choose** 8:9
**chose** 63:2, 100:4
**chosen** 8:11, 19:12
**CIA** 15:10, 16:10, 16:14, 18:3, 18:4, 18:15, 18:16, 23:25, 105:20
**circumstances** 45:16, 91:6
**cities** 64:2
**citizen** 31:3
**citizens** 79:7
**city** 96:5, 122:2
**civil** 106:18, 109:2
**civilians** 49:21
**civilization** 62:12, 62:16, 62:19, 69:18, 120:9
**claim** 90:7
**claimed** 25:15, 42:23
**claiming** 111:4
**claims** 23:23
**clarification** 128:2, 128:2
**Class** 89:10
**classification** 13:23, 14:4
**classified** 80:18, 92:24
**classify** 92:22
**clear** 33:18, 34:11, 34:13, 127:10, 127:24, 128:7
**clearance** 15:23, 30:1, 104:1
**cleared** 42:17
**Clearly** 24:20, 37:13, 39:17, 41:19, 42:18, 42:18, 43:9, 45:24
**client** 10:5, 12:8
**CLINE** 2:29, 4:11, 13:16,

13:24, 43:12, 44:6, 126:11, 126:12, 126:19, 130:21
**close** 32:21, 45:6, 123:5
**Closed** 22:21, 45:7, 76:25, 77:3, 88:15, 105:8
**closely** 10:7, 10:7
**closing** 26:2, 29:17, 52:5, 53:16, 55:16, 76:20, 120:13
**clubs** 93:8
**coach** 27:8, 27:12, 29:4
**coaches** 28:20
**coconspirators** 61:20
**code** 15:23, 87:12, 104:1
**Coincidence** 61:17, 61:17, 67:24, 68:25, 73:15, 112:1
**coincidences** 71:5
**cold** 110:23, 110:24
**collected** 20:20, 25:8
**collective** 7:4, 53:4, 60:10
**collects** 70:12
**colloquy** 126:13
**Colombia** 48:23
**color** 42:1, 50:14, 62:2, 115:23
**colors** 48:15
**comes** 12:5, 34:9, 39:24, 63:1, 96:19
**comfort** 50:25
**comfortably** 115:17
**commen** 13:12
**comment** 26:1, 121:25
**comments** 9:24, 52:25, 126:15, 126:17
**Commerce** 1:33, 3:14
**Commissioner** 28:16, 28:17, 29:10, 29:11
**commit** 11:15, 130:15
**commitment** 67:7, 120:7
**committed** 31:7, 31:9, 67:8
**Committee.** 100:23
**committments** 125:9
**common** 37:1, 55:6, 57:25, 57:25, 58:4, 58:11, 58:13, 58:16, 58:16, 58:21, 82:12
**communication** 116:2, 116:3, 128:11, 128:18, 129:13
**community** 9:5, 20:10, 46:21, 72:4, 117:11
**companions** 63:19

**company** 107:21, 111:9
**compare** 19:8
**compared** 85:2
**comparison** 94:8
**compels** 54:10, 55:8
**compensation** 8:1
**competing** 82:9
**complain** 35:23
**complete** 60:11, 123:2
**completely** 13:15, 14:9, 22:25
**completes** 122:20, 126:2
**Complex** 73:9, 73:9, 73:10, 73:12, 93:23, 96:23, 97:1, 107:4
**Complex.** 93:23
**complicated** 31:3
**complied** 8:18
**comply** 36:2, 55:4, 76:20, 76:20, 77:3, 134:11
**complying** 31:14
**component** 110:2, 110:3
**comport** 87:8
**conceal** 33:13
**concealing** 56:24
**concealment** 10:20, 51:21
**conceived** 21:2
**concept** 53:5
**concern** 34:6
**concerned** 33:1
**concerning** 127:2
**conclude** 66:11
**conclusion** 37:19
**conclusions** 23:24, 58:12
**condemn** 46:25
**condemning** 46:24
**Conference** 62:5, 72:19, 92:9, 92:12, 108:14, 115:7, 115:19, 115:22, 116:7, 116:10, 118:1, 118:18, 118:20, 134:12
**conferences** 71:18, 72:10, 72:14, 72:14, 115:4
**conflict** 69:14, 69:15, 69:16, 69:17, 69:19, 103:25, 104:3, 105:11
**confront** 69:23
**confrontation** 61:1
**confused** 27:11
**Congressman** 29:24, 112:10

**connected** 8:9, 72:13, 108:23
**connection** 33:3, 117:6, 117:9
**consequences** 6:20
**Consider** 16:20, 18:3, 18:15, 18:16, 19:6, 19:6, 34:18, 36:5, 58:8, 81:2, 81:5, 96:6, 97:2, 97:11, 111:20, 127:6, 128:17
**consideration** 12:13, 32:14, 37:7, 81:9
**considered** 33:5, 33:10, 42:15, 44:17, 47:14, 47:14
**considering** 20:10, 54:9, 125:21
**considers** 43:2
**consistent** 69:1, 72:18, 73:8, 81:25
**consistently** 6:7
**constant** 82:17, 82:17
**constitute** 33:3
**Constitution** 19:14
**constructing** 72:2
**Consul** 15:24, 16:3, 38:16, 40:8
**consult** 13:22
**contact** 16:17
**contemplates** 58:19
**content** 61:10
**context** 5:14, 50:19, 67:3, 93:16, 97:11, 100:3, 111:17, 112:11, 112:12, 112:13
**continuation** 8:2
**continue** 39:3, 84:1, 119:18, 124:5, 124:25
**continued** 77:3
**continuing** 64:8
**contributed** 74:13
**contributing** 5:9
**control** 23:4, 27:13, 43:15, 76:2, 76:6, 76:9, 78:19, 81:25, 88:8, 88:9
**controlled** 8:16, 15:8, 20:13, 22:16, 22:19, 23:9, 40:11, 88:7, 103:5, 109:18, 110:7
**controller** 11:24
**controlling** 88:22, 110:8
**controversial** 21:2
**conversation** 31:15, 31:17,

31:17, 31:18, 52:14, 52:18, 70:4, 70:10, 106:22, 114:24
**conversations** 7:20, 8:3, 8:5, 52:19, 52:25, 53:1, 104:20
**convict** 20:17, 53:8, 111:19
**convicted** 86:23, 89:15
**conviction** 54:10
**Convictions** 80:19, 80:19
**convinced** 29:8, 52:3
**convincing** 12:14, 12:18
**cooperate** 78:21
**cooperation** 60:11, 60:24, 60:25
**coordinated** 21:12
**copies** 121:21, 121:23, 125:15, 125:22
**copy** 10:14, 60:6, 125:18
**core** 92:17
**corporate** 122:5
**Corporation** 107:21, 111:7
**Correct** 4:7, 15:17, 43:21, 44:8, 44:8, 44:9, 54:20, 58:24, 115:3, 131:7, 134:8
**Correct.** 43:18
**corresponds** 14:7
**Council** 62:4, 64:19, 65:14, 66:8
**Counsel** 4:3, 9:19, 10:3, 56:9, 77:5, 112:6, 120:11, 126:9, 128:10, 128:19, 129:4, 129:7, 129:15, 129:19, 129:24, 129:25, 130:1, 130:1, 130:23, 131:2
**count** 122:7
**counter-terrorism** 30:19, 78:10, 109:8
**Countries** 40:7, 64:12
**country** 15:19, 38:17, 68:2, 119:18
**counts** 55:9, 122:6, 122:9
**couple** 7:17, 27:6, 63:17, 84:16, 92:4, 99:15, 110:12
**courageous** 54:25
**course** 23:23, 32:12, 35:14, 42:3, 42:5, 44:16, 61:22, 108:11, 130:10
**Court** 1:1, 3:13, 4:2, 4:8, 18:11, 44:3, 55:11, 55:15, 56:5, 56:6, 56:7, 58:5, 58:8, 83:24, 84:5, 108:5, 108:5,

113:22, 114:4, 121:12, 121:19, 122:16, 122:20, 125:15, 126:6, 126:11, 126:15, 126:19, 128:1, 130:9, 130:19, 130:22, 130:23, 134:11
**Courthouse** 1:32, 123:14, 124:4, 130:7
**courtroom** 40:2, 45:19, 50:8, 55:2, 109:5, 124:2, 124:17, 125:14, 125:14, 126:4, 128:11, 128:14, 128:15, 129:3, 129:10, 129:14, 129:17, 129:20
**cousin** 53:13, 111:23, 111:24, 113:15
**cover** 130:20
**covered** 6:19
**covert** 110:17
**Cowboy** 27:21, 28:5, 28:15
**Cowboys** 26:8, 26:15, 26:20, 26:22, 27:9, 27:12, 27:17, 27:18, 27:23, 28:10, 28:20, 29:3, 29:6, 29:7, 29:15, 77:20, 77:23, 77:25
**CPA** 80:22
**Cradle** 79:22, 120:20, 120:20
**create** 53:17, 59:14
**created** 18:10, 46:19, 69:1, 81:23
**Creating** 10:1, 53:24
**creation** 59:7
**credential** 70:9
**credentials** 58:3
**credibility** 36:23, 37:4, 40:22, 78:24
**credible** 18:19, 18:20, 45:19
**credit** 14:15, 18:18, 19:21, 22:24, 28:4, 29:18, 98:5
**credited** 23:9
**crime** 33:10, 33:11, 51:22, 51:23, 119:20, 120:3
**crimes** 31:7
**criminal** 31:1, 42:13, 129:17, 129:25
**crisis** 46:19, 96:3
**criteria** 11:14, 80:6, 80:9, 80:24
**critical** 88:8, 110:3
**criticism** 108:19

criticized 105:15
critique 22:7
cross 13:17, 21:22, 30:25, 39:19, 43:12, 45:22, 46:12, 47:6, 83:6, 99:22, 100:17, 106:20
cross-examined 5:21, 13:25
cruel 47:17, 48:3
cruelty 54:4
cry 85:7
crystal 34:13
CSR 3:13
Culture 45:10, 45:15, 51:6, 90:21, 95:5, 99:7
curfew 47:25
currently 48:12
cut 35:16
CUTRER 3:5
cynical 53:17, 55:3
cynicism 54:4

< D >
D'affairs 30:11
D. 2:29
daily 6:21, 6:25, 15:9, 16:9, 16:10, 16:14, 23:24, 44:22, 47:16, 48:6
DALLAS 1:3, 1:34, 2:17, 3:15, 9:2, 26:7, 26:15, 26:20, 26:21, 26:22, 26:24, 26:24, 27:6, 27:18, 27:21, 27:23, 28:5, 28:10, 28:15, 29:3, 29:7, 29:15, 30:16, 30:18, 52:15, 70:15, 77:20, 77:24, 101:17, 107:16, 114:25, 118:13, 134:20
dance 82:4, 82:17
dancing 120:17
danger 110:2
DANIELS 1:43
dare 115:18
date 76:4
dated 102:10, 127:1, 127:3
dates 81:13, 81:18
daughter 101:21, 103:3
daughter. 118:19
daughters 5:6
Dawoud 91:17, 91:17
Day 2:30, 6:1, 39:3, 44:9,

50:22, 57:7, 64:8, 67:16, 67:17, 79:3, 80:4, 80:14, 89:6, 103:15, 108:25, 121:9, 123:14, 124:4, 124:24, 125:11, 126:13, 130:11, 130:12
day. 38:5
deal 8:15, 30:2, 30:2, 32:19, 105:17
dealing 15:24, 30:3, 109:11
dealings 114:5
deals 105:16
death 6:5, 48:20
debate 34:5
decades 21:1
deceit 51:21
deceitful 10:6
deception 92:14
decide 25:1, 57:8, 88:15, 109:12
decided 59:14
deciding 83:8
decision 77:17, 79:3, 106:23
decision-making 86:10
decisions 58:12, 75:12, 77:16, 122:8, 122:10, 122:11
Declaration 113:21, 117:3
dedicated 10:15, 59:22, 119:16
Deeb 69:25, 70:1, 70:2, 70:5, 70:6, 70:17
deepened 60:25
deeper 67:9
deeply 7:23, 8:1, 17:16
defamation 9:4, 9:5
defame 8:23
defaming 30:10
defend 68:19
Defendant 1:38, 2:1, 2:11, 2:20, 3:1, 28:24, 61:23, 61:23, 61:24, 63:8, 101:19, 101:22, 102:22, 103:2, 118:22, 118:25, 122:5, 122:6, 127:2, 127:12, 127:17, 128:4, 132:7
Defendants 14:20, 58:23, 59:4, 61:16, 66:22, 77:6, 77:12, 77:19, 85:25, 90:24, 93:24, 97:12, 100:16, 102:7, 102:21, 112:18, 121:3, 122:4,

122:9, 128:20, 130:3
Defense 4:25, 15:3, 25:12, 37:12, 43:2, 53:20, 56:9, 56:14, 77:5, 83:13, 83:14, 129:1, 129:4
Defensive 23:12, 25:8, 28:21, 38:15, 38:18, 38:25, 39:7, 90:9
defer 125:4
defilement 64:6
define 41:16, 93:16, 97:3, 97:13
defined 25:17
defining 63:15
definition 108:10, 108:12
delegation 19:11
deliberate 123:22, 125:12
deliberating 49:12, 54:11, 128:9, 129:16
deliberations 123:7, 123:9, 123:16, 124:10, 124:12, 124:20, 125:19, 125:21, 128:5
delicate 82:3, 82:8, 88:17
delivered 126:8
delivery 85:14
demanded 47:1
demands 60:23
demeanor 19:6, 19:8, 19:9
demolished 21:25, 49:15
demolitions 48:9, 53:4
demonstrative 18:8
denied 7:1, 111:3
denies 113:23, 113:25
denounce 25:19
deny 27:3, 128:3
Department 1:30, 15:10, 16:7, 18:17, 28:18, 28:21, 30:19, 36:18, 37:21, 46:1, 106:2, 106:3, 112:15
depend 15:15, 19:4, 83:4
depending 123:8
depends 22:15
deportation 46:24
deported 96:16, 96:25
deported. 96:17
deportee 46:9, 96:24, 102:7
deportees 46:10, 46:11, 46:12, 47:4, 65:4
deposition 113:21, 114:3,

114:14, 116:24
**depressing** 47:19
**deprivation** 7:1, 23:21
**derail** 92:12
**describe** 79:15
**described** 29:13, 49:2, 62:1, 76:6, 78:19, 81:24, 89:8, 102:16
**describes** 61:11, 98:18
**describing** 102:20
**deserved** 73:13
**deserved.** 107:6
**deserves** 41:7
**design** 100:1, 103:17, 109:15
**designated** 26:6, 26:8, 26:9, 44:8, 44:9, 58:24, 74:4, 74:15, 76:25, 77:4, 77:4, 77:6, 77:10, 77:12, 77:18, 77:23, 77:24, 80:24, 94:4, 110:6
**designating** 26:3, 26:4
**designation** 75:14
**designations** 77:8
**destiny** 62:25, 63:2
**destitute** 48:9
**destroy** 8:24
**destroyed** 7:5, 39:1
**destroying** 62:19
**details** 81:11, 102:14, 106:22
**detainees** 65:3, 85:17
**detention** 48:13
**determination** 31:19, 39:23
**determine** 43:15
**develop** 75:20
**developed** 65:11, 65:13, 84:13
**Development** 74:13, 95:9
**devices** 111:10
**devoted** 7:24, 7:25
**die** 48:18
**died** 22:4, 65:9, 119:25
**differ** 37:16
**different** 10:19, 37:6, 72:16, 84:25
**differently** 30:24
**difficult** 82:19
**diminished** 48:2
**direct** 68:14, 99:14, 108:8

