```
18:00   1              IN THE UNITED STATES DISTRICT COURT
        2              FOR THE NORTHERN DISTRICT OF TEXAS
        3                        DALLAS DIVISION
        4
           UNITED STATES OF AMERICA      (   NUMBER 3: 04-240-G
        5                                (
                                         (
        6  VERSUS                        (
                                         (
        7                                (
           HOLY LAND FOUNDATION, ET AL.  (   September 26, 2007
        8
        9  _____
18:00
       10      CONFERENCE REGARDING JUROR SYLVESTER HOLMES NOTE
                     BEFORE THE HONORABLE A. JOE FISH
       11  _____

       12
           A P P E A R A N C E S:
       13

       14  For the Government:    MR. JIM JACKS
                                  MR. BARRY JONAS
       15                         MS. ELIZABETH SHAPIRO
                                  MR. NATHAN GARRETT
       16                         Assistant United States Attorney
                                  UNITED STATES DEPARTMENT OF JUSTICE
       17                         NORTHERN DISTRICT OF TEXAS
                                  U.S. Courthouse
       18                         1100 Commerce Street
                                  Dallas, Texas 75242
       19                              214/659-8600

       20
           For the Defendant Shukri Baker:
       21

       22                         MS. NANCY HOLLANDER
                                  MS. TERESA DUNCAN
       23                         FREEDMAN BOYD DANIELS
                                  HOLLANDER
       24                         20 First Plaza, Suite 700
                                  Albuquerque, NM 87102
       25                              505/842-9960
```

```
18:00   1    For the Defendant El-Mezain:

        2
                                   MR. JOSHUA DRATEL
        3                          MR. AARON J. MYSLIWIEC
                                   LAW OFFICE OF JOSHUA L. DRATEL
        4                          14 Wall Street, 28th Floor
                                   New York, NY 10005
        5                               212/732-0707

        6
             For the Defendant Mufid Abdulqader:
        7

        8                          MS. MARLO CADEDDU
18:00                              LAW OFFICE OF MARLO P. CADEDDU
        9                          3232 McKinney Avenue, Suite 700
                                   Dallas, Texas 75204
       10                               214/744-3015

       11    For the Defendant Elashi:

       12
                                   MS. LINDA MORENO
       13                          LAW OFFICE OF LINDA MORENO
                                   PO BOX 10985
       14                          Tampa, Florida 33679
                                        813-247-4500
       15
                                   MR. JOHN D. CLINE
       16                          Jones Day
                                   555 California St
       17                          26th Floor
                                   San Francisco, CA 94104-1500
       18                               415/875-5812

       19    For the Defendant Odeh:

       20                          MR. GREG WESTFALL
                                   WESTFALL PLATT CUTRER
       21                          Mallick Tower
                                   One Summit Avenue, Suite 910
       22                          Fort Worth, Texas 76102
                                        817/877-1700
       23

       24    Court Reporter:       Cassidi L. Casey, CSR No. 1703
                                   1100 Commerce Street, Rm 15D6L
       25                          Dallas, Texas 75242
                                        214-254-3139
```

18:00  P R O C E E D I N G S:

THE COURT: Mr. Holmes, I have this note from you, and since the court reporter is taking down what we say, let me read the note. It says, "Judge Fish, I, Sylvester Holmes, don't feel that I can give the defendants justice due to the circumstances in this case. I ask to be dismissed for this cause, Thanks, Sylvester Holmes. And it's endorsed with today's dated, September 26, 2007 by the jury foreperson.

I felt like when I received this note, Mr. Holmes, that I didn't have enough information to make a decision about your question. So can you give me more information about why you don't feel you can give the defendants justice?

