18:00  1         IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
       2                 DALLAS DIVISION

       3

       4   UNITED STATES OF AMERICA       (    NUMBER 3: 04-240-G
                                          (
       5                                  (
           VERSUS                         (
       6                                  (
                                          (
       7   HOLY LAND FOUNDATION, ET AL.   (    October 22, 2007

       8

18:00  9

      10   _____

      11                       VOLUME 33
                          TRANSCRIPT OF TRIAL
      12            BEFORE THE HONORABLE A. JOE FISH

      13   _____

      14

      15

           A P P E A R A N C E S:
      16

      17

           For the Government:      MR. JIM JACKS
      18                            MR. BARRY JONAS
                                    MS. ELIZABETH SHAPIRO
      19                            MR. NATHAN GARRETT
                                    Assistant United States Attorney
      20                            UNITED STATES DEPARTMENT OF JUSTICE
                                    NORTHERN DISTRICT OF TEXAS
      21                            U.S. Courthouse
                                    1100 Commerce Street
      22                            Dallas, Texas 75242
                                          214/659-8600
      23

      24

      25

18:00   1    For the Defendant and Shukri Abu Baker:

        2

                                MS. NANCY HOLLANDER
        3                       MS. TERESA DUNCAN
                                FREEDMAN BOYD DANIELS
        4                       HOLLANDER
                                20 First Plaza, Suite 700
        5                       Albuquerque, NM 87102
                                        505/842-9960
        6

        7    For the Defendant El-Mezain:

        8
18:00                           MR. JOSHUA DRATEL
        9                       LAW OFFICE OF JOSHUA L. DRATEL
                                14 Wall Street, 28th Floor
        10                      New York, NY 10005
                                        212/732-0707
        11

        12   For the Defendant Mufid Abdulqader:

        13
                                MS. MARLO CADEDDU
        14                      LAW OFFICE OF MARLO P. CADEDDU
                                3232 McKinney Avenue, Suite 700
        15                      Dallas, Texas 75204
                                        214/744-3015
        16
             For the Defendant Elashi:
        17

        18                      MS. LINDA MORENO
                                LAW OFFICE OF LINDA MORENO
        19                      PO BOX 10985
                                Tampa, Florida 33679
        20                              813-247-4500

        21   For the Defendant Odeh:

        22                      MR. GREG WESTFALL
                                WESTFALL PLATT CUTRER
        23                      Mallick Tower
                                One Summit Avenue, Suite 910
        24                      Fort Worth, Texas 76102
                                        817/877-1700

        25

18:00  1   Court Reporter:           Cassidi L. Casey, CSR No. 1703
                                     1100 Commerce Street, Rm 15D6L
       2                             Dallas, Texas 75242
                                          214/354-3139
       3

       4

       5

       6

       7

       8

       9

      10

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

P R O C E E D I N G S:

18:00    THE COURT:  Before we start, let me put this on the record that what we're meeting about is a note I saw for the first time this morning.  Evidently, it was delivered before my arrival at the courthouse my Ms. Kristina Williams.

"Judge Fish, I am writing you to ask you some questions.  One, are we going to be polled.

"Two, does undecided mean not guilty?  If we are not going to be polled, I would like to give my statement with the court reporter there on some of the charges with the defendants.  Will you please let me know?  Thank you, Kristina Williams, Number 7(sic)."

MR. WESTFALL:  I have not discussed this with the government, but we would suggest a very simple answer to at least the not guilty question:  Undecided does not mean not guilty.  And then on the issue of polled, you know, poll, obviously is provided for.  It's possible.  It just seems like particularly that last paragraph there is a chance that something could go haywire unless her concerns are kind of addressed.

THE COURT:  Counsel for the government have a view?

MR. JACKS:  Judge, I believe I agree with Mr. Westfall in terms of how these questions could be

18:00 1  answered.  I think also in addition one of the reasons

2  that we sought to have this meeting with the Court is that

3  there is still this note from Thursday, and just for

4  clarification, as far as how the Court intended to

5  proceed.  I don't know if there is anymore to discuss with

6  regard to that.

7       THE COURT:  Well, actually there were two notes

8  Thursday that I found.  It had been reported to me by

9  telephone by Judge Stickney that there was one note, but

10  actually there were two notes.  So which one are you

11  referring to?

12       MR. JACKS:  The first one that talks about their

13  decisions and breaks it down by defendant.  So I guess we

14  were just kind of wanting clarification as to how the

18:00 15  Court intended or wanted to proceed.  Obviously, it's a

16  partial verdict.  Before going into the courtroom, we were

17  looking for any kind of guidance as far as how it wanted

18  to proceed.

