1    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF TEXAS
2              DALLAS DIVISION

3    UNITED STATES OF AMERICA    )  CAUSE NO. 3:04-CR-240-P
                                 (
4    vs.                         )
                                 (  SEPTEMBER 22, 2008
5                                )  DALLAS, TEXAS
     HOLY LAND FOUNDATION, ET AL (  9:00 A.M.
6
     _____
7

8                     VOLUME 6 of 37

9    _____

10                   STATEMENT OF FACTS

11
            BEFORE THE HONORABLE JORGE A. SOLIS
12              UNITED STATES DISTRICT JUDGE
                        and a jury
13   _____

14


15                 A P P E A R A N C E S

16


17


18      FOR THE GOVERNMENT:  UNITED STATES ATTORNEY'S OFFICE
                             1100 COMMERCE, 3RD FLOOR
19                           DALLAS, TEXAS  75242
                             BY:  MR. JIM JACKS
20                                MR. BARRY JONAS
                                  MS. ELIZABETH SHAPIRO
21
        FOR THE DEFENDANT:   FREEDMAN, BOYD, HOLLANDER,
22      (SHUKRI ABU BAKER)   GOLDBERG & IVES, P.A.
                             20 FIRST PLAZA, SUITE 700
23                           ALBUQUERQUE, NEW MEXICO 87102
                             BY:  MS. NANCY HOLLANDER
24                                MS. TERESA DUNCAN

25

```
1        FOR THE DEFENDANT:   LAW OFFICE OF JOSHUA L. DRATEL
         (MOHAMMAD EL-MEZAIN) 14 WALL STREET, 28TH FLOOR
2                             NEW YORK, NEW YORK  10005
                             BY:  MR. JOSHUA DRATEL
3                                  MR. AARON J. MYSLIWIEC

4        FOR THE DEFENDANT:   LAW OFFICE OF MARLO P. CADEDDU
         (MUFID ABDULQADER)   3232 McKINNEY AVENUE, SUITE 700
5                             DALLAS, TEXAS  75204
                             BY:  MS. MARLO P. CADEDDU
6
         FOR THE DEFENDANT:   LAW OFFICE OF LINDA MORENO
7        (GHASSAN ELASHI)     P.O. BOX 10985
                             TAMPA, FLORIDA  33679
8                             BY:  MS. LINDA MORENO

9                             JONES DAY
                             555 CALIFORNIA ST., 26TH FLOOR
10                            SAN FRANCISCO, CA  94104
                             BY:  MR. JOHN D. CLINE
11
         FOR THE DEFENDANT:   WESTFALL, PLATT & CUTRER
12       (ABDULRAHAM ODEH)    ONE SUMMIT AVENUE, SUITE 910
                             FORT WORTH, TEXAS  76102
13                            BY:  MR. GREG WESTFALL

14       COURT'S LAW CLERK:   MS. JENNIFER HELMS
                             1100 COMMERCE, RM. 1654
15                            DALLAS, TEXAS  75242.

16       COURT COORDINATOR:   MS. BRENDA WEBB
                             1100 COMMERCE, RM. 1654
17                            DALLAS, TEXAS  75242

18 OFFICIAL COURT REPORTER:   SHAWN M. McROBERTS, RMR, CRR
                             1100 COMMERCE STREET, RM. 1654
19                            DALLAS, TEXAS  75242
                             (214) 753-2349
20
21
22
23
24
25
```

# INDEX

**EXAMINATION**

| Witness Name | Page |
|---|---|
| MATTHEW LEVITT | |
| Direct By MR. JONAS.......................................... | 113 |

## Government's Exhibits

| Government's Exhibits | Page |
|---|---|
| MAP 4 Admitted into Evidence | 136 |
| Map 3 Admitted into Evidence | 137 |
| Map 5 Admitted into Evidence | 138 |
| Demonstrative No. 12 Admitted into Evidence | 146 |
| Hamas Charter 2 Admitted into Evidence | 162 |
| Hamas Charter 1 Admitted into Evidence | 163 |
| Demonstrative No. 9 Admitted into Evidence | 164 |

## Jury sworn and preliminary instructions

| Jury sworn and preliminary instructions | Page |
|---|---|
| | 6 |

## Indictment read

| Indictment read | Page |
|---|---|
| | 16 |

## Opening Statements

| Opening Statements | Page |
|---|---|
| Ms. Shapiro | 17 |
| Ms. Hollander | 44 |
| Mr. Dratel | 61 |
| Ms. Cadeddu | 73 |
| Mr. Westfall | 89 |
| Ms. Moreno | 99 |

1            THE COURT:  Good morning.  I understand the jury is

2       on the way up, so we will get started, and then they will be

3       in here in just a few minutes.

4            I understand there is not any issues that counsel needs

5       to take up, other than the length of time for opening

6       statements.  We will go over that in a few minutes, but no

7       other issues.  Is that correct?

8            MR. JACKS:  Judge, the only thing I wanted to make

9       sure was that the jury is aware and that all parties are aware

10      that the Holy Land Foundation Corporation is a Defendant and

11      that there will be evidence in that regard.

12           As I understand it, and as was represented by Judge Fish

13      before the beginning of the first trial, that the Foundation

14      has no employees and no officers and so there is no one to

15      represent it, but it is an essential part of this lawsuit

16      because of the forfeiture provisions and the funds that are

17      being held subject to being forfeited.

18           So for that reason, I just wanted to make sure that that

19      doesn't get lost during the trial, the fact that the

20      corporation is also a Defendant.

21           THE COURT:  All right.  And certainly I was aware,

22      and I am sure you will remind the jury in your opening

23      statements.

24           Anything from the Defense that we need to address?

25           And I think we discussed the time for opening statements,

1    and my plan is still -- When the jury comes in I will swear

2    them, will administer the oath, and then I will give them

3    their instructions, and then we will proceed to reading the

4    indictment and taking pleas, and then we will move on into

5    opening statements.

6         The Defense has been allotted a total of two hours for

7    opening statements, and I understand you might want to divide

8    that up different than what you told me last Thursday, and so

9    that --

10        MS. HOLLANDER:  Thank you, Your Honor.  We will

11   divide it up.

12        THE COURT:  Let me or Jennifer know so I can keep a

13   rough time on that, because I want to keep a time overall.

14        Any other matters we need to address?

15        MR. JACKS:  Judge, I don't know what the Court's

16   plans were with regard to the memorial service with Judge

17   Sanders, if that will affect our schedule.

18        THE COURT:  We don't have all the details yet, so we

19   are not in a position -- We will have to be off some Wednesday

20   afternoon.  Exactly how much time I don't know yet.  We should

21   know something by the end of today, so we will discuss that

22   before the day is over today.  Just remind me before we leave

23   today to take that back up.

24        Counsel, ready for the jury?  All right.  Go ahead and

25   bring the jury in.

1          (Whereupon, the jury entered the courtroom.)

2          THE COURT:  Ladies and gentlemen of the jury, good

3     morning and welcome back.  And we are ready now to proceed.

4          And I will ask you to raise your hand and take an oath as

5     jurors in this case.

6          (Whereupon, the oath was administered by the Clerk.)

7          THE COURT:  Members of the jury, now that you have

8     been sworn in, let me give you some instructions that will

9     guide your deliberations while on the jury.

10         As you remember, of course, from our conversations last

11    week and then the week before that, or two weeks before that

12    when you were here, we expect this to be a fairly lengthy

13    trial.  We will be here about six weeks, and so it will be

14    important for you to follow these instructions.  I will remind

15    you about them periodically.  You will be receiving a lot of

16    information during the time that you are on this jury service.

17         First, as jurors it will be your duty to find from the

18    evidence what the facts are.  The jury and the jury alone is

19    the judges of the facts.  You will then have to apply to these

20    facts the law as I will give it to you, and you must follow

21    that law whether you agree with it or not.

22         I think we talked to each of you about this last week

23    when you were in being questioned individually.  The oath that

24    you took stated you will reach a verdict based on the law and

25    based on the evidence.

1       For those that haven't served on a jury before, once all

2   the evidence has been presented I will give you a written

3   document--we call it the Court's charge to the jury--that will

4   contain the law that applies in this case.  It will contain

5   instructions and definitions.  It will contain all the law you

6   need to know, so you don't need to worry about getting any

7   information on your own.  All the law will be in there.

8       You will take that law as I give it to you, along with

9   the instructions, and you will have heard six weeks or so of

10  evidence, and take those two together and we will be asking

11  you to make decisions in this case as to each of these

12  Defendants.

13      Nothing I may say or do during the course of the trial is

14  intended to indicate, nor should be taken by you as

15  indicating, what your verdict should be.  The evidence from

16  which you will find the facts will consist of the testimony of

17  witnesses, documents, and other things received into the

18  record as exhibits, and any facts that the lawyers agree or

19  stipulate to, or that the Court may instruct you to find.

20  Again, we discussed these things last week with each of you.

21      The evidence, of course, is what is presented here in the

22  courtroom; not anything that you may have heard or read

23  outside the courtroom, but strictly is what is presented in

24  the courtroom where witnesses are here under oath, testify in

25  front of everyone, and subject to cross examination.

1    Certain things are not evidence and should not be

2    considered by you in arriving at your verdict.  I will list

3    those for you now.

4    Statements, arguments, and questions by the lawyers are

5    not evidence.  Anything the lawyers say is not evidence.

6    Anything I say is not evidence, unless I instruct you of

7    something that you are to find.  But typically the evidence

8    will come from the witness stand and then documents or

9    exhibits or photographs, anything that is introduced here in

10   evidence.

11   Also objections to questions are not evidence.  Lawyers

12   have an obligation to their clients to make objections when

13   they believe evidence being offered is improper under the

14   rules of evidence.  You should not be influenced by the

15   objection or by my ruling on it.

16   If the objection is sustained, then ignore the question.

17   You typically won't hear the answer, so forget the question.

18   If it is overruled, then you will hear the answer, and treat

19   the answer like any other item of evidence, and don't worry

20   about the objection.  If I instruct you at any time that some

21   item of evidence is received for a limited purpose, you should

22   follow that instruction.

23   Any testimony that the Court excludes or I instruct you

24   to disregard is not evidence and should not be considered by

25   you in arriving at your verdict.

1       Also, as we discussed last week, anything you may have

2   seen or heard outside the courtroom from today on is not

3   evidence and should be disregarded.  And as we discussed with

4   some of you, be sure not to share anything that you have heard

5   or seen outside the courtroom with anybody else.  That is not

6   evidence, that is not something to discuss, and it is

7   certainly not anything to be considered by you in arriving at

8   your verdict in this case.  You are to decide this case solely

9   on the evidence presented here in the courtroom.

10      Generally speaking there are two kinds of

11  evidence--direct and circumstantial evidence.  Direct evidence

12  is direct proof of a fact, such as the testimony of an

13  eyewitness establishing a certain fact.  Circumstantial

14  evidence is proof of facts from which you may infer or

15  conclude that other facts exist.  I will give you further

16  instructions on this in the Court's charge to the jury that we

17  discussed earlier, but have in mind that you may consider both

18  kinds of evidence.

19      The law doesn't consider one kind of evidence better than

20  the other.  That ultimately will be up to you as far as what

21  evidence you wish to accept and to not accept.

22      It will be up to you as jurors to decide which witnesses

23  to believe, which witnesses not to believe, and how much of

24  any witness' testimony to accept or to reject.  I will give

25  you some guidelines in the Court's charge to the jury that may

1    help you in assessing the credibility of witnesses, but for

2    now have in mind that is one of the important jobs roles that

3    a jury does.  You will be hearing a lot of evidence, and you

4    will sort and sift through that to make your own determination

5    as to what you believe and don't believe so you can arrive at

6    what the facts are in this case.

7         As you know, this is a criminal case.  There are three

8    basic rules about a criminal case you must keep in mind.  We

9    went over these before, but I want to touch on them because

10   they are important.

11        First, the Defendants are presumed innocent.  Each of

12   these Defendants, like every other person accused of a crime,

13   they are presumed innocent until proven guilty.  The

14   indictment against the Defendants brought by the Government is

15   only an accusation, nothing more.  That is not any evidence

16   that you should consider in arriving at your verdict, the fact

17   they were indicted.  That is what brings them here into Court.

18   Start off with a clean slate, they are presumed innocent, the

19   burden of proof is on the Government, and then you start

20   looking at the evidence that is presented to you here in

21   court.

22        The burden of proof is on the Government until the very

23   end of the case.  The Defendants have no burden to prove their

24   innocence or to present any evidence or to testify.  Since the

25   Defendants have the right to remain silent, the law prohibits

1    you in arriving at your verdict from considering that the

2    Defendants may not have testified.

3        Third, the Government must prove the Defendants' guilt

4    beyond a reasonable doubt.  I think we talked about that with

5    most of you, if not each of you, last week when you were here,

6    but I will give you some further instructions on this, as well

7    as other matters, in the Court's charge to the jury, and I

8    will give you a definition for this.  But have in mind that

9    this is the burden of proof, and it is different than a civil

10   case.

11       Some of you may have served in civil jury trials before.

12   You may remember the burden of proof was by a preponderance of

13   the evidence, something more likely so than not.  That is, of

14   course, a lower standard than applies in criminal cases.  The

15   standard in a criminal case is beyond a reasonable doubt.

16   That is the burden that the Government has.

17       A few words now about your conduct as jurors while you

18   are participating as jurors in this case.  First, during the

19   trial you should not discuss the case with anyone, nor permit

20   anyone to discuss it with you.  And this applies until the end

21   of the case.  This applies to spouses, friends, neighbors,

22   co-workers, anybody.  We don't want you to get any influence

23   from outside the courtroom.  Those individuals that may want

24   to talk to you about it, they are not here in court listening

25   to the evidence, they are not observing the witnesses, they

1   are not going to know what you know.  So simply tell them you

2   can't talk about it until after the case is concluded.

3       Once the case is over, you will be free to discuss it as

4   much as you want to, but during the case it is important that

5   you not talk about this case with anyone, and simply that way

6   we don't have any improper outside influences.

7       Do not read or listen to anything touching on this case

8   in any way.  And there have been some media reports in this

9   case already.  There may continue to be.  So you just need to

10  be careful and make sure you don't read any newspaper

11  accounts.  Of course, if you are watching TV and listening to

12  the radio, sometimes it will come on before you know it.  At

13  that point kill the sound or walk out of the room, turn it

14  off, whatever you need to do, but make sure you try not to

15  listen to anything being reported about this case.  And if

16  anyone should try to talk to you about this case, you should

17  bring that to my attention immediately.

18      Do not try to do any research or make any investigation

19  about the case on your own.  Occasionally we will have jurors

20  who feel maybe their questions aren't being answered by the

21  lawyers, so they will make phone calls and seek information.

22  That is improper, of course.  The lawyers will bring you the

23  evidence that they think is important, both sides.  That

24  amounts to secret evidence that nobody has the chance -- That

25  information you are getting is not under oath, that is not

being provided here in open court, not subject to cross
examination by other side. You will hear plenty of evidence
over the next six weeks, so focus your attention on the
evidence you hear.

And lastly, do not form any opinion until all the
evidence is in. You will be thinking about the case as you go
along, but don't form any final decisions until you have heard
everything. The case evolves. Anything this long will take
some time, so wait until you have heard everything from both
sides before you make your final decisions in this case.

And by then you will also receive the instructions on the
law and at that point you will have everything you will need
in order to make a proper decision in this case. So wait
until you have heard everything from all the parties, keep an
open mind until you have heard everything and until you
receive the instructions on the law.

Some jurors ask about taking notes. I do allow taking
notes. There may be some pads, hopefully, and some pens, so
you can take notes if you choose to do so. I will leave that
up to you. Just a couple of things to remember if you decide
to take notes. That is, don't get so involved in taking notes
that you are missing what is going on. I think you will find
that one of the most useful things you can do is simply
observe the witnesses as they are being questioned, as they
testify, so you can form your impressions about them and the

1    testimony they are giving.

2         And then secondly, the notes are strictly for your own

3    personal use.  They are not a substitute for the official

4    record.  There is one official record, and that is what is

5    being prepared by the court reporter that is here in front of

6    me.  So don't share them with anybody.  Don't substitute them

7    as an official record.  They are strictly for your own

8    personal use.

9         If you should decide to take notes, don't take them home

10   with you at the end of the day.  Leave them in the jury room,

11   and they will be there for you in the morning, and you can

12   have them if you wish to use them.

13        And then lastly, you have had the juror tags.  Wear those

14   while you are here.  Do not talk to any of the lawyers, the

15   Defendants, the family members, any of the agents that are

16   involved here.  You will hear from some law enforcement

17   officers.  Just keep yourselves apart from them, other than

18   casual greetings.  If you see them you can say "Good morning"

19   or "Hello," but don't engage in any conversations.  That is

20   why you are wearing the juror tags.

21        Sometimes we have jurors that want to make conversation

22   with somebody, and it may not be about the case, but it still

23   would look improper.  Nobody knows what you are talking about.

24   So the best thing to do is keep yourselves apart from anybody

25   that is participating in any way in this case.

1          We will in just a few minutes have the indictment read,

2     which is fairly lengthy.  That is the accusations against the

3     Defendants.  We will take the Defendants' pleas, and then go

4     straight from that to opening statements by the lawyers.

5          The Government gets to open, as they have the burden of

6     proof.  You have seen where they go first every time.  So you

7     will hear from -- Ms. Shapiro is making the opening statement

8     on behalf of the Government.

9          The opening statements, as I told you, is not evidence,

10    but this provides a framework what the parties believe their

11    case will show or what the case will show, so it gives you a

12    framework of the issues that are involved and what to look

13    for.

14         Then once Ms. Shapiro makes her opening statement, we

15    will take a break and then you will hear from counsel from

16    each of the Defendants and address you, and that should take

17    us into sometime after lunch.  Once we come back from lunch,

18    we will finish that up, and start the evidence sometime this

19    afternoon.

20         At this time, Mr. Jacks, who is reading the indictment?

21              MR. JACKS:  Yes, Your Honor, I am.

22              THE COURT:  All right.

23              MR. JACKS:  Ladies and gentlemen, at this time I am

24    going to read the indictment which was returned by the federal

25    grand jury in the Northern District of Texas in this case.

1    (Whereupon, the indictment was read in open court.)

2    THE COURT:  Thank you, Mr. Jacks.  And to these

3  charges how do the Defendants plead?

4    DEFENDANT BAKER:  Shukri Abu Baker.  Your Honor, I

5  plead not guilty.

6    DEFENDANT ODEH:  I plead not guilty.

7    THE COURT:  Mr. Odeh?

8    DEFENDANT EL-MEZAIN:  Your Honor, I plead not

9  guilty.

10    THE COURT:  And you are Mr. El-Mezain?

11    DEFENDANT EL-MEZAIN:  Yes.

12    DEFENDANT ELASHI:  Not guilty.

13    THE COURT:  And we will enter a plea of not guilty

14  for the Holy Land Foundation.

15    Ms. Cadeddu?

16    DEFENDANT ABDULQADER:  I plead not guilty.

17    THE COURT:  Thank you.

18    So each of the Defendants have entered pleas of not

19  guilty here, and the corporation Holy Land Foundation is also

20  A named a Defendant, as you heard in the indictment, and we

21  will enter a plea of not guilty for them.

22    Let's take the morning recess.  We will take about a

23  20-minute break.  We will be back here about 20 till by that

24  clock, and at that point you will hear opening statements from

25  the Prosecutor and then the Defense attorneys.

1          (Whereupon, the jury left the courtroom.)

2          THE COURT:  All right.  We will be in recess.

3                    (Brief Recess.)

4          THE COURT:  All right.  Members of the jury, as we

5     explained to you then, we will begin with opening statements.

6        On behalf of the Government, Ms. Shapiro.

7          MS. SHAPIRO:  May it please the Court, counsel,

8     co-counsel.

9        My name is Elizabeth Shapiro and I am an attorney with

10    the Department of Justice, and I wanted to start this morning

11    by thanking you for your service as jurors, because other than

12    serving in the military, jury service is probably the most

13    important civic duty you will ever do in your lifetime, so I

14    want to thank you for being here.

15        This case is a big case, it is an important case, but it

16    is not really that hard of a case.  It is about violating the

17    laws of the United States by funding a terrorist organization.

18        You are going to hear about a dangerous terrorist

19    organization called Hamas, and you are going to hear that

20    Hamas is a single organization and it has a military side and

21    it has a social side, but they act together.  And that social

22    side is in order to build popular support.  Hamas can't

23    survive without popular support from the people in the West

24    Bank and Gaza and Palestine.

25        Now, when you were all here for your first day of jury

selection, His Honor Judge Solis told you that the law

prohibits giving money to a terrorist organization even if

that money goes to a charity, and you are going to learn

during this trial there are important reasons for that law.

Money is the life blood of terrorist organizations.  Once

money gets into the hands of Hamas, Hamas can do anything it

wants with that money.  And when you give money to the social

side of Hamas, you free up other money that the military side

can use.  It is all one organization and it is against the law

to give to any part of it, and there are good reasons for

that.

You may agree with that law or you may disagree with it,

but you all took oaths as jurors to follow laws, and the law

is that you can't give the Hamas no matter what part of Hamas.

Now, over the course of the trial you are going to hear a

lot of evidence, and when it comes time to go back into the

jury room to deliberate, you may want to have some notes to

refer to, so I recommend that you may want to take notes

during this trial.  And Judge Solis said that that would be

permissible, and he will instruct you on how to use those

notes.  But you are going to hear a lot of names and a lot of

things that may be unfamiliar, so my recommendation would be

that it would be helpful for you to have notes.

Remember the Defense lawyers told you last week that all

the Defendants here are Palestinian and they are Muslim.  But

1    in this country it doesn't matter where you come from and

2    doesn't matter what religion you follow.  If you live here you

3    have to follow the law.

4        And the evidence will show over the course of many years

5    these Defendants broke the law, and they did that by

6    conspiring to raise money for Hamas and by sending that money

7    into the hands of Hamas.

8        I want to spend a little time with you this morning

9    giving you a preview of how the Government is going to present

10   its case.  The first part of the Government's case is going to

11   introduce you to Hamas, what it is, what it stands for, how it

12   works, and we will present documents and witnesses that will

13   tell you about why, even though Hamas operates over in the

14   Middle East, why we should care about that here in the United

15   States and why it is important that what happens in the Middle

16   East is important to the United States.

17       And the first part of our case we are going to show you

18   how the Holy Land Foundation was born, how it became

19   ultimately the financial arm for Hamas in the United States.

20       The second part of the Government's case is going to take

21   you across the ocean, and it is going to show you where that

22   money went.  And you will see wire transfers and checks and

23   show that money went overseas to organizations in the West

24   Bank and Gaza.  And we will show you that those organizations

25   were controlled by Hamas; that the people who ran those

1    organizations were people in the Hamas organization, and that

2    the Defendants knew that; that they knew these people and they

3    knew the money that they were giving to these organizations

4    was going into the hands of Hamas.

5        So that is the essential outline, two parts of the case

6    that the Government is going to present to you.

7        Now, before I tell you a little more about Hamas, I want

8    to just introduce you to the geography of the region, because

9    it is important that you know geographically what we are

10   talking about during this trial.

11       I have here -- I am going to walk away from the

12   microphone for a moment.  This is a map of the Middle East.

13   And you can see over here in this red area is the state of

14   Israel, and it also shows the West Bank and Gaza Strip, the

15   Palestinian territories.  And you can see this is surrounded

16   by a lot of big countries.  Over here to the right is Jordan,

17   Egypt down here to my right, Saudi Arabia, Iraq, Syria, Iran

18   is up here.  Okay?  Small countries surrounded by a lot of big

19   countries.

20       Now, here this is a blown up map of Israel and the

21   Palestinian territories.  To give you an idea of the size of

22   the area we are talking about, this entire country from the

23   top to the bottom is smaller to the state of New Jersey.  It

24   would run from top to bottom about from Gainesville on the

25   Texas/Oklahoma border to Austin.

1    Now, the width, if you look over here, you will see Tel

2  Aviv, the largest city in Israel.  If you were to go from Tel

3  Aviv to the border of the West Bank, the Palestinian

4  territories, that would be about the distance from this

5  courthouse to Texas Stadium, a little over ten miles.

6    You can see also -- On this map you can see the West

7  Bank, the Gaza Strip, and we will be referring to those as the

8  Palestinian territories.

9    Now, this tiny strip of land, and whole area, has been

10  the focal point of conflict for a thousand years, and we are

11  not going to solve that conflict in this courtroom during the

12  trial, so I am just going to talk about more modern times

13  starting with World War II.

14    After World War II the British controlled the area that

15  is now Israel and the Palestinian territories, and it was

16  called Palestine.  And in 1947 the United Nations partitioned

17  that area into a Jewish area and an Arab area.  And Israel

18  became a state in 1948.

19    And there were lots of wars, and I am not going to go

20  into a lot of wars, but there has been conflict for years

21  after that time.

22    And then came 1967, and in 1967 there was a war that

23  affected the geography of the region.  In 1967 those bigger

24  countries around Israel amassed their troops on the border and

25  a war broke out, and it was over in six days, and it is

1    sometimes referred to as the Six-Day War.

2         At the end of that war, the end of six days, the map

3    changed a little.  Israel occupied the West Bank, which had

4    formerly been Jordan, the Gaza trip which has been Egypt.  And

5    the Sinai Peninsula which is down here off to the right of the

6    map, you can't see the whole thing, and also the Golan

7    Heights, that was Syria.  And Israel held onto that territory

8    as a security buffer and kept that territory until 1978.

9         In 1978 there was a peace treaty with Egypt, and as part

10   of that peace treaty the Sinai Peninsula went back to Egypt.

11   And then later on in the early '90s, there was a peace treaty

12   with Jordan, and Jordan relinquished its claim to the West

13   Bank and signed a peace treaty with Israel.  Israel continued

14   its presence in the West Bank.

15        And then came an event in the early '90s called the Oslo

16   Accords.  And the Oslo Accords were between the Palestinians

17   and the Israelis, who on their initiative, with the help of

18   the Norwegians, and the United States came into the game a bit

19   later, but that agreement essentially set out a framework for

20   a future peace and a future Palestinian state.  So the idea

21   from the Oslo Accords was that it would be a framework so that

22   there would be a Palestinian government, ultimately a state,

23   and peace between the Palestinians and the Israelis, a

24   resolution.

25        Now, the Oslo Accords created what was called the

Palestinian Authority, and the Palestinian Authority was

headed by Yasser Arafat.  And his party was called the

Palestinian Liberation Organization.  And the Accords gave the

Palestinians self-rule in the areas of the West Bank and Gaza

according to a complicated agreement, but there was self-rule.

So the Palestinian Authority started governing those areas.

Now, the evidence will show you during this case that

although this area is far away from here, it directly affects

our political and our military interests here in the United

States.  So what happens in the Middle East is actually

important to us here in this courtroom.

Now, I would like to talk to you for a moment about

Hamas.  You heard already a little about it.  Hamas is an

Arabic acronym meaning the Islamic Resistant Moment, sometimes

known as The Movement, and it has a plan to create an Islamic

state in all of this area, essentially wipe the state of

Israel off the map.  That is its goal.  Its founder was a man

named Sheik Ahmed Yassin.  He was considered to be Hamas'

founder and spiritual leader.  You will hear his name a lot

during the trial.  And he is a distinctive figure.  You will

see he was a paraplegic and he was in a wheelchair, and he

will recognizable to you throughout the trial.

Sheikh Yassin seized on some events in the late 1980s

when there was a spontaneous uprising amongst the Palestinians

that -- Actually it was ignited by a car accident, and there

was a spontaneous uprising.  And the Palestinians essentially

revolted against Israeli occupation.  And Sheikh Yassin took

that opportunity to establish Hamas, the Islamic Resistance

Movement.

And sometime after that, Hamas published its charter, and

you will see evidence in the trial, you will see the charter

and what it says, and the charter makes it very clear that the

goal of Hamas is violent jihad.  The goal is to take over the

state of Israel and create in its place an Islamic state.

It also says in the charter that peace agreements,

international negotiation conferences, all of that is a waste

of time, futility, because peace is not possible until Hamas

achieves its goal of creating an Islamic state over the entire

area of what is now Israel.

Now, Hamas, as you will see, has two wings, and we have

talked about those a little bit earlier.  It has a military

and it has the social.  And then on top there is essentially a

political wing.  And the political wing sits outside the

territories in Damascus.  That is where the leadership of

Hamas is.  The head of Hamas right now is a man named Khalid

Mishal, and you will hear his name quite a bit, too.  In fact

the Defendant Mufid Abdulquader is Khalid Mishal's half

brother.

Khalid Mishal is in Damascus, and is number two is a man

named Mousa Abu Marzook.  And you will hear his name quite a

1    bit as well.  Mousa Abu Marzook was in the United States for

2    quite some time, and I will get to his role in a moment.

3        And I want to talk to you first about first Hamas'

4    military wring, what they do.  What they do is they terrorize

5    the local population through random violence.  That is their

6    job.  They also have a part of the military wing that kills

7    Palestinians, anybody who is suspected of cooperating with the

8    Israeli government, being a collaborator, is executed by

9    Hamas.

10        And Hamas was one of the first terrorist organizations to

11   really perfect the use of suicide bombings.  The way that

12   would work is Hamas operatives would be smuggled into Israel

13   with suicide belts with explosives or vests that have

14   explosives, and they would find a place that is crowded with

15   civilians, like a bus stop or a restaurant or a shopping mall,

16   and they would ignite themselves, blow themselves up.

