1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
2                 DALLAS DIVISION

3    UNITED STATES OF AMERICA     )  CAUSE NO. 3:04-CR-240-P
                                  (
4    vs.                          )
                                  (  NOVEMBER 4, 2008
5                                 )  DALLAS, TEXAS
     HOLY LAND FOUNDATION, ET AL  (  9:00 A.M.
6
     _____
7


8                     VOLUME 31 OF 37

9    _____

10                  STATEMENT OF FACTS

11
              BEFORE THE HONORABLE JORGE A. SOLIS
12               UNITED STATES DISTRICT JUDGE
                         and a jury
13   _____

14


15              A P P E A R A N C E S

16


17


18       FOR THE GOVERNMENT:   UNITED STATES ATTORNEY'S OFFICE
                               1100 COMMERCE, 3RD FLOOR
19                             DALLAS, TEXAS  75242
                               BY:  MR. JIM JACKS
20                                  MR. BARRY JONAS
                                    MS. ELIZABETH SHAPIRO
21
         FOR THE DEFENDANT:    FREEDMAN, BOYD, HOLLANDER,
22       (SHUKRI ABU BAKER)    GOLDBERG & IVES, P.A.
                               20 FIRST PLAZA, SUITE 700
23                             ALBUQUERQUE, NEW MEXICO 87102
                               BY:  MS. NANCY HOLLANDER
24                                  MS. TERESA DUNCAN

25

```
 1              FOR THE DEFENDANT:   LAW OFFICE OF JOSHUA L. DRATEL
                (MOHAMMAD EL-MEZAIN) 14 WALL STREET, 28TH FLOOR
 2                                   NEW YORK, NEW YORK  10005
                                     BY:  MR. JOSHUA DRATEL
 3                                        MR. AARON J. MYSLIWIEC

 4              FOR THE DEFENDANT:   LAW OFFICE OF MARLO P. CADEDDU
                (MUFID ABDULQADER)   3232 McKINNEY AVENUE, SUITE 700
 5                                   DALLAS, TEXAS  75204
                                     BY:  MS. MARLO P. CADEDDU
 6
                FOR THE DEFENDANT:   LAW OFFICE OF LINDA MORENO
 7              (GHASSAN ELASHI)     P.O. BOX 10985
                                     TAMPA, FLORIDA  33679
 8                                   BY:  MS. LINDA MORENO

 9                                   JONES DAY
                                     555 CALIFORNIA ST., 26TH FLOOR
10                                   SAN FRANCISCO, CA  94104
                                     BY:  MR. JOHN D. CLINE
11
                FOR THE DEFENDANT:   WESTFALL, PLATT & CUTRER
12              (ABDULRAHAM ODEH)    ONE SUMMIT AVENUE, SUITE 910
                                     FORT WORTH, TEXAS  76102
13                                   BY:  MR. GREG WESTFALL.

14              COURT'S LAW CLERK:   MS. JENNIFER HELMS
                                     1100 COMMERCE, RM. 1654
15                                   DALLAS, TEXAS  75242

16              COURT COORDINATOR:   MS. BRENDA WEBB
                                     1100 COMMERCE, RM. 1654
17                                   DALLAS, TEXAS  75242

18       OFFICIAL COURT REPORTER:    SHAWN M. McROBERTS, RMR, CRR
                                     1100 COMMERCE STREET, RM. 1654
19                                   DALLAS, TEXAS  75242
                                     (214) 753-2349
20

21              COURT:  Good morning.

22        Is there a matter we needed to take up?

23            MR. JACKS:  Yes, Your Honor.  It was the

24   Government's understanding that the Rule has been invoked as

25   to all witnesses, including experts, and it is apparent from
```

1    what something Doctor McDonald said that he was in the

2    courtroom during the testimony of Doctor Esposito, and we just

3    want to make sure that that doesn't happen again; that there

4    is no need for other witnesses to be in the courtroom when

5    another witness is testifying, and we would ask that the Rule

6    be invoked or that it be enforced.  It is our understanding

7    that it had been invoked at the start of the trial, and that

8    any other witnesses may not be in the courtroom while other

9    witnesses are testifying, whether they are experts or not at

10   this time.

11              THE COURT:  Counsel?

12              MS. CADEDDU:  Your Honor, my understanding was the

13   Rule had been invoked, but that experts were excluded from

14   that.  And generally experts can review the testimony of other

15   experts so they can respond.

16              THE COURT:  That was my recollection.  I don't know

17   that we specifically discussed it, but that is what I recall

18   is that we had discussed the issue of experts, and generally I

19   exclude experts from both sides because they can review the

20   testimony of other witnesses in formulating their opinion.

21              MR. JACKS:  I would understand that if it was an

22   expert that they were in the same field with, but I don't

23   think these experts are testifying about the same matters in

24   the same fields and it gives them the benefit of watching

25   cross examination and seeing what exhibits are used and that

1    type of thing.

2         I don't believe that that is proper.  The Government

3    certainly didn't have the benefit of having other witnesses

4    sit in while earlier witnesses were sitting here.

5              THE COURT:  Well, all I can say, again, is I think

6    we had discussed it and we had excluded experts.  We can go

7    back and check that, but if we had done that, really nothing

8    improper was done.  We will go back and have that checked.

9         You are just talking from now forward?

10             MR. JACKS:  Yes, Your Honor.  Even if there is a

11   disagreement about what was said, we would from this point

12   forward ask that Defense experts, because that is all that we

13   have left, that they not sit in during the testimony of

14   another expert, because it doesn't serve that purpose to see

15   what is the --

16             THE COURT:  Do you intend to have other experts in

17   the courtroom during any further testimony?

18             MR. MYSLIWIEC:  We could keep them out if it is an

19   issue, Your Honor.  I think the only one we have left is

20   Doctor Benthall.

21             MS. HOLLANDER:  And Doctor Mackintosh, who hasn't

22   been here.

23             MR. MYSLIWIEC:  He was in the courtroom yesterday.

24             THE COURT:  He was?  If you will let him know to

25   stay out during the rest of the testimony, unless it is

1    something he needs to listen to in order to formulate his

2    opinions.  I think that is what we had excluded.  But if it

3    isn't he doesn't need to be here --

4              MS. CADEDDU:  And I want to make sure there is not

5    going to be any cross examination about impropriety of him

6    being in here, because Doctor McDonald was here properly.

7         But I also want to make sure -- we have ordered some

8    transcripts for expert witnesses to review, and I assume that

9    is still not a problem.

10             THE COURT:  No.

11             MS. CADEDDU:  Okay.

12             THE COURT:  They are entitled to review witness

13   testimony if it is something that they used in formulating

14   opinions.

15        Ms. Shapiro?

16             MS. SHAPIRO:  With respect to Mr. Mackintosh, we

17   intend today to file a supplemental motion in limine.  We had

18   moved in limine to exclude him earlier on, and we also asked

19   for a *Daubert* hearing, but having reviewed all of his writings

20   and materials at this point we don't think there is any basis

21   even to have him come here from out of town for a *Daubert*

22   hearing because we think he is clearly improper, and we will

23   plan on filing something today on that point.

24             MS. MORENO:  I will be handling that on behalf of

25   Mr. Cline as soon as we read counsel's papers.

1              THE COURT:  Out of all the experts, I didn't think I

2    needed a *Daubert* hearing except perhaps that one.  I do have

3    some concerns about what he is going to testify about and

4    whether it would be proper, so we will need to take a look at

5    that particular expert.

6         All right.  Are we ready for the jury?

7              MS. CADEDDU:  We are.

8              THE COURT:  Go ahead and bring your witness up.

9              (Whereupon, the jury entered the courtroom.)

10             THE COURT:  Ladies and gentlemen of the jury, good

11   morning.  And we are ready to proceed.

12        Ms. Cadeddu?

13             MS. CADEDDU:  Thank you, Your Honor.

14   Q.   (BY MS. CADEDDU)  Good morning, Doctor McDonald.

15   A.   Good morning.

16   Q.   Let's just -- To quickly recap where we were when we

17   broke yesterday, yesterday we reviewed three different songs

18   or performances from one videotape from 1988.

19   A.   That is correct.

20   Q.   And then we also took a look at a dramatic performance, a

21   skit from a videotape that was dated from 1990?

22   A.   1990, yes.

23   Q.   Now, going back to the musical performances from 1988

24   that we looked at or that we talked about before we looked at

25   the skit, did you review the full performance that the

1    Elbarasse Search No. 32 segments came from?

2    A.    Yes, I did.

3    Q.    So an entire --

4    A.    The entire performance.

5    Q.    Can you tell the jury what you were able to determine in

6    reviewing the complete videotape about the distribution of the

7    types of songs that you talked about?

8    A.    As I said yesterday, the distribution of the songs with

9    which they selected to perform in this particular concert were

10   drawn from three of the categories that I had talked about

11   yesterday, three of those Palestinian music categories,

12   virtually in even distribution for the most part.

13              MS. CADEDDU:   Could I have the elmo, please?

14   Q.    (BY MS. CADEDDU)   And back to the handwritten list we

15   have over here, those three categories, would those be the

16   ones marked in blue highlighter?

17   A.    Yes, that is correct.

18   Q.    Now, did you review all of the clips that were exhibits

19   or potential exhibits, as well as full videotapes from five

20   full videotapes?

21   A.    That is correct.  I reviewed all of the music

22   performances and dramatic performances on all of the clips

23   from the case as well as five complete performances in their

24   entirety.

25   Q.    Okay.  And is the distribution that you just talked

1    about, this sort of equal distribution among these three

2    categories, is that consistent across -- the distribution

3    consistent across all of the videotapes from the late '80s

4    period?

5    A.    Yes.  The 1988 and the 1991 performances all conformed to

6    this same model, this same distribution model.

7    Q.    And I think you mentioned this yesterday, but would that

8    be true when you -- Is that distribution consistent with what

9    you see and what you have seen among performances of Intifada

10   bands in the Palestinian territories or in Jordan for that

11   same time period?

12   A.    It is actually quite rare.  In this instance you would

13   very rarely see a band mix these categories up.  They would

14   concentrate on one category so as not to dilute their

15   political message.

16   Q.    Now, what period of time do the video clips, the exhibits

17   and the full videos, cover that you reviewed for your

18   testimony?

19   A.    There were five complete videotapes and they spanned from

20   1988 to 1996.

21   Q.    And how about the clips, the individual clips?

22   A.    The individual clips were also of that same range.

23   Q.    And we are talking -- When we are talking about video

24   clips and performances, we are talking about the performances

25   and clips for the al-Sakhra, later known as the Al-Nujoom

band.  Right?

A.    That is correct.  They were all of the same band.

Q.    And how long did -- Would you say that this distribution
of song types -- These three song types, how long did it last
that there was that type of distribution?

A.    Based on my analysis of all of the clips, as well as
these comprehensive performances, this style, this approach to
their performances lasted until 1993.

Q.    And how did -- It lasted until 1993.  How did it change?

A.    Quite drastically.  The 1994 performances that I have,
their approach to performing shifted considerably such that
rather than having equal distribution of these three
categories, they completely eliminated the Islamist category
and they focused almost entirely on the Sha'bi folkloric
music.

Q.    Were there any -- Was it just Sha'bi music or were there
also some others?

A.    It went from a relatively equal distribution to all of a
sudden 85 percent Sha'bi, 15 percent Thowri, and no Anashid.

Q.    And in what period of time was that true?  You said you
saw it in 1994.  How did that compare with the 1996
performances?

A.    The 1996 was also consistent with that second approach,
the focus on just the folk music.

Q.    And I am going to highlight in pink, or actually make a

1   checkmark since I have already highlighted, the two categories

2   here on our sheet that are the ones that you say are from the

3   latter period of the band's performances.  And of course with

4   the understanding that the Sha'bi is really the predominant

5   one.  Is that what you said?

6   A.   Yes.

7           MS. CADEDDU:  Your Honor, I would actually like to

8   offer this exhibit as a demonstrative at this time, and I am

9   afraid I have no number what it is.

10          THE COURT:  At some point get a number.

11      Mr. Jacks, any objection?

12          MR. JACKS:  Yes, Your Honor.  It is not -- It is

13  just her notes, Your Honor, and it is not demonstrative of

14  anything except her notes during cross examination.

15          THE COURT:  It is her notes on direct and it does

16  reflect the witness' testimony.  I think it is a proper

17  exhibit.  That will be admitted as a demonstrative.

18      Once you get the number, let us know so the record can

19  reflect it.

20          MS. HOLLANDER:  It will be Defendants No. 1424, and

21  I will get her a sticker.

22          THE COURT:  Defense No. 1424 is admitted as a

23  demonstrative exhibit.

24  Q.   (BY MS. CADEDDU)  So you have said that the band's

25  orientation shifted dramatically in this 1994 to 1996 period.

1    How does that change in approach reflect what is going on in

2    the Palestinian territories during that same period?

3    A.    This is where they actually fall in line with the types

4    of performances that are taking place in the territories.  At

5    this time this is what I testified to yesterday about the Oslo

6    period where all of a sudden the more militant, the more

7    political songs fell out of favor among the general

8    population.  For this band in particular to move away from the

9    more political songs, move away from the Thowri and the

10   Anashid and focus entirely on folk music, shows they were

11   following the larger trends taking place in the Palestinian

12   territories.

13   Q.    And was there anything else that you have seen in the

14   videotapes of the performances from this 1994 to 1996 period

15   about how the band presented itself that would also indicate a

16   shift?

17   A.    It was more than just the music that they changed.  They

18   changed their name.  The name of the group, originally

19   al-Sakhra, as I said yesterday is very Islamic.  It has very

20   powerful Islamic associations.  They changed the name of the

21   band to Al-Nujoom, which means the stars.  It has no religious

22   meaning in that sense, and it is basically a neutral name for

23   the group.

24        In addition, you will notice in the later performances

25   they predominantly wear folkloric clothing when they perform

1    rather than the shirts and ties that we saw in their earlier

2    1988 examples.  In the later ones they mostly wear folkloric

3    overcoats that we saw those dancers wearing yesterday, those

4    debke dancers.  They wear the head scarves on their heads,

5    what are called hatta, and all of that references this kind of

6    folky, you can call it Palestinian hillbilly, I guess, symbols

7    where they are really trying to emphasize the grass roots in

8    the music.

9         In addition, they have Palestinian embroidery presented

10   on stage.  This is another very powerful symbol of Palestinian

11   nationalism among the folk kind of thing.  All of these are

12   neutral in the sense that they don't present any particular

13   Islamic meaning.

14        MS. CADEDDU:  Could we take a look, please, at HLF

15   112-A?  And that is a video clip?  Thank you, Mr. Lewis.

16   Q.   (BY MS. CADEDDU)  And once again, Doctor McDonald, if you

17   need to stop this one and talk about it, please so indicate.

18             (Whereupon, HLF Search No. 112-A was played, while

19             questions were propounded.)

20        THE WITNESS:  If you will pause right there, you

21   will notice that the singers are wearing the overcoat and the

22   head scarves.  Participants are doing the debke dance,

23   although they are not doing it as well as the professional

24   dancers were doing it yesterday.  And if you notice the podium

25   there at the center of the stage, that is the embroidery I am

1　talking about.  That kind of Palestinian needlework is

2　indicative of the folk, so-to-speak.  Women would make their

3　dresses using this embroidery, and the designs that they would

4　use identified them from being from certain village.  So

5　certain villages had certain patterns.  All of this signifies

6　to this audience, to a Palestinian audience, the sense of the

7　folk, the sense of the people.

8　Q.　(BY MS. CADEDDU)  And let me just ask you, we saw a

9　reference to martyrdom.  Is that -- Is martyrdom and the

10　concept of martyrdom something that is unique to Hamas?

11　A.　Oh, no, of course not.  There is nothing about this

12　performance that would give anyone any indication that this

13　group is associated with Hamas.  This is folkloric.  If you

14　notice the beginning of the clip was singing the beginning of

15　al-tawbah.  We talked about yesterday, the "ouf, ouf, yawbah

16　yawbeh."  This is the signature beginning of the folkloric

17　piece.  It immediately then shifts into a dance with the

18　pounding folk rhythm.  And as soon as they started playing

19　that rhythm, then you noticed that people in the audience

20　start to form a debke line.

21　　The text is also very folkloric in the sense that

22　martyrdom, talking about -- beginning the lines with, "O

23　mother" are also ways of introducing folkloric poetry.

24　Martyrdom in this sense is not, clearly, associated with any

25　particular political ideology.  It is just the sense of

1    martyrdom in Palestinian culture and Palestinian history at

2    large or generally.

3    Q.    Could we continue, please?

4    A.    So basically what we have seen there, what they end up

5    doing, they brought that table out in the middle of the dance

6    floor and they started to kind of construct out of paper a

7    model of the dome of the rock mosque in Jerusalem.  That to me

8    is really the first time we see anything that could be

9    considered Islamic but not Islamist.  It is -- That mosque is,

10   of course, a symbol of the holy land in general and Palestine

11   in general, but it is the first time you would see anything in

12   that clip that could be interpreted as something Islamic.

13   Before that the text of the song is all straight folklore, you

14   know, talking about attaining victory and martyrdom, throwing

15   stones, not being afraid of torture if you are in detention,

16   "protecting my family and children from the world of evil.

17   They called me a terrorist because I am free."  These are all

18   very powerful masculine themes that you find in a lot of the

19   poetry associated with this song type.

20   Q.    And can you remind us again when that song type arose?

21   A.    I mean, we don't know its origins, but it was certainly

22   the very first recordings we have in the early 20th century,

23   this was the music that was on those recordings.  That period

24   of 1919 to 1948, that early period is specifically what is

25   most associated with this music.

1    Q.    And would this type of performance be typical what you

2    saw during that 1994-1996 kind of period?

3    A.    Yes, this would be typical.

4    Q.    Now, we have been talking up until now, yesterday and

5    today, about videotapes of the al-Sakhra band and Al-Nujoom

6    band.  I want to turn now and ask you -- I want to shift gears

7    a little bit and ask you about the videos that were seized by

8    the Israeli Defense Force in Operation Defensive Shield or

9    later, and I want to -- the Prosecution has played some of

10   those so I would like you to take a look at one of these with

11   me that depicts some performances.

12            MS. CADEDDU:  Could we see Jenin Zakat No. 6-A,

13   please?

14   Q.    (BY MS. CADEDDU)  Okay.  So this identifies what it is

15   that we are looking at and the year.

16            MS. CADEDDU:  Could we now take a look at clip C

17   from the same video, please?  And actually, could you just

18   hold one second?

19   Q.    (BY MS. CADEDDU)  2004, can you sort of tell us what is

20   happening in 2004?  We have kind of shifted now from -- I

21   mean, we have shifted periods?

22   A.    Yeah, we certainly have.  2004 is kind of one of the high

23   points of the second Intifada, the second resistance movement

24   that started in 2000.  This is the second one.  In particular,

25   this time period was right after the reoccupation of the West

1    Bank, where Israel came in and clamped down on the local

2    populations.  They built the wall that separates them from

3    each other.  This was a time of intense suicide bombing.  It

4    was a time of intense house-to-house searches by Israeli

5    soldiers.  It was one of the high, most intense periods of

6    fighting between the two sides, and certainly a time of

7    intense cultural stress for those who are living under

8    occupation.

9    Q.    Okay.

10         MS. CADEDDU:  Could we look at clip C now, please?

11   Q.    (BY MS. CADEDDU)  And once again, stop us and tell us

12   what is happening.

13              (Whereupon, Jenin Zakat No. 6-C was played, while

14              questions were propounded.)

15              THE WITNESS:  Let's pause it right there, please.

16   What you are seeing here is a performance, a dramatization of

17   a woman being searched as she processes through a checkpoint,

18   except with one wrinkle.  The two here pictured in blue jeans

19   with one wearing the cowboy hat and carrying guns, those

20   aren't Israeli soldiers.  You will notice they are not wearing

21   an army uniform.  These girls are portraying Israeli settlers.

22   The fact they are wearing the cowboy hat the jeans and the

23   button down shirts, this is kind of like the standard dress

24   for Israeli settlers in the West Bank.  So this young girl is

25   actually being searched at gun point by settlers rather than

1    by soldiers.

2    Q.   And can I stop you there?  Settler is kind of a term of

3    art.  What does that mean, quickly?

4         MR. JACKS:  Your Honor, again I have to object.

5    This is outside the scope of the expertise for which he has

6    been qualified for.  He is just injecting comments that are

7    not the basis of his expert opinion, and we object to it.

8         THE COURT:  Overrule that objection.  He may opine

9    on that.  Go ahead.

10        THE WITNESS:  Israeli settlers are people, Israeli

11   citizens who want to colonize the West Bank and Gaza Strip.

12   They moved there and they set up settlements, little colonies,

13   if you will, in the West Bank and Gaza Strip as a way of

14   taking it back for Israel.  Their are larger goal is to take

15   all of the land, including the West Bank and Gaza Strip.  They

16   are probably the most hotly contested feature of the

17   engagement between --

18        MR. JACKS:  Again, I am sorry.  There has been no

19   showing or any basis for these opinions to be entered into

20   evidence by this witness.  There is no showing of what

21   authority he relies on or anything of that nature, and it is

22   just something that has been presented without any

23   qualifications.

24        THE COURT:  Overruled.  Go ahead.

25   Q.   (BY MS. CADEDDU)  Do you want to go ahead?

A.    Well, let me just finish what I was saying.  This young

girl, you will notice what she is wearing, she was wearing a

head scarf, or a hijab.  As she is being searched by the girls

playing the rolls of settlers.  They forcibly take the head

scarf off of her head and throw it on the ground and pat her

down.  This kind of searches are things that I witnessed

millions of times in day-to-day interactions going through

these kind of checkpoints, and it is the kind of thing these

people in Jenin would experience virtually on a daily basis

trying to navigate these checkpoints.  This particular

performance is a dramatization of that everyday occurrence or

experience.

    And the fact that she is a young girl, a muhajiba meaning

someone who wears this scarf, gives this a certain meaning

among the participants of, I guess you would say, a culturally

insensitive search.  To take off a woman's scarf like that and

pat her down would be considered offensive, because the scarf

is a symbol of modesty and piety.  So then you notice she was

patted down and picks up her scarf and moves forward.

    So you notice she takes the microphone, and this is -- in

performance studies this would be called a dramatic pause or a

narrative pause.  Everybody has kind of stood still, and she

steps forward on the stage and gives a speech or a poem.  So

the motion of the performance has stopped, and she is now

giving you a soliloquy or like just a narrative by herself to

1    the audience while everyone else kind of freezes.

2         And what she says is really quite interesting in the

3    sense that it is not necessarily what you might think.  She

4    says, "My turn to speak has come."  I mean, right there that

5    gives you a sense of vulnerability.  She feels she has never

6    had a chance to speak.  She says, "My turn to speak has come.

7    I have been silent for a thousand years.  I have listened to

8    the best of conclusions," meaning she has heard all of the

9    talk.

10        "When I was a child they promised me peace."  Now what is

11   interesting about that, she doesn't say who "they" is.  "When

12   I was a child they promised me peace."  I mean, you can read

13   that a lot of different ways.  She could be arguing very

14   easily that "they" includes Arab and Palestinian leadership as

15   well as Israeli and Western leadership.  "They," the leaders,

16   "have promised me peace.

17        "Year, after year, after year has passed and they

18   slaughtered the pigeons."  This is another example of how

19   these translations aren't totally appropriate in some places.

20   "They slaughtered the pigeons" should actually read "They

21   slaughtered the doves," meaning the doves of peace.  Doves are

22   a common symbol for peace in this part of the world; so, "the

23   leaders have slaughtered the doves of peace, and I am left

24   here crucified on the door for peace.  There is nothing left

25   for me except to take control with my own."

1    And this is where the poet, the poem that she is talking

2    about changes voice a little bit.  She goes from a position of

3    vulnerability and a position of victimization to a position of

4    empowerment, taking control with her own hand.

5         Okay.  That second section of the same dramatic

6    performance basically gives you the answer, so-to-speak, of

7    what the first girl was saying.  She is saying, "take control

8    with my own hand," and then we see a dramatic performance of

9    what that means.  And in this sense it means becoming a

10   martyr, a suicide bomber.  The second girl, notice that she is

11   not wearing a hijab, the scarf.  Notice she is wearing blue

12   jeans and a vest, showing a departure from that first costume.

13        She says, "I am the martyr.  I come dressed -- life

14   dressed in a coffin with a smile on my face and the price in

15   my right hand."  This "price in my right hand" is actually

16   very significant because it is the price for the homeland.  It

17   is the price that has to be paid in order to get the homeland

18   back.  That is the association she is making.

19        And you can see that in the next line when she says, "In

20   whom do you glory and your living is rotten, O, you who sold

21   the homeland."  She says that three times, "O, you who sold

22   the homeland."  And this is where we know who the "they" are.

23   In the beginning of the poem we don't know who she is

24   criticizing.  She could be criticizing Israeli leadership,

25   Arab leadership, Western American, we don't know.  In this

second stanza here we find out who the "they" is--"you who
sold the homeland."  Now, this is a very specific and pointed
attack at Palestinian leadership who has failed them in
securing the peace that they were looking for.  They sold out.
They sold the homeland to the Jews.  They sold the homeland to
Zionism, and because of that she has to pay the price to get
it back in her martyrdom.

    Following that it is pretty self-explanatory, although
horribly rehearsed.  She pretends to blow herself up and
everybody falls down, and that is basically the end of the
sketch.

        MS. CADEDDU:  There is another clip that I think Ms.
Moreno played.  Can we play that now?

Q.  (BY MS. CADEDDU)  And we don't have the scrolling text,
so what we will do is we will watch the video and then I will
put the poem on the screen for you to talk about.

        (Whereupon, the clip was played, while questions
          were propounded.)

        THE WITNESS:  We can stop it there.

Q.  (BY MS. CADEDDU)  I am going to try to get this so we can
see the whole thing at once.

A.  Actually I stopped the video too early.  We didn't get to
this section yet.  We did the first stanza.  That was my
mistake.

Q.  I am sorry.

1    A.    So we notice -- when you see the text, we will talk about

2    what she is talking about, but based on what you have already

3    seen you can already make some observations.

4         First of all, she is not dressed, she is not a muhajiba.

5    She is not wearing a scarf.  And she is also searched.  Her

6    bag is thrown to the ground by the children playing the role

7    of Israeli settlers.  And then after she is searched she picks

8    up her bag and the microphone.  But what she does is a little

9    bit different than the first time.

10        You notice the first time the young girl spoke to the

11   audience, and she turned her back and it was kind of like the

12   motion on stage stopped?  This one the young girl is actually

13   speaking at the settlers, the characterization of the

14   settlers.  So the dramatic motion continues in this sense.

15        And this is what she says after she is searched.  She

16   takes the microphone and says, "You do not know me, O soldier.

17   You are afraid of my childhood, afraid of my small fingers and

18   of my dreams."  This is another of those moments where the

19   dramatic shift has taken place between one of victimization

20   and one of empowerment.  She is taking a position of speaking

21   at these settlers in a way she could never do in real life.

22   The fact that they have guns on her gives you the impression

23   that that power imbalance is such that she could never mouth

24   off to them like this.

25        She says to them, "You are afraid of my childhood, afraid

1    of my small fingers, and of my dreams."  This is basically in

2    the sense that "you are searching kids and you are doing so

3    because you are afraid of me, my little small fingers.  You

4    can grasp the collar of my shirt, but you will not be able to

5    grasp my heart.  You are afraid of my notebook and my toy and

6    my books."  Those are the contents of her backpack that was

7    searched.  You know, "Why are you searching me?  All I have

8    got is a toy and a notebook in there?"

9         Then she has a hard time remembering her next line, and

10   then she says, "You are afraid of my toy and books.  You

11   scream in fear of my innocence and hide in the rusty helmet."

12   Now, you notice this is the same theme we saw in the skit

13   yesterday as well; this idea that Israel has a great amount of

14   military power but that power is misused against the innocent.

15        "I am looking you in the eyes.  What right do you have

16   for me to give you my homeland?"  It is a very obtuse

17   translation.  "WHAT right do you have?  What right do you

18   have."

19        So basically what she is doing in this performance, this

20   dramatization, is she is reflecting what is going on in her

21   everyday experience.

22        And then in the second half she is transcending that

23   experience by doing something she couldn't normally do.  So we

24   can read into this what -- basically how life is like for her

25   in a sense, or at least in this dramatization of it, what it

1  is like going through a checkpoint, and then that experience

2  is then transcended, it is moved beyond by confronting the

3  soldiers and being able to tell them what she wishes she could

4  tell them in real life.

5  Q.   Now, we have been talking about violence and violent

6  themes in videos from yesterday and today.  Are violent themes

7  in music and performance unique to Hamas in the Palestinian

8  territories?

9  A.   No, not at all.

10 Q.   And so what sorts of groups use violent themes in their

11 music and their performance?

12 A.   Virtually all of them.

13 Q.   So politically what would that --

14 A.   Politically that would mean Hamas and all of the other

15 Islamist organizations.  It would mean the secular nationalist

16 organizations, like Fatah and the PLO, communist or Marxist

17 organizations like the PFLP and the PFLPDF, Islamic Jihad.

18 Basically all of the political organizations would use these

19 same types of themes and same types of violent performances in

20 their performative art.

