```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                     DALLAS DIVISION

UNITED STATES OF AMERICA      )  CAUSE NO. 3:04-CR-240-P
                              (
vs.                           )
                              (  MAY 27, 2009
                              )  DALLAS, TEXAS
HOLY LAND FOUNDATION          (  2:00 P.M.
```
___

___

## SENTENCING

BEFORE THE HONORABLE JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

___

A P P E A R A N C E S

```
FOR THE GOVERNMENT:    UNITED STATES ATTORNEY'S OFFICE
                       1100 COMMERCE, 3RD FLOOR
                       DALLAS, TEXAS  75242
                       BY:  MR. JIM JACKS
                            MR. BARRY JONAS
                            MS. ELIZABETH SHAPIRO

FOR THE DEFENDANT:     NOT REPRESENTED


OFFICIAL COURT REPORTER:  SHAWN M. McROBERTS, RMR, CRR
                          1100 COMMERCE STREET, RM. 1654
                          DALLAS, TEXAS  75242
                          (214) 753-2349
```

1     THE COURT: We will call the case against the Holy
2  Land Foundation also for sentencing.
3     And who is representing the Government on this one?
4     MR. JONAS: Ms. Shapiro, Your Honor.
5     THE COURT: Are you ready to proceed.
6     MS. SHAPIRO: Yes, Your Honor.
7     THE COURT: And Ms. Hollander left, but Ms.
8  Hollander had represented to the Court previously that she had
9  not had any contact with anyone from the Holy Land Foundation,
10 and we have not heard to the contrary from her or anyone else.
11 We just had a bench conference with Government counsel and
12 counsel for the remainder of the Defendants, and nobody has
13 heard anything from HLF.
14    And I guess on the record here, Ms. Shapiro, you haven't
15 heard anything from anyone purporting to represent HLF in this
16 case?
17    MS. SHAPIRO: No, we have not, Your Honor.
18    THE COURT: So HLF was found guilty, convicted by
19 the jury on November the 24th on all of the counts, except for
20 the tax counts, all of the counts that were listed in
21 indictment, Counts 1 through 32.
22    And so anything before sentence is pronounced in that
23 case?
24    MS. SHAPIRO: Nothing, Your Honor, other than the
25 evidence that we have cataloged today and throughout the trial

with respect to its creation and support for Hamas.

THE COURT: And, of course, as I think the evidence has shown, and we haven't seen anything to the contrary, Holy Land Foundation appears to be defunct, and so it will be the judgment of the Court that it be placed on a one-year supervised release.

I will not order a fine.

No restitution.

The assets have been frozen, so they are subject to forfeiture.

And there is a $12,800 mandatory special assessment that has to be imposed in each case. That will be imposed in this case.

As part of the sentence, the Court also orders that the Defendant Holy Land Foundation's previously seized bank assets as listed in the Attachment A of the previously issued preliminary order of forfeiture, and any accrued interest are condemned and forfeited to the Government in this case.

MR. JUNKER: Your Honor, I believe they are also responsible for the money judgment as well.

THE COURT: And so they will be -- A money judgment will be entered against them in the amount of $12,400,000, jointly and severally liable for the Defendants who have also been held responsible for that judgment.

Any other issues, then, that we need to address?

1  MS. SHAPIRO: I don't believe so, Your Honor.
2  THE COURT: Thank you. And Court is adjourned.
3  (End of hearing.)

5

```
1            I HEREBY CERTIFY THAT THE FOREGOING IS A
2       CORRECT TRANSCRIPT FROM THE RECORD OF
3       PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
4       I FURTHER CERTIFY THAT THE TRANSCRIPT FEES
5       FORMAT COMPLY WITH THOSE PRESCRIBED BY THE
6       COURT AND THE JUDICIAL CONFERENCE OF THE
7       UNITED STATES.
8
9       S/Shawn McRoberts              06/22/2009
10      _____DATE_____
        SHAWN McROBERTS, RMR, CRR
11      FEDERAL OFFICIAL COURT REPORTER
```

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter