ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § v. § § HOLY LAND FOUNDATION § FOR RELIEF AND DEVELOPMENT (1) § SHUKRI ABU BAKER (2) § MOHAMED EL-MEZAIN (3) § GHASSAN ELASHI (4) § MUFID ABDULQADAR (7) § ABUDULRAHAM ODEH (8) § | CRIM. NO. 3:04-CR-00240-P |

## NON-PARTY PETITIONER NORTH AMERICAN ISLAMIC TRUST'S NOTICE OF APPEAL

Notice is hereby given that North American Islamic Trust, non-party petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion Order of this Court dated July 1, 2009 and entered on July 2, 2009.[1]

---

[1] The Memorandum Opinion Order dated July 1, 2009 and entered on July 2, 2009 was not entered and does not appear on the docket available to the public. The Order was issued under seal and is apparently viewable only to court employees on a non-public docket, a procedure disapproved by two Courts of Appeals. *United States v. Valenti*, 987 F.2d 708, 715 (11th Cir. 1993); *Hartford Courant Co. v. Pellegrino*, 380 F.3d 83, 95-96 (2d Cir. 2004).

Dated: **August 26, 2009**.

Respectfully submitted,
**NORTH AMERICAN ISLAMIC TRUST**

By _____
Thomas F. Loose

Thomas F. Loose
   Bar No. 12561500

Stephen M. Stephenson
Timothy M. Maggio
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 7501
(214) 740-8000

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of August, 2009, a true and correct copy of the foregoing instrument was served via First Class United States Mail upon the following:

James T. Jacks
Assistant United States Attorney
1100 Commerce St., Third Floor
Dallas, TX 75242

Elizabeth J. Shapiro
U.S. Dept of Justice
Civil Division
901 E. Street NW
10th Floor
Washington, DC 20530

_____
Thomas F. Loose