## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## <u>DALLAS DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR No. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT | § | |
|     also known as the "HLF"(1) | § | |
| SHUKRI ABU BAKER (2) | § | |
| MOHAMED EL-MEZAIN (3) | § | |
| GHASSAN ELASHI (4) | § | |
| MUFID ABDULQADAR (7) | § | |
| ABUDULRAHAM ODEH (8) | § | |

## PETITIONERS' EMERGENCY MOTION TO UNSEAL

Petitioners, the Islamic Society of North America ("ISNA") and the North American Islamic Trust ("NAIT"), hereby move the Court on an emergency basis for an order unsealing their motion and related filings underlying the Court's Memorandum Opinion Order of July 1, 2009, ECF No. 1356 ("Order"), as specified below.  These documents are now critical to a time-sensitive, public debate initiated several days ago by a U.S. congressman about whether ISNA and NAIT (and other individuals and groups publicly named as unindicted co-conspirators in this case) should be criminally prosecuted.  This Court previously found, in a now unsealed order, that prosecutors' public naming of ISNA and NAIT as "unindicted co-conspirators and/or joint venturers" violated their Fifth Amendment rights.  The moving papers underlying the Order contain important information that petitioners need to mitigate the harm to their reputations caused by the prosecutors' wrongful conduct.  Because of the importance of petitioners' moving papers to the ongoing public debate, petitioners respectfully urge the Court to unseal the moving papers as soon as is practicable, and, in any event, no later than April 25, 2011, the date by which

the congressman has asked Attorney General Eric Holder to respond to questions about the prosecution of ISNA and NAIT.  The media will undoubtedly cover any response on that date from the Attorney General, and ISNA and NAIT are entitled to use the information in their filings in this case to defend themselves in the public debate.  Therefore, petitioners request that the Court unseal petitioners' motion of June 18, 2008, the exhibits filed in support of the motion, the government's July 11, 2008 opposition, the petitioners' July 21, 2008 reply, and the petitioners' February 25, 2009 request for a ruling.

This motion is based on the accompanying memorandum of law and upon notice to the United States through its counsel, as set forth in the accompanying certificate of service.

DATED: April 21, 2011

Respectfully submitted,
 /s/ Hina Shamsi

Hina Shamsi (*pro hac vice*)
State Bar No. NY 2995579
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
hshamsi@aclu.org
Tel.: (212) 549-2500
Fax: (212) 549-2583


 /s/ Lisa Graybill

Lisa Graybill
Texas Bar No. 24054454
Legal Director
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
PO Box 12905
Austin, TX 78711
LGraybill@aclutx.org
Tel: (512) 478-7300 x 116
Fax: (512) 478-7303


 /s/ David Broiles

David Broiles, Local Counsel
State Bar No. 03054500
2400 Indian Cove
Ft. Worth, TX 76108

CERTIFICATE OF CONFERENCE

Petitioners' counsel made diligent efforts to confer with counsel for the United States. Over the course of the day on April 21, 2011, counsel for petitioners left two detailed messages, requesting consent to the filing of the present motion, with the assistant to the Assistant United States Attorney assigned to this case. Petitioners' counsel then followed up with an email to the Assistant United States Attorney describing the present motion and the relief petitioners request. Despite petitioners' counsel's best efforts, they did not receive a response from the United States by the time of filing.

/s/ Hina Shamsi
Hina Shamsi

CERTIFICATE OF SERVICE

I certify that on April 21, 2011, I electronically submitted the following document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Hina Shamsi
Hina Shamsi