# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 22, 2021
Lyle W. Cayce
Clerk

No. 20-10891
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Mufid Abdulqader,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-240-7

Before Owen, *Chief Judge*, and Haynes and Costa, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

**A True Copy**
**Certified order issued Jan 13, 2022**

Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 20-10891 USA v. Abdulqader
USDC No. 3:04-CR-240-7

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Samuel Callison Cole
Mr. Stephen S. Gilstrap
Ms. Leigha Amy Simonton