**directed** 5:17, 103:5
**directing** 20:16, 62:11, 110:9
**direction** 20:14, 32:20, 66:3, 78:18, 115:24
**directives** 8:12, 18:1, 23:13, 59:20
**directly** 16:5
**Director** 23:4, 65:14, 66:2
**directors** 26:16, 66:1, 120:21
**disagreed** 25:22, 42:9, 43:10, 44:19, 113:17
**disassociated** 70:6
**disaster** 25:16
**disband** 27:10
**disbands** 29:5
**disbursed** 20:21
**disconnected** 67:6, 79:25, 108:20, 108:22
**discredit** 40:21
**discredited** 22:25, 46:3
**discredits** 98:7
**discuss** 4:23, 8:8, 50:3, 92:14, 123:20
**discussed** 24:3, 36:9, 45:25, 53:8, 82:2, 101:12, 124:8
**discussing** 92:10
**discussion** 52:21, 69:25, 70:22, 72:7, 91:3, 92:8, 94:3, 117:23
**discussions** 65:16, 92:13
**disgrees** 43:4
**disguise** 118:7
**dislike** 82:12
**dismissive** 92:3, 108:8
**disobey** 31:11
**displayed** 18:9
**dispose** 13:1
**dispute** 42:6, 42:7, 42:7, 79:8
**disregard** 31:11
**dissented** 131:6
**distance** 116:21
**distanced** 116:16
**distillation** 16:11
**distinguished** 66:6
**distribute** 18:1
**distributed** 17:25, 85:19
**distribution** 23:8
**DISTRICT** 1:1, 1:2, 1:31,

113:22, 113:22, 134:18, 134:19
**divided** 17:17
**DIVISION** 1:3, 134:20
**docket** 129:18, 129:25
**doctor.** 95:23
**Document** 11:10, 12:16, 13:12, 13:13, 13:14, 14:7, 14:10, 18:7, 18:10, 45:23, 45:24, 46:3, 46:7, 61:11, 61:20, 69:9, 84:14, 84:15, 84:16, 84:19, 86:13, 87:20, 94:21, 97:16, 97:16, 97:24, 98:8, 98:21, 99:13, 99:19, 99:23, 100:16, 102:7, 102:9, 102:18, 102:19, 102:19, 108:16, 110:16, 110:17
**documentary** 125:22
**dog** 17:4, 29:24, 105:12
**doing** 26:23, 30:24, 82:18, 88:15, 110:10, 112:8, 113:9, 114:8, 116:15
**dollars** 6:1, 11:16, 11:19, 11:20, 11:23, 53:20, 74:22, 75:14, 85:25, 105:8
**domestically** 62:9, 65:20
**donation** 116:24
**done** 115:21, 121:1, 128:8
**donor** 42:23, 72:19, 117:1
**door** 51:7, 51:8, 86:5, 112:16
**dots** 68:22
**double** 21:16
**doubt** 12:8, 12:10, 12:11, 12:11, 12:13, 16:1, 29:14, 54:22, 54:22
**down** 22:21, 29:10, 32:21, 34:7, 35:24, 45:6, 45:7, 45:16, 51:20, 54:17, 82:14, 86:1, 119:7, 128:22
**drafting** 19:14
**Dratel** 2:3, 2:5, 11:8, 25:3, 37:19, 43:8, 76:19, 88:12, 92:3, 98:4, 99:15, 108:21
**draw** 58:9, 58:13
**dreams** 50:13
**dressed** 71:11, 73:22, 73:23
**drink** 57:15
**drug** 22:13, 22:14
**dumb** 111:2, 119:9, 119:12, 119:13

**dumped** 46:15
**DUNCAN** 1:42
**during** 16:1, 21:22, 43:24, 92:20, 125:18, 125:23, 126:1, 128:5, 134:3
**duty** 60:20, 60:22, 129:2

**< E >**
**earlier** 88:17, 108:21, 125:8
**early** 20:25, 64:2, 102:9
**ears** 15:18, 38:16, 79:1, 112:3
**earth** 85:3
**easier** 48:1
**economic** 33:1, 33:5
**editorial** 52:17
**educated** 45:3
**education** 44:25, 79:19, 93:9
**educational** 92:25
**Edward** 48:22, 48:22, 48:24, 103:18, 104:1, 106:2
**effective** 17:20, 62:8, 65:5, 66:6
**effects** 6:22
**effort** 60:15
**efforts** 4:25, 62:11, 75:8, 92:12, 95:14
**Egypt** 17:13, 20:23
**eight** 57:12, 87:25, 99:2
**eighties** 20:25
**eighty** 122:11
**either** 22:2, 29:24, 31:11, 87:8, 94:19, 94:25
**El** 11:10, 12:23, 61:24, 61:25, 76:12, 87:21, 97:17, 99:24, 112:20
**El-mezain** 2:1, 11:20, 14:13, 91:2, 114:3
**Elbalbissi** 47:9, 47:12
**elect** 125:4
**election** 70:3
**Eleven** 7:13, 7:14, 7:14, 7:16, 7:21, 48:19, 90:19, 98:10
**eliminated** 62:21
**eliminating** 62:18
**ELIZABETH** 1:27
**Elkik** 90:22, 99:9
**elsewhere** 94:17

**embarassed** 103:23
**Embassy** 30:8, 36:18
**embrace** 57:20
**emerging** 63:16
**emphasize** 4:20
**employed** 111:8
**employee** 111:8
**empty** 113:20
**empty-headed** 119:1, 119:2
**enablement** 62:7
**encourage** 86:13
**encouraging** 45:14, 51:6
**encryption** 13:24
**end** 56:10, 57:7, 63:10, 66:19, 72:15, 76:8, 79:2, 96:12, 124:24
**ended** 30:7, 53:16
**ending** 87:11
**endorse** 41:1, 50:4
**endorsing** 46:3, 74:7
**ends** 37:19, 53:23
**enemies** 66:15
**enemies.** 61:1
**enemy** 27:1, 79:8, 82:11, 82:11
**enforce** 32:24
**engage** 50:22
**engaged** 96:1
**engages** 25:18
**engaging** 91:8
**engineer** 72:1
**England** 71:22
**English** 117:20
**enjoined** 27:18
**enjoy** 84:24
**enough** 6:9, 8:16, 34:8, 77:11
**entertain** 126:7
**entire** 31:21, 106:17, 128:15
**entirely** 57:11, 74:24
**entirety** 23:19
**entitled** 18:13, 111:15
**entity** 20:13, 20:13, 74:4, 75:22, 77:8, 84:11, 114:17
**entourage** 105:23
**equal.** 63:4
**escape** 63:2
**especially** 4:11
**essential** 6:8
**essentially** 38:25

**establish** 81:8, 95:15
**established** 45:24, 48:1, 58:14, 59:23, 81:21
**establishing** 62:7, 101:13, 103:16
**ET** 1:11
**event** 122:25, 128:11
**events** 20:7, 123:18
**everybody** 26:18
**everyone** 60:9, 81:18, 123:5
**everything** 28:3, 29:12, 78:17, 83:14, 83:14, 93:16, 97:11, 100:3, 109:25, 113:9
**everywhere** 20:8, 20:9, 24:5, 35:20, 42:2
**evidence.** 42:18, 58:14
**evidently** 91:12, 105:21
**evolution** 92:16
**exact** 76:4
**exactly** 11:3, 39:11, 55:21, 83:9, 109:10, 110:9, 110:18
**exaggerated** 107:2
**examination** 13:17, 21:22, 30:25, 39:19, 43:12, 45:22, 46:13, 47:7, 68:14, 83:6, 89:5, 99:15, 99:22, 100:18, 106:20
**examine** 15:3
**Examining** 85:14
**example** 82:2, 129:18
**examples** 110:21
**exceed** 13:21
**except** 63:2, 84:24, 105:5, 113:15, 127:9
**excerpts** 74:8
**exclusive** 47:22, 48:7
**Excuse** 18:6, 116:17
**excused** 124:17, 126:3
**executive** 65:18
**exercising** 118:10, 118:10
**Exhibit** 11:6, 18:8, 18:9, 18:12, 31:14, 43:8, 52:6, 60:4, 87:20, 88:18, 89:21, 117:4, 118:22, 127:12, 127:17
**Exhibits** 10:23, 24:6, 28:24, 51:17, 58:10, 127:2, 127:7, 128:3, 128:4, 131:3
**exile** 46:20, 46:20
**exist** 60:25, 92:23

**existed** 27:15, 118:1
**existence** 33:4, 69:17, 70:20
**existence.** 69:16
**exists** 15:1, 52:13
**expand** 62:10
**expect** 11:3, 23:11, 31:1, 31:2, 71:7
**expected** 58:15
**expenses** 21:6
**experience** 42:21, 58:11, 58:16
**experienced** 95:25
**experiences** 57:24, 58:20
**expert** 5:20, 28:1, 40:24, 41:2, 106:18, 106:21, 108:4, 108:6, 109:1, 109:2
**expertise** 75:21, 81:16
**experts** 18:23, 40:5, 40:9
**Explain** 33:17
**explained** 80:9
**explanation** 111:13
**exploit** 119:18, 120:6
**exploiting** 50:8
**explosives** 72:3
**exposed** 95:2, 96:22, 110:19
**Express** 118:21
**expressed** 41:4
**expression** 44:12
**extensive** 7:15, 81:17, 83:16
**extent** 9:4, 23:10, 84:22, 124:25, 126:19
**eye** 15:4
**eyes** 15:18, 38:16, 50:17, 50:18, 67:4


**< F >**
**face** 38:13, 40:2, 96:25, 112:13, 113:11, 113:11, 119:17, 119:22, 120:19
**fact** 7:11, 10:12, 17:5, 41:1, 58:15, 69:12, 70:17, 72:9, 75:23, 81:5, 83:16, 87:3, 99:14, 107:19, 109:1, 111:21, 111:22, 111:23, 111:24, 115:16
**factories** 93:7
**factors** 37:7
**facts** 37:19, 58:13, 91:6
**failed** 6:7, 101:21

**failure** 24:24
**fair** 25:1
**fake** 22:16
**false** 10:1, 130:25
**familiar** 16:25
**families** 4:14, 5:2, 7:3, 9:8, 9:9, 17:17, 21:16, 21:24, 22:1, 35:8, 35:11, 42:23, 48:10, 53:23, 54:1, 54:2, 85:17, 91:11, 94:10, 111:19, 130:3, 130:6
**family** 21:21, 21:24, 42:7, 47:9, 51:7, 91:11, 111:18
**famous** 87:15
**fan** 29:6
**fancy** 38:1
**fans** 28:1, 28:3, 28:5, 28:5, 28:6, 28:6, 28:9
**fantasy** 50:24, 51:1, 89:8, 120:10
**far** 125:11, 128:15
**fashion** 16:24, 23:2, 114:21
**fast** 54:11
**FATAH** 19:13, 26:18, 26:19
**father** 53:3, 59:13, 71:16, 119:25, 120:1
**father.** 120:3
**fathers** 51:3, 52:22, 53:7
**fatigues** 73:23
**favor** 116:8
**Fawaz** 66:21, 102:2
**fax** 69:5, 91:2
**FBI** 30:15, 30:17, 31:1, 36:7, 36:17, 37:21, 38:6, 112:15, 112:24
**fear** 55:1, 55:1
**feeding** 5:8
**feel** 58:10, 84:21, 105:2, 105:2, 110:15
**feeling** 84:24
**fees** 134:10
**feet** 80:3
**fellow** 54:8
**felt** 8:1, 8:2, 8:23, 21:18
**festival** 117:1
**festivals** 63:10, 76:14, 76:22
**few** 26:14, 31:20, 128:16
**field** 14:2, 40:5, 42:21, 66:14
**fierce** 79:8
**fifteen** 11:19, 46:13

**fight** 29:24, 63:4, 105:13
**fighter** 83:12, 89:9
**fighting** 17:4
**figures** 23:14
**filed** 128:6
**final** 51:10, 63:1
**finally** 104:6, 108:15
**financial** 11:24
**financing** 74:13
**find** 10:17, 12:10, 20:12, 20:13, 20:17, 20:18, 26:17, 27:5, 27:8, 27:16, 28:25, 40:19, 41:12, 51:25, 109:21, 110:4, 121:2, 121:4, 123:15, 124:11, 128:16, 129:10
**finding** 10:14
**finds** 35:6
**fine** 34:17, 87:14, 129:20
**finest** 40:4
**fingerprint** 13:18
**fingerprints** 13:19
**fingers** 50:13
**fire** 89:1
**firehose** 57:15
**firs** 78:5
**First** 1:45, 12:5, 13:17, 14:5, 21:19, 35:17, 52:20, 52:23, 52:24, 53:9, 67:25, 68:1, 73:8, 77:21, 103:20, 103:20, 109:5, 114:15, 122:24, 123:24
**firsthand** 15:5, 17:2
**FISH** 1:18
**fit** 13:5, 103:12, 103:13, 109:16, 111:16
**fiv** 93:5
**Five** 6:3, 39:5, 44:22, 55:22, 88:5, 89:22, 122:4
**flag** 48:15, 48:16
**flare** 65:9, 68:20, 73:5, 79:23, 81:8, 117:16
**flash** 89:1
**Flatly** 70:12, 70:13, 70:20, 79:15
**flavor** 84:24
**flew** 71:14, 105:13, 118:20
**Floor** 2:6, 2:32
**Florida** 2:26
**flown** 67:13, 105:11
**fly** 71:12

**focus** 49:17, 49:22, 75:8, 75:10, 75:11
**foe** 17:5, 44:2, 44:19
**foes** 82:8, 82:9
**Folks** 57:10, 57:19, 58:3, 67:15, 70:8, 70:10, 72:5, 74:5, 79:19, 79:25, 80:11, 82:5, 83:18, 93:14, 109:19, 112:10
**follow** 111:11, 121:22
**follow-up** 11:4
**followers** 59:14
**following** 50:11, 125:13
**follows** 20:12
**food** 6:10
**foot** 20:3, 42:4
**football** 27:25, 28:1, 28:8, 28:19
**Footnote** 127:16
**forbids** 31:10, 36:16
**forces** 45:5
**foregoing** 134:7
**foregoing-styled** 134:4
**foreign** 15:18, 15:24, 32:4, 32:18, 40:12, 40:13
**foreperson** 125:4
**forest** 46:18
**forget** 7:8
**forgive** 109:3
**forgiveness** 118:5
**forgot** 45:18, 117:2
**form** 59:21, 64:19, 122:3, 122:12, 122:18
**format** 134:10
**formed** 17:14, 20:24, 21:1, 27:14, 27:17, 64:2, 65:12, 65:17
**former** 37:21, 38:15, 78:9, 109:7, 112:9
**forms** 21:23
**Fort** 3:8
**forth** 127:8
**forties** 64:2
**fortified** 66:7
**forty** 6:5, 55:18
**forward** 95:17
**Fouad** 88:2, 98:13, 107:25
**foul** 60:16
**Found** 10:12, 12:22, 13:13, 14:10, 17:23, 17:24, 19:16,

24:9, 24:11, 24:11, 46:12, 50:2, 50:3, 87:12, 87:16, 88:9, 90:6, 99:25, 116:18
**Foundations** 111:15
**founded** 81:19, 94:7, 95:7, 96:8
**founder** 71:13, 74:7, 88:24, 90:2, 90:13, 100:24, 107:9, 119:8, 119:11
**founders** 71:23, 100:7, 101:16, 117:5, 120:21
**founding** 52:22, 59:13, 71:16, 97:18
**Four** 7:17, 7:18, 26:22, 27:7, 29:2, 44:22, 46:13, 88:21, 90:21
**fourteen** 29:25
**France** 80:23
**Francisco** 2:33
**fraud** 51:16
**Free** 52:21, 52:22, 105:13, 118:10
**FREEDMAN** 1:43
**Freedom** 53:10, 119:15
**Friday** 125:10, 129:18, 129:25
**Friend** 82:11, 96:9
**Friends** 53:23
**Front** 21:4, 51:7, 51:8, 68:24, 69:3, 69:3, 69:8, 69:9, 69:11, 69:24, 70:3, 70:14, 115:19, 116:3, 119:21
**fugitives** 65:3
**full** 125:11
**fully** 67:8, 68:3
**fun** 68:21, 118:6
**function** 79:6, 80:15
**Fund** 11:2, 11:15, 11:21, 12:1, 61:9, 63:7, 65:23, 87:12, 102:5, 108:1, 114:8, 115:7
**funding** 8:8
**fundraiser** 68:15, 68:20, 101:23
**fundraisers** 120:22
**fundraising** 116:1
**funds** 20:21, 21:12, 21:13, 45:11, 68:16, 68:17, 68:23, 70:12, 73:6, 85:10, 85:15, 85:18, 109:22, 116:4