18:00  MR. HOLMES: Okay. In this case since we started deliberating, we haven't gotten anywhere. Okay? It's just like it's more arguing than it is anything. Okay. I know the case is based on evidence and testimony. So in the deliberating -- And when somebody give they opinion, facts, it's just like evidence -- okay. The things we have in the juryroom is evidence. And when you bring up the evidence, they talk it down. They got their own opinion. It's like HAMAS. This is not HAMAS. Show where me where this is stated it's HAMAS, and I'm just going on recollecting of the trial. That's all I'm going

```
18:00   1    on, and if I need to go to some evidence, I do it.  But
        2    it's like they already got their opinion.  They already
        3    got their opinion made up, and I don't feel like I could
        4    give the defendant justice on that.  I don't feel it
        5    because I'm to that point, like I told them, I had it.
        6    And you know when the court reporter come in there and
        7    that's when I asked her again, is this all of this
        8    evidence.  Yeah.  You can't do this.  This is not
        9    evidence.  Everything in the boxes, the first day that she
       10    came, is all of this evidence.  We had a problem over just
       11    that.  And it's kind of like if I say something that I'm
       12    arguing.  Somebody got something back to say to you when
       13    you make a comment, and I'll go on and mention his name.
       14    William.  Every time somebody has something to say he take
18:00  15    it that he's right.  There is no wrong.  And I just --
       16    That's why I wrote that.  I'm fed up with it.  So I rather
       17    be dismissed.  Like I say, I hate it and everything.  I
       18    don't feel like I can give them the benefit of the doubt,
       19    you know.
       20              THE COURT:  If you are excused, I may have to
       21    consider replacing you with one of the alternate jurors,
       22    and you remember I told them at the time you were to begin
       23    your deliberations that they should be ready to step in if
       24    needed and that they should not discuss the case with
       25    anyone.  If an alternate is substituted for you, I would
```

18:00  1  have to instruct the jury to begin its deliberations anew.
2  It sounds like from what you have said they haven't gotten
3  very far.
4          MR. HOLMES:  JThey haven't gotten anywhere.
5          THE COURT:  So you don't think that would be a
6  problem if I substituted an alternate and instructed the
7  jury to begin their deliberations?
8          MR. HOLMES:  No, sir, they hadn't got anywhere.
9  I hate to say empty.  It's a difficult case they got.
10  When you got a few that already has their mind made up.
11  Even particular, me.  I did -- I'll say this to you.
12  Okay, what I did was I went everything guilty.  I can
13  change.  I'm going to change, but you just can't go in
14  there and say -- they innocent, they guilty.  Okay, they
18:00  15  prove the facts.  Everything out of the courtroom.  I'm
16  getting it here, getting it here, and when you sit up here
17  and put it to bring your opinion, why you did that, why
18  you did that.  I'm going on what the prosecution said.
19  I'm going on what the defendants said.  And like I told
20  them, one day I'm with the defendant.  Next day I'm with
21  the prosecutor.  Next did I'm with the defendant.  Next
22  day I'm with the prosecutor.  And when I outweighed all of
23  that, that's the way I go.  But it could change.  But then
24  it started getting personal.  When you go in there and try
25  to make a point and they sit up there and say no, where

18:00 1  you going to show that up.  They don't even have a clue
2  where HAMAS started from, because they don't even want to
3  hear it.  They want to hear nothing about terrorism.  They
4  don't want to hear that.  But when you got three or four
5  that already has their mind made up, it's not served.  But
6  anyway, you got one in there, William, I hate to say it,
7  he's the leader.  Everything that's said he's just
8  (gestures).  Like I say, they haven't gotten anywhere, but
9  I think this is best.
10              THE COURT:  So to summarize what I have heard
11  you say, you don't think you can serve anymore as a juror
12  in this case.
13              MR. HOLMES:  Yes, sir.
14              THE COURT:  Okay.  Well, I have to take this up
18:00 15  with the attorneys before I can make a decision about your
16  request to be excused, and they are at lunch right now.
17  So it will probably be the end of the lunch recess before
18  I let you know about your request, but we'll be back in
19  touch with you soon.
20              (Recess)
21              THE COURT:  Good afternoon, Ladies and
22  Gentlemen.  Since we were last together, I have spoken
23  with Mr. Sylvester Holmes as the parties requested that I
24  do, and it's my understanding that Ms. Casey has made
25  available to you a transcript of that colloquy.  It's my

18:00  1   opinion based upon that discussion with Mr. Holmes that he
       2   cannot continue as a juror in this case, but I understood
       3   the parties wanted to be heard on that matter before I
       4   made a decision.  So I'm here ready to hear from you.
       5             MR. CLINE:  Well, your Honor, both sides have
       6   read the transcript, and I think we the defense and
       7   government were in agreement that there was not cause to
       8   excuse Mr. Holmes, but I understand further that after
       9   your colloquy with him there was some further incident
      10   involving him, and it sounds as though he was determined
      11   to leave, but I'm not sure what happened.  I wonder if we
      12   could get on the record whatever after your discussion
      13   with him.
      14             THE COURT:  Well, I was not privy to that
18:00 15   although it has been reported to me as well, and I'm not
      16   sure who would need to put that on the record because I'm
      17   not sure who observed it.
      18             MR. CLINE:  Let me ask this.  We just heard
      19   about that second part right before we walked in.  May we
      20   have a minute to consult?  And I think we will be able to
      21   give you a unified view.  I'm not sure what it is.
      22             THE COURT:  Okay.  Let me know when you are
      23   ready.
      24             (Recess)
      25             MR. CLINE:  Your Honor, thank you for that