19       THE COURT:  Well, what I was planning to do

20  based on my knowledge of what occurred in my absence last

21  week is to bring the jury into court, read these two notes

22  into the record which were sealed by Judge Stickney I

23  understand last week and to say that it was my

24  understanding that the jury had reached a decision on at

25  least some counts of the indictment and to ask for

18:00 1    affirmation of that from the foreperson and then to say

2    that the partial verdict was received by Judge Stickney

3    and placed under seal last week -- which I have not

4    opened.  It's in this envelope here.  So I don't know what

5    to expect when I open the envelope.  But to open it and

6    publish whatever verdict they have reached.  And my

7    ordinary practice is to poll the jury on my own motion

8    after that.  I don't know what we will get in light of Ms.

9    Williams's note after we do that, but that's my normal

10    practice.

11          MR. JACKS:  Well, your Honor, does the Court

12    intend to answer that note before doing that?

13          THE COURT:  The note you are referring to?

14          MR. JACKS:  The note from today, from Ms.

18:00 15    Williams.

16          THE COURT:  Well, I can if you want me to.  I'm

17    not sure how you want me to do that, whether to bring her

18    back from the juryroom into my office or talk to her

19    individually or send her a note directed to her or what.

20    This is so irregular to have a note other than the

21    foreperson, I'm not sure of the proper procedure.

22          MR. WESTFALL:  The entire panel I suppose could

23    be told what the effect of an undecided verdict is; it's

24    not "not guilty."  And then you can tell them your regular

25    practice in terms of being polled.  That might take care

18:00 1   of it.

2           THE COURT:  What would be the preamble to my

3   telling them that?  Do you think I should read the note

4   to the jury?

5           MS. CADDEDU:  I don't see that you need to read

6   the notes.

7           MR. WESTFALL:  In the record before the verdict

8   is read, it might create chaos because you can unseal it

9   after the verdict.

10          MS. HOLLANDER:  There were other notes that I

11  thought your Honor was going to unseal, all of them after

12  the verdict.  What if you just sent a note back?

13          THE COURT:  One reason I was thinking about

14  publishing these notes which have been under seal is to

18:00 15  explain to the press and any members of the public who

16  were here why we were receiving a partial verdict because

17  the jury does say in one of these notes that they don't

18  think further deliberations would be productive.

19          MR. JACKS:  Judge, I would propose that you just

20  answer this note from today from Ms. Williams in writing

21  and address it to the jury as a whole saying one of your

22  number has asked the following questions and these are the

23  answers to those questions.

24          Partly, rather than bringing them in -- bringing

25  them in and doing it in open court.  It gives some privacy

18:00 1    to Ms. Williams that might be appropriate.  But then the

2    question becomes okay after you answer that, what affect

3    does that have?  Does it change her vote?  Where do we go

4    from there?  I guess.

5         MS. HOLLANDER:  We find out when we poll them.

6    If the Judge were to answer the question, "No, undecided

7    does not mean not guilty, and yes, you will be polled,"

8    then I guess we find out when they are polled.

9         MR. JACKS:  And listen to her prepared

10   statement.

11        THE COURT:  If I answer in writing to this note

12   from Ms. Williams, as you suggest, that's going to require

13   some delay.  I see it's ten o'clock now when everybody was

14   supposed to be here, and Ms. Piwoni, my assistant, is on

18:00 15   leave this week, and so I have to find somebody to type a

16   response to this.  I want to advise you of that.

17        MR. WESTFALL:  Couldn't they just be told as a

18   group, your Honor?

19        THE COURT:  That's fine with me.  I'm willing to

20   be guided by your thoughts on that.

21        MR. WESTFALL:  You said your normal practice is

22   to poll the jury.  That would answer what seems to be her

23   biggest question, and to the extent there are undecided

24   counts, the effect of that I think could be easily

25   explained.

18:00  1          MS. HOLLANDER:  That might be easier, especially

2     since we don't have to wait for a typist.

3          MR. GARRETT:  So yes, you will be polled, and

4     the second one, yes, undecided does not mean not guilty.

5          MS. MORENO:  And get out of the room, Judge.

6          THE COURT:  Good advice.

7          (Jury in)

8          THE COURT:  Good morning, Ladies and Gentlemen.

9     Welcome back to the courtroom.  It's been a while since we

10    have all been together.  For the parties and the jury,

11    they are aware I think that I was out of town last week.