17        Sometimes these explosive vests would be packed with

18   nails and screws so that the explosive impact would maim and

19   injure as many people as possible.

20        And sometimes these attacks would be sequenced so you

21   would have a suicide attack, someone blows themselves up, and

22   someone rush to the scene to assist the wounded, and then

23   another person would blow themselves up to maximize the

24   casualties.

25        You will hear a phone call that will be played during the

course of this case between two of the Defendants, Defendant

Abdul Odeh and Defendant Mohammad El-Mezain, and there will be

a phone call after one of these terrorist attacks where

Defendant Odeh will call up and he will talk very excitedly

about what he says is a beautiful operation.

Now, the other part of Hamas that would be a big focus of

this trial is the social wing, and that is in fact, the

evidence will show, what the Hamas leadership considers to be

the most important part of Hamas, because that is the part of

Hamas that builds popular support.  That is where the biggest

part of -- That is where they get the most money coming in.

That is where they are able to indoctrinate the

population.  That is where they are able to reach out and

essentially mold people, including children, into future Hamas

supporters.  You can sort of think about the social wing of

Hamas as it is Hamas' investment in the future.  Without the

support of the people, without being able to indoctrinate the

population, Hamas would die out ultimately.

And what is it the social wing does?  It runs schools,

clinics, hospitals, hands out food parcels, it provides

stipends for Hamas prisoners who are being jailed by either

the Palestinian Authority or by the Israelis.  It will support

the families of people who have been killed or injured as part

of the conflict with Israel.  And essentially what they are

doing is they are reaching out and winning over the hearts and

1   minds of the population.

2       Now, I want to talk for a moment about the schools, the

3   summer camps, the kindergartens.  Hamas runs all of these

4   things.  There are Hamas kindergartens, Hamas summer camps.

5   And you will see evidence of what goes on in the schools and

6   summer camps.  What goes on is there is an indoctrination

7   where Hamas essentially teaches a culture of hate.  Children

8   are taught to hate Israelis.  They are taught to love

9   martyrdom.  They are taught to revere suicide bombers.  This

10  is what goes on in these institutions.

11      So when you talk about the social wing of Hamas, we are

12  not talking about necessarily benevolent activity.  We are

13  talking about an indoctrination, a plan, an investment in

14  Hamas.  Hamas is grooming the next generation.

15      Another thing Hamas achieves through this social wing is

16  by garnering the popular support.  It gains power, essentially

17  gains power and the ability to displace the existing

18  government, the Palestinian Authority.  And you will see that

19  Hamas is actually succeeded in that goal in that right now

20  Hamas has taken over the Gaza Strip.  So you have a situation

21  now where Hamas runs the Gaza Strip and the Palestinian

22  Authority runs the West Bank.

23      Now, what is the effect of all this violence that Hamas

24  engages in?  Well, it has the effect of destabilizing the

25  region, and it has the effect of preventing the Palestinians

and the Israelis from reaching a negotiated peace.  And that
is exactly what Hamas wants, because Hamas doesn't want peace.
That is what its charter says.  Hamas wants an Islamic state
in all of Israel.  There is no room for compromise.  And Hamas
believes in violent jihad.

The United States, on the other hand, is interested in
negotiated peace.  It wants that region to have peace, and
that is in the interest of the United States.  And you will
hear about how war between Israel and the countries in the
Middle East undermines U.S. policy interests, both
economically, politically, and militarily.

And so the evidence will show that in 1995 President
Clinton signed an executive order, and the executive order is
sort of like a law except it doesn't have to go through the
Congress.  The President can sign it on its own.  President
Clinton signed an executive order that designated Hamas a
specially designated terrorist organization, and he did that
because Hamas represented an obstacle to peace.

And in 1995, remember the Oslo Accords had been signed in
about 1994, 1993, and there was a wave of violence, and that
violence was undermining the efforts to implement the Oslo
Accords and to have peace in the region.

So President Clinton in that executive order essentially
declared a national emergency, and he said that anybody who is
an obstacle to peace, as designated in that executive order,

it was against the law to give money to them, because he recognizes that money is what terrorist organizations are all about.  They need money to operate.

In that executive order it is also specified that no humanitarian aid, no charity, no money of any kind can go to a designated organization.  On the back of that executive order there is an annex, and it lists the terrorist organizations that are subject to that order, and it includes Hamas.

And then in 1997, a couple of years later, Congress passed a similar kind of law that made Hamas a foreign terrorist organization, an FTO that is sometimes referred to. And similarly, it is illegal to give any money to Hamas, including humanitarian and charitable assistance.

I want to talk for a moment about how the Holy Land Foundation came into being and how it ended up right here in the United States.

The Hamas charter says in the charter that Hamas was borne out of the Muslim Brotherhood.  You heard a little bit the Muslim Brotherhood.  It was an organization that started in the late '20s in Egypt.  And Sheik Ahmed Yassin, who founded Hamas, he was a member of the Muslim Brotherhood.  And the Muslim Brotherhood is a global movement, and there are Muslims of all nationalities that belong to the Muslim Brotherhood.  And their goal, the Muslim Brotherhood goal, is to create essentially a global Islamic state, no more -- no

Western civilization; just replace it with an Islamic system.
And that is its long term goal.  And the Muslim Brotherhood is
a very patient organization.  Its ultimate goal is a global
Islamic state.

Now, in the late 1980s the Palestinian part of the Muslim
Brotherhood was the dominating faction, and the international
Muslim Brotherhood, there is a governing body, and the
international Muslim Brotherhood directed, once Hamas was
formally declared, that all the countries where they have
Muslim Brotherhood organizations should set up a Palestine
Committee.  That was a directive from the international body
of the Muslim Brotherhood.  So all the countries around the
world that had Muslim Brotherhood organizations created these
Palestine Committees.  And what was the purpose of the
Palestine Committee?  It was to support Hamas.  And that --
You will see documents, and you will see evidence that will
say that expressly.  The purpose was to support Hamas.

And in the United States there were Muslim Brotherhood
organizations that already existed.  And I mentioned the name
of Mousa Abu Marzook.  He became the head of the Palestine
Committee here in the United States.  At the time he was
actually number in the political bureau of Hamas.  Marzook was
actually here as a student, and he was the head of the
Palestine Committee.

And the Palestine Committee, in order to carry out its

31

1    mission of supporting Hamas, it encompassed three

2    organizations.  It needed organizations for what you will see

3    are media, men, and money.  Those are the elements, the things

4    that the Palestine Committee thought it needed to have to

5    support Hamas.

6        And for the media side of things, which was propaganda,

7    spreading Hamas' word, getting the message out, they had an

8    organization called the Islamic Association for Palestine.

9    And the Defendant Ghassan Elashi was part of that

10   organization.  And the Islamic association of Palestine, or

11   IAP I will call it, they are the first organization to publish

12   the Hamas charter in English, and they would publish Hamas

13   communiques and they would have conferences, and they were

14   essentially the propaganda arm of the Palestine Committee.

15       There is another organization called the UASR, the United

16   Association for Studies and Research, and that was purported

17   to be a sort of think tank.  It was meant to win the battle of

18   ideology and win people over to Hamas, and it was also a form

19   of propaganda.

20       And then there was the money side of the equation, and

21   the money, the most important part of this, was assigned to

22   the Holy Land Foundation.  The Holy Land Foundation was called

23   something else.  It was called the Occupied Land Fund at that

24   time.  And the Occupied Land Fund's mission, as you will see

25   from the evidence in the case, was to support Hamas.  There

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

1    will be no doubt about that.

2        Now, the Occupied Land Fund was actually started by the

3    Defendant Shukri Abu Baker at the time when he lived in

4    Plainfield, Indiana.  And he started working with the Occupied

5    Land Fund in Indiana.  It was formally incorporated in Los

6    Angeles in California with the Defendant Shukri Abu Baker and

7    Ghassan Elashi and Mohammad El-Mezain filed articles of

8    incorporation creating the Occupied Land Fund formally in Los

9    Angeles.  And a few years it changed its names to the Holy

10   Land Foundation, and moved right here to Richardson, Texas.

11       Across the street from the Holy Land Foundation there was

12   a company called InfoCom, and that was a computer-related

13   business that Ghassan Elashi had.  And you will see the

14   evidence will show that a lot of Holy Land's records were

15   actually stored at InfoCom across the street, so you will hear

16   about InfoCom quite a bit during this trial as well.

17       Now, remember I mentioned Mousa Abu Marzook, head of the

18   Palestine Committee.  He shared a bank account with a man

19   named Ismail Elabarasse, and you will hear his name as well.

20   Ismail Elabarasse actually lived in Virginia, and he had a lot

21   of documents in his house about the Palestine Committee.  And

22   the FBI got a search warrant, and they were able to get these

23   documents.  And you will see many of them during this trial.

24   And those documents will show you organizational charts and

25   member lists and minute meetings and all kinds of things,

1    records about the Palestine Committees.  And you will see many

2    of the names of the Defendants, and you will see the Occupied

3    Land Fund.  And those documents will be very important to you

4    because they establish why the Holy Land was created, what its

5    mission was, why it existed.

6        Now, remember it didn't become illegal to support Hamas

7    or to fund Hamas until 1995, and you will see that a lot of

8    these documents are before 1995, so why do they matter?  Why

9    should you see them?  Those documents are important not

10   because the documents themselves are the crime, but because

11   they show you the knowledge and intent of the Defendants.

12   They show you what the true purpose of the Holy Land

13   Foundation was.  And you can evaluate the evidence that you

14   see in this trial with that knowledge and with that evidence

15   that you will have seen about why the Holy Land was created

16   and what it was all about.  It was created to support Hamas.

17       Now, how did the Holy Land go about raising money?  Well,

18   the evidence will show that Holy Land took full advantage of

19   all the freedoms available to us in this country and to make

20   themselves look just like a regular charity.  And you will see

21   that one of the things that they did was they had festivals

22   and they had conferences.  And you will see the Defendant

23   Mohammad El-Mezain, he was one of the original incorporators,

24   he lives in New Jersey, and his talent was as an orator,

25   as -- He was a great speech maker.  And he is actually an

emam, which is a Muslim religious leader.  And you will see

him and see videotapes of him raising money at Hamas

fundraisers, Holy Land fundraisers, and will be raising money

for Hamas.  And you will see him give fiery speeches, and then

people in the audience will donate jewelry, cash, checks,

whatever it is, they will come up and they will donate it, and

that is one way the Holy Land Foundation raised money.

Another way they raised money is they had a musical band,

the band of Mufid Abdulquader would come and play at these

fundraisers, and this musical band sang songs glorifying Hamas

and inspirational sort of music that inspired people to give

money to Hamas.  And again, you will see a lot of these

videotapes over the course of the trial.  In fact, some of

these tapes were actually found by the FBI buried in the

backyard of one of the former band member's home in Virginia.

The FBI was able to reconstruct some of those tapes, and you

will see them.

Now, another way the Holy Land Foundation raised money is

it brought in speakers from overseas.  And you will see lists

of overseas speakers that would come in and raise money for

the Holy Land Foundation.  And many of those speakers were

Hamas leaders, others were from other radical groups to

espouse radical ideologies, and they would come into the

United States and appear at these conferences, and they would

give speeches, and again people would donate money.

1    Sometimes there would be conference calls where you would

2    have a speaker who would be on the telephone and people could

3    have a pass code or access code, and you could conference into

4    these conference calls and hear the inspirational talk and you

5    could donate money that way.

6        Another way you could raise money is through orphan

7    sponsorships where you could sponsor an orphan in Palestine on

8    a monthly basis or on a periodic basis, and you would get a

9    little package and you would get to meet that orphan and you

10   could send regular payments that way through this orphan

11   sponsorship.  And the Defendant Abdul Odeh, who was in charge

12   of the New Jersey office, he did some of those orphan

13   sponsorships.

14       Now, for all of these donations, and you will see this

15   also through the evidence, you could -- People who donated

16   could take a tax deductible -- It was a tax deductible

17   donation.  Because remember, Holy Land incorporated as a

18   regular American charity, so when you gave money to it you

19   could take that off your income tax.  And you will see

20   documents like that that say send your tax deductible donation

21   to the Occupied Land Fund, or to the Holy Land Foundation.

22       Now, you are going to hear about an important meeting of

23   the Palestine Committee that took place in Philadelphia, and

24   the context for this meeting I mentioned earlier, and that was

25   the Oslo Accords.  If you recall, the Oslo Accords was that

1   agreement that the Palestinians and Israelis were trying to

2   work out to create a road map for a peaceful co-existence.

3   And this was a crisis for Hamas and a crisis for the Palestine

4   Committee, which is set up to support Hamas.  And why is that

5   a crisis?  Because remember, Hamas is against peace.  Hamas

6   doesn't want a negotiated settlement, because a negotiated

7   settlement between the Israelis and the Palestinians would

8   mean that there would be a Palestine and there would be an

9   Israel, and that is unacceptable to Hamas.

10      So many of the Defendants here and the Palestine

11  Committee met in Philadelphia at the Courtyard by Marriott

12  Hotel, and the FBI found out about that meeting.  And they

13  went and got a search warrant, and they got a warrant to

14  listen in on the meeting.  And so you will see during the

15  course of this trial transcripts of that meeting, and you can

16  see for yourself what was going on.

17      During that meeting the participants talked extensively

18  about how to defeat the Oslo Accords, what would be the best

19  way to make sure that peace didn't happen.

20      They also talked about how they needed to hide their

21  support for Hamas, and they directed the participants in the

22  meeting to not say Hamas but to say Samah, which is Hamas

23  spelled backward.

24      And you will hear Shukri Abu Baker talk at that meeting,

25  you will read the transcript, and he talks about how important

1    it is to make sure that the Holy Land Foundation maintains its

2    status as a legal American organization, because it can't

3    afford to get caught.

4         Other participants talk about the Holy Land Foundation as

5    a front organization.  Now, a front organization is an

6    organization that doesn't -- It doesn't appear or appears to

7    be something that it is not.  And those words are used in the

8    Philadelphia meeting.  And they talk about how important it is

9    to make sure that Holy Land is not exposed because its mission

10   of raising money is so important.

11        Another thing they talk about at that meeting are the

12   particular committees in the West Bank and Gaza where they

13   send their money.  They talk about those committees, they talk

14   about them by name, so they know where their money is going

15   when they send it overseas to these committees.

16        They also talk about how they should communicate with the

17   American public.  They say things like, "You can't talk to the

18   Americans about our true objectives, you can't talk to them

19   about Palestine, so we have to talk to them about things they

20   will relate to like human rights.  You have to talk to

21   Americans differently."

22        And then you will see the words of Shukri Abu Baker when

23   he says "War is deception."  He says, "We are fighting our war

24   with a kind heart.  Deceive.  Camouflage.  Deceive your

25   enemy."  You will see those words.

1    So this meeting, which was in 1993, why is it important?

2    Okay.  It wasn't illegal to have that meeting.  But what it

3    tells you is what was in these Defendants' minds.  It is their

4    knowledge and it is their intent.  That is why that meeting is

5    so important.

6        Now, how did the money get from the Holy Land Foundation

7    overseas to the hands of Hamas?  Remember, this is an

8    organization that is trying to not be exposed.  It can't just

9    write out a check that says "Pay to the order of Hamas."  It

10   can't do that otherwise everybody will know they are sending

11   money to Hamas.  So what do they do?  They send the money over

12   to the social institutions that are controlled by Hamas.  And

13   the social wing of Hamas has their own charitable

14   organizations that are in the West Bank and Gaza.  And the

15   leaders of those charitable organizations were members of

16   Hamas, the people who controlled those committees, and the

17   Holy Land Foundation and these Defendants knew who those

18   people were, and you will see from the Holy Land Foundation's

19   own documents that they knew these people and that they knew

20   they were Hamas, and yet they sent the money to these

21   organizations.  And that is how they got money into the hands

22   of Hamas.

23       Now, there are some things that are important to

24   understand about these committees, and this is really what our

25   second half of our case will focus on.  Now, you will see that

1    a lot of these committees, some of them are called zakat

2    committees, and they are called zakat committees because zakat

3    means charity.  And it is an obligation in Islam to give

4    charity.  So there are these organizations that collect that

5    charity and distribute it.

6        And the evidence is going to show that some of these

7    organizations pre-dated Hamas.  They actually existed before

8    Hamas ever existed.  What Hamas did is it recognized how

9    important it was to have a social infrastructure, and it

10   infiltrated those committees, it got its people inside those

11   committees.  And that was a gradual process.  From the late

12   '80s early '90s on it got its people into the committees so

13   Hamas controlled the committees.

14       So even though some of these committees actually existed

15   prior to the time of Hamas, Hamas took them over.  There were

16   some committees that Hamas created with Sheik Ahmed Yassin,

17   the leader of Hamas.  He established organizations in the Gaza

18   Strip.  They were his organizations.  They were Hamas

19   organizations.  There were others that had existed for a long

20   time prior and they were infiltrated by Hamas members.

21       Now, you are also going to see that some of these

22   committees had licenses from the Palestinian Authority.  You

23   may see some of those licenses in this case.  But don't be

24   fooled, because those licenses, the evidence will show, were

25   absolutely meaningless, because the Palestinian Authority by

1    the time it took over in 1994 and it started governing the

2    territories, these committees were already controlled by Hamas

3    and there was very little the Palestinian Authority could do

4    about it.  So while there was a piece of paper on the wall, it

5    was meaningless.

6         You are also going to hear evidence that the relationship

7    between the Palestinian Authority and Hamas was a complicated

8    one.  Hamas was gaining popular support, and the Palestinian

9    Authority was perceived as corrupt and weak.  And it was

10   politically impossible for the Palestinian Authority to do

11   anything about these committees.  Hamas already had a strangle

12   hold on them.  But you will see evidence that from time to

13   time the Palestinian Authority did take action and did shut

14   down some of these committees, usually under pressure from the

15   United States, but then they would quickly re-open.

16        It wasn't really until last year, you will hear evidence,

17   that these committees finally the Palestinian Authority took

18   decisive action to close and reorganize these committees and

19   the entire zakat committee structure in the West Bank.

20        Now, you are also going to hear evidence that these zakat

21   committees and charitable committees in the West Bank and Gaza

22   are not separately designated by the United States government.

23   Okay?  You will see a list of specially designated

24   organizations from the Department of Treasury.  You are not

25   going to find any of these committees on that list.  But it

doesn't matter.  Why?  Because Hamas is designated.  Okay.

Terrorist organizations are like a cancer.  You can blight it out in one place and it pops up in other places.  It is impossible, the evidence will show, that it is impossible for the United States government to separately designate every single committee, every single charitable organizations.

It would be easy if Treasury Department, the United States government tried to close down one, to just move across the street and put up a sign with a different name.  It is not possible to designate everything.  But when Hamas is designated, that means you can't give to any organization that you know is Hamas, and these Defendants knew that these committees were controlled by Hamas.  You will see that through the evidence.  They knew who the people were.  They knew the committees.  They talked about these committees in Philadelphia by name.  You will see documents from Mr. Elabarasse's house that lists these committees by name and says, "These committees are ours."

You will see evidence that they knew where they were sending their money.  And yet they put that money into the hands of these committees, which was putting money into the hands of Hamas, and that is illegal.

Now, you may also see that the United States government made a few mistakes on occasion.  We have an agency in the U.S. government that gives out charity in troubled places

abroad, and you will see evidence that on occasion the United

States government gave money to some of these committees. But

again, those are mistakes. The United States government is

learning about how to uncover these sorts of organizations and

how to understand where the terrorist organization is

controlling another organization. Okay? The difference is

that the United States government didn't intend to give to

Hamas. These Defendants intended to give to Hamas, and the

evidence will show that, again, that they knew where the money

was going.

And remember the evidence will show what the mission of

the Holy Land Foundation was. The mission was to support

Hamas.

Now, I have three requests that I am going to make of all

of you during the course of this trial. The first one I

already touched on, and that is that I would recommend that

you take notes, because even this morning you have probably

heard more names than you can possibly remember. So it will

be helpful to you to be able to write those down so you will

have them when you go back for deliberations.

The second thing I am going do ask for you is to think

like a terrorist organization. What does that mean? This

case is about unraveling deceptions. You are going to hear

evidence that one or more of these Defendants lied on multiple

occasions. You are going the hear that they lied on travel

documents, that they lied in sworn court statements, that they

lied to the media, that they lied to the American public.

There is a lot of deception. Remember the words of Shukri Abu

Baker, Defendant Abu Baker, in Philadelphia. He said, "War is

deception." So you have to look at the evidence in that way.

You are unraveling a deception. So try to think like a

terrorist organization. What would they do? A front

organization trying to survive trying to keep raising money

without being detected.

The last thing I am going to ask you to do is to listen

to all the evidence carefully from both sides and the Court's

instructions that he will give you at the end of the case, and

focus on the law, because you are going to hear a lot of

things to try to distract you from the law. When you hear

about Israeli occupation and hear about Israeli settlements,

and you hear and see pictures of children with backpacks and

you will hear about the First Amendment, just ask yourself

what does that have to do with the law that says you can't

give charity to a terrorist organization? Keep that in mind.

Now, I am going to make one prediction, and that is that

at some point during this trial one of the lawyers from the

Defense is going to stand up and say, "These men are not

accused of a single act of violence." You might hear that.

But remember that money is everything to a terrorist

organization. Money is the life blood of a terrorist

1    organization.  And these men put money into the hands of

2    terrorists, and that terrorist organization commits heinous

3    acts of violence.

4         So I want to end where I started, which is that this case

5    is not about charity.  It is about this law.  In the United

6    States you cannot give money to a terrorist organization, even

7    if it is charity, for any part of that terrorist organization.

8    So while this is a big case and a bit of a long case, that is

9    really all there is to it.

10        When you hear all the evidence, I am confident that you

11   will apply the law and that you will find each of these

12   Defendants guilty as charged in the indictment.

13        And I thank you for your time, your attention, and for

14   your service as jurors.

15             THE COURT:  Thank you.

16        Ms. Hollander?

17             MS. HOLLANDER:  Thank you, Your Honor.

18        Good morning.

19        This case is about delivering charity to people who

20   desperately need it.

21        The Prosecutor was right about one thing--not one of

22   these men, including my client Shukri Abu Baker, is charged

23   with committing a single act of violence against anyone.  That

24   is not distraction.  That is reality.

25        I would like to start by introducing you to someone Ms.

Duncan my co-counsel and I have come to know, and that is

Shukri Abu Baker.  You are going to learn in this case that he

has dedicated his life to helping poor children, suffering

people around the world, particularly the families and

children of Palestine, and you are going to learn that they

are among the poorest and neediest people in the world.

It is true that the Holy Land Foundation was everything

to Shukri and he was everything to it.  It was his life, it

was his love, and it was his hope for the children of

Palestine.

Now, the Prosecutor just said these men are Palestinian,

but let's start there with what is reality, because that is

not entirely true.  Shukri Abu Baker is an American citizen.

He wasn't even born in Palestine.  He was born in Brazil.  His

mother is Brazilian.  His father is Palestinian.  He was born

in South America.  His mother's family are all Brazilian and

they are all Catholic.  His father's family are all Muslim

from Palestine.  So as a really multi-cultural family, maybe

it is correct to call him a Palestinian-American, or perhaps a

Palestinian-Brazilian-American, but that is what reality is.

He worked full time at the Holy Land Foundation every

single day from the day it opened until it closed in 2001.  He

was responsible for it and he accepts that responsibility,

because he believes so strongly in it.

But we have to go back to 1948 and talk about it a little

more than the Prosecutor did to understand what happened. She said that Israel was created out of this land that was Palestine, and showed you a map of Israel and the Middle East. And that is a helpful map, but it made it sound like Israel was just created out of this empty land. Well, that is not exactly what happened.

But let's start a little bit with size, because she told you a little bit about size, and I want to show you something that we are all very familiar with here, and that is just to give you some perspective here, this is what this would look like if it were in the state of Texas. And it is pretty much what she said, but here is the whole area. This part is Israel, and this part, we are going to learn, is the part that Israel occupied since 1967, but the whole thing would fit into this tiny little bit of Texas.

And of course it is a long ways away, but what happened in 1948 is when the country of Israel, we call it the state of Israel but it is a country, the country of Israel was created. Jews came from all over the world to settle there. But there were already people there. There were the Arabs, Muslims, and Christians who were already living there who had lived there for generations, many of them, and they had homes and farms and olive groves and animals and children. And as a result of the conflicts and the wars around the creation of Israel, nobody knows for sure, but somewhere between 750,000 and

1    1,000,000 Palestinian Arabs, Muslims, and Christians fled or

2    were forced to leave Israel at that time.  They ended up in

3    refugee camps, and many of these camps still exist today.

4         Now, these camps, these refugees created a huge

5    humanitarian crisis, which she also didn't tell you about.

6    That is part of the reality.  It was so overwhelming that the

7    United Nations had to create a special organization.  It is

8    called the United Nations Works and Relief Organization.  And

9    it is usually known by its initials UNWRO.  And it had to

10   create that just to deal with these refugees.  Many of these

11   refugees still live in the Gaza Strip and in the West Bank,

12   the area we will call the occupied territories or we also call

13   Palestine.

14        And these are some of the people who Holy Land helped to

15   survive, to live, not to live better, but just to live--the

16   people in these refugee camps.  I just want to show you a

17   picture of one refugee camp that exists today.  This is a

18   picture of the refugee camp, and the gentleman where my finger

19   is, you will see that again, he had the Holy Land logo because

20   he was taking some supplies into the refugee camp.

21        But UNWRO, the UN couldn't provide everything that

22   Palestinians need to survive, and the Palestinians -- those

23   Palestinians and other Muslims who had more money tried to

24   help themselves through the local charities.

25        And zakat is not just the name of a committee.  Zakat is

1    a fundamental tenant of the Muslim faith.  It is an Arabic

2    word that means something like charity or tithing, but Muslims

3    are required by their religion if they have any funds to give

4    to those less fortunate.  But when they want to donate they

5    have to figure out who are the neediest people, so

6    historically they created committees, local volunteers who get

7    together to help decide how to donate the money so that it is

8    accountable and they are accountable.  And you will see their

9    books are audited, they are accountable to the government, so

10   the money really goes where it is supposed to go.

11        You are going to hear a lot more about this.  She said

12   that the evidence is going to show these zakat committees are

13   controlled by Hamas, and that is simply not true.  They were

14   started long before Hamas, even before Israel existed, and you

15   are going to learn a great deal more about them.

16        And their licenses do matter.  That is reality, not

17   deception.  They have licenses.  They have registration.  They

18   are audited.  They are very significant organizations

19   throughout the Muslim world, not just in Palestine.

20        But they are particularly important in the West Bank and

21   Gaza, because for many years there was really no functioning

22   government so there was no way to provide services for the

23   people who need them.  And the people were desperately poor,

24   and the zakat committees are known to be honest and fair and

25   could be trusted.

1    You will also learn that the United States government is

2    the largest single contributor to this UN organization that

3    provides for the same people and worked with the same

4    organizations that Holy Land worked with.

5    Now, the Prosecutor told you again that there was another

6    war that started in 1967 known as the Six-Day War.  And this

7    is a very significant war because that is when Israel took

8    over the occupied territories.  That is when Israel began to

9    occupy not just this land that it got in 1948, but all the

10   rest of this land over here, this kidney-shaped area and the

11   Gaza Strip which is right here.  And it is called the occupied

12   territories because Israel occupies it.  And that is very

13   significant.  Now, that is where the refugees were living from

14   the first war, and now there were more people, more

15   Palestinians who were living there who had also been living

16   there.

17   This occupation has led to tremendous economic suffering

18   and to another humanitarian crisis.  And to understand

19   Shukri's intent and his state of mind in devoting his life to

20   giving money and charity to Palestine, you have to understand

21   this suffering and its causes.  That is reality.

22   Under international law you will learn, that the U.S.

23   also supports, Israel was not supposed to move its own people

24   onto this land that it occupied.  It had two obligations under

25   international law.  One is not to move its own people on to

take over the land, and to provide for the people.  If it is
going to occupy the land it has to provide food and water and
supplies.

Well, Israel started immediately after 1967 moving its
people in, taking over land from the Palestinians, and has
failed miserably in providing for the Palestinians.  And that
is when Israel built these settlements.  That is what they are
called--settlements.  They are actually actual cities.  Israel
moved Jewish people into these settlements, and that meant
that the Palestinians lost land.  And the Palestinians lost
some of their livelihood, and their economic situation
worsened.

You will learn that the United States has repeatedly
asked Israel to stop building these settlements.  And they
figure into this case in many ways, because Palestinians work
their land they have to be able to get to their land, their
children have to be able to get to schools, sick people have
to be able to get to hospitals.  But once the settlements were
built, then Israel built roads around to get from the
settlements for the settlers, the Jewish settlers, to get
where they wanted to go.  These are called bypass roads.  They
had big walls around them, and the Arabs are not allowed to
drive on those roads.