21 Q.   In fact, have you seen those yourself?

22 A.   Yes.

23 Q.   In your field work?

24 A.   Yes.  It is quite often and it is quite common.

25 Q.   As an anthropologist and an ethnomusicologist, and based

1    upon your research in the field, your field work, why do we

2    see depictions of violence across the political spectrum in

3    Palestinian music and performance?

4    A.    Well, in the courses I teach on music and violence, you

5    find this phenomenon very common around the world in instances

6    where there is a significant amount of cultural trauma taking

7    place.  Performance is a means of transcending the traumas

8    people feel in their everyday lives.

9    Q.    And so are there -- Let me just go back for a second.

10   Are there time periods in Palestinian history where -- I mean,

11   you said, I think, that there are always these depictions of

12   violence across the board and in every -- across the political

13   spectrum.  Are there time periods where they are more and less

14   prevalent?

15   A.    It does ebb and flow a little bit.  That is true,

16   depending upon the political situation.  For example, in that

17   period between 1993-'94, the Oslo period, and 2000, this kind

18   of thing would be quite rare.  You could find it on the

19   streets, you know, on CDs or DVDs, but it would actually be

20   pretty rare.  They wouldn't be selling that well.

21        However, in 2000 with the start of the second Intifada,

22   all of a sudden there was this explosion of this kind of

23   media.  And that is basically what you could say for the

24   Palestinian history in general is that this kind of thing ebbs

25   and flows with the politics.

1  Q.  And again, as an anthropologist, ethnomusicologist, and

2  based on your research in the field, what is the significance

3  of depictions of violence in Palestinian music and

4  performance?

5  A.  The significance is that in many ways performance allows

6  people--music, dance, theater--it allows people the

7  opportunity to both reflect on their lives and create what

8  might be called alternative aesthetic realities, new spaces is

9  you can imagine something different.

10      This kind of violence that you see in these clips you

11  find the world over.  In fact -- I mean, in the time period,

12  the same time period that we are watching these clips of

13  al-Najoom and the time period where this thing is going on in

14  the territories, we here in America were having the same

15  discussion about music and violence with the rise of hardcore

16  and gangster rap.  The violence in those CDs was graphic to

17  the extent that people were offended by it, and in this

18  country we were debating freedom of speech in talking about

19  violence and the performing arts.  And in many ways they

20  mirror each other in that in both cases the artists are trying

21  to portray what life is like for them, and also trying to

22  aesthetically or musically or artistically move beyond that

23  experience.

24  Q.  I mean, can you give that to us in sort of plain English?

25  A.  Sure.  Basically you have people who feel powerless

1    trying to feel powerful, even for a brief moment, on stage.

2              MS. CADEDDU:  Your Honor, I pass the witness.

3              THE COURT:  Any further questions from any Defense

4    counsel?

5              MS. HOLLANDER:  No questions.

6              MS. MORENO:  No questions.

7              MR. WESTFALL:  No, Your Honor.

8              MR. MYSLIWIEC:  No, Your Honor.

9              THE COURT:  Mr. Jacks?

10                        CROSS EXAMINATION

11   By Mr. Jacks:

12   Q.   You, sir, graduated from college when?

13   A.   Which degree?

14   Q.   Undergraduate.

15   A.   Undergraduate, 1998.

16   Q.   About ten years ago.  And then when did you receive your

17   Master's?

18   A.   2001.

19   Q.   And your Ph.D. was when?

20   A.   2006.

21   Q.   So just about two years ago.  Is that correct?

22   A.   A little more, but yeah.

23   Q.   And the title of your dissertation was "My Voice Is My

24   Weapon"?

25   A.   Yes.

1    Q.    One of the things I think that you said several times

2    about songs, and in particular these songs, is that they

3    convey a political message.  Is that correct?

4    A.    That is correct.

5    Q.    And you said several times that that is one of the

6    effects or intended purposes of a lot of these songs.

7    Correct?

8    A.    That is correct.

9    Q.    You made -- and I am not sure.  Maybe you remember which

10   one it was, but you made a statement about one of these videos

11   that you looked at, and you made the statement something about

12   they would have been booed off the stage?  Do you remember

13   making that statement?

14   A.    Yes.

15   Q.    And what was -- Do you remember which video it was that

16   you were commenting on at that time?

17   A.    I believe we were talking about the 1988 video.

18   Q.    And obviously in that performance they weren't booed off

19   the stage, were they?

20   A.    No, they weren't.

21   Q.    And apparently the audience was receptive to their

22   performance.

23   A.    From the video, yeah, I would say that is true.

24   Q.    So all this statement about these different types of

25   music and whether this is folk music or martial music or

1    classic music, and all those different categories, didn't seem

2    to matter to that audience.  Is that a fair statement?

3    A.    That audience, yeah, I think that is a fair statement,

4    although we can't really tell because we don't have any

5    reception data of the people in the audience.  There may have

6    been people who were offended by seeing Islamist music being

7    portrayed alongside a dance piece.

8          Having dancing with Islamist music would be certainly

9    offensive to some more strict Muslims.  But we don't know this

10   because we don't have any data that would suggest how the

11   audience really responded.  We can only hear applause, but we

12   can't hear un-applause.  Do you know what I mean?

13   Q.    Well, in all of these videos that you looked at, there

14   was no instance where the audience was booing or complaining

15   or anything like that.  They all seemed to be swept up in the

16   emotion of the songs.  Is that a fair statement?

17   A.    Actually no.  There was one instance where there

18   was -- The participants tried to create a debke line, and

19   maybe it was an usher or somebody there, he was carrying a

20   walkie-talkie, so I assume he was an event organizer of some

21   type, he walks up and tells them to stop dancing.  And it

22   struck me because it is really rare that you would see

23   something like that.  So that kind of showed me that perhaps

24   this was an instance where dancing wouldn't be appropriate so

25   they wanted them not to do it.

1    Q.    Because it is more of a political event and it is not a

2    folkloric event?

3    A.    I don't think I would say that.  I think it was a more

4    anesthetic decision.  Dancing is and very rhythmic music is

5    often seen as potentially dangerous in Islam, and so for some

6    people who are coming to see more Islamist styled music, to

7    see dancing might be a little bit offensive to them.

8    Q.    Do you have any information about who is sponsoring these

9    events that you are watching?

10    A.    Only the information that was given to me in the

11    translations and what I can gather from the banners behind

12    them.

13    Q.    Okay.  So did you notice that several of them were

14    sponsored by this IAP, Islamic Association for Palestine?

15    A.    That rings a bell.

16    Q.    Okay.  Do you know anything about that organization?

17    A.    I really don't.

18    Q.    Okay.  Do you know anything about the Palestine

19    Committee?  Have you ever heard of that?

20    A.    Not until I watched these videos and the translations.

21    Q.    Did you notice -- I believe it was in the 1990 video.  Do

22    you recall looking at that video that was in Los Angeles?

23    Does that ring a bell to you?

24    A.    That would have been one of the clips rather than one of

25    the comprehensive ones.

```
1    Q.   I believe it was Mushtaha Search No. 1.  I think you may
2    have viewed it yesterday and testified about it.  Do you
3    recall -- Let me just ask this.  Do you recall in viewing one
4    of these videos that with regard to the al-Sakhra band one of
5    the band members had, I will call it, an instrument, a device
6    that you beat on?
7    A.   That was a frame drum called a deff.
8    Q.   Okay.  Do you recall seeing what was written on that
9    drum?  Did you notice that?
10   A.   No, I didn't.
11   Q.   You didn't see that it said al-Sakhra band, and then
12   Islamic Association for Palestine?  It was in the closed
13   captioning.
14   A.   Was it in Arabic or English?
15   Q.   It was in Arabic, but it was translated on the closed
16   caption.
17   A.   You know, I may have seen it.  I am sure I did see it,
18   but I went through hours and hours and hours of these clips,
19   so off the top of my head I can't definitively have a picture
20   in my head what you are talking about.  But that wouldn't
21   surprise me.
22   Q.   What would it indicate to you that the band would have
23   its name painted or somehow imprinted on one of its
24   instruments, but then also have the name of an association
25   painted on the instrument?  What would that indicate to you
```

1    about the relationship between that band and that association?

2    A.    I honestly don't know.  I would have to ask them.

3    Q.    Would it seem to indicate that there is a close

4    relationship between that band and that organization, to the

5    extent that every time they go perform somewhere they don't

6    have a new instrument with their name on it and the name of

7    the association that they are playing for?  Would that seem to

8    make sense to you?

9    A.    That is entirely possible.  I mean, it could be that the

10   group paid for the drum, you know, or gave them the

11   instruments.  We don't know.  So, I mean, that is entirely

12   possible.  But of course, it could be how many other reasons

13   why they are together on that drum.

14   Q.    Or just the obvious reason could be.

15   A.    All I am saying is if we don't know, then there really

16   isn't an obvious reason.

17   Q.    You --

18            MR. JACKS:  Could we show No. 32-F?  It would be I

19   believe HLF Search.  I am sorry, Mr. Lewis.  It would be

20   Elbarasse Search No. 32-F.  I believe this is one that you

21   were questioned about.

22            (Whereupon, Elbarasse Search No. 32-F was played,

23            while questions were propounded.)

24   Q.    Do you recall seeing this yesterday?

25   A.    Yes, I do.

1    Q.    Okay.  And I believe you testified yesterday that these

2    individuals are reenacting, according to you, a protest.  Is

3    that a fair -- Is that what you said?

4    A.    Yes.

5    Q.    And the green head bands, do you know what that

6    represents?

7    A.    Those green head bands are associated with Hamas.

8    Q.    Okay.  And you said -- Is that the Hamas flag that you

9    identified?

10   A.    It is actually the Saudi Arabian flag, but it is a flag

11   that is often used by Hamas; the green flag of with the

12   Shahada written on it and a sword beneath it.

13   Q.    And you see the text there that makes reference to

14   Khyber?

15   A.    Yes.

16   Q.    And do you know what the story of Khyber is?

17   A.    Yes.

18   Q.    And is that where Muhammad -- Just tell the story.

19   A.    Well, I am not a scholar of Islam, but I can tell you

20   what the popular narrative of Khyber is.  Very briefly, Khyber

21   was a village of Jews that lived just north of Mecca during

22   the time of the prophet, and as Islam was spreading through

23   the region in the early years of Islam, Muhammad laid siege to

24   that village and basically conquered the village.

25   Q.    And killed the inhabitants?

A.   Actually no, he didn't.  This was the interesting thing.
He didn't.  He killed a couple of the leaders and then allowed
everyone else to live in peace, so long as they paid him taxes
every year.

Q.   So if you weren't Islamic you had to pay taxes?

A.   Yes.

Q.   Okay.  But you think the story is that he killed a couple
of the leaders?

A.   I am saying the story is he killed the leaders of this
village.  At least that is the popular way the story is often
told.  I have never actually gone to the text and read the
story in the Arabic, and because of that I wouldn't
authoritatively say that that is the story of Khyber.  I am
only telling you the story as I learned it talking amongst
people during the course of my research.

Q.   But that is a story or that term is used quite often in
Palestinian or Islamic rhetoric as an event that is to be
glorified.  Is that correct?

A.   Yeah.  Among some Muslims that is correct.  Among others
it is seen as more of an embarrassment.

Q.   Apparently to these it is something to be glorified to
these people.

A.   Oh, yeah, definitely.

Q.   Did you see the Hamas flag in the scene just before this
picture?

1    A.    That same green flag you are talking about?

2    Q.    No.    The Palestinian flag with the Shahada written in the

3    white part?

4    A.    Yes, I did see that.

5    Q.    That is the Hamas version of the Palestinian flag.

6    A.    Yes.    What they do is they take the Shahada and place it

7    into the flag to represent both its Islamic as well as its

8    nationalist goals.

9    Q.    Just to -- Do you recall your testimony about the -- I

10   believe it was probably a later part of this same video, but

11   the skit in which Mufid Abdulqader was playing a Palestinian

12   and then some other man was playing the part of an Israeli

13   soldier, and you testified about that skit, or dramatization

14   as you recall it?    Do you recall that?

15   A.    The skit we just watched he played an Israeli soldier.

16   Q.    No.    I am talking about the one where Mufid Abdulqader

17   and the other man were on the stage by themselves.

18   A.    Yes.    The second skit we talked about, yes, I do recall.

19   Q.    Whichever tape it was on.    But you testified about that

20   skit where they were chanting or singing back and forth to one

21   another?

22   A.    Yeah, the battle between them, the verbal battle.

23   Q.    And this may seem like a silly question, but obviously

24   that man that was playing the part of an Israeli was not an

25   Israeli, was he?

1    A.    To my knowledge, no, but I don't know him.

2    Q.    Okay.  You wouldn't assume that that was an Israeli

3    participating at that festival.

4    A.    Yeah, that would be very unlikely.

5    Q.    So the lines that were written for that person were

6    written presumably by a Palestinian.  Correct?

7    A.    I imagine, yeah, a Palestinian wrote both sides of the

8    story.

9    Q.    Okay.  So it essentially portrays one side of the story?

10   A.    Well, no, actually we heard both sides of the story, but

11   we heard one opinion of both sides of the story, if that makes

12   sense.

13   Q.    Okay.  Just to go back, and I meant to ask you this in

14   that last segment that we were playing with the masked men

15   coming down the aisle with the Hamas head bands and holding

16   the Quran.  You testified on direct examination that it was an

17   Islamist protest, but isn't it more accurate to say that it

18   was a Hamas protest?

19   A.    You know, it would be difficult to say.  Certainly it was

20   an Islamist protest.  All of the signs there are for an

21   Islamist organization of some type.  Green is the color of

22   Islam, carrying the Quran, the Saudi Arabian flag that they

23   were carrying with the Shahada on it, all of these things are

24   certainly Islamist.  The flag, the Palestinian flag with the

25   Shahada on it and the green head bands are typically

1    associated with the Hamas, but other than that I think you

2    could very easily make the case that it is an Islamist

3    organization, but it is unclear if this is specifically Hamas.

4    Q.   The head bands and the flags, but you don't want to say

5    that it is representing a Hamas protest?

6    A.   No, no.  I am saying it is possible.  But I am saying,

7    you know, we would have to actually ask them.  I mean, if I

8    was at this event I would have asked them.

9    Q.   You were talking about the different types of songs, and

10   I am not even sure what the names of these categories that you

11   have attached or applied to these songs, but the resistance

12   songs or the militant songs that you referred to, is it fair

13   to say that regardless of what instruments are being used or

14   whether there is dancing or any of those other factors, is it

15   fair to say that the vast majority of these songs that you

16   looked at were of that type, that revolutionary,

17   confrontational, political type song?

18   A.   Well, as I said, these are resistance songs, and of the

19   resistance movement.  And as I also said the resistance

20   movement encapsulates a broad spectrum of both social as well

21   as political and aesthetic beliefs.

22   Q.   Do you know what the official name is for Hamas?

23   A.   In Arabic?

24   Q.   Just in English, what its full name is?

25   A.   I know what it is in Arabic.

1    Q.    What is it?

2    A.    Harakat al-Muqawaman al Islamiyya.

3    Q.    How does that translate?

4    A.    As the movement for the liberation of Palestine.

5    Q.    Is it also known as the Islamic Resistance Movement?

6    A.    Yes, you are right.  That is the correct translation,

7    Islamic Resistance Movement.

8    Q.    And you say there is all kinds of Islamist or

9    revolutionary groups.  Is that correct?

10   A.    There are various resistance organizations.

11   Q.    And which one -- In the vast majority of these songs,

12   which ones were these individuals singing about?

13   A.    Which individuals?

14   Q.    The band.

15   A.    The al-Sakhra band?

16   Q.    Yes.

17   A.    Well, it shifted.

18   Q.    In the vast majority -- You said you looked at all of

19   these videotapes?

20   A.    I did.

21   Q.    Okay.  In the vast majority of them, which resistance

22   group was being mentioned?

23   A.    It is not -- Are you talking about in the text or in the

24   music?

25   Q.    I am talking about in the lyrics.

A.    Because I don't think you can make that statement by just

looking at the lyrics, because you would never hear the

folkloric type of songs at an Islamist event.

Q.    All right.  Did they make reference to Hamas over and

over in many of these songs?

A.    Yes, they did.

Q.    You are not here -- It is not your ability or your

purpose to tell the jury what was in the minds of these

people.  That is not something you are endeavoring to do, is

it?

A.    I don't think anyone could do that.

Q.    Well, okay.  But we can only look and see what they did

to infer what was in their minds.  Is that a fair statement?

A.    I don't understand.

Q.    All right.  Is it -- Strike that.  You gave your opinion

about this skit that was shown at the end of your direct

examination.  Do you know where that skit took place?

A.    Which skit are you talking about?

Q.    The one with the girls and the girl in the suicide vest.

A.    I believe that took place in Jenin.

Q.    Do you know where, the circumstances?

A.    Under the circumstances it was a festival for Quranic

recitation.

Q.    Actually it was a summer camp.  Were you made aware of

that?

1    A.    It was written on the sign that we saw that the summer

2    camp was about Quranic recitation.

3    Q.    And again, there were persons posing as Israelis, young

4    girls posing as Israelis.  And again, I realize it is a silly

5    question, but obviously they weren't Israelis.  Correct?

6    A.    That would be my guess, yes.

7    Q.    And so whatever lines or whatever acts that they carried

8    out were prepared or directed by someone else.  Correct?

9    A.    I would imagine that is the case.

10   Q.    Okay.  And so essentially that is one side of the story

11   that is being presented there, as created by one side?

12   A.    Yes, yeah, definitely.

13   Q.    And in terms of the characterization, you were talking

14   about the fact that these individuals removed her scarf and

15   that that was an offensive act.  Is that what your testimony

16   was?

17   A.    Yes.

18   Q.    In this dramatization?

19   A.    Yes.

20   Q.    And there was no presentation in there, no explanation

21   that perhaps that is something that is done as a security

22   measure because there are female suicide bombers.  There was

23   -- None of that was presented in there.  Correct?

24   A.    No, there were no Israelis or Israeli settlers to

25   represent their side of that portrayal, so-to-speak.

1    Q.    I mean, it would be a fair statement, would it not, that

2    the actions of a suicide bomber would be offensive.  Correct?

3    A.    To whom?

4    Q.    To the victims, to the civilized world, those persons.

5    A.    To most Palestinians as well.

6    Q.    Okay.  And to call it a suicide bomber is really a

7    misnomer, isn't it?

8    A.    I don't know what you mean.

9    Q.    In the sense it is actually homicide, murder that these

10   people are committing.  Correct?

11   A.    I believe the correct term is asymmetrical violence.

12   Q.    Well, in terms of suicide versus homicide, they are

13   committing suicide for themselves, but they are actually

14   committing homicide against their victims.  Correct?

15   A.    Right.  It is asymmetrical violence.  It is violence that

16   you can't then go after the offenders.

17   Q.    And when you talk about offensive, they can actually walk

18   and look and see the people that are going to be their

19   victims, can't they?

20   A.    I have never seen how that happens or how it works, but

21   in my mind that is perhaps a possibility, yeah.

22   Q.    Okay.  I mean, they can walk into a group of people and

23   they know that the people around them are about to be dead,

24   whether they are children, old people, whomever.  Correct?

25   A.    Yeah, I would say correct.

```
1    Q.    Would you regard that as offensive?

2    A.    Oh, to me personally?  Are you asking about me

3    personally?

4    Q.    Yes.

5    A.    Yeah, of course I find it extremely offensive.

6    Q.    So in the sense that these skits, if you will -- Let me

7    back up for a second.  You made a point, in this skit with

8    these young girls, it became clear to you in their lyrics that

9    when they were making the statement about "You sold my

10   homeland" or "You sold my land," that they were talking about

11   the Palestinian leadership.  Correct?

12   A.    That would be my interpretation, yes.

13   Q.    Okay.  And that would be Yasser Arafat and the

14   Palestinian Authority, or the group that is in power?

15   A.    It would mean actually a lot of different people.  It

16   could mean Arafat.  It could mean leadership in the

17   Palestinian Authority.  It could also mean those who

18   voluntarily left Palestine.  It could mean those who sold

19   their land to Jewish immigrants.  It could mean those who are

20   collaborators with Israel or those who have tried to somehow

21   benefit from the occupation.  It could mean, actually, very

22   generally anyone who has aided in some way the occupation of

23   Palestine.

24   Q.    Well, now, on direct examination you really said it was

25   the Palestinian -- I believe you said the Palestinian
```

1    leadership.

2    A.    I think in this example she is making a very clear

3    statement against the Palestinian leadership, yes, but she is

4    also saying in effect those who sold the homeland, meaning any

5    of these other people as well.

6    Q.    And one of the things you said, a lot of Palestinians in

7    fact sold their land to Jewish immigrants.  Correct?

8    A.    Well, this is true among wealthy landowners during the

9    mandate period who held a great deal of land in Palestine but

10   actually lived in Damascus, and peasants were working the land

11   for them.  So when they sold the land, these Jewish immigrants

12   showed up and said, "This is our land," and the farmers who

13   had been basically sharecropping the land for hundreds of

14   years were forced off.  So they talk about absentee ownership

15   of Palestinian land sold to Jewish immigrants.

16   Q.    I believe earlier in your testimony you said that she was

17   criticizing Palestinians who had sold their land to Jewish

18   immigrants.  Correct?

19   A.    Yes.

20   Q.    Okay.  But with regard to her criticism of the

21   Palestinian leadership, she obviously didn't take any action

22   in this skit -- They didn't go and blow up Yasser Arafat or

23   any other individuals.  Correct?

24   A.    Given a lack of public sphere for airing those kinds of

25   political beliefs, or a chance for a participation in local

1  governorates, democracy, without those kinds of things I doubt

2  that was an option she felt was available to her.  But that is

3  my interpretation.

4  Q.   Okay.  And that was not my question.

5  A.   I am sorry.

6  Q.   But you have made your statement.  So she didn't talk

7  about getting out the vote or doing anything -- And this is --

8  What year was this?

9  A.   This was '04.

10  Q.   Okay.  And Arafat in fact may have been dead by then.

11  Correct?

12  A.   Not quite.

13  Q.   Okay.  So they weren't talking about taking action

14  through the electoral process or anything else to seek -- to

15  obtain their objectives, even though she says that she is

16  being critical of the Palestinian leadership.  That is not the

17  solution that these children were showing in this skit, was

18  it?

19  A.   No.  Her -- No.

20  Q.   These individuals that you observed in these skits, and

21  the band and the songs that were sung, presumably they could

22  have sung about any organization that they wanted to in their

23  lyrics.  Correct?

24  A.   You know, I doubt it.  Oftentimes in these kinds of

25  performances there is a kind of an approach to their concert.

1    I mean, I am sure they could have.

2    Q.    Okay.  They didn't sing about the PLO.

3    A.    Well, no, not in their lyrics they didn't.  However, the

4    music they did perform was often associated with the PLO.

5    Q.    But the lyrics were regarding Hamas.  Correct?

6    A.    But especially the song "Raja Raja Raja," that was a song

7    made famous by a PLO ensemble, so they are basically doing a

8    cover of a group that was PLO.

9    Q.    Did they put lyrics in there, at least in most of these

10   songs -- I believe you already testified most of these songs

11   were sung in praise or support of Hamas.

12   A.    Well, you know, that particular song is a great example.

13   That song you would haven't to put PLO in the lyrics, because

14   everyone already knows the song and they already associate it

15   with the PLO.  If you hear someone singing Elton John, you

16   know it is an Elton John piece.  You don't have to hear them

17   say it is an Elton John piece.

18   Q.    But they didn't sing about the Popular Front for the

19   Liberation of Palestine, they didn't sing about the Popular

20   Front for the Liberation of Palestine General Command, they

21   didn't sing about Islamic Jihad.  They sang about Hamas in

22   terms of the terrorist groups that they specifically sung

23   about.  Correct?

24   A.    Well, my testimony is that in music you don't necessarily

25   have to say the word in order for people to get the meaning.

```
1    Q.    Okay.

2    A.    You can get things out of melodies and rhythms.

3    Q.    And with regard to -- I suppose you didn't look at the

4    activities that were going on around these songs.  By that I

5    mean the speeches and the collection of funds and that type of

6    thing.

7    A.    I had so much material with just the performances that I

8    stuck specifically with those.

9    Q.    Let me direct your attention -- You were asked about I

10   believe it was an exhibit which has been labeled HLF Search

11   No. 112.

12            MR. JACKS:  Jim, do you have that?

13   Q.    (BY MR. JACKS)  And you were asked about the first clip,

14   and this is a video from 1996 I believe.  Do you have that

15   list up there?

16   A.    Yes, I do.

17   Q.    Does that correspond to what you have?

18   A.    You said HLF --

19   Q.    HLF Search No. 112.

20   A.    Yes, 1996.

21   Q.    Okay.  And I think your testimony was that there was

22   no -- There was nothing that gives any indication -- Let's

23   just look at it, please.

24            MR. JACKS:  If you would play the first clip,

25   please.
```

1          (Whereupon, HLF Search No. 112-A was played, while

2          questions were propounded.)

3  Q.   (BY MR. JACKS)  And that specifically says, "This is a

4  conference of the Islamic Association for Palestine, the

5  Islamic cause."  And do you recall this is the one that you

6  were talking about that there is nothing that gives any

7  indication it is about Hamas?  Is that what your testimony was

8  about this clip?

9  A.   In speaking specifically about the performance, yes.

10 Q.   Okay.

11          MR. JACKS:  Would you go to the next clip?

12 Q.   (BY MR. JACKS)  This is a clip from the same festival.

13          (Whereupon, HLF Search No. 112-B was played, while

14          questions were propounded.)

15 Q.   (BY MR. JACKS)  Do you know who that is?

16 A.   That is Mr. Abdulqader.

17 Q.   Who does he making reference to there and praising or

18 sending greetings to?

19 A.   Sheikh Ahmed Yassin.

20 Q.   And who is he?

21 A.   He was the founder of Hamas.

22 Q.   Do you know who Doctor Al-Rantisi is?

23 A.   Yes.  He was the second -- basically the vice president,

24 I guess you would call it, of Hamas.

25 Q.   Do you know who Mousa Abu Marzook is?

1    A.    I know the name, but I know very little about him.

2    Q.    Do you know his connection to Hamas?

3    A.    No, I don't actually.

4    Q.    Were you aware or were you made aware that many of these

5    videos that you looked at had been buried in a man's backyard,

6    and some of them in fact had been burned?

7    A.    I heard that story yesterday when I got -- Excuse me.

8    When I got to Dallas I heard that story for the first time.

9              MR. JACKS:  May I have a moment, Your Honor?

10             THE COURT:  Yes.

11             MR. JACKS:  I pass the witness, Your Honor.

12             THE COURT:  Ms. Cadeddu?

13             MS. CADEDDU:  No further questions, Your Honor.

14             THE COURT:  Doctor McDonald, you are free to go.

15        Call your next witness.

16             MR. WESTFALL:  Your Honor, the Defense calls

17   Mr. Wafa Yaish.

18             (Whereupon, the oath was administered by the Clerk.)

19                          WAFA YAISH,

20   Testified on direct examination by Mr. Westfall as follows:

21   Q.    Would you please state and spell your name?

22   A.    It is Mohammad, M-O-H-A-M-M-A-D, Wafa, W-A-F-A, Yaish,

23   Y-A-I-S-H.

24   Q.    What do you do for a living?

25   A.    I am currently CPA.

1   Q.   What do you do as a CPA?

2   A.   Tax and accounting consultant.  I prepare income taxes,

3   and at the same time financial reporting for clients.

4   Q.   Okay.  Where were you born?

5   A.   I was born in the city of Nablus in the West Bank.

6   Q.   And where did you grow up?

7   A.   I grow up in Kuwait.

8   Q.   Did you go to school in Kuwait?

9   A.   Yes, sir.

10  Q.   Did you graduate from college in Kuwait?

11  A.   Yes, sir.

12  Q.   Where did you go to college?

13  A.   I went to Kuwait University, graduated with a bachelor

14  degree in accounting, and then I pursued my Master's degree in

15  the United States in southern Oklahoma, Oklahoma State

16  University with a Master's in business administration.

17  Q.   Okay.  And then did you get your CPA?

18  A.   Yes, sir.

19  Q.   What year did you come to the United States?

20  A.   The first year I came in in 1981 to get my Master's

21  degree, and I finished it in the end of December of 1983, and

22  I went back to Kuwait to pursue my career.

23  Q.   And when did you come back?

24  A.   I came back after the Iraqi invasion to Kuwait, and that

25  was in December of 1990.

1  Q.    And have you since become a citizen of the United States?

2  A.    Yes, sir.  I became a citizen in 1996.

3  Q.    And are you -- You mentioned CPA.  Are you actually a

4  licensed CPA?

5  A.    Yes, sir.

6  Q.    And what is that?

7  A.    It is a certified public accountant, and it is a license

8  to practice accounting and auditing within the state of Texas.

9  Q.    Okay.  Was there a time when you worked with the Holy

10  Land Foundation?

11  A.    It was in April of 1997.

12  Q.    Okay.  And you were with the Holy Land Foundation until

13  it closed?

14  A.    Yes, sir.

15  Q.    How did you come to get a job with the Holy Land

16  Foundation?

17  A.    Well, actually, you know, after I got my CPA degree in

18  1996, I was working with Danka Industries in Las Colinas, and

19  I needed to start my CPA business, and I started giving out

20  cards, business cards I mean, to local communities.  And I

21  don't know how my business card got into the hand of

22  Mr. Shukri Abu Baker at that time, but he called my home and I

23  wasn't there at that time, and my wife answered the phone.

24  And he was actually looking to talk to a lady named Wafa,

25  because my name can be both a guy and a girl.  And he didn't

1    know I was a guy at that time.