**furthering** 59:22
**future** 60:16, 60:19, 60:19

**< G >**
**Gail** 114:24, 114:25
**games** 28:2, 50:22, 50:23
**Garrett** 1:28, 9:1, 25:13, 25:20, 25:20, 50:6, 54:17, 55:17, 55:18
**gas** 82:16, 82:17
**gather** 104:18
**gatherings** 121:7
**gave** 7:13, 15:14, 22:7, 26:7, 43:5, 43:6, 43:11, 59:8, 73:5, 74:3, 74:4, 81:11, 81:18, 85:25, 105:7, 108:15
**Gaza** 5:22, 6:5, 32:6, 59:23, 73:8, 73:16, 74:11, 80:8, 92:19, 93:12, 93:20, 101:8, 101:8, 101:18
**gears** 110:12
**General** 15:24, 16:3, 38:16, 39:15, 59:19, 62:3, 65:12, 65:14, 93:12
**generally** 93:11
**generals** 40:8
**generations** 60:17
**Gentlemen** 4:2, 4:10, 5:7, 24:10, 29:12, 30:13, 30:20, 40:18, 41:22, 44:14, 53:15, 54:6, 55:7, 55:11, 55:15, 56:8, 56:10, 84:1, 101:5, 113:16, 121:12, 121:19, 122:17, 122:20, 124:18, 126:2, 126:6, 130:22, 130:25
**Germany** 74:1, 80:22
**gets** 27:13, 27:20, 56:12, 77:11
**getting** 67:16, 84:7
**Ghousbeh** 69:7
**Gibbs** 27:22
**girl** 50:11
**Give** 12:2, 21:7, 24:25, 26:9, 29:11, 31:3, 35:2, 35:25, 36:23, 40:16, 41:7, 45:19, 50:18, 54:18, 58:6, 92:15, 104:22, 112:3, 113:4, 113:5, 120:5, 121:13, 126:20
**given** 42:3, 78:20, 84:2,

125:1, 125:16
**gives** 12:5, 19:3, 40:17
**giving** 108:12, 119:22
**global** 62:13, 71:9
**globally** 62:10
**goal** 38:2, 62:3
**goals** 45:1
**God** 32:21, 62:21, 63:18, 66:13, 66:15, 74:10, 76:8, 85:5, 85:5, 85:6, 95:16, 95:18, 96:10, 96:11
**God-given** 57:25, 58:4
**God.** 66:17
**Goldstein** 47:24
**goods** 109:22
**Goshbeh** 69:6
**governmentally** 17:12, 20:20
**governments** 40:6, 109:11
**gradual** 81:25
**graduation** 73:22
**graffiti** 49:4, 51:3
**grand** 62:18, 63:22, 66:7
**grants** 53:20, 53:21
**grasp** 50:14, 50:15
**gratitude** 74:12
**grave** 79:23, 120:20, 120:21
**Great** 63:20, 68:3, 80:22
**GREG** 3:4
**grenades** 87:4
**grew** 81:24
**grief** 60:21
**groomed** 67:15
**ground** 17:23, 79:24
**group** 28:9, 29:7, 29:14, 62:2, 62:3, 66:4, 77:9, 96:20, 117:6
**grow** 120:2
**growth** 64:13
**guarantee** 120:7
**guaranteed** 98:12
**guaranteed.** 88:20, 91:21, 98:23
**guards** 48:20
**Guess** 34:22, 75:19, 78:6, 117:1, 126:23
**guessing** 34:20
**Guidance** 31:3, 64:18, 65:13, 66:3, 74:10
**guided** 20:11, 36:24, 40:22

**guidelines** 30:8
**guilty** 12:8, 12:10, 121:3
**guns** 120:15
**guy** 22:12, 40:19, 42:13, 86:17, 106:5, 119:1, 119:2
**guys** 34:17

< H >
**Hajj** 98:15
**half** 53:12, 85:25, 105:8, 121:15, 122:3
**Hamad** 102:2
**HAMAS'S** 107:3
**HAMAS.** 116:4, 116:22
**Hamdam** 89:14
**Hamed** 71:21, 71:24, 86:22, 88:22, 99:12, 100:15
**Hammami** 71:13
**Hammed** 88:23
**Hammimi** 42:6, 42:11, 90:22, 90:25, 91:2, 91:3, 91:4, 95:7, 99:9
**Hanbali** 88:23, 102:4
**hand** 85:22, 88:14, 125:15
**hand-delivered** 127:1
**hands** 62:20, 62:20
**handwritten** 67:19
**hanging** 27:25
**hangings** 104:9
**Hanoun** 91:19
**happen** 32:17
**happen.** 34:4
**happened** 11:25, 19:21, 29:12
**happening** 9:21
**happens** 6:18, 33:12, 95:3, 95:4
**happiness** 60:21
**happy** 84:19
**hard** 56:24, 112:17
**Harmas** 90:11, 90:12, 90:17, 90:19, 100:13
**Harmas.** 98:10
**harsh** 47:17
**Hasan** 71:7, 71:12, 90:22, 99:9
**Hashem** 99:5
**Hassan** 63:25
**head** 57:2, 61:11, 70:25,

86:20, 87:7, 99:5, 108:1
**headed** 19:11
**heading** 115:24
**headquarters** 30:18
**health** 93:4
**hear** 4:3, 6:19, 8:5, 8:7, 8:8, 8:10, 8:11, 8:12, 8:14, 8:18, 8:25, 14:18, 30:4, 37:13, 39:18, 41:13, 41:19, 57:3, 103:4
**heard** 4:22, 4:25, 7:11, 8:22, 9:6, 9:10, 12:3, 13:12, 16:10, 17:17, 25:3, 30:25, 46:9, 47:18, 47:22, 47:23, 47:24, 48:24, 48:24, 52:20, 53:2, 53:3, 58:3, 59:11, 60:7, 79:14, 104:12, 104:13, 107:4, 107:5, 111:13, 118:12
**hearing** 54:9
**heart** 50:15, 77:1, 77:13, 93:22, 103:25, 103:25, 104:3, 105:11
**hearts** 19:19, 59:25, 60:1
**Hebrew** 44:12
**Hebron** 86:2, 86:6, 86:21, 87:5, 87:7, 87:13, 87:17, 96:5, 96:5, 96:9, 96:16, 99:1, 99:5, 99:11, 101:1, 101:2
**held** 76:4, 113:5
**help** 8:20, 9:20, 23:7, 75:20, 76:8, 99:21, 120:7
**help.** 119:11
**helped** 54:5, 105:7
**helping** 45:13, 51:6, 53:17
**helps** 85:10
**herein** 31:8
**hero** 72:3
**heroes** 29:6, 63:21
**hesitant** 67:8
**hesitated** 109:4
**hesitation** 12:15, 12:19
**Hezbollah** 71:8, 71:12
**hide** 33:13
**hiding** 56:24
**highest** 15:25
**Hija** 88:2, 88:4, 88:6
**Hilbawi** 71:22
**him.** 70:16
**hindered** 83:17
**hindrance** 95:9

**hire** 8:20, 29:8
**hired** 29:9, 29:23, 30:1, 36:17, 111:9, 112:7, 112:8, 112:9
**hires** 35:6
**historical** 20:7, 21:3
**HLF** 72:12, 72:13, 76:15, 77:3, 77:12, 77:13, 77:13, 77:14, 77:15, 77:15, 77:18, 90:16, 101:4, 103:10, 105:7, 113:23, 113:25, 114:17, 115:14, 116:18, 119:23, 127:15
**hold** 54:10, 87:17
**holding** 48:12
**hole** 11:11, 46:4, 60:5, 60:6
**holes** 12:23, 24:11
**HOLLANDER** 1:41, 1:44, 5:21, 75:1, 86:3, 89:5, 91:12, 100:17, 103:1, 111:5, 117:25, 127:5, 127:10, 127:18, 127:21, 131:7
**home** 24:9, 48:9, 49:15, 61:19, 87:21, 97:16
**homeland** 6:24, 9:13, 50:19
**homeless** 5:2
**homes** 4:14, 7:5, 21:25, 46:18, 50:25, 121:5
**honest** 37:9, 40:22, 45:20
**Honor** 4:5, 12:2, 12:5, 18:6, 18:14, 40:25, 40:25, 44:5, 56:4, 63:23, 83:22, 84:22, 110:24, 121:11, 126:10, 126:12, 127:21, 130:2, 130:17, 130:21, 131:8
**HONORABLE** 1:18, 64:7
**honored** 5:12, 63:19
**honors** 54:13
**hope** 4:14, 54:4, 54:24, 65:8
**Hosni** 89:23
**Hospital** 32:8, 43:7, 43:12, 94:18, 94:21, 96:1, 96:10, 96:11
**hospital.** 34:11, 96:13
**Hotel** 90:7, 128:22
**hour** 4:6, 63:1, 121:9, 121:15, 121:15, 125:1, 130:6, 130:10
**hours** 55:18
**house** 53:4, 62:20

**Hudson** 122:16, 124:19
**huge** 33:7, 95:6
**Humanitarian** 8:2, 9:7, 18:2, 45:8, 45:11, 45:12, 79:18, 85:21, 120:6
**humble** 85:12
**hundred** 11:19, 22:20, 35:10, 46:13, 122:8, 122:11
**hundreds** 57:13, 57:13, 80:8, 80:8
**hungry** 5:8
**Husseini** 63:21

**< I >**
**IAP** 61:8, 65:22, 114:7, 114:9, 114:12, 114:23, 115:7, 115:10, 115:12
**IAP.** 114:22
**Ibrahim** 69:7, 90:23, 90:23, 91:17, 91:17, 91:19, 98:25
**idea** 112:17, 130:10
**identification** 91:16, 91:22
**Identified** 71:24, 74:21, 86:6, 86:22, 86:25, 88:5, 88:19, 88:21, 88:24, 89:15, 89:18, 89:23, 89:25, 90:1, 90:12, 90:17, 90:20, 90:23, 91:1, 98:20, 99:4, 99:9, 100:6, 100:24, 101:2, 101:3, 102:3, 102:5, 108:1, 124:14, 127:12
**identifies** 76:2, 87:6
**identify** 75:17
**identifying** 80:17, 91:25
**identities** 106:24
**Ighbariya** 101:10
**Ikhwan** 62:17, 64:1, 64:16
**Illinois** 113:23
**imagine** 12:4, 33:10, 33:11
**Imam** 63:24
**immediate** 47:2, 80:3
**immediately** 129:5
**impacted** 10:14
**impartial** 12:12
**imperial** 69:23
**important** 4:15, 8:6, 8:25, 10:21, 12:4, 15:7, 31:19, 32:14, 39:23, 43:14, 52:23, 55:25, 56:17, 56:18, 58:7, 68:20, 72:25, 78:16, 79:11,

81:1, 83:9, 93:14, 93:14, 95:20, 97:15, 97:24, 123:19
**important.** 68:16
**importantly** 51:22
**impose** 55:2
**imposed** 47:25
**impress** 37:8
**impressed** 107:19
**impression** 128:21
**in.** 71:14
**inaccurate** 25:7, 82:25
**incapacitated** 22:3
**incessantly** 57:12
**inclination.** 98:19
**include** 61:8, 105:21
**included** 61:21, 69:14, 86:18
**includes** 6:9, 28:19, 89:7, 94:5
**Including** 16:12, 88:22, 89:14, 90:7, 90:19, 91:1, 95:13, 98:10
**incomplete** 72:23, 72:25, 73:1, 74:17, 82:25
**incorporate** 126:16
**increase** 64:25, 74:10
**incumbent** 64:15
**incursion** 38:18, 90:9
**independent** 13:8, 51:14
**INDEX** 132:1
**indictment** 16:19, 22:22, 43:3, 55:9, 74:25, 75:11, 75:12, 76:3, 76:18, 98:25, 113:8, 122:6, 125:22
**individual** 29:1, 90:19, 101:17, 122:1, 122:4
**individually** 77:6, 77:9
**individuals** 86:19
**industries** 38:22
**industry** 61:7
**inevitable** 55:20
**infant** 6:4
**inference** 58:10
**influence** 16:22, 16:24, 23:6, 120:5
**Infocom** 13:14, 24:10, 50:3, 86:14, 103:10, 111:7, 111:8, 127:16
**inform** 18:4, 18:17, 31:2
**informal** 17:8
**information** 6:17, 14:24,

15:25, 16:14, 19:3, 25:24, 42:10, 105:20
**infrastructure** 108:4, 108:6, 108:7, 109:12, 110:10
**injustice** 33:21
**injustice.** 32:11
**inner** 81:14
**innocence** 12:6, 31:20
**innocent** 36:20, 49:21, 112:14
**innovator** 63:24
**input** 128:17
**inside** 14:24, 33:3, 38:3, 38:6, 38:6, 38:7, 65:1, 82:5, 82:22, 102:11
**insider** 14:18
**insinuating** 52:7
**insinuation** 52:9
**insisted** 72:20
**inspire** 54:4
**inspired** 30:9, 30:10
**inspires** 50:20
**instance** 94:9, 94:17
**institution** 87:18, 107:6
**institutional** 95:19
**institutions** 38:20, 93:4, 93:6, 93:8
**instruct** 68:7, 109:20, 110:4
**instructed** 16:16, 105:23
**instruction** 12:22, 20:12, 31:6, 36:7, 36:14, 36:22, 36:24, 39:16, 40:22, 40:25, 41:2, 43:1, 45:20, 58:5, 58:7, 126:20
**instructions** 12:3, 12:5, 37:5, 84:2, 87:11, 121:13, 121:20, 121:22, 121:23, 122:14, 122:21, 124:19, 125:16, 125:20, 126:3, 126:8, 126:14, 126:16
**insult** 53:19
**insulting** 53:18
**insure** 47:2
**integrity** 21:3
**intellectual** 93:3
**intellectuals** 117:11
**Intelligence** 15:11, 15:20, 16:9, 16:12, 16:13, 16:21, 16:23, 18:4, 19:2, 19:3, 23:22, 25:6, 39:6, 80:18, 105:15
**intend** 129:14
**intended** 67:15, 103:14
**intending** 36:19
**intends** 63:1
**intent** 31:10, 36:15, 68:10, 100:1, 103:17
**intentionally** 24:24
**interchange** 42:16
**interest** 37:10, 37:23, 38:9, 67:9
**interested** 100:2, 108:12, 112:7
**interesting** 44:11
**interestingly** 101:16
**interfere** 95:19
**interference** 96:3
**Internal** 82:21, 87:9, 106:24
**International** 17:21, 19:2, 46:21, 52:8, 64:19
**internationally** 65:20
**Interpal** 42:15, 80:22
**interpret** 68:9, 68:9, 97:25
**interpretations** 32:16
**interpreting** 100:3
**interrogation** 80:16
**interrupt** 55:24
**interview** 86:16, 100:5, 100:12, 112:1
**interviewed** 13:3
**intifada** 6:21, 21:19, 59:7, 59:10, 62:6, 64:13, 64:17, 64:25, 65:11, 92:19, 92:20, 107:25, 108:1
**intregrity** 19:22, 37:5, 54:14
**introduced** 74:20, 119:3
**invest** 50:10
**investigate** 30:2
**investigated** 13:2, 42:17
**investigation** 7:16, 31:1, 96:2, 112:16
**investigator** 108:16
**investing** 44:25
**investment** 4:15, 4:16, 94:11
**invited** 42:14
**involved** 110:7, 130:14
**Involves** 63:6
**involving** 7:14, 66:22, 110:22
**Iran** 90:5, 90:5, 90:5
**ironic** 118:4, 118:6
**irony** 48:3
**irrelevant** 13:15, 14:9
**is.** 24:19
**ISA** 83:13
**Islam** 62:7, 62:12, 64:4, 66:5
**Islamist** 94:19, 95:4, 117:10
**Islamists** 94:13, 94:22, 94:22, 94:24, 97:3, 97:4, 97:5, 97:6, 97:13, 99:16, 99:19
**Ismail** 97:17
**isolated** 24:22
**Israel** 16:13, 17:13, 34:8, 47:1, 47:1, 47:25, 48:12, 54:3, 79:8, 79:9, 80:2, 80:3, 82:13, 104:15, 106:12, 106:15
**Israeli** 6:7, 16:13, 16:20, 18:4, 20:23, 23:12, 23:22, 23:23, 25:5, 25:8, 30:8, 30:10, 36:18, 37:24, 38:19, 39:1, 39:2, 40:14, 43:4, 48:20, 49:1, 79:4, 79:7, 79:12, 79:14, 80:14, 80:15, 105:15, 105:16
**Israelis** 25:21, 25:23, 53:2
**Issa** 118:24
**issue** 10:11, 33:6, 33:10, 34:3, 46:9, 47:7, 49:1, 101:13, 101:20, 117:18
**issue.** 33:7
**issued** 59:20, 64:18
**issues** 17:18
**it.** 32:10, 41:18, 94:20, 94:25, 99:8
**item** 70:25
**itemize** 114:19
**Items** 20:8, 39:12, 39:20, 103:14, 109:24, 109:24, 110:13
**itself** 60:3, 68:7, 116:18, 122:12
**ivory** 108:17, 108:19