18:00 1 break. I think based on the totality of circumstances
2 it's the view of the defense -- and I understand the
3 government as well -- it is within your discretion to
4 excuse Mr. Holmes and we have no objection to that. We
5 talked before about a short instruction to the jury. We
6 wrote something up which I think the government has no
7 problem with which is as follows: I want to take this
8 opportunity to remind you that all of your communications
9 with the court staff need to be in writing and signed by
10 the foreperson. If you don't mind, your Honor, I'll hand
11 you this sheet of paper.
12 THE COURT: Well, I don't have a problem with
13 that except that I'm afraid we may be faced with a law of
14 unintended consequences here. When you say communications
18:00 15 with the court staff, they deal with the court staff every
16 day on ordering lunch and things like that and I don't
17 know if you really want to be involved in that?
18 MR. CLINE: In a word, no. Should we say
19 communications with the court's staff about the case,
20 case-related communications.
21 MS. HOLLANDER: That's clear as a bell.
22 THE COURT: Let me tell you what I contemplate
23 will happen next. I intend to inform the Court's staff
24 that Mr. Holmes will be excused from further service, and
25 I then intend to substitute for him the next alternate,

18:00   1   Juror Brice O'Dell, and bring him back up, and of course,

2   the Rules require that I instruct the jury at that point

3   to begin their deliberations anew, and in the context of

4   doing that I will give them this instruction which you

5   proposed.  I think all of that needs to happen in open

6   court.  So we will have to assemble all the defendants.

7           MR. JONAS:  Your Honor, are you going to speak

8   to Mr. Holmes about no contact with the parties or press?

9           THE COURT:  Yes.

10          MS. HOLLANDER:  The defendants are in the

11  courtroom.

12          THE COURT:  Nonetheless it will take a few

13  minutes for us to get everyone together.

14          (Recess)

18:00  15          THE COURT:  I'm sorry for the delay.  I had to

16  wait, as I told you earlier, to talk to the lawyers before

17  I made a decision, and they were late getting back from

18  lunch for some reason, and after consulting with you, I

19  have decided to excuse you from further service in the

20  case, and I am going to substitute an alternate in your

21  place and instruct the jury to begin their deliberations

22  anew.  However, it's important to all the parties and the

23  lawyers and everybody who's connected with this case that

24  you not discuss the case with anyone still while the jury

25  is deliberating.  That includes anybody that you might

18:00  1  come in contact with who's interested in what's going on
       2  with the jury.  You may get calls from the press if they
       3  are able to get your name and address.  I hope they are
       4  not because we tried to protect the privacy of people
       5  serving on the jury, and I think so far we have succeeded,
       6  but there is a great deal of interest in the case.  It's
       7  an important case, and so it is important that you not
       8  have contact with the parties, their lawyers, the press or
       9  really anyone about the case.  Can you do that?
      10          MR. HOLMES:  I can do it.
      11          THE COURT:  Well, we appreciate your service in
      12  the case.  I'm sorry it had to end in this fashion.
      13          MR. HOLMES:  I hate it, too.  But I got to get
      14  out of there.  I don't want to start no arguments.  They
18:00 15  say I'm arguing -- just -- That's it.  Thanks a lot,
      16  Judge.
      17          THE COURT:  When you leave this floor, you need
      18  to go back to the jury assembly room on the first floor
      19  and talk to the jury administrator and tell her your
      20  service in this case is over.
      21          (Recess)
      22          THE COURT:  Good afternoon, Ladies and
      23  Gentlemen.  I brought you back into the courtroom to
      24  announce that I have decided to excuse from further
      25  service in this case one of your number, Mr. Sylvester

18:00  1  Holmes, and to substitute in his place and Alternate
       2  Juror, Mr. Brice O'Dell.  You may remember when we were
       3  last together I told you that the law does not permit the
       4  alternates to participate in the deliberations unless they
       5  are substituted for a regular juror who's excused, and so
       6  we are at that point now, but as will probably not be
       7  surprising to you since Mr. O'Dell has not had the benefit
       8  of participating in your deliberations to this point, I
       9  must now instruct you to begin your deliberations anew so
      10  that all of you will be starting from the same point in
      11  your deliberations.  It's been now a week I guess since we
      12  were last together and I gave you my instructions which as
      13  you remember were the stack of documents which look like
      14  the phone directory for a small city, and I read some of
18:00 15  those instructions to you until my voice gave out, and Ms.
      16  Hudson completed the reading of the instructions.  I want
      17  to suggest to you that it might be a good starting point
      18  in beginning your deliberations -- since it's been a
      19  week -- that you commence your deliberations by going over
      20  those instructions again so that everybody will be
      21  starting from the same place, and I think that might be
      22  helpful in commencing your deliberations.  I also wanted
      23  to take this opportunity to remind you that all of your
      24  communications with the Court's staff about this case need
      25  to be in writing and signed by your foreperson.