12    The members of the public who are here or members of the

13    press may not be aware of that fact.  I wanted to review

14    what I understand happened last week in my absence under

18:00 15  the supervision of Magistrate Judge Stickney of our Court.

16    On Thursday of last week which was the 18th of October, we

17    received two notes from the jury.  The first says

18    "10-18-07, Concerning the verdict forms, we have two

19    defendants on whom we have reached unanimous decisions on

20    some of the counts.  Do I sign and date even though all

21    counts are not decided?"

22          And then someone has written in -- I'm not sure

23    who -- the word "yes" below that.  It seems to be a

24    different handwriting than the question.  And then below

25    that, "Do I sign the verdict forms where no unanimous

18:00 1   decisions were reached?"

2         And then again the word "yes" is written in,

3    although it seems to be in a different hand, and the note

4    is signed by the foreperson.

5         And then the second note is also dated 10-18-07.

6    It reads "After extensive deliberation, review of the

7    admitted exhibits and consultation of the Court's

8    instructions to the jury, we, the jury, have reached the

9    following decisions:

10        "Unanimous decisions on all counts on one

11   defendant.  Unanimous decisions on some of the counts on

12   two defendants.  We are unable to reach unanimous

13   decisions on any of the counts on the three remaining

14   defendants.  We do not believe that any further

18:00 15  deliberations would lead to any further unanimous

16   decisions on any of the undecided counts on any of the

17   defendants."  This note is also a signed by the

18   foreperson.

19        And then I have an envelope which was signed and

20   sealed by Judge Stickney which apparently contains the

21   partial verdicts referred to in the notes.  Also, this

22   morning, I received a note from a member of the jury which

23   I will read in part.  It's dated 10-22-07.  It says,

24   "Judge Fish, I am writing you to ask you some questions.

25   One, are we going to be polled?  Two, does undecided mean

18:00 1    not guilty?"

2         The answers to those questions are, yes, you

3    will be polled after I have published the jury's partial

4    verdict, and the second question "does undecided mean not

5    guilty," the answer to that is undecided does not mean not

6    guilty.

7         With that background, I am going to open the

8    envelope that Judge Stickney sealed last week containing

9    the partial verdict that was referred to in these notes.

10         The first set of pages here is the verdict form

11    relating to the Defendant Holy Land Foundation for Relief

12    and Development, and it is signed by the foreperson, but

13    no verdicts are recorded in any of the spaces.

14         The second set of papers is the verdict form for

18:00 15    the Defendant Shukri Abu Baker, and again it is signed by

16    the foreperson, but there are no entries in any of the

17    blanks.

18         The next set of papers is the verdict form for

19    the Defendant El Mezain, and there is no entry for him on

20    Count 1 of the indictment.  However, as to Count 2 of the

21    indictment, the foreperson has recorded that the verdict

22    of the jury is not guilty.

23         On Count 3 of the indictment, similarly the

24    foreperson has recorded a not guilty verdict.

25         On Count 4 of the indictment, the foreperson has

18:00  1    recorded a not guilty verdict.

       2              On Count 5 of the indictment, the foreperson has

       3    recorded a not guilty verdict.

       4              On Count 6, the foreperson has recorded a not

       5    guilty verdict.

       6              On Count 7 of the indictment, the foreperson has

       7    recorded a not guilty verdict.

       8              On Count 8, the foreperson has recorded a not

       9    guilty verdict.

      10              On Count 9, the foreperson has recorded a not

      11    guilty verdict.

      12              On Count 10, the foreperson has recorded a not

      13    guilty verdict.

      14              On Count 11, the foreperson has recorded a not

18:00 15    guilty verdict.

      16              On Count 12, the foreperson has recorded a not

      17    guilty verdict.

      18              On Count 13, the foreperson has recorded a not

      19    guilty verdict.

      20              On Count 14, the foreperson has recorded a not

      21    guilty verdict.

      22              On Count 15, the foreperson has recorded a not

      23    guilty verdict.

      24              On Count 16, the foreperson has recorded a not

      25    guilty verdict.

18:00  1          On Count 17 the foreperson has recorded a not

2    guilty verdict.

3           On Count 18, the foreperson has recorded a not

4    guilty verdict.

5           On Count 19, the foreperson has recorded a not

6    guilty verdict.

7           In Count 20, the foreperson has recorded a not

8    guilty verdict.

9           On Count 21, the foreperson has recorded a not

10    guilty verdict.

11           On Count 22, the foreperson has recorded a not

12    guilty verdict.

13           On Count 23, the foreperson has recorded a not

14    guilty verdict.

18:00 15           On Count 24, the foreperson has recorded a not

16    guilty verdict.