Well, the roads, too, cut through their land because
Israel took land to make those roads.  And in addition, the

1    Palestinian roads are bad and they have to wander around these

2    roads that are now all over the West Bank to get where they

3    need to go.  So there are people who a house is on one side of

4    the road and their olive groves are on the other side, and

5    instead of being five minutes away it may be a day's drive to

6    get to where they have to go.

7         This created another need that Shukri and Holy Land

8    sought to fill, and it added to the anger and resentment

9    against the Israelis.  Then Israel created checkpoints to

10   protect their settlements and their bypass roads, and these

11   checkpoints are all over the West Bank so that Palestinians

12   who need to go to school or hospitals or need to go to work

13   have to wait in long lines, and sometimes can't get where they

14   need to go.

15        This creates another huge humanitarian crisis and other

16   economic crises.  Trucks full of produce rot because they

17   can't get through because the checkpoints get opened and

18   closed by the Israelis who have complete power over them.

19        You will learn that one of the things Holy Land did was

20   help provide for local hospitals, because the Israeli

21   hospitals that they provided were abysmal, and people needed

22   local hospitals they could get to without going through the

23   checkpoints.

24        There is going to be no dispute in this case about how

25   desperately poor the people in the occupied territories are.

That is the Palestinians.  Israel does provide for the
settlers.  They have all the food and water that they need.
They are provided for by Israel.  It is the Palestinians who
are not.

So that is why really we have the Intifada that started
in 1987.  The Palestinians had taken all they could take.  But
the resistant took many forms.  Certainly some people, young
people, threw rocks at the soldiers, but some went on peace
marches, some waived Palestinian flags.  All of that resulted
in people getting arrested.  Israelis didn't make distinctions
who was throwing rocks and who was on a peace march.  So
hundreds and hundreds of people were arrested at that time.
Some of them were injured by Israelis shooting rubber bullets.
People were killed.  This raised the anger and it raised the
humanitarian crisis that resulted, because people were now in
prison and, therefore, children had no fathers to take care of
them.

And, of course, Israel doesn't have all the legal
protections that we have, so people could be detained for a
long time without any evidence.

The needs of the Palestinian people dramatically
increased during this time.  That is when Holy Land was
created.  The Government is trying to convince you that
because Holy Land was created at approximately the same time
Hamas started, that somehow they are connected, but they are

1    not and you will see that they are not.  Holy Land focused on

2    the needs of the people and kept itself out of politics.

3         I want to give you one little example.  The Government is

4    going to try to convince you Holy Land supports terrorism,

5    when really it was a legal response to a humanitarian crisis.

6    And I will tell you this very briefly, you will hear more

7    about it, and it was mentioned in the indictment, that there

8    were -- Israel deported 400 men in 1992 and sent them to a

9    wasteland in the middle of the Winter.  It is true that Holy

10   Land came to their aid.  It is also true that they were never

11   accused of a single crime.  It is also true that the United

12   States of America and many other countries in the UN condemned

13   Israel for this act, and finally Israel relented and took the

14   men back.  None of them were ever charged.  They just simply

15   went back home.  But Holy Land the Red Cross, the UN, and many

16   other agencies immediately went to their aid, otherwise they

17   would have starved and frozen to death.  This was in 1992.

18        Some of them indeed were members of Hamas, but it was not

19   illegal at that time to provide support for Hamas, and the

20   entire world, including our government, said that these men

21   had to be returned home.  Think of that when you hear the

22   evidence about them.  There was nothing illegal about giving

23   to charity to members of Hamas in 1992 and that is very, very

24   important.

25        The next thing she talked about was Oslo, and again she

didn't exactly tell you the reality.  This was not a peace

agreement.  It was not intended to be.  It wasn't called that.

It is called the Oslo Accords.  Nor was it an agreement

between two countries.  The Palestinians agreed to recognize

the country of Israel, but Israel did not agree to do anything

other than negotiate with the Palestinians, and Israel did

not, and to this day does not, agree to the creation of any

part of the occupied territories being a Palestinian state.

The Prosecutor focused on how Hamas opposed Oslo, and

that is true, but there were many, many others who opposed it.

Palestinians, Arabs, Christians, and Muslims opposed it.  Many

Israelis opposed it for other reasons.  Many Americans opposed

it.

And she said there was a wave of violence after Oslo, and

that is also true.  But again, one of the things that

happened, and it was a horrible thing, was that a Jewish man,

one of the settlers in the occupied territories, actually

assassinated the prime minister of Israel, Yitzhak Rabin,

because he had signed the Oslo Accords and this man was

opposed to it.  Now, you can be sure that that man, that

Jewish terrorist, did not support Hamas.

From this perspective of the Palestinians, and from

Shukri's perspective, the Oslo Accords was devastating.  They

were afraid no one was going to pay attention to the people of

Palestine; more, that more land would be taken and more

1    Palestinians would be driven into poverty and never have an

2    independent state.

3        It is against that backdrop that Shukri met with other

4    men in Philadelphia.  And again she only told you part of the

5    story.  They did meet and they talked.  And thank goodness we

6    have freedom of speech and freedom of association and freedom

7    of religion in this country, because all they did at that

8    meeting was talk.  And it is not a crime to affiliate.  It is

9    not a crime in this country ever to speak your mind, even to

10   speak your mind about an illegal organization.

11       The meeting was in a public hotel.  Everyone used their

12   own names.  They signed in.  The Government will show you

13   their airplane receipts to prove who was there.  There was

14   nothing secret about it.  And it took place before Hamas was

15   illegal.

16       And I just want to very briefly show you some dates to

17   keep in mind.  These are the dates to remember.  January 1995,

18   before that, that is when the law was enacted that made it

19   illegal to provide material support to Hamas.  The second one

20   is in 1997, and Holy Land closed in 2001.  Just keep those

21   dates in your mind.

22       You are going to hear things Shukri said during that

23   meeting.  He was distressed about what was happening.  He was

24   fearful.  Even though it was illegal -- It was not illegal in

25   1993.  It was two years before the U.S. put Hamas on the list

that made it illegal to provide support to it.  Israel had
been trying to put down the Intifada for a number of years,
and Israel arrested people for little or no reason.

Shukri had every reason to be fearful of Israel.  He was
going to go there.  His foundation was there.  People could be
punished for waving Palestinian flags.  He had to be careful
what he said.  And you will hear that he warned people not to
use the word Hamas, but you will also see that he said that
the charity had to be distanced from anything political.  He
told the people there, what the Prosecutor told you, "It
doesn't matter what you agree with or don't agree with.  We
have to be legal.  We have to be able to provide our support
to the people of Palestine.  We can't -- Our motto is need not
creed."  You will hear that again.

A few months after Philadelphia tragedy struck first in
Palestine and then in Israel.  A Jewish-American doctor who
lived in one of these settlements walked into a mosque and
killed, murdered 29 Muslim men while they were praying.  Not
long after that, Hamas sought revenge with suicide bombings
directed against civilians in Israel.  And not long after that
the U.S. put Hamas on the list of organizations that were
interfering with the peace process.  It was at that point in
1995 that it first became illegal to provide material support
to Hamas.

As soon as the law changed, Shukri gathered his employees

1    and again reminded them that Holy Land is not to be aligned

2    with any political organization.  "Our motto is need not

3    creed."

4         And Shukri and Ghassan Elashi, who was chairman of the

5    board, were so concerned about this that they hired lawyers.

6    They even hired a former Congressman, John Bryant, and you

7    will hear him tell you that they hired him to find out, "What

8    should we do?  We want to make sure we do everything legal."

9         He went to Washington.  He went to the State Department.

10   He went to the FBI.  He went to the Israeli embassy.  He said,

11   "Just tell us.  We want to make sure we stay on the right side

12   of the law."  No one in this government or at the embassy

13   would ever tell Holy Land to stop working with anyone.  No one

14   said stop providing charity to anyone or any organization.

15   And, in fact, that is because Holy Land wasn't breaking any

16   laws and they knew it.  None of these zakat committees were on

17   any list.

18        And as you have heard, the United States government was

19   also giving money to them.  It wasn't a mistake.  Let's look

20   at the reality.  The United States government, you will see

21   the documents, was giving money to the same zakat committees.

22   And you will hear particularly the United States Agency for

23   International Development, USAID, and you will hear about the

24   work that they did with the zakat committees.

25        You will hear from Mr. Ed Abington who was the former

consul general in Jerusalem from the United States.  He was

our United States -- the United States representative in

Jerusalem, Israel from approximately '93 to '97.  He visited

the zakat committees as a representative of the United States.

This is the same time period when Holy Land is providing

charity through the help of the zakat committees.  And you

will hear from Mr. Abington that he never received any

reliable information that these zakat committees were

controlled by Hamas or part of Hamas.  And you will learn that

none of the zakat committees or any of the charities listed on

this indictment was ever placed on this list.  Even now seven

years later they are still -- not a single one is on that list

that she talked about.

You will also find out that Holy Land provided also for

fathers who were killed by Hamas or suspected of being spies

for Israel.  It was need not creed.  An important tenant of

the Muslim faith is that a child is never to be held

responsible for the sins of the father, and that was an

important tenant of this charity.  Orphans are particularly

important in the Muslim faith, and you will hear more about

that.  They provided for any orphan who was in need.

So you might ask yourself what exactly did Holy Land do,

and I want to very briefly tell you you are going to hear much

more about this, but you heard about the backpacks.  These

kids couldn't go to school, many of them, because they didn't

have shoes and clothes to get there.  Holy Land provided

backpacks for children and the backpacks had everything they

needed for an entire year--pencils, pads, et cetera, even

shoes and clothes.  And I just want to show you one picture of

the kids with their backpacks.  Here they are.  And they are

outside.  You can see the Holy Land logo, and they have got

their backpacks filled with everything they need so they can

actually get an education.  This was very important to Holy

Land.

Holy Land provided orphans and families with monthly

stipends, during religious holidays provided them with food so

that they could celebrate their holidays.

Another thing that Holy Land did, Israel demolished homes

for various reasons.  If a member of the family was suspected

of being a terrorist, Israel would demolish the homes

sometimes of the entire family and the extended family.  If

people didn't have a permit to build, Israel would demolish

the homes.  If Israel wanted the land for some other purpose,

they would demolish the homes.  And then Holy Land would step

in.  And I want to show you a picture.  It is a picture of two

little boys going through what is left of their home to try to

find anything.  Holy Land couldn't rebuild their homes, but

what it could do was help them.  Holy Land and UNWRO both

provided tents for them until they could get housing.  And the

Palestinian Authority would find apartments, but the

1    apartments were empty and these people had nothing, so Holy

2    Land would provide basic necessities, and I will show you

3    that.  There you see the Holy Land representatives with a

4    mother and her children and the very basic things they need to

5    survive.

6         The Government can't say -- And you will hear much more

7    about the work that Holy Land did.  This was reality.  This is

8    not distraction.  The Government can't say it didn't know

9    where Holy Land's money was going all those years.  It knew

10   all the time from 1993 on that millions of dollars, the

11   millions of dollars you have heard about was being raised and

12   sent to Palestine and to some other countries.  They knew

13   exactly what it was doing and where the money was going

14   because they tapped the phones of the Holy Land office and

15   most of -- some of the men, including Shukri, his home phone.

16   They listened to their phone calls, they listened, read their

17   faxes, they read their emails, they saw the bank transfers,

18   they knew where every bit of this money was going the whole

19   time.

20        It is -- Holy Land is an Islamic charity, and you are

21   going to learn more about what that means.  Its founders,

22   including Shukri, are devout religious Muslim men, but it is

23   not a Hamas charity.  You will see Holy Land's records and you

24   can judge for yourself when you see the records they kept.

25   You will hear from experts who will explain to you more about

1    zakat, and you will learn that this is indeed a charity, a

2    charity that was desperately needed, a charity that was

3    Shukri's life, it was his love, and it was his hope for the

4    children of Palestine, and you will learn that Holy Land did

5    not give one single dime to Hamas.

6         Ms. Duncan and I and Shukri are confident that at the end

7    of this case you will find Shukri Abu Baker not guilty.  Thank

8    you very much for your attention.

9              THE COURT:  Thank you.  And we will do one more

10   before we take the lunch break.

11        Mr. Dratel?

12             MR. DRATEL:  Thank you, Your Honor.

13        May it please the Court.

14        Thank you.  Good afternoon.  It is just barely afternoon.

15   Good afternoon, ladies and gentlemen.  My name is Joshua

16   Dratel and I represent Mohammad El-Mezain.  I hope you can all

17   see him.  I can't move the monitor, but he stood up before and

18   told you he was not guilty.

19        The Government in its opening statement told you that you

20   will see a lot of documents, a fair amount of evidence, but

21   what this case will demonstrate to you is the difference

22   between the quality of evidence and just the quantity of

23   evidence.  And I submit to you the evidence you will see will

24   not be of a quality where the Government will be able to prove

25   its case beyond a reasonable doubt.

1    The important thing the Government has to prove, what it

2    really has to prove particularly with respect to Mr. El-Mezain

3    beyond a reasonable doubt, it has to prove to each and every

4    one of you that Mr. El-Mezain knowingly or intentionally

5    conspired to provide material support to Hamas in a particular

6    form, that he knew or intended that the charitable aid that

7    the Holy Land Foundation provided to zakat committees in the

8    West Bank was going to organizations controlled by or

9    operating on behalf of Hamas.

10    Now, Mr. El-Mezain is charged in only one count, Count 1,

11    which is a conspiracy count to provide material support.  And

12    for that count, and I will talk about it a little bit again

13    and you will hear about it throughout the case, the operative

14    date, the important date when that law became effective,

15    October 8th, 1997.  So nothing that Mr. El-Mezain did before

16    then can be considered a crime, not that it would be, but the

17    Government has acknowledged that it can't even be considered.

18    About the zakat committees, the organizations where the

19    money went, they are all licensed, they all pre-existed Hamas,

20    they are licensed by not only the Palestinian Authority, by

21    Jordan, they operated when Israelis controlled the territory

22    up until 1994 when the Oslo Accords gave authority to the

23    Palestinian Authority.  And the Government in its opening

24    talked about how these couldn't be designated.  None of these

25    zakats have never been designated.  As we sit here today they

1    are not designated.

2        And you will hear about the designation process.  You

3    will hear that the Government designates thousands of

4    organizations.  They designated certain other organizations

5    just like the zakat committees as being part of Hamas, but not

6    these where the money went.

7        You will also hear they could have been shut down at any

8    time, not only by the Palestinian Authority but by the

9    government of Israel.

10       There is only one witness who will come in and tell you

11   these zakat committees are affiliated with Hamas, in any way

12   or controlled by Hamas.  That is a witness from Israel who

13   will testify anonymously before you who has a bias and an

14   interest in this outcome of this case who, I submit to you,

15   when you hear his testimony and the cross examination and

16   consider it in light of all the other testimony and evidence,

17   that you will see not objective, not reliable, certainly not

18   beyond a reasonable doubt, which is the standard.

19       The Government will try to give you a slice, a small

20   slice of a piece of evidence, but then when you look at the

21   entire pie, when you zoom out from the small focus that the

22   Government gives you, you will see an entirely different

23   perspective about this case.

24       I will give you an example.  When they talk about the

25   Philadelphia meeting, Mr. El-Mezain wasn't even at the

1    Philadelphia meeting.  I will give you another example.  The

2    Government had a wiretap on Mr. El-Mezain's phone for a

3    decade, a decade, 1993 to 2003.  You will hear some of those

4    conversations, but think about a decade's worth of your

5    telephone conversations and then look at the evidence you will

6    see from that and say, "Does this prove the offense that Mr.

7    El-Mezain is charged with?"  I submit to you it will not.

8    None will be related to these charges.  None will prove these

9    charges in a decade of conversations that are recorded.

10       I am not going to repeat what Ms. Hollander said about

11   Holy Land's purpose and its mission.  I will just tell you

12   need not creed, and you will see that in the evidence.

13       Mr. El-Mezain was born in a town called Khan Yunus, which

14   is in the Gaza Strip.  His parents still live there.  He is

15   here in the United States with his wife and his eight

16   children.  And you will hear Abu Ibrahim, as sometimes he is

17   referred to, Abu means father and Ibrahim is the first son,

18   the oldest son.  That is a tradition in the Islamic world, the

19   father and then the name of the oldest son.  So he is called

20   Abu Ibrahim.  There is nothing unusual.  It is a common

21   custom.

22       He came to the United States in 1983, received his degree

23   in business from the most prestigious university in Egypt,

24   Cairo's Al-Azhar.  He first lived in fort Collins in Colorado

25   while studying for his Master's in economics, which he

1    received in 1985.  And then in 1989 he and his family moved to

2    Paterson, New Jersey where he became an emam, and he worked at

3    the mosque there.  He also raised money for an Islamic

4    Education Foundation.  He also raised money for hundreds of

5    mosques and other institutions in the United States--mosques,

6    youth centers, schools.  This was his skill and job.

7         From 1989 to 1999 he lived in Paterson, New Jersey and

8    worked for the Holy Land Foundation as the original chairman

9    of the board.  In 1999 he moved to San Diego with his family

10   and he has been in San Diego ever since.

11        And he also changed jobs with the Holy Land Foundation,

12   resigned from chairman of the board and became the director of

13   endowment and he has always worked as a community leader, an

14   interfaith community leader in that character as well.

15        Now, the Government will try -- they talked about

16   distractions.  Let me tell you about distractions.  What you

17   will see in the evidence, which is documents from people you

18   don't even know who wrote them, handwritten, they will try to

19   tell you this has something to do with this case, with Mr.

20   El-Mezain, these Defendants.

21        Time frames.  Keep in mind those time frames.  It bears

22   repeating.  Nothing about Hamas was illegal in the United

23   States, giving support to Hamas, material support, nothing was

24   illegal before 1995.  With respect to Mr. El-Mezain, that one

25   count it is 1997.  And 2001 are the last acts in this

1    indictment.  So when you talk about events and evidence that

2    comes after that, ask yourself what is the relevance.

3         Just as an aside, the Government said that Hamas

4    succeeded because they now control the Gaza strip.  It is

5    interesting that all the organizations to which Holy Land gave

6    money that are listed in this indictment are on the West Bank,

7    not controlled by Hamas, so ask yourself what is the relevance

8    of that.  And you will see the evidence from I will show you

9    it is not.

10        Mr. El-Mezain is proud of his work in the Holy Land

11   because they provided need to people who really need it, aid

12   to the most needy, those ignored, those unable to help

13   themselves, those without a government to protect them.  Now

14   he was not involved in the daily administrative aspects of

15   Holy Land.  He was a fundraiser, and that was his skill.

16        What happened in 1995 and again in 1997, you will see

17   from the evidence, it is as if you are in a business and you

18   have -- let's say you have a contract with the government, you

19   are a government contractor, and there are some suppliers,

20   subcontractors that are disqualified, for whatever

21   reason--prior criminal activity, suspicions, all these things.

22   So the government gives you a list you can't use these people.

23   That is 1995 a list to the whole world the designation

24   process.  These people, these organizations are considered

25   terrorists and you can't do business with them.  That is what

1    the list is about, the designation list.

2         What happens in 1995 is essentially you get this list.

3    "Okay.  I can't deal with A, B, or C, but I can still deal

4    with D, E, and F because they are not on the list."  And

5    imagine if years after that the government comes back and

6    says, "You should have known that D, E, and F were bad even

7    though we didn't put them on the list."  You had this

8    government contract and went and used these contractors that

9    were on the list because you thought it was okay, and years

10   later you find out no.

11        What happened in 1995 was that Holy Land knew that this

12   law had been passed.  There is no question about that.  Knew

13   Hamas was on the list.  Mr. El-Mezain knew that.  You will

14   hear the evidence.  But what Holy Land did, just as a business

15   would do if you had been using one of those disqualified

16   suppliers and then got a list that said you can't use them

17   anymore, you would do what Holy Land did--adjust to the new

18   law and comply with it.  Adjust to the new law and comply with

19   it.

20        And you can complain about it all you want.  That is your

21   right as an American.  You can say, "I don't agree with the

22   new list.  I think the supplier is okay."  You might call your

23   Congressman and say, "This supplier was good in the past.  I

24   don't know why they are on the disqualified list."  That is

25   your First Amendment right to petition for grievances to

1    associate, to speak your mind, to vice your opinions, which

2    you can do, and do business with that supplier.  That is what

3    Holy Land did--didn't do business with people who were

4    designated and with Hamas; adjust and comply, just like you

5    would do in any highly regulated business, which Holy Land

6    knew the microscope was on them all times, from the media,

7    from organizations, from the government.  You will see that

8    the last thing it would do is put itself in a position where

9    its mission could be compromised, its mission to provide aid

10   to needy Palestinians in the territories.  That was its

11   mission, and anything that would jeopardize that was the last

12   straw.  They would not do it.  Instead adjust and comply.

13       Now, the Government told you about telephone

14   conversations that Mr. El-Mezain will be heard on.  And again,

15   they have nothing to do with the charges, but you will hear

16   conversations.  And you will hear how he reacts to news of

17   death on either side, Palestinian or Israeli.  You will not

18   hear joy.  You will not hear enthusiasm.  And you will hear

19   other conversations which he does express joy, not about death

20   but about other things.  You will be able to tell the

21   difference.  You will be able to tell what kind of man he is

22   from that evidence.  You will be able to tell his intent from

23   that.

24       But those ten years of taped conversations will not

25   provide anything of what the Government needs, and neither

1    will the videos.  And the videos, when you see those videos

2    think to yourself "When was this said?  What was the state of

3    the law when these statements were made?  What exactly is Mr.

4    El-Mezain saying as opposed to what the Government

5    characterizes, and what is the context of the statements he is

6    making?"  Again, it won't prove anything to you about these

7    charges.

8         But what these telephone conversations and all of the

9    evidence with respect to Mr. El-Mezain won't show you anything

10   about talking about giving money to Hamas; nothing suggesting

11   that he thought that giving money to zakat committees meant

12   giving it to Hamas, or any suggestion that the zakat

13   committees themselves were connected to Hamas in any way.

14        The Government also spoke about the Muslim Brotherhood,

15   and the evidence will show you that even from the Government's

16   own witnesses the Muslim Brotherhood is not Hamas.  The Muslim

17   Brotherhood never been designated.  And it is in the United

18   States, and still exists in other forms, public and permitted.

19        Mr. El-Mezain told them he was a member of the Muslim

20   Brotherhood.  He told the Government that in an interview.

21   There is nothing hidden secret or nefarious about it.

22        Look at the evidence.  Look at it hard.  We ask you to

23   look carefully, pay attention.  That is very important in this

24   case.

25        The Government also talked about relationships that Mr.

1    El-Mezain is related to someone other Defendants or related to

2    people who might be connected to Hamas.  Keep in mind as we go

3    forward how much time the Government spends on that type of

4    evidence.  Associations, who you are related to, it is not a

5    crime.  The Government wants to make this a case about that

6    through the evidence that you will hear; not about Mr.

7    El-Mezain's intent and where the money actually went, because

8    that is what this case is about.  It is not a substitute for

9    evidence.  It is not a substitute for the proof beyond a

10   reasonable doubt.

11       The First Amendment is an important aspect of this case

12   because you will hear a lot of speech.  In fact, it may

13   surprise you, but it is true, but it is not illegal to

14   actually be a member of Hamas.  You could say, "I am a member

15   of Hamas."  It is not a crime.  What is a crime is to provide

16   material support for Hamas, and this case it is talking about

17   money going to Hamas.  It is not a crime to say, "I agree with

18   Hamas.  I am all for it."  It is not a crime to go out on the

19   front steps of the courthouse and read the Hamas charter out

20   loud every day.  That is all protected by the First Amendment.

21   That is not the crime here.  The charges are material support

22   in the form of money to Hamas.

23       So you will see and hear a lot of speech from all sides

24   of the issue.  Some of it will be angry.  Some will be

25   frustrating.  Much of it will be impassioned in one way or

another.  But under the First Amendment, that speech cannot be

punished unless it is intended to or it is capable of inciting

imminent unlawful conduct, and none of that is the case here.

    Think about being a terrorist organization.  Think about

that and you will see the evidence and you will see none of

this what Holy Land did, so much of it, and Mr. El-Mezain in

particular, is what a terrorist organization would do.

    The question is not who you talk to.  It is not who you

know or are related to.  It is not what you say.  It is not

your political beliefs.  It is about whether the Government

can prove to you beyond a reasonable doubt that Mr. El-Mezain

conspired, that he knew and intended that the money that Holy

Land gave to these zakat committees that went directly to

people was given to organizations with his knowledge and

intent that they were operating for the benefit of or

controlled by Hamas.

    At the end of the case I will come back to you and ask to

return the verdict that the evidence will show you is the only

verdict--not guilty for Mr. El-Mezain.  Thank you very much.

        THE COURT:  Thank you, Mr. Dratel.

    Members of the jury, we will go ahead and recess for

lunch.  I will ask you be back at 1:45.  We will plan on

starting at 1:45.

        (Whereupon, the jury left the courtroom.)

        THE COURT:  Anything from counsel before we recess?

1    See you back -- Yes, sir?

2            MR. DRATEL:  How much time do we have left.

3            THE COURT:  You used 15 minutes and Ms. Hollander

4    used 30, so you are right on where we were.

5            MS. SHAPIRO:  We have one request to make, and that

6    is when the jury comes back or the end of opening, or whenever

7    it is appropriate, will you be instructing the jury that the

8    pictures Ms. Hollander showed are not in evidence?

9            THE COURT:  Are they coming into evidence at some

10   point?

11           MS. SHAPIRO:  We will be objecting to them coming

12   into evidence.

13           MS. HOLLANDER:  The pictures I used were pictures

14   that came into evidence during the first trial, and they will

15   be coming back --

16           THE COURT:  You will be offering?

17           MS. SHAPIRO:  And we will be objecting.

18           MS. HOLLANDER:  We won't be offering the map that we

19   used.

20           THE COURT:  Right.  Okay.  Okay.  Well, I don't

21   think -- So when the evidence starts, you are requesting an

22   instruction that says anything they saw during opening

23   statements --

24           MS. SHAPIRO:  The same way opening statements are

25   not evidence, also anything they saw, that it is not evidence

1    at this stage.

2              THE COURT:  Are you planning on offering the maps

3    that you showed?

4              MS. SHAPIRO:  These maps I believe, yes.

5              THE COURT:  Okay.  Normally it is my practice to not

6    let lawyers use anything not in evidence so we don't have to

7    get into these instructions.  Let me get back with you on

8    that.

9              MS. HOLLANDER:  We are happy to move the map into

10   evidence, if that is what Your Honor wishes.

11             THE COURT:  I don't think -- You are not objecting

12   to that?

13             MS. SHAPIRO:  We are not objecting to the maps.  We

14   are objecting to the photographs.  We don't think those can

15   properly be authenticated at all.

16             THE COURT:  All right.  We will come back to this,

17   then.  We will be in recess until 1:45.

18                        (Lunch Recess.)

19             THE COURT:  Ms. Cadeddu?

20             MS. CADEDDU:  Thank you, Your Honor.

21        Counsel, ladies and gentlemen of the jury, my name is

22   Marlo Cadeddu, and I represent Mufid Abdulquader sitting at

23   the end of the table.

24        Jury trials are long endeavors and they can sometimes be

25   confusing.  Unfortunately, unlike on TV, things don't always

1    come in in the order you would like to see them so that you

2    can understand everything.  Things come in out of order and

3    they are sometimes a little confusing, and for that we all

4    apologize.  It is just how the rules work.

5         So my goal is today to give you, so you can think about

6    it, a little bit of a framework for how you are going to see

7    the evidence and how to categorize it.  I am also going to

8    tell you a little bit about Mufid Abdulquader, the man I

9    represent; who he is, what the charges are, and what the

10   evidence is going to be.

11        During the course of this trial you are going to learn

12   about Mufid Abdulquader, the man I represent.  You are going

13   to learn that he is an American citizen, that he is a civil

14   engineer who went to Oklahoma State University.  He is a

15   licensed professional engineer.  And he was born in the

16   Palestinian territories, what you are going to hear referred

17   to as the Palestinian territories.  He, like every immigrant

18   that comes to the United States, was looking for a better life

19   for himself.  That is how he ended up here.

20        The life he left behind, though, and the life so many

21   Palestinians live is a very, very difficult one.  And you have

22   heard something about that and will continue to hear about

23   that as this case goes on.

24        Ms. Hollander told you a little bit about in 1948 the

25   state of Israel was created, and in that process almost a

million Palestinians were uprooted from their homes and became refugees in the West Bank and the Gaza Strip, the Palestinian territories.

After about 20 years in 1967, not quite 20 years, there was another war that both the Prosecution and Ms. Hollander told you about--the Six-Day War.  Mufid's family is from Silwad in the West Bank.  So when the state of Israel was originally created in 1948, his family wasn't expelled at that time, but in the 1967 war his home was bombed and his family fled to Kuwait.  He was eight years old at the time.

You will learn that in this trial Mufid spent most of his young life, grew up in Kuwait, but in 1980 he had the opportunity to come and study in the United States.  He came to Oklahoma and started attending Oklahoma State University.

While he was at OSU he met his now wife Diane White, who was studying math and industrial engineering.  They have been married for 23 years, and they have three daughters Zaneb, Sarah, and Nadia.