2        And he asked about me if she is available, and my wife

3    told him no, he is not a she.  And he left his number.  And

4    when I came back home, I called him and, you know, he asked

5    me, you know, if I am interested in getting an accounting job

6    with the Holy Land Foundation.  So it was an interview at that

7    time, and we went from there.

8    Q.    And were you already a CPA at that point?

9    A.    Yes, sir.

10   Q.    And up to that point had you had any experience in like

11   running an accounting department of a non-profit organization?

12   A.    No, sir.

13   Q.    So you started working in April '97?

14   A.    That is correct.

15   Q.    When you came to work at the Holy Land Foundation in

16   April of '97, can you tell us what departments there were in

17   the Holy Land Foundation?

18   A.    If I remember, there was the Social Service Department,

19   there is the Projects Department, and there was the National

20   Program, if I remember correctly.  Those are the departments

21   that I remember.

22   Q.    Okay.  The Projects Department, what did they do?

23   A.    Well, they were in charge of projects overseas, you know.

24   They will be receiving some proposals from local zakat

25   committees and some other non-profit organizations, you know,

1    proposals to seek some help and assistance in providing funds

2    for those projects.

3    Q.   Right.  And who was in charge of that division, that

4    department?

5    A.   It was Bassam Faris, I think he was the head of the

6    Project Department.

7    Q.   Would you please spell that?

8    A.   It is Bassam, B-A-S-S-A-M, Faris, F-A-R-I-S.

9    Q.   Very well.  And what sorts of projects was the Holy Land

10   Foundation doing when you first started working with them?

11   A.   There was some seasonal projects and there are some what

12   they call capital projects.

13   Q.   Seasonal projects and what kind of projects?

14   A.   Like capital projects.

15   Q.   Capital projects?

16   A.   For the capital projects there was, you know, medicals

17   like, you know, funding hospitals or buying some medical

18   equipments, you know, or could be some, you know, community

19   projects like, you know, providing some pure water, or some

20   development projects like, you know, buying sewing machines to

21   small families or, you know, what they call it?  Buying, you

22   know, some chickens and, you know, goats, they can raise for

23   the farmers.

24   Q.   Okay.

25   A.   Those type of projects.

1  Q.   Okay.  The Social Services Department, first of all, who

2  ran the social Services Department?

3  A.   Ibrahim al-Samneh.  He was the head of the Social

4  Services Department at that time.

5  Q.   Okay.  And then please spell Ibrahim al-Samnah.

6  A.   Ibrahim is I-B-R-A-H-I-M, al, A-L, Samneh, S-A-M-N-E-H.

7  Q.   Thank you.  Now, what things did Social Services do?

8  A.   Social services were in charge of the orphans, needy

9  children and needy families.  It is like a sponsorship program

10 for the orphans and the needy children and the needy families.

11 Q.   Okay.  And then you mentioned National Programs.  First

12 of all, who headed that?

13 A.   Headed by Omar Salim and it was the local within the

14 United States programs that would be performed within the

15 United States.

16 Q.   Okay.  And what sorts of things were done by that

17 department?

18 A.   Well, you know, like the Oklahoma bombing at that time, I

19 mean, they went and donated some blood, and during the

20 Oklahoma tornado also, I mean, and they have done some

21 community service to clean up the debris and providing some

22 assistance, and also at the same time public services and

23 community outreach.

24 Q.   Okay.  So that department, basically all of the aid and

25 sort of relief activities you did in the United States was

1    covered by them?

2    A.    Correct.

3    Q.    And when you first came on in 1987, was there an

4    accounting department per se at the Holy Land Foundation?

5    A.    It was 1997, not '87.

6    Q.    Did I say '87?  '97.

7    A.    There was an outside CPA that was doing their books at

8    that time.

9    Q.    Okay.  And then when you were brought in, I guess you

10   came to be in-house.  Did you understand that you were going

11   to kind of start an accounting department in the Holy Land

12   Foundation?

13   A.    Yes, sir.

14   Q.    Once you started working in '97, what steps did you take

15   to start an accounting department or to establish an actual

16   in-house accounting department?

17   A.    Well, at the beginning, I mean, I started collecting

18   information that was available at that time, you know, from

19   the previous records, and I start putting some procedures, you

20   know, and control procedures in order to make sure, you know,

21   everything goes in the books, you know, being fully documented

22   with proper back-ups, and start maintaining proper files and

23   proper records from that point, you know, until the close of

24   the Holy Land Foundation.

25   Q.    And did you start to shop for some new kind of software,

1  accounting software for the organization?

2  A.    Yes, sir.  I mean, at the beginning, I mean, they were

3  using like an off-the-shelf software called Myob, which is a

4  very cheap software, and that was not -- could not help the

5  purpose of a growing the Foundation.  So I start shopping for

6  specific software that fits the non-profit organization

7  criteria.

8  Q.    Okay.

9  A.    And the name of the software at that time was Blackbaud.

10  Q.    And tell us about the process that you went through to

11  get that up and running.

12  A.    Well, at the beginning I start shopping and contacting

13  different vendors that are specified in the non-profit

14  organizations, and we start calling them to give us some, you

15  know, what you call it?  Presentations about their softwares,

16  you know.  And at that time, if I remember, I contacted either

17  three or four different companies and they came in at

18  different times to do presentations and give us a demo of

19  their softwares.

20       And I start going over, you know, each different ones,

21  you know, to see which one is the best to choose, and I

22  decided to go with the Blackbaud because they were more

23  specific in the non-profit than any other softwares.

24       After we chose the software, I went for three to four

25  days training, you know, at their headquarters and came back

1    for the implementation of the software.

2    Q.   Now, before this you mentioned you worked at Danka?

3    A.   Yes, sir.

4         THE COURT:  Let's take a 20-minute break.  That

5    clock is about ten minutes off, but we will try to get that

6    fixed.  But let's take a 20-minute break.

7         (Whereupon, the jury left the courtroom.)

8         MR. WESTFALL:  I got an email from Jennifer that you

9    had not seen Defendants' No. 858, which is a DVD.

10        THE COURT:  And maybe 197, or something like that.

11        MR. WESTFALL:  Right.  No. 858 is mine.

12        THE COURT:  You will address that one.  All right.

13        MR. WESTFALL:  The DVD itself is actually very long,

14   and I don't intend to put that into evidence.  What I have is

15   an under five-minute quick time clip without sound that

16   Mr. Jonas and I have watched yesterday evening, and the basis

17   for admission would be he can recognize my client and some

18   Holy Land Foundation, you know, unique logos and distinctive

19   characteristics.

20        THE COURT:  Do you have objections?

21        MR. JONAS:  To the extent he can't go beyond saying

22   that is Odeh and that is an HLF logo.  It was filmed.  I don't

23   know if it was Gaza or the West Bank.  But unless he can say

24   "I was there, this fairly and accurately depicts what is in

25   the video," we object to foundation.

```
 1              THE COURT:  I guess we have to see what the
 2    foundation is.  Once you lay the foundation --
 3              MR. WESTFALL:  Very well.
 4              THE COURT:  Ms. Duncan, I think there was another
 5    excerpt you identified in that list of exhibits.
 6              MS. DUNCAN:  We notified the Government that we were
 7    not intending to play that.
 8              THE COURT:  All right.  We will be in recess -- Let
 9    me ask counsel to come up before you leave.
10              (Discussion at the bench, out of the hearing of the
11                 reporter.)
12                         (Brief recess.)
13              THE COURT:  Mr. Westfall?
14              MR. WESTFALL:  Thank you, Your Honor.
15    Q.   (BY MR. WESTFALL)  Mr. Yaish, what did you do with Danka?
16    First of all, what is Danka?
17    A.   It is a copier company that they sell office equipments
18    and lease it to businesses.
19    Q.   And what did you do with them?
20    A.   I was a regional accountant, you know, in charge of the
21    midwest region, you know, in terms of the accounting.
22    Q.   Okay.  And what sorts of things did you do in that
23    capacity?
24    A.   Well, I prepared the financial statements, the balance
25    sheet and income statement for the midwest region.  At the
```

1    same time I was, you know, in charge -- I mean, in constant

2    contact with the sales offices in the midwest region to get,

3    you know, the reporting from them in order to incorporate it

4    into, you know, the headquarter's financials.

5    Q.    Okay.  So was there in Danka, I guess, like a home office

6    that had an accounting department that you then had to answer

7    to?

8    A.    Yes, sir.

9    Q.    What did you do before Danka?

10   A.    I was an external auditor with Thompson, Curtis,

11   Presidio, and Associates located in the Washington, D.C. area.

12   Q.    What did you do there?

13   A.    I was an auditor.  Mostly we done at that time the

14   savings and loan banks, the failed savings and loan banks that

15   has been given to the RTC, the Resolution Trust Corporation at

16   that time, and the RTC gave those portfolios to some local

17   portfolio managers to maintain it and to sell it.

18        Also as outside auditors, you know, just to ensure that,

19   you know, the maintenance and the sales of those portfolios

20   are being done according to the Yellow Book at that time,

21   which is the government's audits.

22   Q.    So in the -- I guess it would be the assets of bankrupt

23   S&Ls?

24   A.    That is correct.

25   Q.    You just kind of took stock of those and then made sure

1   that that got done the right way?

2   A.   Yes.   I mean, they would make sure they were maintained

3   correctly and were they being disposed or sold according to

4   the Resolution Trust Corporation guidelines.

5   Q.   And did you have any other accounting jobs before that?

6   A.   Overseas jobs, yes.

7   Q.   In Kuwait?

8   A.   In Kuwait.

9   Q.   Okay.   When did you actually get the Blackbaud system

10  implemented?

11  A.   Early 1999, January of 1999.

12  Q.   And before this had you -- I guess it didn't sound like

13  you had any experience with a 501(c)(3) corporation.

14  A.   Well, I don't have any experience, but I know what is the

15  501(c)(3).

16  Q.   Okay.   But the Blackbaud, was that actually kind of set

17  up for a 501(c)(3)?

18  A.   The system, yes.

19  Q.   Were you familiar during your employment also with the

20  office managers of the Holy Land Foundation?

21  A.   Yes, sir.

22  Q.   Okay.   Who were the office managers, just generally?

23  A.   Abdulrahman Odeh was in charge of the New Jersey office,

24  Kifah Mustapha was in charge of the Chicago office, and we had

25  an office in Tampa, Florida headed by Riad Musa.

1    Q.    Do you want to spell that?

2    A.    Riad is, R-I-A-D, Musa, M-U-S-A.

3    Q.    Okay.

4    A.    And there was a guy in charge of the Michigan office, but

5    I cannot remember his name.

6    Q.    Okay.  How often would you see -- Now, were you

7    headquartered or did you stay in the main office in

8    Richardson?

9    A.    Yes, sir.

10   Q.    How often would you see Abdul Odeh?

11   A.    Probably twice a year.

12   Q.    And that would be down here?

13   A.    Yes, sir.

14   Q.    I want to talk a little bit about recordkeeping at the

15   Holy Land Foundation.  Okay?  How was money disbursed?  When I

16   say disbursed, you know what that means, but how was money

17   spent at the Holy Land Foundation?

18   A.    Well, there is two ways of disbursing the money--either

19   by checks or by wire transfers.

20   Q.    Okay.

21   A.    Checks mostly for the local within the United States.

22   Wire transfers would be international.

23   Q.    And what kinds of records did you keep as a part of your

24   job?

25   A.    Well, for the checks I would keep check stubs to be kept

1   in numerical order, and all the back-up documentation, you

2   know, that back-up of the writing of the check itself.

3       For the wire transfers, I will keep the wire transfer

4   advice that is, you know, originated within the Holy Land

5   Foundation, and the authorization of the wire transfer also,

6   and the bank advice that wired the money.

7   Q.   And we will get into some of those a bit more in a little

8   bit.  Was it your understanding that the Holy Land Foundation

9   had those same types of documents all the way back to the

10  early '90s?

11  A.   Yes, sir.

12  Q.   Did there come a time when you started putting together a

13  fairly formal monthly financial statement?

14  A.   Yes, sir.

15  Q.   And when was that?

16  A.   January of 1999.  That is, you know, when I implemented

17  the Blackbaud.

18          MR. WESTFALL:  Your Honor, may I approach?

19          THE COURT:  Yes.

20  Q.   (BY MR. WESTFALL)  Mr. Yaish, I have handed you what has

21  been marked for identification as Defendants No. 1410.  And

22  first of all, do you recognize that document?

23  A.   Yes, sir.

24  Q.   Okay.  Is this a record that you kept in the ordinary

25  course of your business with the Holy Land Foundation?

A.    Yes, sir.

Q.    And are all the entries in this record basically put in by you?

A.    Either by me or by my assistant Rhonda Harb.

Q.    And when you all put these entries into this record, did you have knowledge of what the entries were?

A.    Yes, sir.

Q.    And did this all happen at or near the time that the events, meaning the expenditures and whatnot, in this occurred?

A.    Yes, sir.

Q.    And was it the ordinary course of business of the Holy Land Foundation and you to keep this record?

A.    Yes, sir.

        MR. WESTFALL:  Your Honor, at this time we will move for admission of Defendants' No. 1410.

        MR. JONAS:  No objection.

        THE COURT:  Admitted.

        MR. WESTFALL:  May I approach the witness?

        THE COURT:  Yes.

Q.    (BY MR. WESTFALL)  Now, is Defendants No. 1410 one of those financial statements?

A.    Yes, sir.

Q.    I will put on the first page.  Is this the financial statement for July of 1999?

1    A.    Yes, sir.

2    Q.    I would like to just kind of go through this a little bit

3    and so we can explain kind of what made up one of these

4    financial statements.

5          Page 2, what is this?

6    A.    This is the table of contents what is included in the

7    financial statements.

8    Q.    Okay.  And there was three on there that I have

9    highlighted.

10   A.    Balance sheet, income statement, and detailed general

11   ledger.

12   Q.    Okay.  What is a balance sheet, just for --

13   A.    Well, the balance sheet is a form of financial reports

14   which include the assets, liabilities, and the fund balances,

15   you know.

16   Q.    And is this what one of those looks like?

17   A.    Yes, sir.

18   Q.    Current assets and then investments and such?

19   A.    Yes, sir.

20   Q.    And then you said liabilities?

21   A.    Yes, sir.

22   Q.    The next thing down, what is that?

23   A.    The income statements is also part of the financial

24   reports, which include all the revenues and expenses or

25   expenditures, you know, of the Foundation during that month.

1    Q.    This is the first page of the income statement.  Can you

2    see that on there?

3    A.    Yes, sir.

4    Q.    What are these things over here?

5    A.    Those are codes that would be given to each particular

6    account, because the accounting system is based on codes, so

7    we have to give it a coding in order to identify every

8    account, you know, in the system.

9    Q.    And when you say codes, are these actual bank accounts?

10   A.    No, sir.  Like for instance the 6110 is under the awards

11   and grants, you know, the 010 is for the social services, if I

12   recall.  No.  I am sorry.  10 is for the social services

13   if -- It is kind of -- It has been a long --

14   Q.    This 010 is what you are talking about?

15   A.    Yes, sir.

16   Q.    Okay.  What exactly went into social services for

17   purposes of your expenditures here?

18   A.    In the social services would be the orphan dues, family

19   dues, or needy children dues, or any gifts given to the

20   orphans, to the families, or to the needy children.

21   Q.    The next one down is educational services.  What is that?

22   A.    It goes to the children, I mean, you know, our sponsoring

23   some children at schools.  So if anything goes to their

24   education or the sponsorship of the students, it would go

25   under that one.

1   Q.    What about health services?  What is that?

2   A.    Any health-related health services like a hospital,

3   medical equipment, medical supplies would go under, you know,

4   the health services.

5   Q.    How about economic development?

6   A.    For the projects, you know, any projects done, you know,

7   overseas, you know, will go under the economic development,

8   especially trying to develop, you know, the needy families or

9   anything, you know, will go under the economic developments.

10  Q.    Like the development of the communities?

11  A.    Yes.

12  Q.    Chicken farms?

13  A.    Chicken farms or buying sewing machines, you know, it

14  goes under the economic developments.

15  Q.    Are you saying sewing machines?

16  A.    Sewing machine.

17  Q.    S-E-W-I-N-G?

18  A.    Uh-huh.

19  Q.    Okay.  Special programs, what is that?

20  A.    This is a seasonal program, like, you know, food packages

21  during the month of Ramadan or Eid gifts would go under this

22  program.

23  Q.    Okay.  What is Eid?

24  A.    Eid, it is a day that comes after Ramadan or the day

25  comes after the pilgrimage in Mecca, you know, or during the

1   pilgrimage in Mecca.  Those are, you know, the first one after

2   Ramadan, we call it Eid el-fitr.  And the second one, which is

3   the sacrifice, you know, when Prophet Abraham sacrificed his

4   son, we celebrate that day by sacrificing sheep or goat or

5   cow.

6   Q.   Would the Holy Land Foundation buy gifts for the needy

7   over in Palestine or wherever on those dates?

8   A.   Yes, sir.

9   Q.   And would that be the kind of thing that would come under

10  special or seasonal programs?

11  A.   That is correct.

12  Q.   What would be emergency relief?

13  A.   This is when there is an emergency or catastrophe

14  somewhere, we will be collecting some funds as an emergency

15  relief, you know, like, you know, what happened in Turkey or

16  in Kosovo, those type of emergency relief.

17  Q.   Okay.  Skip down to -- Now, these community outreach,

18  management, and general, and fundraising, what were those?

19  A.   The community outreach is the national program that we

20  have at the national level and local level.  You know,

21  management and general, of course, is, you know, which is the

22  management expenses.

23  Q.   Right.

24  A.   Fundraising, whatever we use to -- you know, for

25  fundraising.

1   Q.   And then we see here gifts in kind.  Could you please

2   just explain to the jury real quick what gifts in kind are?

3   A.   Gifts in kind is the non-cash items that we used to

4   receive, you know, because either we received cash which is

5   monetary items, or non-cash items like clothes, books, some

6   medical supplies, medical equipment.  So those type of

7   non-cash items will go under gift in kind.

8   Q.   Okay.  Now, finally we have highlighted this detailed

9   general ledger.  What is that?

10  A.   The general ledger is also a form of financial reporting

11  that will capture all, you know, the accounts that we use, you

12  know, in the Foundation, any accounts we using like the cash

13  or the bank accounts or the type of expenses or type revenues

14  will be captured under the detailed general ledger.

15  Q.   And would that be kind of the total break-down of all of

16  your expenses?

17  A.   Yes, sir.

18  Q.   Okay.

19  A.   Not only the expenses but also the revenues.

20  Q.   The revenues as well?

21  A.   And the assets accounts also, and the liabilities

22  accounts as well, and the fund accounts.

23  Q.   And we will visit with that a little bit.

24      Now, from just the standpoint of the mechanics of a

25  transaction, let's focus on a social services transaction.

1   First of all, this is already in evidence as Defendants' No.

2   1363.  It is pages 26 through 36.  Would this be what is

3   considered a social services transaction?

4   A.    Both social services and education.

5   Q.    And education.  Okay.  Where would this particular

6   transaction start out in the Holy Land Foundation?

7   A.    Well, it starts with the lists of the dues, whether it is

8   for the orphans or the family or the students generated by

9   that department requesting the wire transfers.

10  Q.    Okay.

11  A.    And based on the lists that he will prepare, this request

12  for the wire transfer is broken down by how much, you know,

13  the orphans' dues are and how many orphans are on the list.

14  Same thing for the students, how many students on the list and

15  how much their dues.  And for the families, how many families

16  on the list and how much their dues.

17  Q.    Okay.  And then once the Social Services Department has

18  put that together, then what happens?

19  A.    Well, they will send the lists with the requests to

20  either Shukri or Ghassan Elashi for authorization.

21  Q.    Okay.  And what would they do?

22  A.    Well, they will authorize, you know, the wires, and after

23  that it goes to Haitham Maghawri, you know, for, you know,

24  sending the wires through the bank.

25  Q.    Okay.  And then what would happen?  What is the next

1    step?

2    A.    The package with the authorization, it will come to me,

3    you know, to verify that the wire transfers -- The bank will

4    be calling me in order to verify the amounts on the wire and

5    the recipients, which is account numbers, are correct.

6    Q.    What would you do before you verified the wire transfers

7    on one of these social services transactions?

8    A.    I will match the amounts that is written over here with

9    the totals on the orphan dues lists.  At the same time I will

10   match the total amounts written on the wire transfer request

11   to the students lists, and I will match also the families

12   amount dues with the families list.

13   Q.    Okay.  And then assuming those matched, then what?

14   A.    The bank, of course, will be contacting me, you know.  I

15   will make sure that this is the correct amount that has been

16   wired and been wired to the right account number and the right

17   recipients.  And if everything is okay, I will tell them yes,

18   you know, the information is correct, and they will release

19   the wire, you know, to the recipients.

20   Q.    Okay.  And then what happened with this packet?

21   A.    The original list, I will send it back to the originating

22   department, which could be the Social Services, and I will

23   keep a copy of the wire transfer, you know, request, with the

24   authorized signatures, along with, you know, the bank advice

25   that I will receive, you know, during the month.  Those

1    documents -- I will initiate a journal voucher to how to

2    allocate the expenditure of the wire transfers.

3    Q.    You mentioned that you would give the lists back to the

4    Social Services Department.  Were they the ones that held onto

5    the lists after you were finished with them?

6    A.    Yes, sir.

7    Q.    How about receipts from expenditures, like in the

8    programs or whatnot?

9    A.    They would be kept at the project departments.

10   Q.    Okay.  And then how about if an office, like the New

11   Jersey office, expended some money and had a receipt?  Where

12   would those be kept?

13   A.    The receipts themselves, they will be kept at the local

14   office, but they will send me a monthly reporting of all of

15   their expenditures and, you know, the collection of the money.

16   Q.    Okay.

17             MR. WESTFALL:  May I approach again, Your Honor?

18             THE COURT:  Yes.

19   Q.    (BY MR. WESTFALL)  I have set before you Defendants

20   No. 1413.  And do you recognize that?

21   A.    Yes, sir.

22   Q.    And is this also a record that you kept in the ordinary

23   course of your business?

24   A.    Yes, sir.

25   Q.    And are all the entries basically put in by either you or

1  again Ms. Harb?

2  A.    Yes, sir.

3  Q.    And was it your ordinary course of business, the Holy

4  Land Foundation's ordinary course of business to keep this

5  record?

6  A.    Yes, sir.

7  Q.    And all the entries were put in at or near the time that

8  they actually occurred?

9  A.    Yes, sir.

10        MR. WESTFALL:  Your Honor, I move in Defendants

11  No. 1413.

12        MR. JONAS:  No objection.

13        THE COURT:  Admitted.

14  Q.    (BY MR. WESTFALL)  Now, you mentioned earlier journal

15  vouchers.

16  A.    Correct.

17  Q.    Is that what this is is the journal vouchers that kind of

18  correspond with the July 1999 finance statement?

19  A.    Yes, sir.

20  Q.    This is the second page of the exhibit, and I just want

21  to -- Is this a journal voucher?

22  A.    Yes, sir.

23  Q.    What is this here?

24  A.    This is the coding that I am talking about.  That would

25  be reflected to an account in the general ledger.

1    Q.    Okay.  And I notice the codes are different.

2    A.    Yeah.  The first one is to the bank account, which is the

3    debits, and the second one is the revenue account which is the

4    credit.

5    Q.    And --

6    A.    This amount has been deposited in the New Jersey to --

7    that particular account number could be, you know, the revenue

8    account in New Jersey office.

9    Q.    Now, I would like to go back to using the journal

10   vouchers and the July '99 financial statement, and this same

11   Tulkarem zakat social services transaction, and just kind of

12   demonstrate how this fits into your financial statement.

13   Okay?

14   A.    Okay.

15   Q.    Now, do you see up here in the upper left hand corner?

16   A.    Can you make it a little bit clearer?

17   Q.    Is it not clear where you are?

18   A.    No.

19            MR. WESTFALL:  May I approach, Your Honor?

20            THE COURT:  Yes.

21   Q.    (BY MR. WESTFALL)  Let me give you the hard copies.  Now,

22   what is this on the left side of the screen?  And it is the

23   same as the top sheet if you need to see the hard copy.

24   A.    This is the request for the wire transfers that has been

25   put by the Social Services, you know, the total amount what

```
1    goes to the Tulkarem zakat committee, and what is made up of
2    this total amount, which is the 50 orphans' dues, 3 students
3    dues, and 5 families dues.
4    Q.   On the far right hand side, is that your initial?
5    A.   Yes, sir.
6    Q.   At what point would you have done that?
7    A.   When I verify, you know, those totals with the lists.
8    Q.   And these three documents that are on the upper right
9    hand side of the screen, they are kind of small on this
10   particular slide, but what are they?
11   A.   Those are the authorization of Mr. Ghassan Elashi to
12   authorize the wire transfers.
13   Q.   And would this have been done before it came to you?
14   A.   Yes, sir.
15   Q.   And then down on the lower right hand, what are those?
16   A.   Those are the dues or the list for each one for the
17   orphans, the families, and the students.
18   Q.   Now, what do we see here?
19   A.   I see the orphan lists, how much the total dues, which is
20   $4,306, and the same amount on the requests for the wire
21   transfers.
22   Q.   Okay.  So is this what you are talking about when you
23   verified that the amounts matched?
24   A.   Yes, sir.
25   Q.   Now, would you approve a Social Services transaction if
```

1   you didn't have these lists?

2   A.   No, sir.

3           MR. WESTFALL:  If we can go to the next slide.

4   Q.   (BY MR. WESTFALL)  And what is this?

5   A.   This is the family dues lists, which shows the total

6   amounts that need to be wired and the authorization of

7   Mr. Ghassan Elashi for the same amount on the request of the

8   wire transfer.

9   Q.   And this is family dues?

10  A.   Correct.

11          MR. WESTFALL:  Could we go to the next one?

12  Q.   (BY MR. WESTFALL)  Finally, what is this?

13  A.   This is the student dues, you know, the list -- how much

14  the total amount of the dues and how much the request for the

15  wire transfer.

16          MR. WESTFALL:  May I have one moment?

17          THE COURT:  Yes.

18  Q.   (BY MR. WESTFALL)  Okay.  What is this that we see here?

19  A.   This is the bank advice of the wire transfer.

20  Q.   First of all, the red arrow, does that amount match?

21  A.   (Indicating.)

22  Q.   Now, at what point would you get one of these?

23  A.   This is after the wire transfer has been made and the

24  bank will send us an electronic payment advice just to let us

25  know that the wire had been transferred.

1    Q.   And then what would you do with this?

2    A.   I will make a journal voucher, you know, and allocate the

3    amount to the different type of accounts, you know, like to

4    the family dues, which is under Social Services, and to the

5    education program which is, as we saw, the student dues.

6    Q.   At this point had you already given that other packet

7    back to Social Services?

8    A.   Yes, sir.

9              MR. WESTFALL:  Can you hit the space bar?

10   Q.   (BY MR. WESTFALL)  Now, what is this?

11   A.   This is the journal voucher where I made, you know, the

12   allocation to the different type of accounts.

13   Q.   Okay.  Do you see where the red arrows are?

14   A.   Yes, sir.

15   Q.   The numbers that were underneath where it is entered is

16   stamped.  Are those the same amounts that we saw on the list?

17   A.   Yes, sir.

18   Q.   Yes.

19   A.   The $4,306 to the orphans, the $180 to the students, and

20   the $820 to the families.

21             MR. JONAS:  For purposes of the record, can we be

22   clear if the red arrows, whether they are on the actual

23   exhibits themselves or whether Mr. Westfall has put on it for

24   the purposes of the questioning the witness.

25             MR. WESTFALL:  They are only on this PowerPoint.

1    They are not on the originals.

2              THE COURT:  All right.

3    Q.   (BY MR. WESTFALL)  At what point would you do these?

4    A.   Usually the journal voucher, I will do it toward the end

5    of the month.

6    Q.   Okay.

7    A.   Once I collect all of the bank advice, you know, and when

8    I receive the bank statements I will do the journal vouchers.

9    Q.   And then this is -- You see the initials at the bottom?

10   A.   Yes, sir.

11   Q.   Who is that?

12   A.   This is Rhonda Harb, my assistant.

13   Q.   How long did Rhonda Harb work with you?

14   A.   Probably 1998 until the closure of the Holy Land

15   Foundation.

16   Q.   Okay.

17             MR. WESTFALL:  Could you hit the space bar again?

18   Q.   (BY MR. WESTFALL)  Now, what is this that we see now?  I

19   have at the bottom Defendants No. 1410 page 1549.  What is

20   this that we see?

21   A.   This is the example of the detailed general ledger, and

22   in particular the social services account in the general

23   ledger.

24   Q.   Right.  And then over here on the right side we have

25   what?

1    A.    This is the wire transfer funds where it shows the

2    orphans and the students and the families.  And since this is

3    like a Social Services, we will see only the orphans and the

4    families amounts matching with the general ledger account

5    under Social Services.

6    Q.    The other numbers that go up and down in the other dollar

7    amounts, would those be like other zakat committees?

8    A.    Yeah, it could be other wire transfers, you know, during

9    the month of July.

10   Q.    Okay.  And then what is this?

11   A.    This is also another page of the detailed general ledger

12   which in particular the education services, you know, and

13   shows the amount of the wire transfer matching the amount in

14   the general ledger.

15   Q.    Okay.  And this is the education services?

16   A.    Yes, sir.

17   Q.    Very well.  And that is Defendants No. 1410 page 1550.

18         MR. WESTFALL:  And let's go ahead and go to the next

19   page.