**< J >**
**J.** 2:4
**JACKS** 1:25, 10:2, 10:8, 10:17, 12:25, 13:10, 14:17,

14:18, 15:6, 18:6, 113:20, 126:10, 127:1, 127:6, 127:8, 127:11, 127:13, 131:9
**jail** 86:24, 88:6
**Jamal** 88:1, 88:4, 118:24
**Jamil** 71:13, 90:22, 90:25, 91:2, 95:7
**Jamjoun** 63:21
**January** 114:7, 114:14
**Jarar** 88:1, 88:4
**Jarrar** 88:1
**Jenin** 43:6, 43:19, 82:13, 87:24, 87:24, 88:10, 88:19, 94:5, 94:17, 94:18, 98:12, 102:2, 108:2
**Jennings** 30:20
**Jerry** 123:13
**Jerusalem** 16:4, 38:16, 103:24, 105:10
**Jew** 85:1
**Jewish** 48:1, 48:20
**Jews** 64:6, 69:14, 84:23, 120:1, 120:2
**Jihad** 62:18, 62:24, 62:25, 64:8, 64:10, 64:14, 65:9, 65:10, 66:14, 68:20, 69:19, 73:5, 78:13, 79:23, 81:8, 84:25, 85:1, 85:3, 116:8, 117:17
**Jihadist** 62:16, 69:21, 84:23
**Jim** 1:25, 10:17
**job** 25:25, 57:23, 64:21, 79:5, 105:17, 108:24, 109:9
**JOE** 1:18
**John** 2:29, 8:20, 29:9, 29:22, 29:23, 30:18, 112:5, 112:6, 112:7, 112:8, 112:13, 112:19, 112:21, 112:22, 112:23
**joined** 46:21, 46:23
**Jonas** 1:26, 15:13, 15:13, 25:13, 26:2, 26:3, 27:5, 27:16, 29:17, 29:20, 49:6, 49:10, 49:16, 49:21, 52:5, 53:16, 71:19, 78:14, 88:13, 94:21, 112:2, 116:23
**Jones** 2:30
**Jordan** 17:13, 20:23, 69:4, 69:11
**JOSHUA** 2:3, 2:5
**Judge** 20:12, 36:23, 41:5,

54:12, 67:2, 67:2, 67:19, 67:19, 67:20, 67:21, 68:7, 78:23, 78:23, 93:15, 105:14, 105:14, 109:20
**judgment** 57:17
**Judicial** 134:11
**July** 89:16
**June** 44:7
**juries** 58:18
**juror** 123:16
**jurors** 54:9, 84:2, 122:24, 122:25, 122:25, 123:3, 123:6, 123:12
**Jury** 36:6, 36:14, 45:20, 56:8, 58:19, 122:15, 122:19, 123:1, 123:9, 123:10, 123:19, 123:22, 123:23, 124:3, 124:7, 124:10, 124:14, 124:16, 124:20, 126:5, 126:8, 128:5, 128:9, 128:12, 128:18, 129:13, 129:16, 130:4, 131:5
**juryroom** 58:22, 122:22, 124:1, 124:10, 124:15, 124:16, 131:4
**Justice** 1:30, 32:13, 55:7, 55:8, 121:4, 121:10
**justified** 58:11

**< K >**
**Kamal** 86:12, 101:3
**Karmi** 89:24
**keep** 10:3, 28:3, 49:23, 52:23
**keeping** 126:12
**keeps** 24:7, 45:23
**kept** 10:18, 13:6, 24:14
**key** 20:5, 24:2, 39:13, 82:21, 83:2, 86:9, 89:2
**Khalek** 86:11
**Khalid** 86:19, 86:21, 96:24, 100:14, 101:1, 101:12, 101:13, 101:15
**Khalil** 71:3, 86:16, 86:22, 87:10, 88:24, 90:1, 90:13, 90:20, 90:24, 91:1, 92:1, 92:2, 99:4, 100:5, 100:12, 100:24, 101:3, 111:21, 112:2, 112:2, 113:17
**Khawaja** 89:23
**Kiblinger** 121:23, 125:15

**kicked** 48:19
**kids** 45:11, 45:11
**killed** 120:1, 120:2, 120:3
**killing** 85:1
**Kind** 5:15, 10:19, 12:17, 12:21, 14:4, 14:24, 15:3, 26:20, 41:9, 49:4, 52:12, 62:18, 109:24, 116:18
**kindergartens** 92:25
**kinds** 16:12, 38:20
**knowing** 80:5, 111:3
**knowledge** 68:10, 85:12, 117:4, 117:8
**known** 91:18, 93:19, 105:9
**knows** 36:3, 42:14, 91:23, 109:4, 113:8

**< L >**
**L.** 2:5, 3:13, 134:3, 134:17
**Lacked** 108:9
**Ladies** 4:2, 4:9, 5:7, 29:12, 40:18, 41:21, 44:14, 53:15, 54:6, 55:6, 55:11, 55:15, 56:8, 56:9, 84:1, 121:12, 121:19, 122:16, 122:20, 124:18, 126:2, 126:6, 130:22, 130:25
**lady** 87:6
**laid** 110:18
**Landry** 27:21
**language** 13:1, 31:25
**languages** 10:19
**Lara** 46:13
**large** 33:4, 84:13, 95:18
**largest** 86:7, 104:15
**Last** 39:5, 55:15, 96:20, 99:10
**lasted** 106:22
**late** 126:25, 130:11, 130:13, 130:14
**later** 16:25, 75:18, 83:21, 93:21, 116:14, 116:22, 122:13
**latest** 106:13
**laundering** 52:2
**LAW** 2:5, 2:15, 2:24, 8:19, 8:19, 10:13, 20:17, 31:10, 31:12, 31:14, 31:23, 32:15, 33:13, 33:16, 33:21, 33:23,

33:25, 34:5, 35:2, 36:2,
36:16, 36:19, 55:5, 58:25,
59:1, 59:1, 78:3, 107:22,
109:25, 110:1, 113:9, 113:9,
118:1, 121:14, 121:20,
122:21, 123:7
**lawyer** 29:9, 36:17
**lawyers** 4:21, 35:6, 54:12
**lead** 58:13, 59:23
**leader** 53:12, 59:12, 59:13,
61:14, 68:25, 71:4, 71:8,
71:11, 71:20, 73:7, 82:15,
89:23, 90:1, 96:25, 101:2,
103:6, 104:13, 107:9, 111:22,
111:25, 116:6, 118:24
**leaders** 69:2, 88:11, 89:25,
90:2, 90:18, 91:16, 100:7,
101:16, 117:11
**leadership** 59:20, 61:13,
65:15, 66:4, 66:8, 114:10
**leading** 25:15, 57:8, 65:5
**learn** 6:14, 41:21, 75:24
**learned** 7:8, 21:6
**least** 44:7, 87:25, 89:22,
129:1, 129:9
**leave** 105:18, 122:22, 124:2,
125:5, 125:13, 129:19,
129:23
**leaves** 54:12, 106:1
**leaving** 125:14
**Lebanon** 46:15
**led** 62:8, 73:6, 90:8, 102:4
**left** 71:3, 84:6, 97:9
**leg** 44:14
**leg.'** 44:13
**legal** 9:19, 31:25, 48:10
**legally** 35:5
**legally.** 35:4
**legitimate** 120:7
**less** 76:21, 76:22, 76:22
**lesser** 23:10
**lessons** 66:15
**letter** 73:25, 74:6, 74:18,
126:25, 127:3, 127:6, 127:7,
127:8, 127:11, 127:17,
127:24
**letters** 69:6, 128:6
**Level** 15:25, 23:21, 62:23,
69:13, 92:22
**leveled** 108:19

**Levitt** 5:20, 5:21, 23:10,
25:2, 25:5, 37:18, 37:21,
38:2, 41:10, 41:13, 48:25,
59:17, 61:12, 71:11, 78:7,
78:8, 78:9, 78:9, 78:13,
78:23, 102:16, 108:4, 109:14
**Lewis** 97:21
**liar** 37:2
**liars** 106:6
**liberate** 64:5, 69:20
**liberation** 85:2
**library** 130:23
**license** 43:5, 43:7, 43:11,
107:20, 110:15
**Licensed** 26:25, 98:6,
107:20, 107:22, 107:23,
107:24
**licenses** 20:21, 27:3
**lie** 10:6, 13:7, 119:13
**lied** 10:6, 17:4, 106:7
**Lies** 113:11, 113:18, 114:2
**Life** 6:21, 10:15, 15:9, 28:8,
47:12, 47:16, 48:7, 54:15,
57:24, 58:20, 58:21, 65:8,
89:6
**light** 26:12, 26:12, 58:11,
65:13, 67:16, 98:1, 103:15
**limited** 73:19, 93:12
**LINDA** 2:23, 2:24
**line** 6:1, 24:21, 24:21, 26:9,
26:15, 26:21, 26:24, 26:25,
27:7, 27:9, 27:12, 27:17,
27:20, 28:10, 28:15, 28:25,
29:3, 29:7, 29:15, 29:16,
34:7, 35:24, 40:17, 102:13
**lines** 72:12
**lining** 69:21
**Lior** 19:25, 20:1, 20:3, 38:12,
39:10
**list** 28:16, 28:18, 28:19,
28:21, 28:22, 32:4, 32:23,
32:23, 34:12, 34:18, 34:22,
34:24, 35:1, 35:3, 35:25,
36:10, 36:12, 53:21, 53:21,
69:1, 71:1, 72:21, 72:22,
100:9, 113:4, 113:4, 113:5,
113:6, 127:17
**listed** 29:1, 29:1, 51:18,
61:20, 69:11, 98:20, 101:23
**listen** 57:12, 67:5, 79:2

**listened** 103:22
**listening** 36:8, 56:22, 111:10
**listening.** 112:4
**lists** 28:20, 87:20, 87:22
**literally** 38:19, 57:13
**literature** 69:10, 116:1
**little** 6:19, 7:11, 32:21,
83:20, 87:19, 92:6, 102:1,
106:12, 107:15
**live** 6:5, 51:2, 51:5, 51:9,
85:6, 85:8
**Lived** 106:12
**lives** 4:17, 6:25, 15:15, 19:3,
79:7, 80:4, 80:4, 84:25, 121:8
**living** 5:25, 7:9, 106:15
**Lobbyist** 17:5, 17:6, 37:24,
105:19, 106:2
**lobbyists** 30:11
**locale** 39:15
**location** 73:21, 97:17
**locker** 27:19, 27:25, 29:5
**logistics** 130:9
**long** 50:22, 122:12, 123:8
**longer** 130:5
**looked** 17:3, 42:23, 100:9
**looking** 37:7, 49:3, 50:17,
50:17, 52:24, 55:23, 58:17,
107:11
**looks** 38:3, 38:6, 38:8,
49:11, 80:10, 80:12, 80:15,
80:17, 80:19
**Los** 101:19, 101:22
**losing** 82:18
**loss** 60:17
**lot** 20:24, 25:5, 46:9, 54:6,
58:2, 59:11, 60:5, 65:2, 67:1,
68:21, 78:25, 79:14, 86:15,
92:7, 116:15, 130:13
**lots** 28:6, 28:7, 28:7
**loudest** 85:8
**love** 60:24, 120:8, 120:18
**low** 21:6
**lucky** 67:17
**lunch** 56:3, 84:3
**lying** 19:15, 48:17, 56:23,
118:9, 118:9, 118:11


**< M >**
**ma'am** 4:8

**machinery** 59:23, 120:23
**machines** 93:7
**Madeliene** 16:6, 19:12
**Mahmoud** 86:11, 101:15, 101:15, 118:15, 118:16, 119:1, 119:5, 119:12
**Mahmud** 89:11, 89:13, 89:17, 95:23
**main** 85:15, 93:19, 94:16
**maintenance** 13:22, 14:1
**Major** 19:25, 38:12, 39:10
**majority** 93:4
**makers** 16:23, 77:17
**Mallick** 3:6
**malnutrition** 6:4
**man** 42:21, 61:14, 70:12, 70:16, 71:2, 72:1, 95:3, 100:6, 111:21, 111:22, 111:24, 111:25, 119:3, 119:4
**man.** 119:5
**management** 94:20, 94:25, 95:13
**managing** 20:15, 110:8
**manipulate** 113:10, 113:10
**manipulating** 52:19
**manual** 111:12, 111:14, 111:14
**March** 88:16
**marched** 63:22
**marching** 120:15, 120:15
**marks** 13:18
**MARLO** 2:14, 2:15
**married** 111:23
**Marshal** 124:5
**Martyr** 47:14, 47:14, 63:24
**martyrdom** 64:11, 66:16, 120:8, 120:18
**Martyrs** 35:11, 47:7, 65:3, 74:19, 87:16
**martyrs.** 85:20
**Marzook** 51:18, 51:19, 61:12, 61:22, 68:24, 72:4, 90:10, 111:23, 111:24, 114:10, 116:25, 117:1, 117:2
**mass** 48:3
**massacre** 47:23
**masses** 60:18
**masters** 124:21
**material** 26:10, 60:10, 74:1, 83:8, 103:11, 109:21, 109:22,
110:5
**materials** 20:4, 83:5, 125:20, 129:20, 129:22
**matter** 19:10, 35:3, 41:16, 77:8, 92:17, 114:4, 126:23
**mattered** 6:15
**matters** 51:10, 54:16, 106:9, 129:17
**Matthew** 5:20, 48:24
**Mcgahan** 123:13, 123:25
**Mcgonigle** 9:2, 71:15, 101:17, 107:16, 118:12, 118:12, 119:6, 119:6
**Mckinney** 2:16
**me.** 33:17
**mean** 31:25, 32:5, 34:7, 35:17, 41:4, 52:19, 93:17, 95:4, 95:20, 97:6, 97:13, 97:14, 99:18, 99:21, 100:3, 104:2, 108:18, 108:18, 114:18, 116:10
**Meaning** 32:17, 62:7, 85:1, 85:3
**means** 24:19, 31:8, 33:1, 33:6, 39:24, 52:18, 62:17, 85:16, 118:4
**meant** 99:17, 104:11
**Meanwhile** 33:23, 34:1
**media** 23:23, 64:22, 80:12, 80:15, 80:15
**medical** 95:16, 95:17, 95:23, 101:20
**meeting** 10:25, 11:1, 11:3, 93:8, 113:24, 113:24, 114:1, 117:10, 117:10, 117:13, 117:15, 117:19, 117:21
**meetings** 13:22, 13:23, 30:21
**member** 10:16, 58:25, 59:1, 71:22, 102:3, 117:9, 123:10, 123:19, 123:21, 129:1, 129:9
**Members** 21:24, 26:18, 26:18, 27:2, 27:3, 35:12, 43:16, 56:9, 60:11, 60:20, 61:11, 86:8, 86:25, 87:25, 88:5, 88:22, 89:22, 97:7, 99:2, 115:21, 123:1, 123:23, 124:14, 129:12
**membership** 61:21
**memo** 14:13, 66:11, 117:17
**Memorization** 89:9
**memory** 37:12
**Men** 29:14, 53:15, 63:22, 64:23, 74:9, 87:2, 96:14, 111:19
**mention** 93:22, 101:22
**mentioned** 10:4, 100:11, 125:8
**mentions** 106:17, 113:7
**merchants** 98:19
**merchants.** 119:3
**mercy** 60:25
**Merely** 41:3
**Merish** 88:23
**message** 91:13
**met** 30:7, 30:15, 30:18, 37:1, 37:3, 44:21, 51:11, 52:11, 65:15, 100:22, 101:1, 101:11, 101:17, 101:19, 101:24, 107:16, 118:15, 118:17, 118:22
**Mezain** 61:24
**mid-morning** 55:12
**midafternoon** 121:16
**midday** 83:25
**middle** 78:16
**military** 6:22, 42:24, 78:20, 88:6, 115:23, 116:14, 116:15
**million** 74:22, 75:14, 85:25, 105:7
**millions** 53:19
**mind** 36:6, 52:24, 77:14, 101:25
**minds** 19:19, 60:1, 60:2
**mine** 110:14
**minimal** 103:7
**Ministeries** 44:19
**minute** 4:6, 8:21, 18:22, 18:25, 90:25, 110:12
**minutes** 4:7, 11:1, 11:1, 11:3, 26:14, 44:3, 55:19, 55:23, 128:16, 128:25, 130:23
**Miranda** 13:25, 13:25, 68:14, 71:17, 72:8, 72:22, 110:14
**mire** 9:20
**miserable** 62:20
**misgivings** 130:12
**Mishack** 99:4, 100:14
**Mishal** 71:3, 86:16, 86:23,