18:00    1            And Ladies and Gentlemen, that completes my
         2   instructions to you now, and we'll return you to the
         3   juryroom to begin your deliberations.
         4            (Jury out)
         5            THE COURT:  Do the parties have objections to
         6   the supplementary instructions I have just given the jury
         7   verbally?
         8            MR. JACKS:  Not from the government, your Honor.
         9            MS. HOLLANDER:  No, sir, not from the defense.
        10            THE COURT:  I think the record should reflect
        11   that after I met with counsel a short while ago in my
        12   conference room, I did immediate individually with Mr.
        13   Sylvester Holmes in the presence of Ms. Casey and
        14   instructed him that he should not discuss this case with
18:00   15   anyone but particularly the parties or their attorneys or
        16   the media while the jury is continuing its deliberations,
        17   and he said he understood those instructions and would
        18   follow them.  Ms. Casey can produce a transcript of that
        19   colloquy if you are interested in seeing it.
        20            Is there anything else we need to take up while
        21   we're all together?
        22            MR. JACKS:  No, sir.
        23            MS. HOLLANDER:  No, sir.
        24            THE COURT:  We'll be in recess while the jury
        25   deliberates.

```
18:00   1                    C E R T I F I C A T I O N
        2         I, Cassidi L. Casey, certify that during the
        3    proceedings of the foregoing-styled and -numbered cause, I
        4    was the official reporter and took in stenotypy such
        5    proceedings and have transcribed the same as shown by the
        6    above and foregoing Pages 1 through 13 and that said
        7    transcript is true and correct.
        8
        9         I further certify that the transcript fees and format
       10    comply with those prescribed by the court and the Judicial
       11    Conference of the United States.
       12
       13
       14                              s/Cassidi L. Casey
18:00                                 _____
       15                              CASSIDI L. CASEY
                                       UNITED STATES DISTRICT REPORTER
       16                              NORTHERN DISTRICT OF TEXAS
                                       DALLAS DIVISION
       17                              CSR NUMBER 1703
       18
       19
       20
       21
       22
       23
       24
       25
```

< Dates >
**September 26, 2007** 1:11, 3:8
**-numbered** 13:3


< 0 >
**04-240-G** 1:5
**05/842-9960505/842-9960** 1:46


< 1 >
**1** 13:6
**10005** 2:7
**10985** 2:25
**1100** 1:32, 2:47
**12/732-0707212/732-0707** 2:8
**13** 13:6
**13-247-4500813-247-4500** 2:27
**14** 2:6
**14-254-3139214-254-3139** 2:49
**14/659-8600214/659-8600** 1:34
**14/744-3015214/744-3015** 2:18
**15/875-5812415/875-5812** 2:34
**15D6L** 2:47
**17/877-1700817/877-1700** 2:43
**1703** 2:46, 13:20


< 2 >
**20** 1:44
**26th** 2:32
**28th** 2:6


< 3 >
**3** 1:5
**3232** 2:16
**33679** 2:26


< 5 >

**555** 2:31


< 7 >
**700** 1:44, 2:16
**75204** 2:17
**75242** 1:33, 2:48
**76102** 2:42


< 8 >
**87102** 1:45


< 9 >
**910** 2:41
**94104-1500** 2:33


< A >
**A** 1:17, 1:21, 3:11, 4:10, 4:13, 5:5, 5:9, 5:10, 5:25, 6:1, 6:11, 6:15, 6:25, 7:2, 7:4, 7:20, 7:21, 8:5, 8:12, 8:13, 8:18, 8:21, 9:12, 9:17, 10:6, 10:15, 11:5, 11:11, 11:14, 11:17, 11:18, 12:11, 12:18, 13:1
**AARON** 2:4
**Abdulqader** 2:11
**able** 7:20, 10:3
**about** 3:12, 3:13, 6:3, 6:15, 6:18, 7:19, 8:5, 8:19, 9:8, 10:9, 11:24
**above** 13:6
**address** 10:3
**administrator** 10:19
**afraid** 8:13
**after** 7:8, 7:12, 9:18, 12:11
**afternoon** 6:21, 10:22
**again** 4:7, 11:20
**ago** 12:11
**agreement** 7:7
**AL** 1:11
**Albuquerque** 1:45
**all** 3:25, 4:7, 4:10, 5:22, 8:8, 9:5, 9:6, 9:22, 11:10, 11:23, 12:21
**already** 4:2, 5:10, 6:5
**also** 11:22