17           On Count 25, the foreperson has recorded a not

18    guilty verdict.

19           On Count 26, the foreperson has recorded a not

20    guilty verdict.

21           On Count 27, the foreperson has recorded a not

22    guilty verdict.

23           On Count 28, the foreperson has recorded a not

24    guilty verdict.

25           On Count 29, the foreperson has recorded a not

18:00 1    guilty verdict.

2           On Count 30, the foreperson has recorded a not

3    guilty verdict.

4           And on Count 31, the foreperson has recorded a

5    not guilty verdict.

6           And on Count 32, the foreperson has recorded a

7    not guilty verdict.

8           The verdict form on Mr. El Mezain is dated

9    September 18, 2007 (sic) and signed by the foreperson.

10           The next set of papers is the verdict form for

11    the Defendant Ghassan Elashi, and although it is signed by

12    the foreperson and dated September 18 (sic) there are no

13    entries in any of the blanks.

14           The next set of papers is the verdict form for

18:00 15    the Defendant Mufid Abdulqader.  The foreperson has

16    recorded a not guilty verdict as to Mr. Mufid Abdulqader

17    on Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,

18    15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,

19    29, 30, 31 and 32 of the indictment.  And the verdict form

20    is signed by the foreperson and dated October 1st, 2007.

21           The next set of papers is the verdict form for

22    the Defendant AbdulRahmin Odeh.  It is signed by the

23    foreperson and dated September 18, 2007, although I wonder

24    if that should be October 18.  And the foreperson has

25    recorded a not guilty verdict on Count 2.  There is no

18:00  1    entry for Count 1.  The foreperson has recorded a not

2    guilty verdict for Counts 3, 4, 5, 6, 7, 8, 9, 10.  There

3    is no entry for Count 11.  The foreperson has recorded a

4    not guilty verdict for Counts 12, 13, 14, 15, 16, 17, 18,

5    19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, and 32.

6          Now, Ladies and Gentlemen of the Jury, as I told

7    you in response to the note I received this morning from a

8    member of the jury, it is my intention to poll each of you

9    to tell me if what I have just read constitutes your

10    verdict.  I will begin -- And I am going to only address

11    you as Juror Number such and such in an effort to protect

12    your anonymity since there has been some media interest.

13    Madam Foreperson, is this your verdict?

14          FOREPERSON:  Yes.

18:00 15          THE COURT:  Juror Number 2, is this your

16    verdict?

17          JUROR NUMBER 2:  No.

18          THE COURT:  Juror Number 3, is this your

19    verdict?

20          JUROR NUMBER 3:  Yes.

21          THE COURT:  Juror Number 4, this your verdict?

22          JUROR NUMBER 4:  Yes.

23          THE COURT:  Juror Number 5?

24          JUROR NUMBER 5:  Yes.

25          THE COURT:  Juror Number 6?

18:00 1             JUROR NUMBER 6:  No.

2             THE COURT:  Juror Number 7, is this your

3      verdict?

4             JUROR NUMBER 7:  Yes.

5             THE COURT:  Juror Number 8, is this your

6      verdict?

7             JUROR NUMBER 8:  Yes.

8             THE COURT:  Juror Number 9, is this your

9      verdict?

10             JUROR NUMBER 9:  Yes.

11             THE COURT:  Juror Number 10, is this your

12      verdict?

13             JUROR NUMBER 10:  No.

14             THE COURT:  Juror Number 11, is this your

18:00 15      verdict?

16             JUROR NUMBER 11:  Yes.

17             THE COURT:  Juror Number 12, is this your

18      verdict?

19             JUROR NUMBER 12:  Yes.

20             THE COURT:  Ladies and Gentlemen, as I told you

21      in my initial instructions, your verdict must be

22      unanimous, and it is apparent to me from the answers of

23      three members of the jury in response to the question that

24      the verdicts that I read earlier do not represent the

25      unanimous view of the juror.  So I guess I need to

18:00 1   inquire, Madam Foreperson, whether there is the

2   possibility that further deliberations might produce a

3   unanimous decision on any of these counts.

4           FOREPERSON:  Your Honor, when we voted, there

5   was no issue in the vote, and no one spoke up any

6   differently throughout this whole process.  Now, when we

7   spoke up, we deliberated.  There was arguments, and we

8   went through everything that we thought we needed to do.

9   At that certain point when the vote was done, there was no

10  speaking up saying any differently.  So I'm not

11  understanding -- I don't understand where it's coming

12  from, and I'm not sure about the further deliberations

13  because that two -- All twelve made that decision that we

14  were at the end of the deliberations.