Now, one of the things that I want to talk to you about is how Mufid ended up here in Dallas and what that process was.  After graduating from Oklahoma State University Mufid went to work for the Oklahoma Department of Transportation as a civil engineer, and you are going to hear he worked there for about nine years.  At the end of nine years he was offered a position here in the City of Dallas working as a civil

1    engineering on community development projects like the Bishop

2    Arts District in Oak Cliff.

3         You are going to learn Mufid in his free time is a

4    motivational speaker who has been invited to speak at area

5    high schools about education and being motivated in life.  He

6    has also volunteered and continues to volunteer for lots and

7    lots of area organizations--mosques, schools, community

8    organizations.  And one of the organizations that he

9    volunteered his time for was the Holy Land Foundation.

10        There is another very important fact that you are going

11   to hear about Mufid, and that is probably what most of the

12   evidence will be about.  He is also a singer.  He is a

13   traditional Palestinian folk singer, and he was and has been a

14   traditional Palestinian folk singer from the time he was a

15   little boy.

16        Shortly after Mufid moved to the United States, which was

17   in about 1980, as I told you, he joined a traditional

18   Palestinian music group called Al-Sakhra.  Al-Sakhra means the

19   rock, and that was the name of the band for a number of years.

20   After a few years the band actually changed names, and so

21   another name you are going to hear in evidence is al-Najoon.

22   Those two names are names for the same band, and Mufid was a

23   member of that band for more than a decade.

24        The band had lots of different members over the course of

25   its existence, probably more than a dozen.  And really a band

1    is kind of a misnomer.  Really it was a singing group.  Music

2    is played and a number of men sing traditional Palestinian

3    songs in Arabic.

4         The band was hired as a lot -- There are actually a lot

5    of Palestinian folk bands in the United States, as there are

6    Greek bands and Italian singing groups and Irish dancing

7    groups.  And one of the things that the al-Najoon or Al-Sakhra

8    band was to do was to play weddings also cultural festivals

9    for graduation ceremonies, for all sorts of the kinds of

10   cultural festivals and cultural festivities that you can

11   imagine takes place in an ethnic community in the United

12   States.

13        One of the types of events that the band was also hired

14   to perform at was fundraisers, and some of those fundraisers

15   were Holy Land fundraisers, and some were fundraisers in which

16   Holy Land participated in and raised money.  The Government in

17   this case is prosecuting Mufid as a volunteer and band member.

18        You are not going to hear any evidence he was an employee

19   of Holy Land, that he was on the board of Holy Land, that he

20   helped establish Holy Land, that he had anything to do with

21   where Holy Land decided to send the money, what the goals of

22   the organization were, or any of the issues about where the

23   money went in the end.

24        So what we need to do, because he is being prosecuted for

25   his work as a volunteer and a singer, we need to talk about

1    his volunteer work and his singing work, and I am going the

2    tell you a little bit about what those detailed in more detail

3    than I have already.

4        Mufid is charged in three counts with conspiracy to

5    provide material support to a designated terrorist

6    organization.  And as I said before, the way that the

7    Government alleges he did that is being a Holy Land volunteer

8    and a singer in the band.

9        I want to talk about the singing first because it is

10   really the bulk of the evidence in this case.  Most of the

11   evidence in this case against Mufid is going to be in the form

12   of videotapes of his singing and dramatic performances at

13   various functions.  You are going to see a whole lot of those.

14   I think there are close to 10 of them.  Those videotapes date

15   largely from the late 1980s and early 1990s.

16       In the videotapes what you will see is clips of actual

17   life in the Palestinian territories and various events that

18   were going on in some of them, and some of them you are going

19   to see singing -- In all of them you are going to see singing

20   and performing about the events that were going on in the

21   Palestinian territories at the time.  They are basically a

22   snapshot about what the political and cultural happenings were

23   in the Palestinian territories at the times that these videos

24   were made.

25       So if we take ourselves back to the late 1980s and early

1    1990s, in the 1980s the Israeli occupation of the Palestinian

2    territory was in its second decade.  What the occupation

3    means, as you have heard, is that Israel militarily occupied

4    the West Bank and the Gaza Strip, and also began engaging in

5    settlement activity, so invited Israeli Jewish settlers to

6    establish towns in what had been and what was Palestinian land

7    in the West Bank and Gaza.

8         During those settlement activities, the result of the

9    settlement activities was the towns were built up in the

10   middle of Palestinian land and the Palestinians were excluded

11   from their traditional land.  They lost their fields.  They

12   lost their crops, as you heard about.  And the reason I bring

13   this up is because those are the subjects that is the -- Those

14   are to topics you are going to hear about in the songs.  These

15   songs are entirely about the political happenings and what is

16   going on during that time in Palestinian history.  It is

17   political speech, political songs, political skits.

18        There are also other things that are going on at the same

19   time you are going to hear about in the songs, and those

20   involve the arrest of Palestinians and the detention without

21   charge.  The songs talk about being arrested, they talk about

22   "No matter how many people you arrest, no matter how many

23   people you kill, we are still going to resist because your

24   occupation is illegal."  You are going to hear that

25   terminology and that theme throughout the songs that are going

1    to be put into evidence.

2        You are also going to hear skits, you are going to see

3    skits in which an actor, person, plays a particular character

4    and another person plays another character, and in one skit in

5    particular you are going to see a person play an Israeli

6    soldier and you are going to see Mr. Abdulqader playing an

7    Arab and someone who talks about Hamas, someone who identifies

8    with Hamas.  Remember, these are going to be in the late

9    1980s, and I will talk about the significance of the date in a

10   second.  But those characters debate.  They have a political

11   debate.  They argue, "It is my land."

12       "No, it is my land."

13       "No, I have a right to it.  I have been here forever."

14       And it is a political dialogue that you see these

15   characters have, and in the end they actually battle and fight

16   symbolically for the land.  So what is -- That is what is

17   going on.  That is the context of the late 1980s.  There is a

18   lot of seething resentment in the Palestinian territories as a

19   result of the Israeli occupation.

20       In 1987 there is an event that is really a catalyst.  It

21   sparks something called the Intifada that you heard about.  It

22   is not the only thing that -- It is not the reason for the

23   events.  It is just the spark that lights up all this

24   resentment that people have been feeling.  That event Ms.

25   Shapiro actually called a car accident.  I would say car

accident is whitewashing the event quite significantly.  In
fact, an Israeli tank manned by Israeli soldiers ran into a
group of Palestinians from one of the refugee camps and killed
them, and it was that incident that sparked the uprising that
we talk about as the Intifada.  That Intifada is actually
called the first Intifada.

There was a second that happened a few years later, but
that Intifada is -- Intifada is called uprising, actually it
means uprising.  And that Intifada happened at the end of the
1980s, as a set of mass demonstrations among Palestinians who
are living in the occupied territories.  The first Intifada
had a real effect on what people around the world,
Palestinians around the world, were saying and doing about
what was going on in their native land.  It really -- You will
see in the videos that there is a lot of discussion about the
Intifada, a lot of singing about it.

One of the things that happened in the Intifada is that
children teenagers threw rocks as a symbolic measure of
resistance against Israeli soldiers.  Many people my age will
remember seeing on the TV children throwing rocks at the
Israeli soldiers.  There is a theme about rocks and children
throwing rocks, and you will hear about all of that in the
music and in the skits.

There were people killed in the Intifada.  Israel put
down this resistance, and there were a lot of people,

thousands of Palestinians who were killed.  Those people are

known as shahid, which is the Arabic word for martyr.  Martyr,

you will learn, is not a suicide bomber.  You are going to

hear experts and a lot of testimony that a martyr to a

Palestinian is simply someone who died as a result of the

Israeli occupation.

Now, at the time of the first Intifada there was a lot of

sympathy for what people were going through in the

territories, and one of the things that happened -- There were

lots and lots of things.  There was a lot of sort of desire

for political action and for support around the world for what

the people in the territories were going through, and one of

the things that happened at that time, and the Prosecution

talked about that, is that Hamas was established.

The Hamas movement began at about the same time as the

first Intifada.  And initially among Palestinian people around

the world Hamas was seen as an answer to some of their

problems.  The PLO--and you have heard reference to that; that

is the Palestinian Liberation Organization; that is Yasser

Arafat's organization--was at that time sort of the

spokesperson, the unofficial spokesperson for the Palestinian

community worldwide.

Well, Yasser Arafat at the PLO had been unable to achieve

anything.  The situation had not changed in the Palestinian

territories for decades.  There was a lot of corruption.

1   People viewed the PLO at that time, and even after that, as

2   being corrupt and lining their own pockets, so there was

3   really this desire for something new, something that could

4   make a difference to the people who were there.  And so Hamas

5   was seen initially as that something new that could help the

6   people achieve their goals.

7        What you see, then, in the political talk and the

8   political songs, that you are going to see in the videos, is

9   that there is a lot of singing and discussion about Hamas.

10  People are really hopeful that Hamas is going to be the answer

11  to everything that they are going through, and so you will see

12  in the skits the people talk about Hamas and how excited they

13  are, and how maybe Hamas is going to be able to finally fight

14  Israel and get back some of the land for the Palestinians.

15       You are also in these videos going to see a whole lot of

16  anger and a whole lot of really hatred and resentment towards

17  the Israelis.  Palestinians believe Israel is the reason for

18  the way they live in the Palestinian territories.  You will

19  hear conversations, you will hear songs that talk about the

20  Jews and blaming all the troubles of the Palestinians on the

21  Jews.  That language is not pretty.  It is not politically

22  correct.  It is sometimes ugly and hateful.  But it is speech

23  and it is real feelings expressed by real people who really

24  care about the things that they are seeing happening in their

25  homeland.

1    What you are going to see -- Well, actually let me take a

2    step back.  An important thing to remember, and I think some

3    of my co-counsel have touched on this, is the dates really

4    matter in this case.  They are really important.  The January

5    24th, 1995 date, the date that Hamas was designated a

6    terrorist organization is a critical date to remember.

7    Another critical date to remember is 2001, December, I believe

8    4th, 2001, when Holy Land Foundation stopped operating.  What

9    we need to focus on, ladies and gentlemen, are the events that

10   took place between that period.  When you hear something that

11   happens decades before or decades later, that is really just

12   not what we need to be focused on.  And part of the reason for

13   that is that as we all know hindsight is 20/20, so when

14   someone shows you a videotape in this case and people are

15   talking about Hamas and how wonderful Hamas is, we are not

16   talking -- People are not doing that in 1995.  They are doing

17   that in 1997, 1998, 1999, 2000, when they are just desperate

18   for an answer to the problems that are happening over in their

19   homeland.

20       So what happens in 1995 when Hamas gets designated?

21   Well, what you will see as you see the progression of evidence

22   in this case is that people stop talking about Hamas.  The

23   Palestinians in this country, you are not going to see a whole

24   lot of videos where there is any discussion of Hamas.

25       Now, as Mr. Dratel told you, it is perfectly legal today

1   and forever to stand up and say, you know, "I love Hamas.  I

2   want to read the Hamas charter on the courthouse steps,"

3   whatever you want to do.  It is okay to talk about that.  But

4   people, Palestinians in this country remember where they were

5   coming from.  They were coming from a country where it was

6   illegal to fly their flag, where they could be detained for a

7   year without any charges, and they were afraid.  So as a

8   result of being afraid, they stopped talking about Hamas

9   entirely, and you are not going to hear anymore about it after

10  1995.  And that is not because they were -- That is not

11  because there is something wrong with talking about it.  It is

12  simply because they want comply with the law.

13      You are going to hear the band that Mufid was a part of

14  was hired to perform around the country at all sorts of

15  events; not just Holy Land fundraisers, but it did include

16  some Holy Land fundraisers.  Like any other band that gets

17  hired to perform gigs, there was a band manager who charged

18  expenses to whoever hired the band, who bought the tickets to

19  go to whatever venue was involved, who dispensed whatever fee

20  was paid to the band to perform, to the various members of the

21  band.  And you are going to see evidence of that.

22      You are going to see airplane tickets, and you are going

23  to see the operation of the band, and you are going to hear

24  from an accountant who is actually the Holy Land Foundation

25  accountant talking about that.

1    I want to turn for a second to Mufid's volunteer work

2  with the Holy Land Foundation.  The evidence is going to show

3  that -- By the way, there were -- I think I may have said

4  this, but there were more than a dozen members of the band for

5  the number of years it was in existence.

6    Turning to Mufid's volunteer work for Holy Land, the

7  evidence is going to show that he was one of many, many Holy

8  Land volunteers; tens of volunteers, 30 or 40 probably, it is

9  a little hard to say because there aren't always records of

10  people who volunteer their time and people volunteer their

11  time in many ways.

12    You are not going to see Mufid's name on a single

13  employee list because he was not an employee.  You are not

14  going to see documents that he founded the organization.  You

15  are not going to see any evidence that he had anything to do

16  with the board or with board membership or with any decisions.

17  You won't see his name on checks.  You are not going to see

18  his name on any wire transfers or anything like that.  He was

19  a volunteer who volunteered his time to raise money for the

20  Holy Land and other organizations.

21    You are going to hear from witnesses who are going to

22  explain to you about zakat.  And you heard a little bit about

23  that already.  Zakat is a name for a charity or tithing in the

24  Muslim faith.  And you can give zakat -- I mean, it is very

25  similar to the Christian faith.  You can give zakat by giving

money, actual money to needy people.  You can also do it by
giving of your time and donating your time to an organization.
And that is actually what Mufid did.  When he was volunteering
for Holy Land, he was giving zakat.  He was doing his duty as
a Muslim, unlike -- I want to draw a distinction here.  Unlike
when he performed with the band, though Mufid was not a paid
fundraiser.  He was a volunteer.

His expenses were reimbursed.  And you are going to hear
from the accountant that there are going to be records, he had
to turn in receipts, as every volunteer fundraiser did, he had
to collect the receipts for parking and airport and meals and
that sort of thing and then turn them in to be reimbursed.
And you are also going to see on one occasion a list of
people, including volunteers, who were given a check, a bonus
check on Eid, which is like our Christmas, when they give out
gifts, and that check is going to be a thank-you for all the
time and effort he had given to the Holy Land over the years.

To sum up, the evidence is going to show that Mufid was a
member of a band that had more than a dozen members and was
hired to perform at various events--weddings, graduations,
fundraisers, including the occasional Holy Land fundraiser.
You are going to see evidence that he was also a volunteer
fundraiser.  He was one of many.  He was not -- He didn't
raise anymore money than anybody else.  He was a good
fundraiser, but you will see plenty of people who raised more

1    and plenty of people who raised less.

2        So you may actually be wondering why it is that when

3    there are a dozen band members and there are, you know, let's

4    say 30 or 40 volunteers, why he is sitting at the end of the

5    table over here, and you are going to hear about that.  You

6    have in fact heard about why that is.

7        The answer is, ladies and gentlemen, this guy right here.

8    This picture is a photograph of specially designated terrorist

9    Khalid Mishal.  Mr. Abdulqader has the unfortunate coincidence

10   of being Mr. Mishal's half brother, an accident of birth that

11   the Government seeks to exploit for its benefit.

12       At the beginning of my opening statement I told you that

13   the framework for thinking about this case is the First

14   Amendment.  The First Amendment protects our right to free

15   speech, freedom of religion, assembly, and association, and

16   those are rights that all of us have that all -- That

17   particular amendment to the United States Constitution is one

18   that we all hold dear and we don't think about very much, but

19   we just all know we have those rights.  It is something that

20   we feel deep down in our guts and that we don't really have to

21   think about a whole lot, but we do all recognize when those

22   rights are infringed.  Every single piece of evidence you are

23   going to see in this case is going to fall into one of those

24   four protected categories--speech, religion, association, and

25   assembly.

1    The Government is going to play tapes of Mufid Abdulqader

2    saying a lot of stuff that Israel doesn't like.  They are

3    going to try to use the things that he said about Israel in

4    order to turn his volunteering for the Holy Land into

5    something ugly instead of the religious duty it was.  And they

6    are going to tell you to find him guilty because his brother

7    is Israel's Enemy No. 1.

8        I would like you to please listen to all the evidence

9    very, very carefully and recognize it for what it is, which is

10   an attempt to punish Mr. Abdulqader for exercising his First

11   Amendment rights, and for the fact that he is related to a bad

12   guy.

13       At the end of this case, after you have heard all the

14   evidence and you have considered everything, I know that you

15   will return the verdict that is the only one permitted under

16   the evidence in this case, and that is not guilty.  Thank you.

17            THE COURT:  Thank you, counsel.

18       And Mr. Westfall?

19            MR. WESTFALL:  Your Honor, may I have just a moment

20   to get set up?

21            THE COURT:  Sure, yes, sir.

22            MR. WESTFALL:  Thank you, Your Honor.  May it please

23   the Court.

24       Hello, ladies and gentlemen.  I want you to do me a

25   favor.  Look at your computer screens.  I want to show you

something.  See that right there?  That is a picture of a

Palestinian child.  That is the type of picture that was on

orphan applications that the Holy Land Foundation used to get

sponsors for these Palestinian children.  That is also the

reason that Abdul Odeh got up and went to work every day.

You know, Abdul has been a citizen of the United States

for 20 years, but before that he was born in Silwad in the

Palestinian West Bank in the occupied territories.  Before he

was one-year-old his family moved to Kuwait so his father

could get work.  And Abdul came here in about 1982 to go to

college, and stayed, and has now been a citizen for 20 years.

After finishing college and doing a couple of other

things, limousine driver, odd jobs, he took a $25,000 a year

job with the Holy Land Foundation in February of 1994, and

what he did was he manned the New Jersey office of the Holy

Land Foundation.  He had no employees.  He was the only

employee in the office.

He would go and tend to coin boxes, like you have at

7-Elevens for handicapped kids.  You have seen the coin boxes.

They had those.  He would go to mosques and collect donations

that they made for the Holy Land Foundation.  And like Mufid,

I mean, he wasn't an incorporator of the Holy Land Foundation.

He wasn't one of the original guys.  He was never on the

board.  He didn't hire people.  He didn't fire people.  He

didn't make executive decisions.  He wasn't in the Muslim

1    Brotherhood.  He wasn't on the Palestine Committee.  He didn't

2    give speeches.  He was an employee of the Holy Land

3    Foundation.  But the number one thing he was is that he was a

4    relief worker.  And I would like to tell you a little bit

5    about the things that Abdul did while he was with the Holy

6    Land Foundation.

7        In 1996 Abdul went to the Canada Camp is what it is

8    called.  There has been a couple of lawyers that have

9    mentioned the refugee camps to you.  This is one of them.

10   When Israel was created, the Palestinians who lived there that

11   had to be moved away for the creation of the state of Israel,

12   they went to these refugee camps.  And now, like for instance

13   this refugee camp in Rafah, which is right on the Egyptian

14   border, there are families in there that the children and the

15   grandchildren of the original Palestinians that were taken off

16   their land were put into these camps.  And these people live

17   in just unimaginable poverty.  There is cinder block homes

18   with corrugated steel roofs that they live in.

19       And what Abdul did was he got two trailer loads of food

20   down in Egypt, and with a couple of other people he drove

21   those up to this place.  And, you know, the kids met them.

22   There is always kids, always kids.  And they met them at the

23   front.  And he went in to this place, that is a little U.N.

24   school, the United Nations school, school house, and that is

25   where they parked the trucks, and that is where they had

1    everybody line up to come get the stuff.

2        And you see this thing here, this is a sign-in sheet.

3    This is something they always did.  You will see these where

4    all the names of all the people who were supposed to get the

5    aid, they would come in and sign for it, and if they couldn't

6    sign, which a lot of them can't, they would put a fingerprint

7    down there, you know.  And you will see that.  They had to

8    show their U.N. credentials and everything, and they got their

9    aid off the truck.  They would get this little piece of paper.

10   And there is Abdul in Egypt administering this aid.  This is

11   what he did.

12       You know, I want to take a break and tell you about the

13   pantry, because this was Abdul's pride and joy, and it was on

14   a picture a few pictures back and I forgot to mention it and I

15   need to.  In New Jersey in his work place he set up a food

16   pantry for poor people in New Jersey.

17       Now, the observant Muslims have these food laws, just

18   like observant Jews do.  You can't eat pork, and there are

19   other -- It is just like kosher, not just like kosher, but the

20   same idea.  There is food laws that are based in the religion.

21   And if you are poor in New Jersey and Paterson, New Jersey at

22   that time and you are Muslim, there is just -- You just can't

23   do anything about it.  You have to go to the food bank, do

24   what you can, do what you can.

25       But Abdul, with the backing of the Holy Land Foundation,

set this food bank up in New Jersey out of the Holy Land

Foundation office, and he did it with the Red Cross and with

the Passaic County Food Bank and with FEMA.  A Congressman

came to the opening of it.  It was a big deal.  And that was

his baby.  And at the end he was feeding about 250 families

out of that.

So let's go to Jordan.  This is 1996.  In 1997 Abdul goes

to Jordan and visits ten more of those refugee camps in the

space of ten days.  Ten more of these U.N. refugee camps, and

the same deal.  You can see here there is a lot of them that

have to do their thumbprints because they can't read or write,

and then they get their aid and he hands it out.  In 1998 he

did this exact same thing again.

In 1999.

MR. JACKS:  Your Honor, I am going to have to

object.  This is not in the nature of an opening statement.

This is argument and things that are not in evidence, and I

would just object to the nature of this presentation.  It is a

slide show.

THE COURT:  We may be starting to get a bit more

into argument, counsel, than we should.

MR. WESTFALL:  I expect the evidence to show these

things, like this photograph.  I am going to show you all

something, and the evidence is going to show this very

clearly.  Each one of these, you see down there in that corner

that little number?  That means that these photographs are in

the possession of the Government, and you will learn that in

the evidence.  The evidence will show that.  And each of these

photographs that I have shown you up to this point is in the

possession of the Government.  And this is what the evidence

is going to show, the work of Abdul Odeh.

I am asking you not to think like a terrorist.  I am

asking you to think like a human being a man who is in the

charity business.

In Kosovo he took bread or he took a thousand tons of

wheat flour and a mobile bakery so that the refugees through

Slobodan Milosevic's campaign of ethnic cleansing could make

their own bread.  He took two mobile clinics with him, little

hospitals on wheels.  And the Holy Land Foundation, a USA

charity, did this.

This thing here was a booth that Odeh would sit in at

these conventions, and you are going to hear about these

conventions, the IAP conventions, the Maya conventions.  What

the Holy Land Foundation did was raise money at these

conventions, and this is what Abdul Odeh did--he manned the

booth.  And you can see behind the booth there are pictures,

and the evidence is going to show every bit of this, there are

pictures you can see, the ambulance picture there.  These are

projects that the Holy Land Foundation did and these are the

specific things that Odeh would raise money for.

1       Some of the projects, like a wheelchair project in

2   Palestine, an electrical infrastructure project in Lebanon,

3   you know, you will hear -- And the Prosecutor mentioned the

4   food parcels.  Well, the food parcels were a huge deal,

5   particularly around religious holidays.  They would give the

6   needy these food parcels that would have staples in them like

7   olive oil and rice and stuff.

8       And, I mean, there are thousands of pictures, and I am

9   going to try to bring as many of them to you as I can showing

10  how they are put together and who they are given to.  It is

11  all there.

12      These are the backpack projects.  Here is another.  You

13  see that little blue sign?  That is a U.N. refugee camp.  You

14  will hear about that.  More backpacks.

15      And then finally this, you will learn from the evidence,

16  is an orphan application.  The Holy Land Foundation you will

17  learn sponsored at any given time upwards of 2,000 or 3,000

18  orphans in Palestine at the rate -- If you signed up through

19  the Holy Land Foundation to sponsor an orphan, you would agree

20  to pay $50 a month, and of that $50, $45 would reach the

21  orphan.  And there are signature sheets to show that it

22  actually did.  And in fact they are not even going to claim

23  that it happened any other way.  The money went to the

24  children, period.

25      And each one of these orphan applications you will learn

1    has certain documents with it.  You will see these documents

2    over and over.  They are birth certificates, death

3    certificates of the father, because an orphan in Islam is --

4    Number one, an orphan holds an incredibly important place in

5    Islam because Mohammad was an orphan.  But the way an orphan

6    is defined in Islam is a child that has no father.  So, you

7    know, if the mother has eight children and the father has been

8    killed, those are eight orphans, even though their mother

9    still lives with them.  That is the religious definition of an

10   orphan.  But you will learn that these children, they are

11   needy, and it says so in all these documents.

12       And every single one of them -- This is a UN refugee

13   card.  You see these a lot with the orphan application.  But

14   every single one of them had a picture, and the picture of the

15   orphan was attached to the application on every one.

16       You know, they brought up -- Ms. Shapiro brought up this

17   beautiful operation phone call, you know, where Odeh was happy

18   about a bombing.  Well, let me tell you kind of the rest of

19   the story.

20           MR. JACKS:  Excuse me, Your Honor.  We have got this

21   scrolling slide show that is going on while he is making this

22   argument or opening, and that is improper.  These items are

23   not in evidence.  Whatever he says about where they came from,

24   that is not evidence, and we would ask that this be

25   terminated.

1          THE COURT:  Do you want to stop that?

2          MR. WESTFALL:  I will, Your Honor.  But I promise I

3     am going to seek admission of every one of these photographs

4     and quite a few more.

5          MR. JACKS:  That is all well and good, Your Honor,

6     but until then these are not in evidence, and we object to

7     this display during what is supposed to be opening statements.

8          THE COURT:  Okay.  Overrule the objection as far as

9     the display.  He is going to turn it off.  Go ahead.

10         MR. WESTFALL:  The beautiful operation, what she

11    didn't tell you was that January 22nd of 1995 there was this

12    double suicide bombing, and it killed 20 Israeli soldiers.

13    Okay?  Twenty Israeli soldiers.  And at the time Abdul Odeh

14    lives in New Jersey, and you can hear it in the wiretap he is

15    listening to the radio, he is listening to this on the radio

16    along with 200 million, God knows, other people.  He is

17    listening to it on London radio.  And so he knows that there

18    is 20 soldiers killed in this operation.  Okay?  And he calls

19    El-Mezain, this man that he looks up to an awful lot.  He is

20    an emam.

21         Well, consider this.  When somebody is arrested in the

22    occupied territories and is held without charges for months or

23    years, it is the Israeli military that does it.  They are also

24    called the IDF, the Israeli soldiers.  When somebody's home is

25    demolished to the ground to dust to make a bypass road, or to

1    make room for another settlement, or for whatever, it is the

2    Israeli military that does it.  When a woman dies in

3    childbirth at a checkpoint because she can't get through to go

4    to the hospital, it is the Israeli military that didn't let

5    her through.  The Israeli military is the face of the

6    occupation.  So when Odeh hears on the radio that 20 soldiers

7    have died, 20 Israeli soldiers, you know, I am sorry that our

8    reaction was not appropriate for Ms. Shapiro.  I can't wait

9    for you all to hear that call, because it shows how very human

10   this man is.

11        What this case is going to come down to is intent, and

12   everyone has said that in different ways.  Okay?  What were we

13   thinking, what was Odeh thinking when he did what he did, when

14   he said what he said.  All right?  And when they are going to

15   prove intent, they are going to try to prove intent, what they

16   are going to do is prosecute him with books that he had in his

17   office.  They are going to seek to prosecute Abdul Odeh based

18   on a letter that somebody else wrote that was in his office.

19   They are going to ask you to convict Abdul Odeh based upon a

20   newspaper photograph that was cut out of a newspaper that says

21   Reuters on it that was found in his office, a picture of

22   Sheikh Yassin from 1990.  These are things they are going to

23   use, that and the beautiful operation conversation like she

24   said.  We are being prosecuted because of our reading

25   material.

1    But if you really want to see the intent of Abdul Odeh,

2  all you have to do is look at the pictures of these kids.  In

3  order to get a conviction they have to somehow show that we

4  did humanitarian aid out of hatred, that humanitarian aid, the

5  feeding hungry children was an act of hatred done for the

6  purpose of eradicating Israel.

7    This is going to be a case where we see if such a thing

8  is even possible.

9         THE COURT:  Thank you.

10   And Ms. Moreno?

11        MS. MORENO:  May I have a moment, Your Honor?

12        THE COURT:  Certainly.

13        MS. MORENO:  Will you advise how much time I have

14  left?

15        THE COURT:  I will give you the 25 minutes you had

16  asked for.

17        MS. MORENO:  I might need a few more minutes, Your

18  Honor.

19        THE COURT:  I think 25 will be sufficient.

20        MS. MORENO:  Okay.  Thank you very much.

21   May it please the Court.  Good afternoon, ladies and

22  gentlemen.

23   The evidence is going to show you in this case that

24  Ghassan Elashi never supported terrorism, never supported

25  violence, has committed no crime, and never sent a nickel to

1    Hamas.

2         As one of the founders of the Holy Land Foundation,

3    Ghassan Elashi made a choice, he made a decision, he made a

4    commitment, a humanitarian mission to feed the poor and

5    provide for the homeless and destitute of Palestine and other

6    countries around the world.  In the finest traditions of

7    American charitable service, the Holy Land Foundation and

8    Ghassan Elashi tried to meet the needs of some of the poorest

9    people in the world.

10        The mission was humanitarian.  It was not political.  And

11   his intent, you are going to be able to see, is going to be

12   amply demonstrated by the evidence.  But politics is at play

13   in this case, ladies and gentlemen.  Politics did not control

14   where the aid went, where the food went, and the money.