20   Q.    (BY MR. WESTFALL)  What is this?  This is from HLF Search

21   No. 39, which is already in evidence, page 102.  What is this?

22   A.    This is the same, the request of wire transfer that

23   originated with the Holy Land Foundation office, and it has

24   been faxed overseas to the recipient, you know, to sign it

25   once they receive the wire transfers.  And that is their

1    signatures.  And they fax it back as a proof of receiving the

2    wire.

3    Q.    Okay.  And who kept these?  What department kept these?

4    A.    The originating department.  I keep a copy before, you

5    know, the wire.  I mean before it has been faxed overseas just

6    for my records, and the original will be kept at the

7    originating department, and in this case it is the Social

8    Services Department.

9    Q.    But would they keep the receipt of the transaction as

10   well?

11   A.    Yes, sir.

12   Q.    Where the folks in the zakat committee said "We received

13   it"?

14   A.    Yes, sir.

15   Q.    Were there sometimes when salaries or Eid gifts of money

16   to employees and the such were included in these transactions

17   as well?

18   A.    Yes, sir.

19   Q.    And are those -- How are those accounted for in your

20   financial statement?

21   A.    Well, if it says salary, it would be like under, you

22   know, management expenses, salaries, overseas.

23   Q.    Okay.

24   A.    If I remember, it would be included there.

25   Q.    Okay.  There were also -- Were there also signature

1    sheets that were sent back from the zakat committees?

2    A.    Yes, sir.

3    Q.    And have you actually seen these signature sheets?

4    A.    Yes, sir.

5    Q.    Now, tell us, did you ever deal, actually deal with the

6    signature sheets?

7    A.    Yes.  At the beginning when I joined the Holy Land

8    Foundation, I used to go and verify all the lists, and that is

9    the amounts that they received, you know, is matching with the

10   wire transfer.  We made, of course, with the deduction of the

11   -- What do you call it?  The expenses.  There is a small

12   portion of expense that would be deducted from that to the

13   local zakat committee, you know, as their, you know, part of

14   their maintenance of the orphans and dealing with the orphans.

15        So I will verify the amounts that they had received, you

16   know, try to convert it to the U.S. dollars if they are

17   received in shekel, just to make sure that is, you know, the

18   kind of matching with the amount they are supposed to receive.

19   Q.    Okay.

20             MR. WESTFALL:  May I approach, Your Honor?

21             THE COURT:  Yes.

22   Q.    (BY MR. WESTFALL)  I have put before you now Defendants'

23   No. 1091.  Do you recognize those?

24   A.    Yes, sir.

25   Q.    And are those also records that the Holy Land Foundation

1    kept in the ordinary course of its business?

2    A.    Yes, sir.

3    Q.    And were the entries on that made by someone with

4    knowledge at or near the time that the events that it

5    represents happened?

6    A.    Yes, sir.

7    Q.    And was it the ordinary course of business for the Holy

8    Land Foundation to keep those as well?

9    A.    Yes, sir.

10    Q.    Now, in addition, can you just tell from looking at those

11    distinctive characteristics that they are what they purport to

12    be?  Without actually saying what they are, can you look at

13    that and see distinctive characteristics that makes you

14    realize that those are the real thing, the true record that

15    they purport to be?

16    A.    Yes, sir.

17    Q.    Okay.

18            MR. WESTFALL:  Your Honor, I move into evidence

19    Defendants No. 1091.

20            MR. JONAS:  No objection.

21            THE COURT:  Admitted.

22    Q.    (BY MR. WESTFALL)  And what are those, Mr. Yaish?

23    A.    Those are the signature lists of the orphan sponsors that

24    they received the money.

25    Q.    Okay.  How did an orphan come to be sponsored?

A.    We would be receiving like applications from the fields,

whether it is in the Palestinian refugee camps in Lebanon or

in Jordan or in Gaza or in the West Bank.  The Holy Land

Foundation have some offices within the West Bank and Gaza,

and we have social workers they will be studying cases, you

know, with the needy families or the orphans, and they will

send us what they call a case study along with, you know,

orphans applications requesting some immediate assistance for

those orphans.

        At the local office, of course, the Social Services

Department, they will enter those names into the system or in

the database and they will be looking for some sponsors for

those orphans.  Once they find the sponsors, that will be

included on the monthly due list or the list for, you know, a

sponsorship.

Q.    So would an orphan receive any sponsorship dues if they

didn't actually have a sponsor?

A.    Correct.  No, I mean they would have a sponsor, you know,

to receive the orphans.

Q.    Okay.  So what was the process?  I guess you get the

orphan sponsorships, and then does somebody have to find a

sponsor for those orphans?

A.    Yes, sir.

Q.    And then at that point, once the orphan has a sponsor, at

that point the orphan starts receiving --

1    A.    Receiving some assistance from the Holy Land Foundation.

2    Q.    Okay.

3                MR. WESTFALL:  May I approach, Your Honor?

4                THE COURT:  Yes.

5    Q.    (BY MR. WESTFALL)  Now, this Exhibit No. 1091, this pack

6    of signature sheets, is this all the signature sheets the Holy

7    Land Foundation had?

8    A.    No, this is only an example.

9    Q.    Let me just show you one.  It is page 33.  And this

10   is -- That is basically what one of the signature sheets

11   looked like, isn't it?

12   A.    This is the names of the orphans and the total amounts

13   that is for each orphan and how much each local office or

14   local zakat committee will take as administrative costs and

15   what has been paid to the orphan.  And, of course, the

16   signature of the custodian of the orphan and with the date on

17   it.

18   Q.    And then over here it appears to be a fax line.  What is

19   that?

20   A.    This has been faxed back by either the zakat committee or

21   the Holy Land Foundation local office overseas back to the

22   headquarters here as an evidence of distributing the funds to

23   the orphans.

24   Q.    Did you actually sponsor an orphan?

25   A.    Yes, sir.

1   Q.   And are you familiar with what comes in the orphan

2   sponsorship, you know, the packets that come from overseas

3   from Palestine?

4   A.   Yes, sir.

5   Q.   What are the documents that would usually be in those?

6   A.   Well, a picture of the orphan is one of the documents,

7   and the orphan application, the death certificate of the

8   father, also the birth certificate of the orphan, and a report

9   about the orphan's, you know, their situation and why they

10  need the money.

11  Q.   And then where was the Social Services Department that

12  had the orphan applications in the Holy Land Foundation?

13  A.   It is just two doors down, you know, the hall where my

14  office was at that time.

15  Q.   So have you -- Were you able to be familiar with orphan

16  applications throughout kind of your tenure there with the

17  Holy Land Foundation?

18  A.   Yes, sir.

19        MR. WESTFALL:  Your Honor, may I approach?

20        THE COURT:  Yes.

21  Q.   (BY MR. WESTFALL)  I have now set before you Defendants

22  No. 203.16, and those records there, are those records that

23  the Holy Land Foundation kept in the ordinary course of its

24  business?

25  A.   Yes, sir.

1    Q.   And are these -- Was it the ordinary course of the Holy

2    Land's business to keep these records?

3    A.   Yes, sir.

4    Q.   And were the entries in these records all made at or near

5    the time of the events that are, you know, discussed in those

6    records?

7    A.   Yes, sir.

8    Q.   And by a person with knowledge?

9    A.   Yes, sir.

10   Q.   And in addition, in your experience do these particular

11   documents carry with them the characteristics of these orphan

12   applications that you have discussed?

13   A.   Yes, sir.

14   Q.   To where you believe those are credible documents?

15   A.   Those are like pictures of the orphans, and this is the

16   orphan application, this is the death certificate, this is

17   birth certificate.  Yeah.

18   Q.   Okay.

19        MR. WESTFALL:  Your Honor, at this time we move into

20   evidence Defendants' No. 203.16.

21        MR. JONAS:  No objection.

22        THE COURT:  Admitted.

23        MR. WESTFALL:  May I approach, Your Honor?

24        THE COURT:  Yes.

25   Q.   (BY MR. WESTFALL)  Now, once again, would these be all

1    the orphan applications at the Holy Land Foundation or just a

2    sample?

3    A.    Just a sample.

4    Q.    I don't want to go through too many.  I just want to show

5    the kind of documents we would expect to see in these.

6          This is the first page.  Is this the picture of the

7    orphan you are talking about?

8    A.    Yes, sir.

9    Q.    And then what is this?

10   A.    This is the orphan application.

11   Q.    Okay.  These documents like this, are these the birth and

12   death certificates that you talked about?

13   A.    This is a birth certificate.

14   Q.    And are those oftentimes in either Arabic or Hebrew?

15   A.    Yes, sir.

16   Q.    Here is one -- Is this one, then, in Arabic from the PA?

17   A.    Yes, sir.

18   Q.    What is this?

19   A.    This is death certificate of the father.

20   Q.    Okay.

21   A.    Of the orphan.

22   Q.    Did you all have on some sort of regular basis staff

23   meetings at the Holy Land Foundation?

24   A.    Yes, sir.

25   Q.    And did you speak about the projects that were ongoing by

1    the Holy Land Foundation in those?

2    A.    Yes, sir.

3    Q.    Kind of tell us about that.  Without getting into a whole

4    lot what people said, tell us kind of what that would consist

5    of when you all talked about projects.

6    A.    Well, usually it is staff meetings for the head of the

7    departments, and I am not sure whether it was weekly or

8    monthly, but I remember we used to have at least once a month.

9    And each department head would be talking about the progress

10   in their department during that period, and what they have

11   been -- what they accomplished and what is still outstanding.

12   Q.    And were you all shown pictures of projects?

13   A.    If necessary, yes.

14   Q.    And sometimes videos of projects?

15   A.    Yes.

16   Q.    Tell us about that.

17   A.    Well, when there is a project that is completed, I mean,

18   the project manager, either he will hang the pictures of the

19   project on the wall where all the staff can see it, or he will

20   distribute it in the staff meeting, you know, to look at the

21   project that has been completed.

22   Q.    And were you familiar while you were there -- Well, hold

23   on one second.  Were you familiar with projects that Abdul

24   Odeh actually took part in?

25   A.    I am familiar with two projects, one in Turkey that is

1    for the earthquake, and one in Kosovo to deliver the bakeries

2    to the Kosovans at the time.

3    Q.   And were you familiar with the pantry he had up in New

4    Jersey?

5    A.   Yes, sir.

6    Q.   Tell us about that.

7    A.   It is like a committee outreach project within the city

8    of Paterson in New Jersey, you know, where he distributes food

9    to the needy of the city of Paterson, you know.  That is a

10   local project within his area.

11   Q.   Okay.

12           MR. WESTFALL:  May I approach, Your Honor?

13           THE COURT:  Yes.

14   Q.   (BY MR. WESTFALL)  Okay.  I have given you a number of

15   exhibits, some photographs, and a DVD.  Okay?

16           MR. WESTFAll:  And these are marked, just for the

17   record, Defendants' No. 858, Defendants' No. 754, 755, and

18   767, and Defendants' No. 1418, 1419, 1420, 1421, and 1422.

19   Q.   (BY MR. WESTFALL)  Let's talk about Defendants' No. 754,

20   755, and 767 first.  Do you see those right in front of you?

21   Do you recognize the person that is in those pictures?

22   A.   Yes, sir.

23   Q.   And is this a project that you actually, you know,

24   personally I guess lived through from your position at the

25   Holy Land Foundation?

1    A.    This is the delivery of the bakeries in Kosovo, and this

2    is the flour that we supplied in order to bake the bread.

3    Q.    Okay.  And is that Abdul Odeh in fact in each one of

4    those pictures?

5    A.    Yes, sir.

6    Q.    And does the Holy Land logo appear in at least one of

7    them there?

8    A.    Yes, sir.

9          MR. WESTFALL:  Your Honor, I move for admission of

10   Defendants No. 754, 755, and 767.

11         MR. JONAS:  Can I briefly voir dire the witness?

12         THE COURT:  All right.

13   Q.    (BY MR. JONAS)  Sir, were you at the location when those

14   pictures were taken?

15   A.    No, sir.

16   Q.    Did you ever go to those locations at all?

17   A.    No, sir.

18   Q.    Did someone tell you where those pictures were taken?  Do

19   you understand the question?  If you weren't there either when

20   the picture was taken or at any time, how do you know what is

21   in those pictures?

22   A.    Because I was familiar with the project itself.

23   Q.    Okay.  But how do you know what is in those pictures?

24   A.    I don't know.

25         MR. JONAS:  Your Honor, we object.  Lack of

1    foundation.

2         THE COURT:  Do you want to ask some more questions?

3         MR. WESTFALL:  Sure.

4    Q.  (BY MR. WESTFALL)  Let's -- Tell us about the Kosovo

5    project.

6    A.   Well, during the Kosovo crisis, the Holy Land Foundation

7    find out that, you know, we need to give them a hand, you

8    know, by providing them with the bread.  And the Holy Land

9    Foundation and the management at the Holy Land decided that,

10   you know, the best way to do that is to send them a couple of

11   bakeries, you know, with the raw materials, which is the

12   flour, and to show them how to operate those projects for some

13   period of time, and then to hand it over to the Kosovans in

14   order to bake it themselves and distribute among the refugees

15   of Kosovo.

16   Q.  What actually caused the crisis that you actually had to

17   go work with?

18   A.   There was a war in Kosovo at that time.

19        MR. JONAS:  Your Honor, I am going to object as to

20   relevance and personal knowledge.

21        THE COURT:  Overrule the objection.  He may testify.

22        THE WITNESS:  There was a war in Kosovo at that time

23   between the Serbians and the Kosovans and the war, you know,

24   resulted over a lot of Kosovan refugees in that area.  And as

25   a humanitarian, you know, foundation, we thought that, you

1    know, we need to give a helping hand to the Kosovans by

2    providing them with bread.

3    Q.   (BY MR. WESTFALL)  And did the Holy Land Foundation also

4    donate a couple of ambulances?

5    A.   Yes, sir.

6    Q.   Now, who went over to actually Kosovo or Albania and do

7    this work?

8    A.   Dalall Mohammad and Abdulrahman Odeh.

9    Q.   One picture there, does it appear that Odeh is standing

10   among a bunch of bags of flour?

11   A.   Yes, sir.

12   Q.   And then the other pictures, does it appear that Odeh is

13   at least standing among people who appear European?

14   A.   Yes, sir.

15   Q.   Let's set those aside for a moment.  Okay?  And I want to

16   shift gears and talk to you about the other pictures.  Look at

17   those pictures right there, No. 1418 to 1422.  I am going to

18   first show you, Mr. Yaish, Defendants' No. 1016, which is

19   already in evidence.  Okay?  You have never seen this before,

20   but I am going to put it here.  It is page 12.

21        By the way, in Kosovo, did the Holy Land Foundation

22   actually work with the United Nations in that project?

23   A.   Yes, sir.

24   Q.   And have a contract with the United Nations?

25   A.   Yes, sir.

```
1    Q.   Can you see what this says right here?

2    A.   "My trip to Egypt, inviting" --

3    Q.   "Inviting guests from Egypt"?

4    A.   "Guests from Egypt."

5    Q.   And what is the date?

6    A.   June 7, 1996.

7    Q.   I will represent to you that these are some weekly

8    reports that Abdul Odeh had to send back to headquarters.  Did

9    you know he had to send back reports?

10   A.   Can you repeat your question?

11   Q.   Did you know that Abdul Odeh had to send back reports

12   telling them of his weekly activities?

13   A.   Yes, sir.

14   Q.   Can you read what this says here?

15   A.   "Leaving on 1/15/97 and traveling to Jordan on duty to

16   distribute food parcels to needy families."

17   Q.   And what is the date of that?

18   A.   1/31/97.

19   Q.   Can you read what this says here?  This is at page 102.

20   A.   "Call Mr. Basim about my trip to Jordan and work at

21   office."

22   Q.   Who is Mr. Basim?

23   A.   It is the same guy, the head of the Project Department.

24   He goes either by Basim or Bassam.

25   Q.   Bassam Faris?
```

1    A.    Uh-huh.

2    Q.    And when is this?

3    A.    5/24/97.

4    Q.    Now, have you actually seen a videotape of Abdul Odeh's

5    trip to Egypt?

6    A.    Yes, sir.

7    Q.    And was that for the purpose of distributing aid to a

8    refugee camp in Rafah?

9    A.    Yes, sir.

10   Q.    That videotape I have before you as well as the screen

11   shots, which for the record are No. 1418 to 1422, and then

12   Defendants' No. 858, have you -- Are you familiar with those?

13   A.    Yes, sir.

14   Q.    And each one of Defendants' No. 1418 to 1422, do they

15   contain in them the image of Abdulrahman Odeh?

16   A.    Yes, sir.

17   Q.    And do they appear to be in a refugee camp, from your

18   knowledge of refugee camps?

19   A.    Yes, sir.

20   Q.    Now, the video, Defendants' No. 858, having seen that,

21   does that also have the image of Abdulrahman Odeh?

22   A.    Yes, sir.

23   Q.    And does it have distinctive characteristics that would

24   tell you that that was the Holy Land Foundation taking a

25   mission to the U.N. refugee camp in Rafah?

```
 1    A.    Yes, sir.

 2    Q.    Would that include signs saying the date of May of '97 --

 3    Or '96 rather?

 4    A.    May of '96, yes, sir.

 5    Q.    And the Holy Land Foundation?

 6    A.    Yes, sir.

 7    Q.    Would that also include signs at the refugee camp saying

 8    "OIC Camp Canada"?

 9    A.    Yes, sir.

10    Q.    And also include the image of Abdul Odeh handing out aid?

11    A.    Yes, sir.

12          MR. WESTFALL:  Your Honor, at this time I would move

13    for admission once again of Defendants' No. 754, 755, and 767

14    which he has already testified to, as well as Defendants'

15    No. 858, and 1418 through 1422.

16          MR. JONAS:  May I voir dire?

17          THE COURT:  Yes.

18    Q.    (BY MR. JONAS)  Sir, Mr. Westfall asked you about some of

19    these events taking place in May 1996.  Is that correct?

20    A.    Correct.

21    Q.    When did you start working for the Holy Land Foundation?

22    A.    April of 1997.

23    Q.    So this took place before you even started working there?

24    A.    Correct.

25    Q.    Did you ever go to any of these refugee camps
```

1   Mr. Westfall asked you about?

2   A.   No, sir.

3   Q.   So you don't have personal knowledge that what is in

4   these pictures are accurate?

5   A.   Well, the only knowledge I have is Mr. Abdulrahman Odeh

6   in the pictures and the logos of the Holy Land Foundation.

7   Q.   And that is it?

8   A.   That is it.

9   Q.   The videotape -- There was a DVD in front of you that

10  Mr. Westfall referred to as Defendants' No. 858.  Had you seen

11  that videotape other than Mr. Westfall showing it to you?

12  A.   No, sir.

13          MR. JONAS:  Your Honor, we object.

14          THE COURT:  I will sustain as to No. 858 and then

15  No. 1418 through 422, and then I will overrule with respect to

16  754, 755, and 767.  So those are admitted.

17          MR. WESTFALL:  Thank you.

18  Q.   (BY MR. WESTFALL)  By the way, what color does the U.N.

19  use for all of its signs and such?

20  A.   Blue.

21          MR. WESTFALL:  May I approach?

22          THE COURT:  Yes.

23  Q.   (BY MR. WESTFALL)  This is Defendants' No. 754.  Now, was

24  this trip to Kosovo and buying the bakeries and buying the

25  ambulances and the such, was that expensive?

1  A.    Yes, sir.

2  Q.    This is No. 755.  And this is No. 767.

3          MR. WESTFALL:  And Your Honor, I will pass the

4  witness.

5      May I have one second to gather up?

6          THE COURT:  Yes.  Any other Defense counsel going

7  to --

8          MS. DUNCAN:  Yes, Your Honor.

9          THE COURT:  Ms. Duncan?  All right.

10     Why don't we take the lunch break.  We are about five or

11 ten minutes away from the lunch break.  Be back -- that clock

12 is still behind.  Be back at 1:45.

13          (Whereupon, the jury left the courtroom.)

14          THE COURT:  Anything we need to address before we

15 recess?

16          MR. JONAS:  Do you want Mr. Broxmeyer in at 1:30?

17          THE COURT:  Yes, in chambers.

18     We will be in recess until 1:45.

19                    (Lunch recess.)

20          THE COURT:  Ms. Duncan?

21          MS. DUNCAN:  Your Honor, may I approach?

22          THE COURT:  Yes.

23                    DIRECT EXAMINATION

24 By Ms. Duncan:

25 Q.    Good afternoon, Mr. Yaish.

1    A.    Good afternoon to you.

2    Q.    You testified before that Shukri contacted you in 1997 to

3    offer you a job at the Holy Land Foundation.  Is that right?

4    A.    Right.

5    Q.    Had you met Shukri before then?

6    A.    Yes.

7    Q.    Could you please tell us about the circumstances, when

8    that meeting was and the circumstances of it?

9    A.    Well, the first time I met Shukri was in 1993, between

10   March and May of 1993.  I cannot recall the exact dates.  I

11   was visiting a child who was diagnosed with brain cancer at

12   Parkland Hospital, and, you know, Shukri was there visiting

13   the same child.

14   Q.    Do you know what Shukri's relationship to that child was?

15   A.    He is not related to the child, because the child, I

16   mean, his father was a friend of mine, and he was a taxi cab

17   driver at that time.  And it happened that Shukri was taking a

18   taxi cab from the airport to his home and the father of that

19   dying child was the taxi cab driver.

20   Q.    And so then was your next meaningful contact with Shukri

21   in 1997 when he called your house mistaking you for a woman?

22   A.    Yes, ma'am.

23   Q.    Okay.  And I want to talk to you briefly about your role

24   at the Holy Land Foundation.  I know you covered some of that

25   with Mr. Westfall, but I just want to hit on a couple of key

1    points.

2        Did you work with Shukri at the Holy Land Foundation?

3    A.   Yes, ma'am.

4    Q.   And what was his role during the time you were employed

5    there?

6    A.   He was the president of the Holy Land Foundation at that

7    time.

8    Q.   And given that he was the president, did he give you

9    instructions on how to manage the financials?

10   A.   No, ma'am.

11   Q.   Okay.  Did he leave it up to you to manage them as you

12   thought best?

13   A.   Yes, ma'am.

14   Q.   And did you have complete control over the financials, or

15   did you share control with someone else?

16   A.   I had complete control, but I shared the knowledge and

17   the experience with others.

18   Q.   Okay.  And did the Holy Land Foundation have an open book

19   policy?

20   A.   Yes, ma'am.

21   Q.   So if a funder wanted to come in and look at the records,

22   what would happen?

23   A.   We would show them the records.

24   Q.   We heard some testimony earlier in this case about a Form

25   990.  Do you know what that is?

1   A.   Yes, ma'am.

2   Q.   Could you remind the jury, please?

3   A.   Form 990 is the annual tax return for non-profit

4   organizations.

5   Q.   And was the preparation of the Form 990 one of your

6   duties while you were employed at the Holy Land Foundation?

7   A.   At that time I prepared two years of the Form 990.

8   Q.   Okay.  And how did you prepare them?

9   A.   I prepared them from the financial reporting that would

10  be a result for the entire year.

11  Q.   So from the records that you similar to the ones you went

12  through with Mr. Westfall?

13  A.   Yes, ma'am.

14  Q.   Okay.  And did you keep up after you prepared the form

15  990, what did you do with it before filing?

16  A.   I would discuss it with Shukri or Ghassan and have them

17  sign it.

18  Q.   And did you keep back-up documentation for those forms?

19  A.   Yes, ma'am.

20  Q.   And do you know how long you were required to keep

21  back-up documentation?

22  A.   Usually five years.

23  Q.   Five years?  Okay.

24       Now, in addition to filing those annual returns from the

25  IRS, did the Holy Land Foundation hire people to do

1    independent audits of its books?

2    A.    Yes, ma'am.

3    Q.    And how often did it do that?

4    A.    Annually.

5    Q.    Can you tell us what is an independent audit?

6    A.    Well, an independent auditor is an outside CPA who is

7    licensed to conduct audits, and he would review the books and

8    records of the Foundation and he will -- based on his review

9    will, you know, issue a report.

10   Q.    And what does that review entail?

11   A.    Well, I mean, you know, the audits would conduct two

12   things.  One is the auditor's report.  You know, he will write

13   or conclude based on the findings what does he find during his

14   audit, and the other part is the financials reporting.

15   Q.    And so when the auditor would perform that audit, would

16   he look just at your reports or would they also look at the

17   underlying documentation?

18   A.    Well, we would provide him with any documentation he

19   would be requesting.

20   Q.    And was the audit performed independently of you, or did

21   you have a role in it?

22   A.    No, it is completely independent.

23   Q.    And I think you said that those audits were done every

24   year?

25   A.    Yes, ma'am.

1   Q.   And were they made available to the public?

2   A.   Yes, ma'am.

3   Q.   And how were they made available?

4   A.   Well, usually we publish them in the annual reports that

5   would be distributed, and anybody who requests the annual

6   report we would give them a copy of the annual report.

7   Q.   Okay.  Since we are talking about annual reports we will

8   continue there.  What other information was contained in those

9   annual reports?

10  A.   Well, the annual reports usually contains two parts.  One

11  part is the operation of the Holy Land Foundation for the

12  entire year, including the projects and the amounts being

13  collected and the projects that had been completed, and the

14  other part is the financial part which shows, you know, the

15  auditor's independent report included in it.

16  Q.   And how are those reports prepared?

17  A.   Usually it is a collective effort from each department.

18  They will, you know, submit the documentations, you know,

19  about, you know, their department and the projects that have

20  been completed and will be collected I believe under one

21  person.  That is who will gather all of this information and

22  prepare the annual reports.

23  Q.   Okay.  So were the entries in the reports made by people

24  with knowledge of activities of the things being reported?

25  A.   Yes, ma'am.

1    Q.    Were the reports written at or near the time of those

2    activities?

3    A.    Yes, ma'am.

4    Q.    And were the reports written as a regular part of the

5    Holy Land business?

6    A.    Yes, ma'am.

7    Q.    And were they maintained in the Holy Land Foundation

8    records in the regular course of that business?

9    A.    Yes, ma'am.

10   Q.    I would like you to turn to tab C of your notebook,

11   please.  It should be the third tab.

12   A.    A picture?

13        MS. DUNCAN:  May I approach, Your Honor?

14        THE COURT:  Yes.

15   Q.    (BY MS. DUNCAN)  Now, you should see two documents under

16   that tab marked Defendants' Exhibit No. 67 and Defendants'

17   Exhibit No. 865.  Do you see those?

18   A.    Yes, ma'am.

19   Q.    Do you recognize them?

20   A.    Yes, ma'am.

21   Q.    Let's start with Defendants' Exhibit No. 67.  Can you

22   tell us what that is it?

23   A.    This is year 2000 annual report.

24   Q.    And then looking at Defendants' Exhibit No. 865, can you

25   tell us what that is?

1   A.   1997 annual report.

2   Q.   And do both of those reports fall within the description

3   you earlier gave of being reports that were created and kept

4   in the regular course of business of the Holy Land Foundation?

5   A.   Yes, ma'am.

6        MS. DUNCAN:  Your Honor, we move the admission of

7   Defendants' Exhibit No. 67 and 865.

8        THE COURT:  Mr. Jonas?

9        MR. JONAS:  No objection, Your Honor.

10       THE COURT:  Admitted.

11  Q.   (BY MS. DUNCAN)  Okay.  I would like to look at

12  Defendants' Exhibit No. 865 first.  First can you tell me,

13  what was the purpose of these annual reports?

14  A.   Just to give the donor what is -- you know, the

15  accomplishments we made during the year.

16  Q.   Okay.

17       MS. DUNCAN:  Can you pull up No. 865, please?

18  Q.   (BY MS. DUNCAN)  And can you read that title there for

19  me, please, Mr. Yaish?

20  A.   "1997 annual report."

21  Q.   I would like to just quickly go through the report and

22  show the jury some of the parts that you mentioned.  Can we

23  turn to page two?  And what does that appear to be?

24  A.   This is the table of contents.

25  Q.   And turning to the next page, please, could you read the

1    mission statement for us, please, Mr. Yaish?

2    A.    "HLF mission statement.  Our mission knows no color,

3    nationality, or racial category.  We are dedicated to helping

4    our fellow humans with comprehensive humanitarian aid through

5    various programs directed towards the poor and the

6    underprivileged.  We are especially focused on the problems of

7    the Palestinian refugees in the Holy Land.  We believe that

8    all people are created equal, and possess certain inalienable

9    rights, which include the right to adequate shelter, food,

10   healthcare, and education.  The Holy Land Foundation is

11   dedicated to finding practical solutions for human suffering

12   through humanitarian programs in the areas of emergency

13   relief, healthcare, social services, education, and community

14   development."

15   Q.    And if we can go to page five of the report.  I may have

16   the page written down wrong.

17            MS. DUNCAN:  The next page, please.

18   Q.    (BY MS. DUNCAN)  And so is this the beginning of the

19   description of services that you mentioned before?

20   A.    Yes, ma'am.

21   Q.    And so here we see Social Services.  What sort of

22   programs were included under Social Services?

23   A.    Include the orphans, the needy families, needy children.

24            MS. DUNCAN:  And if we can move to the next page,

25   please.  And the next page.  And one more.

1    Q.   (BY MS. DUNCAN)  And here we see healthcare.  What sort

2    of problems were included in healthcare?

3    A.   Providing medical assistance and medical supplies or

4    medical equipment to the needy.

5         MS. DUNCAN:  And if we could keep paging through it,

6    please.