87:10, 88:24, 90:1, 90:13, 90:20, 90:24, 91:1, 92:1, 92:2, 99:4, 100:5, 100:13, 100:24, 101:3, 111:21, 112:2, 112:2, 113:15, 113:18
**misleading** 57:8
**misrepresenting** 56:24
**mistake** 112:9
**mistresses** 124:21
**misusing** 21:12
**mobilization** 69:21, 69:22
**model** 78:14
**moderate** 91:9
**Mohamed** 61:24, 114:3
**Mohammed** 71:15, 71:21, 88:2, 98:13, 107:25
**moment** 8:4, 121:9, 122:13, 124:13
**Monday** 26:3, 125:13
**money.** 88:9
**monies** 23:13
**monograph** 37:25
**monthly** 11:20, 11:21, 94:10
**moral** 63:12
**Moreno** 2:23, 2:24, 4:3, 4:4, 18:10, 44:3, 82:23, 89:4, 89:8, 109:20, 112:5, 113:1, 113:19, 120:10, 120:12
**Morning** 4:2, 4:9, 9:2, 52:15, 84:7, 101:18, 107:16, 114:25, 118:13, 124:9, 127:3, 127:5
**morph** 102:15
**mortality** 6:5
**mosque** 47:23
**mother** 65:7
**motion** 127:7, 128:3
**motivation** 11:13
**Mount** 72:5
**Mousa** 61:11, 61:22, 68:24, 72:4, 90:10, 111:23, 111:24, 114:10, 116:24, 116:25
**Moustafa** 86:12
**mouth** 37:3, 92:1
**move** 95:17
**moved** 63:23
**Movement** 21:2, 35:13, 60:12, 60:20, 62:8, 63:16, 64:1, 64:19, 64:24, 65:5, 65:6, 65:7, 65:7, 65:15, 65:20, 66:1, 66:7, 71:9,

71:23, 92:11
**Movement.** 63:16, 104:13
**moving** 32:16
**Mufid** 2:11, 71:4, 113:12, 113:15
**Muin** 96:19
**mujahideen** 63:3, 66:16, 84:20
**multi-year** 112:16
**murder** 48:4
**Mushtaha** 66:22
**musings** 23:10, 23:21
**Muslim** 46:1, 59:12, 59:16, 59:19, 59:21, 62:8, 62:10, 62:11, 62:14, 62:24, 63:22, 63:25, 64:3, 65:7, 65:8, 68:19, 69:4, 71:22, 73:4, 81:7, 81:19, 81:21, 81:22, 81:24, 87:2, 87:5, 96:14, 102:12, 102:17, 117:16
**Muslims** 6:16, 9:11, 47:24, 62:9
**myself** 127:19
**MYSLIWIEC** 2:4


**< N >**
**Naballah** 100:23
**Nabil** 86:12
**Nablus** 41:25, 42:2, 42:4, 43:19, 88:21, 89:10, 94:5, 94:7, 94:7, 98:14, 102:3, 102:4, 107:17, 107:18
**name** 19:9, 19:25, 30:20, 38:12, 40:1, 42:11, 42:12, 59:11, 83:10, 98:25, 100:23, 104:13, 104:16, 105:5, 106:1, 106:25, 107:7, 107:8, 107:9, 107:13, 111:6
**named** 22:12, 122:7, 122:9
**namely** 125:21
**names** 14:14, 81:11, 81:12, 86:15, 88:3, 91:19, 92:4, 100:8, 100:9, 100:10, 100:15, 106:22, 107:10
**NANCY** 1:41
**Naser** 88:1, 88:4
**Nashashibi** 90:22
**Nasrallah** 71:7, 71:12, 73:23
**nasty** 38:18

**Nathan** 1:28, 20:11, 21:17, 39:6, 103:19, 106:5
**nation** 64:15, 65:8, 69:21
**National** 15:20, 15:22
**Nations** 21:15, 46:22, 59:20, 64:5, 64:20
**Natshe** 86:11, 86:12
**Natsheh** 86:19, 86:21, 86:22, 86:23, 87:7, 87:14, 99:4, 99:5, 100:14, 101:2, 101:5, 110:25
**natural** 117:23
**nauseum** 81:11
**near** 48:21, 128:10
**nearly** 9:11, 105:7
**neck** 34:3
**need** 5:14, 5:19, 9:18, 17:23, 17:24, 17:24, 23:5, 23:21, 26:13, 41:22, 57:6, 58:1, 58:4, 60:9, 66:12, 76:6, 79:19, 83:18, 86:4, 87:8, 109:16, 110:24, 113:6, 119:12, 119:12, 119:19, 120:4, 120:21, 120:21, 120:22, 120:22, 123:9, 123:17, 124:1, 125:12, 125:18, 126:23, 129:18, 129:23, 130:20
**needed** 92:21, 129:5, 129:12
**needs** 60:12, 60:13, 64:22, 66:6, 79:16, 85:17
**needy** 5:3, 21:21, 35:8, 51:15, 53:22, 54:2
**negative** 96:21
**Neither** 109:3, 109:4, 109:6, 117:4, 127:17
**Netherlands** 67:13, 105:12, 105:13
**network** 52:8, 52:12, 74:3, 75:25, 80:21, 80:21, 81:16, 89:19
**neutral** 40:7
**neutrality** 83:4, 86:4, 87:8
**New** 2:7, 31:23, 59:14, 59:15
**News** 6:19, 9:2, 52:15, 101:18, 107:16, 114:25, 118:13
**newspaper** 30:3
**newspapers** 93:9
**next** 4:3, 98:24, 121:12

**NFL** 27:18, 28:16
**NGO** 22:19, 22:20
**nice** 106:5
**nightly** 6:19
**nine** 7:15
**NM** 1:46
**nobody** 98:15
**None** 11:24, 15:1, 22:21, 22:22, 23:9, 25:22, 25:22
**nonpartisan** 17:15, 17:16, 19:22
**nonpolitical** 83:3
**noon** 55:21, 55:23
**nor** 117:4, 127:17
**North** 62:7, 62:15, 94:5
**NORTHERN** 1:2, 1:31, 113:22, 134:19
**nose** 24:15
**notebook** 50:15, 50:16
**notes** 107:14
**Nothing** 7:7, 10:13, 11:25, 17:8, 42:7, 42:13, 50:1, 50:4, 70:16, 82:5, 82:7, 108:3, 108:3
**noticeable** 92:18, 95:10
**notifying** 129:4, 129:11
**notion** 65:8
**nucleus** 95:6
**Number** 1:5, 14:6, 14:11, 16:8, 30:19, 61:14, 68:25, 69:6, 69:11, 71:3, 73:7, 86:17, 90:1, 93:9, 93:22, 96:22, 97:23, 98:24, 99:7, 99:10, 99:18, 100:6, 103:6, 111:22, 119:8, 122:10, 127:11
**numbered** 127:14
**Numerous** 82:20, 87:15
**NY** 2:7

**< O >**
**oath** 54:7
**obeys** 39:22
**object** 18:7, 18:9
**objection** 18:11, 126:21, 126:22
**objections** 126:7, 126:15, 126:17, 126:17
**obligated** 45:19

**obligation** 21:18, 60:14
**observant** 62:10
**observe** 84:2
**obstacle** 95:8
**obviously** 14:12, 14:12
**occasion** 68:3
**occupation** 6:6, 6:22, 9:12, 47:17, 65:2
**occupational** 45:5
**Occupied** 6:25, 11:2, 12:1, 46:14, 47:3, 61:9, 63:7, 65:23, 92:21, 92:23, 114:8, 115:6, 129:15
**occupier** 38:13, 40:2, 40:13
**occupy** 123:15, 124:12, 129:25
**occupying** 42:24, 47:1
**ocean** 80:2
**ode** 66:25
**Odeh** 3:1, 70:4
**Odell** 123:12, 123:24
**offended** 70:17
**Offense** 65:14
**offensive** 26:8, 26:15, 26:21, 26:24, 26:25, 27:6, 27:12, 27:17, 27:20, 27:24, 28:10, 28:15, 28:25, 29:3, 29:7, 29:15, 29:15
**offered** 40:24
**offers** 12:21
**Office** 2:5, 2:15, 2:24, 10:13, 64:18, 69:5, 69:8, 87:13, 127:5, 129:7, 129:8
**office.** 65:18
**officer** 16:8, 109:9
**officers** 95:14
**offices** 93:9, 120:23, 127:15
**official** 134:5
**officials** 101:1
**often** 72:10
**Okay** 31:20, 34:17, 35:2, 35:25, 39:22, 46:11, 48:8, 49:9, 49:12, 57:4, 57:8, 58:15, 79:3, 106:19, 109:13, 121:11, 129:8
**old** 48:19, 78:8, 94:6
**Omar** 89:14, 97:7, 117:14
**Once** 30:16, 70:18, 111:16, 118:18
**one-time** 117:1

**ones** 93:2, 120:16
**ongoing** 123:16, 124:13
**onslaught** 9:20
**open** 14:15, 51:13, 76:22, 76:22, 85:13
**opening** 6:13, 9:16, 9:23, 10:3, 31:18, 76:19, 88:13, 103:2
**openings** 120:11
**openly** 117:21
**operated** 39:2
**operates** 77:16, 77:17, 77:18
**operating** 20:14, 77:10, 109:18
**Operation** 8:8, 23:11, 25:7, 38:14, 38:17, 38:25, 39:7, 90:9
**operations** 42:25, 84:23, 116:15
**opine** 109:5
**opinion** 9:10, 24:16, 24:17, 25:16, 40:15, 40:16, 41:4, 44:10, 44:25, 118:5
**opinion.** 41:5, 43:21
**opinions** 7:23, 41:1
**opportunity** 4:10, 5:12, 37:14, 56:13, 56:16
**opposing** 17:18
**opposition** 9:12
**oral** 114:14, 116:3
**orange** 68:21
**orchestrating** 120:17
**order** 17:19, 128:6
**orders** 39:21, 39:22
**organization.** 117:13, 118:8
**organizational** 61:4, 62:4, 92:20, 95:19, 96:1, 106:23
**Organizations** 32:4, 32:5, 32:18, 33:2, 34:18, 34:19, 37:24, 61:8, 65:19, 65:22, 76:8, 76:24, 77:1, 80:21, 80:25, 81:18, 81:22, 87:11, 92:15, 92:18, 92:22, 92:25, 93:1, 93:3, 93:8, 93:11, 93:11, 93:13, 95:11, 96:7, 110:2, 112:19, 113:4, 115:11, 117:12
**organizations.** 96:4
**organized** 52:12
**organizing** 20:15, 110:8

**origin** 102:20
**original** 65:5, 81:19
**originating** 72:2
**origins** 73:8, 102:15, 103:16, 109:14
**Orphan** 21:20, 90:11
**Orphans** 5:3, 35:10, 53:18, 53:25, 74:19, 90:15, 90:16, 93:2, 94:9
**others** 7:20, 9:11, 53:1, 71:16, 82:2, 93:3, 93:7
**Otherwise** 19:23, 20:15, 110:8
**ours.** 76:9, 87:23, 89:21, 93:14, 94:24, 98:3
**ourselves** 62:24, 116:22
**out-of-town** 77:22
**out-of-towners** 77:22
**out.** 33:20
**outcome** 37:10, 37:23, 38:9, 40:23
**outline** 20:22
**outside** 65:1, 74:2, 80:21, 81:16
**outspoken** 33:18, 34:2
**outspoken.** 33:14
**overhead** 21:6
**overlap** 21:13
**overrule** 18:11
**overruling** 126:22
**overseas** 111:5
**overseeing** 16:8, 63:13
**overseen** 17:13, 103:6
**overtime** 130:13
**overwhelms** 60:24
**own** 5:10, 5:20, 6:24, 14:14, 14:15, 43:10, 45:16, 46:8, 55:5, 60:8, 60:8, 61:2, 81:7, 82:19, 107:7, 124:22
**Oxford** 40:6

**< P >**
**P.** 2:15
**p.m.** 13:21
**PA** 82:16
**packets** 122:1
**Page** 13:18, 14:5, 58:7, 84:18, 84:19, 85:12, 97:4, 97:10, 97:21, 97:22, 98:24,

98:24, 122:18, 127:16, 132:4
**pages** 134:7
**paid** 101:22, 105:18, 123:5
**Palestine.** 106:13
**Palestinian-american** 48:23
**Palestinians** 6:8, 6:14, 6:21, 6:23, 15:9, 19:17, 25:16, 28:7, 47:16, 47:25, 48:2, 48:4, 48:4, 48:7, 48:10, 48:12, 49:2, 89:7, 105:16, 105:17
**pamphlet** 70:2
**papers** 128:7
**parade** 84:21
**paraded** 39:12
**paragraph** 24:22
**paramedic** 47:9
**paraphenalia** 20:2
**parents** 35:12
**Park** 90:7
**parlors** 79:10
**Part** 9:16, 16:19, 18:5, 18:18, 37:5, 47:10, 47:11, 57:2, 57:3, 60:8, 60:21, 61:10, 65:25, 74:2, 78:16, 80:24, 81:16, 84:13, 86:8, 87:5, 88:16, 89:8, 96:15, 99:11, 107:1, 109:19, 120:9, 128:6
**participate** 123:7, 124:6
**particular** 8:15, 12:21, 38:23, 39:17, 95:11
**particularly** 38:18, 95:16, 96:13, 110:3
**parties** 53:14, 126:7, 128:10, 129:15, 129:19
**partisan** 40:17
**party** 19:13, 21:4, 22:12, 40:17, 69:4
**pass** 121:23
**passages** 84:16
**passion** 67:6
**passionately** 33:15
**Passover** 90:8
**past** 95:14, 96:21
**path** 63:20, 69:19
**Patients** 96:9
**Patricia** 12:13
**pay** 4:13, 11:23, 28:2, 97:24
**paying** 11:15
**peace** 69:16, 79:21, 92:12

**pedigre** 19:1
**people.** 34:14, 99:6
**per** 5:23, 6:5
**perceiving** 60:22
**percent** 6:3
**perform** 62:25, 108:24, 122:22
**performing** 80:14
**Perhaps** 6:23, 7:5, 24:24, 52:25, 58:6
**period** 7:15, 43:24, 43:24, 43:25, 130:5
**periodic** 66:3
**peripheral** 78:11
**permanent** 85:7
**permeated** 41:25
**permission** 26:11
**permit** 130:6
**permitted** 58:9
**perpetrated** 25:21
**person** 22:10, 30:19, 36:20, 55:17, 77:9, 79:24, 95:7, 98:16, 111:4
**personal** 37:10, 38:9, 40:23, 42:21, 60:13, 119:14
**personality** 57:1
**personnel** 20:16, 110:9
**persons** 58:20, 96:22, 110:19, 110:24, 123:11
**pervasive** 6:22, 7:15
**pervasiveness** 9:4
**Ph** 58:1, 78:9
**phase** 96:21
**Philadelphia** 76:7, 82:2, 92:6, 92:7, 92:8, 92:9, 99:23, 108:14, 112:12, 112:22, 113:24, 115:22, 115:25, 117:10, 120:6
**Philanthropic** 100:25
**phone** 7:13, 7:14, 7:16, 7:21, 8:3, 8:22, 24:3, 69:5, 70:1, 72:7, 72:13, 110:22, 110:23, 110:23, 110:23, 113:1, 114:24
**phone.** 110:25
**phonebook** 122:1
**phonetic** 117:20
**photograph** 71:7, 113:25
**photographs** 125:24
**photos** 119:20