**Alternate** 4:21, 4:25, 5:6, 8:25, 9:20, 11:1
**alternates** 11:4
**although** 7:15
**am** 9:20
**AMERICA** 1:5
**an** 4:25, 5:6, 9:20, 10:7
**anew** 5:1, 9:3, 9:22, 11:9
**announce** 10:24
**anybody** 9:25
**anymore** 6:11
**anyone** 4:25, 9:24, 10:9, 12:15
**anything** 3:17, 12:20
**anyway** 6:6
**anywhere** 3:16, 5:4, 5:8, 6:8
**appreciate** 10:11
**are** 4:20, 6:16, 7:22, 9:7, 9:10, 10:3, 11:5, 11:6, 12:19
**arguing** 3:17, 4:12, 10:15
**arguments** 10:14
**as** 6:11, 6:23, 7:2, 7:10, 7:15, 8:3, 8:7, 8:21, 9:16, 11:6, 11:12, 13:5
**ask** 3:7, 7:18
**asked** 4:7
**assemble** 9:6
**assembly** 10:18
**Assistant** 1:28
**Attorney** 1:28
**attorneys** 6:15, 12:15
**available** 6:25
**Avenue** 2:16, 2:41


< B >
**back** 4:12, 6:18, 9:1, 9:17, 10:18, 10:23
**Baker** 1:37
**BARRY** 1:25
**based** 3:18, 7:1, 8:1
**begin** 4:22, 5:1, 5:7, 9:3, 9:21, 11:9, 12:3
**beginning** 11:18
**bell** 8:21
**benefit** 4:18, 11:7
**best** 6:9
**BOX** 2:25
**boxes** 4:9
**BOYD** 1:42

**break** 8:1
**Brice** 9:1, 11:2
**bring** 3:22, 5:17, 9:1
**brought** 10:23

< C >
**CA** 2:33
**CADEDDU** 2:14, 2:15
**California** 2:31
**calls** 10:2
**case** 3:6, 3:15, 3:18, 4:24, 5:9, 6:12, 7:2, 8:19, 9:20, 9:23, 9:24, 10:6, 10:7, 10:9, 10:12, 10:20, 10:25, 11:24, 12:14
**case-related** 8:20
**CASEY** 2:46, 6:24, 12:13, 12:18, 13:2, 13:14, 13:16
**CASSIDI** 2:46, 13:2, 13:16
**cause** 3:7, 7:7, 13:3
**certify** 13:2, 13:9
**change** 5:13, 5:23
**circumstances** 3:6, 8:1
**city** 11:14
**clear** 8:21
**CLINE** 2:29, 7:5, 7:18, 7:25, 8:18
**clue** 6:1
**colloquy** 6:25, 7:9, 12:19
**commence** 11:19
**commencing** 11:22
**comment** 4:13
**Commerce** 1:32, 2:47
**communications** 8:8, 8:14, 8:19, 8:20, 11:24
**completed** 11:16
**completes** 12:1
**comply** 13:10
**Conference** 1:16, 12:12, 13:11
**connected** 9:23
**consequences** 8:14
**consider** 4:21
**consult** 7:20
**consulting** 9:18
**contact** 9:8, 10:1, 10:8
**contemplate** 8:22
**context** 9:3
**continue** 7:2

**continuing** 12:16
**correct** 13:7
**counsel** 12:11
**course** 9:1
**COURT** 1:1, 2:46, 3:2, 3:3, 4:6, 4:20, 5:5, 6:10, 6:14, 6:21, 7:14, 7:22, 8:9, 8:12, 8:15, 8:19, 8:22, 8:23, 9:6, 9:9, 9:12, 9:15, 10:11, 10:17, 10:22, 11:24, 12:5, 12:10, 12:24, 13:10
**Courthouse** 1:31
**courtroom** 5:15, 9:11, 10:23
**CSR** 2:46, 13:20
**CUTRER** 2:39