18:00 15          THE COURT:  Well, let me ask you to do this.

16  Let me ask you to retire to the juryroom to discuss this

17  matter to see whether the jury believes that further

18  deliberations might be productive in reaching a further

19  decision.  And once you have talked about that, I'll ask

20  you to send me a note reflecting what your consensus on

21  that is, and we'll wait for your decision.

22          (Jury out)

23          THE COURT:  Ladies and Gentlemen, we'll be in

24  recess while the jury caucuses on this matter about

25  whether further deliberation might be productive, and once

18:00  1    I hear from them, I'll communicate with counsel for the

2    parties.

3              THE COURT:  I have just been handed a note by

4    Mr. Kiblinger.  I'll read it.  "10-22-07, "Eleven out of

5    twelve jurors have agreed that further deliberations will

6    not change the results."  Signed by Ms. Lopez-Rogina as

7    foreperson.  If you would like, I will make copies of this

8    and make them available.

9              MR. DRATEL:  Your Honor, that note, I'm not sure

10   what it means.  But it occurred to us -- thinking about

11   what occurred in the courtroom -- that there is a

12   possibility that because of perhaps the way the jurors

13   misperceived the question on polling that they may have

14   been talking about undecided counts as to whether this is

18:00 15   their verdict because they obviously disagreed on

16   undecided counts, and the verdict for not guilty would

17   say, no, that's not my vote if they had voted on decided

18   counts.  We don't know whether the unanimous counts are in

19   contest or it's the undecided counts.  This note doesn't

20   tell us that answer.  It could be that eleven of twelve

21   would say we can reach on the others, but I'm not going

22   further.  I'm where I am, but not further on the undecided

23   counts.  We don't know the answer to that question.  So I

24   don't know whether that applies to the entirety of the

25   verdicts or just the counts that they couldn't reach

18:00 1    verdicts on.  I think further exploration would assist us

2    perhaps in getting some closure in this case.  Perhaps

3    also polling on each defendant might work to that effect

4    as well.  They may not be in dispute about Mr. Abdulqader.

5         MR. JACKS:  Well, your Honor, that's just

6    speculation, and I don't think we can sit here and try to

7    figure out what they meant.  You've got three of the

8    twelve that said it's not their verdict, and to sit there

9    and try to decipher what they meant by that, I don't

10   really think that if the answer doesn't come back the way

11   somebody expected it -- You almost are going to end up

12   having a dialogue with them trying to figure out what they

13   are thinking.  And even at that, now it says that eleven

14   out of twelve don't think any further deliberations would

18:00 15   be of benefit.  I just think that a mistrial is

16   inevitable, and I don't know that you could ever unravel

17   this thing where it makes sense.

18        MR. DRATEL:  Back to the notes.  On the

19   undecided counts or decided counts, if it's only undecided

20   we have a verdict that has integrity.  If it's undecided,

21   we have an issue.  And as to the defendants, what if they

22   are undecided on a question as to Mr. El Mezain but they

23   are as to Mr. Mufid Abdulqader?  He's already acquitted --

24        MS. CADDEDU:  Your Honor, I would make a

25   specific request to poll jurors as to my client.  I think

18:00 1    clearly he has the most to lose from mistrying his case,

2    and I think that at least is warranted based on the facts.

3         THE COURT:  Well, it seems to me that the

4    polling of the jury did probably produce an ambiguous

5    result, and that's really a separate question in my mind

6    from whether further deliberations would be productive,

7    and I think the overwhelming indication there is that

8    further deliberation would not be productive which is my

9    sense, too.  I have given the jury an Allen charge two

10   weeks ago, and to do it again, I think would probably be

11   futile.  I don't know that I need the necessity of polling

12   the jury with respect to all of the defendants because

13   there were some as to whom there were no answers recorded.

14   I think that seems to be fairly clear to me.  But as to

18:00 15   the ones that some verdicts were recorded, I think it

16   might be worthwhile to go back through and just clarify

17   with the jury whether their answers meant what I initially

18   thought, whether everybody agreed with those or maybe they

19   were referring to the undecided counts when they said this

20   was not their verdict.

21        MR. DRATEL:  I think we all agree, as we did on

22   Thursday, that we don't think further deliberation is

23   fruitful.  We just want to see whether we have an actual

24   verdict as to some of the defendants.

25        MS. HOLLANDER:  The way your Honor seeks to

18:00  1    proceed from my prospective makes sense.