15        Now, the Prosecutor told you why this case is so

16   important to the United States' interest, but what the

17   evidence is really going to show you is Israel's influence in

18   the United States government policies in general and driving

19   this particular case in particular.

20        This case is not about terrorism.  It is not about money

21   laundering.  It is not about conspiracy.  The evidence is

22   going to show you, you are going to see this, that Israel has

23   a dangerous influence over these policies, and it is at play

24   in this case in this courtroom.

25        And where are you going to see that evidence?  You are

going to see it in the documents, which were largely supplied

by Israel, in the paid consultants who are in the employ of

Israel, the witnesses who come from the Israeli military, so

think about that when you are thinking about what is at play

in this case.

My name is Linda Moreno and, along with John Cline,

represent Mr. Ghassan Elashi. I hope you can see Mr. Elashi

there.

Let me tell you about my client Mr. Elashi. He was born

in Gaza in 1953, and he came to this country nearly 30 years

ago. He became an American citizen. He is married to an

American citizen, and all of his children are American

citizens.

And his story is like so many Palestinians of his

generation. His family lost their home in 1948. Mr. Elashi

lost his home in the Six-Day War, that the Government told you

about, in 1967. And you are going to learn why Ghassan Elashi

and Muslims around the world have a special place in their

hearts for Palestinians.

People who are doctors and teachers, lawyers, mothers,

fathers, business people around the world have a feeling of

hopelessness around the Palestinians. Those fortunate to have

escaped the Israeli occupation, which Ms. Hollander discussed,

and others, felt an obligation to support those who could not

escape the occupation and they did this through this zakat,

1    this tithing that we do as Christians.

2        The Holy Land Foundation was one of the preeminent

3    charities that accepted these zakat funds, these tithing

4    funds, for the benefit of the needy, and distributed the aid,

5    as you heard, according to need, not creed, not politics.

6        Now, the Government told you that Holy Land was created

7    to support Hamas.  The evidence will show you this is

8    absolutely false.  The evidence will show you something very

9    different.  From 1967 to 1987, that 20-year span of time,

10   while the Palestinians were under a brutal military occupation

11   in the West Bank and Gaza, it took a deadly, deadly toll.  In

12   response they organized into this largely non-violent

13   resistance known as the first Intifada that you heard about.

14       Now, you are going to hear that -- You heard something

15   about the children throwing stones.  In fact, they were

16   referred to as the children of the stones.  And you will see

17   photographs of children with stones throwing them at Israeli

18   armored tanks.

19       Many Palestinians died.  The poverty deepened and the

20   Palestinian society deteriorated, you see, ladies and

21   gentlemen, because the occupation kills.

22       To respond to this crisis, to respond to this need, Holy

23   Land was born, not to support Hamas, but to support those

24   Palestinians at that desperate time in history.

25       Now, what did this need look like?  And you have heard a

lot about it, and I am not going to go over and over it again. But the Government asked you not to be distracted by the charity. Remember that? The Government said, the Prosecutor said think about the law. We want you to think about the law because the law will direct you to intent. That is what you must think about. And in this case the intent was the charity.

The typical Palestinian child that the Holy Land Foundation supported, that is where I want you to focus for a minute. The Government's own expert, the first person you are going to hear in this case, he will admit that during the operation of the Holy Land Foundation, the operation of the humanitarian aid, 70 percent of Palestinians lived under the poverty line, lived on less than $2 a day. The children were born into refugee camps. So were their parents. So were their grandparents. The refugee situation, it was generational.

The cinder block homes that Mr. Westfall talked about, you are going to see photographs of that. You are not going to recognize these as homes from any American standard, because these homes will in large part be one room, one room, sometimes with holes in the ceiling. You will see photographs of many, many people living in one room.

Sometimes there won't be a home because the homes have been demolished, and you heard a little bit about that. You

1    see, the demolished homes project was a project that the Holy

2    Land supported, and the demolished homes you are going to

3    learn are -- it was a special form of collective punishment

4    that the Israelis had for families who are suspected of a

5    member of them being a terrorist.

6          Now, I say suspected because you are not going to hear

7    any evidence that there was some sort of legal determination

8    or court order.  You are not going to hear anything like that.

9    But these families, because of the situation, will have lost

10   their homes.  The homes were demolished.

11         Now, you are going to see that the entire family can be

12   punished for the acts of perhaps a family member, if indeed

13   that family member was a terrorist.  This view is not

14   consistent with Muslim or Christian traditions, and we are

15   going to admit there is no question that money was raised in

16   this case to help some of those families who lost their homes.

17         And you saw a photograph with Ms. Hollander of the kind

18   of aid that these families would get--water and mattresses and

19   kerosene and food and the like.  You will see photographs of

20   that.  But what you will never see, you will see no evidence

21   whatsoever that there was any pre-existing agreement with

22   Ghassan Elashi or the Holy Land Foundation to extend charity

23   to anybody in exchange for any violent act or as a reward for

24   any violence; none whatsoever.  And there will be no evidence,

25   none, that the aid that was given to these families somehow

1    gave them an incentive to do future violent acts; absolutely

2    no evidence.

3         You are going to learn there is no typical family

4    situation in the Palestinian homes of the refugee camps that

5    Holy Land served.  Sometimes the fathers are missing.  You

6    heard about detentions.  Sometimes they have been killed.

7    Sometimes, if the children are lucky enough to have fathers in

8    the home, they need a permit to work because all Palestinians

9    need a permit to work, you will learn.  This is the situation

10   that the Holy Land Foundation addressed.

11        Simply put, you will learn through the evidence in this

12   case that the Government of Israel controlled the agriculture,

13   the borders, the air, the water, travel, and nearly every

14   facet of Palestinian life.  Exile and deprivation was the

15   condition of the daily life of the Palestinian, and it is to

16   this deprivation and to this need that the Holy Land

17   Foundation reached out to; not to the politics of Hamas.

18        The humanitarian work of Holy Land was a thoughtful and

19   reasonable response to the devastation wrought by now 40 years

20   of occupation.  For the life of the charity for 12 years Holy

21   Land sent food, medicine--you are going to see photographs of

22   all of this--backpacks, wheelchairs, tuition money for

23   students, that is if the schools were open and not closed by

24   the Israeli military.  You are going to learn that the Holy

25   Land Foundation helped train people in the refugee camps to

1    become tailors to learn how to sew so they could have

2    something, something of their own.

3         You are going to learn about chicken farms that the Holy

4    Land Foundation helped support these families so they could

5    have food on the table and that they could have a future.

6    Millions of dollars, you will see, went to buy food

7    packets--grain, flour, sugar, oil, the staples of life.  That

8    is what Holy Land was about.  That is what their intent was

9    about.

10        You are going to hear wiretaps in this case, phone calls.

11   Now, the Government never wiretapped Ghassan Elashi.  They

12   never wiretapped Mr. Elashi.  But he was picked up on phone

13   calls when he was talking to others who were being wiretapped.

14   And you are going to see some of those phone calls.  You are

15   going to hear them.  And we are grateful that you will be able

16   to, because remember, this is the government listening in to

17   someone's unguarded moments.

18        And by the way, the ten years of surveillance, nearly ten

19   years of wiretaps, 24 hours a day, 7 days a week, they are

20   going to bring you just a handful of phone calls for Mr.

21   Elashi, this material supporter of terrorism.  That is all

22   they have got.

23        In none of those phone calls Mr. Elashi is never heard

24   supporting violence, never; never heard asking about any

25   Hamas-controlled zakat committees or about certain families of

1    suicide bombers or expressing a preference or anything like

2    that.  He never said one committee should receive money over

3    another because of its relationship to any organization, let

4    alone a terrorist one.

5         You are going to hear two very important phone calls,

6    April 23rd and April 24th of 1996.  These phone calls center

7    around the list, the law, the list that Ms. Shapiro told you

8    about.  And you are going to hear Mr. Elashi and Mr. Abu Baker

9    discussing the implications of this new law and how this list

10   is going to affect their charity, and how the Holy Land needed

11   to wait for the list to determine who would be on it.

12        Let me just quote you a few things that you will see Mr.

13   Elashi said.  He said, "Well, I'm going to abide by the law

14   because I won't be able to make a transfer.  I know

15   that."  You are going to hear him say, "What is important is

16   that the charitable work goes on.  So yes, it is important to

17   us that violations do not take place."  You will hear him say,

18   "The goal is that the work is in the open and the foundation

19   stays protected."  That the work is in the open and that the

20   foundation stays protected; hardly the unguarded statements of

21   a supporter of terrorism of a Hamas operative or a money

22   launderer.

23        Mr. Elashi wanted the charitable work to be open and

24   transparent to ensure no violations took place so that the

25   needy would still be served.

1    Now, this law dealt with a list, and I am just going to

2    spend a couple of minutes on the list.  The United States

3    government has the power to designate people and groups as

4    terrorists, and once you are designated you land on this list.

5    And no matter how a person or a group ends up being designated

6    a terrorist, the person or group goes on the list.  And the

7    list is a master list.  Okay?  You are going to see it,

8    hundreds of pages long, thousands of names, thousands of

9    entities and people.  And if you look at the list under H, you

10   are going to find Hamas listed.  And you will find aliases.

11   And the list serves a very important function, because it

12   tells people in our country who they can't do business with.

13   And this list is public and it is on a website.

14   So let's say, for example, Apple in the U.S. is thinking

15   about selling ipods to a foreign country or a foreign company.

16   They can look on the list and see if that company is on the

17   list.  If it is, they cannot do business with it.  If the

18   foreign company is not on the list, however, Apple knows that

19   the company has not been designated as a terrorist.  All it

20   has to do is check the list.

21   Now, over the years since Hamas' designation, other

22   organizations that the United States thinks are associated

23   with Hamas have been designated as terrorists.  Abu Marzook,

24   Sheikh Yassin, their names are on the list.  Various

25   organizations from around the world that the United States

thinks are part of the Hamas funding network, they are on the
list, and you are going to hear about them.  Organizations
called Interpal and al-Aqsa.  You will hear about these
organizations.

You will hear about a zakat committee called the al-Salah
Society and their director.  They are on the list, but here is
a crucial point.  Not a single one of the zakat committees to
which the Holy Land gave money, not a single one of the zakat
committees that you heard in the indictment, not a single one
of them has ever been designated a terrorist or placed on the
list, and not a single one of the officers or directors is on
that list.  And the evidence will show you that Mr. Elashi was
looking to the list to tell him who he could deal with and who
he could not.

And Mr. Elashi says on the 23rd of April, with the FBI
listening and recording, "Well, I'm going to abide by the law
because I won't be able to make a transfer.  I know
that."  That's what he said.  It could not be any clearer that
he believed that the list would tell him what Holy Land could
and could not do.

And if the Government put the zakat committees on the
list, Holy Land wouldn't give money to them.  Ladies and
gentlemen, to this very day the zakat committees are not on
the list.

You are also going to find out that Mr. Elashi did

1    several things.  He hired lawyers, a former Congressman that

2    Ms. Hollander talked about.  You are going to hear he met with

3    the chief of the FBI here in Dallas to discuss the integrity

4    of the charity and its transparency.  You are going to hear

5    when a leading newspaper accomplished some negative and false

6    rumors about Holy Land, Mr. Elashi hired counsel and sued the

7    newspaper this brought Holy Land even more into the public

8    spotlight, not away from the radar.  This is not conduct you

9    would expect from a Hamas operative, a money launderer, or

10   supporter of terrorism.

11        Others have talked about the First Amendment and I am not

12   going to go there.  It is very important, however, the

13   Government in this case has made a crime, made speech a crime,

14   it has made religion a crime, has made associations -- they

15   are going to want you to convict Mr. Elashi because of a

16   family relationship with someone.  This is un-American and

17   should not be allowed.

18        Just a few words about the Government witnesses we expect

19   you will see.  The first witness we believe is going to be a

20   Dr. Matthew Levitt.  He is a paid consultant from Washington,

21   D.C., a so-called terrorism expert.  You will hear he wrote a

22   book on Hamas, and you will hear that that book relies on, no

23   surprise, security sources from the Israeli government, that

24   he works for a think tank which has a definite pro-Israeli

25   agenda, and that he has spoken at AIPAC, which stands for the

1    American-Israeli Political Action Committee.  I think the name

2    says it all.

3         You are going to hear from -- We anticipate you will hear

4    from a convicted felon who stole hundreds of thousands of

5    dollars from his employer.  And then Mr. Dratel mentioned the

6    anonymous Israeli witness that you are going to hear from, and

7    what you will learn is that he is an Israeli employed by the

8    Israeli government, and he is their expert on these zakat

9    committees.  And you will also learn that he never visited a

10   zakat committee and has read no books on zakat committees, and

11   it will be for you to decide the credibility of an anonymous

12   witness from the Israeli security agency.

13        I want to say a few words about the children issue.  You

14   are going to hear a lot about the children.  And Ms. Shapiro

15   said something about it.  And the children have a very special

16   place for the Holy Land Foundation.  And I anticipate you may

17   see some evidence of videos with Palestinian children.

18        Now, the Government is going to present this evidence and

19   these videos as examples of children who have been brainwashed

20   to hate Israel, brainwashed to hate Israel.  The Government

21   will tell you that the blame for the way these children feel

22   and express themselves does not belong to Israel the occupier,

23   but to the Holy Land Foundation.

24        The evidence is going to clearly show you that their

25   mission was charitable.  Holy Land's mission was not

political.  It will be for you to decide, ladies and

gentlemen, at the end of the day, whether feeding children

brainwashes them or whether it is a brutal and violent

occupation that produces children robbed of their childhood or

any hope for the future.

Intent is a big issue in this case, and intent is what

you need to be focused on.  I want to show you two last

pictures.  One of them you have actually seen already.  This

picture is a picture of a child in the rubble of family

members of a home that has been demolished.  Cinder block.

See the cinder block?  We are going to be moving this

photograph into evidence.  This is the face of the occupation.

Now, this is the intent of the Holy Land Foundation.  It

is not political.  You are not going to hear anything about

any advocacy that the Holy Land did when it gave out aid.

Backpacks, children that look fed in their school uniforms.

This is the intent of the Holy Land Foundation.  The charity

is important in this case.  Don't be fooled.  Don't let the

Government make you take the eye off the ball.

These children have a future under the Holy Land

Foundation and under the aid that Ghassan Elashi and the

others gave.  They have a future.  And they are more likely to

turn away, you will learn, from the tragic footsteps of the

suicide bomber.  This is what the Holy Land Foundation was

about.

1          We are confident that after you look at all the evidence

2    in this case, you will do justice for Ghassan Elashi and for

3    the Holy Land Foundation and you will vote not guilty on all

4    the charges and acquit him.  Thank you.

5              THE COURT:  Thank you, Ms. Moreno.

6              MS. MORENO:  Thank you, Your Honor.

7              THE COURT:  Ready to call your first witness?

8              MR. JONAS:  Yes, sir.  If we can have a moment to

9    turn the lectern?

10             THE COURT:  Sure.

11             MS. SHAPIRO:  Your Honor, we just renew our request

12   with respect to --

13             THE COURT:  What we discussed at the lunch break?

14             MS. SHAPIRO:  Yes.

15             THE COURT:  I will decline that at this time.

16             MR. JONAS:  Your Honor, the United States calls

17   Matthew Levitt.

18             (Whereupon, the oath was administered by the Court.)

19                      MATTHEW LEVITT,

20   Testified on direct examination by Mr. Jonas as follows:

21   Q.    Good afternoon, Mr. Levitt.

22   A.    Good afternoon.

23   Q.    Could you tell us generally where you live?

24   A.    Washington, D.C. area, Maryland.

25   Q.    Sir, do you have a college degree?

```
1    A.    I do.

2    Q.    What is that degree in?

3    A.    I have a Bachelor's of Science in political science from

4    Yeshiva University in New York.

5    Q.    When did you receive that?

6    A.    In 1992.

7    Q.    Do you have a Master's degree?

8    A.    I do.

9    Q.    And what is that in?

10   A.    A Master's of Law and Diplomacy, which is a fancy way to

11   say international relations from the Fletcher School of Law

12   and Diplomacy from Tufts University in Medford, Massachusetts.

13   Q.    Outside Boston?

14   A.    Yes.

15   Q.    You say Master's of law.  Are you a lawyer?

16   A.    No.

17   Q.    Glad to hear it.  Do you have any other degrees beyond a

18   Master's degree?

19   A.    I also have a Ph.D. in international relations also from

20   the Fletcher School at Tufts.

21   Q.    When did you get that the degree?

22   A.    2005.

23   Q.    Okay.  What is your doctorate in?

24   A.    Generally in international relations.  The dissertation

25   specifically was on terrorism and negotiations in the
```

1    Israeli-Palestinian context.

2    Q.    I should have asked you, what is a doctorate?

3    A.    It is a Ph.D.  It is the highest academic degree we get

4    in social sciences.

5    Q.    Have you received any fellowships in getting your degree?

6    A.    Several.

7    Q.    What is a fellowship?

8    A.    A fellowship is money and support, and in some cases

9    space, an office, to write and research one's dissertation.

10   In my case I received several small grants from the Fletcher

11   School and some foundations, the main one was from the program

12   Negotiation at Harvard Law School, which gave me a space to

13   sit for a year and funded my research in the West Bank, Gaza,

14   and Israel.

15   Q.    You mentioned the word dissertation.  What is a

16   dissertation?

17   A.    A dissertation is the painfully long book-length study

18   one needs to do to finish a Ph.D.

19   Q.    What was your dissertation specifically on?

20   A.    It was on the impact of terrorist attacks on the

21   negotiation process in the context of the Israeli-Palestinian

22   arena focusing on terrorist attacks by both Palestinian

23   extremists and Jewish extremists.

24   Q.    After you received your Master's degree, did you go to

25   work?

A. Yes. I went to work briefly at a think tank, the Washington Institute for Near East Policy, where I am now again, and then spent three years as a counterterrorism analyst at the FBI.

Q. And while at the FBI what did you specifically do?

A. Specifically focused on analyzing the activities of Middle Eastern terrorist groups present in the United States, their fund-raising logistical support activities in particular.

Q. Did you take any training courses while at the FBI?

A. I did.

Q. Such as?

A. Counterterrorism analysis, advanced counterterrorism analysis, law enforcement and intelligence cooperation. Some of these are courses provided by the FBI. Some are provided by other U.S. agencies in the intelligence community.

Q. While at the FBI, did you have access to classified material?

A. I did.

Q. Did you have a security clearance?

A. I did.

Q. Will any of your testimony in this court be based upon any of the classified material you had access to?

A. No.

Q. How long were you at the FBI?

1    A.    Just over three years.

2    Q.    And after that where did you go?

3    A.    After that I went back to the Washington Institute for

4    Near East Policy to found and direct a program on

5    counterterrorism specifically in the Middle East context,

6    which is what this think tank focuses on, and was teaching at

7    Johns Hopkins University, and was there for a little over four

8    years.

9    Q.    Can you explain what a think tank is?

10    A.    A think tank is kind of like being a professor without

11    having to spend most of one's time grading papers.  Instead,

12    one is able to have most of one's time free for field research

13    and writing.  Many people at think tanks like myself also

14    teach, but that is the add-on to what I do.

15         And so at the think tank I write academic journal

16    articles, books, policy pieces, which are by definition short,

17    policy-makers have a short attention span, op eds in the

18    newspapers, lecture at conferences, and travel doing my own

19    research.

20    Q.    What is the general subject matter of the items that you

21    write?

22    A.    Counterterrorism and intelligence issues within the focus

23    area of U.S. policy towards the Middle East, because that is

24    what our think tank is focused on.

25    Q.    As part of your analysis and writings do you write about

1    Hamas?

2    A.    I do.

3    Q.    Have you -- Were you always at the Washington Institute

4    after you left the FBI?

5    A.    No.  After about four years at the Washington Institute,

6    I was recruited in 2005 to go to the Treasury Department to

7    serve as the deputy assistant secretary for intelligence and

8    analysis at the Treasury, and was there until January 2007.

9    Q.    Are what does that mean?  What were your responsibilities

10   at Treasury?

11   A.    This was a relatively new office created at Treasury, an

12   intelligence office within the Treasury Department, so I was a

13   senior executive service manager within the department within

14   a branch called terrorism and financial intelligence, and then

15   I was also the deputy chief of Treasury's intelligence shop,

16   so it meant that I had a one foot in the intelligence

17   community under what is now the Director of National

18   Intelligence and one foot in the Treasury Department under the

19   bureaucracy of the Treasury Department.

20   Q.    Why would the Treasury Department have an interest in

21   intelligence and terrorism?

22   A.    The Treasury Department was tasked with focusing on the

23   financing of terrorism, and the financing of other illicit

24   threats--nuclear proliferation, drug kingpins, this type of

25   thing, and that is something that tends to be intelligence

1   driven because you are being asked to analyze and be

2   knowledgeable about what is at heart covert activity.  So you

3   need some intelligence that will help you understand what

4   these entities are doing, even though they are trying to hide

5   it from you.

6   Q.   When you say intelligence, can you explain what you mean?

7   Are you talking human intelligence, what is in the brain, or

8   are you using the term differently?

9   A.   Intelligence meaning from sensitive sources and methods.

10  The CIA or other intelligence agencies will have spies.  They

11  will sometimes tap telephones or email.  So there can be all

12  kinds of means of information that will come into them through

13  what we call classified sources that are not public.

14       At the Treasury I always had my analysts also focus on

15  what we called open source information--the journals, the

16  articles, the books, because researchers, academics do very

17  good work that is also relevant and can be useful to their

18  work.

19       But in the Intelligence Branch you are using not only

20  what is publicly available but what is available through

21  clandestine collection.

22  Q.   And what is the purpose of analyzing this information

23  that is gathered?

24  A.   Well, it depends on what your task is.  At the Treasury

25  Department our task was figuring out how terrorists were

1   raising, laundering, transferring, and then accessing their

2   funds, and making it more difficult for them to do so, either

3   by either designating them or providing information to other

4   agencies in the government to do other action.  The FBI could

5   arrest them, the intelligence community could run an

6   intelligence operation, what have you.  And this would apply

7   to the terrorism arena, WMD, weapons of mass destruction,

8   proliferation, et cetera.

9   Q.    When you were in the Treasury did you focus on the

10  terrorism arena?

11  A.    That was one of the areas I focused on, yes.

12  Q.    And when you were at the FBI, was your role at the FBI

13  similar in that you were analyzing all this intelligence

14  material that came to you?

15  A.    Yes.  The difference was that at the FBI I was the kind

16  of desk analyst, and at the Treasury I was their boss.

17  Q.    Again, at the Treasury Department did you have a security

18  clearance?

19  A.    I did.

20  Q.    And will any of your testimony in this courtroom be based

21  upon any classified information that you have seen?

22  A.    No.

23  Q.    With respect to terrorism, you spoke -- You have written

24  a lot about terrorism, I assume.  Is that correct?

25  A.    Yes.

1    Q.    Okay.  Is there a particular focus within the terrorism

2    community that you concentrate on in your writings?

3    A.    Again, I focus on the Middle East as a region, and in

4    particular on logistical and financial support networks who

5    enable groups, terrorist groups to carry out not only the

6    attacks but also the other activities they need to carry out

7    their activities?

8    Q.    And is Hamas one of those groups you focus on?

9    A.    Yes.

10   Q.    I am sorry.  After Treasury -- how long were you at the

11   Treasury Department for?

12   A.    Almost a year and a half.

13   Q.    And where did you go after that?

14   A.    I returned again to the Washington Institute for Near

15   East Policy where I am now director of a program on

16   counterterrorism and intelligence and a senior fellow there,

17   and again am teaching at Johns Hopkins University, and writing

18   and lecturing again.

19   Q.    Could you explain your methods of research?

20   A.    Like I used to tell my analysts, exploiting all source

21   information, meaning books, the work of other scholars,

22   journal articles, is the very first step, keeping on top of

23   information.  But then the most important thing is conducting

24   primary field research--going out and interviewing people,

25   meeting people, spending time in the region.  I travel to the

1    Middle East and to Europe in particular a lot.  And then

2    collating this information, putting together a sense of

3    whatever it is you are studying and running it by other

4    experts and vetting or checking that information.

5         You know, primarily field research involves interviewing.

6    Because you interview someone doesn't mean that they are

7    necessarily telling you exactly the truth.  Sometimes they are

8    telling you what they want you to believe.  And so talking to

9    other experts and getting other inputs and opinions is very

10   important.

11   Q.   You mentioned that you traveled to the Middle East.

12   A.   Yes.

13   Q.   How often do you go there?

14   A.   Several times a year.  It varies.

15   Q.   Where in particular do you travel to in the Middle East?

16   A.   I go to Israel and the West Bank a lot.  I used to go to

17   Gaza as well, but haven't in several years.  I go to other

18   countries in that part of the Middle East--Egypt, Jordan,

19   Turkey, and to the Gulf as well, the United Arab Emirates,

20   Qatar, Bahrain, Abu Dhabi, Dubai.  I will be going next month

21   to the Emirates and Kuwait.

22   Q.   When was the last time you were in Israel?

23   A.   I was in Israel and the West Bank a week and a half ago.

24   Q.   What type of people do you interview when you go over

25   there?

1    A.    As many as I can fit in.  Journalists, academics many,

2    many government officials, diplomats, police, intelligence

3    officials, people who are working with NGOs; anybody who might

4    have some insight into whatever the particular issue is that I

5    am researching.

6    Q.    You mentioned a term NGO.  What is an NGO?

7    A.    Non-governmental organizations.

8    Q.    Okay.  When you interview government officials and

9    diplomats, are you interviewing just Israeli government

10   officials and diplomats or people from other governments as

11   well?

12   A.    No.  To interview just one side of any issue is useless,

13   so I do interview Israelis, of course, but I also interview

14   Palestinians.  On this last trip, for example, I interviewed

15   Israelis, Palestinians, Americans in the region, diplomats,

16   European diplomats in the region, and that was just on a

17   three-day trip.

18   Q.    When you have traveled over to that part of the world,

19   have you interviewed any members of Hamas?

20   A.    I have.

21   Q.    What circumstances?

22   A.    People who are in jail.

23   Q.    Do they freely talk to you?

24   A.    Yes.  They don't have to talk to me.  I imagine that they

25   have got some time on their hands.  And like I said, some are

more open than others.  They are more open on some issues than

others.

    One Hamas official that I interviewed, his case was still

pending, made it very clear that didn't want to talk about his

case at all, but was much more willing to talk about Hamas'

ideology.

            MS. HOLLANDER:  Objection, Your Honor.  We are

getting into a hearsay and confrontation issue.

            THE COURT:  He is talking about general areas.  He

may do that without getting into specifically what they told

you.

            THE WITNESS:  But on the same trip another

individual whose case had already been completed, in that case

he was convicted, was much more forthcoming on the details of

the attack that got him in jail for which he was convicted.

Q.    (BY MR. JONAS)  Do you speak Arabic?

A.    No.  A few words.

Q.    Are these interviews conducted in English?

A.    Yes.

Q.    Did you ever have to speak to someone in another

language?  Withdraw that question.  Is every interview --

every person you speak to who doesn't speak English, how do

you conduct that interview?

A.    Through translators or English.  I would say the vast

majority of the interviews are in English, including with

```
 1    Israelis, despite the fact that I do speak some Hebrew, and
 2    with Palestinians or others in the Arab world.
 3    Q.   Are you familiar with the term primary documents?
 4    A.   I am.
 5    Q.   What is that?
 6    A.   A primary document unlike, say, you know, a newspaper
 7    account, is an original document, a court document, for
 8    example, or something that is submitted in the context of a
 9    court case on a government document; an original document
10    written by, you know, a natural participant in an event.
11    Those are considered primary source documents.
12    Q.   Well, do terrorist groups, and for purposes of our
13    conversation here let's talk about Hamas, do they issue
14    documents that you would study?
15    A.   Certainly.  They issue communiques, they issue charters,
16    that lay out their goals and agendas, they issue communiques
17    taking responsibility for attacks or laying out a political
18    position, and those are very useful to study.
19    Q.   What is a communique?
20    A.   A press release, really.
21    Q.   And have you studied Hamas communiques --
22    A.   I have.
23    Q.   -- and other documents issued by Hamas?
24         How often has Hamas issued communiques?
25    A.   It varies, but there have been many, many hundreds over
```

1    the past few years.

2    Q.   Does Hamas have a website?

3    A.   There are several Hamas websites.

4    Q.   Have you studied those?

5    A.   Yes.

6    Q.   And what sort of information generally would you find in

7    a Hamas website?

8    A.   Information about Hamas leaders, information about the

9    movement's ideology, its political position on specific

10   issues, its reaction to particular events, claims of

11   responsibility for attacks, things like that.

12   Q.   How do you know in reviewing a website if it is an actual

13   Hamas website?

14   A.   This is one of the things that is a good example of

15   something that you would need to get a consensus within kind

16   of the academic community about.  There are certain Hamas

17   websites that are well-known Hamas websites and Hamas refers

18   to them themselves, and those are the ones that I would use.