7    Q.   (BY MS. DUNCAN)  And education.  What would be included

8    under education?

9    A.   Providing education to the needy children.

10   Q.   And I think you talked earlier about emergency relief?

11   A.   Yes, ma'am.

12   Q.   And community development.  What kind of projects would

13   fall under community development?

14   A.   Small projects just to make the needy families sustain

15   their livings.

16   Q.   So sort of small business development projects?

17   A.   Small business development, yes.

18   Q.   And I think we heard about special services earlier.

19   A.   Yes, ma'am.

20   Q.   I would like to talk to you a little bit about the

21   community outreach USA.  What sort of programs did the Holy

22   Land Foundation do in the United States while you were working

23   there?

24   A.   I was familiar with two projects actually, the one of

25   them, you know, I personally was volunteered in cleaning up

1    the mess after the tornado hit Oklahoma City.

2    Q.    And what year was that?

3    A.    That was I believe -- I am not sure.  1998 or 1999.

4    Q.    Did the Holy Land Foundation ever host any community

5    events at its offices?

6    A.    Yes, ma'am.

7    Q.    A what kind of events were those?

8    A.    Those like monthly events to outreach the community and

9    bring some guest speakers to educate the community and, you

10   know, especially among the Muslims and Arab community in the

11   local Dallas/Fort Worth area.

12   Q.    What kind of speakers did you invite?

13   A.    At one point we invited the FBI, we invited Immigration,

14   and some civil rights lawyers.

15   Q.    And how often were these meetings held?

16   A.    Usually monthly.

17   Q.    Okay.  And what was the purpose of these community

18   meetings?

19   A.    Just to educate the Arab and the Muslim community and to

20   close the gap between Muslims and non-Muslims.

21   Q.    Now, as part of the Holy Land Foundation's community

22   outreach, did it ever do any public service announcements or

23   other types of outreach?

24   A.    Yes, ma'am.

25   Q.    And can you tell us about those, please?

1    A.    Well, during the month of Ramadan, I mean, we will air

2    some public announcements on local channels, especially

3    Channel 8, just to educate the locals about Ramadan and about

4    the Muslims.

5    Q.    Okay.  And did the Holy Land have local volunteers that

6    worked with the Foundation?

7    A.    Yes, ma'am.

8    Q.    And what did those volunteers do?

9    A.    Usually, I mean, they go and do some, you know, speeches

10   on the national level in order to collect some funds for the

11   Holy Land Foundation.

12   Q.    Continuing through the exhibit, we see here the donor's

13   bill of rights.  What is that?  Are you familiar with it?

14   A.    Yes, ma'am.

15   Q.    Can you tell us, what is that?

16   A.    The Holy Land Foundation for Relief and Development

17   understands that its donors are actually partners in its

18   philanthropic mission.  Every donor has certain inalienable

19   rights at Holy Land Foundation.  We believe that the donor

20   should be involved in the process and informed to the

21   progress.  Donors are vastly appreciated, and truly the

22   foundation from which the Foundation was built.  HLF in fact

23   has created the following Bill of Rights for each and every

24   donor to acquire HLF financial statements, annual reports, an

25   newsletters.

1    Q.   I think that is what you had talked about earlier that

2    you would make the audited financial statements available to

3    the donors.

4    A.   Yes, ma'am.  To earmark donations to specific HLF

5    programs or activities.

6    Q.   Did donors occasionally do that--give you money for

7    specific projects?

8    A.   Yes, ma'am.

9    Q.   Okay.

10   A.   To receive a written acknowledgment for every donation

11   made to the Foundation.  If involved in any HLF sponsorship

12   program, the donor is entitled to receive periodic progress

13   reports.  If a donor is giving a monthly donation, he or she

14   can choose a payment plan and may cancel their pledge at any

15   time.  The donor has the right to remain anonymous.

16   Q.   Let me stop you there.  Is there any provision in Islam

17   that would explain inclusion here of the right to remain

18   anonymous in making a donation?

19   A.   Yes, ma'am.

20   Q.   Can you explain what that is?

21   A.   Well, some donors, I mean, they just don't want the

22   reward from the people just to pinpoint them to say they are a

23   generous donor.  They just only want the reward from God.  He

24   is the only one who knows about their donation.

25   Q.   Thank you.  And then the final one, "Personal complaints,

1    suggestions, and feedback are appreciated and addressed."

2              MS. DUNCAN:  Can you go to the next page?  Keep

3    going.

4    Q.    (BY MS. DUNCAN)  And I see here this is the statement of

5    financial position.

6    A.    Yes, ma'am.

7    Q.    And 2001 one I believe is unaudited?

8    A.    Correct.

9    Q.    So you had both audited and unaudited financial

10   statements?

11   A.    Yes, ma'am.

12   Q.    I would like to talk a little bit about the atmosphere of

13   the Holy Land Foundation to work there.  And what was it like

14   to work there?

15   A.    It was a pleasant atmosphere.

16   Q.    Was it an open office?

17   A.    Yes, ma'am.

18   Q.    Did people lock their doors?

19   A.    No, ma'am.

20   Q.    Did people share information with each other?

21   A.    Yes, ma'am.

22   Q.    I think you talked about staff meetings.  And how often

23   did you hold those?

24   A.    I am not sure, but at least monthly.

25   Q.    Monthly meetings.  Okay.  If you can turn to tab B in

1    your notebook, please.

2    A.    D?

3    Q.    B as in boy.  And you should have there what has been

4    marked as Defendants' Exhibit No. 247.

5    A.    Yes, ma'am.

6    Q.    Do you recognize it?

7    A.    Yes, ma'am.

8    Q.    And is it a fair and accurate portrayal of what is

9    pictured there?

10   A.    Yes, ma'am.

11   Q.    And do you have personal familiarity with what is shown

12   in that photograph?

13   A.    This is the conference room at the Holy Land Foundation.

14           MS. DUNCAN:  Your Honor, we move the admission of

15   Defendants' Exhibit No. 247.

16           THE COURT:  Mr. Jonas?

17           MR. JONAS:  Can the witness repeat what he described

18   in the picture?

19           THE WITNESS:  Conference room.

20           MR. JONAS:  No objection.

21           THE COURT:  Admitted.

22   Q.    (BY MS. DUNCAN)  You said this is the actual conference

23   room at the Holy Land Foundation?

24   A.    Yes, ma'am.

25   Q.    And is this where you would hold your staff meetings?

1   A.   Yes, ma'am.

2   Q.   Do you recognize any of the people in this photograph?

3   A.   Yes, ma'am.

4   Q.   Can you tell us who they are and sort of describe them so

5   we can see them as well?

6   A.   I can recognize Natalie Suleiman.

7   Q.   Where is she sitting?

8   A.   At the far left.

9   Q.   And who is she?

10  A.   She is an employee at the Holy Land Foundation at that

11  time, and she was in charge I believe in the in kind

12  donations.

13  Q.   Do you recognize anyone else?

14  A.   No, ma'am.

15  Q.   Okay.  And when you are looking at this, does this appear

16  to be a staff meeting or a community meeting?

17  A.   It appears to be a community meeting.

18  Q.   Thank you.

19       Now, when you were working at the Holy Land Foundation,

20  were all of the employees Arab or Muslim?

21  A.   No, ma'am.

22  Q.   Was there any kind of a dress code for appearing at work?

23  A.   No, ma'am.

24  Q.   For example, were women required to cover their heads or

25  wear long sleeves?

```
 1    A.    No, ma'am.

 2    Q.    Were men required to wear beards?

 3    A.    No, ma'am.

 4    Q.    Was everyone who worked there in fact a Muslim?

 5    A.    No, ma'am.

 6    Q.    Can you think of any people who you worked with who were

 7    not?

 8    A.    My assistant.  She was a Christian.

 9    Q.    And your assistant's name was?

10    A.    Rhonda.

11    Q.    Thank you.  And I wanted to talk to you also, you talked

12    with Mr. Westfall about Mr. Abdul Odeh's work overseas.  Who

13    are other field workers that worked for the Holy Land

14    Foundation?

15    A.    Overseas?

16    Q.    Yes.  The people who traveled from the Dallas office

17    overseas to do work.

18    A.    Dalall Mohammed, Ibrahim al-Samnah, and we have Haitham

19    Maghawri.

20    Q.    If you can turn to tab A in your notebook, please.  You

21    should have Defendants' Exhibit No. 490 and 662.  Do you

22    recognize the person depicted in those photographs?

23    A.    Yes, ma'am.

24          MS. DUNCAN:  And I believe No. 490 is already in

25    evidence, Your Honor.
```

Q.   (BY MS. DUNCAN)  Let's look first at Defendants' Exhibit

No. 662.  In addition to recognizing the person who is

pictured there, do you see any other distinctive

characteristics?

A.   Yes, ma'am.

Q.   And those distinctive characteristics taken in total with

the circumstances portrayed in that picture, does that help

you to recognize what is portrayed there?

A.   Yes, ma'am.

Q.   And does it appear to be an accurate depiction of what is

portrayed?

A.   Yes, ma'am.

Q.   And is this a photograph that was kept in the Holy Land

Foundation offices in the normal course of business?

A.   Yes, ma'am.

     MS. DUNCAN:  Your Honor, we move the admission of

Defendants' Exhibit No. 662.

     MR. JONAS:  May I see a copy?

     May I voir dire the witness?

     THE COURT:  Yes, sir.

Q.   (BY MR. JONAS)  Sir, do you know where this picture was

taken?

A.   The first one in Kosovo and the second one in Gaza.

Q.   No. 662, have you ever been to that location in Gaza?

A.   No, sir.

1    Q.   Did someone tell you where it was taken?

2    A.   Well, I mean, they brought the pictures after the

3    completion and delivery of the wheelchairs.

4    Q.   Have you ever been to that location?

5    A.   No, sir.

6    Q.   Do you recognize -- You said you recognized someone in

7    the picture?

8    A.   Yes, sir.

9    Q.   How many people do you recognize?

10   A.   I recognize Dale Mohammed.

11   Q.   Anyone else?

12   A.   No, sir.

13          MR. JONAS:  We object.  Lack of foundation.

14          THE COURT:  Is it just one exhibit, DX Exhibit

15   No. 662?

16          MS. DUNCAN:  Yes, Your Honor.

17          THE COURT:  But it is two pictures?

18          MS. DUNCAN:  No, Your Honor.  The first picture is

19   No. 490, which is already in evidence, and then No. 662 is

20   not.

21          THE COURT:  Okay.  No. 662 is admitted.

22          MS. DUNCAN:  Thank you.

23   Q.   (BY MS. DUNCAN)  I think we already talked a little bit

24   about this picture without being able to see it, but where is

25   this picture taken?

1    A.    In Gaza.

2    Q.    And what was Dale doing in Gaza at that time?

3    A.    She was delivering wheelchairs to needy crippled

4    children.

5    Q.    Do you know if she was doing any other work in Gaza at

6    the same time she was delivering aid to other places?

7    A.    No, ma'am.

8         MS. DUNCAN:  And if we could look at picture

9    No. 490.

10   Q.    (BY MS. DUNCAN)  I think you said this was Dale here?

11   A.    Yes, ma'am.

12   Q.    And where is she in the photograph?

13   A.    She is the one in the far right.

14   Q.    And where was this photograph taken?

15   A.    In Kosovo.

16   Q.    Thank you.

17        Now, in the Holy Land Foundation office, what was on the

18   walls?  If we walked into the office, what would we see?

19   A.    Pictures of the projects that has been completed.

20   Q.    And were they the same pictures or did those pictures

21   change?

22   A.    They do change from time to time.

23   Q.    And when you had the staff meetings with Dale and other

24   people that worked at the Holy Land Foundation that was there

25   during the meetings, you saw photographs of the work that they

1   did?

2   A.   Yes, ma'am.

3   Q.   And you also saw some videos of the work that they did?

4   A.   Yes, ma'am.

5   Q.   Okay.  I would like to talk a little bit more about the

6   work Holy Land Foundation did overseas.  Where did Holy Land

7   deliver charity outside of the U.S.?

8   A.   It gave to Palestinian refugee camps in Jordan,

9   Palestinian refugee camps in Lebanon, Palestinian refugee

10  camps in Gaza and in the West Bank, gave to Turkey, gave to

11  Kosovo, and Mozambique.

12  Q.   Mozambique in Africa?

13  A.   Yes, ma'am.

14  Q.   And we talked generally about the kinds of work that the

15  Holy Land Foundation did, and I would like to talk a little

16  bit more specifically.  But before I do that I would like to

17  talk to you about the process I think you have talked about of

18  the orphan applications.  I would like to talk about sort of

19  the more special projects.

20       Did the Holy Land Foundation receive proposals to do

21  work?

22  A.   Yes, ma'am.

23  Q.   And so how would a project start?

24  A.   Well, the project starts, you know, overseas when they

25  need, you know, some projects to be done or financed.  So they

1    will send proposal, you know, to the Holy Land Foundation.

2    Q.    And when you say they, do you mean the charities on the

3    ground?

4    A.    It could be the local charities, or could be our local

5    offices overseas where they see a need for certain projects,

6    you know, through some, I would say, researches they conduct

7    with some local businesses over there, you know, about the

8    importance of certain projects that need to be done on the

9    ground.  So they will send us either, you know, a proposal for

10   the cost of the project and the type of project that is needed

11   to be performed.

12   Q.    And when the Holy Land Foundation ultimately funded a

13   project, did it require the group with which it was working to

14   send any documentation back?

15   A.    Yes, ma'am.

16   Q.    And what kind of documentation did the Holy Land

17   Foundation require?

18   A.    Pictures or videos.

19   Q.    Did they also require written reports?

20   A.    Yes, ma'am.

21   Q.    And so would the -- They would require all of those

22   things; a written report which would include pictures and

23   videos?

24   A.    Correct.

25   Q.    And were those reports and pictures, were they generally

1    made by the people who were implementing the projects on the

2    ground?

3    A.    Yes, ma'am.

4    Q.    And were they done at the direction of the Holy Land

5    Foundation?

6    A.    Yes, ma'am.

7    Q.    And was it a regular practice of those groups to make

8    those photographs and those reports and those videos?

9    A.    Yes, ma'am.

10   Q.    And that was done in the normal course of their business

11   with the Holy Land Foundation?

12   A.    Yes, ma'am.

13   Q.    And then did the Holy Land Foundation keep those reports,

14   including photographs, in their files during the normal course

15   of their business?

16   A.    Yes, ma'am.

17   Q.    Okay.  I would like to start with the educational

18   programs.  We have talked about them a little bit.  Did Holy

19   Land sponsor any back-to-school programs?

20   A.    Yes, ma'am.

21   Q.    And can you tell us a little bit about those?

22   A.    Back-to-school program is a seasonal program.  When needy

23   students go back to school, we provide them with a backpack

24   and school supplies.

25   Q.    And how often did the Holy Land Foundation sponsor

1    backpack projects?

2    A.    Every year.

3    Q.    And what kind of -- When you say supplies, what do you

4    mean?

5    A.    Pencils, sharpeners, notebooks, you know, education

6    materials.

7    Q.    So the basics for an education?

8    A.    Yes.

9    Q.    Okay.  Could you please turn to tab E in your notebook?

10   And you should have Defendants' Exhibit No. 214, 215, 732, and

11   734.  Would you look through those, please, and let me know if

12   you recognize them.

13   A.    Yes, ma'am.

14   Q.    Do you recognize the logo that appears in those four

15   photographs?

16   A.    Yes, ma'am.

17   Q.    And are there other distinctive characteristics in these

18   photographs to help you identify where they were taken?

19   A.    Yes, ma'am.

20   Q.    And when you looked at those distinctive characteristics

21   and take it in conjunction with the circumstances, do these

22   photographs represent the kind of backpack projects that Holy

23   Land did?

24   A.    Yes, ma'am.

25   Q.    And were these photographs taken as part of the normal or

1    regular part of the business of Holy Land Foundation and its

2    donors?

3    A.    Yes, ma'am.

4    Q.    And were they kept in the Holy Land files as a normal

5    part of the Holy Land's business of charity?

6    A.    Yes, ma'am.

7    Q.    And were they -- This may be an obvious question, but I

8    am going to ask it anyway because it is a predicate.  Were

9    they made at or near the time of the activity depicted

10   therein?

11   A.    Yes, ma'am.

12          MS. DUNCAN:  Your Honor, I move the admission of

13   Defendants' Exhibit No. 214, 215, 732, and 734.

14          THE COURT:  Mr. Jonas?

15          MR. JONAS:  May I voir dire?

16          THE COURT:  Yes, sir.

17   Q.    (BY MR. JONAS)  Sir, do you know what year those pictures

18   were taken?

19   A.    No, sir.

20   Q.    Do you know what projects they are part of, specific

21   projects?

22   A.    Can you repeat your question?

23   Q.    Do you know which specific projects those pictures are

24   part of?

25   A.    Backpack.

```
 1    Q.    You are saying backpack?

 2    A.    Education.

 3    Q.    Were there specific projects, like a project number or

 4    location or time frame?

 5    A.    No, sir.

 6    Q.    You don't know any of that from looking at the picture?

 7    A.    The only one I see, that is 1996.

 8    Q.    And that is before you started working at the Holy Land

 9    Foundation?

10    A.    Yes, sir.

11    Q.    Do you recognize anybody in any of these pictures?

12    A.    No, sir.

13    Q.    Do you recognize the locations for any of these pictures?

14    A.    Just what is written on the banner.

15    Q.    Have you been to these locations?

16    A.    No, sir.

17            MR. JONAS:  I object; no foundation.

18            THE COURT:  Sustained.

19            MS. DUNCAN:  May I voir dire and ask a few

20    questions?

21            THE COURT:  Sure.

22    Q.    (BY MS. DUNCAN)  If you could look at Defense Exhibit No.

23    214, please.

24    A.    Yes, ma'am.

25    Q.    And do you recognize the Holy Land Foundation logo in
```

```
1    that picture?

2    A.   Yes, ma'am.

3    Q.   If you would turn to Defense Exhibit No. 215?

4    A.   Yes, ma'am.

5    Q.   In addition to the Holy Land Foundation logo, is there a

6    sign there that identifies where the picture was taken?

7    A.   Yes, ma'am.

8    Q.   And a date?  Do you see a date on that sign?

9    A.   Yes, ma'am.

10             THE COURT:  Which one was that?

11             MS. DUNCAN:  That was No. 215, Your Honor.

12   Q.   (BY MS. DUNCAN)  And if you compare No. 215 and No. 214,

13   do they look to be taken at the same place?

14   A.   Yes, ma'am.

15   Q.   And then with Defense Exhibit No. 732, do you recognize

16   the Holy Land Foundation logo?

17   A.   Yes, ma'am.

18   Q.   And does the picture show backpacks?

19   A.   Yes, ma'am.

20   Q.   And finally with Defense Exhibit No. 734, if you could

21   look at the sign, and do you recognize again the logo?

22   A.   Yes, ma'am.

23   Q.   And do you recognize the names of the organizations

24   involved in this particular project?

25   A.   Yes, ma'am.
```

1    Q.    And is there a date on that sign?

2    A.    Yes.

3    Q.    And do these photographs fairly represent the backpack

4    projects that the Holy Land Foundation sponsored over the

5    years?

6    A.    Yes, ma'am.

7           MS. DUNCAN:  Your Honor, we renew our admission of

8    these photographs.

9           MR. JONAS:  Same objection.

10          THE COURT:  I think she laid enough.  No. 214, 215,

11    732, and 734 are admitted.

12          MS. DUNCAN:  Thank you, Your Honor.

13    Q.    (BY MS. DUNCAN)  If we can start with No. 214.  And if

14    you could just tell us what is shown in this photograph, Mr.

15    Yaish.

16    A.    It shows some backpacks and some school supplies such as

17    notebooks.

18    Q.    And going to the next picture, please, this is showing

19    some more supplies that were going into the backpacks?

20    A.    Yes, ma'am.

21          MS. DUNCAN:  If we can have the next picture,

22    please.

23          THE WITNESS:  This shows students receiving the

24    backpack.

25          MS. DUNCAN:  And the next picture?

                    THE WITNESS:  Same thing here, some girls receiving

their backpack.

Q.   (BY MS. DUNCAN)  Mr. Yaish, are these the only

photographs that the Holy Land Foundation kept of these kinds

of projects?

A.   No, ma'am.

Q.   And are these the only projects that the Holy Land

Foundation did with respect to backpacks for children?

A.   No, ma'am.

Q.   I would like now to turn to the food packages that you

talked about with Mr. Westfall.  Could you tell us about those

programs?

A.   This program is conducted during the holy month of

Ramadan where there were some needy families that they don't

have, you know, money to sustain their living during the month

of Ramadan, so what we do, I mean, we buy food and distribute

it among the poor and needy in the Palestinian refugee camps,

whether it is in Lebanon, Jordan, or Gaza and West Bank.

Q.   Do you know what kind of foods were put into those

packages?

A.   Rice, sugar, and some oil, lentil or dry foods, you know.

Q.   And did the Holy Land Foundation put together or sponsor

food packages at any time other than Ramadan?

A.   I don't remember.

Q.   Okay.  If you could turn to tab F in your notebook,

1  please.  You should have in there Defense Exhibits 377, 479,

2  503, 539, 553, 558, 705, 706, 709, and 711.  Would you please

3  look through those exhibits and tell us whether you recognize

4  them.

5  A.    Yes, ma'am.

6  Q.    Let's go through them a little more slowly.  If you will

7  look at Defense Exhibit No. 377, do you recognize the logo in

8  that photograph?

9  A.    Yes, ma'am.

10  Q.    And when you look at the other distinctive

11  characteristics in this photo, does it appear --

12  A.    The logo on the T-shirts those guys are wearing.

13  Q.    And also what they are doing in the photograph?

14  A.    Yes, ma'am.

15  Q.    Does that look familiar to you?  And I ask you the same

16  question about No. 479.

17  A.    Yes, ma'am.

18  Q.    So you recognize both the logos and then some of the

19  distinctive characteristics about this photograph?

20  A.    Yes, ma'am.

21  Q.    If you turn to No. 503, and I realize this might be a

22  little harder, can you read what is --

23  A.    No, ma'am.  It is kind of hard to read.

24        MS. DUNCAN:  Your Honor, I am going to withdraw

25  No. 503.

1  Q.  (BY MS. DUNCAN)  And on Exhibit No. 539, do you recognize

2  that logo?

3  A.  Yes, ma'am.

4        MS. DUNCAN:  Your Honor, I didn't go through the

5  rest of the predicate.

6  Q.  (BY MS. DUNCAN)  If you would look at Defense Exhibit

7  No. 706.

8  A.  Yes, ma'am.

9  Q.  In addition to the logo that you see, do you recognize

10 anyone pictured here?

11 A.  Yes, ma'am.

12 Q.  And do these photographs as a whole sort of fairly and

13 accurately represent the kinds of food projects that the Holy

14 Land Foundation did?

15 A.  Yes, ma'am.

16 Q.  And were these photographs taken as a part of the

17 regularly conducted business of the Holy Land Foundation?

18 A.  Yes, ma'am.

19 Q.  Were they kept in the files of the Holy Land Foundation

20 as a regular part of the Foundation's business?

21 A.  Yes, ma'am.

22 Q.  And do they appear to you to have been made at or near

23 the time of the events depicted therein?

24 A.  Yes, ma'am.

25        MS. DUNCAN:  Your Honor, we move the admission of

1    377, 479, 539, 553, 558, 705, 706, 709 and 711.

2              THE COURT:  Mr. Jonas?

3              MR. JONAS:  May I voir dire?

4              THE COURT:  Yes.

5    Q.  (BY MR. JONAS)  Sir, when were these pictures taken?

6    A.  No idea.

7    Q.  Do you know where they were taken?

8    A.  Yes.

9    Q.  Have you been to those locations?

10   A.  No, sir.

11   Q.  And how do you know that those pictures represent what

12   those locations are supposed to be?

13   A.   I recognize Mr. Abu Muharam.  He is an employee of the

14   Holy Land Foundation in the Gaza office.

15   Q.  Besides him, how do you recognize the setting he is in?

16   A.  The only thing I can see, I mean, the camps or the tents.

17   Q.  Have you been to those camps?

18   A.  No, sir.

19   Q.  You don't know if those are accurate pictures, do you?

20   A.  No, sir.

21   Q.  Okay.  Ms. Duncan asked you if you recognize distinctive

22   characteristics of the photos, but if you have never been

23   there how can you recognize the distinctive characteristics?

24   A.  The logos and the food package which have some logos on

25   it.

1    Q.    Just the HLF logos, wherever they are, is the only thing

2    you recognize and are familiar with?

3    A.    Yes, sir.

4    Q.    You don't know when they were taken?

5    A.    No, sir.

6    Q.    Do you know who took them?

7    A.    Usually, I mean, a photographer at the sites during the

8    distribution.

9    Q.    Obviously it is going to be a photographer, but, I mean,

10   is it an HLF employee who took them?

11   A.    No, sir.

12   Q.    Do you know if these pictures were taken before or after

13   you started working at the HLF?

14   A.    No, sir.

15            MR. JONAS:  Your Honor, we object.  No foundation.

16            THE COURT:  Ms. Duncan?  Do you want to ask some

17   more questions?

18            MS. DUNCAN:  Sure.

19   Q.    (BY MS. DUNCAN)  Photographs No. 377 -- The first three

20   photographs which are No. 377, 479, and 539, in addition to

21   the Holy Land Foundation logo that you see here, do you also

22   see food?

23   A.    The banner?

24   Q.    No, the actual items that are pictured here.

25   A.    Some food items.

```
1    Q.   And in your opinion, are food items sort of a distinctive

2    characteristic of food packages?

3    A.   Yes, ma'am.

4    Q.   And on photograph No. 539, the logo, does that appear to

5    be on a bag of food?

6    A.   Yes, ma'am.

7    Q.   And in No. 539 --

8             THE COURT:  With respect to those three that you

9    were looking at, No. 377, 479, and 539, do you know where they

10   were taken, those three?

11            THE WITNESS:  No, sir.

12            THE COURT:  And then you don't know when they were

13   taken?

14            THE WITNESS:  No, sir.

15            THE COURT:  And you don't recognize anybody in them,

16   or do you?

17            THE WITNESS:  No, sir.

18            THE COURT:  Okay.  Go ahead with the next ones.

19   Q.   (BY MS. DUNCAN)  No. 553 and 558, do you see a date in

20   the banner announcing the project?

21   A.   1999.

22   Q.   That is No. 553 you were identifying?

23   A.   Yes, ma'am.

24   Q.   And what about for No. 558?

25   A.   2000.
```

```
1    Q.   And does the sign identify the project?

2    A.   Yes, ma'am.

3    Q.   And then finally with photographs, we will start with

4    photograph No. 706, 709, and 711.  In addition to the logos

5    that you identified, do you recognize a person who is pictured

6    in these photographs?

7    A.   Yes, ma'am.

8    Q.   And who is that person?

9    A.   This is Abu Muharam, Holy Land Foundation employee in

10   Gaza.

11           MS. DUNCAN:  Your Honor, we renew our request to

12   admit these photographs.  Do you want me to name them?

13           THE COURT:  Yes.  I will sustain No. 377, 479, and

14   539.  And then do you want to name the other ones?

15           MS. DUNCAN:  Sure.  No. 553, 558, 706, 709, and 711.

16           THE COURT:  You initially had 705.

17           MS. DUNCAN:  I pulled that one out because it

18   appears to me to be a part of the same event as No. 706, 709,

19   and 711, but it does not include -- I don't see a picture of

20   Abu Muharam in that photograph.

21           THE COURT:  So you are withdrawing that one?

22           MS. DUNCAN:  I don't want to withdraw but, I wanted

23   to note for the Court it is different than the other three.

24           THE COURT:  All right.  And Mr. Jonas, with respect

25   to these that remain, any objection?
```

1          MR. JONAS:  Same objections, Your Honor.  And if I

2     may ask the witness one question?

3          THE COURT:  Yes.

4     Q.   (BY MR. JONAS)  The questions I asked you a few moments

5     ago about the pictures, did that include these pictures as

6     well that Ms. Duncan just asked you about?

7     A.   Yes, sir.

8     Q.   I don't want to waste time so I am not going to ask you

9     the same questions again.  I want to make sure your answers

10    would be the same in terms of the questions I asked you

11    before.

12    A.   Yes, sir.

13         THE COURT:  And I will overrule the objections.

14    With respect to No. 553, 558, 706, 709, 711, those are

15    admitted.

16         MS. DUNCAN:  Thank you.  May we publish them, Your

17    Honor?

18         THE COURT:  Yes.

19    Q.   (BY MS. DUNCAN)  If we can start with No. 553, does that

20    appear to show people handing boxes of food?

21    A.   Yes, ma'am.

22         MS. DUNCAN:  And if we could also publish No. 558

23    and then 706.

24    Q.   (BY MS. DUNCAN)  And Mr. Yaish, I think before we could

25    see this picture you had identified one of the gentlemen in

1    this photograph.

2    A.    Yes, ma'am.

3    Q.    Could you point out or tell us -- sort of describe in

4    this photograph where you see him.

5    A.    The one with the suit.

6          MS. DUNCAN:    And No. 709, please.

7    Q.    (BY MS. DUNCAN)    Is that also Mr. Abu Muharam shaking the

8    gentleman's hand?

9    A.    Yes, ma'am.

10   Q.    And No. 711, does that appear to be at the same place as

11   the previous photograph No. 709?

12   A.    Yes, ma'am.

13   Q.    As I asked before, did these photographs show all of the

14   food projects that were funded by the Holy Land Foundation?