**picked** 7:20
**picture** 10:1, 24:25, 27:21, 70:23
**pictures** 27:22, 49:7, 49:8, 49:9, 49:11, 49:13, 49:22, 82:20, 83:2
**pillars** 20:10, 68:2
**pizza** 79:10
**place** 7:9, 7:17, 31:16, 34:10, 35:17, 55:22, 55:24, 75:23, 75:24, 96:5, 121:5, 121:10, 123:15, 124:11
**places** 121:6
**placing** 34:9, 85:14
**plan** 65:19
**planning** 88:6
**plans** 11:4
**platform** 119:18
**PLATT** 3:5
**play** 47:10, 50:6, 50:9, 50:22, 60:16, 64:16, 66:18, 66:19, 66:20, 118:4, 119:12, 119:13, 120:24, 120:25
**played** 50:5, 71:10, 71:19, 111:2, 112:2, 119:9
**players** 27:6, 28:4, 28:9, 29:1, 29:4
**plays** 27:11
**Plaza** 1:45
**Please** 26:13, 36:4, 54:25, 56:6, 84:1, 97:20
**plenty** 63:10
**plight** 6:15
**plucked** 46:14
**plundering** 38:20
**PO** 2:25
**poin** 34:21, 84:1
**point** 10:12, 26:13, 35:14, 45:12, 45:13, 55:25, 68:22, 72:18, 77:7, 77:25, 95:20, 121:2, 127:9
**pointed** 14:6, 49:7, 117:25
**points** 4:20, 15:7, 17:18, 56:14, 73:1
**police** 80:16
**Policies** 111:15
**policy** 16:23, 37:25
**political** 15:25, 16:21, 17:18, 18:1, 19:24, 20:2, 20:7, 21:2, 21:8, 22:11, 25:10, 25:10,

33:7, 78:16, 78:18, 78:19, 82:4, 89:19, 113:18, 115:14
**politically** 35:4
**Politics** 55:3, 78:12, 86:5, 109:9
**pollsters** 40:8
**poor** 23:7
**population** 5:25, 60:13
**portion** 31:21
**portions** 31:20
**portray** 25:12
**position** 61:13, 116:18
**position.** 98:13
**positions** 86:8, 86:9, 86:10, 106:23
**possessions** 123:25, 124:3, 124:15
**possibility** 123:8, 123:17
**possible** 115:10, 124:25
**Postcards** 83:3, 88:11, 88:14
**poster** 90:10
**posters** 20:5, 24:2, 27:24, 29:5, 39:13, 82:20, 83:2, 87:15, 90:6, 104:10
**poverty** 6:1
**power** 27:2, 40:13, 40:13, 47:2, 60:19, 60:19, 89:19, 120:5
**powerful** 40:3
**Praise** 71:20, 71:25
**praised** 44:20
**praising** 73:5, 73:6, 76:15
**pray** 48:1
**praying** 47:24
**precious** 4:18
**precisely** 83:5
**preclude** 125:9
**preference** 22:5, 22:5
**prejudice** 55:2
**premises** 66:21, 67:20
**prepared** 62:24, 64:3
**prescribed** 134:11
**presence** 59:21, 81:21, 92:21, 94:14, 96:6, 99:12
**present** 129:2
**presentation** 55:21
**presented** 4:24, 5:16, 14:22, 14:23, 15:4, 17:10, 24:21, 29:21, 36:22, 55:16, 123:6

**presents** 62:12
**preserve** 54:13
**President** 15:12, 16:4, 61:7
**pressure** 82:15
**presumably** 39:14
**presumption** 12:6
**pretty** 75:23, 75:24
**previous** 98:11
**previously** 126:13
**Princeton** 40:6, 58:2
**principals** 14:25, 114:5
**principles** 97:9, 97:10
**print** 87:14
**prison** 68:6
**prisoners** 93:3
**privacy** 51:4
**private** 13:22
**pro-israeli** 30:11
**Probably** 50:9, 73:13, 107:6, 122:3, 130:14
**problem** 95:3, 95:3
**problems** 85:13, 95:1
**Procedures.** 111:15
**proceedings** 134:4, 134:6
**process** 54:14, 62:15, 62:16, 76:5, 76:9
**professor** 19:1, 48:23, 107:14, 108:16
**proficient** 80:13
**profound** 67:10
**program** 11:22
**programs** 114:20
**prohibited** 109:25
**project.** 95:9
**projects** 53:21, 75:2, 81:12, 118:23
**promise** 113:20
**promised** 14:17
**promises** 9:22, 10:2
**promote** 23:1, 28:3, 68:19
**prompted** 73:11, 107:3
**Proof** 12:7, 12:13, 12:13, 32:22, 54:20, 57:19
**propaganda** 38:1
**propels** 101:7
**prophets** 66:15
**prosecute** 105:7
**Prosecution** 9:25, 10:21, 12:20, 44:16, 54:4, 55:3, 56:9, 75:21, 75:22, 84:12,

129:12
**prosecutors** 10:9, 121:2
**prospect** 9:7
**protect** 79:6, 79:7, 97:9
**protecting** 35:7, 60:15, 119:17
**proud** 5:11, 84:20
**proudly** 6:11
**prove** 31:5, 54:21, 65:4
**provenance** 24:12, 24:19
**provide** 6:7, 6:11, 28:13, 85:9
**provided** 16:13, 64:9, 65:1, 83:14, 83:16, 83:17, 109:21, 110:5, 129:1, 129:9
**providing** 15:11, 45:8, 60:9
**proving** 12:8
**provision** 111:11
**provisions** 110:20
**public** 14:15, 87:12, 93:6
**publically** 70:12, 70:14, 70:20
**publication** 35:20
**publicize** 28:4
**punish** 53:6
**punished** 48:5
**punishment** 7:4, 46:20, 53:4
**pure** 64:7
**purpose** 14:21, 25:10, 25:10, 30:21, 31:11, 36:16, 80:18, 85:15, 99:25, 102:19, 102:21, 102:23, 103:17, 109:14
**purposely** 31:9
**purposes** 126:18
**pursue** 26:11
**push** 19:24
**put** 34:3, 46:18, 52:22, 78:14, 79:25, 82:15, 100:18, 108:10, 113:3, 119:21
**putting** 58:17


**< Q >**
**Qalqilla** 91:15, 91:16, 94:5, 98:5, 98:22
**Qaradawi** 70:22, 70:24, 70:24
**Qassam** 63:21
**Qidra** 22:12, 22:12
**qualified** 108:4, 108:5

**qualify** 18:23
**quality** 15:4
**question** 41:14, 43:22, 46:16, 46:17, 46:17, 47:4, 67:11, 80:10, 81:4, 92:2
**questioned** 108:21
**questions** 37:15, 56:19, 56:20, 57:6, 106:10, 115:1
**quite** 92:8
**quote** 8:11, 16:22, 27:6, 29:18, 58:6, 62:2, 115:25
**quoted** 88:8
**Quoting** 31:6, 38:4, 38:21
**Quqa** 96:24
**Quqa.** 96:23
**Quran** 89:9, 93:10


**< R >**
**racism** 34:13
**Radio** 90:5, 90:5
**Rahim** 88:23
**rains** 45:16
**raise** 14:21, 33:23, 73:6, 77:14, 116:4
**raised** 56:25, 65:10, 68:22, 68:23, 72:14, 72:20, 72:22, 115:17, 115:18
**raises** 68:16, 68:17, 68:17
**rallies** 87:18
**Ramallah** 82:14, 95:10, 95:12, 98:2, 101:5, 107:13
**ramifications** 36:4
**ran** 72:24
**ranks** 60:25
**Rashid** 86:11
**rate** 5:22, 6:5
**Rather** 40:15, 92:3, 113:21
**Raza** 94:20
**Razi** 43:7
**re-election** 87:9
**reach** 30:22, 58:12
**read** 14:8, 21:21, 31:20, 40:25, 41:10, 41:11, 41:14, 41:17, 41:18, 41:22, 42:11, 42:12, 42:22, 58:7, 63:17, 67:18, 76:13, 84:16, 86:18, 92:9, 100:5, 100:8, 100:12, 104:6, 121:22, 122:14, 124:20

**reading** 80:13
**reads** 16:2, 41:3
**ready** 27:20, 84:7, 127:6, 127:9, 131:4
**real** 19:25, 37:4, 38:12, 40:1, 56:21, 80:11, 83:18, 83:19, 83:19, 108:20, 108:22, 108:24, 111:6, 119:20, 123:3
**reality** 94:13
**reality.** 94:15
**realizes** 60:23
**realizing** 60:15
**really** 14:25, 22:8, 26:24, 29:23, 45:2, 50:7, 52:19, 54:15, 62:1, 77:7, 93:22, 94:19, 94:23, 94:24, 95:10, 122:2
**reason** 12:12, 37:9, 39:17, 57:25, 58:13, 58:18, 58:21, 79:13, 102:18, 117:22
**reasonable** 12:8, 12:10, 12:11, 12:13, 29:14, 54:21, 54:22, 58:9
**reasons** 127:8
**rebuttal** 54:18, 56:12, 108:21
**Recall** 21:23, 22:2, 26:25, 66:18, 66:20, 70:2, 72:8, 83:7, 84:17, 90:5, 90:14, 97:4, 97:7, 97:22, 98:10, 99:13, 99:22, 100:4, 100:11, 100:23, 101:5, 103:1, 104:4, 108:18, 110:17, 112:1, 114:24, 115:22, 115:25, 117:14, 117:25, 118:16, 119:23
**receive** 18:18, 21:16
**received** 16:9, 21:25, 22:4, 125:23, 126:25
**receiving** 21:14, 130:11
**Recess** 55:12, 55:12, 55:14, 55:24, 83:22, 83:25, 84:3, 84:4, 121:16, 121:16, 121:18, 125:12, 130:24
**recognition** 45:15
**recognizable** 7:2
**recognize** 100:15, 104:4, 104:11, 128:19
**recognized** 100:10
**recognizes** 29:6, 110:1
**recommendations** 15:12,

63:11
**reconciled** 91:11
**record** 131:3, 131:5
**records** 10:18, 13:1, 38:24, 39:8, 39:9, 39:10, 73:18, 73:20, 74:16, 74:25, 75:4, 118:21
**recovered** 74:18, 97:19
**recruit** 115:20
**recruitment** 115:24
**Red** 26:21, 26:22, 26:23, 27:7, 27:8, 27:12, 27:22, 27:24, 28:5, 28:20, 29:2, 29:4, 29:6, 77:24
**reduced** 121:19
**Reeves** 114:24, 114:25, 115:2, 116:5
**refer** 99:18, 125:18
**reference** 88:13, 103:7, 108:13
**referenced** 89:4, 127:23
**references** 118:7
**referred** 43:8, 104:12, 127:18, 127:20
**referring** 13:11
**refers** 31:9, 118:2
**refugee** 6:20
**refugees** 6:24
**refuted** 16:14
**regard** 4:15, 21:8, 46:2
**regarding** 76:7, 77:7, 81:11
**region** 94:5, 95:10, 102:6
**registrations** 20:21
**regular** 122:24, 124:25, 125:7
**regulations** 13:21
**rehearsed** 67:14
**reject** 41:6, 53:16
**related** 8:14, 73:25, 75:21, 82:22, 93:7
**relating** 32:1
**relation** 114:13
**relationship** 37:11, 37:22, 38:10, 43:1, 81:14, 82:6, 98:15, 113:13, 114:1, 114:4, 114:16, 114:19, 114:22, 114:23, 116:25, 118:15
**relationships** 81:15
**relatively** 94:6
**relatives** 22:2

**release** 34:12
**relenting** 64:9
**relevance.** 38:23
**relevant** 43:25, 81:5, 81:9
**reliability** 24:12, 67:11
**reliable** 16:21, 25:24
**relied** 25:11, 105:25
**Relief** 74:12, 75:13, 75:15, 75:16, 75:22, 81:17, 84:9, 84:15, 84:18, 85:23, 93:2, 101:10, 105:6, 119:20
**relies** 25:5, 25:7
**religion** 62:21
**religions** 62:22
**religious** 21:1, 21:9
**religious-civilization** 69:15
**rely** 12:15, 12:19, 109:13
**relying** 74:24, 75:3, 80:18
**remain** 128:10, 128:13
**remainder** 64:15
**remaining** 44:4, 55:19
**remark** 53:17
**remarkable** 42:3
**remarked** 76:19
**remarks** 6:14, 8:22, 26:2, 29:17, 31:18, 33:9, 79:15
**remind** 4:20
**remove** 27:2
**render** 40:14
**rendered** 5:2
**reopen** 82:15
**reorganization** 102:11
**repeat** 4:19
**report** 63:6, 100:21, 101:12, 123:14
**reported** 16:5
**REPORTER** 3:13, 71:15, 101:18, 118:13, 134:5, 134:18
**reports** 11:4, 30:3, 30:9, 30:10, 30:23, 66:3
**represent** 56:25, 78:1, 105:1, 112:10
**representative** 101:4, 105:10, 105:10
**representatives** 117:12
**represented** 66:8, 102:6
**represents** 63:14
**reputation** 7:24, 30:5
**reputed** 73:12, 107:5

**request** 126:22, 130:4
**requested** 126:20
**requests** 126:14, 126:17
**require** 123:18
**required** 123:22
**requires** 54:7, 55:8, 69:20
**requiring** 8:10
**Research** 10:11, 23:23, 65:25, 93:4, 95:5, 95:6, 101:14, 106:14, 108:2
**residence** 12:24, 46:5
**Resistance** 59:15, 59:24, 60:12, 60:20, 64:24, 102:13
**resisting** 65:2
**Resolution** 10:25, 46:22, 46:23, 47:3, 64:18, 65:13
**resolve** 126:24
**resources** 69:22, 110:9, 110:11
**resources.** 20:16
**respect** 36:5
**respected** 48:25
**respectfully** 126:16
**respond** 129:13
**responding** 47:20, 47:21
**responds** 96:18
**response** 86:3, 127:5, 127:19, 128:18
**responses** 52:5
**responsibility** 79:6, 90:7, 129:4, 129:11, 129:22
**responsible** 8:3, 10:16, 15:11, 72:2, 78:20, 80:5, 129:21
**responsive** 127:3
**Rest** 4:16, 49:22, 60:2, 85:8, 98:19, 121:8, 124:18
**restored** 65:7
**result** 9:8
**Resuming** 106:13, 106:16, 106:18
**resurrection** 64:9
**retire** 128:23, 129:8
**retreat** 50:24
**retrieve** 124:1, 124:2, 124:15
**retrieved** 39:20
**return** 47:2, 55:8, 60:17, 125:16, 130:4
**returned** 96:20, 96:20, 96:21
**returned.** 96:18

**returns** 51:16, 124:16
**reveal** 31:1
**revered** 72:3
**review** 131:4
**reviewed** 25:2, 112:20, 112:21, 112:22
**reviewing** 127:19
**rhetoric** 76:22
**richest** 40:3
**rid** 27:8
**rifle** 73:23
**right-hand** 70:25
**rights** 48:11
**rigid** 17:8
**ring** 107:15
**rise** 89:19
**rival** 19:13
**rivals** 26:20
**Riyad** 91:17, 91:20
**Rm** 3:14
**road** 56:11, 119:7
**roads** 47:22, 48:8
**rocket** 101:7
**rocket-propelled** 87:4
**Roger** 27:21
**role** 62:14, 66:7, 117:22, 120:24
**roll** 64:16
**room** 27:19, 27:25, 29:5, 32:16, 49:12, 54:11
**rude** 104:2
**Rule** 45:21, 126:18, 127:9
**Rules** 13:21, 14:14, 17:8, 54:19
**Rumahi** 89:11, 89:13, 89:18, 95:23
**run** 46:10, 72:24, 86:14, 96:22
**running** 49:14, 49:23, 120:22
**runs** 27:11
**rush** 57:17
**Rushmore** 72:5

< S >
**Sa'adi** 63:22
**sabotaging** 62:19
**sacrifices** 4:12, 65:3
**sad** 47:19