< D >
**D.** 2:29
**DALLAS** 1:3, 1:33, 2:17, 2:48, 13:19
**DANIELS** 1:42
**dated** 3:8
**Day** 2:30, 4:9, 5:20, 5:22, 8:16
**deal** 8:15, 10:6
**decided** 9:19, 10:24
**decision** 3:12, 6:15, 7:4, 9:17
**Defendant** 1:37, 2:1, 2:11, 2:20, 2:36, 4:4, 5:20, 5:21
**defendants** 3:6, 3:14, 5:19, 9:6, 9:10
**defense** 7:6, 8:2, 12:9
**delay** 9:15
**deliberates** 12:25
**deliberating** 3:16, 3:19, 9:25
**deliberations** 4:23, 5:1, 5:7, 9:3, 9:21, 11:4, 11:8, 11:9, 11:11, 11:18, 11:19, 11:22, 12:3, 12:16
**DEPARTMENT** 1:29
**determined** 7:10
**difficult** 5:9
**directory** 11:14
**discretion** 8:3
**discuss** 4:24, 9:24, 12:14
**discussion** 7:1, 7:12
**dismissed** 3:7, 4:17
**DISTRICT** 1:1, 1:2, 1:30,

13:17, 13:18
**DIVISION** 1:3, 13:19
**documents** 11:13
**doing** 9:4
**doubt** 4:18
**down** 3:3, 3:22
**DRATEL** 2:3, 2:5
**due** 3:6
**DUNCAN** 1:41
**during** 13:2

< E >
**earlier** 9:16
**El-mezain** 2:1
**Elashi** 2:20
**ELIZABETH** 1:26
**empty** 5:9
**end** 6:17, 10:12
**endorsed** 3:8
**enough** 3:11
**ET** 1:11
**everybody** 9:23, 11:20
**everyone** 9:13
**Everything** 4:9, 4:17, 5:12, 5:15, 6:7
**evidence** 3:18, 3:20, 3:21, 3:22, 4:1, 4:8, 4:9, 4:10
**except** 8:13
**excuse** 7:8, 8:4, 9:19, 10:24
**excused** 4:20, 6:16, 8:24, 11:5

< F >
**faced** 8:13
**facts** 3:20, 5:15
**far** 5:3, 10:5
**fashion** 10:12
**fed** 4:16
**feel** 3:5, 3:13, 4:3, 4:4, 4:18
**fees** 13:9
**felt** 3:10
**few** 5:10, 9:12
**First** 1:44, 4:9, 10:18
**Fish** 1:17, 3:4
**Floor** 2:6, 2:32, 10:17, 10:18
**Florida** 2:26
**follow** 12:18
**follows** 8:7

**foregoing** 13:6
**foregoing-styled** 13:3
**foreperson** 3:9, 8:10, 11:25
**format** 13:9
**Fort** 2:42
**FOUNDATION** 1:11
**four** 6:4
**Francisco** 2:33
**FREEDMAN** 1:42

< G >
**GARRETT** 1:27
**gave** 11:12, 11:15
**Gentlemen** 6:22, 10:23, 12:1
**gestures** 6:8
**getting** 5:16, 5:24, 9:17
**give** 3:5, 3:12, 3:13, 3:19, 4:4, 4:18, 7:21, 9:4
**given** 12:6
**gotten** 3:16, 5:2, 5:4, 6:8
**Government** 1:24, 7:7, 8:3, 8:6, 12:8
**great** 10:6
**GREG** 2:38
**guess** 11:11
**guilty** 5:12, 5:14

< H >
**HAMAS** 3:23, 3:24, 6:2
**hand** 8:10
**happen** 8:23, 9:5
**happened** 7:11
**hate** 4:17, 5:9, 6:6, 10:13
**hear** 6:3, 6:4, 7:4
**heard** 6:10, 7:3, 7:18
**helpful** 11:22
**HOLLANDER** 1:40, 1:43
**Holmes** 1:16, 3:2, 3:5, 3:8, 3:11, 3:15, 5:4, 5:8, 6:13, 6:23, 7:1, 7:8, 8:4, 8:24, 9:8, 10:10, 10:13, 11:1, 12:13
**HOLY** 1:11
**Honor** 7:5, 7:25, 8:10, 9:7, 12:8
**HONORABLE** 1:17
**hope** 10:3
**Hudson** 11:16