     2         THE COURT:  Well, to spell it out again, to be

     3    sure there was no misunderstanding as to those defendants

     4    from whom we received some verdicts, I will poll the jury

     5    individually about those.  As to others for who there were

     6    no verdicts recorded, I'm not going to question them about

     7    those.

     8         MR. CLINE:  Does your Honor intend to declare a

     9    mistrial as to those three defendants?

    10         THE COURT:  I think that is the only choice I

    11    have.

    12         MR. CLINE:  We agree.  I wanted to be clear.

    13         MR. JACKS:  Your Honor, will you do it count by

    14    count, as to Count 2 for Mr. El Mezain or will you do it

18:00 15    in groups or do you know?

    16         THE COURT:  I guess I hadn't gotten that far in

    17    my thinking.  The easiest I guess as to Ms. Cadeddu's

    18    client since he had a verdict recorded on all counts, and

    19    as to the others I hadn't really thought about that.

    20         MR. JACKS:  Thank you, your Honor.

    21         (Jury in)

    22         THE COURT:  I'm sorry for the false start,

    23    Ladies and Gentlemen.  But Ms. Casey told me that counsel

    24    for the government wanted to put something on the record.

    25         MR. JACKS:  Your Honor, as we were filing out

18:00  1    about two minutes ago, we learned from Ms. Casey that on

2    Thursday after the verdict came out that Ms. Williams,

3    Juror 7 I believe -- I'm not sure if I have the number

4    correct -- approached Magistrate Stickney and informed him

5    this is not her verdict, that she felt pressure. I think

6    when you take that statement in conjunction with our note

7    this morning, in conjunction with what Mr. Holmes said

8    about Juror William Neal, I think, your Honor -- I think

9    you need to speak to Ms. Williams yourself and find out if

10   she feels pressured. Maybe away from the jury she can

11   give you an honest answer.

12   THE COURT: I'm not really inclined to do that.

13   What we have said is consistent with my understanding of

14   the conversation I had with Judge Stickney on Thursday

18:00 15   afternoon. He told me at that time as best I can

16   remember -- I don't know if he identified Ms. Williams to

17   me by name but that a female member of the jury was almost

18   in tears or was in tears and very emotional and asked if

19   the jury would be polled, and he told her yes, and either

20   he inferred or she said that she was under pressure from

21   other jurors, but I don't think I knew until this morning

22   that was Ms. Williams.

23   MR. WESTFALL: I don't know if the Court noticed

24   she was crying just now.

25   THE COURT: But I think that's inherent in this

18:00 1    process, that people are always under some peer pressure

2    to reach a result, and so I don't know that I see it being

3    productive to interview her or any other member of the

4    jury individually.

5            MR. DRATEL:  Thank you, your Honor.

6            (Jury in)

7            THE COURT:  Good morning, Ladies and Gentlemen.

8    After the last recess, I received a few minutes ago

9    another note from the jury foreperson which reads as

10    follows:  "10-22-07, Eleven out of twelve jurors have

11    agreed that further deliberations will not change the

12    results."  And that note is signed by the foreperson.  I

13    think that I must necessarily accept the judgment of that

14    number of jurors that further deliberations would not be

18:00 15    productive.  However, before moving on, I would like to go

16    back to the poll that I did of the jury this morning

17    because I was afraid on reflection that may be there was

18    some ambiguity in the question when I asked each member of

19    the jury to tell me whether or not the results recorded by

20    the foreperson represented their verdict.  Obviously,

21    there was some disagreement among the jury on some of

22    these counts where no answer was recorded.  I think that's

23    reasonably clear.  But on some of the defendants there

24    were answers recorded, and I would like to go back to that

25    part of our proceedings in the poll this morning.  For

18:00 1    example, as to the Defendant Mufid Abdulqader, the

2    foreperson recorded a not guilty verdict for Mr. Mufid

3    Abdulqader on all counts in which he was accused in the

4    superseding indictment.  So I would like to focus on Mr.

5    Mufid Abdulqader for just a moment and ask the three

6    members of the jury who told me this morning that this

7    does not represent their verdict -- I'd like to ask that

8    question again, but before I do, let me say that I am not

9    seeking to get you to change your answer, if that's not

10   appropriate.  I'm really only trying to understand your

11   answer and see whether you meant that the verdicts that

12   were recorded on these defendants, where there were

13   verdicts, that that didn't represent your opinion or

14   whether you were referring to many of the counts in the

18:00 15   indictment against some defendants were not answered at

16   all and whether you were in disagreement with that.  So

17   I'm trying to understand your answer.  I'm not necessarily

18   seeking a different answer.