19   Q.   Do Hamas members or leaders give interviews?

20   A.   They do.

21   Q.   And what is the purpose of doing that?

22   A.   Any organization that is involved in political activity,

23   whether or not it is also involved in terrorist activity, is

24   seeking to get out its message, and to do that you need to

25   communicate with the larger public.  And so Hamas is trying to

1    articulate its position on issues, whether it is on an attack

2    or a political issue or an event, and Hamas very frequently

3    will issue communiques or will have its leaders interviewed to

4    articulate its position, how was it founded, what are its

5    goals, what is its reaction to a particular historical or

6    recent event, why does it do X and not Y; get its position out

7    there on a variety of issues.

8    Q.    Without going into the details, is there a particular

9    interview that is well-known from a Hamas leader?

10   A.    There are several, in particular two --Khalid Mishal, who

11   is the current leader of Hamas, one from Ghassan Charbel, a

12   journalist in Al-Hayat in the Arab language daily, though it

13   also has an English website and is available in English.  It

14   is a seven- or eight-part interview.  There is a more recent

15   one in the Journal of Palestine Studies of Khalid Mishal, a

16   two-part issue by Muin Rabbani, an analyst based in Amman,

17   Jordan.

18   Q.    If possible, can you spell some of those names?

19   A.    With difficulty.  Khalid Mishal, K-H-A-L-I-D

20   M-I-S-H-A-L.  Ghassan Charbel, G-H-A-S-S-A-N  C-H-A-R-B-E-L.

21   Muin Rabbani, M-U-I-N  R-A-B-B-A-N-I.  They are all

22   transliterations, obviously, from the Arabic, so there will be

23   some --

24   Q.    You mentioned as part of your research talking to other

25   scholars and reading other material.  Are there books out

1    there on Hamas that you reviewed that you found to be

2    particularly helpful?

3    A.    Yes.

4    Q.    Can you tell us some of those books?

5    A.    Azam Tamimi is based in Britain and has written a book on

6    Hamas; two Israeli scholars Auraham Sela, and I forget his

7    first name, Mishal, wrote a book as well published by Columbia

8    University Press.  Ziad Abu-Amr, a Palestinian scholar and

9    politician has also written a book on Hamas.

10        In the past year there have been several other books on

11   Hamas.  Zaki Chehab, a Palestinian journalist, one by I think

12   it is a Danish Academic University in Wales in the U.K. wrote

13   a book on Hamas, and there is another one by a Belgian that is

14   several years old, and all in different ways some are better

15   than others, but are all useful for comparison purposes.

16   Q.    With all this information that you gather, how do you

17   determine what is useful and what is not?

18   A.    Again, it is a process of meeting with other scholars,

19   comparing and contrasting, putting together as much

20   information as possible, creating a sense of what is in the

21   realm of the known, the likely, and the possible, and anything

22   that is out of the realm of the known, which is most, because

23   this is a social science not a natural science, not physics,

24   is meeting with others and bouncing ideas off others, and that

25   would be other academics, experts in government, multiple

```
1   governments, in this case Europeans, Americans, Israelis,

2   Palestinians, and comparing what you find in interviews

3   against what you find in primary source documents, et cetera.

4   Q.    Are you familiar with the terrorist designation lists

5   that come out by the United States government?

6   A.    I am.

7   Q.    You mentioned that you taught at John Hopkins?

8   A.    Yes.

9   Q.    What is that course in?

10  A.    Several courses.  It is the School of Advanced

11  International Studies or SAIS.  I taught a course called

12  "Contemporary Terrorism and the American Response," and then

13  after I left Treasury decided to teach something that was more

14  related to the expertise I developed there and now teach a

15  course on combating the financing of transnational threats.

16  Q.    Where is John Hopkins, by the way?

17  A.    The main campus is in Baltimore, Maryland.  The School of

18  Advanced International Studies is in Washington, D.C.

19  Q.    Is that graduate level or undergraduate that you teach?

20  A.    It is only graduate.

21  Q.    Have you consulted with governments?

22  A.    I have.

23  Q.    What governments?

24  A.    I have consulted for the U.S. government, lectured for

25  the U.S. government, speak at government conferences, testify
```

1    in this case.  As well as for other governments, I have

2    testified in two cases now for the government of Denmark,

3    consulted for the government of Sweden, consulted for the

4    government of Canada.  That is representative.  I don't know

5    if that is all.

6    Q.    Are you familiar with an individual named General Jones?

7    A.    Yes.

8    Q.    And how are you familiar with him?

9    A.    General Jones is currently the special envoy from Middle

10   East Regional Security at the State Department, the position

11   that he was appointed to by the Secretary of State and the

12   President, for the purpose of trying to move Israelis and

13   Palestinians closer to peace and trying to secure, if not an

14   actual peace, then a better environment on the ground that

15   lends itself to a peaceful solution.

16        He has put together a team of government officials and

17   outside experts, and I have served as an advisor to his

18   mission on counterterrorism issues.  This is not a

19   counterterrorism mission.  It is a peace process mission.  And

20   I have been very proud to serve on it.

21        I am not doing it currently.  I haven't actually signed

22   out of what is called this temporary government position.  The

23   Secretary has asked him to stay, on and he is continuing with

24   a skeletal staff and he has asked the rest of us to be on an

25   on-call basis.

1    Q.   You say the Secretary asked him to stay on.   What

2    Secretary?

3    A.   The Secretary of State.

4         THE COURT:   Let's go ahead and take the afternoon

5    recess.   Be back at quarter till 4:00 by that clock up there

6    on the wall.

7         (Whereupon, the jury left the courtroom.)

8         THE COURT:   We will be in recess.

9              (Brief Recess.)

10        THE COURT:   Mr. Jonas?

11   Q.   (BY MR. JONAS)   Doctor Levitt, when we -- Before the

12   break we were talking about your work with General Jones and

13   the Mid East process, I guess?

14   A.   Yes.

15   Q.   Besides working for the U.S. government in that aspect,

16   have you ever testified before Congress?

17   A.   Several times, yes.

18   Q.   What were the subject matters of your testimony?

19   A.   Specific Middle Eastern terrorist groups, terror

20   financing generally, Iran, sanctions on Iran, this type of

21   thing.

22   Q.   When you say specific Middle East terrorist groups, would

23   Hamas be one of those groups?

24   A.   Yes.

25   Q.   Are you affiliated with any organization?

1   A.   Yes.

2   Q.   What organizations?

3   A.   Aside from the Washington Institute for Near East Policy

4   and Johns Hopkins University, I am a term member at the

5   Council on Foreign Relations, an adjunct fellow at the

6   Combating Terrorism Center at the U.S. Military Academy at

7   West Point, I sit on the international advisory boards for

8   Counterterrorism Institute in Israel and another one in

9   Singapore.  I think that is it, or close enough.

10  Q.   Can you do me a favor and pull the microphone a little

11  closer to you, if that is possible?

12  A.   Is that better?

13  Q.   Yes.

14       Have you received any awards.

15  A.   Yes.

16  Q.   What type of awards?

17  A.   I have received awards for government service for the

18  work I have done from groups as diverse as CNN to the U.S.

19  Treasury Department and the FBI.

20  Q.   You mentioned your writings, you write at the Washington

21  Institute.  Have you authored any books?

22  A.   I have.

23  Q.   What books have you written?

24  A.   I wrote a book for the Washington Institute called

25  Targeting Terror, about Middle Eastern Terrorist Groups other

1    than the ones we have been looking at since 9/11.  I have

2    written a book on Hamas published by Yale University called

3    Hamas:  Politics, charity, and Terrorism in the Service of

4    Jihad.  And now I have written a book called Negotiating Under

5    Fire.  Preserving Peace Talks in the Face of Terror Attacks.

6    Q.    Negotiating Under Fire, when did that come out?

7    A.    About a week ago.

8    Q.    And specifically you are talking about peace -- What is

9    the subject matter?

10   A.    It is a book version of my Ph.D. dissertation that we

11   discussed earlier.  It is about, from a conflict resolution

12   perspective if we assume, as I argue we should, that spoilers,

13   in this case whether they are Palestinian extremists or

14   Israeli extremists, are trying to torpedo a peaceful

15   negotiated settlement, then what can be done to buttress, to

16   protect the peace process from the outset in anticipation of

17   those types of attacks.

18   Q.    Are you familiar with the term peered review?

19   A.    I am.

20   Q.    What does that mean.

21   A.    Peer review means you have other academics, your peers,

22   review your work before publication.  In my case, I write

23   things that are peer reviewed and I write some things that are

24   not peer reviewed.  Some of the most prestigious publications

25   out there, like foreign affairs, are not peer reviewed.  But

my books have been peer reviewed by persons unknown to me,

academics who gave criticism and praise both, and I would like

to think made the books better for their constructive

criticism.

I have written chapters in books published by other

university presses that have been peer reviewed, and I have

written articles in academic journals such as "Studies in

Conflict and Terrorism."  I have an article coming out in the

Journal of International Affairs at Columbia that are all peer

reviewed.

Q.    The methods of research you have talked about, all the

primary research and the primary interviews and the secondary

research that you do, is that the accepted standard of

research in your field?

A.    It is.  It is been referred to as the gold standard.

Q.    Now, you sound like you are a busy person.  Are you

getting compensated for your time here?

A.    I am.

Q.    And how much are you getting compensated?

A.    $200 an hour.

Q.    Is that the going rate?

A.    No.

Q.    Is that above the going rate?

A.    It is below the going rate.

Q.    Your Honor, at this time I would offer Doctor Levitt as

1    an expert on the terrorist group Hamas.

2              THE COURT:  Counsel, any objection?

3              MR. CLINE:  We just renew our previous pleadings on

4    the subject that I think you have argued to you.

5              THE COURT:  Doctor Levitt is accepted as an expert

6    on that issue.

7              MR. JONAS:  Thank you, sir.

8    Q.   (BY MR. JONAS)  Doctor Levitt, what is Hamas?

9    A.   Hamas is a Palestinian group, a movement.  The name is an

10   acronym for Harakat al Muqawamah al Islamiyya, which means

11   Islamic Resistance Movement.  And it is a movement that is

12   engaged in social, political, and military and terrorist

13   activity, with the aim of securing a Palestinian state in all

14   of historic Palestine, meaning what is today the State of

15   Israel the West Bank, and Gaza; and not just any state, but an

16   Islamic state, not a secular state.

17   Q.   You said many things there, and we are going to break

18   them down.  When was Hamas formed?

19   A.   It was officially formed in December 1987, but those same

20   leaders who formed Hamas, in some of the interviews I

21   mentioned earlier, for example, have been very open about the

22   fact that the group existed under other names long before

23   then; certainly through the early 1980s.

24   Q.   Where was it formed?

25   A.   Among the people who founded it were people as far afield

as Kuwait in the Arabian Gulf, but the movement was founded in
the West Bank and Gaza, primarily, in the first instance, in
Gaza.

MR. JONAS:  Your Honor, if I may show some maps to
Doctor Levitt?

THE COURT:  Yes.

Q.   (BY MR. JONAS)  Doctor Levitt, you are familiar with the
geographic region of this part of the world?

A.   I am.

Q.   I want to show you a series of maps starting, with what
has been marked as Map No. 4.  Do you recognize this map?

A.   I do.

Q.   And what is this?

A.   It is a map of the world.

MR. JONAS:  Your Honor, I would offer into evidence
Map 4.

THE COURT:  Counsel?

MR. CLINE:  No objection.

THE COURT:  Admitted.

Q.   (BY MR. JONAS)  Doctor Levitt, I will hold it up so you
can stay where you are.  Just point out on this large map of
the world where Israel, Gaza, the West Bank is located.

A.   It is very hard to see them because they are all very
small, but this little strip along the edge of the
Mediterranean northeast of Egypt is Israel, the West Bank, and

1    Gaza.

2    Q.    Do you recognize this region?

3    A.    I do.

4          THE COURT:  Give me the map number again, counsel.

5          MR. JONAS:  The current one is Map 3.

6    Q.    (BY MR. JONAS)  And what is this region?

7    A.    This is a map of the Middle East.

8          MR. JONAS:  Your Honor, I would offer into evidence

9    Map 3.

10         MR. CLINE:  No objection.

11         THE COURT:  Admitted.

12   Q.    (BY MR. JONAS)  Again I will hold this up here.  And then

13   if you can point out Israel and Gaza and the West Bank.

14   A.    It is easier to see here.  Israel is this pinkish part in

15   the middle.  And what is white, the piece over here and this

16   very small piece over here, this is the West Bank, and this is

17   the Gaza Strip.

18   Q.    Okay.  Could you describe or tell us the countries

19   surrounding Israel?

20   A.    You have Egypt here, and the Sinai Peninsula which is

21   part of Egypt, now Jordan, Syria, and north is Lebanon.

22   Q.    I will show you what is Map 5.  What is this?

23   A.    This is a close-up map of Israel, West Bank, Gaza Strip,

24   and some of the surrounding countries; all of them, but just

25   little pieces of them.

1        MR. JONAS:  Your Honor, I offer into evidence Map 5.

2        MR. CLINE:  No objection.

3        THE COURT:  Admitted.

4   Q.   (BY MR. JONAS)  Now we have gotten really close, would

5   you say, Doctor Levitt, in terms of the size of Israel?

6   A.   You have.  They suddenly look bigger.  What you have,

7   this white in the middle is Israel, this is the Gaza Strip,

8   this is the West Bank, here you have Egypt, Jordan, the Golan

9   Heights and Syria are up here, and Lebanon is up here.

10  Q.   And could you just point out on the map where you said

11  Hamas was formed?

12  A.   Here in the Gaza strip and in the West Bank.  There was

13  input from leaders outside those regions as well, but this was

14  its primary location when it was formed.

15  Q.   Do those areas the West Bank and Gaza commonly go by

16  another name?

17  A.   The territories are the Palestinian Territories or the

18  Occupied Territories.

19  Q.   Why are they referred to as the Occupied Territories?

20  A.   After the 1967 war between Israel and its neighbors,

21  after Israel was attacked, Israel conquered a significant

22  amount of territory, including all of the Sinai, which has

23  since been returned to Egypt, the Gaza Strip, the West Bank

24  including all of Jerusalem, and the Golan Heights from Syria.

25        MR. JONAS:  Your Honor, again if I can approach

1    Doctor Levitt so he can point out those areas?

2         THE COURT:  Yes.

3    Q.   (BY MR. JONAS)  You mentioned two additional areas, the

4    Sinai and Golan Heights.  If you will point those out, please.

5    A.   This what is marked here as Egypt is the Sinai.  The Suez

6    is somewhere over here breaking it off from the rest of Egypt.

7    And here is the Golan Heights which Israel captured from

8    Syria.

9    Q.   This occurred in 1967, you said?

10   A.   Yes.

11   Q.   What was the common name for this war?

12   A.   The Six-Day War.

13   Q.   What happened to spark the war?

14   A.   Israel was invaded by its neighbors, and then

15   preemptively -- Not preemptively.  It was invaded by its

16   neighbors, struck back, and within six days conquered a

17   significant amount of territory.

18   Q.   You say its neighbors.  You have identified several

19   countries surrounding it.  Which countries in particular are

20   you referring to?

21   A.   Egypt, Jordan, and Syria, though there were brigades from

22   other countries like Iraq as well.

23   Q.   When Israel captured these pieces of land, the Gaza, West

24   Bank, Sinai, Golan Heights, who did they belong to prior to

25   the Six-Day War?

1    A.    The countries that they are closest to.   The Golan

2    Heights is part of Syria.   The West Bank was being

3    administered by Jordan.   It was not independent.   And the Gaza

4    Strip was under Egyptian control, also not independent.

5    Q.    All right.   Does Israel still occupy the West Bank and

6    Gaza Strip today?

7    A.    Israel is not in the Gaza Strip at all.   Israel withdrew

8    all civilians or settlers and all military from the Gaza Strip

9    in 2005.   It is still occupying the West Bank where there are

10   pockets of Palestinian control, primarily in the cities.   As

11   part of the peace process, the West Bank was split up into

12   three different types of area, Area A, B, and C.   That still

13   applies, and so there are some areas that are under more

14   Palestinian control.   But the entire of the West Bank is still

15   under Israeli military control, and, therefore, occupation.

16   Q.    Prior to the 1967 War, when did Israel come into

17   existence?

18   A.    In 1948.

19   Q.    And what happened to cause it to come into existence?

20   A.    There was a vote at the United Nations, and the United

21   Nations voted to create a homeland for the Jewish people and a

22   homeland for the Palestinian people.   And they decided not to

23   make one homeland, but to split this disputed territory

24   between the two.   And Israel accepted that partition and

25   declared the State of Israel.   The Palestinian leadership at

1    the time and the Arab states all rejected it and went to war

2    with the new State of Israel leading to the war of 1948, which

3    the Israelis describe as and call their War of Independence,

4    and the Palestinians describe as the Nakba, or the

5    catastrophe, because it led to not only the creation of Israel

6    but did not lead to a Palestinian state.  As we said earlier

7    Gaza was under the control of Egypt; west Bank under the

8    control of Jordan.

9    Q.    Turning back to Hamas, what are the goals of Hamas?

10   A.    Hamas seeks to establish a Palestinian Islamic religious

11   state in all of the area that we have described as Israel, the

12   West Bank, and Gaza.

13         MR. JONAS:  Your Honor, if I can approach Doctor

14   Levitt one more time?

15         THE COURT:  Yes, sir.

16         MR. JONAS:  It may not be one more time.

17   Q.    (BY MR. JONAS)  Can you on this map again, which is Map 5

18   for the record, show us what areas you are talking about that

19   Hamas wants to establish as an Islamic state.

20   A.    All of this white which is Israel, the Gaza Strip, and

21   the West Bank, so this entire area which is the original

22   disputed area.

23   Q.    If Hamas was successful in its goals, what happens to the

24   State of Israel?

25   A.    It would cease to be.

1    Q.    Are you familiar with something called the two-state

2    solution?

3    A.    I am.

4    Q.    What is that?

5    A.    The two-state solution is much like it sounds--the idea

6    of resolving this conflict by establishing two states, as

7    originally intended by the United Nations, living side by side

8    in peace with each other and their, neighbors a State of

9    Israel and a state of Palestine.  The two-state solution is

10   primarily, although there is lots to be negotiated, lots of

11   final points, the exact borders, the status of the holy sites

12   in Jerusalem, the right of Palestinian refugees who fled

13   Israel, the West Bank, or Gaza in the various wars to return,

14   all that has to be negotiated, but the Palestinian state would

15   be in general terms all of the West Bank and all of the Gaza

16   Strip.

17   Q.    What is Hamas' position on the two-state solution?

18   A.    Hamas is expressly against the two-state solution.  It

19   again wants to have a single Palestinian state in all of that

20   land; and not just any state, not a secular state, but an

21   Islamist state, and has been very explicit about that.  In

22   part it is because Hamas puts this into a radical religious

23   context where it sees all of this territory, all of these

24   lands, as an Islamic endowment, a gift to the Muslim people

25   that must be ruled by Muslims.

1    Q.    You are using the term Islamist state.   What do you mean

2    by that?

3    A.    A state that is ruled by Islamic law or sharia to one

4    extent or another.

5    Q.    What is Islamic law?

6    A.    Religious law.

7    Q.    Can you give an example of -- Well, withdrawn.   Are there

8    countries out there today that are run by Islamic law?

9    A.    Again, to one extent or another, and they are different,

10   but the Sudan or Saudi Arabia or Iran are all states that to

11   one extent or another are run by Islamic law.

12   Q.    Are you familiar with the term secular?

13   A.    I am.

14   Q.    And what does that term mean?

15   A.    Secular means not religious; not necessarily

16   anti-religious, but not religious in the sense, for example,

17   that the United States is a secular country.   We are not

18   governed by any particular religious law, but you are free to

19   practice whatever your religion in this country.

20   Q.    Would you describe Hamas as secular?

21   A.    No.

22   Q.    Are there other Palestinian groups out there that have

23   similar goals of Hamas that are secular?

24   A.    Yes, to varying degrees.   The goals are not all exactly

25   the same, but there are groups that over the course of this

1    conflict, and even today, oppose the peace process.  Some who

2    oppose the peace process through violence like Hamas, but are

3    not religious, they are Marxist or have other nationalist

4    ideology.

5    Q.    Can you name some of those groups?

6    A.    Popular Front for the Liberation of Palestine, Democratic

7    Front for the Liberation of Palestine.  In many ways some of

8    the groups are affiliated with Fatah, the largest Palestinian

9    group that was headed by Yasser Arafat, including their

10   military wing the Al-Aqsa Martyrs Brigades.

11   Q.    Was Yasser Arafat part of another organization or Fatah

12   part of another organization?

13   A.    Yes.

14   Q.    What was that organization?

15   A.    Yasser Arafat was the chairman of the Palestine

16   Liberation Organization, or the PLO, and he was that by virtue

17   of being the head of Attach, which was the largest of the

18   Palestinian rejectionist groups.

19   Q.    Was PLO sort of an umbrella group?

20   A.    Exactly.

21   Q.    And is Fatah -- is that secular or Islamist?

22   A.    Secular.

23   Q.    What does the name Hamas mean?

24   A.    It is an acronym meaning Islamic Resistant Movement, it

25   is a play on words because the word itself means zeal.

1    Q.    Does it go by any nicknames?

2    A.    Yes.  It would go by -- it goes by The Movement, because

3    it is the Islamic Resistance Movement, in the same way that

4    the Washington Institute where I work is often referred to as

5    The Institute.

6    Q.    Could you briefly explain the structure of Hamas?

7    A.    Hamas has three general wings--a social welfare wing, a

8    political wing, and a military wing that are all intertwined,

9    and all operate under the ultimate authority of the political

10   leadership at the top of the political wing.

11   Q.    Have you assisted in creating a diagram that would help

12   the jury in your testimony understanding the structure of

13   Hamas?

14   A.    I have.

15   Q.    And there are some exhibits before you, if you can go --

16   they are turned over.  Do you see before you what is marked as

17   Demonstrative No. 9?

18   A.    Yes.  It is -- Mine is demonstrative 12 is what I have

19   here.

20   Q.    I am Sorry.  Demonstrative 12.  What is that?

21   A.    This is the diagram of the Hamas structure.

22          MR. JONAS:  Your Honor, I offer as a demonstrative

23   exhibit Demonstrative Exhibit No. 12.

24          MS. HOLLANDER:  As a demonstrative only, Your Honor,

25   we don't object.

1          THE COURT:  No objection?  Demonstrative No. 12 is

2   admitted as a demonstrative exhibit.

3          MR. JONAS:  If we can put that on the screen,

4   please.

5   Q.   (BY MR. JONAS)  Doctor Levitt, can you see what is on the

6   screen?

7   A.   Yeah.  It is a little -- The words are a little hard to

8   see, but I can see it.

9   Q.   Can you explain what this triangle is?

10  A.   Yes.  This is a depiction of the Hamas structure showing

11  the political echelon at the top; the military wing of Hamas,

12  which is called the Izz el-Din al-Qassam Brigades, or the

13  Qassam Brigades, in the middle, and the symbol for the Qassam

14  Brigades is there; and then at the bottom of the pyramid at

15  the foundation is the social welfare wing of Hamas, which is

16  often described as the Dawa, which literally means to

17  proselytize.  The way you get people in to proselytize to them

18  is by providing them services, and then you have an audience

19  to proselytize to.

20  Q.   Can you define proselytize?

21  A.   Preach.  And the reason I depict it this way is because

22  the social welfare activities serves literally as the

23  foundation for all of the other activity--for the recruitment

24  for the group, for political activity, for military activity,

25  it provides grassroots support for the organization, it

provides financing and logistical support for the

organization, but the political echelon is at the very top

because they provide the strategic guidance. They are the

ultimate decision-makers and arbiters for the direction, and

sometimes even for specific actions for the group. In fact,

one of the reasons they are so important and in control is

because they often control the flow of funds through that

foundation of the social welfare, giving them or empowering

them with the ability to give that direction.

Q.    Doctor Levitt, we will go into the structure in more

detail in a little bit. I want to get back to the history of

Hamas. You stated it was formed in 1987, but there has been

some indication that it was actually in existence prior to

that. Can you explain what you mean by that?

A.    Hamas leaders have been very clear, in these interviews,

for example, that after the 1967 War, the process of creating

an Islamist-Palestinian --

         MR. DRATEL:  Can we get a time frame on these

interviews, please?  He talked about Hamas interviews.

         THE WITNESS:  These are the two interviews I

mentioned earlier of Khalid Mishal. One is by Ghassan Charbel

that came out two or three years ago. The second one is by --

is in the Journal of Palestine Studies and is in the summer of

2008 most recent volume, and I believe the actual interviews

were carried out in March of this year.

```
1    Q.   (BY MR. JONAS)  Okay.  If you could --

2    A.   Both of Khalid Mishal, the head of the political

3    structure of Hamas.

4    Q.   You were explaining Hamas' form prior to 1987.

5    A.   Hamas in the Gaza Strip was very active in creating

6    social welfare institutions, then under the rubric of the

7    Palestinian wing of the Muslim Brotherhood --

8    Q.   Let me stop you for a moment.  What is the Muslim

9    Brotherhood?

10   A.   The Muslim Brotherhood is an international organization

11   founded in Egypt.  It is the largest Islamist organization in

12   the world.  It has chapters throughout the world.  And the

13   Palestinian chapter, the Palestinian wing of the Muslim

14   Brotherhood was where almost all the leaders of Hamas came up

15   through.  Hamas describes itself as the Palestinian wing of

16   the Muslim Brotherhood.

17   Q.   You said that the Muslim Brotherhood has branches

18   throughout the world.  Is there a branch in the United States?

19   A.   Certainly.

20   Q.   When was the Muslim Brotherhood formed?

21   A.   In the 1920s.

22   Q.   Who formed it?

23   A.   A person named Hassan al-Banna.

24   Q.   What is the goal of the Muslim Brotherhood?

25   A.   The goal of the Muslim Brotherhood is to bring Muslims
```

1    back to the proper practice of the faith; and once that is

2    done, to unite them in confronting and challenging the

3    perceived enemies of Islam.  And for some Muslim Brotherhood

4    members that means creating kind of a transnational Islamic

5    state.  It works as an international level.  There is an

6    international Muslim Brotherhood, but it is active mostly in

7    each of these national chapters, if you will.

8    Q.   How does the Muslim Brotherhood seek to establish this

9    goal?

10   A.   It is extremely active in grassroots activity, political

11   and social welfare activity, and proselytizing, preaching, to

12   bring people back to, as they see it, the proper practice of

13   Islam--that Muslims should be properly practicing their faith;

14   and then that as they come back to that proper practice, that

15   will unite the Muslim nation, or the Ummah, and that then they

16   will be united and able to challenge, take on their perceived

17   enemies.

18   Q.   Who are their perceived enemies?

19   A.   Historically it would be those who are occupying or

20   living in areas that were at some point Muslim lands.  And

21   traditionally today it is the Western culture, the Western

22   influence which they see as drawing people away from the

23   proper practice of Islam, and in particular because of its

24   dominance in the Western world, and in particular because of

25   its dominance in Western culture and also because of its

1    support for Israel, the United States.

2    Q.    Is the Muslim Brotherhood, the international Muslim

3    Brotherhood, is that a violent organization?

4    A.    No.

5           MR. DRATEL:  Your Honor, I object.  He is not an

6    expert on Muslim Brotherhood.

7           THE COURT:  Overruled.  Go ahead.  You may answer.

8           THE WITNESS:  No.

9    Q.    (BY MR. JONAS)  Is the Muslim Brotherhood outlawed in the

10   United States?

11   A.    No.

12   Q.    Is it outlawed in any country?

13   A.    It is outlawed in Egypt.  I don't know if it is outlawed

14   in other countries.  In some countries it doesn't operate

15   expressly as the Muslim Brotherhood, but under different

16   names.  So, for example, In Jordan it operates as the Islamic

17   Action Front, which enables the government to say that it is

18   dealing not with the Muslim Brotherhood but with another

19   entity that, in this case in Jordan, the Islamic Action Front

20   is very much involved and engaged in politics and holds seats

21   in parliament.

22   Q.    You say that the Muslim Brotherhood's goal is to first

23   bring people back to Islam and then take on its perceived

24   enemies.  Do all the chapters of the Muslim Brotherhood agree

25   in progressing that way?

A.   Most do.  Hamas is the exception.  Hamas still refers to

itself as the Palestinian wing of the Muslim Brotherhood, or

The Brotherhood, the Ikhwan, but has flipped the order, and

does not believe in waiting until everyone has been brought

back to the proper practice of Islam to then violently

confront its enemies.

Q.   You said that the Muslim Brotherhood as an international

body is not violent, but Hamas as a chapter, is that violent?

Is that chapter violent?

A.   Yes.

Q.   Does the international Muslim Brotherhood try to reign in

Hamas for being violent?  Do they try to stop them, stop their

violence?

A.   Within the Muslim Brotherhood there are some leaders who

are more supportive of Hamas and some who are less.  That is

perhaps most noticed within the Islamic Action Front because

they operate in Jordan, which is just over the border from the

West Bank, and there is a lot of Palestinians living in

Jordan, a lot of Palestinians involved in the Islamic Action

Front.  But the international Muslim Brotherhood doesn't

really have, you know, decision-making power or sway over

Hamas, and so it is in no position to reign in Hamas.