15   A.    This is just an example.

16   Q.    And it wasn't depicted here, but do you know when the

17   Holy Land Foundation did projects overseas, was it common for

18   them to have banners announcing --

19   A.    Yes, ma'am.

20   Q.    And what typically would be put on those banners?

21   A.    Well, usually put the name of the Holy Land Foundation,

22   and the name of the project, and financed by whom, you know.

23   Q.    So did the banners identify, for example, the country

24   from which the aid was coming?

25   A.    Yes, ma'am.

1  Q.  And what would they say?

2  A.  It would say it is like "gift presented by the Arab and

3  Islamic societies in U.S.A."

4  Q.  I would like to turn our attention now to summer camps.

5  Did the Holy Land Foundation sponsor summer programs for

6  children?

7  A.  Yes, ma'am.

8  Q.  And could you tell us a little about them?

9  A.  Well, I remember, you know, we do summer camps for the

10  orphans at the refugee camps in Lebanon during the summer the

11  orphans take them into picnic, you know, or sightseeing in

12  parts of Lebanon, and at the same time you know, involved in

13  social activities during the summertime, swimming, or, you

14  know, playing, some type of things like that.

15  Q.  Did it include educational activities or was it mostly

16  just fun stuff?

17  A.  It was summer camps, mostly fun stuff.

18  Q.  Okay.  I would like you to turn to tab G in your

19  notebook, please.  You should have here Defense Exhibits 1112,

20  1113, 1116, 1118, 1120, 1121, 1124, 1126, 1131, 1132, and

21  1138.  Do you see those there?

22  A.  Yes, ma'am.

23  Q.  Do you see the Holy Land logo in each of these

24  photographs?

25  A.  Yes, ma'am.

1    Q.    And do they appear to be from the same summer camp

2    program?  Can you tell?

3    A.    Yes, ma'am.

4    Q.    And if you would turn to Defendants' Exhibit No. 1116.

5    A.    Yes, ma'am.

6    Q.    In addition to the Holy Land logo, do you see writing

7    that identifies this program?

8    A.    Yes, ma'am.

9    Q.    And do these photographs fairly and accurately represent

10   some of the summer programs that were funded by the Holy Land

11   Foundation?

12   A.    Yes, ma'am.

13   Q.    And were these photographs taken at the request of the

14   Holy Land Foundation as part of their regularly conducted

15   business?

16   A.    Yes, ma'am.

17   Q.    And were the photos kept in the files of the Holy Land

18   Foundation as part of its regularly conducted business?

19   A.    Yes, ma'am.

20   Q.    Does it appear to you that they were taken at the time of

21   the events depicted herein?

22   A.    Yes, ma'am.

23          MS. DUNCAN:  Your Honor, I move the admission of

24   Defense Exhibit No. 1112, 1113, 1116, 1118, 1120, 1121, 1124,

25   1126, 1131, 1132, and 1138.

1           THE COURT:  Mr. Jonas?

2           MR. JONAS:  May I just voir dire from here?

3           THE COURT:  Yes.

4    Q.   (BY MR. JONAS)  Have you ever been to any of these summer

5    camps?

6    A.   No, sir.

7    Q.   How do you know that these pictures accurately depict

8    what is in the summer camps if you have never been there?

9    A.   The logo on the banner.

10   Q.   Do you recognize anything besides the logo on the

11   banners?

12   A.   No, sir.

13   Q.   How do you know that these kids were actually at a summer

14   camp?

15   A.   I don't know.

16   Q.   Do you know when these pictures were taken?

17   A.   2001.

18   Q.   Does it say that on the picture?

19   A.   Yes, sir.

20   Q.   Do you know that independently of what it says in the

21   picture?

22   A.   That is the only way I can know.

23   Q.   Again, do you know who took the picture?

24   A.   No, sir.

25           MR. JONAS:  Your Honor, we object.  Lack of

1    foundation.

2           THE COURT:  Those that have the banner and logo or

3    banner and a date -- the location, you say there are some of

4    those that have that?

5           MS. DUNCAN:  Yes, Your Honor.

6           THE COURT:  I think those are admissible.  I don't

7    know if you laid a sufficient foundation for the others.

8           MS. DUNCAN:  I think with respect -- Let me ask just

9    about a couple that may.

10          THE COURT:  Do you want to identify those that have

11   that information on it that have a date and location?

12   Q.   (BY MS. DUNCAN)  Mr. Yaish, could you look at Defendants'

13   Exhibit No. 1116?

14   A.   Yes, ma'am.

15   Q.   Is there a sign in this picture that identifies the

16   location and the date of the summer camp?

17   A.   Yes, ma'am.

18   Q.   And could you turn to No. 1120?

19   A.   Yes, ma'am.

20   Q.   Do you see a similar sign?

21   A.   Yes, ma'am.

22   Q.   Okay.  And if you would look at Defense Exhibit No. 1118?

23   A.   Yes, ma'am.

24   Q.   I think the sign is hard to read, but do you recognize

25   the location in which they are standing?

```
 1    A.    No, ma'am.
 2    Q.    Okay.  If you would look at No. 1121 and 1124 and tell me
 3    if the signs shown in those pictures identify the place and
 4    the date.
 5    A.    No. 1121 I don't see any dates.
 6    Q.    Okay.
 7    A.    I can see the logo.  No. 1124 has the 2001.
 8    Q.    Okay.
 9    A.    With the banner and the logo.
10    Q.    If you could look at Defendants' Exhibit No. 1132 and
11    1138, and tell me, do you recognize the location where these
12    were taken?
13    A.    I can recognize the ruins in the city of Baalbek,
14    Lebanon.
15    Q.    And that is Defendants' Exhibit No. 1132?
16    A.    Yes, ma'am.
17    Q.    And how about with Defendants' Exhibit No. 1138?
18    A.    No, ma'am.
19    Q.    Okay.
20          MS. DUNCAN:  Your Honor, so I think we have the
21    signs you were asking about in Defendants' Exhibit No. 1116,
22    1120, 1124, and then Mr. Yaish was able to identify the
23    location of 1132, which also it just has the Holy Land logo
24    but does not have an independent sign.
25          THE COURT:  So four?
```

1          MS. DUNCAN:  1116, 1120, 1132, and 1124.  That is

2    right.

3          THE COURT:  All right.  And those exhibits are

4    admitted, those four.  And the others, the objection is

5    sustained.

6          MS. DUNCAN:  Martha, if we can start with No. 1116.

7    Q.   (BY MS. DUNCAN)  And Mr. Yaish, could you tell us where

8    in this photograph you see the sign identifying it as a Holy

9    Land project in 2001?

10   A.   There is the logo here which is the Holy Land Foundation,

11   and the banner itself says "Orphans of the Holy Land

12   Foundation for Relief and Development, summer camp 2001."

13   Q.   And that is the sign that the children are holding up?

14   A.   Yes, ma'am.

15         MS. DUNCAN:  And if we could turn to No. 1120.

16   Q.   (BY MS. DUNCAN)  I think we see the same sign being held

17   up in the back.  What else is pictured in this photograph, Mr.

18   Yaish?

19   A.   Well, some kids, I mean, trying to learn on computers.

20         MS. DUNCAN:  And if we could go to No. 124, please.

21   Q.   (BY MS. DUNCAN)  And here I think we see the sign on the

22   left hand of the photograph.

23   A.   Yes, ma'am.  Same banner behind those kids where it says

24   "Orphans of Holy Land Foundation for Relief and Development,

25   summer camp 2001."

1           MS. DUNCAN:  And then finally No. 1132.

2    Q.   (BY MS. DUNCAN)  And if you could remind us where this

3    was taken?

4    A.   This looks like in the city of Baalbek in Lebanon.

5    Q.   And we see the Holy Land logo.  I think there is a little

6    girl holding it up at the bottom.

7    A.   Yes, ma'am.

8    Q.   And Mr. Yaish, this doesn't show the only summer camp

9    that the Holy Land Foundation funded, does it?

10   A.   No, ma'am.

11   Q.   Thank you.  They have funded other similar programs?

12   A.   Yes, ma'am.

13   Q.   I would like to talk a little about the health programs.

14   Did the Holy Land Foundation fund hospitals or health clinics?

15   A.   Yes, ma'am.

16   Q.   What other health programs did Holy Land support?

17   A.   Other than hospitals?

18   Q.   Yes.

19   A.   Well, we provide medical supplies, medical equipment, and

20   sometimes we bring over some children that they need some

21   immediate medical attention to the United States where there

22   is some local doctors will perform some surgeries, you know,

23   as a volunteer.

24   Q.   Okay.  Did the Holy Land Foundation ever fund sort of

25   specialty health clinics, like dental clinics or eye clinics?

1    A.    Yes, ma'am.

2    Q.    Could you turn to tab H in your notebook, please?  And

3    there are only three photographs so this will go more quickly.

4    You should have Defense Exhibits No. 261, 379, and 407.  If

5    you could look at those for me, please.

6    A.    Yes, ma'am.

7    Q.    Do you recognize the hospital shown in this photograph?

8    A.    This is the sign of the --

9    Q.    Don't tell us what is in it.  Just tell me if you

10   recognize it.

11   A.    Yes, ma'am.

12   Q.    And is this a place that the Holy Land Foundation

13   supported?

14   A.    Yes, ma'am.

15   Q.    And is it -- Were these photographs taken as part of the

16   regularly conducted business of the Holy Land Foundation?

17   A.    Yes, ma'am.

18   Q.    And were they kept in the files of the Holy Land

19   Foundation as a part of its regularly conducted business?

20   A.    Yes, ma'am.

21   Q.    And from looking at the photographs, does it appear that

22   they were taken at the time of the activities that are being

23   depicted here?

24   A.    Yes, ma'am.

25           MS. DUNCAN:  Your Honor, we move the admission of

1    Defendants' Exhibit No. 261, 379, and 407.

2              MR. JONAS:  May I ask my questions?

3              THE COURT:  Yes.

4    Q.  (BY MR. JONAS)  Sir, do you know when these pictures were

5    taken?

6    A.    No, sir.

7    Q.    Have you been to these locations?

8    A.    No, sir.

9    Q.    Do you know who took the pictures?

10   A.    No, sir.

11   Q.    Do you see any Holy Land logos in these pictures?

12   A.    Yes, sir.

13   Q.    In every picture?

14   A.    The first two.

15   Q.    What about the third one?

16   A.    The third one just says the Holy Land Foundation as a

17   banner.

18   Q.    But do you have any dates on these pictures?

19   A.    No, sir.

20   Q.    Again, you haven't been there.  Correct?

21   A.    No, sir.

22             MR. JONAS:  Your Honor, we object; lack of

23   foundation.

24             THE COURT:  You stated you recognize the location.

25   How do you recognize it?

```
1              THE WITNESS:  Because this hospital, you know, the
2    Holy Land Foundation, you know, belonged to --
3              THE COURT:  How do you recognize it, though?
4              THE WITNESS:  The sign where it says the Dar
5    al-Salam Hospital, Holy Land Foundation for Relief and
6    Development.
7              THE COURT:  And you recognize that name?
8              THE WITNESS:  Yes, sir.
9              THE COURT:  All right.  The objections are overruled
10   and those three exhibits are admitted.
11             MS. DUNCAN:  If we could start with No. 261, please.
12   Q.  (BY MS. DUNCAN)  This is a photograph of a Dar al-Salam
13   Hospital?
14   A.  Yes, ma'am.
15   Q.  And did the Holy Land Foundation support this hospital?
16   A.  Yes, ma'am.
17             MS. DUNCAN:  If you could go to No. 379.
18   Q.  (BY MS. DUNCAN)  Does this appear to be the same
19   hospital?
20   A.  Yes, ma'am.
21   Q.  And what also is shown in this photograph?
22   A.  It shows like the medical team in front of the hospital.
23             MS. DUNCAN:  And finally if we could turn to Defense
24   Exhibit No. 407.
25   Q.  (BY MS. DUNCAN)  Mr. Yaish, could you tell us what that
```

1    Arabic writing says, please?

2    A.    "Holy Land Foundation, Dar al-Salam Hospital, free

3    medical day, children's ward."

4    Q.    Thank you.

5          Finally I wanted to talk to you about gifts that the Holy

6    Land Foundation provided to those in need.  Did the Holy Land

7    Foundation provide gifts at certain times of the year?

8    A.    Yes, ma'am.

9    Q.    And what times were those?

10   A.    Usually during the Eid, which is, as I explained before,

11   after Ramadan we will have Eid, and there is during the

12   sacrifice, which is Eid al adha.

13   Q.    And what sort of gifts would the Holy Land Foundation

14   provide?

15   A.    Well, usually the donor will donate extra money, I mean

16   for his sponsors during those two occasions.  It would be as

17   in cash or could be, you know, as non-cash items, you know.

18   For the children and sometimes for the families, you know, we

19   provide them with, you know, non-cash items to help them

20   during their daily living.

21   Q.    It sounds like you are describing two sort of ways to

22   provide gifts on Eid.  Is one of those through the Social

23   Services Department like the orphan sponsorship program?

24   A.    Yes, ma'am.

25   Q.    And then did the Holy Land Foundation also have programs

1  for distributing gifts beyond the orphan program?

2  A.    Yes, ma'am.

3  Q.    And can you just tell us what kind of gifts what sort of

4  things?

5  A.    Well, sometimes, I mean, the social workers, you know,

6  will get some feedback from the needy families what they

7  really need during those special occasions.  Some of them they

8  would ask like for a refrigerator, or some of them for a

9  cooktop, some of them for a mattress.  It depends.  And, you

10  know, a list of those items will be sent, of course, to Holy

11  Land Foundation Richardson office where we, you know, will try

12  to match, you know, those needy families' needs during the Eid

13  time.

14  Q.    Could you turn to tab I in your notebook, please?  I

15  think you should see Defense Exhibits No. 313, 315, 316, 332,

16  333, 335, 336, 337, 338, 356, 357, 360 and 361.  Now, if you

17  could go through those a little more slowly than I did and see

18  if you identify the Holy Land logo or any of the people shown

19  in these photographs.

20  A.    Yes, ma'am.

21  Q.    And we will start with No. 313.  Do you see anyone you

22  recognize in this photograph?

23  A.    Yes, ma'am.

24  Q.    And No. 315?

25  A.    Yes, ma'am.

1   Q.   No. 316?

2   A.   Yes, ma'am.

3   Q.   And in addition to recognizing the person, do you see the

4   Holy Land logo anywhere in this picture?

5   A.   The first three pictures I didn't see the logo.

6   Q.   I am sorry?

7   A.   The first three pictures I didn't see the logo.

8        MS. DUNCAN:  Can I approach, Your Honor?

9        THE COURT:  Yes.

10       THE WITNESS:  There it is.  I am sorry.  Yes, ma'am.

11  Q.   (BY MS. DUNCAN)  So that is Defense Exhibit No. 316?

12  A.   Yes, ma'am.

13  Q.   Okay.  And then No. 332?

14  A.   Yes, ma'am.

15  Q.   No. 333?

16  A.   Yes, ma'am.

17  Q.   And No. 335, do you recognize anyone in No. 335?

18  A.   No, ma'am.

19  Q.   Do you recognize the logo?

20  A.   Yes, ma'am.

21  Q.   And does that appear to be taken in the same place as the

22  other photographs?

23  A.   Possible.

24  Q.   Defense Exhibit No. 336.

25  A.   I can see the same guy on No. 335, his picture is also in

1    No. 336.

2    Q.    Okay.  And do you recognize anyone in No. 337?

3    A.    No, ma'am.

4    Q.    How about in No. 338?

5    A.    Just the backside, you know.

6    Q.    So do you recognize him?

7    A.    I just recognize, I mean, the jacket, but not the --

8    Q.    Okay.  And I think No. 356, if I can identify which is

9    the logo and which is the person?

10            MR. JONAS:  For you to identify?

11            MS. DUNCAN:  It make it go quicker.

12            MR. JONAS:  Whichever is quicker.

13            MS. DUNCAN:  In No. 356, Your Honor, there is a logo

14   but not a person.

15            THE COURT:  Anything that indicates the place or

16   location?

17            MS. DUNCAN:  All these pictures are in the same

18   area, as you an tell when you put them together.  I can show

19   them to you if you would like.

20            THE COURT:  Why don't you.  And Mr. Jonas, come up

21   and let's take a look at them.

22            (The following was had outside the presence and

23            hearing of the jury.)

24            MS. DUNCAN:  My copies are in black and white.

25            THE COURT:  That is all right.

1      MS. DUNCAN:  Okay.  So he can recognize this man

2  right here in Gaza.  He does not recognize the other people.

3      THE COURT:  Does it also indicate place?  He is the

4  HLF employee in Gaza?

5      MS. DUNCAN:  He is the HLF person in Gaza.

6      MR. JONAS:  Is there a date?

7      MS. DUNCAN:  I haven't gone through them all, but I

8  haven't seen a date.  And if you flip through them, you see

9  him and you will see the people with him -- That is him, and I

10  think he can identify that these are the sorts of gifts that

11  Holy Land gave.

12      MR. JONAS:  What is this?

13      MS. DUNCAN:  That is a washing machine.

14      MR. JONAS:  Is this the same individual?

15      MS. DUNCAN:  He doesn't appear in all of the

16  photographs.

17      MR. JONAS:  How does he know --

18      MS. DUNCAN:  He knows this person is from the Gaza

19  office, the Holy Land employee from Gaza.

20      THE COURT:  And that is him there?

21      MS. DUNCAN:  That is him.

22      THE COURT:  This appears to be from the back, yeah.

23  And that is him?

24      MS. DUNCAN:  That is him, but he doesn't know the

25  other two.

1          THE COURT:  But that is Holy Land?

2          MS. DUNCAN:  Yes, and that is Holy Land.

3          MR. JONAS:  Do you know what they are off-loading,

4    what that is?

5          MS. DUNCAN:  That is a stove.  You know, I might

6    want to come back to this because I actually have better

7    pictures that show what these are and I didn't put them in.

8          MR. JONAS:  If we can go back to the last one, he

9    says he does not recognize these individuals?

10         MS. DUNCAN:  He does not recognize these two.  There

11   is one he does recognize.

12         THE COURT:  You are saying you do want to pick some

13   other pictures?

14         MS. DUNCAN:  Based on Mr. Jonas' questions, I have

15   pictures of these men with the stoves and the logos.  I tried

16   to cull them out, but I can come back to them.  So if we take

17   a like 15 minutes?

18         THE COURT:  Yes, in about 15 minutes.

19         MS. DUNCAN:  I know you are going to object, but I

20   can get him to identify for the Court where they came from.

21         MR. JONAS:  I think we can shortcut a lot of this.

22         THE COURT:  I am looking, and sometimes the date is

23   important and sometimes it isn't.  And so I don't know that

24   here it is.  It appears to be a place like Gaza.  He is a Gaza

25   employee.  This tells me it is likely Gaza.  And then the HLF,

1    I think as long as he can recognize somebody.

2         MS. DUNCAN:  I don't think he recognizes that guy.

3    And there is the Holy Land employee.

4         THE COURT:  And then, of course, he recognizes these

5    are the kinds of things that they have given, so I think there

6    is enough.  Of course, they are all different, but what I am

7    looking for is something to -- some idea, without being

8    certain, but that is likely what it is.

9         MS. DUNCAN:  I think I am done after this.  I think

10   I only have one other photograph.

11        MR. JONAS:  Done in terms of pictures or

12   questioning?

13        MS. DUNCAN:  Just pictures.  But why don't I grab

14   the last picture and get it all done now.

15        THE COURT:  Go ahead.

16        MR. JONAS:  So these will be in and those won't?

17        THE COURT:  Yes.  I think that is right.  The only

18   other one I was going to do is this one.  He is familiar with

19   this type of picture.

20        MR. JONAS:  Are those power lines going up?

21        THE COURT:  It looks like a transformer project or

22   something.  But it has Lebanon, of course Holy Land Foundation

23   so I think that is -- I guess he will know -- If they did that

24   kind of project, I think that will probably work for you.

25        Okay.  Anything else?  All right.  So these are in and

1    these are out.  At some point just state those for the record.

2              (The following was had in the presence and hearing

3              of the jury.)

4              MS. DUNCAN:  If we can start with Defense Exhibit

5    No. 313.

6    Q.   (BY MS. DUNCAN)  Mr. Yaish, do you recognize these?

7    A.   Yes, ma'am.

8    Q.   Are these the kind of items you were talking about as Eid

9    gifts?

10   A.   Yes, ma'am.

11   Q.   While we have this up here, we have also talked a little

12   bit about demolished homes in this case.  Do you know, did

13   Holy Land Foundation provide any kind of aid to families whose

14   homes were demolished?

15   A.   Yes, ma'am.

16   Q.   And was the aid that they provided similar to this in

17   terms of household goods?

18   A.   Yes, ma'am.

19             MS. DUNCAN:  If we could turn to No. 315.  You can

20   actually go to No. 316.

21   Q.   (BY MS. DUNCAN)  And this person who is pictured here on

22   the right in the gray jacket, do you recognize him?

23   A.   Yes, ma'am.

24   Q.   And who is he?

25   A.   This is Mr. Anees, employee of Holy Land Foundation Gaza

1   office.

2            MS. DUNCAN:  If we can go to No. 333.

3            THE WITNESS:  Same person.

4            MS. DUNCAN:  And No. 336.

5            THE WITNESS:  Same; Mr. Anees.

6            MS. DUNCAN:  And No. 357.

7            THE WITNESS:  Same; Mr. Anees in the back.

8   Q.   (BY MS. DUNCAN)  And I think you said that he worked for

9   Holy Land Foundation in the Gaza office?

10  A.   Yes, ma'am.

11           MS. DUNCAN:  No. 360.

12           THE WITNESS:  Same; Mr. Anees.

13           MS. DUNCAN:  And No. 361.

14  Q.   (BY MS. DUNCAN)  Do you recognize this as Gaza?

15  A.   Can you repeat your question?

16  Q.   Sorry.  Do you recognize this photograph as Gaza?

17  A.   Well, I recognize Mr. Anees and he is in Gaza.

18  Q.   Thank you.

19       Now, those photographs showed sort of household items.

20  Did the Holy Land Foundation also give Eid gifts, for example,

21  to children?

22  A.   Yes, ma'am.

23  Q.   And what kind of gifts would they give to them?

24  A.   Sometimes new clothes or shoes or cash.

25  Q.   Finally I would like to talk a little bit about the

1　community development projects that Holy Land funded.  And by

2　that I don't mean the economic development projects you talked

3　about earlier in terms of sewing, but rather the projects that

4　the Holy Land Foundation did to help a whole community.  Could

5　you tell us a little bit about those programs?

6　A.   Well, I mean, we did some projects like digging wells to

7　provide pure water and clean water especially for the refugees

8　camps, you know.

9　　　Some other projects, I mean as I told you, small projects

10　would be, you know, like animals, farm animals would be given

11　so they can raise it and, you know, and live off of those

12　animals, whether it is the milk or the eggs, you know,

13　producing those type of projects, or just a small grocery

14　store that you can make a living out of it.

15　Q.   Could you turn to tab J in your notebook, please?  Do you

16　recognize this photograph?

17　A.   Yes, ma'am.

18　Q.   Do you recognize it as a program or a project that the

19　Holy Land Foundation sponsored?

20　A.   It is a project that we sponsored in Lebanon to

21　replace --

22　Q.   Wait.  Before you tell us about it, we need to go through

23　the predicate and get it in.

24　A.   Sure.

25　Q.   And is this sort of an example of the community

1    development projects that Holy Land funded?

2    A.    Yes, ma'am.

3    Q.    And would this type of photograph be taken at the

4    direction of the Holy Land Foundation?

5    A.    Yes, ma'am.

6    Q.    And would that be part of its regularly conducted

7    business?

8    A.    Yes, ma'am.

9    Q.    Would it be kept in the Holy Land Foundation's files as

10   part of the report on the project and, therefore, part of the

11   records of its regularly conducted business?

12   A.    Yes, ma'am.

13          MS. DUNCAN:  Your Honor, we move the admission of

14   1192.

15          MR. JONAS:  Same issues as before.

16          THE COURT:  Okay.  And that is admitted, Defense

17   Exhibit No. 1192.

18          MS. DUNCAN:  If we could publish No. 1192.

19   Q.    (BY MS. DUNCAN)  Could you tell us what this shows,

20   Mr. Yaish?

21   A.    Can you speak louder a little bit?

22   Q.    Can you tell us what is shown in this photograph?

23   A.    This is a project replacing I think electric power, you

24   know, in Lebanon.

25   Q.    So it is constructing some -- it looks like an electric

1    transformer project?

2    A.    Yes, ma'am.

3    Q.    To bring electricity to the camp.  Thank you.

4           MS. DUNCAN:  Your Honor, my next section may go a

5    lot more quickly if we could take a break now and confer with

6    counsel for the Government.

7           THE COURT:  Let's go ahead and take a 20-minute

8    break.

9           (Whereupon, the jury left the courtroom.)

10          THE COURT:  We will be in recess for 20 minutes.

11                      (Brief Recess.)

12          THE COURT:  Ms. Duncan?

13          MS. DUNCAN:  Thank you.

14   Q.   (BY MS. DUNCAN)  Mr. Yaish, when we were talking about

15   the Dar al-Salam Hospital in Gaza, do you know what Dar

16   al-Salam means?

17   A.    The city of peace.

18   Q.    We have talked about the Holy Land Foundation annual

19   reports and we went through the 1997 report.  The 2000 report,

20   which is Defendants' Exhibit No. 667, is that similar to the

21   1997 report?

22   A.    The 2000 report?

23   Q.    The two annual reports, if you look at tab C in your

24   notebook.

25   A.    Do you mean the 2000 annual report with the 1997 annual

1    report?

2    Q.    Yes.

3    A.    Yes.

4    Q.    The jury will have these.  I am not going to go through

5    them.  I just want to identify the sections.  But with the

6    1997 report, we had the mission statement of the Holy Land

7    Foundation.  Do we have this in this 2000 report?

8    A.    Yes.

9    Q.    Does it talk about some of the accomplishments of the

10   Foundation in this document?

11   A.    Yes, ma'am.

12   Q.    And does it also include the financial statement that you

13   talked about earlier?

14   A.    Yes, ma'am.

15   Q.    Okay.  Now, in addition to the annual report, did the

16   Holy Land Foundation publish any publications that would

17   describe its work?

18   A.    Yes, ma'am.

19   Q.    And what were those?

20   A.    Monthly newsletters.

21   Q.    Do you know what the newsletter was called?

22   A.    Monthly newsletter.

23   Q.    Okay.  And what was the title of the newsletter?

24   A.    "S.H.A.R.E."

25   Q.    And what kind of information was provided in that?

A.   You know, the accomplishments of the Holy Land Foundation

during the month, that is the newsletter being published.

Q.   And who wrote those?

A.   Usually, you know, each department will write about their

accomplishments, and those would be given to Natalie Suleiman

who would collect all of the information and put it into the

newsletter shape, and it would be forwarded to Mr. Shukri for

editing.

Q.   Could you please turn to tab D in your notebook?  And you

should have Defendants' Exhibit No. 83, 84, and 862.

A.   Yes, ma'am.

Q.   Starting with Defendants' Exhibit No. 83, can you tell us

the date?

A.   August 1999.

Q.   And the same information for Defendants' Exhibit No. 84?

A.   July 2001.

Q.   And finally for Defendants' Exhibit No. 862.

A.   May 2000.

Q.   You have said that the information provided in these

reports was provided by the different program people and then

compiled by Natalie Suleiman.  Is that right?

A.   Right.

Q.   So was the information given by someone with personal

knowledge --

A.   Yes.

1   Q.    -- of the events?

2       And was it a part of Holy Land's regular business

3   practice to publish these newsletters?

4   A.    Yes.

5   Q.    And were the newsletters kept in the course of regular

6   Holy Land business?

7   A.    Yes.

8           MS. DUNCAN:  Your Honor, we move the admission of

9   Defendants' Exhibit No. 83, 84, and No. 862.

10          THE COURT:  Okay.  Objection?

11          MR. JONAS:  Yes.

12          THE COURT:  Approach the bench and bring these with

13  you, if you would.

14          (The following was had outside the hearing of the

15          jury.)

16          THE COURT:  Let me take a look at those.  You object

17  to all of it?

18          MR. JONAS:  Yes, sir.  We think the whole thing is

19  hearsay.  It is really -- This is a statement of the Holy Land

20  Foundation, their business is allegedly -- charity is of

21  course the subject of this case, but they are not publishing

22  newsletters.  So we think it is hearsay.  There is hearsay

23  contained within hearsay within this.  We also think it is not

24  relevant, and it is unduly prejudicial because some of the

25  information contained in there.

1          MS. DUNCAN:  Part of the business of a charity is

2     fundraising and providing accurate information to the people

3     who donate to them.  There has also been a lot of evidence in

4     this case, for example, about IAP publications from 1990 in an

5     effort to say this was really the message that Holy Land was

6     spreading to the whole world, and these are actually the Holy

7     Land Foundation newsletters and so this is a far more accurate

8     expression.

9         Also I think that there were questions to Mr. Shorbagi

10    about the Holy Land newsletters, so we are offering those in

11    response to that as well.  And we are offering it as a

12    business record.  I think there was one portion that I thought

13    you might have a specific objection to.  I haven't seen it

14    flipped by, from 2001.

15          THE COURT:  Do you know the number?

16          MR. JONAS:  That is part of the hearsay within the

17    hearsay, those quotes.

18          MS. DUNCAN:  We are mostly concerned with the

19    reporting of the Holy Land Foundation activities, and

20    obviously this is of a different character.