**safe** 47:2
**safety** 5:10, 50:25
**Safira** 89:24, 89:25, 98:20
**sake** 66:17
**Saleh** 28:22, 74:15, 94:2
**Salem** 90:23
**Salim** 90:23, 98:25, 99:9, 100:13, 100:22
**SAMAH** 70:13, 70:20, 92:11, 108:13, 111:2, 111:4, 117:19, 118:3, 118:4
**SAMAH.** 97:10
**San** 2:33
**Sanabil** 28:22
**sanction** 33:21
**Sanders** 123:13, 123:24
**sang** 73:5
**sat** 103:22, 104:5, 112:13, 117:2
**satisfactory** 128:24
**save** 47:12
**saw** 14:1, 14:4, 19:16, 22:23, 24:3, 70:15, 76:5, 87:3, 97:3, 106:21, 111:5, 113:24, 118:20, 118:21, 118:23, 119:1
**saying** 24:15, 32:3, 37:6, 78:8, 80:7, 110:23, 115:9, 116:5, 116:11, 117:14
**sayings** 93:10
**says** 28:4, 31:13, 31:24, 32:2, 32:5, 32:9, 32:11, 32:12, 32:14, 33:10, 33:14, 33:15, 33:15, 33:18, 33:22, 33:24, 34:11, 34:16, 34:20, 34:25, 35:9, 35:18, 35:25, 46:7, 46:8, 47:4, 50:11, 50:11, 57:4, 87:21, 87:22, 96:24, 98:5, 100:22, 115:8, 115:13, 116:16, 116:17, 127:11
**scarfed** 38:22
**scenes** 89:3
**schedule** 124:22, 124:25, 125:7
**scholarly** 25:3
**scholarship** 42:20
**School** 39:7, 39:9, 39:9, 49:8, 49:9, 74:19, 93:6, 119:10

**Schools** 45:6, 45:7, 79:10, 93:1, 93:10, 93:10, 121:6
**Science** 90:21, 95:5, 99:7
**scope** 7:16
**scour** 40:4
**screen** 18:8, 78:15, 89:2, 100:19, 104:5, 104:6
**script** 104:6
**search** 39:21, 111:10, 127:15, 127:15
**seated** 101:6
**seats** 129:25
**second** 40:2, 84:9
**secondary** 39:7
**secret** 14:7, 15:23, 30:1, 104:1, 118:7
**Secretary** 16:5, 19:12
**sections** 66:1
**sector** 92:19, 93:12, 93:20
**Security** 13:12, 15:20, 15:22, 15:23, 39:1, 40:12, 40:14, 48:20, 79:5, 79:12, 79:14, 80:14, 110:13, 110:15, 111:9, 111:14
**seeing** 104:10
**seek** 69:17
**seem** 37:12, 87:8
**seemed** 19:4, 38:23
**seems** 48:3
**seen** 21:11, 21:20, 63:10, 77:2, 97:23, 108:11, 113:16
**segment** 33:4
**segments** 23:18, 23:20, 63:18
**Seized** 38:24, 39:3, 42:24, 89:9
**seizure** 23:11
**selective** 9:25, 16:24, 24:23, 49:10
**self** 119:13
**semi-brother** 94:23, 94:23, 99:16
**Send** 34:17, 34:19, 35:12, 68:5, 72:17, 73:7, 77:15, 81:10, 103:13, 103:24
**sending** 34:21, 35:1, 68:10, 76:15, 77:1, 80:25, 81:4, 116:11
**senior** 90:17
**sense** 12:12, 21:4, 37:1,

55:6, 55:7, 57:25, 57:25, 58:4, 58:13, 58:16, 58:21, 67:1, 67:23, 105:18, 111:16
**sensitive** 23:1
**sent** 69:6
**sentence** 24:22
**sentenced** 86:24
**sentences** 63:5
**separate** 11:7, 122:8, 122:11
**separately** 26:9
**September** 34:23, 127:4
**Series** 11:11, 12:22, 21:23, 24:1, 24:8, 24:9, 50:2, 67:12, 67:12, 84:14, 92:9, 102:20, 103:9
**serious** 26:13
**served** 65:19
**serves** 25:10, 44:25
**service** 123:2, 123:17
**Services** 6:8, 11:21, 39:1, 109:22
**serving** 123:11
**session** 125:10
**set** 11:7, 13:11, 17:8, 20:2, 22:16, 42:4, 61:15, 72:10, 73:6, 81:7, 117:15, 117:16, 120:8, 127:8, 129:18
**sets** 10:18, 13:7
**setting** 52:7
**settlement** 48:20, 62:15
**seven** 57:12, 90:18, 98:9
**seventeen** 11:23
**seventies** 17:14, 20:25
**several** 4:13, 6:13, 16:11
**severe** 119:19
**severely** 34:2
**Shabib** 96:19
**shaken** 7:1
**shall** 60:17
**SHAPIRO** 1:27
**share** 102:18, 102:19
**shared** 9:10, 39:19, 69:5
**sharing** 69:7
**Sharouf** 90:12, 90:17
**Shawar** 86:12
**Shazil** 86:11
**Sheikh** 59:10, 59:14, 59:22, 71:25, 73:10, 74:6, 74:7, 88:11, 89:2, 93:24, 94:3, 95:7, 99:12, 100:22, 119:7,

119:9
**shelter** 5:10
**Shield** 23:12, 25:8, 38:15, 38:18, 38:25, 39:7, 90:9
**shifts** 12:9
**Shinbet** 16:13, 23:22, 79:5
**shirt** 50:14
**Shorbagi** 14:18, 14:22, 14:22
**short** 106:22, 125:17
**shot** 47:12, 47:13
**shoulder** 87:4
**shoulders** 101:7
**shouldn't** 8:15, 34:4, 112:18
**Shoving** 24:15
**show** 7:23, 9:17, 9:18, 9:18, 72:20, 73:18, 74:22, 74:25, 82:18, 97:15
**showed** 20:22, 52:6, 72:23, 74:16, 78:15, 94:21, 99:25, 110:21
**shown** 73:20, 97:20, 134:6
**shows** 7:21, 18:19, 18:20, 27:4
**Shukri** 1:38, 11:17, 14:12, 31:15, 31:22, 31:24, 32:9, 33:17, 33:22, 34:11, 34:16, 35:18, 36:9, 52:14, 61:23, 70:11, 87:22, 100:20, 101:19, 101:20, 103:2, 110:25, 111:2, 115:13, 115:19, 116:20, 117:3, 117:17, 118:2, 118:17, 118:19, 118:25
**Shura** 62:4, 64:18, 65:14, 66:8
**shut** 50:24, 82:14, 86:1
**shy** 70:14
**si** 93:6
**sick** 22:3
**side** 6:18, 70:25, 129:24
**sides** 17:20, 17:20, 21:10
**siege** 33:2, 33:5, 34:9, 34:10, 34:12
**signatories** 77:18, 91:20
**silent** 35:7
**similarly** 129:6
**simple** 82:5, 82:7
**singers** 120:22
**single** 28:8, 28:10, 28:11, 29:2, 29:6, 45:21, 54:22,

104:15
**singled** 33:20
**sinister** 10:13
**sins** 53:3, 53:7, 53:12, 53:13, 53:14
**sir** 56:7, 131:9
**sister** 70:13, 114:10
**sit** 29:10, 54:17, 57:11, 119:16
**site** 48:2, 90:17
**sits** 57:4
**sitting** 56:22, 88:25
**six** 13:4, 39:5, 51:11, 122:7
**sixteen** 122:8
**size** 121:25
**Skin** 29:4
**Skins** 26:21, 26:22, 26:23, 27:7, 27:8, 27:13, 27:22, 27:24, 28:5, 28:20, 29:3, 29:6, 77:24
**skip** 32:2
**skit** 66:25
**skits** 49:24, 66:23, 67:22
**slack** 63:3
**slackers** 63:3
**slipped** 101:25
**slogan** 64:10
**small** 50:13, 122:2
**smell** 41:24, 42:1, 42:1, 42:5
**so-called** 29:3
**sociable** 33:4
**social** 45:25, 60:3, 60:9, 61:2, 78:15, 78:17, 78:19, 78:22, 89:18, 93:1, 102:12, 104:17, 104:17, 104:18, 104:24, 105:4, 105:22, 106:19, 107:3, 108:4, 108:6, 108:7, 109:12, 110:10, 110:11, 121:6
**societies** 40:9
**Society** 17:16, 23:6, 23:19, 23:20, 32:7, 60:18, 73:16, 73:21, 73:21, 73:24, 74:7, 74:9, 74:11, 78:11, 86:2, 86:6, 87:2, 87:13, 87:16, 90:11, 90:15, 90:16, 94:2, 95:5, 96:8, 96:9, 96:9, 96:15, 96:23, 99:1, 99:11, 106:19, 109:2
**soil** 63:20, 64:7

**soldier** 49:13, 50:12
**soldiers** 25:9, 38:19, 42:24
**solutions** 93:21
**solved** 95:2
**somebody** 40:17, 41:24
**someone** 22:8, 22:13, 35:5, 36:18, 40:16, 72:12, 101:4, 105:25, 107:12, 107:16, 107:17
**Sometimes** 9:7, 74:24
**somewhere** 13:14, 121:14
**son** 70:11
**song** 66:24
**songs** 66:23, 67:2, 67:22, 73:5, 76:14
**sons** 5:6
**soon** 125:13
**sorry** 130:25
**sort** 52:8, 114:17, 129:23
**sorting** 14:2
**sought** 9:19
**sound** 16:25
**sounds** 5:24, 6:6
**source** 22:15, 25:11
**sources** 22:11, 23:22, 25:4, 25:5, 30:22, 80:12, 80:17, 91:24
**space** 129:19
**spare** 60:14
**speaker** 22:10, 71:1, 116:10
**Speakers** 68:12, 68:12, 68:15, 69:12, 72:21, 115:6, 116:12
**speaking** 32:13, 70:11, 93:11
**speaks** 16:2
**special** 13:23, 13:23, 23:18, 23:20, 41:23
**specialized** 63:14
**specially** 77:4, 110:5
**specific** 8:13, 31:10, 36:15, 41:12, 81:11, 81:12, 81:12, 81:12, 81:13, 81:13, 85:18
**specifically** 107:12
**specifics** 102:25, 106:25, 107:10
**spectators** 129:15
**speech** 34:15, 52:22, 52:22, 118:10
**speeches** 73:5

**spelled** 117:20
**spent** 23:14
**spin** 57:2
**spirit** 60:24, 64:14
**spiritual** 59:13, 60:10, 119:11
**split** 91:7, 91:10
**spoke** 105:25, 114:1, 116:10, 117:21
**spoken** 42:23
**spokesman** 69:7
**sponsor** 116:12
**sponsored** 8:13, 94:10, 115:10, 116:9
**sponsorship** 115:7
**sponsorships** 21:21
**Sports** 93:7
**spread** 64:13, 76:16
**sprouted** 64:8
**squarely** 76:12, 76:12
**squat** 109:4
**St** 2:31
**stable** 62:8
**staffers** 105:20
**stake** 79:13, 79:13
**stance** 115:14
**stand** 7:7, 10:10, 44:13, 51:12, 56:13, 66:12, 120:4
**standard** 7:2
**standards** 17:22, 22:17
**stands** 67:7, 70:14
**stared** 104:5
**start** 26:14, 37:18, 84:7, 96:11, 116:13, 116:21
**started** 37:25, 65:11, 75:20, 76:15, 76:16, 95:17, 95:24, 95:25, 103:3, 103:5, 116:1, 116:15
**starts** 37:18
**State** 15:10, 16:5, 16:7, 16:8, 18:17, 19:12, 36:6, 36:17, 51:2, 62:13, 79:7, 79:9, 80:1, 96:19, 104:15, 106:2, 106:3, 112:15
**stated** 97:8, 100:24, 115:2
**statement** 9:17, 9:23, 131:6
**statements** 69:13, 80:16
**STATES** 1:1, 1:5, 1:29, 1:30, 15:12, 15:18, 15:22, 16:5, 42:8, 46:23, 56:12, 59:8,

72:17, 84:18, 91:4, 91:5, 102:24, 103:24, 106:4, 113:22, 134:12, 134:18
**status** 21:3
**statute** 10:14
**Staubach** 27:21
**stay** 125:7, 128:14, 130:13
**Staying** 73:16, 128:21, 130:14
**stays** 12:9
**steadfast** 71:25
**stenotypy** 134:5
**step** 29:8, 121:12
**stepped** 115:15
**steps** 95:18
**Steve** 101:17, 118:12, 118:12, 119:6
**Steven** 9:2
**stipends** 21:14
**stones** 49:14
**stood** 115:19
**stop** 9:8, 32:3
**storage** 13:13
**story** 44:13, 59:2, 59:5, 59:6, 59:6, 118:14
**strategic** 62:3
**Street** 1:33, 2:6, 3:14, 7:4, 128:22
**streets** 108:25
**strengthened** 61:1
**strengthening** 59:22
**stress** 21:19, 21:20, 66:11
**strike** 70:9, 127:7, 128:3
**striking** 66:9, 102:14
**strings** 119:23
**Strip** 74:11, 85:6, 85:19
**strong** 63:14, 66:9
**strongly** 46:25, 57:20
**struck** 103:22
**structure** 23:3, 78:17, 89:19, 106:24
**student** 89:3
**Studies** 65:24, 79:24
**study** 15:21, 41:22, 108:10
**stuff** 120:6
**subject** 41:16, 83:15, 117:23, 126:13
**submit** 11:22, 19:7, 31:19, 37:23, 66:2
**submits** 74:11

submitted 126:15
subordinate 114:9
substance 102:25, 106:9
substitute 123:18
substituted 123:10, 123:21
Sudan 111:25, 118:25
sued 9:3
suffer 6:3, 9:8, 30:6
suggest 10:19, 11:13, 52:16, 125:1
suggested 98:4
suggesting 75:6
suggestions 63:11
suicide 8:14, 45:10, 45:14, 49:25, 50:10, 51:6, 72:2, 88:7, 89:4
suing 30:7
Suite 1:45, 2:16, 3:7
Suleiman 101:9, 101:10
summary 17:9
summation 54:18
summed 44:10
summer 74:14
Summit 3:7
supervising 20:15, 65:19
supervision 65:17
Support 5:4, 5:5, 5:5, 23:14, 26:10, 40:19, 45:8, 45:10, 45:11, 49:20, 51:15, 51:25, 52:1, 55:4, 55:5, 63:13, 63:15, 64:22, 66:9, 68:3, 68:19, 78:1, 78:12, 78:21, 79:18, 79:23, 81:8, 82:10, 82:18, 92:11, 104:19, 104:19, 104:22, 105:4, 109:22, 109:22, 110:5, 112:18, 117:16
support. 29:19
supported 5:2, 5:3, 5:3, 5:6, 7:12, 7:22, 7:22, 22:23, 24:3, 25:23, 52:3, 55:5, 104:21
supporter 9:14
supporters 14:25, 80:16, 100:7
supporting 37:19, 77:9, 116:7
supports 12:17, 49:19, 62:12, 70:7, 70:18, 70:20
suppose 26:21, 27:5
sure. 104:8

Surprise 6:17, 68:25, 73:14
surprised 24:4
surprisingly 69:4, 80:24
survival 119:14
suspect 4:16, 6:16, 50:6
suspicions 8:23
sweep 111:9
switch 110:12
Switzerland 29:25, 87:12
sworn 122:24
Syam 71:15, 71:21, 71:23
symbol 89:1, 104:4, 104:7, 104:12
syndicate 95:22
syndicates 93:6
system 13:24, 54:12, 57:21, 58:19, 58:22, 113:7, 113:10, 121:7, 121:7, 121:10


< T >
table 89:3, 129:24, 130:1
Tadamoun 89:10, 99:10
Talks 31:24, 45:14, 70:15, 91:9, 94:22, 97:5, 101:8, 102:2, 102:11, 102:12, 115:23, 116:24
Tamimi 86:13, 101:3
Tampa 2:26
tangible 125:22
tap 33:8, 33:8, 36:10
Tape 47:10, 47:10, 87:6, 88:9, 88:25, 127:11, 127:13, 127:18
tapes 113:17, 127:14
tapping 110:22
taps 72:11
target 112:16
targeted 15:21
targeting 23:18
task 122:22
tasked 65:18
taste 84:24, 105:3
taught 45:14
tax 51:16, 52:2
teach 66:15
team 129:1, 129:9, 129:12
teams 28:1, 28:2, 28:19, 94:20, 94:25
technical 93:6