< I >
**immediate** 12:12
**important** 9:22, 10:7
**in.** 7:19
**incident** 7:9
**includes** 9:25
**individually** 12:12
**inform** 8:23
**information** 3:11, 3:13
**innocent** 5:14
**instruct** 5:1, 9:2, 9:21, 11:9
**instructed** 5:6, 12:14
**instruction** 8:5, 9:4
**instructions** 11:12, 11:15, 11:16, 11:20, 12:2, 12:6, 12:17
**intend** 8:23, 8:25
**interest** 10:6
**interested** 10:1, 12:19
**involved** 8:17
**involving** 7:10

< J >
**J.** 2:4
**JACKS** 1:24
**JIM** 1:24
**JOE** 1:17
**JOHN** 2:29
**JONAS** 1:25, 9:7
**Jones** 2:30
**JOSHUA** 2:3, 2:5
**Jthey** 5:4
**Judge** 3:4, 10:16
**Judicial** 13:10
**Juror** 1:16, 6:11, 7:2, 9:1, 11:2, 11:5
**jurors** 4:21
**Jury** 3:9, 5:1, 5:7, 8:5, 9:2, 9:21, 9:24, 10:2, 10:5, 10:18, 10:19, 12:4, 12:6, 12:16, 12:24
**juryroom** 3:21, 12:3
**JUSTICE** 1:29, 3:6, 3:14, 4:4

< K >
**kind** 4:11

< L >
**L.** 2:5, 2:46, 13:2, 13:14, 13:16
**Ladies** 6:21, 10:22, 12:1
**LAND** 1:11
**last** 6:22, 11:3, 11:12
**late** 9:17
**LAW** 2:5, 2:15, 2:24, 8:13, 11:3
**lawyers** 9:16, 9:23, 10:8
**leader** 6:7
**leave** 7:11, 10:17
**LINDA** 2:23, 2:24
**look** 11:13
**lot** 10:15
**lunch** 6:16, 6:17, 8:16, 9:18

< M >
**Mallick** 2:40
**MARLO** 2:14, 2:15
**matter** 7:3
**Mckinney** 2:16
**media** 12:16
**mention** 4:13
**met** 12:11
**mind** 5:10, 6:5, 8:10
**minute** 7:20
**minutes** 9:13
**MORENO** 2:23, 2:24
**MR. JACKS** 12:8, 12:22
**Ms.** 1:26, 1:40, 1:41, 2:14, 2:23, 6:24, 11:15, 12:13, 12:18
**MS. HOLLANDER** 8:21, 9:10, 12:9, 12:23
**Mufid** 2:11
**MYSLIWIEC** 2:4

< N >
**name** 4:13, 10:3
**NANCY** 1:40
**NATHAN** 1:27
**need** 4:1, 7:16, 8:9, 10:17, 11:24, 12:20
**needed** 4:24
**needs** 9:5
**New** 2:7

**Next** 5:20, 5:21, 8:23, 8:25
**NM** 1:45
**Nonetheless** 9:12
**NORTHERN** 1:2, 1:30, 13:18
**NOTE** 1:16, 3:2, 3:4, 3:10
**nothing** 6:3
**NUMBER** 1:5, 10:25, 13:20
**NY** 2:7

**< O >**
**O'dell** 9:1, 11:2, 11:7
**objection** 8:4
**objections** 12:5
**observed** 7:17
**Odeh** 2:36
**OFFICE** 2:5, 2:15, 2:24
**official** 13:4
**Okay** 3:15, 3:16, 3:18, 3:20, 5:12, 5:14, 6:14, 7:22
**One** 2:41, 4:21, 5:20, 6:6, 10:25
**open** 9:5
**opinion** 3:20, 3:23, 4:2, 4:3, 5:17, 7:1
**opportunity** 8:8, 11:23
**ordering** 8:16
**outweighed** 5:22
**own** 3:23

**< P >**
**P.** 2:15
**Pages** 13:6
**paper** 8:11
**part** 7:19
**participate** 11:4
**participating** 11:8
**particular** 5:11
**particularly** 12:15
**parties** 6:23, 7:3, 9:8, 9:22, 10:8, 12:5, 12:15
**people** 10:4
**permit** 11:3
**personal** 5:24
**phone** 11:14
**place** 9:21, 11:1, 11:21
**PLATT** 2:39
**Plaza** 1:44
**PO** 2:25

**point** 4:5, 5:25, 9:2, 11:6, 11:8, 11:10, 11:17
**prescribed** 13:10
**presence** 12:13
**press** 9:8, 10:2, 10:8
**privacy** 10:4
**privy** 7:14
**probably** 6:17, 11:6
**problem** 4:10, 5:6, 8:7, 8:12
**proceedings** 13:3, 13:5
**produce** 12:18
**proposed** 9:5
**prosecution** 5:18
**prosecutor** 5:21, 5:22
**protect** 10:4
**prove** 5:15
**put** 5:17, 7:16