19         Juror Number 2, you told me no this morning.  Do

20   you disagree with the verdicts of not guilty respecting

21   Mr. Mufid Abdulqader?

22         JUROR NUMBER 2:  I agree with it.

23         THE COURT:  Juror Number 6, do you disagree with

24   the verdict regarding Mr. Mufid Abdulqader?

25         JUROR NUMBER 6:  I don't agree with the verdicts

18:00 1    that are on that paper.

2              THE COURT:  And Juror Number 10, do you disagree

3    with the verdicts recorded?

4              JUROR NUMBER 10:  I agree with them.

5              THE COURT:  There were also partial verdicts

6    rendered against some other defendants.  Mr. Odeh.

7              Juror Number 2, do you disagree with the

8    verdicts recorded on Mr. Odeh?

9              JUROR NUMBER 2:  Yes, I do disagree with it.

10             THE COURT:  And Juror Number 6, do you disagree

11   with the verdicts recorded on the form related to Mr.

12   Odeh?

13             JUROR NUMBER 6:  Yes, I disagree with it.

14             JUROR NUMBER 10:  I agree.  I disagree on no

18:00 15   verdicts -- on not filling out verdicts on all.  So you

16   don't have to ask me anymore questions about that.

17             THE COURT:  And I believe there was one other

18   defendant on which we received a partial verdict, that

19   being Mr. El Mezain.

20             Juror Number 2, do you disagree with the

21   verdicts recorded on Mr. El Mezain?

22             JUROR NUMBER 2:  No, I do not.

23             THE COURT:  Juror 6, do you disagree with those

24   verdicts?

25             JUROR NUMBER 6:  I do not disagree.

18:00   1            THE COURT:  On Mr. El Mezain, Juror Number 10,

      2   you said that you did not disagree with the verdicts?

      3            JUROR NUMBER 10:  I wanted it all verdicts.

      4            THE COURT:  Ladies and Gentlemen, as I said

      5   earlier, I respect the judgment you have reached that

      6   further deliberations will not produce unanimous

      7   agreement, and so you are I think at the end of your

      8   service in this case.  It's been a while now since we had

      9   closing arguments, but my memory is that counsel for all

   10   the parties took the opportunity during that closing

   11   argument to thank you for your service in this case, and I

   12   would now like to take my opportunity to join them in

   13   thanking you for your service.  It's been a long trial.  I

   14   recognize there has been no doubt dislocation in every one

18:00 15   of your daily lives because of your service in this case.

   16   You have rendered a valuable service to your community and

   17   to your government by serving as jurors in this case.

   18   This is one of the few ways these days that individuals

   19   like yourselves can personally participate in the affairs

   20   of your government, and I think you should be proud of the

   21   service that you have rendered.  I hope that we have made

   22   you as comfortable as possible during your time with us

   23   and that you have found this to be an educational

   24   experience.

   25            The local rules of our Court provide that the

18:00 1    parties to this case or the lawyers or other

2    representatives are not allowed to discuss this case with

3    you unless they have my permission to do so, and so you

4    should not discuss this case with any of those persons

5    unless you hear from me beforehand that it's okay.

6    Otherwise, it's up to you to decide now that your service

7    is over whether you want to discuss this case with anyone

8    and if so to what extent.

9          As I mentioned earlier this morning, there has

10    been media interest in this case which is probably not

11    surprising to you, and I have had some requests from

12    members of the media to have the opportunity to visit with

13    you about your service in this case.  I have told them

14    that is all right with me, but it is up to you to decide

18:00 15    whether you want to visit with them or not.  So I wanted

16    to tell you that the procedure I expect to follow is when

17    you leave the courthouse today you will be given a list of

18    the members of the media who have requested the

19    opportunity to visit with you, and it will have their

20    names and telephone numbers on there, and we will rely on

21    you to take the initiative if you want to visit with any

22    of them to make contact with them.  I'm doing this in an

23    effort to preserve your privacy and anonymity if you want

24    that.  However, if you want to speak to the media, you can

25    do so by making a telephone call and talking with them.

18:00 1          I think as we were coming in the courtroom I was

2    told by Mr. Kiblinger someone wanted to ask me a question.

3    So I said I would give --

4          MS. WILLIAMS:  It was me.  I wanted to know if

5    we have a question if we can ask while we're inside the

6    Court.  But no, I don't have a question.  It was just if I

7    had a question.