     There have been senior Muslim Brotherhood officials who

have been quite praiseworthy of Hamas, including of Hamas

terrorist attacks.

1    Q.   Does the Muslim Brotherhood operate covertly or overtly?

2    A.   By and large it operates overtly, because in most places

3    it is not an illegal organization, and because in most of

4    those places it is not engaged in violence.

5    Q.   You testified earlier that Hamas is an Islamist

6    institution versus a secular institution, or non-religious

7    institution.  Muslim Brotherhood, Islamist or secular?

8    A.   Islamist.

9    Q.   Now, how long has the Palestinian branch of the Muslim

10   Brotherhood been in existence prior to becoming Hamas in 1987?

11   A.   Many, many years.  Since the formation of the Muslim

12   Brotherhood in the 1920s, there was always a strong influence

13   in the Gaza Strip.  As early as the War of 1948, there were

14   Palestinians who fought in that war under the rubric of the

15   Muslim Brotherhood.  And Hamas leaders often describe the

16   activities of the Palestinian wing of the Muslim Brotherhood

17   in that war.

18       They became much more active, however, as did grassroots

19   activity at large, after the 1967 War.  Prior to 1967, in Gaza

20   in particular, they were cracked down on.  They couldn't

21   operate very openly because the Muslim Brotherhood was banned.

22   Q.   Cracked down on by whom?

23   A.   By Egypt.  And in fact one of the key founders of Hamas,

24   Sheikh Yassin, was arrested by the Egyptians before Gaza was

25   controlled by Israel.

1    After 1967 two things happened.  Two things happened

2   because now Israel controlled this territory.  The first was

3   they were no longer under Egyptian control and that freed

4   their hand.  The second was that the Israelis, wanting to

5   counter the influence of the secular Palestinian terrorist

6   groups that were at that time the most active in the years

7   following the 1967 War, were very willing to reach out to the

8   religious elements within Palestinian society and help their

9   growth as an antidote to the Palestinian secular groups that

10  were at that time very much engaged in violence.  At that

11  point the Islamists were not.

12  Q.   Up until -- Leading up to 1987, talking about the time

13  period beforehand, what was the Palestinian branch of the

14  Muslim Brotherhood doing?

15  A.   The most significant thing they were doing was building

16  social welfare institutions--charities, zakat committees which

17  are charity committees through which practicing Muslims can

18  donate that portion of their livelihood that they are

19  religiously required to donate, establishing mosques,

20  establishing the movement at a grassroots level, building

21  supports at a grassroots level.

22    Even as it also had leaders and activists outside Gaza,

23  not only in the West Bank which was where Hamas was slowly

24  beginning to develop, but outside in particular in Kuwait

25  where a large Palestinian diaspora was living, studying in

particular, and many future Hamas leaders, including Khalid

Mishal who is now the head of Hamas, were very involved in the

foundations of Hamas from Kuwait where they were very involved

with the Muslim Brotherhood in Kuwait.

Q.   You used a couple of terms I am going to ask you what you

mean by.  You said diaspora?

A.   Diaspora means outside the home country.  In this case,

for a Palestinian that would be outside the areas of Israel,

the West Bank, and Gaza.

Q.   You also used the term grassroots.  What do you mean by

that?

A.   Grassroots means bottom up.  Instead of, you know, a

federal government, national government activity, it means

individuals building charities, social service organizations,

non-governmental organizations, and acting at the very local

community level.

Q.   What were some of these social organizations created by

the Palestinian branch of the Muslim Brotherhood prior to

1987?

A.   The most important were the Islamic Society and the

Islamic Center, al-Mujama and the Jemaah.  These were founded

by future founders of Hamas.  Again, as they describe it, they

were already Hamas, they just hadn't named themselves and come

out as Hamas until December 1987.  These were both umbrella

organizations that helped oversee the development of other

1    mosques, charities, social service organizations on the ground

2    in the Gaza trip.

3    Q.    What was the purpose of the Muslim Brotherhood, the

4    Palestinian branch of the Muslim Brotherhood, having these

5    social services?

6    A.    This is the key to the strategy.  This is why it is at

7    the foundation of our triangle.  This is how you reach people.

8    This is how you build a base of support within a population.

9    This is how you get people to come into your institution or

10    your mosque so that you can preach or proselytize to them.

11    Providing services is a very powerful way of building a base

12    of support.

13    Q.    So in 1987 what happened to cause the Palestinian branch

14    of the Muslim Brotherhood to call themselves Hamas?

15    A.    A lot.  The local Palestinian population in the Gaza

16    Strip and the West Bank, as opposed to the outside leadership

17    in the form of the PLO, the Palestine Liberation Organization

18    headed by Yasser Arafat, which was always outside the

19    territories until the 1990s, first in Jordan, then in Lebanon,

20    and then in Tunisia in North Africa.  But the domestic

21    leadership had had enough of the Israeli occupation; started

22    doing things like refusing to pay taxes to the military

23    occupation, and other forms of non-violent protests.  But

24    there was a lot of tension on the ground, there were

25    occasional skirmishes.  And there had already developed one

smaller Palestinian Islamist terrorist group that had begun to

carry out military attacks named Palestinian Islamic Jihad, or

PIG.  That put a lot of pressure on the Palestinian Muslim

Brotherhood, on the PLO, because they were losing ground and

support to this more violent organization that seemed very

legitimate.

In December 1987 the Palestinian Islamic Jihad carried

out an attack against an Israeli.  And a few days later an

Israeli truck driver lost control of his truck and the truck

rammed into a bunch of Palestinian civilians on the street,

killing many.  Rumors spread very, very quickly that this was

an intentional Israeli retaliatory attack for the Palestinian

Islamic Jihad attack on the Israeli.  Rumors spread that there

was a tank involved, frankly, ridiculous things.  But it had

its effect, and riots ensued and they spread.  And a massive

grassroots uprising, which is what an Intifada is, and that is

what is was called, the Intifada, began.  It was a surprise to

Hamas.  It was surprise to the Palestine Liberation

Organization based in Tunis.  It was a surprise to the

Israelis and the military authorities at the time.

It was then -- Very quickly the issue became who was

going to kind of take control of this grassroots uprising and

who was going to get the credit for it and who was going to

guide it, who was going the benefit politically from this

opportunity.  All the Palestinian entities tried to take

1   control, including the PLO from Tunis.

2       And one of the recent interviews I just stated, Khalid

3   Mishal, states clearly this was an opportunity then for Hamas

4   to found itself officially and ride this wave and insert

5   religion into the conflict so that the violence could have a

6   religious context, because, as he explains, when you insert

7   religion into a violent context, it empowers people.  It helps

8   drive people.  It builds their stamina.

9       And so Hamas was founded in December 1987 competing with

10  the PLO and other Palestinian groups and trying to take

11  control and ride this wave of the uprising to political

12  success.

13  Q.   Prior to the Intifada, was the Palestinian branch of the

14  Muslim Brotherhood violent?

15  A.   Yes.  Not to the same extent, but even before December

16  1987 Hamas, then operating as the Palestinian wing of the

17  Muslim Brotherhood, engaged in small scale attacks.  Sheikh

18  Yassin, the paraplegic spiritual leader and one of the

19  founders of Hamas in the Gaza Strip, the leader of the

20  Palestinian Muslim Brotherhood in the Gaza Strip, was arrested

21  in the early 1980s for his role in weapons procurement and

22  small scale attacks.  Khalid Mishal, the head of Hamas, was

23  very open in these interviews about how important the military

24  activity was to Sheikh Yassin, the political leader.

25      But it wasn't until December 1987, when Hamas was founded

1    as such, that they began operating a military wring conducting

2    attacks against Israelis, soldiers and civilians alike, on a

3    regular basis.  Until then the main security wing within

4    Hamas, within the Palestinian Muslim Brotherhood was an

5    internal security meant to prevent informants, meant to

6    protect the security of the organization.

7    Q.   Right after the Intifada started, December '87 and 1988,

8    what sort of -- You said there is a grassroots uprising

9    against the Israelis.  In what form did this uprising take?

10   A.   Primarily stone-throwing.  That was the major image; some

11   molotov cocktails and stuff like that, but primarily it was a

12   lot of civil disobedience which had already started, refusing

13   to pay taxes and et cetera.  But what was new about the

14   Intifada, shops with were being closed in a coordinated

15   manner, businesses were being shut down, it made the military

16   occupation difficult, which was obviously the intention, and

17   stone-throwing primarily against the Israeli military, and

18   molotov cocktails.

19   Q.   Did Hamas engage in the stone-throwing, or did they

20   commit some other types of acts against the Israeli military?

21   A.   Hamas promoted the grassroots violence certainly, but

22   Hamas wanted to kick it up a notch, and so you had already in

23   the late 1980s, for example, kidnappings of Israeli soldiers

24   or police officers, usually kidnappings and subsequent murders

25   of those individuals.  Sheikh Yassin, who I mentioned, had

1   been arrested around 1983 and had been released in a prisoner

2   exchange was rearrested because of his role in some of these

3   kidnappings in 1989, for example, of the soldiers Ilan Sa'adon

4   and Avi Sasportas.

5   Q.    When Hamas was formed, were the members of the

6   Palestinian branch of the Muslim Brotherhood -- did they

7   automatically become Hamas members?

8   A.    Yes.  Hamas was the Palestinian branch of the Muslim

9   Brotherhood.  That doesn't mean that every member of the

10  Palestinian Muslim Brotherhood or every member of Hamas was

11  involved in every type of Hamas activity.

12       Some people were still involved primarily in political

13  activity, some in social activity, and some in military

14  activity.  But what Hamas did is it built this structure so

15  that all three wings were complementary.  And it would not be,

16  as Hamas developed, at all uncommon for someone to serve time

17  in one and then another of the wings of Hamas.

18  Q.    So as the members became Hamas, the members of the

19  Palestinian branch, the social institutions you described

20  earlier that were formed prior to 1987, did those stay with

21  Hamas post 1987?

22  A.    It is not just that they stayed with Hamas.  As the Hamas

23  leaders themselves describe it, they were already Hamas.  It

24  changed in name only.  These were Hamas institutions.  They

25  remained Hamas institutions.

1    Q.    So Hamas tries to capitalize on the Intifada.  Would that

2    be a correct description?

3    A.    Yes.

4    Q.    And what is their goal in doing so?  Why are they doing

5    so?

6    A.    To broaden and expand the violent resistance to the

7    Israeli occupation and create grassroots support for that

8    violence in an effort to broaden Palestinian support for

9    efforts to defeat Israel.

10   Q.    Why was it important, though, for Hamas not to cede the

11   leadership of the Palestinian people over to the PLO or some

12   of these other groups?

13   A.    Ever since the conference in Rabat, Morocco in 1974 where

14   the Arab world gave the PLO the official title of

15   responsibility of being the sole legitimate representatives of

16   the Palestinian people, Hamas strove to challenge that.  This

17   was a golden opportunity.  The PLO was a leadership in exile,

18   and people, even Fatah and PLO members on the ground, were

19   getting tired of their lack of impact, and that is why they

20   started this grassroots rebellion.

21        Here you have Hamas, which is not based some place in

22   North Africa, but is on the ground and would be able, they

23   hoped, to oversee and guide and channel this anger and

24   frustration.

25   Q.    Was there also a tension because PLO was secular and

1    Hamas was Islamist?

2    A.   Certainly.  That was only one of the reasons why they

3    were at loggerheads.  Already at that point the PLO had begun

4    to maker early signs of being willing to recognize Israel,

5    which it later did.  And that, of course, was anathema to

6    Hamas, as it made clear in its constitution, its covenant, its

7    charter, that was released in the months after its founding.

8    Q.   Since you mentioned the charter, let's talk about that.

9    Have you reviewed it?

10   A.   I have.

11   Q.   What language was it published in?

12   A.   It was published in Arabic, and then appeared in English.

13   Q.   Who published it in English?

14   A.   It was published here in the United States by the Islamic

15   Association for Palestine, and it appeared in English in

16   multiple means, but the one that I and most academics use is a

17   translation produced by Yale University that is available on

18   the internet.

19   Q.   If you can look at what is marked I believe as Hamas

20   Charter 2 in front of you.

21   A.   Yes.

22   Q.   What is that document?

23   A.   This is a copy of the Hamas charter in Arabic.

24        MR. JONAS:  Your Honor, I would offer into evidence

25   Hamas Charter 2.

```
1          MR. CLINE:  No objection.

2          THE COURT:  Admitted.

3     Q.   (BY MR. JONAS)  Doctor Levitt, do you see the screen in

4     front of you?

5     A.   I do.

6     Q.   What is on the screen?

7     A.   It is the cover of the charter that I am holding.

8     Q.   Of the exhibit before you?

9     A.   Yes.

10    Q.   And this is in Arabic.  Is that correct?

11    A.   It is.

12    Q.   What is it a depiction of this drawing on the right side

13    of the booklet?

14    A.   This is part of the region that we have been

15    describing--Israel, the Gaza Strip, and the West Bank.

16    Q.   It is not delineated the Gaza Strip and West Bank, is it?

17    A.   No, because for Hamas this is one singular area not to be

18    divided.

19    Q.   Okay.  Now, I believe you mentioned is there one

20    particular English version that is accepted by scholars, such

21    as yourself?

22    A.   Yes.  There are multiple versions, but the one that most

23    people use, because when you are translating from any language

24    there are many words that can be translated slightly

25    differently, the one most people use is one put out by Yale
```

1  University by the law school.

2  Q.   If you can look in front of you, there should be

3  something marked Hamas Charter 1.

4  A.   Yes.

5  Q.   What is that document?

6  A.   It is the covenant of the Islamic Resistance Movement,

7  the Avalon Project at Yale Law School translation.

8  Q.   Is that the translation you referred to a moment ago that

9  is commonly referred to by scholars?

10  A.   Yes.

11       MR. JONAS:  Your Honor, at this time I offer into

12  evidence Hamas Charter 1.

13       MR. CLINE:  No objection.

14       THE COURT:  Admitted.

15  Q.   (BY MR. JONAS)  Doctor Levitt, did you assist in creating

16  a PowerPoint of the Hamas charter that would aid the jury in

17  your testimony?

18  A.   I did.

19  Q.   And do you have before you Demonstrative No. 9?  I

20  believe this one is No. 9.

21  A.   This one is.

22  Q.   And what is that?

23  A.   This is the PowerPoint that I helped prepare of the

24  official Hamas charter.

25       MR. JONAS:  Your Honor, at this time I would offer

1    into evidence as a demonstrative Demonstrative No. 9.

2           MR. CLINE:  Your Honor, no objection.

3       I wonder if we could have an instruction on the proper

4    use of a demonstrative.

5           THE COURT:  Demonstrative No. 9 is admitted.

6       And members of the jury, a demonstrative exhibit means it

7    is not in evidence such that you won't be able to take it back

8    with you when you retire to deliberate, but can consider it in

9    the courtroom, and of course whatever you recall of it you can

10   rely on your memory.

11          MR. JONAS:  Thank you, sir.

12          MR. JONAS:  If we can put on the screen the first

13   page of the PowerPoint.

14   Q.   (BY MR. JONAS)  Doctor Levitt, we see on the left side,

15   is that the cover of the charter?

16   A.   Yes.

17   Q.   On the right side there is a date.  What is that date?

18   A.   That was the date that it was published.

19   Q.   August 18th, 1988?

20   A.   Yes.

21          MR. JONAS:  If we could turn to the next slide?

22   Q.   (BY MR. JONAS)  And before I ask you a question about

23   this, Doctor Levitt, how is the charter broken up?

24   A.   Into sections and into articles.

25   Q.   Chapters?

1   A.   Chapters, exactly.

2   Q.   And with your PowerPoint slide and your testimony today,

3   are we going to go through every single chapter?

4   A.   No.   That would take a very long time.

5   Q.   So we are just hitting some highlights?

6   A.   Exactly.

7   Q.   On the screen we see something that is marked as

8   "introduction."   Would that be the beginning of the charter?

9   A.   Exactly.

10  Q.   It states, "Israel will exist and will continue to exist

11  until Islam will obliterate it, just as it obliterated others

12  before it."   And that is a quote attributed to the martyr Emam

13  Hassan al-Banna.   Who is that individual?

14  A.   Hassan al-Banna was the founder of the Muslim Brotherhood

15  in the 1920s in Egypt, who we mentioned earlier.

16  Q.   This quote says, "Israel will exist and continue to

17  exist," and it goes on and talks about Islam obliterating

18  others before it.   Who are the others that they are referring

19  to?

20  A.   When Islam was first founded, it was -- it conquered

21  territories, as many peoples and religions did at the time in

22  the middle ages, ancient times.   Here you have a quote,

23  attributed to the founder of the Muslim Brotherhood, put into

24  the introduction setting the context for Hamas' charter, and

25  what they choose to open with, and I think is pretty clear, is

1    their position on Israel and what Muslims need to do about it.

2    If Muslims don't obliterate it, it will continue to exist, and

3    they need to obliterate it.  Obliterate it is pretty clear.

4            MR. DRATEL:  Objection, Your Honor; non-responsive

5    at this time.

6            THE COURT:  Overruled.  Go ahead.

7            BY MR. JONAS:  If we can go to the next slide,

8    please.

9    Q.   (BY MR. JONAS)  This is a continuation of the

10   introduction.  It says, "this covenant of the Islamic

11   Resistance Movement (Hamas) clarifies its picture, reveals its

12   identity, outlines its stand, explains its aims, speaks about

13   its hopes, and calls for its support, adoption, and joining

14   its ranks."  What does that mean?

15   A.   This document is going to lay out what Hamas is all

16   about--what it believes, what it wants to do, how it wants to

17   do it--and hopes to gather support among others for these

18   ideas, goals, strategies.

19           MR. JONAS:  Next screen.

20   Q.   (BY MR. JONAS)  The top part of the screen on the right

21   refers to a quote from an Article 2.  Would that be what you

22   referenced earlier about how this covenant or charter was

23   divided up?

24   A.   Yes.

25   Q.   It says, "The Islamic Resistance Movement is one of the

```
 1   wings of the Muslim Brotherhood in Palestine."  Care to
 2   comment on that?
 3   A.    I think it is pretty self-explanatory.
 4   Q.    That supports what you said earlier about the history of
 5   the organization?
 6   A.    Exactly.  Hamas describes itself as the Palestinian wing
 7   of the Muslim Brotherhood.
 8   Q.    The bottom half of the screen on the right side is a
 9   quote from Article 3.  It says, "In all that, they fear Allah
10   and raise the banner of jihad in the face of the oppressors so
11   that they would rid the land and the people of their
12   uncleaniness, violence, and evils."
13         First of all, who is Allah?
14   A.    Allah is God.
15   Q.    Who is "they" that would fear Allah?
16   A.    These are the Muslims who are properly practicing, doing
17   the right thing; those that fear God will raise the banner of
18   jihad in the face of those who oppress them to rid the land of
19   those who don't belong there, of people who are there but, the
20   way they are describing it, unclean, vile, and evil, meaning
21   people who are occupying land that they believe is theirs.
22   Q.    Is there a particular people they are referring to here?
23   A.    In this case it would be the Israelis.
24   Q.    The term jihad, what does that mean?
25   A.    Jihad has two meanings.  Jihad can mean fighting against
```

1    one's enemies, against infidels, a violent confrontation.

2    Jihad can also mean personal self-improvement.  And

3    distinguishing between the two requires what is usually a not

4    terribly sophisticated logic test, common sense test.

5         When you find the word jihad in the context of

6    obliterating, fighting, it is pretty clearly about a violent

7    jihad; and when you find jihad in the context of improving

8    one's self and becoming a better person, it is about

9    self-improvement.  This is a violent jihad.

10             MR. JONAS:  Next screen, please.

11   Q.   (BY MR. JONAS)  This is a long quote from Article 6.

12   "The Islamic Resistance Movement is a distinguished

13   Palestinian movement whose allegiance is to Allah and whose

14   way of life is Islam."

15        Why don't we just break it down.  What does that mean?

16   A.   The Islamic Resistance Movement is Palestinian, it is

17   national, but it is a national movement whose first allegiance

18   is to God.  It is a religious movement.  And it really sets it

19   apart by being both a nationalist and a religious movement.

20   Q.   "It strives to raise the banner of Allah over every inch

21   of Palestine."

22        What does that mean?

23   A.   Its purpose is to raise the banner of God over every inch

24   of Palestine, not parts of Palestine.

25   Q.   When they say every inch of Palestine, what land mass are

1  they referring to?

2  A.   The Palestine land mass that they have on the cover, on

3  the other side of the slide, which includes what they would

4  describe as all of historic Palestine, what is today Israel,

5  the West Bank, and Gaza.

6          MR. JONAS:  Next page, please.

7  Q.   (BY MR. JONAS)  This is from Article 7.  "The Prophet

8  Allah, bless him and grant him salvation, has said, 'The day

9  of judgment will not come about until Muslims fight the Jews,

10  killing the Jews, when the Jew will hide behind stones and

11  trees.  The stones and trees will say, "O, Muslims, O,

12  Abdulla, there is a Jew behind me.  Come and kill them.  Only

13  the gharqad tree will not do that because it is one of the

14  trees of the Jews."'"

15          What does this statement mean?

16  A.   It is a phrase from Muslim tradition, and I am not in a

17  position to comment on its religious significance, but its

18  inclusion in the Hamas charter is very telling and at face

19  value speaks for itself.  "The day of judgment will not come

20  until Muslims fight the Jews, killing the Jews, and stones and

21  trees -- the Jews will hide behind stones and trees, and the

22  stones and trees will say, 'Come and kill them.  There is a

23  Jew behind me.'"  This is Hamas' covenant.  It is its charter,

24  What its about.  That is what it said in its introduction.

25          What includes in here is something that is not just about

1   Israelis, it is about Jews, and so this now is something

2   larger.  And this is clearly not a self-improvement jihad.

3   This is a kill the Jews jihad.

4           MR. JONAS:  Next slide please.

5   Q.   (BY MR. JONAS)  This one is entitled "The Slogan of the

6   Islamic Resistance Movement."  I want to be clear.  Did you

7   put that yourself, "The Slogan of the Islamic Resistance

8   Movement," or is that from the charter?

9   A.   This is all from the charter.

10  Q.   It says, "Allah is its target, the profit is its model,

11  the Quran its constitution, jihad is its path, and death for

12  the sake of Allah is the loftiest of its wishes."

13          That says a mouthful.  What does that mean?

14  A.   This entire conflict, Hamas' entire agenda, is put into

15  the context of a religious struggle.  God is its target, doing

16  God's work.  The Prophet Mohammad is its model.  The Quran,

17  which is the Muslims' Bible, if you will, is its constitution,

18  and the way it is going to do this is jihad is its path.

19          Killing the Jews is pretty clear what kind of jihad it

20  is.  And here we have again death for the sake of Allah is the

21  loftiest of its wishes.  This is not self-improvement.

22  Q.   Something that we will talk about in a few moments but I

23  want to briefly touch upon here, what is Hamas known for in

24  terms of the military activity?

25  A.   Hamas is known for a variety of types of attacks, but

perhaps it is most infamous for suicide attacks in which a

person actually does kill one's self in the process of

killing others.

Q.   Does this quote here from Article 8 feed into giving

inspiration to people who become suicide bombers?

A.   This is part of the radicalization propaganda that

carrying out this suicide bombing is not actually suicide by

the bomber, it is self-sacrifice on behalf of the nation; that

it is part of death for the sake of Allah, which is the

loftiest of wishes for a Hamas member.

        MR. JONAS:  Next slide, please.

Q.   (BY MR. JONAS)  The next one is entitled "Strategies and

Methods."

        "The Islamic Resistance Movement believes that the land

of Palestine is an Islamic waqf consecrated for future Muslim

generations until judgment day.  It, or any part of it, should

not be squandered.  It, or any part of it, should not be given

up."

        Starting with the first sentence, what is an Islamic

waqf?

A.   An Islamic waqf is an Islamic endowment, something that

is ordained by God for the Muslims, meaning this is sacred

land; this is land that God has said has to be in control of

Muslims.  It is not within the prerogative of any individual,

says Hamas, to give it up to somebody else for future

1    generations until judgment day.  And then it says, "It, or any

2    part, of this land should not be squandered, shall not be

3    wasted, it, or any part, of this land should not be given up,

4    which obviously is mutually exclusive and in direct conflict

5    with the two-state solution which requires to compromise and

6    have part of the land for a Palestinian country and part of

7    the land for a country of Israel.

8    Q.   The bottom quote says, "This is the law governing the

9    land of Palestine in the Islamic sharia, and the same goes for

10   any land the Muslims have conquered by force."

11        I want to stop there for a moment.  You mentioned earlier

12   in your testimony about Hamas' goal in taking over this whole

13   land mass, Israel, is that they would operate under Islamic

14   law.

15   A.   Correct.

16   Q.   And does this quote go to that?

17   A.   Very much so.

18   Q.   It mentions Muslims have conquered by force.  "The same

19   goes for any land the Muslims have conquered by force."

20        What does that mean?

21   A.   This is a principle that is common among Islamist

22   ideology that any land that historically had been conquered by

23   Muslims becomes that waqf, that endowment, and must be

24   redeemed if it is taken over by somebody else and must have

25   Islamic law applied there.

1  Q.   Does that mean they are looking beyond Israel in that

2  respect?

3  A.   The way I read this is that they are saying the situation

4  with Israel is like the situation elsewhere.  Hamas is not

5  saying it needs to go and conquer formerly Muslim lands like

6  Spain, but it is saying the same way this principle would

7  apply to any other formerly Muslim land it applies no less to

8  this case here of Israel.

9       MR. JONAS:  Next slide, please.

10  Q.   (BY MR. JONAS)  This is from Article 13.  It is entitled

11  "Peaceful Solutions, Initiatives and International

12  Conferences."

13       "Initiatives and so-called peaceful solutions and

14  international conferences are in contradiction to the

15  principles of the Islamic Resistance Movement.  Abusing any

16  part of Palestine is abuse directed against the part of

17  religion.  Nationalism of the Islamic Resistance Movement is

18  part of its religion."

19       The first sentence talking about initiatives and peaceful

20  solutions, what does that mean?

21  A.   Again, I think it is pretty self-explanatory.  Any

22  effort, any international initiative, any international

23  conference, any peaceful solution, is in contradiction to the

24  principles of the Islamic Resistance Movement, which is

25  dedicated to resolving this conflict by violently defeating

1 Israel and instituting an Islamic state in all of historic

2 Palestine.

3     And then again, Hamas puts this into a religious context.

4 "Abusing any part of Palestine is abuse directed against part

5 of the religion."  These other Muslims who claim that they are

6 willing to share and divide this territory are, by Hamas'

7 definition, not being good Muslims.

8     And then they put Hamas' nationalism in the context of

9 religion as well.  True, Hamas is both Islamist and

10 nationalist, but the nationalism of the Islamic Resistance

11 Movement is part of its religion, not the other way around.

12         MR. JONAS:  Next slide, please.

13 Q.  (BY MR. JONAS)  This is a continuation of the same

14 article.  "There is no solution for the Palestinian question

15 except through jihad."

16     Which jihad are they referring to?

17 A.  Again, the context is quite clear.  There is no solution

18 for the Palestinian question except through violent jihad.  I

19 don't think they are implying that through personal

20 improvement they will obliterate Israel or the Jews.

21 Initiatives, proposals, and international conferences are all

22 a waste of time.

23 Q.  Has Hamas ever engaged in a peace conference or peace

24 talks?

25 A.  It is interesting.  Hamas is not engaged in peace talks

1    for the purpose of a two-state solution.  Hamas has engaged in

2    talks with other elements of Palestinian society, and in

3    recent times, even through third parties with Israel for a

4    temporary cease fire, but has never been willing to agree to a

5    permanent solution and has violated the cease fires.

6    Q.   Has Israel recognized the cease fires that Hamas has

7    proposed?

8    A.   Tacitly, in the sense that there have been situations

9    where Israel wanted a period of calm from Hamas attacks; for

10   example, after constant Hamas shelling of Israeli civilian

11   communities within Israel proper from within Hamas controlled

12   Gaza.  But it doesn't sit down at the table with Hamas and

13   negotiate with them because Hamas has committed to Israel's

14   destruction.

15   Q.   Have they ever backed away from this quote?

16   A.   No.

17   Q.   No?

18   A.   No.

19   Q.   You mentioned earlier that Hamas took over Gaza, and you

20   just mentioned about attacks from Gaza.  So the fact that

21   Israel withdrew from Gaza, has that placated Hamas in any way?

22   A.   Not at all.  Attacks continue from Gaza in the form of --

23   primarily in the form of rockets and mortars fired at Israeli

24   towns.  These rockets and mortars are very crude.  You can't

25   aim them, so it is not like they are being fired at

1   specifically military targets.  Some have fallen in homes.

2           MR. DRATEL:  Your Honor, can we have a time frame?

3           THE COURT:  He asked for a time frame.

4           THE WITNESS:  Israel withdrew in 2005.  Hamas rocket

5   attacks have continued with very little break since then.

6   Some of these have fallen in homes.  Some of these have fallen

7   in kindergartens.  There have also been small number of

8   attempts to infiltrate suicide bombers from the Gaza Strip,

9   but Israeli military measures have thwarted almost all of

10  these.