21          THE COURT:  I don't think this would come in with

22    this kind of report.  I think when you are reporting the

23    activities, that would be fine.

24          MS. DUNCAN:  I think we could almost pull those

25    pages out.

1        THE COURT:  Anything else in particular, Mr. Jonas.

2        MR. JONAS:  No, other than Ms. Duncan pointed out

3  those two pages.  I think everything else is --

4        THE COURT:  It just appears --

5        MR. JONAS:  Yes.  There is a letter from somebody.

6        THE COURT:  I think anything where they are

7  describing, you know, activities -- The Israelis, getting into

8  that, that wouldn't be appropriate.  That wouldn't come in.

9  But as far as reporting the activities, I think that is okay.

10       So 83, 84, and 862 are admitted in part under those

11  conditions.

12            (The following was had in the presence and hearing

13            of the jury.)

14       MS. DUNCAN:  May I have control of the elmo?

15  Q.   (BY MS. DUNCAN)  This is Defendants' Exhibit No. 83.  I

16  won't go through all of these, but I just kind of wanted to

17  show -- Is this the newsletter you were talking about?

18  A.   Yes, ma'am.

19  Q.   And this one is from August of 1999?

20  A.   Yes, ma'am.

21  Q.   Can you tell us, do you recognize the man who is on the

22  left hand side of the screen in the picture with the child?

23  A.   That is Haitham Maghawri during his trip to Kosovo.

24  Q.   And so these newsletters, they would report on the

25  activities of the Holy Land Foundation?

A.    Yes, ma'am.

Q.    I think with this one we had talked earlier about the Eid

gifts.  Does this appear to be photographs of a summer

program?

A.    Yes, ma'am.

Q.    Here on page 3, "Wanted, dedicated sponsors."  What is

that column?  What is the purpose of that column?

A.    This is a way of you know trying to find sponsors for

those orphans through the monthly newsletters.

Q.    Here you show some work in Kosovo.  I don't know if you

can see this photograph at the bottom.  Do you recognize the

person who is pictured here?

A.    Yes, ma'am.

Q.    Who is that?

A.    This is Mr. Abdulrahman Odeh.

Q.    And I will read this part.  "Two general practice mobile

clinics were purchased in Germany.  Two doctors and a nurse

made rounds in a clinic.  The Islamic world committee agreed

to oversee maintenance and administration at Duress camp,

while the Smaritan Purse oversaw the clinic in Hamallaj 2."

      The update has, "Refugees returned home.  One clinic is

now in" -- I am not going to pronounce it.  Please forgive me.

"...Kosovo (near capital), and the other is Gjakova, Kosovo

(near Albanian border).

      I think you testified earlier about Mr. Odeh's trip to

1   Kosovo.

2   A.   Yes, ma'am.

3   Q.   Here this is page -- I don't see a page number.

4        THE COURT:   With your back to the jury and you are

5   speaking softly, I think they can't hear you.

6        MS. DUNCAN:   I apologize.

7   Q.   (BY MS. DUNCAN)   Here we show a food package

8   distribution.   Is that a system to what we have been talking

9   about earlier?

10  A.   Yes, ma'am.

11  Q.   And again here where it shows here a picture of a bakery,

12  I think you were talking about that earlier, in Kosovo as

13  well.

14  A.   Yes, ma'am.

15  Q.   And I think -- Here do you see this banner in the center?

16  A.   Yes, ma'am.

17  Q.   Is that similar to the banners you were talking about

18  earlier identifying the source of the funds for projects as

19  coming from the United States?

20  A.   Yes, ma'am.

21  Q.   And finally this is the last page, page 9.   You have

22  clean-up efforts in Oklahoma.   Is that the project you were

23  talking about with the tornado clean-up efforts?

24  A.   Yes, ma'am.

25  Q.   Thank you.

1       I will just go quickly through one more.  This is Defense

2  Exhibit 84.  And do you see here this photograph of what

3  appears to be a young man on an exercise bike?

4  A.    He is a blind man.

5  Q.    Are you familiar or did Holy Land have pictures -- excuse

6  me.  Programs for providing exercise equipment for people in

7  Palestine or in the refugee camps, to your knowledge?

8  A.    No, ma'am.

9  Q.    Here on page 3 we have an article showing the Holy Land

10  Foundation distributing ten ambulances throughout Palestine.

11  Do you recall this program of --

12  A.    Yes, ma'am.

13  Q.    And then finally Defense Exhibit No. 862, turning to page

14  3 of the exhibit, I know it is hard to read, it says, "In the

15  wake of the storm, HLF donates $10,000 to Fort Worth."

16       Are you familiar with what this article is talking about?

17  A.    Yes, ma'am.

18  Q.    Would you tell us about that?

19  A.    Well, this is the tornado that hit downtown Fort Worth.

20  I am not sure of the year.  2000 or earlier.  We donated

21  $10,000 to the City of Fort Worth.

22  Q.    I think this newsletter is dated May 2000.

23       I would like to show you page 5, just a brief paragraph

24  here, and I will read it, given that it is just really hard to

25  see.

1    It says, "We encourage our donors to remain in contact

2    with their orphans and needy families as a means of learning

3    more about how they are while at the same time creating a

4    sense of belonging to the beneficiaries.  Indeed the orphans

5    and needy families who remain in communication with their

6    sponsors feel they are not alone, but instead are part of an

7    extended family abroad."

8    In your experience while you were working with the Holy

9    Land Foundation, did it encourage its donors to correspond

10   with or even visit their orphans?

11   A.   Well, correspondence yes; but visit, I don't know.

12   Q.   And again I won't go through the whole thing.  The jury

13   will have these.  Finally I would like to show you some

14   photographs and documents that have been referred to

15   previously in this trial or will be coming up.

16   If you could turn to tab K in your notebook, do you see

17   Defense Exhibit No. 426?

18   A.   Yes, ma'am.

19   Q.   Do you recognize the person who is shown on the left hand

20   side of the photograph?

21   A.   Yes, ma'am.

22   Q.   Do you recognize -- Who is that?

23   A.   This is Abu Muharam.

24   Q.   And do you recognize the person on the right?

25   A.   No, ma'am.

1    Q.    With respect to Mr. Abu Muharam, is that a fair and

2    accurate picture of him?

3    A.    Yes, ma'am.

4    Q.    And now if you look behind that photograph, you will see

5    a series of documents starting with -- They are HLF Search

6    No. 137, HLF Search No. 170, Defense Exhibit 1065, Defense

7    Exhibit No. 1070, 1395, 1397, 1400, and 1401.

8         In your capacity as Holy Land's accountant, are you

9    familiar with Holy Land's filing and recordkeeping, generally.

10   A.    Yes, ma'am.

11   Q.    Have you seen these documents before?

12   A.    I have seen similar.

13   Q.    And are these documents that were created in the course

14   of the regularly conducted business of the Holy Land

15   Foundation or its grantees?

16   A.    Yes, ma'am.

17   Q.    Were they kept in the Holy Land files as part of the

18   regularly conducted business of the Holy Land Foundation?

19   A.    Yes, ma'am.

20   Q.    And to the best of your knowledge, were the records

21   created by a person with knowledge or from information

22   provided by a person with knowledge at or around the time of

23   the events that are discussed in those documents?

24   A.    Yes, ma'am.

25            MS. DUNCAN:  Your Honor, I would move the admission

1    of HLF Search No. 137, 170, Defense Exhibit 1065, 1070, 1395,

2    1397, 1400, and 1401.

3              THE COURT:  And you identified a picture as No. 426?

4              MS. DUNCAN:  Yes.

5              MR. JONAS:  Are you moving No. 426 as well?

6              MS. DUNCAN:  I don't think so.  No, I am just asking

7    him to identify Mr. Abu Muharam.

8              THE COURT:  You are not moving No. 426 now?

9              MS. DUNCAN:  Not now.

10             MR. JONAS:  With regard to the other exhibits, these

11   have been previously discussed and we have no objection.

12             THE COURT:  Those are admitted.

13             MS. DUNCAN:  And finally, Mr. Yaish, during the

14   years that you worked for the Holy Land Foundation, do you

15   know how many people the Foundation helped.

16   A.    Thousands.

17   Q.    Thank you.

18             MS. DUNCAN:  I have no further questions.

19             THE COURT:  Ms. Cadeddu?

20             MS. CADEDDU:  Thank you, Your Honor.

21                        DIRECT EXAMINATION

22   By Ms. Cadeddu:

23   Q.    Good afternoon, Mr. Yaish.

24   A.    Good afternoon.

25   Q.    Mr. Yaish, can you tell us, at the time that you were

```
 1   working with the Holy Land Foundation, was your work at the
 2   Holy Land Foundation your only source of income?
 3   A.    No, ma'am.
 4   Q.    Did you have some side work?
 5   A.    Yes, ma'am.
 6   Q.    And what was that, sir?
 7   A.    I was doing taxes and some accounting on the side for
 8   some clients.
 9   Q.    And what kind of work did that involve?
10   A.    Tax preparation and monthly financial statements for some
11   small businesses.
12   Q.    And how did you get the clients in your side business of
13   being a CPA?
14   A.    Well, I had some of them before I joined the Holy Land
15   Foundation, and I gained some during my work with the Holy
16   Land Foundation.
17   Q.    And was Mufid Abdulqader one of those you gained while
18   you were at the Holy Land Foundation?
19   A.    Yes, ma'am.
20   Q.    How long have you known Mr. Abdulqader?
21   A.    Well --
22   Q.    Approximately.
23   A.    Approximately, after 1997.
24   Q.    And when did you begin doing the tax returns for
25   Mr. Abdulqader and his wife Diane?
```

```
1    A.   1999 and forward.

2    Q.   And are you still his tax preparer?

3    A.   Yes, ma'am.

4    Q.   When you -- At the time that you began doing his tax

5    returns, and the whole time that he was a Holy Land volunteer,

6    what did Mr. Abdulqader do for a living?

7    A.   He was an engineer.

8    Q.   Where did he work, sir?

9    A.   City of Dallas.

10   Q.   Now, to your knowledge, Mr. Abdulqader is a citizen?

11   A.   Yes, ma'am.

12   Q.   And his wife also?

13   A.   Of course.

14   Q.   As Mr. Abdulqader's tax preparer, and I guess also as the

15   Holy Land Foundation accountant, are you aware of whether

16   Mr. Abdulqader had a side business or another source of

17   income?

18   A.   Yes, ma'am.

19   Q.   And what was that, sir?

20   A.   He was a member of a band performing some dancing and

21   singing called Al-Nujoom Entertainment.

22   Q.   And what document have you seen as his tax preparer that

23   would tell you -- at the time you first began preparing his

24   taxes that would tell you about his work with Al-Nujoom band?

25   A.   He received a 1099 form for the money received, you know,
```

performing some, I would say, songs and dancing.
Q. And what exactly -- Can you describe what a 1099 is, the function of it?
A. Usually a 1099 would be given to a contractor who would be contracted to do certain jobs, you know, for somebody if it is $600 or up.
Q. Sorry, sir. I didn't mean to interrupt you. Are you done?
A. No problem.
Q. Do you know whether the Al-Nujoom band had different managers over time?
A. Yes, ma'am.
Q. And did there actually come a point where Mr. Abdulqader became the band manager rather than just a performer in the band?
A. Yes, ma'am.
Q. And when was that?
A. Year 2000.
Q. And how do you know that?
A. Well, because he issued 1099s to other members, and he prepared the Schedule C, you know, in his individual tax return.
Q. So what exactly is a Schedule C as distinct from the 1099?
A. Well, Schedule C, it is an IRS form, part of the

1    individual income tax return would be prepared, you know, for

2    the in the income and expenses that is incurred for sole

3    proprietorship, and when the time he issues a 1099 to somebody

4    I would know that is -- you know, he is the sole

5    proprietorship, you know.

6    Q.    Okay.  And so before 2000 or in 2000 he started issuing

7    1099s to other band members.  Before that he was one of the

8    band members receiving them?

9    A.    Yes, ma'am.

10   Q.    Now, based upon your review of the tax records, what

11   sorts of activities did the Al-Nujoom band engage in?

12   A.    Well, it engaged in actually wedding parties, you know,

13   it engaged in special events, fundraising events.  I would say

14   mostly special events and wedding parties.

15   Q.    And what was another component to the income?  And you

16   know this because you helped prepare Mr. Abdulqader's tax

17   returns.  Right?

18   A.    Yes.

19   Q.    What was another -- Was there another component to the

20   income that the Al-Nujoom band earned?

21   A.    They used to sell CDs for some songs.

22   Q.    Did the Al-Nujoom band only perform at Holy Land

23   Foundation functions?

24   A.    No, ma'am.

25   Q.    So were there other people who would hire the Holy Land

1   Foundation?

2   A.   Yes, ma'am.

3   Q.   Now, you mentioned weddings.  From your review of the tax

4   records, how many weddings do you recall on average the

5   Al-Nujoom band played at during the course of a year?

6   A.   Sometimes I would see six weddings a year.

7   Q.   And did you ever personally see Mr. Abdulqader perform

8   with the Al-Nujoom band?

9   A.   Yes, ma'am.

10  Q.   How many occasions?

11  A.   Two occasions.

12  Q.   And what were those occasions?

13  A.   One of them at a wedding party and the other one during

14  the fundraising of Holy Land Foundation.

15  Q.   And based upon your review of the tax forms, again what

16  was the range of income that the band would earn over the

17  period of years or actually rather -- Let me strike that.  Let

18  me start over.  What was the range of income that

19  Mr. Abdulqader would earn from his participation with the band

20  during the course of a year?

21  A.   Well, sometimes he would be making losses up to $6,000

22  and sometimes he would be making profit up to $6,000.

23  Q.   And so was the band ever a primary source of income for

24  Mr. Abdulqader?

25  A.   No, ma'am.

1    Q.    Okay.  What was?

2    A.    He was a civil engineer with the City of Dallas.

3    Q.    And would you guess, from your review of the tax records

4    was the band a primary source of income for any of the

5    members?

6    A.    No, ma'am.

7    Q.    So how would you characterize the band?

8    A.    Hobby.

9    Q.    You testified a moment ago that Mr. Abdulqader began

10   managing the band in 2000.  Are you aware -- Do you know the

11   names of anyone else over the years who also managed the band?

12   A.    Yes, ma'am.

13   Q.    And who would be some of those people?

14   A.    Munzer Taleb was one of them and Kifah Mustapha is the

15   other one.

16   Q.    Okay.  And Kifah Mustapha, who is he, sir?

17   A.    Sorry?

18   Q.    Who is Kifah Mustapha?

19   A.    Kifah Mustapha is a Holy Land Foundation office manager

20   in Chicago.

21   Q.    Okay.  Mr. Yaish, I am going to show you what is already

22   in evidence as Government's exhibit HLF Search No. 15.  Can

23   you see that, sir?

24   A.    Yes, ma'am.

25   Q.    Okay.  And this is an invoice dated September 1st, 1998.

1    Do you recognize the address that appears below or right over

2    where I am indicating under the name of the band Al-Nujoom?

3    A.    Yes, ma'am.

4    Q.    And whose address is that?

5    A.    This is Munzer Taleb's address.

6    Q.    And Munzer Taleb is one of the band members?

7    A.    Is also a member of the band, and sometimes they rotate

8    the management of that band.

9    Q.    And how do you know that this is -- How do you know that

10   this is Munzer Taleb's address?

11   A.    Because I do his income tax also, and usually he writes

12   that address on his mailing -- as a mail address on the income

13   tax.

14   Q.    So this right here, is this Mr. Taleb's P.O. Box?

15   A.    Yes, ma'am.

16   Q.    I would like to turn for a moment to a little different

17   subject.  I would like to talk about your work with the Holy

18   Land Foundation and your interactions with Mr. Abdulqader at

19   the Holy Land Foundation or in the context of the Holy Land

20   Foundation.

21       What was Mr. Abdulqader's role with the Holy Land

22   Foundation?

23   A.    He was a volunteer fundraiser.

24   Q.    And this is probably obvious from the term, but did he

25   get paid a salary to do the fundraising work?

1    A.    No, ma'am.

2    Q.    What kind of volunteer work did he do?

3    A.    He used to travel and make speeches and collect funds on

4    behalf of the Holy Land Foundation.

5    Q.    Did he do other sorts of volunteer work for the Holy Land

6    Foundation as well on occasion?

7    A.    Sometimes.  I mean, if he is in the Holy Land during the

8    telethon he will be just picking up phones and receiving

9    donations from donors.

10   Q.    And did you ever actually go on a volunteer trip with

11   Mufid Abdulqader to assist some people?

12   A.    Yes, ma'am.

13   Q.    And when was that, sir?

14   A.    That was when we went to Oklahoma City after the tornado

15   to help clean up the city.

16   Q.    And is that -- We have heard about that trip.  Is that

17   the one that you have testified to already?

18   A.    Yes, ma'am.

19   Q.    I would like to show you what is already in evidence as

20   Defense Exhibit D-83, and this is one of the newsletters that

21   Ms. Duncan went over with you.  I would like you to take a

22   look at this.

23        Is this an article about that trip that appeared in the

24   Holy Land Foundation newsletter?

25   A.    Yes, ma'am.

```
1    Q.   Do you recognize the gentleman who is all the way on the

2    right of this picture?

3    A.   That is Mr. Mufid Abdulqader.

4    Q.   Thank you, sir.

5              MS. CADEDDU:  May I approach the witness, Your

6    Honor?

7              THE COURT:  Yes.

8              MS. CADEDDU:  I only have one copy of these

9    exhibits.

10   Q.   (BY MS. CADEDDU)  Mr. Yaish, could you take a look for me

11   at Defendants' Exhibit No. 1197, and D-140, please?

12        Now, with regard to Defendants' Exhibit No. 1197, do you

13   recognize that exhibit, sir?

14   A.   Yes, ma'am.

15   Q.   And does this involve the trip, the fundraising -- or

16   rather not fundraising, the volunteer trip to Oklahoma that

17   you were discussing earlier?

18   A.   Yes, ma'am.

19   Q.   And were you actually present when these photographs were

20   taken?

21   A.   I was present but I was not in the picture.

22   Q.   Okay.  But you were there?

23   A.   Yes, ma'am.

24   Q.   Okay.  And then with regard to D-140, do you recognize

25   this document, sir?
```

1   A.   Yes, ma'am.

2   Q.   And does this -- Is this a document that was received as

3   a result of this trip that you took to Oklahoma?

4   A.   Yes, ma'am.

5   Q.   And is this document a receipt that would have been kept

6   in the regular course of business of the Holy Land Foundation?

7   A.   Yes, ma'am.

8   Q.   And would it have been provided to the Holy Land

9   Foundation by someone who had knowledge of the acts that are

10  talked about therein?

11  A.   Yes, ma'am.

12          MS. CADEDDU:  Your Honor, I would move admission of

13  Defense Exhibit No. 1197 and Defense Exhibit No. 140.

14          THE COURT:  Counsel?

15          MR. JONAS:  No objection.

16          THE COURT:  Admitted.

17          MS. CADEDDU:  May I publish these, Your Honor?

18          THE COURT:  Yes.

19  Q.   (BY MS. CADEDDU)  Mr. Yaish, can you describe what you

20  see here in Defendants' Exhibit No. 1197, please, sir?

21  A.   This is a truck being loaded with supplies as a donation

22  from the Holy Land Foundation to the people of Oklahoma City.

23  Q.   And again, this was related to the tornados that occurred

24  there?

25  A.   Yes, ma'am.

1   Q.   And what sorts of supplies were purchased and loaded here

2   and were taken by you and others?

3   A.   If I remember, some blankets, pillows, food supplies,

4   baby formula, baby diapers, you know, just regular necessary

5   items to help them through their daily living.

6   Q.   And do you remember who went on this trip?  I am going to

7   -- Actually there are two photographs of this.  Are these

8   essentially depicting the same types of activities--loading of

9   the supplies?

10  A.   Yes, ma'am.

11  Q.   Thank you, sir.

12      Can you tell me who went on that trip with you, whom you

13  recall?

14  A.   Well, I recall some--myself, Mr. Mufid Abdulqader, Mr.

15  Ibrahim al-Samnah, Mr. Riyad Ghoshe, and Mr. Riyad al-Alhi.

16  Those are the five I can remember.

17  Q.   And as we said before, this Defense Exhibit No. 83

18  actually has a photograph, it appears that about eight people

19  at least are depicted there in connection with this visit.  Is

20  that right?

21  A.   Yes, ma'am.

22  Q.   And Mr. Yaish, the exhibit I am putting up now on the

23  screen is -- What is that, sir?

24  A.   This is acknowledgment of receipt of the non-cash

25  donations which is, I mean, the loading of the truck that we

1    delivered to Oklahoma.

2    Q.    And which organization did Holy Land coordinate this

3    particular trip with?

4    A.    It seems like this is Associated Catholic Charities.

5    Q.    Thank you, sir.

6    A.    You are welcome.

7    Q.    Now, back once again to Mr. Abdulqader's volunteer

8    fundraising work, you said he didn't get paid a salary.  Did

9    he ever get paid a commission for fundraising work?

10   A.    No, ma'am.

11   Q.    To your knowledge, do you have personal knowledge of

12   whether Mr. Abdulqader did volunteer work for other

13   organizations in the area in addition to the Holy Land

14   Foundation?

15   A.    Yes, ma'am.

16   Q.    And which ones are those?

17   A.    I remember Islamic Society of Irving, Bright Horizon

18   School, and the Richardson Mosque.  Those are the three that I

19   remember, because I heard of him, you know, collecting funds

20   for them.

21   Q.    And in fact, but this is all still -- What is

22   Mr. Abdulqader's job at the time he is doing all this

23   volunteer fundraising for Holy Land Foundation and other

24   organizations?

25   A.    He was a civil engineer.

1   Q.   I would like to show you -- Well, actually hang on just

2   one second.   During -- What exactly does a volunteer

3   fundraiser do?   What is the process?

4   A.   Well, usually we -- During a peak period, which is

5   Ramadan and during the Eid, you know, we have a lot of

6   activities that we don't have enough fundraisers to handle, so

7   we seek, you know, from the volunteers who would know -- they

8   have the knowledge how to speak and how to, you know, collect

9   funds, you know, for the Foundation.

10  Q.   And what do they do?

11  A.   They go, they speak, they collect the funds, and they

12  bring it back to the Holy Land Foundation.

13  Q.   Okay.   And do they always collect all the funds right on

14  the spot?

15  A.   No, ma'am.

16  Q.   How do they sometimes come in, the funds?

17  A.   Well, sometimes, I mean, you know, the organization will

18  keep the funds and they will send it to the Holy Land

19  Foundation by check at a later time, and sometimes some donors

20  will, you know, give the fundraiser, you know, some cash and

21  he will bring it back with him and deliver it to the

22  Foundation to be deposited for that event.

23  Q.   And do people sometimes call later and pledge?

24  A.   Yes, ma'am.

25  Q.   Now, during the time that you were the head of the

1   accounting department at Holy Land, did the Holy Land

2   Foundation maintain lists of volunteer fundraisers?

3   A.   Yes, ma'am.

4   Q.   I am going to show you what is already in evidence as HLF

5   Search No. 16, page 2.  Can you read this, Mr. Yaish?  I don't

6   know if it is clearer for you than it is for me.

7   A.   Dr. Abdullah Idris.

8   Q.   You don't have the read the whole list.  Is this the type

9   of list we are talking about here?

10  A.   Yes, ma'am.

11  Q.   And do you know some of the people who appear on this

12  list?

13  A.   Yes, ma'am.

14  Q.   It says "local speakers."  Are those all people from

15  Dallas?

16  A.   Not necessarily.

17  Q.   Where would they have been from?

18  A.   Within the United States.

19  Q.   And that is what is meant by local?

20  A.   Yes, ma'am.

21  Q.   Going back to fundraising and your role as the

22  accountant, I would like to talk to you a little bit about

23  expense reimbursement for actually everyone who dealt with the

24  Holy Land Foundation--volunteer fundraisers, employees,

25  everyone.

```
 1        Did volunteer fundraisers get reimbursed for their
 2   expenses?
 3   A.   Yes, ma'am.
 4   Q.   And what sort of expenses would a volunteer fundraiser
 5   incur?
 6   A.   Well, sometimes they incur airline tickets, hotel
 7   accommodations, taxi fare, some meals at the airport while
 8   they are waiting, you know, and some petty cash expenses, you
 9   know.
10   Q.   And did the Holy Land Foundation -- How were -- How was
11   air fare paid for and taken care of?
12   A.   There is three different ways that we take care of the
13   air fare.  One of them is we book the tickets for the
14   fundraiser, you know, through the Foundation.  The other one,
15   the fundraiser would book it himself and get reimbursed when
16   he presented the receipts for that, or he could use his
17   frequent flying mileage and we would reimburse him for the
18   market value of the ticket to that city that he booked to.
19   Q.   And did volunteer fundraisers always provide receipts for
20   the expenses that were reimbursed?
21   A.   Yes, ma'am.
22   Q.   Why was that?
23   A.   Because this is part of the controls that I established
24   at the Holy Land Foundation.  You know, in order to be
25   reimbursed you have to provide receipts for your expenses.
```

1    Q.   Was that true just for volunteer fundraisers or for

2    everybody?

3    A.   For everybody.

4    Q.   And would that also be true for times when the Holy Land

5    Foundation would have hired the Al-Nujoom band to perform at a

6    function?

7    A.   Yes, ma'am.

8    Q.   So if the band had incurred expenses, would the band have

9    to provide receipts for those?

10   A.   Correct.

11   Q.   I would like to take a look now at another exhibit that

12   has already been admitted, and that is Government Exhibit

13   HLF Search No. 145.  Again it is a little hard to read, but

14   what is this, Mr. Yaish?

15   A.   This is a check stub that is, you know, to Mufid

16   Abdulqader, for his participation in the San Diego and Florida

17   events as reimbursements.

18   Q.   And just so we are clear, is this like if you have a

19   printed check, would this be the bottom half of the printed

20   check?

21   A.   Yes, ma'am.

22   Q.   Okay.  And can you read the HLDL bates number down here

23   at the bottom?  Can you read that?

24   A.   HLDL22 002452.

25   Q.   I would like you to keep that in mind as we look at the

1    next exhibit.  I am showing you also what is already in

2    evidence as Defense Exhibit No. 1351.  Does this appear to be

3    the same page that we just looked at, Mr. Yaish?

4    A.    Yes, ma'am.

5    Q.    And part of the way we can tell that would be this little

6    bates number right in the corner.  Right?

7    A.    Yes, ma'am.

8    Q.    Okay.  Now, as we go through this I have an extra copy

9    for you so you can take a look at it.

10           MS. CADEDDU:  May I approach, Your Honor?

11           THE COURT:  Yes.

12   Q.    (BY MS. CADEDDU)  Okay.  Mr. Yaish, if you could, just

13   page through, and can you count up how many pages there are to

14   this exhibit, please, sir?

15   A.    Seven.

16   Q.    And if you could, just take a quick look at the bates

17   numbers down in the bottom right hand corner of each of these

18   exhibits and confirm that they are all sequential or within a

19   few pages of each other.

20   A.    Yes, ma'am.

21   Q.    Now I would like you to take a look at page 2 of this

22   exhibit, which of course is, for the record, Defense Exhibit

23   No. 1351.  I am going to try to get the whole thing in.  Okay.

24   Now, what is that page, Mr. Yaish?

25   A.    Handwritten invoice.

1    Q.    And do you see here on this handwritten invoice there are

2    a couple of notations "Pay it to Light Star Travel," "Pay it

3    to Nujoom," did you understand that to mean you were supposed

4    to pay those entities or pay Al-Nujoom?

5    A.    Pay Al-Nujoom.

6    Q.    And can you -- What do the numbers down here in the

7    bottom 778, 392, 364, those are actually dollar amounts.  What

8    do those represent?

9    A.    Well, $778 represents costs of two tickets, one to Mr.

10   Mufid and one to Mr. Ali Ahmed.

11   Q.    Are they just plane -- Are those the plane ticket

12   numbers?

13   A.    The first three are plane tickets numbers.

14   Q.    And then the $1,000, what is that for?

15   A.    It is $250 for each performer.  That is the cost of each

16   performer.

17   Q.    Is that pretty standard for what the band members charged

18   for their fee for performing?

19   A.    Yes.

20   Q.    Now, I would like you to turn now to page 3 of the same

21   exhibit, please, Defense Exhibit No. 1351.  And is this an

22   airline ticket receipt, Mr. Yaish?

23   A.    Yes, ma'am.

24   Q.    And you said a moment ago that the band members were paid

25   $250 each.  Was it the Holy Land Foundation that would divvy

1    up the money among the band members, or would it be the band

2    manager?

3    A.    It is up to the band manager.

4    Q.    Next page of this exhibit, what do you see there, sir?

5    A.    This is also a handwritten invoice.

6    Q.    And is this one done -- does it appear to be for    Ft.

7    Lauderdale?

8    A.    Correct.

9    Q.    And we will take a look at the next -- Just keep in mind

10   we have the three participants there, $250 times three.  And

11   then below it says expenses.  Do you see that, sir?

12   A.    Yes, ma'am.

13   Q.    And so we are going to just page through, and let me know

14   if you see -- What you see on the following pages -- This is I

15   believe page 5 of the same exhibit, page 6 of the same

16   exhibit, and then page 7 of the same exhibit?

17   A.    Yes, ma'am.

18   Q.    And can you tell the jury what it is those last three

19   pages represent?