Tehran 90:5
Tel 16:1
telephone 71:18, 72:10
tells 28:1, 28:18, 68:4, 68:5, 111:2
temptation 56:22
ten 48:12, 55:23, 86:24, 92:24, 128:25, 130:23
tentacles 84:23
TERESA 1:42
term 29:25, 118:6, 118:7
terminated 69:15
terms 73:19, 93:12, 106:22
terribly 16:21
Territories 46:14, 47:3, 74:3, 92:21, 92:23, 100:21, 106:15
Terrorism 5:4, 7:13, 7:22, 9:15, 25:18, 25:20, 78:12, 112:19
terrorism. 117:7
terrorist 9:14, 28:19, 34:18, 42:13, 61:13, 61:15, 71:9, 74:15, 76:25, 77:4, 78:1, 80:1, 80:2, 103:6, 104:14, 110:1, 110:6, 112:19, 117:6, 118:2
testified 18:21, 37:14, 39:18, 41:20, 61:12, 71:17, 72:9, 72:13, 73:19, 83:10, 91:6, 91:10, 95:24, 105:23, 125:25
testifies 109:10
testify 14:19, 21:18, 91:14, 91:14
Testimony 10:8, 10:9, 15:5, 22:7, 37:16, 37:16, 41:2, 41:5, 41:6, 42:10, 42:12, 44:14, 58:10, 60:7, 80:19, 81:20, 84:17, 86:20, 86:21, 86:23, 98:11, 98:17, 104:7
TEXAS 1:2, 1:31, 1:34, 2:17, 3:8, 3:15, 134:19
text 32:1
thanked 89:18
Thanks 74:11, 95:16, 95:18, 115:6
that. 107:5
them. 34:19, 100:11, 114:13
theme 10:21, 24:23, 70:19
themes 9:25
themselves 19:18, 26:5,

79:11, 93:25, 99:19, 116:16
**theory** 13:6, 22:25, 26:5, 40:10, 40:20, 40:20, 44:16, 45:1, 46:2, 52:3
**They've** 54:20, 57:5, 113:3
**thinking** 9:9, 16:22, 16:24, 28:15, 31:22, 34:7, 35:8, 35:23, 35:24
**thirteen** 69:12
**thirty** 4:6, 15:23, 44:3, 104:2
**thirty-five** 4:7
**thirty-six** 11:18, 122:5, 122:7
**thirty-three** 5:23
**thirty-year** 15:10
**this.** 35:21, 115:21
**thoroughly** 40:21, 46:2
**though** 26:6, 75:9, 81:4
**thousand** 11:16, 11:18, 11:20, 11:23, 48:12
**threat** 15:22, 80:1, 80:2, 104:15, 119:13
**threaten** 70:19
**three** 10:24, 22:20, 26:22, 27:7, 30:15, 35:10, 75:1, 91:16, 99:8, 99:9
**three-fourth** 5:24
**Throughout** 5:13, 6:6, 9:24, 13:24, 20:6, 20:6, 39:2, 70:19, 85:19, 113:16
**throwing** 49:14
**thrown** 7:3
**tie** 94:12
**tied** 13:19
**time.** 117:24
**title** 41:16
**to.** 127:18
**Today** 34:23, 66:6, 76:18, 119:15, 125:2, 125:2, 125:6
**together** 58:17, 91:12, 114:20, 114:21, 126:24, 130:20
**Tom** 27:21
**tomorrow** 125:5, 125:11
**took** 7:17, 25:20, 25:21, 31:15, 38:23, 39:7, 39:14, 54:7, 59:5, 134:5
**tool** 66:9
**Top** 15:22, 30:1, 61:22, 78:18, 104:1, 117:2
**torn** 51:7

**total** 122:10
**totally** 14:9
**touch** 110:13
**touched** 11:9, 37:20
**Tower** 3:6, 108:17, 108:19
**town** 128:20
**towns** 20:6
**toy** 50:15, 50:16
**traced** 75:1
**trade** 21:3
**tragic** 47:18, 49:24
**training** 75:24
**transactions** 75:2, 75:5
**transcribed** 134:6
**TRANSCRIPT** 1:17, 38:21, 134:8, 134:10
**transcripts** 112:22
**transfer** 34:1, 35:14, 35:15, 35:16, 85:13
**transfer.** 36:1
**transferred** 63:25
**transferring** 87:10
**translated** 117:19
**translations** 25:6, 82:25
**transparency** 18:7
**transparent** 3:9, 14:16, 17:21, 21:10, 51:13
**transportation** 124:6, 124:23
**transported** 124:4
**trash** 20:4, 39:21, 39:21
**travel** 111:5
**Traveled** 14:14, 118:13, 119:6
**traveling** 110:19, 111:7
**travels** 109:10
**Treasury** 28:17, 28:21, 37:21, 38:7
**TRIAL** 1:17, 6:24, 41:21, 53:11, 97:23, 121:13, 125:23, 126:1
**Tribal** 17:18
**tried** 8:19, 10:11, 10:11, 12:25, 23:7, 35:15, 48:13, 56:14, 81:1, 92:22, 116:4
**trip** 100:20, 101:22
**triumphing** 66:16
**true** 9:22, 15:2, 16:16, 25:18, 25:20, 72:5, 77:6, 83:10, 83:11, 92:5, 119:13, 134:8
**trust** 112:3

**trusted** 19:23, 21:5, 21:5
**truth** 37:8, 37:9, 39:17
**try** 4:19, 10:16, 16:22, 16:24, 23:6, 30:22, 97:3, 113:10, 125:6
**trying** 8:23, 10:19, 11:7, 34:25, 47:12, 55:1, 68:22, 77:22, 115:20
**Tulkarem** 89:22, 98:18
**turn** 26:1, 51:1
**turned** 57:15
**TV** 42:25, 50:23
**Twelve** 7:25, 49:7, 49:8, 49:9, 49:11, 53:19
**Twenty** 19:1
**twenty-eight** 6:2
**twenty-five** 11:15
**twenty-nine** 47:23
**twice** 30:16, 106:17
**twinkle** 85:9
**Two** 6:1, 9:24, 10:18, 13:7, 24:7, 49:11, 49:22, 55:18, 74:21, 75:1, 77:21, 88:4, 88:18, 90:2, 109:1, 122:7, 122:9, 122:11, 127:7, 127:14, 127:22, 128:3, 128:6
**two-month** 47:25
**types** 92:22, 110:20

**< U >**
**UASR** 61:8, 63:8
**ultimately** 102:15, 105:18
**unamerican** 53:15
**unattributed** 30:3
**Unbelievable** 103:8
**uncertain** 67:8
**unchallenged** 35:4
**uncomfortable** 24:20
**undated** 12:16
**undercover** 39:2, 110:19
**Understand** 4:6, 4:12, 8:19, 10:12, 30:22, 35:9, 35:17, 36:4, 37:15, 43:15, 59:3, 59:4, 62:17, 75:24, 130:17
**Understanding** 62:14, 62:23, 106:23, 128:21
**understands** 36:2
**undertake** 114:20
**Undisputed** 73:10, 73:10,

91:15
**unemployment** 5:22
**unequivocably** 25:15
**uneven** 25:7
**unfair** 79:15, 79:23
**unfortunately** 95:18
**Unguarded** 33:9
**uniforms** 84:21, 120:15
**unifying** 62:11
**unit** 27:10, 29:5
**UNITED** 1:1, 1:5, 1:29, 1:30, 15:12, 15:18, 15:21, 16:4, 21:15, 42:8, 46:22, 46:23, 56:12, 59:8, 65:24, 72:17, 91:3, 91:4, 102:23, 103:24, 106:4, 113:22, 134:12, 134:18
**units** 28:22, 39:2
**universities** 40:4
**University** 32:8, 48:23, 93:20
**university.** 101:14
**unknown** 53:14, 53:14
**unlimited** 75:9, 75:10
**unreasonable** 57:11, 57:14, 57:16
**Unrefuted** 86:20, 86:23
**unreliable** 72:23
**unsigned** 12:16
**unsure** 127:13
**until** 55:12, 58:24, 58:25, 63:1, 64:8, 77:3, 85:9, 92:19, 95:6, 105:8, 107:3, 121:17, 123:20, 125:4, 125:12, 127:4
**upset** 34:15, 70:17
**urge** 71:18
**us.** 94:12
**useful** 108:9
**uses** 24:13, 104:18, 129:16
**using** 24:14, 45:23, 85:15, 119:18


**< V >**
**Valley** 94:6
**van** 124:7
**variety** 38:24
**various** 59:20
**verdict** 55:8, 122:3, 122:12, 122:17, 130:4, 130:8, 130:11
**VERSUS** 1:8

**vests** 49:25
**vicinity** 128:14, 130:6
**vicious** 90:8
**Victims** 49:2, 49:2, 49:3, 49:3
**victorious** 62:22, 64:21
**victory** 64:10
**Video** 46:10, 50:4, 50:9, 50:22, 71:10, 74:9, 88:9, 88:25, 89:9, 89:16, 113:17, 118:21, 119:23, 119:25, 127:11, 127:13, 127:14
**videos** 49:23, 49:24, 50:1, 50:2, 50:4, 66:18, 66:20, 66:21, 67:22, 76:14, 77:2, 83:12, 103:11, 120:14
**view** 17:18, 43:19, 107:18
**viewed** 19:17
**views** 54:8, 54:9, 60:3, 61:2, 113:18
**village** 20:6
**violated** 107:22
**violates** 45:21
**violation** 78:2
**violence** 5:5, 7:12, 7:22, 25:21, 49:15, 49:21, 50:23, 50:24, 51:2, 89:8, 120:10, 120:13, 120:20
**violent** 45:16, 50:22, 50:23
**virtual** 50:23
**virtue** 98:12
**visit** 53:11, 53:12, 53:13, 102:1
**visited** 17:3, 100:25, 101:9
**visiting** 53:2, 101:8
**visual** 18:13
**voice** 9:10, 48:25, 49:1, 85:8
**voice.** 33:24
**VOLUME** 1:16
**voluntarily** 31:9
**vote** 54:10, 54:15


**< W >**
**waiting** 36:11
**waived** 128:17
**wakf** 107:25
**Walid** 88:1
**walk** 77:21, 108:25, 109:5, 121:4

**walked** 108:14, 112:23, 112:24
**walks** 28:8, 58:20, 79:9, 79:10, 79:10, 112:16
**Wall** 2:6, 27:20, 66:7, 104:9
**Walwil** 91:17, 91:20
**wander** 27:19
**wanted** 21:11, 21:15, 28:23, 49:16, 49:21, 74:22, 84:15, 123:4, 131:5
**wanting** 34:10
**wants** 19:18, 19:24, 22:6, 23:16, 25:12, 29:16, 36:3, 53:11, 57:2, 112:17
**war** 16:1, 49:24, 51:2, 92:13
**warning** 4:6
**warnings** 56:1
**Washington** 26:20, 27:7, 27:22, 30:16, 77:23
**watch** 7:4, 67:4, 84:20
**watched** 19:4, 21:17, 42:25
**water** 6:10, 57:15
**watered** 63:20, 64:7
**weak** 94:14
**weak.** 99:12
**Weapons** 84:21, 85:10, 85:10, 85:10, 85:22
**web** 90:17
**weed** 9:20
**weeds** 106:25
**week** 44:23, 125:8, 125:10
**weeks** 4:13, 6:13, 57:12, 108:11
**weigh** 10:4, 39:23
**weight** 41:7, 96:6
**welcome** 42:14
**welfare** 60:9
**West** 5:22, 5:25, 20:7, 38:19, 39:3, 71:13, 76:16, 76:17, 80:7, 86:7, 92:18, 94:4, 95:8, 104:14, 107:9
**Western** 62:19, 64:20
**Westfall** 3:4, 3:5, 53:7, 70:5, 70:23
**Whatever** 32:15, 35:3, 105:19, 117:6
**wherever** 62:13, 62:25, 63:1
**whether** 43:22, 86:18, 92:19
**whimsical** 118:4
**white** 70:25

**whole** 11:11, 24:25, 27:10, 34:3, 44:13
**whom** 35:11, 79:4, 91:25, 103:8, 109:3
**wide** 38:24
**widest** 78:17, 110:3
**widows** 53:18, 53:24
**Willfully** 31:7, 31:8, 36:7, 36:15
**willing** 12:14, 12:18, 96:10, 96:12, 130:14
**wing** 66:9, 78:18, 78:20, 78:22, 104:17, 104:17, 104:18, 104:24, 105:4, 105:4, 105:22, 106:20, 107:3, 116:15
**wire** 33:8, 33:8, 36:10
**wiretapped** 7:19
**with.** 116:13
**within** 55:22, 62:19, 76:12, 76:12, 86:9, 86:10, 128:25
**Without** 7:25, 12:15, 12:19, 21:8, 32:23, 54:12, 54:12, 60:16, 62:22, 64:9, 85:13, 85:15, 98:19
**witness** 10:9, 14:6, 14:23, 15:3, 15:4, 16:15, 17:1, 19:5, 29:21, 37:11, 37:13, 37:14, 37:16, 41:3, 41:19, 49:17, 49:22, 80:20, 109:1
**witnesses** 18:25, 19:7, 23:2, 24:14, 25:12, 36:21, 36:25, 36:25, 37:17, 82:24, 91:7, 93:25, 104:23, 106:6, 109:1, 125:24
**women** 5:8, 93:10
**won** 19:19
**wonder** 7:8, 49:3, 54:1
**wondering** 28:25
**word** 37:3, 38:1, 62:16, 87:12, 93:14, 93:15, 104:1, 106:17, 109:17, 109:17, 116:2, 117:18, 117:19, 118:3
**words** 50:11, 58:12, 58:15, 60:8, 61:2, 66:24, 66:24, 66:25, 67:1, 67:2, 67:5, 67:6, 69:24, 70:8, 118:4
**words.** 69:19
**work** 5:1, 5:11, 5:17, 6:10, 9:7, 11:22, 13:15, 14:2, 18:2,

18:2, 18:18, 19:21, 22:24, 44:20, 45:25, 51:3, 53:19, 60:3, 61:2, 62:17, 62:25, 63:13, 65:11, 81:17, 84:13, 95:19, 102:12, 105:16, 108:2, 114:21, 119:15, 119:21
**worked** 15:19, 15:20, 84:12
**worker** 83:13
**working** 75:21, 94:19, 94:20, 94:25, 106:13, 113:6
**workings** 106:24
**works** 60:11, 62:10, 79:4, 79:4, 120:23, 130:15
**world** 6:16, 9:12, 28:18, 40:3, 40:5, 46:24, 91:9, 108:20, 108:22, 108:24, 109:11
**worldwide** 61:14, 61:15
**worried** 30:5
**worship** 48:3, 121:6
**Worth** 3:8
**Worthington** 27:23
**wound** 93:22
**wounded** 65:3
**write** 118:14
**writing** 19:13, 52:17, 67:18, 80:13, 107:14, 121:20
**written** 12:16, 83:15, 116:2, 126:15
**wrote** 11:12, 14:8, 24:4, 46:5, 46:5, 78:8, 78:8, 78:10, 78:13, 99:20, 106:14, 106:16, 109:8, 115:19

**< Y >**
**Yaish** 13:3, 51:11, 72:1, 88:23, 89:2, 98:16
**yards** 80:3
**Yasser** 44:22, 44:23
**Yassin** 59:11, 59:14, 59:22, 71:25, 72:1, 73:10, 74:6, 74:7, 88:11, 89:2, 93:24, 94:3, 96:23, 96:25, 119:7, 119:9
**year** 7:15, 48:19, 53:24, 62:5, 62:5, 106:12, 106:15
**yearly** 51:14
**years** 7:25, 15:23, 17:14, 19:1, 27:14, 27:17, 29:25,

39:5, 45:6, 45:7, 53:19, 86:24, 104:2
**Yehia** 72:1
**Yemen** 111:25, 118:24
**yes.** 35:18
**yesterday** 53:8, 126:25
**yielded** 90:9
**York** 2:7
**Young** 74:9, 87:2, 96:14, 119:24, 119:24
**yourself** 10:25, 27:24
**yourselves** 123:15, 124:8, 124:12
**Yousif** 70:23, 70:24


**< Z >**
**Zahar** 71:14, 101:15, 101:15, 118:16, 118:16, 118:20, 118:22, 119:1, 119:5, 119:12
**Zaid** 88:1
**Zakarneh** 88:1
**zeal** 64:9
**Zeer** 63:21
**Zeid** 48:22, 48:22, 48:24, 88:2, 89:13, 89:14, 98:13, 100:13, 107:25
**Ziad** 88:23
**Zionist** 65:2, 69:23


**< Dates >**
**september 18, 2007** 127:1, 127:1, 127:2
**september 19, 2007** 1:11, 1:11, 1:11