**< Q >**
**question** 3:12

**< R >**
**rather** 4:16
**read** 3:4, 7:6, 11:14
**reading** 11:16
**ready** 4:23, 7:4, 7:23
**really** 8:17, 10:9
**reason** 9:18
**received** 3:10
**Recess** 6:17, 6:20, 7:24, 9:14, 10:21, 12:24
**recollecting** 3:25
**record** 7:12, 7:16, 12:10
**reflect** 12:10
**REGARDING** 1:16
**regular** 11:5
**remember** 4:22, 11:2, 11:13
**remind** 8:8, 11:23
**replacing** 4:21
**reported** 7:15
**REPORTER** 2:46, 3:3, 4:6, 13:4, 13:17
**request** 6:16, 6:18
**requested** 6:23
**require** 9:2
**return** 12:2
**Rm** 2:47
**room** 10:18, 12:12

**Rules** 9:2

**< S >**
**s/cassidi** 13:14
**San** 2:33
**says** 3:4
**second** 7:19
**seeing** 12:19
**serve** 6:11
**served** 6:5
**service** 8:24, 9:19, 10:11, 10:20, 10:25
**serving** 10:5
**SHAPIRO** 1:26
**sheet** 8:11
**short** 8:5, 12:11
**Show** 3:23, 6:1
**shown** 13:5
**Shukri** 1:37
**sides** 7:5
**signed** 8:9, 11:25
**sir** 5:8, 6:13, 12:9, 12:22, 12:23
**sit** 5:16, 5:25
**small** 11:14
**Somebody** 3:19, 4:12, 4:14
**soon** 6:19
**sorry** 9:15, 10:12
**sounds** 5:2, 7:10
**spoken** 6:22
**St** 2:31
**stack** 11:13
**staff** 8:9, 8:15, 8:19, 8:23, 11:24
**start** 10:14
**started** 3:16, 5:24, 6:2
**starting** 11:10, 11:17, 11:21
**stated** 3:24
**STATES** 1:1, 1:5, 1:28, 1:29, 13:11, 13:17
**stenotypy** 13:4
**step** 4:23
**Street** 1:32, 2:6, 2:47
**substitute** 8:25, 9:20, 11:1
**substituted** 4:25, 5:6, 11:5
**succeeded** 10:5
**suggest** 11:17
**Suite** 1:44, 2:16, 2:41
**summarize** 6:10

**Summit** 2:41
**supplementary** 12:6
**surprising** 11:7
**Sylvester** 1:16, 3:5, 3:7, 6:23, 10:25, 12:13

**< T >**
**talked** 8:5
**Tampa** 2:26
**TERESA** 1:41
**terrorism** 6:3
**testimony** 3:18
**TEXAS** 1:2, 1:30, 1:33, 2:17, 2:42, 2:48, 13:18
**Thanks** 3:7, 10:15
**though** 7:10
**three** 6:4
**today** 3:8
**together** 6:22, 9:13, 11:3, 11:12, 12:21
**took** 13:4
**totality** 8:1
**touch** 6:19
**Tower** 2:40
**transcribed** 13:5
**transcript** 6:25, 7:6, 12:18, 13:7, 13:9
**trial** 3:25
**tried** 10:4
**true** 13:7
**try** 5:24

**< U >**
**understand** 7:8, 8:2
**understanding** 6:24
**understood** 7:2, 12:17
**unified** 7:21
**unintended** 8:14
**UNITED** 1:1, 1:5, 1:28, 1:29, 13:11, 13:17
**unless** 11:4
**until** 11:15

**< V >**
**verbally** 12:7
**VERSUS** 1:8
**view** 7:21, 8:2
**voice** 11:15

**< W >**
**wait** 9:16
**walked** 7:19
**Wall** 2:6
**wanted** 7:3, 11:22
**week** 11:11, 11:19
**WESTFALL** 2:38, 2:39
**whatever** 7:12
**will** 6:17, 7:20, 8:23, 8:24, 9:4, 9:6, 9:12, 11:6, 11:10, 11:20
**William** 4:14, 6:6
**within** 8:3
**wonder** 7:11
**word** 8:18
**Worth** 2:42
**writing** 8:9, 11:25
**wrote** 4:16, 8:6

**< Y >**
**York** 2:7