8          THE COURT:  I would like to make the request

9    that once you leave the courtroom if you feel so disposed

10    to stay for a few minutes in the juryroom because I would

11    like to come back and visit informally with the jurors

12    about the case.  On the other hand, if you don't want to

13    participate in that, I will certainly understand.  You

14    have given us a lot of time already, and if you want to go

18:00 15    ahead and leave, I certainly understand your feelings.

16          Again, Ladies and Gentlemen, thank you for your

17    service, and you may be excused from the courtroom at this

18    pointed.

19          (Jury out)

20          THE COURT:  Ladies and Gentlemen, I think the

21    law gives me no choice but to declare a mistrial on all of

22    the counts of the indictment on those defendants for whom

23    no valid verdict was reached in this case, and that will

24    be the Defendants Holy Land Foundation, Shukri Abu Baker,

25    Ghassan Elashi, Mufid Abdulqader and Abdulrahmin Odeh.

18:00 1          And then as to the Defendant Mohamed El Mezain,
     2     I understood the three members of the jury this morning
     3     that dissented from the verdict actually did not dissent
     4     from the verdicts recorded on the verdict form relating to
     5     Mr. El Mezain.  Those were Counts 2 through 32 of the
     6     indictment.  So as to those counts of the indictment, I
     7     will adjudge Mr. El Mezain not guilty in accordance with
     8     the -- partial verdict of the jury and declare a mistrial
     9     as to Mr. El Mezain on Count 1 of the indictment.

    10          Given the fact that a mistrial has been declared
    11     on most of the counts of the indictment against most of
    12     the defendants, that leaves the case in the same posture
    13     as it would be before this trial commenced.  That is the
    14     government has the option of bringing this prosecution
18:00 15     again.

    16          Mr. Jacks, do you know whether the government
    17     intends to bring these charges to another trial?

    18          MR. JACKS:  Yes, your Honor, my expectation is
    19     that we will.

    20          THE COURT:  Well, for the benefit of the parties
    21     and counsel -- and I may have told this to counsel
    22     already, but I intend to send the case to random
    23     reassignment among my colleagues if the case is to be
    24     tried again.  So it will be presided over by a different
    25     judge the next time around.  It has been my pleasure to

18:00 1    preside over this case, and I want to publically commend

2    counsel for the excellent jobs they have each done in

3    representing their respective clients.

4          It is ordinarily my practice when we receive a

5    verdict to order the court reporter to take custody of the

6    documentary and tangible exhibits which were received in

7    evidence if those documents are eight and a half by eleven

8    in size or smaller.  However, if there is to be a retrial

9    in this case –– She tells me she does until there is a

10   transcript completed.  So I will order that she take

11   custody of the exhibits and tangible exhibits at this

12   time.  If there are documentary exhibits larger than eight

13   and a half by eleven in size, I will order those be

14   returned to custody of the counsel for the offering part

18:00 15   to be held pending further order of this Court.

16         Is there anything else that we need to talk

17   about while we're all together this morning?

18         MR. DRATEL:  Your Honor, just a housekeeping in

19   terms of if we could maybe get an order on the record for

20   the Court permitting defendants to travel back to their

21   home residences.

22         THE COURT:  I really would prefer to defer that

23   motion to Judge Stickney, who has handled the matters

24   relating to release pending trial.  I don't necessarily

25   have any disagreement with that, but I'm more comfortable

18:00  1    having Judge Stickney handle it, given his familiarity

2    with the conditions of their release.

3            MR. JACKS:  Your Honor, in that the bulk of

4    these charges are still unresolved, there is a question

5    regarding the Court's gag order, and if that I guess still

6    in place.  I'm sure both sides have been bombarded with

7    questions and requests from the media, and I want to find

8    out what is the order of the Court.

9            THE COURT:  Yes, my belief is that order is

10   still in effect and will be unless and until the

11   government decides not to prosecute this case further or

12   until these charges are resolved after another trial.

13           If there is nothing else, court will be in

14   recess at this time.

15

16

17

18

19

20

21

22

23

24

25

1       C E R T I F I C A T I O N

2

3           I, Cassidi L. Casey, certify that during the

4       proceedings of the foregoing-styled and -numbered cause, I

5       was the official reporter and took in stenotypy such

6       proceedings and have transcribed the same as shown by the

7       above and foregoing Pages 1 through 32 and that said

8       transcript is true and correct.

9

10          I further certify that the transcript fees and format

11      comply with those prescribed by the court and the Judicial

12      Conference of the United States.

13

14

15

16                          _____

17                          CASSIDI L. CASEY
                            UNITED STATES DISTRICT REPORTER
18                          NORTHERN DISTRICT OF TEXAS
                            DALLAS DIVISION
19

20

21

22

23

24

25