11          MR. JONAS:  The next slide, please.

12  Q.   (BY MR. JONAS)  This is from Article 15.  "The Jihad for

13  the Liberation of Palestine is an Individual Duty."  That is

14  the title.

15      The quote, "The day that enemies usurp part of Muslim

16  land, jihad becomes the individual duty of every Muslim."

17      What does that mean?

18  A.   Again, this has all being put into a religious context of

19  a religious obligation.  This is not a religious obligation

20  that applies to the Muslims generally.  This is an obligation

21  that applies to you as a Muslim.  Every individual has an

22  obligation to participate in this violent jihad, the day that

23  the enemies take any type of Muslim land.

24  Q.   Does that include Muslims who live outside of Israel,

25  West Bank, and Gaza?

A.   Yes.  And Hamas will frequently articulate that if you

are not going to come and do it yourself, support those who

will.

Q.   Are you familiar with the term economic jihad?

A.   I am.

Q.   What does that mean?

A.   Economic jihad, it is not my term, this is a term that

Hamas and similar groups have employed, jihad bin mal, jihad

with money literally, and the pitch goes very much like this:

If you cannot come and participate in the jihad yourself, then

fund someone who will.  And by doing so, you will fulfill that

individual religious obligation you have to reconquer usurped

lands.

Q.   Does that funding and economic jihad have to be direct

funding to somebody who is about to commit a suicide bomb or

some other attack?

A.   No.  Who do you make that check out to?  This is made

through organizations that support Hamas, and it is not a

typical for a fundraising pitch that would be used by Hamas or

groups like Hamas, and in fact has been used.

Q.   Does this quote, the first quote on the page that we have

read, play into the economic jihad, what you are talking

about?

A.   Absolutely.  You have this individual obligation.  Here

is a way for you to fulfill it without having to go over there

1    and pull the trigger yourself.

2    Q.   The rest of the next quote on the page is, "In face of

3    the Jews' usurpation of Palestine, it is compulsory that the

4    banner of jihad be raised.  To do this requires a diffusion of

5    Islamic consciousness among the masses, both on the regional,

6    Arab, and Islamic levels."

7        I want to break this down for a moment.  The first line,

8    "It is compulsory that the banner of jihad be raised."  What

9    does that mean?

10   A.   It is a requirement, it is compulsory that the banner,

11   the flag, the concept, the principle of violent jihad be

12   raised among the consciousness of the people; as if they do

13   not have this as a priority, they are not going to be willing

14   to engage in it.  It takes self-sacrifice to go and put

15   yourself at risk engaged in violence.  To do this requires the

16   diffusion or the spreading of the Islamic consciousness, of

17   this Islamic religious ideas among the masses, among the

18   people.  You have to make people aware of their Islamic

19   obligations for those obligations to mean anything to them.

20   If you tell someone they have an obligation but they don't

21   subscribe to that world view, it doesn't mean anything.  But

22   if you are able to bring people back to Islam, this form of

23   Islam, and then tell them they have an Islamic obligation,

24   that is a very powerful means of recruiting and mobilizing

25   people.

1       And this, they say in their charter, should be done at

2   the regional level in the Arab and Muslim worlds, at the Arab

3   and Islamic worlds--we should be soliciting the help of fellow

4   Arabs, of Muslims, it should be done throughout the region.

5   Q.   So when you say regional Arab and Islamic, is regional

6   being Palestinians?

7   A.   Regional is beyond Palestinians.  In other words, they

8   are saying there is an individual responsibility on Muslims,

9   not on Palestinians, to help free Palestine and create a

10  Palestinian state in all of this territory defeating Israel;

11  not just the Palestinians.  That may be nationalist in the

12  sense we may be Palestinian Islamists, but we are not in this

13  alone.  This is something for the Muslim world to do.  The

14  Muslim world has an obligation here.

15  Q.   Has the Muslim world responded to what Hamas' charter is

16  calling for?

17  A.   Of course you can't really ask does the Muslim world act

18  in a unitary fashion, but there are individuals and

19  organizations, and countries even, that have and that

20  subscribe to this similar ideology and say, yes, this is not

21  just a Palestinian issue; this is a Muslim issue, and we need

22  to support fellow Muslims in Palestine.

23  Q.   Have these countries and individuals supported the fellow

24  Muslims through violent means the way Hamas calls for?

25  A.   They have supported Hamas' violent means primarily

1   through money.

2   Q.   What are some of these countries?

3   A.   Iran for example, at different times some of the Gulf

4   countries.  But the primary source is not any given country,

5   but individuals and organizations.

6   Q.   The rest of the quote is, "It is necessary to instill the

7   spirit of jihad in the heart of the nation so that they would

8   confront the enemies and join the ranks of the fighters."

9   A.   This whole premise is something that you need to convince

10  people of.  The normal world view of a human being is to go to

11  work, make a living, provide for your family, get your kids

12  through school, and live a life; not to engage in acts that

13  could put you and your family at risk.

14       If you want to get people willing to do this, you need to

15  convince them to do it, and Hamas' primary means of doing that

16  is by saying that this is a religious obligation on each and

17  every one of you fellow Muslims.

18  Q.   And how does Hamas do that to the Palestinian people?

19  How do they get that word out there?

20  A.   They get the word out through their propaganda, but their

21  most effective means is through the Dawa, through the social

22  welfare infrastructure that was at the bottom, the foundation,

23  of that triangle.  Dawa means proselytizing or preaching.

24  Those services get people in.  You get those people in and

25  then you can convince them you have an opportunity to present

1    and convince them of this message.

2           MR. JONAS:  Next slide, please.

3    Q.   (BY MR. JONAS)  This is also part of Article 15.  It

4    says, "It is necessary that scientists, educators, and

5    teachers, information, and media people, as well as the

6    educated masses, especially the youth and sheikhs of the

7    Islamic movement, should take part in the operation of

8    awakening."

9           What does that mean?

10   A.   If you are going to wake people up to this, if you are

11   going to bring them back to the proper practice of Islam so

12   that they will recognize their individual duty to jihad, it

13   can't just be us Hamas.  It can't just be the few leaders

14   around Hamas.  It needs to be across the spectrum of

15   society--respected persons, scientists, teachers, media.  This

16   message needs to get out at a massive, mass grassroots level,

17   because that is how you are going to get people getting this

18   message from all different places, and it will permeate and it

19   will eventually awaken the masses to this necessity.

20   Q.   The rest of this quote is, "It is important that the

21   basic changes be made in the school curriculum to cleanse it

22   of traces of ideological invasion that affected it as a result

23   of the orientalists and missionaries who infiltrated the

24   region following the defeat of the crusaders at the hands of

25   Saleh al-Din."

1    They are talking about school curriculum.  What does that

2    mean?

3    A.   There is nothing more important if you are trying to get

4    a message into society than to get it into the children, to

5    get it into the schools.  Schools have always been a focus of

6    Hamas' attention.  And it is, therefore, no surprise that

7    after Hamas came to power in the Gaza Strip one of the first

8    things it did was replaced secular educators with Hamas

9    teachers to get out moderate, pluralistic ideas that might,

10   for example, support a two-state solution compromise and get

11   in teachers who will preach Hamas' world view.

12   Q.   Prior to Hamas taking over the Gaza Strip, did Hamas run

13   schools?

14        MR. DRATEL:  Can we get a time frame again, Your

15   Honor?

16   Q.   (BY MR. JONAS)  You testified earlier that Hamas took

17   over the Gaza Strip in 2005?

18   A.   The Israelis withdrew from Gaza in 2005.  In January 2006

19   Hamas won elections and then -- and set up a government.

20   About a year later in February 2007 that government collapsed,

21   and a government that was made up of Hamas and others came to

22   power.  And then just a few months later in June of 2007,

23   hamas turned its guns again on fellow Palestinians, violently

24   taking over the Gaza Strip, and it was at that point that the

25   Hamas -- the gloves came off and they just completely replaced

1   educators with their own.

2   Q.   Prior to that time period, and let's talk about the

3   1990s, did Hamas run schools?

4   A.   Even before the 1990s.  These social welfare

5   organizations include kindergartens and primary schools, and

6   throughout the West Bank and Gaza.

7   Q.   And did they employ what they are saying in this Article

8   15 about the school curriculum supporting their position?

9   A.   Yes.

10  Q.   It says, "...cleansing the traces of ideological

11  invasion," and it talks about orientalists and the

12  missionaries.  Who are the orientalists and missionaries that

13  infiltrated the region?

14  A.   Westerners.  There were missionaries, Christian

15  missionaries that came through the Arab world.  There were

16  Westerners, Europeans, and Americans in particular, who came

17  through with Orientalist or Western ideas and values, and this

18  is Hamas saying that it is important to get rid of these

19  competing ideas in order to be able to instill their own.

20       MR. JONAS:  Next slide, please.

21  Q.   (BY MR. JONAS)  This is from Article 18, and it is

22  entitled, "The Role of the Muslim Woman."

23       It says, "Women in the home of the fighting family,

24  whether she is a mother or a sister, plays the most important

25  role in looking after the family, rearing the children, and

1    imbuing them with moral values and thoughts derived from

2    Islam.  She has to teach them to perform the religious duties

3    in preparation for the role of fighting awaiting them.  That

4    is why it is necessary to pay great attention to schools and

5    the curriculum followed in educating Muslim girls so that they

6    would grow up to be good mothers, aware of their role in the

7    battle of liberation."

8         What role do the Muslim women play in Hamas?

9    A.   If only a few words were absent from here, they would be

10   playing a role like we would want most mothers to

11   play--gearing their children, imbuing them with religious

12   values.  But this is put out specifically in the context of

13   fighting--"the women in the home of the fighting family in

14   preparation for the role of fighting that awaits them, to be

15   good mothers aware of their role in the battle of liberation."

16   This is part of the purpose of a radicalizing Palestinian

17   society, not only at the kind of elite level of these

18   scientists and educators and media people at a massive level,

19   not only in the schools, but in the home.  And they are

20   recognizing that parents, and in particular mothers, play a

21   very critical role here.

22        MR. JONAS:  Next slide, please.

23   Q.   (BY MR. JONAS)  I am just going to read you this top one,

24   Article 21.  "Social and Mutual Responsibility" is the title.

25        "Mutual and social responsibility means extending

assistance, financial or moral, to all those who are in need

and joining the execution of some of the work.  Members of the

Islamic Resistance Movement should consider the interests of

the masses as their own personal interests."

What does that mean?

A.    Here, too, this is presenting the goals of the

organization as something that is a personal responsibility.

This is going to take self-sacrifice, and, therefore, we have

to help each other.  And again, it would have been fine if it

was helping each other, you know, under normal circumstances,

helping people get by, extending assistance, financial or

moral.  But they are very particular.  It is to those who are

in need and joining in the execution of some of the work.

This is not some other article.  This is in the context of the

Hamas charter about obliterating Israel.

So if you find someone who might be inclined to

participate in this obliterating Israel and needs some help to

get by in doing so, then you should consider that your own

personal interest to help that individual so that they can

participate in Hamas' agenda.

MR. JONAS:  Next slide, please.

Q.    (BY MR. JONAS)  This is from Article 27.  "The

Palestinian Liberation Organization."  Is that the PLO you

testified about earlier?

A.    Yes.

1    Q.   Why is it that Hamas is dedicating an article to the PLO?

2    A.   PLO, especially when this charter came out, had many,

3    many followers, and Hamas had to explain why it is something

4    new that is worthy of followers at the expense of the PLO.

5    This would be perceived by many as not uniting but breaking up

6    the Palestinian national movement, and so they highlight their

7    differences and explain why.

8    Q.   Is it partly because, as you said earlier, in the early

9    1970s the Arab world had deemed the PLO as the representative

10   of the Palestinian people?

11   A.   In 1974.  And Hamas is making its pitch as to why it

12   deserves an opportunity to play that role.

13   Q.   It talks about the organization adopted the idea of the

14   secular state, and you testified earlier that the PLO is

15   secular, non-religious.  Is that correct?

16   A.   That is correct.

17   Q.   So Hamas is recognizing that?

18   A.   Yes.

19   Q.   The last -- The bottom third of the page says, "The day

20   the Palestine Liberation Organization adopts Islam as its way

21   of life, we will become its soldiers and fuel for its fire

22   that will burn the enemies."

23        Has the PLO ever adopted Islam as its way of life?

24   A.   No, it has not.  And because it has not, Hamas has been

25   in conflict with it, and it with Hamas.  As the first

1    paragraph states, "Secularism completely contradicts religious

2    ideology."  Hamas is clearly a religious ideology.

3    Q.   Has there been tension with the PLO from the time Hamas

4    was created up until today?

5    A.   Yes.

6    Q.   You mentioned earlier that when -- In 2007 when Hamas

7    took over Gaza, turned its guns on fellow Palestinians.

8    A.   Yes.

9    Q.   Was that the PLO, Fatah which was part of PLO that it

10   turned its guns on?

11   A.   Yes.

12          MR. JONAS:  Next slide, please.

13   Q.   (BY MR. JONAS)  This says from Section E.  Would that be

14   a subsection of another article?

15   A.   Correct.

16   Q.   It is entitled, "Nationalist and Religious Groupings,

17   Institutions, Intellectual, the Arab and Islamic World."

18       It says, "The Islamic Resistance Movement hopes that all

19   these groupings will side with it in spheres, would support

20   it, adopt its stand, and solidify its activities and moves,

21   work toward rallying support for it so that the Islamic people

22   will be a base and a stay for it, supplying it with strategic

23   depth and all human material and informative spheres in time

24   and in place."

25       That is a mouthful.  What does that mean?

1  A.   Calling on these various cross-cuts of

2  society--nationalists, religious groups, institutions,

3  intellectuals, and the Arab and Islamic world, and it hopes

4  that they will support Hamas and its ideology and its

5  activity.  They hope that these various types of entities will

6  adopt Hamas' stand and solidify and enable its activities.  It

7  will be a base for it and provide it strategic depth in human

8  material, meaning supporters, operatives, and the information

9  sphere that they have talked about, this kind of battle of

10  ideas, getting the idea out at a massive level, and furthering

11  Hamas' agenda.

12  Q.   The bottom half of the page says, "This should be done

13  through the convening of solidarity conferences, the issuing

14  of explanatory bulletins, favorable articles, and booklets

15  enlightening the masses regarding the Palestinian cause."

16       You testified Hamas has a website and issues communiques.

17  Does it also issue explanatory bulletins?

18  A.   It does, but here even more to the point is it is saying

19  -- it is calling on all these other entities to do so as well,

20  because they don't want to be the only ones doing it.  Your

21  message is much stronger when it is echoed by somebody else.

22  So they are hoping everybody else will convene solidarity

23  conferences, meaning in solidarity with the Hamas movement,

24  and issue these bulletins and favorable articles and booklets,

25  et cetera, as Hamas does, too, for certain.

1    MR. JONAS:  Next slide, please.

2    Q.  (BY MR. JONAS)  This top part is from Article 30.  It

3    says, "Jihad is not confined to the carrying of arms and the

4    confrontation of the enemy.  Effective word, the good article,

5    the useful book, support, and solidarity, together with the

6    presence of sincere purpose for the hoisting of Allah's banner

7    higher and higher, all these are elements of the jihad for

8    Allah's sake."

9    Doctor Levitt, you testified about jihad having two

10   meanings.  Which of those two meanings would this section

11   apply to?

12   A.  This is in the context of the Hamas charter.  The Hamas

13   charter has been clear throughout that it is about a violent

14   jihad.  It has been very clear that this violent jihad is a

15   personal obligation of each Muslim, and that every person

16   should consider enabling someone else to participate in this

17   jihad in their personal interest.  But there are many ways to

18   fulfill this obligation, Hamas is saying--not just by carrying

19   of arms and confronting the enemy directly, but if you support

20   that idea, those actions, like we just read in the last slide,

21   through articles, through conferences, the effective word, the

22   good article, the useful book, these too are good and

23   important tools that count as part of the jihad.

24   Q.  The bottom half says, "Whosoever mobilizes a fighter for

25   the sake of Allah is himself a fighter.  Whosoever supports

1    the relatives of a fighter, he himself is a fighter."  Is that

2    in line with the principle we talked about earlier of economic

3    jihad?

4    A.    That is economic jihad.  That is the principle.  Again,

5    multiple ways to fulfill this obligation.  Can't do it

6    yourself?  Enable someone else, fund someone else.

7    Q.    And again, is the funding of someone giving someone money

8    to become a suicide bomber or an attacker?

9    A.    It can be, but it is not handing them the envelope.  This

10   is in the Hamas charter.  Hamas is making the financial pitch

11   here for itself.  And if you mobilize our fighters, Hamas is

12   saying in its charter, you will have fulfilled your obligation

13   as a fighter.  You will be a fighter yourself.

14   Q.    But does the mobilization have to be of the fighters to

15   satisfy what Hamas is calling for here, or can it be other

16   parts of Hamas as well?

17   A.    Certainly it can be other parts of Hamas.  As Hamas has

18   made clear, the jihad include these various types of

19   activities.  And Hamas is very clear that its social,

20   political, and certainly military activities are part of this

21   violent jihad.

22   Q.    So if someone gives money to the social wing, branch,

23   part of Hamas, the Dawa part, are they satisfying the call for

24   jihad that Hamas is requiring here?

25   A.    Of course.  And not just at this obvious level, but also

1    money is fungible.  So you have an organization that is

2    involved in social welfare activity and political activity and

3    military activity, all.  You provide them an extra $10.  That

4    is $10 more they have at their availability and it frees up

5    $10 they had for something else.  So certainly it counts in

6    every which way.

7                MR. JONAS:  If we can go to the next slide.

8    Q.   (BY MR. JONAS)  This is from Article 32.  It says, "Egypt

9    was, to a great extent, removed from the circle of the

10   struggle through the treacherous Camp David agreement."

11        What does that mean?

12   A.   Egypt had a peace deal, made a piece deal with Israel,

13   and referred to as the Camp David agreement because it was

14   finalized at the Camp David Presidential Retreat in Maryland

15   in 1979.  And by virtue of making this deal, this compromise,

16   Egypt got back the Sinai, that big desert in the southern part

17   of Israel that Israel had conquered in the 1967 War, and Egypt

18   concluded a full peace deal.  There is an Egyptian ambassador

19   in Israel and an Israeli ambassador in Egypt.

20        By doing this, Egypt, as far as Hamas and similar

21   organizations are concerned, they are treacherous.  They are

22   traitors.  They sold out.

23   Q.   But does Hamas have any relationship with Egypt today?

24   A.   Certainly.  Hamas is very tactical, and its strategic and

25   tactical decisions are sometimes separate.  Hamas will meet

1    with Egypt if Egypt can deliver something it needs, even

2    though strategically Hamas has very little respect for Egypt.

3    Q.    The rest of that paragraph says, "They are trying to draw

4    other Arab countries into similar agreements and bring them

5    outside the circle of struggle."

6          Is the "they" they are talking about Egypt again?

7    A.    Yes.

8    Q.    And has other Arab countries made peace agreements with

9    Israel?

10   A.    Jordan has.

11   Q.    How does Hamas consider Jordan, then?

12   A.    Not so happy about it.

13   Q.    The bottom half of that page says, "The Islamic

14   Resistance Movement calls on Arab and Islamic nations to take

15   up the line of serious and persevering action to prevent the

16   success of this horrendous plan, to warn the people of the

17   danger emanating from leaving the circle of struggle against

18   Zionism."

19         What is Zionism?

20   A.    Zionism is the ideology that led to the creation of a

21   Jewish homeland for the Jews and what became Israel.  And for

22   Israelis and Jews, for most people in the world, it is -- For

23   Israelis and Jews it is a very good thing.  For most people in

24   the world it is not a good or a bad thing.

25         Palestinians see Zionism see Zionism as the ideology that

1    stripped them of their land as see it as a very bad thing.

2    And the context of radical Palestinian groups, and in many

3    cases in non-radical Palestinian groups, Zionism is a very bad

4    word.

5         But the point here is that Hamas is calling on Arab and

6    Islamic nations, who have not yet made this peace deal with

7    Egypt, as Egypt had by the time this covenant came out --

8    Q.   You mean peace deal with Israel?

9    A.   Yes, the Israeli peace deal with Egypt.  That they don't

10   want anybody else to follow suit.  They are warning people off

11   of the danger that emanates from this horrendous plan of

12   striking peace deals.  Because imagine if all the Arab states

13   struck a peace deal with Israel, struck these compromises with

14   Israel.  Where would Hamas be left?  Hamas does not believe in

15   compromise it would be left without this strategic depth.  It

16   would be left without this support from the Arab and Muslim

17   worlds.

18   Q.   The rest of that quote says, "Today it is Palestine.

19   Tomorrow it will be one country or another.  The Zionist plan

20   is limitless."

21        Has Israel attempted to take over other countries?

22   A.   No.

23            MR. JONAS:  Your Honor, I was going to move to

24   another section.

25            THE COURT:  Is this a good breaking point?

1     Let's go ahead and recess for the day.  Be back here at

2  9:00 in the morning.

3     Please let me remind you about the instructions we

4  discussed earlier.  Don't talk to anybody about the case.

5  Don't let anybody talk to you about it or watch any reports

6  about it.  See you back at 9:00 in the morning.

7          (Whereupon, the jury left the courtroom.)

8          THE COURT:  All right.  Anything we need to address,

9  counsel, before we recess for the evening?

10          MR. MYSLIWIEC:  Yes, Your Honor.  We filed a motion,

11  docket No. 1183, I think first thing this morning, and it

12  relates to a document that Mr. Levitt --

13          THE COURT:  Everybody can have a seat, by the way.

14          MR. MYSLIWIEC:  It relates to a document that Mr.

15  Levitt has in his possession.  He testified about it at his

16  *Daubert* hearing and also cited to that document in his book,

17  which effectively was his expert report in this case.

18     Based on Rule 705, and some other rules we have cited in

19  the motion, we believe we are entitled to that document being

20  produced.

21     We requested the document from Mr. Jonas, and in fact Mr.

22  Levitt testified that he was able to provide it at the *Daubert*

23  hearing.  Upon requesting it before this trial, Mr. Jonas went

24  back, spoke to Mr. Levitt, and he is refusing to produce it to

25  the Defense on the grounds that it is confidential.

1          THE COURT:  Mr. Jonas?

2          MR. JONAS:  Your Honor, I haven't had a chance to

3    respond in writing because this was filed just before court

4    started this morning.  I am happy to respond orally.

5          THE COURT:  Yes, go ahead.

6          MR. JONAS:  Doctor Levitt has not testified about

7    this document.  This document is an index of material that the

8    Israelis have in their possession which relates to the

9    testimony of some of the Israeli witnesses that will come

10   later on in the trial.  These were items that were seized by

11   the government of Israel during some military maneuvers in the

12   West Bank.

13         Doctor Levitt was provided this document as a researcher,

14   not because he was testifying in this case.  He received it

15   years before we contracted with him.

16         The Defense has asked previously in the prior trial for

17   Doctor Levitt's material that he relies upon in his book.

18   Judge Fish dealt with this issue denying their request.  It is

19   ECF 549.  It is an order dated February 23rd, 2007.

20         I direct your attention the Court's attention to pages 5

21   through 7 generally where Judge Fish discusses the Defense's

22   request for material that Doctor Levitt refers to in his book.

23         Doctor Levitt did not refer to this document in his

24   testimony so far, and will not refer to it in his testimony

25   tomorrow.  It only came up in the *Daubert* hearing upon cross

examination by Ms. Cadeddu.  He didn't refer to it on direct

in his *Daubert* hearing.  He did not create the document.  He

is not relying on the document.  There is no basis for the

Defense to get it.

It was provided to him by the Israelis in confidence, the

way many experts and scholars receive material.  It is part of

a larger body of work he has reviewed and accumulated over a

course of time.  There is no reason why they should be

entitled to this document.

THE COURT:  Okay.

MR. MYSLIWIEC:  Your Honor, I guess that is exactly

the point is that he reviewed this document in forming his

expert opinion, and clearly Rule 705 says that the Defense is

entitled to see the same material that the expert has seen so

that it can effectively prepare for cross examination.  He

testified about this at the *Daubert* hearing, he cited to it in

his report.  As far as I am aware of --

THE COURT:  He cited to it in his report or the

book?

MR. MYSLIWIEC:  That is what I meant.  Because, as

you will see in the written motion, in their notice about Mr.

Levitt being an expert, they indicated that the book is his

report.

MR. JONAS:  Your Honor, if I can address that.  I

don't mean to cut you off.  The Government has never, ever

1    indicated that.  The Defense on several occasions has taken

2    something the Government said in order to be courteous -- And

3    we had told them Doctor Levitt will not be filing a report.

4    This was several years ago before the last trial.  We said,

5    "However, if you look through his book you can see where some

6    of his testimony will be coming from," as an aid to them to

7    prepare for cross examination.

8         Believe me, I don't know if we will be that courteous

9    again, given how they have taken the Government's words and

10   have every time attempted to twist it against us by saying it

11   is in effect his report.  It is not his report.

12            MR. MYSLIWIEC:  Your Honor, maybe we can put that

13   issue aside.  The point is he has talked about this book

14   repeatedly.  The book deals with Hamas.  It is clearly about

15   his expert opinion on Hamas and he bases that expert opinion

16   specifically on this document, which he cites to in the book,

17   which -- I mean, just to make another point about it, if it is

18   such a confidential document, why is he citing to it and

19   describing it in a publicly available book?  I mean,

20   confidentiality is not a basis for not providing something

21   under Rule 705.

22        In addition to Rule 705, we have outlined a confrontation

23   clause basis for it, a Rule 16 basis for it, and as Mr. Levitt

24   testified here today, he is actually still a government

25   employee when he was talking about working with I think it was

1    General Jones.  He said he hadn't given up his employment in

2    there.  He is still on call.

3         That means this document, in addition to being in Mr.

4    Levitt's possession, is clearly within the control of the

5    Government.

6         So for those reasons it should be produced to the

7    Defense.

8              THE COURT:  What is your reason for not wanting to

9    turn it over?

10             MR. JONAS:  Because they are not entitled to it and

11   I am afraid -- For two reasons, Your Honor.  One is they are

12   not entitled to it, there is no basis for it; and two, I am

13   afraid this is going to open a slippery slope where they are

14   going to start asking for everything in his possession, which,

15   by the way, is a two-way street.  If we are going to go down

16   that road, everything that their experts have ever accumulated

17   we would be entitled to.  And I am not saying we are.

18        I just request that Your Honor review Judge Fish's order

19   on this issue.

20             THE COURT:  I will.

21             MR. JONAS:  And Doctor Levitt is not a Government

22   employee.  Because he has been a consultant for General Jones

23   on the Israeli-Palestinian conflict does not make him a

24   government employee, and it does not make that document in the

25   possession of the government.

1      And one other point, Your Honor, because we are going to

2   go in circles real soon on this.  This is a document that is

3   an index listing other items that were seized from the Israeli

4   military.  It is those items that Doctor Levitt has reviewed.

5   All the index is is a listing of those items.  And I think

6   this is a back door attempt to get another -- This is a back

7   door attempt to find out what the Israelis took that the

8   Defendants had other means of learning about that they chose

9   not to pursue.

10      This document cannot be used to cross Doctor Levitt.  He

11  didn't create it.  And frankly, Your Honor, it is also in

12  Hebrew.  It is not going to help them.

13      I think I have said everything I need to say, and I

14  think, Your Honor, I would just direct you to Judge Fish's

15  order.

16          MR. MYSLIWIEC:  Just on that last point, Your Honor,

17  cross examination -- The right to cross examination involves

18  questioning the witness about what he chose to consider and

19  also about what he chose not to consider, and this index

20  indicates documents, or should indicate documents, which he

21  chose not to consider, and we have the right to cross examine

22  about that and the right to know about it under Rule 705 and

23  the other authorities I cited to.

24          THE COURT:  All right.  Let me take a look at -- And

25  I read your motion that you filed this morning, but I read it

1    hurriedly, so let me take a look at that.

2        And I take it you filed a response the last time and then

3    Judge Fish did his order.

4            MR. JONAS:  Yes, sir.

5            MS. HOLLANDER:  Your Honor, I would just like to add

6    these are documents within the government of Israel that we

7    have no other way to get.  We did file a motion earlier for

8    request for letters rogatory, which I don't believe the Court

9    has ruled on.  But we don't have any other way to get these

10   documents or to get this list.

11       And Doctor Levitt, although he didn't write an expert

12   report, I think that if you look at what the Government

13   provided at that time, they said, "He is not doing a report,

14   but you can rely on his book."  And that is what we have been

15   doing.

16           THE COURT:  Okay.  Let me take a look at that.

17   Remind me in the morning.

18       We are in recess until 9:00.

19                       (End of Day.)

20

21

22

23

24

25

1    I HEREBY CERTIFY THAT THE FOREGOING IS A

2    CORRECT TRANSCRIPT FROM THE RECORD OF

3    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

4    I FURTHER CERTIFY THAT THE TRANSCRIPT FEES

5    FORMAT COMPLY WITH THOSE PRESCRIBED BY THE

6    COURT AND THE JUDICIAL CONFERENCE OF THE

7    UNITED STATES.

8

9    S/Shawn McRoberts                10/16/2008

10   _____DATE_____
     SHAWN McROBERTS, RMR, CRR
11   FEDERAL OFFICIAL COURT REPORTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25