20   A.    Those are reimbursement of some expenses incurred by, you

21   know, the band or the Al-Nujoom band for hotel and car rental

22   and, you know, gas for the rental car.

23   Q.    So are those the receipts that go along with the

24   handwritten invoice?

25   A.    Yes, ma'am.

1    Q.    Now, back to the fundraising again, I think you said that

2    there was a particular time of year when the Holy Land relied

3    on volunteer fundraisers to supplement its staff.  What times

4    of year were those?

5    A.    Usually during the month of Ramadan or during the Eid.

6    Q.    And why was it that the Holy Land Foundation would ask

7    for people to help during those periods?

8    A.    Because those are the heaviest months that we receive

9    donations the same time, you know, we conduct events during

10   this month.

11   Q.    And at the same time that the Holy Land Foundation used

12   the volunteers a lot during these periods, did the Holy Land

13   Foundation occasionally give volunteers bonuses?

14   A.    Yes, ma'am.

15   Q.    And why were those given?

16   A.    As a thank-you for their efforts, you know, during their

17   volunteer work.

18   Q.    And was that something that was mandatory or something

19   that the Holy Land Foundation just decided to do?

20   A.    The Holy Land Foundation decided to do.

21   Q.    Now I would like to ask you, how did Mr. Abdulqader's

22   volunteer fundraising efforts, money that he raised for Holy

23   Land Foundation, how did the amount of money that he raised

24   compare with other volunteer fundraisers, some of whom we have

25   seen on the list that we looked at before?

1  A.    He is an average.

2  Q.    So he raised an average amount as compared to the others?

3  A.    Yes, ma'am.

4  Q.    I would like you to have -- Do you have before you

5  Defendants' Exhibit No. 1087?  It should be a big folder.

6  Yes, I think that is it.  If you could take that out for me,

7  please.

8      Do you have that first page of that exhibit before you,

9  Mr. Yaish?

10  A.    Yes, ma'am.

11  Q.    And what name do you see on the first page of Defense

12  Exhibit No. 1087?

13  A.    This is Idris, which is Abdullah Idris.

14  Q.    And is that the same name you actually read before off of

15  Government's Exhibit HLF Search No. 16 there up at the top?

16  A.    Yes, ma'am.

17  Q.    And is he one of Holy Land's other volunteer fundraisers?

18  A.    Yes, ma'am.

19  Q.    Now, did I ask you to take a look at Mr. Idris'

20  fundraising activities--and I am actually going to pull some

21  of these pages out--and total up how much is attributed to him

22  either by himself or in conjunction with other people?  Did I

23  ask you to do that?

24  A.    Yes, ma'am.

25  Q.    I am afraid you have to answer out loud.  I am sorry.

```
 1   A.   Yes, ma'am.

 2   Q.   Thank you.  So this would be page 1 of his fundraising

 3   efforts?

 4   A.   Yes, ma'am.  Yes.  Yes.  Yes.  Yes.  Yes.  Yes.

 5   Q.   And on these latter pages do we see Mr. Idris in

 6   conjunction with some other people?

 7   A.   Yes, ma'am.

 8   Q.   So is it his name alone on these pages?

 9   A.   No, ma'am.  Yes.  Yes, ma'am.

10   Q.   And for the record we have paged through about 13 pages

11   of Defense Exhibit No. 1087.  Right?  Did I ask you to add up

12   the dollar amounts that are shown there that are attributed to

13   Mr. Idris?

14   A.   Yes, ma'am.

15   Q.   Did you have a chance to do that?

16   A.   Yes, ma'am.

17   Q.   And about how much was he -- does Defense Exhibit

18   No. 1087 attribute to him?

19   A.   About $290,000.

20   Q.   Now, did I also ask you to take a look at how much money

21   Mr. Kifah Mustapha raised?

22   A.   Yes, ma'am.

23   Q.   And remind us again who Mr. Mustapha is.

24   A.   He is the office manager of the Chicago office.

25   Q.   And have we heard about him in another context also?
```

```
1    A.    He is a fundraiser.

2    Q.    Yes, but in terms -- Was he a band member?

3    A.    He is a band member also.

4    Q.    All right.  And I am going to do the same thing here,

5    just page through these.

6    A.    Sure.  Yes.  Yes, ma'am.  Yes.  Yes, ma'am.  Yes, ma'am.

7    Yes, ma'am.  Yes, ma'am.  Yes, ma'am.  Yes, ma'am.  Yes,

8    ma'am.  Yes, ma'am.

9              MS. CADEDDU:  And for the record -- I lost track.

10             THE WITNESS:  This is El-Mezain.

11   Q.    (BY MS. CADEDDU)  Actually there is one.  Did you see

12   that one?

13   A.    Okay.

14   Q.    Okay.

15             MS. CADEDDU:  For the record, I lost track, but I

16   think it was 10, 11, 12 pages.

17   Q.    (BY MS. CADEDDU)  Did I ask you to total up for me how

18   much Mr. Mustapha raised for the Holy Land Foundation?

19   A.    About $451,000.

20   Q.    I would like to take a look at what is attributed to

21   Mr. Abdulqader.  And I am showing you for the record what

22   begins at page 212 of Defendants' Exhibit No. 1087.  Do you

23   see Mr. Abdulqader's name on this page, sir?

24   A.    Yeah, on the bottom.

25   Q.    How many entries do we have there?
```

A.    Two.

Q.    And then the next page is one full page.  Do you see
that, sir?

A.    Yes, ma'am.

Q.    And then this is the part of a third page?

A.    Yes, ma'am.

Q.    About how many entries would you say are on this page
214?

A.    Sixteen.

Q.    And did I -- I think I asked you this already, but did I
ask you to add up how much is attributed to Mr. Abdulqader on
this exhibit?

A.    Yes, ma'am.

Q.    About how much was this, sir?

A.    $114,000.

Q.    Let me just ask you, this document that we just looked at
already in evidence, is this your accounting record?

A.    No, ma'am.

Q.    Okay.  But this is one of the Holy Land Foundation's
records from a different system?

A.    I believe so.

Q.    Now, did Mr. Abdulqader's singing with the band have
anything at all to do with the volunteer fundraising that he
did for the Holy Land Foundation?

A.    Can you repeat that question again?

1    Q.    Sure.  Did the band have anything to do with his

2    volunteer fundraising?

3    A.    No, ma'am.

4    Q.    Were those two separate activities?

5    A.    Yes, ma'am.

6    Q.    So what exactly was the relationship of the Al-Nujoom

7    band to the Holy Land Foundation?

8    A.    We just contracted them during some fundraising events.

9    Q.    And as far as volunteer fundraisers, approximately how

10   many volunteer fundraisers did Holy Land Foundation call on?

11   A.    Probably 25 to 30.

12   Q.    And did volunteer fundraisers, of whom Mr. Abdulqader was

13   one, ever attend staff meetings of the Holy Land Foundation?

14   A.    No, ma'am.

15   Q.    As a volunteer fundraiser, did Mr. Abdulqader have a key

16   to the Holy Land Foundation office?

17   A.    No, ma'am.

18   Q.    As a volunteer fundraiser, one of I think you said 30,

19   did he have a desk at the Holy Land Foundation office?

20   A.    No, ma'am.

21   Q.    Did he have a computer?

22   A.    No, ma'am.

23   Q.    As a volunteer fundraiser, actually did any of the

24   volunteer fundraisers have access to the Holy Land

25   Foundation's computer system, its network?

```
 1    A.    No, ma'am.

 2    Q.    And did volunteer fundraisers, including Mr. Abdulqader,

 3    have any input into where Holy Land Foundation's money went?

 4    A.    No, ma'am.

 5    Q.    Did volunteer fundraisers have input into deciding which

 6    families received Holy Land Foundation money?

 7    A.    No, ma'am.

 8    Q.    Did volunteer fundraisers decide which organizations

 9    received money from the Holy Land Foundation?

10    A.    No, ma'am.

11    Q.    Did volunteer fundraisers have the ability to sign checks

12    for the Holy Land Foundation?

13    A.    No, ma'am.

14    Q.    Did volunteer fundraisers, of whom Mr. Abdulqader was

15    one, have the ability to authorize wire transfers for the Holy

16    Land Foundation?

17    A.    No, ma'am.

18    Q.    In fact, did volunteer fundraisers for the Holy Land

19    Foundation, of whom Mr. Abdulqader was one, have any role at

20    all in deciding how Holy Land's money was distributed?

21    A.    No, ma'am.

22              MS. CADEDDU:  Your Honor, I pass the witness.

23              THE COURT:  Ms. Moreno?

24              MS. MORENO:  No questions, Your Honor.

25              MR. MYSLIWIEC:  No questions.
```

---

Sorry.

THE COURT: All right. Mr. Jonas?

MR. JONAS: Yes, sir. If I can have just one moment?

THE COURT: Yes.

<u>CROSS EXAMINATION</u>

<u>By Mr. Jonas</u>:

Q. Good afternoon, sir.

A. Good afternoon, sir.

Q. Long day, huh?

A. I know it.

Q. We are almost to the end, at least for the day.

I want to sort of pick up a little bit where Ms. Cadeddu left off, and then touch on some of the questioning by the other attorneys. I want to make sure we are clear about something.

Who was it at the Holy Land Foundation that was authorized to issue wire transfers out of the bank accounts?

A. Mr. Shukri Abu Baker or Mr. Ghassan Elashi and Haitham Maghawri.

Q. Do you see any of those people here in the courtroom today?

A. Yes, sir.

Q. Can you identify them?

A. Mr. Shukri Abu Baker is the gentleman sitting next to Ms. Hollander.

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

```
1    Q.   Can you tell us what color shirt he is wearing?

2    A.   He is with the glasses.

3    Q.   Okay.  And Mr. Ghassan Elashi?

4    A.   And Mr. Ghassan Elashi is also sitting next to Ms. Linda

5    with the beige shirt and brown I think -- I can't identify the

6    color of his suit.

7    Q.   I think -- Do you know where Haitham Maghawri is today?

8    A.   I heard he is in Lebanon.

9    Q.   You heard?  Do you know when he went to Lebanon?

10   A.   When?

11   Q.   Yeah.

12   A.   Yes, after the closure of the Holy Land Foundation.

13   Q.   Do you know why he went there?

14   A.   Well, he was out of a job.

15        MR. DRATEL:  Objection; hearsay, Your Honor.

16        THE COURT:  Sustained.

17   Q.   (BY MR. JONAS)  When you said you prepared the tax

18   returns for the Holy Land Foundation?

19   A.   Yes, sir.

20   Q.   Did you prepare the returns prior to becoming their

21   in-house accountant?

22   A.   No, sir.

23   Q.   And am I correct in describing your title as their

24   accountant?  I don't want to get that wrong.

25   A.   Yes, sir.
```

1    Q.    When you had questions regarding the tax returns, who did

2    you go ask?

3    A.    The question about the tax returns itself?

4    Q.    Yeah.  If you had questions -- Let me make it broader

5    than that; not just the tax returns, but anything pertaining

6    to the financial records of the Holy Land Foundation, if you

7    had questions who would you ask?

8    A.    I would go to Shukri or Ghassan.

9    Q.    When you prepared the tax returns, you said you sat down

10   with them?

11   A.    Yes.

12   Q.    Did you sit down with both of them or just one?

13   A.    It depends.  Any of them.

14   Q.    Any of them of course being Shukri Baker or Ghassan

15   Elashi?

16   A.    Yes, sir.

17   Q.    Who signed those tax returns for the Holy Land

18   Foundation?

19   A.    Sometimes Shukri, sometimes Ghassan.

20   Q.    What did it depend upon?

21   A.    It depends if Shukri is available or not.

22   Q.    And in talking to them about the tax returns, is it your

23   understanding, your sense that they understood what the tax

24   returns were about?

25   A.    I would explain it to them.

```
1   Q.   Did those tax returns have -- In other words, was it

2   signed under the penalties of perjury?

3   A.   Yes.

4   Q.   Did they know that -- Withdrawn.  Did you go over that

5   with them that it was signed under the penalties of perjury?

6   A.   I don't remember.

7   Q.   But that sign under the penalties of perjury is right

8   above where a person signs?

9   A.   Yes, sir.

10  Q.   Now, you discussed payments going to zakat committees.

11  A.   Uh-huh.

12  Q.   Where on the tax return would payments to zakat

13  committees be reflected?

14  A.   It will be in line 13.

15  Q.   Is that also called program services?

16  A.   Program services, yes.

17  Q.   Did you ever tell any of the Defendants in this case that

18  the Holy Land Foundation as a 501(c)(3) charity, or just an

19  American organization, is not allowed to give money to a

20  terrorist organization?

21  A.   Not in that sense.

22  Q.   How did you tell them?

23  A.   Well, you know, we only provide money to charitable

24  organizations, not to political organizations.

25  Q.   I am sorry.  Not to --
```

```
 1    A.    Political.

 2    Q.    Political.  How about terrorist organizations?

 3    A.    Well, that would be included.

 4    Q.    How about illegal organizations?

 5    A.    Illegal?

 6    Q.    Illegal.  Outlawed or designated organizations.

 7    A.    That would be also included.

 8    Q.    Did they have any questions for you about that?

 9    A.    Do they have any questions for me?

10    Q.    When you discussed it with the Defendants, did they have

11    questions for you regarding that, regarding you telling them

12    we cannot give to political organizations, or any other type

13    of organizations like that?

14    A.    No.

15    Q.    Mr. Westfall talked to you about orphan applications.

16    A.    Yes, sir.

17    Q.    Do you recall that?  And he showed you a Defense Exhibit

18    No. 1091, which I believe -- I don't know if it was one orphan

19    application or a series of applications.  And you described

20    what is contained in the orphan applications, and you said the

21    death certificate of the father.

22    A.    Yes, sir.

23    Q.    Can you just define for us what is an orphan when you are

24    discussing orphans?

25    A.    The orphan is the one whose father died.
```

1    Q.    So would the mother be alive?

2    A.    Could be.

3    Q.    Could be.  But just so we are clear, in America an orphan

4    is considered someone who loses both parents.

5    A.    In Islamic faith the main one is the father, but it could

6    be both of them.  So he might lose the father or lose both

7    mother and father.

8    Q.    Now, the money to support -- The money for these orphan

9    applications, did it go to zakat committees?

10    A.    It depends, you know.

11    Q.    What did it depend on?

12    A.    It depends on if the orphan is being sponsored by the

13    zakat committee, or could be through the Holy Land Foundation

14    office.

15    Q.    The office where?

16    A.    In Gaza and West Bank.

17    Q.    Okay.  I want to talk with you a minute about the zakat

18    committees.  Can you name some of the zakat committees that

19    the HLF gave money to?

20    A.    Yes.

21    Q.    What are some of them?

22    A.    We have Nablus zakat committee, Hebron zakat committee,

23    Tulkarem zakat committee, Jenin zakat committee, Halhul zakat

24    committee.

25    Q.    Ramallah zakat committee?

1    A.    Ramallah, yeah.

2    Q.    Are you familiar with something called the Islamic

3    Charitable Society of Hebron?

4    A.    No.

5    Q.    You are not familiar with that one?

6    A.    No.

7    Q.    Did you personally deal with anyone at these zakat

8    committees?

9    A.    No.

10   Q.    Do you know who ran the zakat committees?

11   A.    No.

12   Q.    Do you know the reputation of the zakat committees?

13   A.    No.

14   Q.    Now, when HLF -- You said they had offices in Gaza and in

15   the West Bank.

16   A.    Yes, sir.

17   Q.    Did they have bank accounts in those areas as well, the

18   HLF?

19   A.    Yes.

20   Q.    Did the HLF -- Do you know when they first opened a bank

21   account in that part of the world?

22   A.    No, sir.

23   Q.    Was there accounts opened at the time you started there

24   in 1997?

25   A.    I cannot remember.

```
 1    Q.   Do you know how many bank accounts the HLF had in Gaza

 2    and the West Bank when you were working there?

 3    A.   One in Gaza and I believe one in the West Bank.

 4    Q.   Was there money wired to those bank accounts from the HLF

 5    here in Dallas?

 6    A.   Yes, sir.

 7    Q.   Are you personally familiar with some of those wire

 8    transfers?

 9    A.   Yes, sir.

10    Q.   Was money then further wired to zakat committees or

11    checks written to zakat committees or money given to zakat

12    committees out of those foreign bank accounts?

13    A.    If it goes to the HLF bank account, that would be -- that

14    means to the local Holy Land Foundation offices.  If it is to

15    the zakat committee, it will be directed to their bank

16    accounts.

17    Q.   So you are saying money never went from the HLF overseas

18    offices to zakat committees?

19    A.   I am not sure.

20    Q.   Okay.  Well, let me get back to that in a moment.  These

21    bank accounts, these HLF bank accounts did the HLF Dallas

22    office exercise any control over those bank accounts?

23    A.   No, sir.

24    Q.   Did they authorize the opening of those bank accounts?

25    A.   Did they authorize?
```

1    Q.    Yes.

2    A.    Well, with their knowledge probably, yes.

3        MR. JONAS:   If we can pull up HLF Foreign Account

4    No. 1, page 3, please.   Okay.   That is not the page I am

5    looking for.   Let me just put this on the elmo.

6    Q.    (BY MR. JONAS)   Do you see this letter?

7    A.    Yes, sir.

8    Q.    Can you just read what this letter says?

9    A.    "Bank Palestine Gaza.

10        "Dear Mr. Manager:

11        "The Holy Land Foundation for Relief and Development is

12    an American non-profit charitable organization.

13        "Recently, we have had an office in Gaza because we want

14    to take part of the rebuilding Gaza and helping its people

15    through a range of relief and developmental services.

16        "To help us achieve our goals, I kindly request that you

17    open a checking account under our name.   We have authorized

18    both Mr. Zohair El-Barasse and Mr. Jamal AlKhudari to execute

19    this matter on our behalf and have their signature on the

20    account.

21        "I hope this will be the beginning of a very rewarding

22    business relationship.

23        "Thank you.

24        "Sincerely, Shukri A. Baker, executive director."

25    Q.    So this letter states that Holy Land Foundation Dallas is

1  authorizing an account to be opened in Gaza?

2  A.   Yes, sir.

3  Q.   And let me show you what is from HLF foreign Account

4  No. 4.  Can you see that one?

5  A.   Yes, sir.

6  Q.   Are you familiar that HLF had an account at Cairo Amman

7  Bank?  Are you aware of that?

8  A.   I know they have a bank, but I don't know that is which

9  bank they have it with.

10  Q.   Do you know if the HLF had an account at the Cairo Amman

11  Bank?  I am not saying in Cairo.

12  A.   The name of the bank is Cairo Amman Bank, but no, I am

13  not familiar.

14  Q.   Do you know where HLF had these overseas bank accounts?

15  A.   Yes.  I know they had in Gaza and the West Bank.

16  Q.   Do you know which banks, I mean?

17  A.   I know Arab Bank.

18  Q.   You know some of them?

19  A.   Yes.

20  Q.   What about the Bank of Palestine?

21  A.   That is what it had right now.

22  Q.   That was a prior letter?

23  A.   Right.

24  Q.   Were you aware of that when you worked at the HLF?

25  A.   Yes.

1    Q.   So you didn't know where the bank accounts were?

2    A.   I don't know the name of the banks, but the most popular

3    one we used to deal with, I mean doing the wire, was the Arab

4    Bank.

5    Q.   Okay.  Can you read this letter, please?

6    A.   "Holy Land Foundation for Aid & Development.  10/8/1999

7    to Cairo-' Amman Bank Al Khaleel.  Greetings.

8         "We at Holy Land Foundation for Aid & Development inform

9    you that the following have the authority to open an account

10   in the company's name at Khaleel branches of your bank.

11        "Mr. Saleh Selim 'Abdul Nabi, I.D. 96229019,

12        "Mr.'Izzeddine 'Issa Musa Fraah, I.D. number 991987587,

13        "and in the division of the organization/Al Khaleel, Mr.

14   Kamal Eddine Mohammad 'Awwad Al Tamimi, 94686160.

15        "The check need to be signed by two or three, one being

16   Kamal (director of the office).

17        "Thank you for your cooperation, with respect,

18        "Haitham al-Maghawiri

19        "Executive Director."

20   Q.   That is the same Haitham Maghawri you testified about

21   already?

22   A.   Yes, sir.

23   Q.   So the HLF is exercising some control over these bank

24   accounts that are over in Gaza and the West Bank.

25   A.   Yes, sir.

1    Q.    I can show you more letters, if you like.

2    A.    Yeah, I mean.  What I mean, I mean, they were sent

3    authorized opening the accounts from here.

4    Q.    Did the HLF send more than $10,000 a year to any one of

5    these accounts?

6    A.    More than $10,000 a year?  Yes.

7    Q.    Okay.  Now, you said you are a CPA?

8    A.    Yes, sir.

9    Q.    Did you have to take a test?

10   A.    Yes, sir.

11   Q.    To become a CPA?

12   A.    Yes, sir.

13   Q.    How long ago did you do that?

14   A.    1996.

15   Q.    So it was right before you started at the Holy Land

16   Foundation?

17   A.    I passed the CPA exam, yes, one year before that.

18   Q.    Okay.  And as a CPA are you familiar with what is known

19   as an FBAR form?

20   A.    No, sir.

21   Q.    Are you aware that if an entity, an American entity or an

22   individual --

23          MS. DUNCAN:  Your Honor, objection.  Could we

24   approach?

25          THE COURT:  Yes.

1            (The following was had outside the hearing of the

2      jury.)

3            MS. DUNCAN:  Your Honor, this is the exhibit we

4      talked about earlier.  I did pull up the CFR.  I think this is

5      the right one.  Our objection at this point, Your Honor, would

6      be he asked the witness if he is familiar with this and he

7      said he is not, so he is not the witness to be asking any

8      further questions about the FBAR system.

9            And when you read the regulation, it is not clear that in

10     fact the Holy Land Foundation was required to file anything.

11     And we don't have any evidence of that.  If we had an IRS or

12     some kind of evidence that they were required to do that, but

13     this witness said he doesn't know it.

14            THE COURT:  I think they are entitled to ask him

15     questions.  He just asked him one, so I think he is entitled

16     to follow it up and see what he does or doesn't know.

17            MS. DUNCAN:  The other part of the objection is

18     assuming that the Holy Land Foundation was required to do

19     this, and I mean, this witness doesn't -- He is saying he

20     doesn't know.  So if he asks him, "Did you know," "Are you

21     aware of this requirement," we object to that.  But even

22     assuming they were required to do that and we didn't do it, I

23     think it assumes a fact not in evidence.

24            MR. JONAS:  First of all, I can show him the FBAR

25     form itself that lists who is required and the exceptions to

1  the filing and nowhere on it does it list a charity as being

2  exempt from filing an FBAR form.

3      Secondly, he is a CPA.  This is something he is supposed

4  to know and is supposed to be able to research.  And I asked

5  one question so far and I think I am entitled to follow it up.

6  He may not know the form that is called an FBAR form.  He may

7  know it as the form number.  He may know the contents of it.

8  And if he doesn't know it, then I think I am entitled to show

9  him the form itself and question him about it because this is

10 something he should know.

11     MR. WESTFALL:  May I, Your Honor?  Just because he

12 is a CPA doesn't mean he definitely knows about this, for one

13 thing, whether he is familiar with these things.  He said he

14 never heard of one.  But authority from the standpoint of how

15 they are trying to prove this up, authority over the account

16 could reasonably be interpreted to be signature authority, and

17 clearly he didn't have signature authority over the account,

18 and only the folks over there did.  So it might a fall under

19 another exception where it is a domestic corporation with a

20 foreign subsidiary, which would be an exception.

21     Those things remain unresolved, so pounding him over the

22 head with the FBAR is very misleading and we ask, number one

23 that it stop; but number two, if he is going to continue on,

24 then let's take judicial notice of the CFR so the jury can try

25 to figure out whether it applies.

1          MR. JONAS:  Your Honor, I think it is pretty obvious

2     it is not a foreign subsidiary.  This is a Holy Land office.

3     He already testified to that.  I think I have established that

4     the Holy Land office here had exercised control over these

5     bank accounts.

6          And third of all, this is part of a pattern of behavior

7     committed by this individual regarding these foreign bank

8     accounts based upon evidence that the Defense attorneys

9     already put in through him, so this isn't an isolated incident

10    on the failure to report these foreign bank accounts to the

11    United States government.  There is other areas that I am

12    about to go into where he should have put down that they had

13    foreign bank accounts and he failed to do so.

14         MS. DUNCAN:  Your Honor, the way I read the form was

15    whether or not someone had signatory authority over a

16    particular foreign account, which this witness hasn't

17    testified.  He testified --

18         THE COURT:  I think he is entitled to ask him the

19    question.  I don't know what he is going to say.  I am going

20    to let you ask the questions, and then we will go from there.

21         Are You going to show him the form after that?

22         MR. JONAS:  Sure.

23         THE COURT:  I think he is entitled to do that.  He

24    is their CPA filing their taxes, and I think he is entitled to

25    ask about that.

1    MS. DUNCAN:  The only other objection was, Your

2    Honor, this is 404(b).  We asked for notice prior to trial,

3    and we just got this yesterday and they knew this was going to

4    come up.  We were entitled to pretrial notice so we can

5    prepare for this.

6    MR. JONAS:  It is not 404(b).  This is inextricably

7    intertwined with everything he just testified about -- not

8    everything he testified about, but about his testimony about

9    the HLF, about payments to the foreign bank accounts, it is

10   all connected.

11   MS. DUNCAN:  That is not -- The test is its

12   relationship to the offenses charged, and he is specifically

13   alleging a violation of a totally separate statute that we

14   were not put on notice of in this case.  And it is not just

15   about this witness.  He is questioning this witness as a

16   representative or the accountant of the Holy Land Foundation,

17   so the intent is to say that the Holy Land Foundation did

18   something illegal, and we are entitled to notice prior to

19   trial of that.

20   MS. HOLLANDER:  He asked our clients to stand up.

21   You know, clearly this is 404(b) directed at Shukri and

22   Ghassan, and we got notice of this yesterday.

23   THE COURT:  Why do you think it is not 404(b)?

24   MR. JONAS:  Because we already put into evidence

25   some of the schedules that the only evidence of certain

1    transactions to the zakat committees in the later years were

2    taken from these foreign bank accounts.  In other words, there

3    is no evidence of certain transactions based in Dallas.  These

4    are on the payment schedules.  If it wasn't for getting these

5    foreign bank records, we would never know of some of these

6    transactions.

7        There is a pattern of trying to conceal these foreign

8    bank accounts.  Now, there are other internal records that do

9    show these foreign bank accounts existing, so obviously there

10   is something there, but there is also a pattern of concealment

11   starting with the FBAR, starting with these financial

12   documents that they put in through him where they have the

13   annual reports with these foreign assets that should have been

14   reported and they never were.  It is a pattern of concealment

15   that I think we are entitled to explore.

16        THE COURT:  I think that is right.  I think they are

17   entitled to get into that.  Because part of the theory is that

18   money is going to the zakat committees through these foreign

19   bank accounts, so that is all part and parcel of that.

20        MS. DUNCAN:  Your Honor, just for the record, the

21   number of transactions that they have on their schedules that

22   are not supported by documentation is minuscule, and that

23   there are equally a number of transactions where they have no

24   foreign bank records but they rely solely on the Holy Land

25   records.  So to say that somehow the Holy Land Foundation was

1    concealing it --

2           THE COURT:  You can argue that to the jury in terms

3    of what that ultimately ends up showing.  He is claiming that

4    that shows a pattern of concealment.  I don't know the

5    evidence, so I don't know.  But if that is true, they are

6    entitled to try to show that and you can argue to the jury

7    that means something else.  I don't think that affects their

8    ability to be able to go into it.

9           MR. WESTFALL:  Your Honor, just for the record, one

10   more objection.  I think that this is a pretty valid 403

11   objection, too, because they are about to get into the ins and

12   outs of this form with somebody who said he doesn't know about

13   the form, and actually kind of rehabilitating that for the

14   jury is going to be next to impossible.

15          THE COURT:  I don't know what he is going to say.

16   He has asked him one question, so I think they are entitled to

17   ask him about it and see what he says.

18       It is 5:00.  Do you want to get into this now?

19          MR. JONAS:  I am happy to stop.

20          THE COURT:  Let's stop and start in the morning.

21          (The following was had in the presence and hearing

22          of the jury.)

23          THE COURT:  Members of the jury, we are going to

24   break at 5:00.  It is election day, so for those who haven't

25   had a chance to vote, I encourage you to vote.

1       Please recall the instructions we have been over.  See

2  you back in the morning at 9:00.

3           (Whereupon, the jury left the courtroom.)

4           MR. JONAS:  I just wanted to point out what is good

5  for the goose is good for the gander.  He is now on cross

6  examination, so he shouldn't have contact with the Defense

7  attorneys.

8           THE COURT:  Certainly.  If we need to take up

9  anything in the morning, let Jennifer know and we will be a

10 little early.  Otherwise we will see you at 9:00.

11           (End of day.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        I HEREBY CERTIFY THAT THE FOREGOING IS A

2   CORRECT TRANSCRIPT FROM THE RECORD OF

3   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

4   I FURTHER CERTIFY THAT THE TRANSCRIPT FEES

5   FORMAT COMPLY WITH THOSE PRESCRIBED BY THE

6   COURT AND THE JUDICIAL CONFERENCE OF THE

7   UNITED STATES.

8

9   S/Shawn McRoberts                06/08/2009

10  _____DATE_____
    SHAWN McROBERTS, RMR, CRR
11  FEDERAL OFFICIAL COURT REPORTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25